IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and ) <br> GUY KELLEY, individually, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. XPRESS ENTERPRISES, INC., ) <br> And fictitious defendants A, B and C, ) <br> whether singular or plural, those ) <br> other persons, corporations, firms ) <br> or other entities whose wrongful ) <br> conduct caused or contributed to ) <br> cause the injuries and damages to the ) <br> plaintiffs, all of whose true and correct ) <br> names are unknown to plaintiffs at ) <br> this time, but will be added by ) <br> amendment when ascertained, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO: 3:06cv351-VPM |

### NOTICE OF REMOVAL

Defendant U.S. Xpress Enterprises, Inc. hereby gives notice that the civil action pending in the Circuit Court of Randolph County, Alabama, identified as Civil Action No. CV 06-42, is hereby removed to this Court. As grounds for removal, U.S. Xpress Enterprises, Inc. shows the following:

    1.    On March 14, 2006, Plaintiffs filed suit in the Circuit Court of Randolph County, Alabama, alleging, under various theories, injuries arising from the alleged failure of Defendant to purchase certain of Plaintiffs' assets.

**I.     This Court Has Diversity Jurisdiction Over This Action**

2.     This Court has federal diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because: (1) the amount in controversy exceeds $75,000.00, exclusive of interest and costs; (2) the requisite diversity of citizenship exists between Plaintiffs and Defendants, because, as alleged in the complaint, Plaintiff G.F. Kelly Trucking, Inc. is an Alabama corporation with its principal place of business in Alabama, Plaintiff Guy Kelly is a citizen of the state of Alabama and U.S. Express Enterprises, Inc. is a foreign corporation existing under the laws of Nevada, with its principal place of business in the state of Tennessee.

**II.    The Amount-In-Controversy Requirement Is Satisfied**

3.     Based on the allegations in Plaintiffs' Complaint, the amount in controversy plainly exceeds $75,000.00, plus interests and costs. Because the gravamen of the complaint is the alleged failure of Defendant to purchase certain of Plaintiffs' assets and because, though not specified in the complaint, on information and belief Plaintiffs claim damage in excess of $1,000,000.00, as a proximate result thereof there can be no doubt that an amount in excess of the jurisdictional minimum is in controversy.

**III.   The Requirements of 28 USC Sec. 1446 Have Been Met**

4.     U.S. Xpress Enterprises, Inc. was served with a copy of the summons and Complaint on March 20, 2006, the first date on which U.S. Xpress Enterprises, Inc. or any of its agents or representatives had actual notice of this action. This notice has been filed within the time allowed by law for the removal of civil actions to United States District Court. In accordance with 28 U.S.C. § 1446(a), U.S. Xpress Enterprises, Inc. has attached as "Exhibit 1" true and correct copies of all process, pleadings, and orders served upon it as of the date of this Notice.

2

5. As required by 28 U.S.C. § 1446(d), U.S. Xpress Enterprises will promptly serve upon Plaintiff and file with the Clerk of the Circuit Court of Randolph County, Alabama, a true and correct copy of this Notice of Removal.

6. By removing this action to this Court, U.S. Xpress Enterprises, Inc. does not waive any rights or defenses available to it under federal or state law. U.S. Xpress Enterprises, Inc. expressly reserves the right to move for dismissal of Plaintiff's Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant U.S. Xpress Enterprises, Inc. respectfully removes this action from the Circuit Court of Randolph County, Alabama to this Court.

David B. Hall
Lawrence B. Clark
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

OF COUNSEL:

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

3

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all parties or their counsel of record by placing same in the U.S. Mail, postage pre-paid and properly addressed as follows, on this the 18th day of April, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

                                                      /s/ OF COUNSEL

B LBC1 707077 v1
2016317-000055 04/14/2006