IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and ) <br> GUY KELLEY, individually, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. XPRESS ENTERPRISES, INC., ) <br> And fictitious defendants A, B and C, ) <br> whether singular or plural, those ) <br> other persons, corporations, firms ) <br> or other entities whose wrongful ) <br> conduct caused or contributed to ) <br> cause the injuries and damages to the ) <br> plaintiffs, all of whose true and correct ) <br> names are unknown to plaintiffs at ) <br> this time, but will be added by ) <br> amendment when ascertained, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO: 3:06cv351-VPM |

### CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorneys for Defendants, hereby certify that on April 18, 2006, pursuant to 28 U.S.C. § 1446(d), Defendants caused to be filed with the Clerk of Court for the Circuit Court of Randolph County, Alabama, a copy of the Notice of Removal to the United States District Court for the Middle District of Alabama, Eastern Division, which is attached hereto.

*(signature)*
David B. Hall
Lawrence B. Clark
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

OF COUNSEL:

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties or their counsel of record by placing same in the U.S. Mail, postage pre-paid and properly addressed as follows, on this the 18th day of April, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

*(signature)*
OF COUNSEL