IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and ) <br> GUY KELLEY, individually, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. XPRESS ENTERPRISES, INC., ) <br> And fictitious defendants A, B and C, ) <br> whether singular or plural, those ) <br> other persons, corporations, firms ) <br> or other entities whose wrongful ) <br> conduct caused or contributed to ) <br> cause the injuries and damages to the ) <br> plaintiffs, all of whose true and correct ) <br> names are unknown to plaintiffs at ) <br> this time, but will be added by ) <br> amendment when ascertained, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO:06-42 |

## CERTIFICATE OF FILING NOTICE OF REMOVAL

The undersigned attorney for Defendants, hereby certify that on April 17th, 2006, Defendants caused to be filed with the Clerk of the Court for the Circuit Court of Randolph County, Alabama, a Notice of Removal to the United States District Court for the Middle District of Alabama, Eastern Division.

_____
David B. Hall
Lawrence B. Clark
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

OF COUNSEL:

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon all parties or their counsel of record by placing same in the U.S. Mail, postage pre-paid and properly addressed as follows, on this the _18th_ day of April, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

                                                           OF COUNSEL