IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and ) | |
| GUY KELLEY, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 3:06cv351-VPM |
| ) | |
| U.S. XPRESS ENTERPRISES, INC., ) | |
| And fictitious defendants A, B and C, ) | |
| whether singular or plural, those ) | |
| other persons, corporations, firms ) | |
| or other entities whose wrongful ) | |
| conduct caused or contributed to ) | |
| cause the injuries and damages to the ) | |
| plaintiffs, all of whose true and correct ) | |
| names are unknown to plaintiffs at ) | |
| this time, but will be added by ) | |
| amendment when ascertained, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant U.S. Xpress Enterprises, Inc., submit this Corporate Disclosure Statement, and state:

1. U.S. Xpress Enterprises, Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of U.S. Xpress Enterprises, Inc.'s stock.

B ESM1 707098 v1
2016317-000055 04/18/2006

Dated this 18th day of April, 2006.

                                                            David B. Hall
                                                             Lawrence B. Clark
                                                             Attorneys for Defendant
                                                            U.S. Xpress Enterprises, Inc.

OF COUNSEL:

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all parties or their counsel of record by placing same in the U.S. Mail, postage pre-paid and properly addressed as follows, on this the 18th day of April, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

                                                            OF COUNSEL