**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 8, 2006

# NOTICE OF REASSIGNMENT

Re:   G. F. Kelly Trucking, Inc., et al v. U.S. Xpress Enterprises, Inc.
      Civil Action No. #3:06-cv-00351-VPM

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #3:06-cv-00351-MEF. This new case number should be used on all future correspondence and pleadings in this action.