IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and GUY KELLY, individually, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No.: 3:06-cv-351-MEF |
| v. | ) ) |
| U.S. XPRESS ENTERPRISES, INC., et al.. | ) ) |
| Defendants. | ) |

### RULE 26 REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on May 25, 2006, and was attended by Clinton Carter on behalf of the Plaintiffs and David Hall on behalf of Defendant, U.S. Xpress Enterprises, Inc.

2. **Pre-Discovery Disclosures**. The parties will exchange the information required by Local Rule 26.1(a)(1) on or before July 14, 2006.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan: Discovery will be needed on the following subjects:

   (a) Liability and damages.

   (b) All discovery commenced in time to be completed by May 10, 2007.

   (c) Maximum of 40 interrogatories by each party to any other party without prior approval of the Court. Maximum of 40 requests for production by each party to any other party without prior approval of the Court. (Responses due 30 days after service.)

   (d) Maximum of 10 depositions by Plaintiffs and 10 depositions by Defendant without the prior approval of the Court.

(e)    Each deposition (other than that of Plaintiff) is limited to a maximum of 8 hours unless extended by agreement of the parties.

(f)    Reports from retained experts under Rule 26(a)(2) due:

(i)    From **Plaintiffs** by January 31, 2007.

(ii)    From **Defendant** by March 15, 2007.

(g)    Supplementation under Rule 26(e) due no later than 30 days before the close of discovery.

4.    **Other items**.

(a)    The parties do not request a conference with the Court prior to entry of the Scheduling Order.

(b)    Plaintiffs should be allowed until August 1, 2006 to join additional parties and to amend the pleadings.

(c)    Defendant should be allowed until August 31, 2006 to join additional parties and to amend the pleadings.

(d)    All potentially dispositive motions should be filed by September 28, 2007.

(e)    The parties are receptive to mediation but do not request Court-ordered mediation at this time. The usefulness of Alternative Dispute Resolution procedures cannot be evaluated until the parties exchange initial disclosures and engage in written discovery.

(f)    The parties request a final pretrial conference in October, 2007.

(g)    Final lists of witnesses and exhibits under Rule 26(a)(3) are due:

(i)    From **Plaintiff** 45 days before trial

(j)    From **Defendant** 30 days before trial.

(k) Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

(l) The case should be ready for trial by November 5, 2007.

Submitted this the 25th day of May, 2006.

/s/ David B. Hall
Lawrence B. Clark
David B. Hall
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
1600 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203
(205) 328-0480 Telephone
(205) 322-8007 Facsimile

/s/ Clint C. Carter
Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334)269-2343 Telephone
(334)954-7555 Facsimile