**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 9, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    G.F. Kelly Trucking, Inc. et al v. U.S. Xpress Enterprises, Inc.**

**Case Number:    3:06-cv-00351-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-filer.**

**The corrected PDF document is attached to this notice for your review.   Reference is made to document # 9   filed on    August 9, 2006.**