IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| G.F. KELLY TRUCKING, INC.; and<br>GUY KELLEY, individually, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO:<br>3:06 CV 351-MEF |
| U.S. XPRESS ENTERPRISES, INC.,<br>And fictitious defendants A, B and C,<br>whether singular or plural, those<br>other persons, corporations, firms<br>or other entities whose wrongful<br>conduct caused or contributed to<br>cause the injuries and damages to the<br>plaintiffs, all of whose true and correct<br>names are unknown to plaintiffs at<br>this time, but will be added by<br>amendment when ascertained, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## AMENDED ANSWER

U.S. Xpress Enterprises, Inc. amends its Answer to the Complaint so as to state the following additional defense:

G.     Plaintiff failed to satisfy a condition precedent.

/s/ Lawrence B. Clark
Lawrence B. Clark (CLA012)
David B. Hall (HAL052)
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

OF COUNSEL:
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this the 9th day of August, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ Lawrence B. Clark
OF COUNSEL

2