IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and ) <br> GUY KELLY, individually, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. XPRESS ENTERPRISES, INC., ) <br> et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO: <br> 3:06-CV-351-MEF |

## MOTION FOR QUALIFIED HIPAA PROTECTIVE ORDER

COMES NOW Defendant U.S. Xpress Enterprises, Inc. ("U.S. Xpress"), and respectfully requests this Court to enter a Qualified HIPAA Protective Order in this matter. As grounds for its motion, U.S. Xpress states as follows:

    1.    Plaintiffs filed their complaint in this matter on March 14, 2006. In the Complaint, Plaintiff Guy F. Kelly ("Kelly") alleges that he "suffered mental anguish and emotional distress and will continue to do so" as a result of the alleged breach of the purchase agreement. *See* Complaint at ¶ 19.

    2.    In response to discovery requests, Plaintiff provided the names of three medical and/or mental health professionals who provided treatment to him for his alleged emotional injuries. U.S. Xpress seeks to obtain records of the treatment provided by these physicians. These records are relevant and material in

1

that they provide information as to the nature of any alleged emotional distress or mental anguish for which Kelly seeks to recover damages in this case.

3. Under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), protected health information can be produced pursuant to a Qualified HIPAA Protective Order. *See* 45 C.F.R. 164.512(e). Accordingly, U.S. Xpress attaches a proposed Qualified HIPAA Protective Order to this motion for the Court's consideration.

WHEREFORE, premises considered, U.S. Xpress respectfully requests this Court enter the Qualified HIPAA Protective Order attached hereto as **Exhibit A**.

Respectfully Submitted,

*/s/ Elizabeth R. Floyd*
Elizabeth F. Floyd
David B. Hall
Attorneys for Defendant

**OF COUNSEL:**
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, P.C.
1600 Wachovia Tower
420 North 20th St.
Birmingham, AL  35203
(205) 328-0480 Telephone
(205) 322-8007 Facsimile

B KDH 729363 v1
2016317-000055 11/9/2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of November, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ *Elizabeth R. Floyd*
Elizabeth R. Floyd
Baker, Donelson, Bearman, Caldwell
 & Berkowitz, P.C.
420 N. 20th St., Ste. 1600
Birmingham, AL  35203
Tel:   (205) 328-0480
Fax:  (205) 322-8007
efloyd@bakerdonelson.com