IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

G.F. KELLY TRUCKING, INC.; and )
GUY KELLEY, individually, )
                                                    )
    Plaintiff, )
                                                    )
v. )     CIVIL ACTION NO:
                                                    )     3:06 CV 351-MEF
U.S. XPRESS ENTERPRISES, INC., )
And fictitious defendants A, B and C, )
whether singular or plural, those )
other persons, corporations, firms )
or other entities whose wrongful )
conduct caused or contributed to )
cause the injuries and damages to the )
plaintiffs, all of whose true and correct )
names are unknown to plaintiffs at )
this time, but will be added by )
amendment when ascertained, )
                                                    )
    Defendants. )

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Redding Floyd of Baker, Donelson,
Bearman, Caldwell & Berkowitz, P.C. appears as co-counsel of record for
Defendant U.S. Xpress Enterprises, Inc.  Ms. Floyd should be added to the list of
persons to be notified electronically through the CM/ECF system of all filings in
this matter.  Her electronic mail address is efloyd@bakerdonelson.com.

Respectfully submitted this 10th day of August, 2006.

/s/ Elizabeth R. Floyd
Lawrence B. Clark
David B. Hall
Elizabeth R. Floyd
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

Of Counsel:
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this the 10th day of August, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ Elizabeth R. Floyd
Of Counsel

2