IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and GUY KELLY, individually, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO:
3:06-CV-351-MEF

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW Defendant U.S. Xpress, Inc. ("USX") and respectfully moves the Court to amend the Scheduling Order by extending deadlines for ninety (90) days. As grounds for this Motion, USX says as follows:

1. On May 26, 2006, this Court entered a Scheduling Order. The deadline for the completion of discovery is February 9, 2007. Trial is set for June 25, 2007.

2. The parties have exchanged initial written discovery. USX, in consultation with Plaintiffs, also scheduled and noticed the depositions of Plaintiffs and two employees of Plaintiff G.F. Kelly Trucking, Inc. for December 13, 14 and 15. On or about December 4, Plaintiffs' counsel notified counsel for USX that he had an emergency arise that created a conflict with the depositions as noticed and

1

that he would need to cancel them. Attempts to arrive at an agreeable date to reschedule the depositions made it apparent that Plaintiffs' counsel was not available until after January 15, 2007.

3. The depositions of the Plaintiffs and their employees are critical. USX anticipates that Plaintiffs' and their employees' depositions will lead to the need for additional discovery, including additional depositions. Additionally, Plaintiffs have asked to take the deposition of USX's representative after Plaintiffs and their employees' depositions are complete.

4. Counsel for USX understands that emergencies and conflicts arise and at times scheduling can be difficult. Rather than seek to compel Plaintiffs' and their employees' depositions, USX rather requests that this Court extend the deadlines in the Scheduling Order by three months (roughly 90 days) to allow for the completion of discovery and compliance with the other things set forth therein. A proposed Order reflecting the proposed extended dates is submitted for the Court's convenience simultaneously with this Motion.

5. Plaintiffs' counsel has expressed his agreement with an extension of the deadlines and the filing of this motion.

Wherefore, premises considered, USX respectfully moves this Court to extend the deadlines in the Scheduling Order as reflected in the attached proposed Revised Scheduling Order.

Respectfully submitted the 13th day of December, 2006.

/s/ Elizabeth R. Floyd
Lawrence B. Clark (CLA012)
David B. Hall (HAL052)
Elizabeth R. Floyd (FLO032)
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

Of Counsel:
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

## Certificate of Service

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this the 13th day of December, 2006.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ Elizabeth R. Floyd
Of Counsel

B DBH 732083 v1
2016317-000055 12/12/2006