IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern Division

| | | |
|---|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CIVIL ACTION NO: 3:06-CV-351-MEF |
| U.S. XPRESS ENTERPRISES, INC., et al., | * * * | |
| Defendants. | | |

## NOTICE OF APPEARANCE

**COMES NOW** John Tomlinson of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and enters appearance as additional trial counsel for the Plaintiffs in the above-captioned cause.

/s/ John E. Tomlinson
JOHN E. TOMLINSON (TOM014)

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this 13th day of December, 2006.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

/s/ John E. Tomlinson
Of Counsel