IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

G. F. KELLY TRUCKING, INC., *et al.,*  )
                                     )
      Plaintiffs,            )
v.                               )      CASE NO. 3:06-cv-351-MEF
                                       )
U. S. XPRESS ENTERPRISES, INC.,  )
                                     )
      Defendant.          )

# **O R D E R**

Upon consideration of the defendant's Motion to Amend Scheduling Order (Doc. #15)

filed on December 13, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 18th day of December, 2006.

                                             /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE