IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 3:06cv00351-MEF<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of Plaintiffs to Defendants U.S. Xpress Enterprises, Inc.:

1. Plaintiffs' Notice of Deposition to Dennis Farnsworth.

2. Plaintiffs' Notice of Deposition to Al Hingst.

/s/ John E. Tomlinson
JOHN E. TOMLINSON (TOM014)

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this 2nd day of February, 2007.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

/s/ John E. Tomlinson
Of Counsel