IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and GUY KELLEY, individually, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO: ) 3:06-CV-351-MEF |
| U.S. XPRESS ENTERPRISES, INC., | ) ) |
| Defendant. | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant U.S. Xpress Enterprises, Inc. ("USX) and submits the following evidence in support of its Motion for Summary Judgment being filed contemporaneously herewith:

A. Deposition of Guy Kelly and relevant exhibits;

B. Deposition of Nelson Chastain and relevant exhibits;

C. Deposition of Dennis Farnsworth and relevant exhibits;

D. Deposition of Frank Childers and relevant exhibits;

E. Deposition of Alan Hingst and relevant exhibits;

F. Deposition of Randall Fant and relevant exhibits;

G. Declaration of Russ Moore;

H. Declaration of Alan J. Hingst; and,

I. Declaration of Lisa Pate.

Respectfully submitted this 23rd day of February, 2007.

/s/ Elizabeth R. Floyd
Lawrence B. Clark
David B. Hall
Elizabeth R. Floyd
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

Of Counsel:
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

### Certificate of Service

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this the 23rd day of February, 2007.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
John Everett Tomlinson
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ Elizabeth R. Floyd
Of Counsel

2

B KDH 739563 v1
2016317-000055 2/23/2007