# American Court Reporting
## toll-free (877) 320-1050

Page 229

1    Q.  If you will, look at paragraph
2  11.3.
3    A.  Okay.
4    Q.  Did you agree, in this
5  Purchase Agreement, that this agreement
6  constituted the entire agreements
7  between the parties?
8    A.  With the exception of the
9  verbal closing date, yes.
10    Q.  Does it say, with the
11  exception of the verbal closing date?
12    A.  No.  But Dennis Farnsworth
13  told me a tentative closing date.
14    Q.  What does Section 11.6 say?
15    A.  The agreement, I don't guess I
16  have to read it out loud.
17    Q.  It says, this agreement shall
18  not be changed or terminated orally and
19  no waiver of compliance with any
20  provisions or conditions hereof and no
21  consent provided for here and shall be
22  effective unless evidenced by a written
23  instrument duly executed by the party

Page 230

1  to be charged therewith.
2      Did I read that accurately?
3    A.  I believe you did.
4    Q.  On page 21, which may be the
5  last page of yours, did you sign?
6    A.  I signed it.
7    Q.  Did you ever contend that you
8  did not have an agreement with U.S.
9  Xpress?
10    A.  I don't know.  I may have.  I
11  don't know.  I can't recall.  I had an
12  agreement with Dennis Farnsworth,
13  though, representing U.S. Xpress.  And
14  a verbal commitment to me is as good as
15  paper.
16    Q.  All right.  I will show you
17  what has been marked as Defendant's
18  Exhibit 46 and ask if you have seen
19  that before.
20
21      (Whereupon, Defendant's Exhibit
22      Number 46 was marked for
23      identification and is attached to

Page 231

1      the original transcript.)
2
3    A.  I recognize it.
4    Q.  Did you write the e-mail at
5  the top to Dennis Farnsworth?
6    A.  Yes.
7    Q.  The third paragraph from the
8  bottom of your e-mail, it says, I know
9  this will be thrown up about the
10  agreement on the 31st.
11      What are you referring to with
12  regard to the 31st?
13    A.  I don't know what I meant by
14  that at that time.  I think that was
15  one of the closing dates.
16    Q.  It says or it continues, but
17  if you will check, the asset page of
18  the agreement has not been signed, the
19  assignor-assignee page was only signed.
20    A.  Okay.
21    Q.  Are you indicating you are not
22  bound by the agreement?
23    A.  I'm indicating I want my copy

Page 232

1  back.
2    Q.  Okay.
3    A.  And also this was a way to
4  give him an out and he didn't take it.
5    Q.  Did you have a verbal
6  conversation with Mr. Farnsworth on the
7  19th?
8    A.  The 20th, I did.
9    Q.  The 20th?
10    A.  That's when he guaranteed to
11  close the 29th, his word representing
12  U.S. Xpress.
13    Q.  Did you tell him on the 19th
14  that James R. Smith was ready to close?
15    A.  I don't recall.  I could have.
16    Q.  Was that true?
17    A.  No.  Well, now, I take that
18  back.  They had indicated interest in
19  the company, if I didn't sell it.  As
20  you see, they made an offer in '06.
21  They had made an indication through my
22  insurance agent that they would like to
23  buy it.

## www.AmericanCourtReporting.com
## January 15, 2007

# American Court Reporting
## toll-free (877) 320-1050

Page 233

1    Q.  Who is your agent?
2    A.  Bill Hamrick.
3    Q.  Why didn't you contact him at
4  that point?
5    A.  Who? James R. Smith?
6    Q.  James R. Smith?
7    A.  At what point in time?  During
8  this process?
9    Q.  Yes.
10   A.  Because I wasn't supposed to.
11  And you will notice in that e-mail on
12  August the 19th, what is already --
13  U.S. Xpress has already caused me.
14   Q.  It says, I have lost 15
15  drivers due to the uncertain future and
16  driver talk.  Do you remember which 15?
17   A.  Uh-uh.  No.
18   Q.  Would Frank know that?
19   A.  Possibly, yes.
20   Q.  At that time, nobody has told
21  them that they can't be home on
22  weekends; is that correct?  Or they
23  can't guarantee that they will be home

Page 234

1  on weekends?
2    A.  No.  They haven't been told
3  that the whole time.  But they were
4  aware of the process, and a driver has
5  to have concrete information to have a
6  level of serenity and calmness to do
7  his job.  And if he feels like there is
8  uncertainty or chaos, they will move on
9  a lot of times.
10   Q.  These 15, are they included in
11  the 35?
12   A.  No.
13   Q.  So by August 25th, 2005, you
14  had lost 40 drivers?
15   A.  Correct.
16   Q.  Defendant's Exhibit 45, page
17  6, Section 3.6 requires there to be at
18  least 130 closing day drivers that will
19  meet buyer's qualifications for hiring;
20  is that correct?
21   A.  That's what the document
22  states.  But Dennis continued to tell
23  me not to worry about the detail of the

Page 235

1  agreement, that they would work out the
2  deal with the drivers through safety.
3    Q.  Did your attorney review
4  Defendant's Exhibit 45 with you?
5    A.  I would have sent that to
6  Wade, yes.
7    Q.  And you sought his advice with
8  regard to this transaction?
9    A.  Yes.
10   Q.  Would you have had -- without
11  regard to U.S. Xpress' standards for
12  hiring, would you have had 130 Kelly
13  drivers that would have gone to work
14  for U.S. Xpress by the end of August
15  2005?
16   A.  Yes.
17   Q.  Do you know whether any of the
18  15 drivers that you mentioned in your
19  letter of August 19th, 2005, do you
20  know whether any of those drivers were
21  not qualified by U.S. Xpress?
22   A.  I couldn't answer that.  Frank
23  could.

Page 236

1    Q.  What were G.F. Kelly
2  Trucking's hiring criteria for drivers?
3    A.  They were pretty much industry
4  standards: 23 years old, we had to
5  preapprove our drivers through our
6  insurance company, which was Lincoln
7  General, before we would hire them.
8  They would qualify them based on the
9  application and they forward that to
10  Lincoln General or to Hamrick, which
11  was our agency, and they would go over
12  it with Lincoln General.
13   Q.  Did you have any written
14  standards on --
15   A.  Yes.
16   Q.  -- driving history?
17   A.  Yes.  Frank could supply you
18  with that.
19   Q.  Frank's the man?
20   A.  Yes.  We had some
21  qualifications.  I can't cite them
22  verbatim, but we had them.
23   Q.  Okay.  What would it take to

59 (Pages 233 to 236)

## www.AmericanCourtReporting.com
## January 15, 2007

# American Court Reporting
## toll-free (877) 320-1050

Page 237

1  be fired as a driver related to driving
2  at Kelly Trucking?
3      A.  I would have to let Frank
4  answer that.  He handled the personnel.
5      Q.  Let me show you what has been
6  marked as Defendant's Exhibit 47.  Have
7  you seen that letter before?
8
9          (Whereupon, Defendant's Exhibit
10          Number 47 was marked for
11          identification and is attached to
12          the original transcript.)
13
14      A.  I don't believe I have seen
15  this.
16      Q.  Okay.
17      A.  Frank probably has.
18      Q.  It's your production number 77
19  for your reference purposes.
20      A.  Okay.  That would have been
21  sent to the safety department.
22      Q.  Do you see in the first
23  sentence it talks about U.S. Xpress and

Page 238

1  G.F. Kelly are discussing a possible
2  business arrangement?
3      A.  (No response.)
4      Q.  Do you see that?
5      A.  Yes.
6      Q.  But you never saw this?
7      A.  I don't believe I have seen
8  that.  I think that was probably from
9  the safety department.
10      Q.  I will show you what has been
11  marked as Defendant's Exhibit 48.  Have
12  you seen that e-mail before?
13
14          (Whereupon, Defendant's Exhibit
15          Number 48 was marked for
16          identification and is attached to
17          the original transcript.)
18
19      A.  Yes, I believe I have.
20      Q.  Okay.  Would you have seen it
21  before -- would you have seen it August
22  23rd, 2005?
23      A.  Possibly.

Page 239

1      Q.  All right.  What payoff letter
2  are they referring to or is being
3  referred to there, if you know?
4      A.  That is paying off the
5  receivable company, the ICC.  That's
6  one of my receivables.  They were
7  factoring my receivables.  And there
8  was two possible deals, that they would
9  either pay off the receivables and I
10  would, I think, 85 or 90 percent of it,
11  if I got the cash up front, or then
12  either I could just keep my
13  receivables.  So that's what this is
14  referring to.
15      Q.  You indicated people from U.S.
16  Xpress came to Kelly Trucking the week
17  of August 22nd; is that correct?
18      A.  Monday, correct.
19      Q.  And they came to, I guess,
20  qualify Kelly drivers with U.S. Xpress
21  applications and drug tests and
22  driver's tests, correct?
23      A.  No.  They actually came --

Page 240

1  they had all that material prior to
2  coming to Wadley.
3      Q.  How many drivers' applications
4  had been sent to U.S. Xpress prior to
5  August 22, 2005?
6      A.  All of them.
7      Q.  Are you the person most
8  knowledgeable about that?
9      A.  No.  Frank is.  They had all
10  the driver information prior to that
11  week.
12      Q.  I just want to make sure you
13  understand what I'm saying.
14          U.S. Xpress sent U.S. Xpress
15  driver applications to Kelly Trucking.
16  Are you aware of that?
17      A.  No.  Frank would probably be
18  the most knowledgeable about that
19  process.
20      Q.  I don't want you to be
21  confused in your testimony.  I want to
22  make sure you understood what I was
23  asking you.

60  (Pages 237 to 240)

## www.AmericanCourtReporting.com
## January 15, 2007

Page 241

1  A.  Right.
2  Q.  I was asking, do you know how
3  many of those U.S. Xpress applications
4  filled out by Kelly drivers were
5  actually sent back to U.S. Xpress prior
6  to August 22nd?
7  A.  Frank will have to answer
8  that.
9  Q.  I will show you what has been
10  marked as Defendant's Exhibit 49.
11
12    (Whereupon, Defendant's Exhibit
13    Number 49 was marked for
14    identification and is attached to
15    the original transcript.)
16
17  Q.  Do you recognize those
18  e-mails?
19  A.  Correct.
20  Q.  You do recognize them?
21  A.  Correct.
22  Q.  Okay.  It indicates there is a
23  list attached.  If I find it, do you

Page 242

1  think you would recognize it?
2  A.  I will try.
3  Q.  Okay.  I will show you what I
4  have just marked as Defendant's Exhibit
5  50.  Do you recognize that?
6
7    (Whereupon, Defendant's Exhibit
8    Number 50 was marked for
9    identification and is attached to
10    the original transcript.)
11
12  A.  Oh, yes, I do.
13  Q.  Is that the attachment
14  referred to in Exhibit 49?
15  A.  Yes.  Yes.  That's the equity
16  I had in my trailers.
17  Q.  Can you tell from this which
18  are owned by or leased in the name of
19  Kelly Trucking?
20  A.  What time frame?  At that
21  time?
22  Q.  On this list.
23  A.  On that list?

Page 243

1  Q.  Yes.  The reason I ask is, on
2  page 3 there's some timber and then
3  there's some things listed, and then
4  there's K-Diesel and there's some
5  things listed.
6  A.  The timber wasn't included.
7  Q.  Was not included?
8  A.  No.  That's the timber
9  equipment.  And the K-Diesel trucks
10  were actually -- that's trucks that
11  K-Diesel actually owned at that time
12  frame that were leased to Kelly
13  Trucking as owner/operators.  I was
14  actually an owner/operator of my own
15  company.
16  Q.  Okay.  If you would, turn to
17  the last page.  I guess in the bottom
18  corner, there's a Bates number.  Let me
19  find it.  Beginning on page 217, do you
20  see where I'm referring in the
21  right-hand corner?
22  A.  Okay.
23  Q.  To the left-hand side, there's

Page 244

1  a number, it begins with 241.  Is that
2  the trailer number?
3  A.  That is the number of
4  trailers.  The unit number would be the
5  one following, and then year model,
6  year, then make and serial number.
7  Q.  And the dollar amounts in the
8  first column is the OLV?
9  A.  OLV.
10  Q.  And the second column is
11  payoff?
12  A.  Payoff, right.
13  Q.  And from trailer number 53366,
14  2001?
15  A.  Lufkin.
16  Q.  All the Kelly trailers through
17  number 421 are Lufkin; is that correct?
18  A.  Correct.
19  Q.  What are the Wabash?
20  A.  They are trailers.
21  Q.  Are they included?
22  A.  Yes.
23  Q.  Can I see the e-mails that I

61  (Pages 241 to 244)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 245

1  gave you, the last couple of e-mails I
2  gave you?
3      A. (Complies.) 49 and 48.
4      Q. Your e-mail, Number 49,
5  Exhibit 49, question, are any of these
6  -- Mr. Farnsworth asks, are any of
7  these trailers unusable, if so, we need
8  to remove from the list. Please
9  review. You respond, looks good.
10        What does that mean?
11     A. That means everything is okay.
12     Q. All of them are usable?
13     A. Yes.
14     Q. I will show you what has been
15 marked as Defendant's Exhibit 51. Do
16 you recognize that e-mail?
17
18        (Whereupon, Defendant's Exhibit
19        Number 51 was marked for
20        identification and is attached to
21        the original transcript.)
22
23     A. Yes.

Page 246

1      Q. What is this with regard to?
2      A. The week of the 22nd was when
3  we were to begin bringing all the
4  drivers in to be assigned new trucks
5  and new fuel cards for U.S. Xpress.
6  That means I would have had basically
7  no revenue to amount to anything,
8  because bringing 35 drivers in a day
9  and then my drivers were expecting to
10 be paid, because they were going to
11 miss -- they were supposed to just miss
12 one day and the first group was there
13 three days. So I had to pay the
14 drivers.
15     Q. The first group was there
16 three days?
17     A. Yes. Yes.
18     Q. Monday through Wednesday?
19     A. Correct. That was a lot --
20 that was a lot of the problem right
21 there, those guys quit, some of the
22 problem right there, too.
23     Q. How many were in the first

Page 247

1  group?
2      A. I think around 30. You would
3  have to ask Frank to be sure.
4      Q. Were you there during this
5  period?
6      A. Yes. Yes.
7      Q. And these drivers weren't
8  routed in on any kind of -- you know,
9  just as they come in?
10     A. Wadley is not on any major
11 intersection or highway. It's sort of
12 out of the way, if you know where
13 Wadley was. To get a truck in there,
14 you eat cost, you eat driver pay, fuel
15 and maintenance cost.
16     Q. Did you have any agreement
17 with U.S. Xpress in advance for them to
18 pay these expenses?
19     A. Yes. Dennis told me verbatim
20 that they would compensate me for
21 out-of-pocket expense. Nelson
22 Chastain, I think, was also a party to
23 that conversation. Frank may have

Page 248

1  been, too, to be honest with you.
2      Q. When did this conversation
3  take place?
4      A. I don't recall the exact date.
5      Q. Are there any e-mails from you
6  back to Dennis Farnsworth that says,
7  Dennis, you told me that you were going
8  to close this deal, Dennis, you told me
9  X and the agreement says something else
10 or, Dennis, you said you were going to
11 pay for these expenses and you are not?
12     A. Well, I mean, they attempted
13 to. They threw me a little bone. They
14 sent me an offering letter of $20,000.
15 So that basically follows up on his
16 verbal agreement with me, but that
17 didn't cover it.
18     Q. How much did you have in
19 expenses?
20     A. There's a sheet somewhere that
21 we guesstimated about how much cost it
22 cost us that week. Our revenue was
23 running about $400,000 a week. So if

62 (Pages 245 to 248)

**www.AmericanCourtReporting.com**
**January 15, 2007**

# American Court Reporting
## toll-free (877) 320-1050

Page 249

1  you are bringing in 30 trucks a day and
2  they are supposed to be out one day but
3  the first group was there three days,
4  it won't take long to figure all that
5  out. We had figured it one time. It
6  is on the sheet I give you for out of
7  pocket. I think about $160,000.
8     Q. On the sheet that was attached
9  to the attorney's letter?
10    A. Yeah, I think so. I think
11 those guys had figured it up pretty
12 close. It's here somewhere.
13
14    (Discussion off the record.)
15
16    MR. HALL: We will mark it
17 Defendant's Exhibit 53.
18
19    (Whereupon, Defendant's Exhibit
20    Number 53 was marked for
21    identification and is attached to
22    the original transcript.)
23

Page 250

1     Q. (BY MR. HALL:) Do you see it
2  on what we have marked as Defendant's
3  Exhibit 53?
4     A. Yes.
5     Q. Where is it?
6     A. Revenue, field cost, and
7  driver pay.
8     Q. Revenue lost is in reference
9  to?
10    A. The trucks not running.
11    Q. The week of August 22nd?
12    A. Correct.
13    Q. And it's $200,000?
14    A. Total.
15    Q. 250, excuse me.
16    A. Total cost.
17    Q. Total. Okay. Let me show you
18 what has been marked as Defendant's
19 Exhibit 52.
20
21    (Whereupon, Defendant's Exhibit
22    Number 52 was marked for
23    identification and is attached to

Page 251

1     the original transcript.)
2
3     Q. I guess it's a follow-up to
4  the --
5     A. We done talked about this now.
6     Q. Well, we have Tuesday, August
7  23rd, 2005 from Dennis back to you.
8  After you said things looked good, he
9  writes back, great, we need titles on
10 paid off trailers ready to deliver at
11 close as well.
12    Did you have the titles on the
13 paid off trailers?
14    A. Yes.
15    Q. On all of them?
16    A. Yes.
17    Q. Did you give those to
18 Mr. Farnsworth?
19    A. No.
20    Q. I will show you what has been
21 marked as Defendant's Exhibit 54 and
22 ask if you can identify that, please.
23

Page 252

1     (Whereupon, Defendant's Exhibit
2     Number 54 was marked for
3     identification and is attached to
4     the original transcript.)
5
6     A. Yes.
7     Q. Is that your note?
8     A. Yes.
9     Q. What is this regarding?
10    A. This is when Al Hingst walked
11 in my office on August the 25th and
12 told me that they were pulling out.
13    Q. And you told me -- I'm not
14 going to ask you to repeat what he said
15 about -- he said, if he was doing it,
16 it would have been done differently or
17 something along those lines?
18    A. If he had been there from Day
19 One, we would have closed by the 15th
20 and up and running; that they had
21 mismanaged the whole process and he was
22 sorry that it happened.
23    Q. Did he tell you why they were

## www.AmericanCourtReporting.com
## January 15, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 253

1  pulling out?
2      A.  No.  He just basically said,
3  we mishandled this and it's a fiasco
4  and I'm sorry and it wasn't handled
5  properly.
6      Q.  He didn't say anything to you
7  about the results of their inspection
8  of the Kelly equipment?
9      A.  No.
10     Q.  He didn't or you don't recall?
11     A.  I don't recall him saying
12  anything like that.
13     Q.  Do you recall him saying
14  anything to you about drivers that
15  would not qualify under U.S. Xpress
16  standards?
17     A.  No, not to me.  He may have
18  talked with Frank.  Now, you got to
19  remember, they had all the information
20  prior to them coming down there.  So
21  they should have made that
22  determination beforehand.
23     Q.  Did they do drug testing while

Page 254

1  they were at Wadley?
2      A.  You will have to ask Frank
3  that.
4      Q.  Do you know if they did road
5  testing while they were at Wadley?
6      A.  You will have to ask Frank.
7      Q.  And you don't know whether or
8  not they had U.S. applications filled
9  out, U.S. Xpress applications filled
10  out?
11     A.  Frank would have to answer
12  that.
13     Q.  And it's your testimony that
14  they did not convey to you anything
15  about U.S. Xpress equipment not meeting
16  -- excuse me -- Kelly equipment not
17  meeting U.S. Xpress standards and not
18  being able to qualify enough Kelly
19  drivers?
20     A.  That had no bearing on the
21  buyout, as far as equipment.  It was an
22  asset sale.  And I was only going to
23  get the equity of what was left.  So it

Page 255

1  had no bearing on the sale being
2  completed.  And Dennis said that
3  wouldn't matter anyway.
4      Q.  What wouldn't?
5      A.  The condition of my equipment
6  had no bearing.  The drivers were not
7  going to drive Kelly trucks or use
8  Kelly trailers anymore.  It had no
9  bearing on the actual completing of the
10  deal.
11     Q.  Are you familiar with Section
12  3.2 to Defendant's Exhibit 45?
13     A.  What's that on?
14     Q.  The Asset Purchase Agreement.
15     A.  Where, now, what page?
16     Q.  Article 3, Conditions to
17  Closing, page 6, Section 3.2.  Is not
18  an inspection to U.S. Xpress'
19  satisfaction of the transferred
20  equipment and leased equipment a
21  condition to closing?
22     A.  Has no bearing on the deal,
23  because it was -- they were not -- they

Page 256

1  were not going to use the equipment.
2  The equipment was going to be sold to
3  Taylor Martin and liquidated.  And
4  whatever it brought, I would get the
5  difference.  So it had no bearing.
6      Q.  The equipment was going to be
7  sold to Taylor Martin?
8      A.  It was my understanding that
9  Taylor Martin was buying all the
10  equipment.  They done the orderly
11  liquidation value appraisal.  And
12  that's what Dennis told me from Day
13  One, that they would not use any of the
14  equipment, that it would be sold.
15  Taylor Martin will handle all that.
16     Q.  But do you agree with me,
17  Article 3, Section 3.2 says it is a
18  condition to the sale?
19     A.  I don't really understand.  I
20  mean, it's a stated part of this
21  document.  But Dennis told me it didn't
22  matter, and Dennis told me that they
23  wouldn't use the equipment anyway, so

64  (Pages 253 to 256)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 257

1  and they were just going to sell it.
2  So it has no bearing on it to me.
3     Q.  And the number of qualified
4  drivers, is it still your opinion that
5  that was not a condition to closing?
6     A.  They should have knew this. I
7  mean, they had all this information
8  prior to coming to my office that week.
9  They had all the driver files. And
10  then Dennis continued to move forward
11  and to guarantee me the sale and to
12  close. And he said, don't worry about
13  the driver situation, we will take care
14  of it, we will work that out with
15  Frank.
16     Q.  That's your position?
17     A.  My position is, U.S. Xpress
18  continued to let him represent them,
19  communicating with me that it was a
20  done deal and they would close the
21  29th. And a man's word is as good as a
22  contract to me.
23     Q.  Did you have any conversations

Page 258

1  with Mr. Farnsworth or anyone else from
2  U.S. Xpress after you spoke with
3  Mr. Hingst? H-i-n-g-s-t.
4     A.  Yes.
5     Q.  Who?
6     A.  Oh, no. No. No. Ask me that
7  again.
8     Q.  Did you have any conversations
9  with anyone else from U.S. Xpress after
10  your conversation with Mr. Hingst on
11  the morning of --
12     A.  The 25th.
13     Q.  -- August 25th?
14     A.  No.
15     Q.  The reason I ask that is
16  because the bottom section indicates
17  that you had a conference call of --
18     A.  That was in -- you asked me?
19     Q.  Was that all in the same
20  thing?
21     A.  Yeah. I mean, when Al was in
22  the office, we got Dennis on the phone.
23     Q.  Okay. What did Dennis say on

Page 259

1  the conference call?
2     A.  It was basically between Al
3  and Dennis. And Dennis apologized for
4  the problems that they caused me. And
5  I asked him about compensation that he
6  had promised me, and he said they would
7  be sending out a letter to that effect.
8     I think I asked Dennis I need
9  written conformation on them backing
10  out of the deal and fulfilling the
11  terms of the contract, which I think
12  the last page talks about giving me
13  five to eight or something to correct
14  the situation. Or they have to notify
15  me in writing five days and give me
16  five -- something to that effect.
17  Where is that? So they never fulfilled
18  their termination responsibilities.
19  It's somewhere.
20     Q.  It's page 16. No, excuse me.
21  Page 17, Article 11. What clause are
22  you referring to? Are you on page 18?
23     A.  I'm on page 18. I'm talking

Page 260

1  about 2 and 3, paragraph 2 and 4 and, I
2  guess, 4. They never fulfilled that
3  obligation to me.
4     Q.  What obligation is that?
5     A.  Written notice.
6     Q.  I will show you what has been
7  marked as Defendant's Exhibit 55 and
8  ask if you can identify that, please.
9
10     (Whereupon, Defendant's Exhibit
11     Number 55 was marked for
12     identification and is attached to
13     the original transcript.)
14
15     A.  The problem is, they
16  terminated without giving me
17  availability to cure any problem that
18  we had, and didn't give me any written
19  notice of what the problem was.
20     Q.  Did you breach any
21  representation, warranty or covenant
22  contained in the agreement?
23     A.  Not to my knowledge.

65  (Pages 257 to 260)

**www.AmericanCourtReporting.com**
**January 15, 2007**

Page 261

1    Q. If you don't have 130
2  qualified drivers on August 25th,
3  should they have waited until August
4  31st not to have closed?
5    A. Well, if you are going to
6  hound me on all the language earlier in
7  this contract and hold me to it, then
8  I'm going to hold them to it.
9    Q. Did you breach any covenant,
10  representation or warranty contained in
11  the Purchase Agreement?
12    A. I don't know what you mean.
13    Q. Well, the five days' notice
14  refers to breach of covenants,
15  representations and warranties.
16    Did they accuse you of
17  breaching any covenants,
18  representations or warranties?
19    A. Did they accuse me of what
20  now?
21    Q. Did they say that you breached
22  a covenant, representation or warranty
23  upon which they were terminating the

Page 262

1  contract?
2    A. Well, you are saying I didn't
3  have enough drivers.
4    Q. But that's a condition to
5  closing. It's not a covenant,
6  representation or warranty.
7    A. Yeah. Dennis lied to me. He
8  breached it. He lied to me about the
9  closing and buying the company.
10    Q. No. We are talking about, did
11  they accuse you of breaching any
12  covenants, representations or
13  warranties?
14    MR. TOMLINSON: What specific
15  time are you talking about, David?
16    MR. HALL: I'm talking about
17  at any time when they -- at any time.
18    THE WITNESS: I'm reading.
19    MR. HALL: Okay.
20    THE WITNESS: Let's see. Your
21  letter from your attorney said I
22  breached by not -- the letter from
23  Lisa, I believe, said that I breached

Page 263

1  by not providing the number of drivers
2  that were contained in the agreement,
3  if I'm not mistaken. Is that what you
4  are talking about?
5    MR. HALL: No.
6    MR. HALL: Defendant's Exhibit
7  56 is Ms. Pate's letter in response to
8  your attorney's letter.
9
10    (Whereupon, Defendant's Exhibit
11    Number 56 was marked for
12    identification and is attached to
13    the original transcript.)
14
15    MR. HALL: I will go ahead and
16  mark that as 57.
17
18    (Whereupon, Defendant's Exhibit
19    Number 57 was marked for
20    identification and is attached to
21    the original transcript.)
22
23    THE WITNESS: What does that

Page 264

1  say?
2    MR. TOMLINSON: He is not
3  allowed to answer your question.
4    THE WITNESS: I'm sorry. It
5  says, the conditions set forth in
6  Article 3 of the agreement include but
7  not limited to compliance with
8  covenants, satisfactory equipment
9  inspection and qualified lease -- were
10  not met. So that means I breached,
11  right, the covenants?
12    MR. TOMLINSON: He just wants
13  what you know.
14    THE WITNESS: I'm sorry.
15  That's what it says to me, that they
16  are saying that I breached that part
17  and then they didn't turn around and
18  give me my satisfactory notice at the
19  end of the Purchase Agreement.
20    Q. (BY MR. HALL:) If they
21  interviewed all of your drivers --
22    A. But they didn't.
23    Q. -- and determined whether or

66  (Pages 261 to 264)

# American Court Reporting
## toll-free (877) 320-1050

Page 265

1  not they are qualified or they know how
2  many drivers you have got and how many
3  have quit and they have determined that
4  they are not going to be able to
5  qualify 130 drivers, should they have
6  waited until August 31st to let the
7  Purchase Agreement not close on August
8  31st?
9     A.  Did they know that they were
10 going to qualify 130 drivers is what I
11 don't understand.  But part of the
12 contract, yes, they were supposed to
13 wait.
14    Q.  What would you have done
15 differently if they had waited?
16    A.  I would have got on the phone
17 with Dennis Farnsworth and found out
18 what their problem was, because he
19 assured me this was not a problem and
20 that we were going to make this happen.
21    Q.  Let me ask you this,
22 Mr. Kelly:  When you entered into the
23 Purchase Agreement on August 4th, 2005

Page 266

1  and the Purchase Agreement said this
2  will be the entire agreement between
3  the parties, did you not intend to be
4  bound by this agreement at the time you
5  entered into this agreement?
6     A.  Yes.
7     Q.  You did not?
8     A.  Yes, I meant to be bound by
9  the agreement.
10    Q.  And Section 11.3 says this is
11 the entire agreement, does it not?
12 It's on page 19.
13    A.  That's the agreement with the
14 addition of the verbal contract I had
15 with Dennis Farnsworth, him
16 representing U.S. Xpress and their
17 parties.
18    Q.  Does Section 11.3 say this is
19 the entire agreement between the
20 parties?
21    A.  This is the entire agreement
22 between the U.S. Xpress entity and G.F.
23 Kelly Trucking, Inc.  But I also had a

Page 267

1  verbal agreement with Dennis
2  Farnsworth, which he told me not to
3  worry about this part of it, that he
4  would work it out.
5     Q.  On page 21 of the agreement,
6  did you sign on behalf of G.F. Kelly,
7  Inc. and on behalf of Guy Kelly,
8  stockholder?
9     A.  Yes.
10    Q.  Okay.  Does Section 11.4 of
11 the agreement state that each party
12 will be responsible for its own
13 expenses in connection with this
14 agreement or the consummation of the
15 transactions contemplated herein?
16    A.  That's what the agreement
17 says.  But Dennis Farnsworth told me
18 otherwise.
19    Q.  In Section 11.6, does it say,
20 this agreement shall not be changed or
21 terminated orally?
22    A.  Yes.
23

Page 268

1       (Whereupon, Defendant's Exhibit
2       Number 58 was marked for
3       identification and is attached to
4       the original transcript.)
5
6     Q.  Let me show you what has been
7  marked as Defendant's Exhibit 58 and
8  ask if you can identify that, please.
9        MR. HALL:  John, this is
10 Mr. Kelly's production number 90.
11       MR. TOMLINSON:  Okay.
12
13       (Discussion off the record.)
14
15    A.  I recognize it.
16    Q.  (BY MR. HALL:)  Do you know
17 whether or not one of Mr. Hopper's
18 other clients picked up this account?
19    A.  Yes.  A company out of
20 Florence picked it up.
21    Q.  Does Mr. Hopper represent that
22 company?
23    A.  Not to my knowledge.

67  (Pages 265 to 268)

## www.AmericanCourtReporting.com
## January 15, 2007

# American Court Reporting
## toll-free (877) 320-1050

Page 269

1    MR. HALL:  Let's take a break.
2
3      (Short recess.)
4
5    Q.  (BY MR. HALL:)  Let me show
6  you Defendant's Exhibit 59 and ask if
7  you can just tell me what that is.
8
9      (Whereupon, Defendant's Exhibit
10     Number 59 was marked for
11     identification and is attached to
12     the original transcript.)
13
14    A.  That looks like our insurance
15  policy coverage.  Frank handles all
16  that in the safety department.  But
17  that looks like our commercial
18  liability policy.
19    Q.  Would Frank be the guy to talk
20  about any questions on that?
21    A.  Insurance issues, yes, sir.
22    Q.  I will show you Defendant's
23  Exhibit 60.  If you could, tell me --

Page 270

1      (Whereupon, Defendant's Exhibit
2       Number 60 was marked for
3       identification and is attached to
4       the original transcript.)
5
6    A.  You know I can't read that.
7    Q.  Well, neither can I.  I was
8  wondering if you would recognize it.
9      It refers to Eagle Logistics,
10 Inc.
11    A.  I don't know nothing, that's
12 good.
13    Q.  Okay.
14    A.  The writing really, David; I
15 can't hardly read it.
16    Q.  I'm going to combine these.
17    A.  It looks like something to do
18 with insurance.
19    Q.  Defendant's Exhibit 61, this
20 is Kelly documents 116 through 139.  Do
21 you know what that is?
22
23      (Whereupon, Defendant's Exhibit

Page 271

1      Number 61 was marked for
2      identification and is attached to
3      the original transcript.)
4
5    A.  That is a payment history.
6
7      (Discussion off the record.)
8
9    A.  This looks like it's going to
10 be a vendor account and an account
11 dealing with insurance.
12    Q.  (BY MR. HALL:)  Okay.
13 Insurance related?
14    A.  Insurance related.
15    Q.  All right.  I just wanted to
16 know what it was.
17    A.  Okay.  I'm current on my
18 insurance.
19    Q.  Defendant's Exhibit 62 appears
20 to be a DOT notice of claim.
21
22      (Whereupon, Defendant's Exhibit
23      Number 62 was marked for

Page 272

1      identification and is attached to
2      the original transcript.)
3
4    A.  That looks like something a
5  driver got.  It looks like a driver
6  violation.  And unfortunately, they
7  will charge me.  If the driver doesn't
8  pay it, they will charge me.  And the
9  reasoning behind that is, is because
10 they know they can actually put me out
11 of service if I don't pay it.  So they
12 always go after the one with the money,
13 if that makes sense to you.  Tennessee
14 is bad about doing this.  I'm sorry
15 about that.
16    Q.  Would Mr. Childers have
17 responded to this?
18    A.  This would be a Frank matter.
19    Q.  Okay.
20    A.  But we don't know what it is.
21    Q.  I'm just looking here at the
22 back.
23    A.  But now, on the other hand,

68  (Pages 269 to 272)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 273

1  the back stuff is going to be where we
2  -- we were audited three times within
3  about a two-year period. If you will,
4  see on the last page, we were
5  satisfactory. Very last page.
6      Q. Okay.
7      A. Now, we did get fined, I think
8  at the first one or at one point in
9  time. This may be what that is. I
10  couldn't tell you what we got fined
11  for, but it wasn't very much. And that
12  may be what that is. Frank could tell
13  you. But it's been paid or they will
14  shut you down.
15     Q. Okay.
16     A. Yes, that's what it was. If
17  you will, look on page something, it
18  was a -- I remember now Frank telling
19  me we failed to get the required number
20  of -- it was either alcohol tests or
21  drug tests within a year's time frame.
22  And I think it is 25 percent of your
23  fleet. And they fined us for it and

Page 274

1  that's what that was for. But you see
2  we still got satisfactory.
3      Q. Were you a member of the
4  Alabama Trucking Association?
5      A. We were at one time.
6      Q. Are you currently?
7      A. We were at one time. I'm not
8  a member anymore. Now, my work comp is
9  through Alabama ATA. Frank could
10  answer that better than I could, too.
11  I don't participate in all that stuff,
12  if that's what you are asking me.
13
14        (Whereupon, Defendant's Exhibit
15         Number 63 was marked for
16         identification and is attached to
17         the original transcript.)
18
19     Q. This may should have gone with
20  the others. Do you know what 63 is?
21     A. That was going to be a --
22  that was our insurance policy in '02 to
23  '03. I think you guys requested all

Page 275

1  insurance from like '03 forward and
2  stuff like that. That's going to be
3  our insurance coverage '02, '03.
4      Q. Okay.
5      A. And that is going to be our
6  web page information.
7
8        (Whereupon, Defendant's Exhibit
9         Number 64 was marked for
10         identification and is attached to
11         the original transcript.)
12
13     Q. I had that. I don't know
14  where I got that. That's Defendant's
15  Exhibit 64.
16     A. Avondale Transportation.
17     Q. Do you recognize that?
18     A. Avondale Transportation.
19  Excuse me. That's the timecards for
20  our operations at Avondale Mills in
21  Graniteville, South Carolina.
22     Q. Is that spotting?
23     A. Spotting, yeah.

Page 276

1      Q. What company was that?
2      A. That was G.F. Kelly.
3
4        (Discussion off the record.)
5
6      Q. (BY MR. HALL:) I will show
7  you what has been marked as Defendant's
8  Exhibit 65 and see if you can identify
9  that.
10
11        (Whereupon, Defendant's Exhibit
12         Number 65 was marked for
13         identification and is attached to
14         the original transcript.)
15
16     A. Who is Mary? Does she work
17  for y'all?
18        MS. PATE: Is there a last
19  name?
20        THE WITNESS: Safety
21  department. That's our drivers' list,
22  August 9th. Drivers' list as of August
23  9th.

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 277

1
2      (Discussion off the record.)
3
4      Q.  (BY MR. HALL:)  Let me show
5  you what has been marked as 66.
6
7          (Whereupon, Defendant's Exhibit
8          Number 66 was marked for
9          identification and is attached to
10         the original transcript.)
11
12     A.  Okay.
13     Q.  When did the creditors first
14  begin to repossess the tractors from
15  Kelly Trucking?
16     A.  It would have been in '06.
17     Q.  In '06?
18     A.  Uh-huh.
19     Q.  And Defendant's Exhibit 66 is
20  a letter from Alternative Collection
21  Solutions, Inc. regarding some Volvo
22  tractors?
23     A.  Two Volvos, yeah, it is.

Page 278

1          (Whereupon, Defendant's Exhibit
2          Number 67 was marked for
3          identification and is attached to
4          the original transcript.)
5
6      Q.  I will show you what has been
7  marked as Defendant's Exhibit 67.  Have
8  you ever seen that before?
9      A.  That's going to be Avondale.
10  That's Avondale.  I don't know why you
11  got that.  Why do you have that?
12  That's Avondale's work schedule at
13  Graniteville, South Carolina.
14     Q.  Okay.
15     A.  I don't know why you would
16  have it.  That is a work schedule for
17  the spotting service at Graniteville,
18  South Carolina, Avondale Mills.
19     Q.  All right.
20         MR. HALL:  Before I can think
21  of something, I'm done.
22         MR. TOMLINSON:  I don't have
23  any questions.

Page 279

1
2      (Further Deponent Saith Not)
3
4      (Whereupon, deposition
5      concluded at 6:15 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 280

1          CERTIFICATE
2  STATE OF ALABAMA)
3  JEFFERSON COUNTY)
4
5      I hereby certify that the above
6  and foregoing deposition was taken down
7  by me in stenotype, and the questions
8  and answers thereto were transcribed by
9  means of computer-aided transcription,
10  and that the foregoing represents a
11  true and correct transcript of the
12  testimony given by said witness upon
13  said hearing.
14      I further certify that I am
15  neither of counsel, nor kin to the
16  parties to the action, nor am I in any
17  way interested in the result of said
18  cause named in said caption.
19
20
21      MELANIE L. PETIX, CSR, CLR
22      Certificate Number: AL-CSR-516
23      My Commission expires 9/13/08

**www.AmericanCourtReporting.com**
**January 15, 2007**

American Court Reporting
toll-free (877) 320-1050

Page 1

**A**

**ability** 206:17
**able** 41:2 125:6
  132:17 157:12
  160:23 161:1
  164:23 197:7
  199:23 200:10
  208:8 215:8,9
  254:18 265:4
**about** 11:14 14:2
  18:14 26:7 32:11
  33:1,13,20 41:4,6
  41:7 44:1,20
  45:21 47:20 55:2
  58:18,19,21 59:10
  61:10 69:17,21
  76:6 81:7,19 82:1
  82:17 84:12 85:6
  85:22 86:18 90:4
  91:4 92:8 97:10
  98:1,17,18 101:3
  105:20 121:4
  124:5,15 126:5,6
  126:8 127:18
  130:11 131:7,13
  132:18 133:11
  135:17 139:11
  141:21 143:23
  144:19 148:6,11
  149:19 152:4
  164:17,21 165:1
  166:22 176:4
  180:2,4 190:3
  195:9,11,16
  198:13 200:3,7,15
  201:5,8,21 202:9
  203:19 204:6,10
  204:11,19 205:2,3
  207:12 210:12,17
  210:19 211:7,15
  212:23 214:13
  215:1,22 218:3

222:1,10,11 231:9
234:23 237:23
240:8,18 248:21
248:23 249:7
251:5 252:15
253:7,14 254:15
257:12 259:5,12
260:1 262:8,10,15
262:16 263:4
267:3 269:20
272:14,15 273:3
**above** 11:15 169:2
  280:5
**accept** 220:14
**acceptable** 194:23
**access** 91:21 134:22
  159:21 202:11
**accordance** 3:10
**according** 32:1
  38:21 170:2 173:3
**account** 49:3,6
  50:19 76:7,14,15
  76:18,21,23 79:1
  79:7 80:16,21
  82:3,5,6,10,13,14
  82:18,20 83:20
  84:17,18 86:4,8
  86:22 87:3,11
  89:4,13 91:13
  92:5,7,9,20,21
  96:6 97:8 102:15
  102:15 112:9
  133:12,17 144:16
  198:23 268:18
  271:10,10
**accountant** 46:23
  58:13,14 64:9,11
  65:7 104:1
**accountants** 70:14
**accounting** 39:21
  40:3 58:15 66:13
  98:4 215:13

**accounts** 92:18
  93:2,3 96:5
  129:22 135:4
  144:16 149:19
**accrue** 223:14
**accumulated**
  140:12
**accurate** 65:21,23
  198:23
**accurately** 230:2
**accuse** 261:16,19
  262:11
**acquire** 136:5
  168:22
**acquired** 92:14,19
  129:7 180:12
**acquiring** 61:11
  171:8
**acquisition** 7:11
  74:16 76:7 157:3
  159:11,14
**acting** 11:4
**action** 1:6 280:16
**actions** 149:10
**active** 164:10,10
**actual** 41:8 43:16
  43:19 65:12 112:5
  255:9
**actually** 27:8,12
  28:16,22 49:8
  77:15 94:20 95:8
  95:12 128:5
  175:15 196:16
  222:15 224:21
  239:23 241:5
  243:10,11,14
  272:10
**Adams** 207:7
**addendum** 185:15
**adding** 74:23
**addition** 211:5,20
  266:14

**additional** 67:20
**address** 15:6
**advance** 247:17
**Advanced** 53:8,15
**advantage** 157:19
  157:23
**advantages** 75:3
**advertisement** 90:8
**advice** 70:20
  103:14 139:5
  235:7
**advised** 3:20
**advisors** 205:1,4
**affair** 203:13
**affected** 125:1,2
  126:18 128:11,12
  128:14 129:1
  219:2,3,3,5
**affiliated** 162:4,16
**affiliates** 194:19
**affirm** 181:16
**affirmed** 11:21
**afraid** 81:7
**after** 15:20 16:18
  17:15 18:21 20:13
  54:3 56:16 61:17
  75:10 79:2 83:17
  87:13 89:21 90:12
  90:15,16 91:13
  95:3,3,9,10 96:19
  97:1 102:23 131:1
  134:6,8 137:14,22
  149:14 150:13
  152:14 173:4
  187:23 189:20,20
  200:13,15 201:9
  205:18 206:7
  212:19 222:6
  251:8 258:2,9
  272:12
**afternoon** 146:10
**afterwards** 91:1

**again** 64:10 87:18
  114:15 137:3
  164:3 174:5
  189:21 199:11
  217:14 258:7
**agency** 236:11
**agent** 91:10,11
  93:20 96:10
  194:15,21 195:2,5
  232:22 233:1
**ago** 105:20
**agree** 223:16 229:4
  256:16
**agreed** 2:3,16 3:1
  170:7 179:5,23
  223:17
**agreement** 7:9,15
  7:18,22 10:9 32:3
  100:7 140:13,21
  141:10 167:11
  171:17,21,22
  172:1,5,7,10
  173:10 176:16
  179:1,12,13,20
  181:9,10,11,13
  182:3,5,7,8,9,22
  184:16 185:16
  186:17 187:3
  188:5,21 189:2
  191:19 194:21
  195:2,6 196:1
  213:1,21 220:20
  221:3,4 222:4
  227:22 228:9
  229:5,5,15,17
  230:8,12 231:10
  231:18,22 235:1
  247:16 248:9,16
  255:14 260:22
  261:11 263:2
  264:6,19 265:7,23
  266:1,2,4,5,9,11

266:13,19,21
267:1,5,11,14,16
267:20
**agreements** 229:6
**ahead** 60:6 89:12
223:7,13 228:20
263:15
**Ahern** 61:8 62:12
62:15 107:9 108:7
**al** 1:12 83:5 252:10
258:21 259:2
**Alabama** 1:2 2:9
2:13 3:11 4:8,16
11:4,6,13 16:21
19:2 35:3 49:4
51:1,5,22 67:17
70:4 76:3 77:17
77:23 78:20 79:4
84:22 92:15 98:13
105:23 106:1
113:15 116:12
119:13 125:20
126:4 133:10
161:6 209:16
210:5 274:4,9
280:2
**Alan** 6:23
**alcohol** 117:7
273:20
**Alexander** 127:17
**ALLEN** 4:5
**allowed** 264:3
**Alloy** 97:10
**Alloys** 49:4 76:2
78:2,11 79:7,16
83:18 93:16 130:4
131:23 227:7
**almost** 213:5
**alone** 21:14,16
146:4,8,18 183:9
213:18 219:18
**along** 3:19 71:23

252:17
**already** 63:8 84:13
150:8 170:7 179:4
179:15 182:6
193:5 195:12
203:19 221:18
233:12,13
**Alternative** 277:20
**Although** 13:14
**aluminum** 9:11
48:20 49:8,16,20
50:6,13 52:17
78:22 79:11,13
80:20 84:20,23
85:2,9 132:2,3,6
162:8,9
**always** 45:1 53:1
90:6,7 159:4
272:12
**AL-CSR-516**
280:22
**amended** 3:12
13:15
**amount** 19:19 94:2
123:12 124:8
140:21,22 141:12
179:16 246:7
**amounts** 244:7
**another** 41:10
47:22 51:10 76:16
84:14 85:7 105:21
108:22 130:11
184:8 188:11
223:22
**answer** 16:13 50:10
53:2,19,20 80:23
82:21 84:16 90:19
90:21 106:5,17,21
134:11 152:23
153:1,4,21 154:21
154:22 155:13
156:3 183:5,7

194:6 207:4
227:14 235:22
237:4 241:7
254:11 264:3
274:10
**answered** 146:11
**answers** 162:11
280:8
**anticipated** 215:4
**anticipating** 214:7
**antidepressant**
127:5
**anybody** 37:16
48:15 82:23
106:18 147:22
150:1,2 175:19
191:3,6 200:4
201:8
**anymore** 74:7 97:8
100:15 117:16
123:14 130:21
181:23 255:8
274:8
**anyone** 15:9 69:16
69:20 108:7
131:18 148:9
157:11 165:22
191:13 200:16
208:3 209:9
211:22 258:1,9
**anyone's** 139:5
**anything** 54:11
62:23 81:23 85:5
100:22,23 109:19
123:12 142:13
149:12 150:1,2
152:18 165:21
169:7 246:7 253:6
253:12,14 254:14
**anyway** 71:17
89:12 126:13
140:1 158:22

204:23 208:1
215:3 218:13
255:3 256:23
**anywhere** 50:22
179:19
**apart** 158:20
200:14
**apologize** 48:14,21
168:4
**apologized** 83:12
259:3
**appear** 151:9 163:3
186:11
**appeared** 175:9
**appears** 56:4
163:11,19 169:10
228:6 271:19
**application** 236:9
**applications**
239:21 240:3,15
241:3 254:8,9
**applied** 179:23
**apply** 179:22
**appraisal** 173:5
256:11
**approached** 76:10
77:5 79:19,22
80:3 108:22 212:7
**approval** 168:19,21
169:1,6 170:3
177:19 178:14,20
188:6
**approve** 178:12
**approximately**
22:20 139:11
**April** 7:7 61:7,13
61:17 62:15
102:13 107:12,14
110:12 165:14
166:18,19 167:1
167:15 184:3,4,15
184:15,19

**area** 95:1 126:2
161:4,7
**Arizona** 61:9
108:23 109:2,4
**Army** 199:8,14
**around** 22:6 28:5
46:5 83:1 117:9
117:10 146:20
147:9 155:4
214:11 215:6,20
247:2 264:17
**arrangement** 238:2
**arrangements**
194:17
**arrogant** 148:22
**arthritic** 127:15
**arthritis** 126:20
**Article** 191:19
255:16 256:17
259:21 264:6
**Aside** 100:20
**asked** 26:7 31:11
48:13 64:6,8,9
70:18 75:20 81:5
88:11 94:18,21
95:13,20 96:11,23
122:17 160:16
189:21 205:12
206:19 209:1
258:18 259:5,8
**asking** 133:16
162:13 169:21
172:2 180:20
181:6,7 185:1
205:19,21 206:4
216:7 220:12
240:23 241:2
274:12
**asks** 245:6
**asset** 7:15,22
137:13 139:9
140:10,13 141:5,9

American Court Reporting
toll-free (877) 320-1050

142:21 143:9,16
173:2 185:15
186:16 187:3
189:1 202:2 212:7
212:23 222:4
227:21 231:17
254:22 255:14
**assets** 7:12 35:10
35:17,20 36:1
57:16 58:3,4
137:14 171:8
172:14,23,23
173:19 178:3
179:1,2 228:19
**assign** 3:6
**assigned** 203:17
246:4
**assignor-assignee**
231:19
**Associates** 61:8
62:13,15 107:9
108:7 200:22
**Association** 274:4
**assume** 28:8 43:3
143:9 152:8
173:11 207:11
**assumed** 152:9
**assuming** 149:3
**assure** 211:2
**assured** 76:14
157:7 160:5
265:19
**ATA** 274:9
**Atlanta** 17:18 20:9
20:12 46:17 53:7
53:12 59:15
**attached** 12:20
55:21 63:21 66:7
67:3,14 68:12,20
101:17 102:4
111:1,21 113:2,10
113:19 116:8,18

118:8,21 119:8,21
120:19 121:9
122:1,12 123:3
150:21 153:17
163:8 165:9 167:8
167:20 170:18
183:21 185:9
186:5 187:2
189:12 213:13
225:19 226:16
228:3 230:23
237:11 238:16
241:14,23 242:9
245:20 249:8,21
250:23 252:3
260:12 263:12,20
268:3 269:11
270:3 271:2 272:1
274:16 275:10
276:13 277:9
278:3
**attachment** 185:23
242:13
**attack** 128:6
**attempted** 248:12
**attest** 193:15
214:20
**attorney** 16:1 52:10
63:16 70:5 103:12
175:16 189:5
235:3 262:21
**attorneys** 103:13
**attorney's** 249:9
263:8
**attribute** 127:8,10
**Auburn** 14:12
16:19 115:17
**audibly** 16:14
**audited** 273:2
**August** 7:23 8:4,6
8:10,14,16,21 9:7
35:16,19,19 73:7

81:11 83:1 88:6
89:6 140:18
145:23 147:2,13
156:7 191:20,23
195:18 198:16
200:14 201:9
202:4 206:9 209:7
210:20 216:17
220:3,4 226:4
227:21 228:17
233:12 234:13
235:14,19 238:21
239:17 240:5
241:6 250:11
251:6 252:11
258:13 261:2,3
265:6,7,23 276:22
276:22
**Augusta** 48:7 120:9
**authority** 29:1
**Authorization** 10:7
**availability** 260:17
**available** 111:11
190:10,14
**avenues** 190:8,9,13
**average** 206:13
**Avondale** 10:4,10
275:16,18,20
278:9,10,18
**Avondale's** 278:12
**aware** 89:6 155:18
155:23 234:4
240:16
**A-h-e-r-n** 62:13
**a.m** 1:20 2:14 11:14
83:6

                B
**B** 3:16 4:11 5:6 6:1
7:1 8:1 9:1 10:1
173:9
**back** 20:5 30:20

33:18 34:7 38:16
52:14 85:19 91:12
96:16 97:5 99:19
104:15 105:6,19
108:1 132:10
137:16 138:23
139:2 142:15
143:12 158:3,10
161:10 165:15,18
181:14 182:14,14
187:1 192:5
195:14 203:15
204:8 206:23
207:2,23 215:3
218:12 225:13
232:1,18 241:5
248:6 251:7,9
272:22 273:1
**backed** 137:11
139:15 158:11
214:6,12 217:13
217:20,21
**background** 14:10
84:18
**backing** 139:8
142:2 259:9
**backup** 208:8
**bad** 31:12 99:7
102:3 121:14
127:4 131:16
149:22 272:14
**Baker** 2:10 4:12
11:9
**balance** 5:12,14,15
222:23
**bank** 5:23 6:4
41:10,11,12 43:6
59:15 102:5
112:10 125:6
129:12,14 209:14
209:15,16
**banks** 118:12

**barrage** 128:18,19
**base** 91:22 96:6
102:15 144:16
184:9 190:7 219:6
221:1,4,22
**based** 75:4 135:12
137:7 142:7 161:6
175:6 177:22
188:19,22 207:15
236:8
**basement** 71:21
**basic** 181:17
**basically** 25:17
29:13 30:15 31:4
57:3 76:19 82:22
110:7 135:12
139:14 145:12
146:2 147:6 149:8
157:18 172:4
190:15,21 191:1
201:17 203:13
213:18 214:3,5,10
214:22 215:4
218:6 219:15
220:10 222:12
246:6 248:15
253:2 259:2
**basis** 98:7 107:7
**Bates** 243:18
**bearing** 254:20
255:1,6,9,22
256:5 257:2
**Bearman** 2:10 4:12
11:10
**Beasley** 4:5 97:22
**became** 85:4
**become** 27:11
**beds** 52:3
**before** 2:6 11:9
13:2,17 56:12
67:19 69:4 75:20
80:17 92:3 99:3

101:13 105:9
108:18 110:15
131:1 134:6
149:20 169:6
192:2,10 210:13
210:19 228:7
230:19 236:7
237:7 238:12,21
278:8,20
**beforehand** 253:22
**began** 75:10
**begin** 61:5 104:9
  182:11 246:3
  277:14
**beginning** 72:3
  95:18 177:23
  196:13,19 243:19
**begins** 244:1
**behalf** 178:13
  267:6,7
**behind** 204:4 206:5
  272:9
**being** 48:14 59:3
  62:18 82:18 85:15
  87:2,7 157:21
  207:12 239:2
  254:18 255:1
**believe** 18:6 24:10
  36:10 44:4 50:19
  72:13,18 73:9
  78:13 80:22 92:4
  95:6 105:20
  108:21 109:7
  115:1,22 135:11
  149:3,5 150:9
  158:21 185:23
  200:9 201:21
  207:14,15 219:9
  228:12 230:3
  237:14 238:7,19
  262:23
**bell** 47:13

**below** 171:3 182:18
**benefit** 139:10
**benefits** 159:22
**Berkowitz** 2:11
  4:13 11:11
**besides** 21:11 25:7
  124:2 147:22
  148:9 150:7
**best** 75:9 90:10
  156:17
**better** 50:11 53:20
  107:4 153:1,4,22
  154:22 159:20
  194:6 198:22
  207:4 219:20
  225:9 274:10
**between** 2:3 26:8
  35:19 56:23 57:1
  69:16 71:1 81:15
  89:6 96:17 106:10
  167:13 184:7
  190:2 223:11
  229:7 259:2 266:2
  266:19,22
**beyond** 131:11
**bid** 89:16
**big** 19:11 85:6,15
  89:15 93:3 95:15
  96:9 148:17 157:8
  161:12 169:2
  199:13 207:19
  215:7 227:10
**biggest** 75:3 92:18
**Bill** 79:23 106:21
  107:2 144:3,15,18
  233:2
**bills** 129:13 205:3
**binding** 182:19
**Birmingham** 2:13
  4:16 11:12 35:2
  51:1
**bit** 61:4 87:8 93:10

125:11 193:9
  211:19
**blocks** 84:23
**blood** 127:22
**blue** 107:16
**blurt** 106:23
**board** 54:7,22
  121:17 177:19
  178:11
**boards** 54:7
**boat** 129:3
**Bob** 98:4,8,9,14
  108:4
**bomb** 85:8
**bone** 248:13
**borrow** 123:12
  125:7
**borrowed** 41:11,13
  41:15,16
**borrowing** 218:14
**bosses** 105:13
**botched** 83:13
**both** 13:7 44:10
  66:15 74:10 94:7
  94:23 126:9,10
  182:9 208:17
**bottom** 176:8 220:9
  231:8 243:17
  258:16
**bought** 17:23 35:6
  92:22 102:21
**bound** 231:22
  266:4,8
**bow** 183:10
**Bowater** 30:4,5
  46:9,10,11 50:22
  77:3,6,9 86:4,7,19
  87:15,17,21 88:3
  89:3 91:12 92:9
  92:16 129:23
**Bowaters** 210:18
**box** 4:7 18:19 19:7

23:5 51:6 52:2,3
  133:14
**boy** 125:4
**brand** 31:10 198:5
**Brands** 198:6
**breach** 260:20
  261:9,14
**breached** 261:21
  262:8,22,23
  264:10,16
**breaching** 261:17
  262:11
**break** 17:12,14
  25:1 55:10 196:8
  269:1
**breakup** 115:11
**bring** 30:19 199:4
  200:1
**bringing** 246:3,8
  249:1
**Bristol** 144:22
**broken** 53:1
**broker** 61:9 108:22
  109:1 201:13
**brokers** 191:11
  200:15,20
**brother** 106:12
**brought** 148:17
  256:4
**BS** 14:11 15:21
**building** 71:12,18
  71:19,20,22 125:4
  159:8
**built** 30:14 57:10
**bulk** 17:12,14
**business** 20:15,21
  21:11 26:21 27:1
  28:9 29:8 37:5
  48:23 57:5 77:16
  91:19 92:3 93:4
  93:11 94:3,16,17
  96:10 99:9 100:14

130:21 131:5,15
  131:17 133:9
  135:13 140:2
  145:17 146:5
  149:17 150:6
  172:13 175:22
  180:12,13 181:2,4
  181:5 198:1 211:3
  238:2
**businesses** 20:19
  25:22
**buy** 125:9,10
  135:17 142:21
  143:3,15 146:17
  146:23 166:9
  174:13 175:11
  176:2 178:9
  181:11 183:2
  191:10 219:10,18
  232:23
**buyer** 192:7,13,17
  193:17 194:21,23
  223:22
**buyer's** 193:20
  234:19
**buying** 131:4
  135:11 140:7
  143:7 155:15
  159:4,5,6,7 179:1
  227:17 256:9
  262:9
**buyout** 76:12 81:7
  81:12,19 138:8
  210:22 254:21
**buyouts** 77:7
**buys** 29:8
**B-r-e-a-k** 17:13
**b-u-l-k** 17:14

---
**C**
---
**C** 4:1 26:19 86:14
**CA** 167:11,12

**Cabinets** 198:5
**Cafego** 86:9
**Caldwell** 2:11 4:13 11:10
**Calhoun** 77:6 88:1
**call** 31:8 32:5 46:9 80:11 96:14 107:23 125:6 148:7 188:14 200:15 228:21 258:17 259:1
**called** 48:20 51:2 80:8 81:17 87:23 107:16 114:15 143:12 146:9 147:9,11 200:23 227:1
**calling** 128:18
**calls** 159:16 191:8 191:9 201:5,6
**calmness** 234:6
**came** 11:8 42:3 51:21 73:2 96:1 105:16,19 145:12 148:14 149:21 152:4,13 154:14 203:7,11 206:8 239:16,19,23
**cancel** 78:2 89:12
**cancelled** 79:2 80:16 81:18 89:8
**cancelling** 78:6 81:4 86:7,22
**canvass** 201:6
**capable** 16:4
**capacity** 89:22,23 97:9 197:9
**caption** 280:18
**car** 117:1,4,6,17 121:18 129:4 158:20
**cards** 203:17 246:5

**care** 76:15 82:3 87:10 211:3 218:15 223:18 257:13
**Carolina** 275:21 278:13,18
**carrier** 20:1 29:2 79:4 84:15
**carriers** 126:16 133:8 227:18
**carry** 22:23 30:18 52:1
**carrying** 84:20
**Carson** 224:19 225:5
**Carson's** 224:20
**Carter** 9:7 70:9 228:23
**case** 156:16
**cash** 57:4 108:13 111:11 129:11,15 137:17 139:18 141:17,19,22 142:3 143:10 214:6,11 215:6,21 215:23 216:6,16 218:10 239:11
**catching** 84:10
**cause** 11:15 199:2 280:18
**caused** 127:2 135:8 233:13 259:4
**CDL** 38:20 43:20 44:2 45:6
**CDLs** 39:1 43:23
**CDs** 129:15
**cease** 23:12 29:15 34:8,18 50:18 196:16
**ceased** 34:15 40:18
**ceasing** 44:16,22
**cell** 21:17 124:19

146:9
**center** 17:12
**CEO** 40:7
**certain** 101:6,6 157:12 166:17 171:8 172:13,23 174:6
**certainty** 169:18
**Certificate** 280:1 280:22
**Certified** 2:6,7 3:14 3:15 11:2,2
**certify** 11:5 280:5 280:14
**cetera** 209:9
**CFO** 39:18
**chamber** 54:13,15 54:23
**chance** 20:5 193:14 194:2
**change** 146:20
**changed** 25:12 38:12 137:1,6 170:10 221:15,18 229:18 267:20
**changes** 7:19
**changing** 214:15 227:18
**chaos** 234:8
**Chapman** 200:22
**chapter** 125:14
**charge** 272:7,8
**charged** 230:1
**Chastain** 24:12 25:14 36:7,21 37:2 100:4,13,17 104:19 115:8 138:16,18 247:22
**Chastain's** 25:18
**Chattanooga** 144:3 194:5
**check** 223:4 231:17

**chief** 39:19 169:2
**child** 124:18
**Childers** 40:11 50:10 71:15 72:19 80:23 83:14 105:14 106:10 154:17,18 272:16
**Childersburg** 30:6 92:12
**children** 15:14
**choice** 199:7
**chose** 137:15
**circled** 186:13
**cite** 236:21
**city** 77:18,21,23 127:17
**Civil** 1:6 3:11 11:7
**claim** 9:20 271:20
**claiming** 122:22 211:6
**claims** 172:15
**clause** 259:21
**cleaners** 114:9
**clear** 172:15 208:13
**clients** 72:10 75:16 75:23 197:4 268:18
**close** 143:18 147:2 147:13 166:1 174:9 176:3 178:8 182:15 188:7 195:18 204:10 214:14,18,19 218:23,23 222:16 222:19 232:11,14 248:8 249:12 251:11 257:12,20 265:7
**closed** 83:11 115:21 115:23 116:1,1 140:9 174:6 228:17 252:19

261:4
**closing** 136:20 137:22 141:22,23 148:11,12 166:5 173:10,21 174:2 176:15 177:3 178:12 180:10 182:23 183:8 191:19,22 192:3 192:10 193:16,19 204:22 212:8 214:16,17 222:15 228:8,14,15 229:9 229:11,13 231:15 234:18 255:17,21 257:5 262:5,9
**CLR** 1:23 280:21
**Cohan** 9:6
**cold** 216:16
**collapsed** 71:19
**Collection** 277:20
**collectively** 68:7
**college** 14:12,14,15 124:22
**column** 244:8,10
**combine** 270:16
**come** 24:20 25:15 30:23 47:14 105:6 105:7 121:17 144:10 148:15 159:17 160:4 172:5 180:1 182:14,14 206:23 207:2 247:9
**comes** 90:11 106:22 161:14
**comfortable** 87:1
**comforting** 205:5
**coming** 143:11 147:4,12 190:17 240:2 253:20 257:8

American Court Reporting
toll-free (877) 320-1050

Page 6

| | | | | |
|---|---|---|---|---|
| commencing 2:14 11:14 | 17:18 18:4 23:2 27:9,13 29:18,19 | 140:3 173:18 192:17 255:2 | confused 240:21 confusing 16:3 | 83:19 143:4 171:14 181:19 |
| comment 75:10 148:16,19 149:20 202:18 | 30:5 31:13 46:12 46:22 48:19 49:18 53:14 74:20 75:4 | completing 129:17 202:14 255:9 completion 182:20 | connection 267:13 consent 229:21 consideration | 207:17 208:10,14 208:21 211:1 227:15 |
| commerce 54:13,15 54:23 | 76:23 85:6 86:18 87:7 91:15,16 | complex 35:7 compliance 2:20 | 169:15 considered 59:2 | continued 6:2 7:2 8:2 9:2 10:2 |
| commercial 17:11 59:10 269:17 | 93:22 108:23 109:2,3 110:9 | 229:19 264:7 Complies 56:21 | constant 30:21 128:17,19 159:15 | 80:20 136:21 183:10,11 234:22 |
| commission 97:12 97:15 280:23 | 117:8 124:15,16 125:5,23 126:15 | 104:16 114:6 120:6 176:13 | constantly 159:18 161:9 164:8 | 257:10,18 continues 231:16 |
| Commissioner 11:5 | 135:12 138:1,2 | 245:3 | 209:19 | continuing 219:19 |
| commissions 54:11 | 143:4,7,16 146:17 | computations | constituted 229:6 | contract 78:3,6 |
| commit 169:6 | 147:1 162:8,16 | 179:22 | consult 69:20 70:14 | 81:4,18 89:8 |
| commitment 230:14 | 166:10 174:13 176:3 178:9 | computer-aided 280:9 | 70:19 consummated | 175:21 178:2,6 180:18 257:22 |
| commitments 142:7 158:16 159:3 | 181:11 183:12 190:19 191:2 194:14 202:23 | concentration 161:4 concern 81:14,19 | 191:23 consummation 267:14 | 259:11 261:7 262:1 265:12 266:14 |
| committing 208:4 | 203:2 208:1 214:6 | concluded 279:5 | contact 83:18 86:19 | contractor 93:18 |
| communicating 257:19 | 214:11 215:8,14 215:22 218:11 | concrete 191:11 234:5 | 88:2,9,15 94:22 95:2,7,14,21 96:8 | contractors 22:11 174:1 |
| communication 208:3 | 219:12,18 232:19 236:6 239:5 | condition 110:12 127:19 255:5,21 | 96:20,21 130:16 136:7 206:21 | contracts 29:13 59:5,6 61:18 62:8 |
| communications 69:9,15 71:1 | 243:15 262:9 268:19,22 276:1 | 256:18 257:5 262:4 | 211:2 212:13,14 233:3 | contractual 194:17 227:15 |
| 108:6 212:22 | company's 74:17 | conditions 176:10 | contacted 61:7 | control 221:6 |
| community 131:10 210:8 | compensate 247:20 compensation | 176:12,18 177:13 179:3 192:1,9,15 | 62:11,14 81:3,15 87:15,17,21 | controller 39:23 convenience 28:2 |
| comp 274:8 | 24:13,22 114:11 | 222:14 229:20 | 107:11 | conversation 83:15 |
| companies 26:13 | 179:4,6,8,11 | 255:16 264:5 | contained 260:22 | 83:17 138:11,15 |
| 36:1 46:6 54:8 | 184:17 200:2 | conduct 181:1 | 261:10 263:2 | 143:19 147:7,18 |
| 55:4,7 62:9,17 | 222:2 225:23 | conference 148:7 | contemplated | 188:11,13 223:21 |
| 63:7 89:15 94:5 | 259:5 | 188:13 258:17 | 267:15 | 226:20 232:6 |
| 94:10 97:18 | competitive 126:15 | 259:1 | contend 230:7 | 247:23 248:2 |
| 102:11,22 155:15 | Complaint 227:22 | confidence 82:22 | contest 25:3 | 258:10 |
| 155:19 156:1 | complete 102:5 | Confidential | context 170:2 | conversations |
| 161:21 162:4 | 107:21 108:10,15 | 167:13 | 173:15,17 177:1 | 93:15 98:1,17,19 |
| 196:23 209:9,22 | 136:2,5 143:7,8 | confidentiality 7:8 | Continental 60:13 | 184:2 190:3 218:5 |
| 212:5 | 143:16 146:8 | 167:12 | 61:20 | 257:23 258:8 |
| company 8:12 9:15 | 147:13 | conformation | continue 74:22 | convey 218:16 |
| 9:22 13:8 14:3 | completed 88:14 | 259:9 | 75:2 76:8 82:6 | 254:14 |

conveyed 24:18
copies 152:11 168:8
copy 13:4,10 66:10
 69:8,15 70:23
 72:9,14 75:15
 100:10 168:5
 215:15 231:23
corner 243:18,21
corporate 21:8
 66:10,16 67:6,17
 78:18 80:1 87:23
 144:21
Corporation 18:6
 50:23 130:7
corps 26:19
correct 13:9 15:22
 17:4 18:16 20:2
 20:11 21:5 22:17
 23:8,8 24:6,17
 25:11 28:7,10,15
 29:3,6 30:1 34:17
 37:15,23 38:7
 39:14 42:6 43:21
 45:5,20,23 46:13
 48:4 50:5 51:14
 51:16 54:22 56:14
 61:16 62:10 64:16
 70:6,22 78:21
 89:5 99:6 100:6
 102:9 103:10
 104:5,18,23 105:7
 105:8 106:2,12
 109:14,23 114:14
 115:12,18 117:2
 117:15 118:15
 123:23 133:23
 134:3 166:17
 171:5,11 172:21
 173:2,8,12,13
 174:23 176:20
 177:17,21 182:11
 187:14 188:9,18

189:16 191:21
192:23 193:23
211:17 213:23
222:18 228:10
233:22 234:15,20
239:17,18,22
241:19,21 244:17
244:18 246:19
250:12 259:13
280:11
correctly 106:16
 171:10,18 176:19
 188:8,17 192:11
 192:22 193:22
cost 195:17 247:14
 247:15 248:21,22
 250:6,16
counsel 2:4 3:3,5
 11:8 70:21 280:15
counter 220:17,20
country 125:4
County 15:8 54:20
 54:21 125:21
 280:3
couple 108:15
 124:2 245:1
course 95:3 180:13
Court 1:1,22 2:21
 3:21,22 12:1
covenant 260:21
 261:9,22 262:5
covenants 176:10
 176:11 261:14,17
 262:12 264:8,11
cover 248:17
coverage 269:15
 275:3
cradle 161:23
create 49:17
credibility 85:18
 90:9,12 123:13
 124:4

credible 126:14
credit 102:6 123:10
 123:22,23 124:2,8
creditors 128:18
 204:3,4 206:6
 218:8 223:9
 277:13
crisscrossing
 162:12
criteria 236:2
crossing 69:13
CROW 4:5
CSR 1:23 280:21
Cullman 224:3,6,8
 224:23
cure 260:17
current 62:16
 140:18 271:17
currently 15:1
 43:15 57:19
 100:18 274:6
customary 176:17
customer 76:10,11
 91:22 219:6,7
customers 87:9,10
 88:16 91:21 124:4
 146:6 197:4,8,10
 197:11,13,14,22
 210:9,22
cut 13:19 29:13
 97:5 99:19 130:15
 130:23 131:2
CWC 36:5
Cymbalta 127:23
C-a-f-e-g-o 86:12
 86:14

---
**D**

D 5:1
daily 98:6
Daimler/Chrysler
 60:9,10 61:19

103:3 211:23
damage 124:8
 134:20
damaged 123:21
damages 122:18,22
dark 163:20 164:5
Darrell 7:4 151:18
dash 26:3 210:4
date 11:6 30:1 72:6
 80:13 88:5,7
 96:22 130:14
 136:20 151:13
 166:6 179:7 180:9
 186:8 191:20
 192:10 193:16,19
 196:17 201:5
 212:8 214:17
 218:22 226:2
 229:9,11,13 248:4
dated 154:11
 167:15 171:3
 186:1
dates 231:15
David 3:16 4:11
 124:17 133:2
 154:4 219:1
 262:15 270:14
day 73:17 83:8
 128:18 136:8
 196:14 200:7
 203:14 213:6
 219:7 226:23
 234:18 246:8,12
 249:1,2 252:18
 256:12
days 30:22 204:11
 204:22 214:15
 227:3,4 246:13,16
 249:3 259:15
 261:13
day-to-day 107:6
 110:2

dead 214:8
deal 6:22 74:15
 83:13 88:14 97:11
 97:14 107:22
 108:10,15 109:13
 129:18 130:12
 136:3,5 137:18
 140:3,9 141:14
 142:8 146:8
 147:13 148:11
 156:18 157:6
 158:21 166:1,16
 176:3 179:5 188:7
 189:22 190:4,13
 199:1,2,13 200:13
 201:9 202:15
 206:23 207:19
 224:17 235:2
 248:8 255:10,22
 257:20 259:10
dealership 51:7
dealing 271:11
dealings 98:14
 100:14
deals 142:4,10
 158:16 239:8
dealt 98:4,6 107:5
 132:16,19,23
 225:4
death 219:5
debacle 156:14
debt 43:4 140:11
 140:23 141:20
 173:19
debts 59:5 63:6
deceased 51:12
decide 158:2,6
 188:15
decided 95:10
decision 174:2,15
 193:2 227:10
decisions 135:13

American Court Reporting
toll-free (877) 320-1050

Page 8

146:19 190:7,21
declined 95:1
decreased 94:17
dedicated 49:3
76:22
Defendants 1:13
4:10
Defendant's 5:8 6:3
7:3 8:3 9:3 10:3
12:15,18 55:15,19
56:15 63:13,19
65:11 66:2,5,21
67:1,9,12 68:7,10
68:16,18 101:9,15
110:18,22 111:17
111:19 112:7,20
112:23 113:8,13
113:17,23 116:2,6
116:14,16 118:3,6
118:17,19 119:6
119:11,17,19
120:15,17 121:5,7
121:19,22 122:10
122:16,20 123:1
128:2 150:15,19
153:13,15 163:2,6
165:4,7 167:3,6
167:18 168:3,11
170:14,16 183:14
183:19 185:4,7,22
186:3 189:8,10
195:15 204:15
212:19,20 213:8
213:11 220:5,14
220:21 225:12,17
226:11,14 227:20
228:1 230:17,21
234:16 235:4
237:6,9 238:11,14
241:10,12 242:4,7
245:15,18 249:17
249:19 250:2,18

250:21 251:21
252:1 255:12
260:7,10 263:6,10
263:18 268:1,7
269:6,9,22 270:1
270:19,23 271:19
271:22 274:14
275:8,14 276:7,11
277:7,19 278:1,7
deficiencies 57:6
59:6,7 60:5
deficiency 60:12
define 127:2
definite 82:21
84:16 126:1
227:14
definitely 148:11
160:11
definitive 171:17
171:21 172:9
173:10 176:16
180:17 182:2,5,22
188:20
degree 14:11 15:21
delay 146:14
delays 146:13
deliver 251:10
delivered 194:5
deliveries 85:5
delivering 3:16
delivery 85:12
demonstrating
161:10
Dennis 47:7,16
65:5,6 88:11 96:3
103:22,23 104:1
115:7 135:15
136:18 141:2
142:16 144:15,19
145:8,15 146:1,16
148:9 157:7,10,15
160:5,12 165:13

165:15 167:14
168:14 176:1
178:6 182:14
183:8 184:13
185:12 186:9
187:1,21 189:21
200:5 202:12
204:5,9 207:16
208:3,6 212:9,22
214:12 217:11,19
218:17 222:5
223:17 225:21,22
228:16 229:12
230:12 231:5
234:22 247:19
248:6,7,8,10
251:7 255:2
256:12,21,22
257:10 258:22,23
259:3,3,8 262:7
265:17 266:15
267:1,17
department 154:16
237:21 238:9
269:16 276:21
depend 177:3
depended 219:14
Deponent 279:2
deposition 1:16 2:5
2:17,18 3:8 5:9
12:23 13:7,16
279:4 280:6
depositions 2:22
depreciating 117:1
depreciation 6:9
116:21
depression 128:1
describe 110:11
160:20 163:17
described 138:8
describing 184:16
description 127:16

detail 227:8 234:23
details 204:21
determination
253:22
determine 124:10
173:22 174:9,21
determined 175:6
264:23 265:3
devastating 125:1
developed 126:20
Development 114:8
114:16
dibs 199:9,16
Diesel 26:3,3 27:2,3
27:15 29:15
differ 220:8
difference 56:23
57:1,7 141:1,15
220:22 223:10
256:5
different 118:12
138:8 163:18,19
202:23 203:2
207:11
differently 252:16
265:15
differs 220:20
diligence 108:14
171:14 177:15,16
178:17 181:20
182:11
dire 218:18
direct 98:13 129:16
199:19
direction 191:1
directly 79:8 81:21
87:6,7 134:10
directors 54:7
177:20 178:12
dirt 124:21
disclose 216:19
disclosed 91:23

179:12 209:17,20
217:11
disclosing 175:10
discontinued 131:5
discretion 174:5,18
192:21 193:3,18
discussing 96:5
144:15 238:1
discussion 14:6
70:11 99:22 144:6
145:5 153:9
187:10 188:1
191:16 205:14
249:14 268:13
271:7 276:4 277:2
discussions 32:11
188:10
distinctly 208:23
Distribution 53:8
53:15
DISTRICT 1:1,2
divided 32:1
DIVISION 1:3
docks 30:18 31:3
doctor 127:19
128:4,9
doctors 127:14
document 178:15
234:21 256:21
documents 24:14
69:3 72:10,15
150:16 270:20
doing 16:4 44:7
90:4 91:18 92:2
94:16 99:9 108:14
123:18 131:5
139:6 156:1 159:6
161:9 198:1
206:22 215:7
252:15 272:14
dollar 76:21 124:7
124:12,15,16

125:5,23 134:18
134:19 140:21,22
244:7
**dollars** 125:8
129:14 139:12
180:6 199:5
215:17 216:16
**Don** 132:14 159:1
**done** 27:22 53:7
77:16 85:11 94:2
96:10 99:2 129:18
131:14 133:8
141:8,15 173:8
179:5 185:20
251:5 252:16
256:10 257:20
265:14 278:21
**Donelson** 2:10 4:12
11:10
**door** 161:15
**DOT** 9:19 271:20
**dotting** 69:12
**down** 16:15 23:16
23:18 53:1 71:22
73:2 84:22 96:3
124:15 144:2,10
145:12 148:14
152:2,16 172:11
184:5,15,18 193:5
193:9 203:8
221:12 253:20
273:14 280:6
**downhill** 103:1
**downtime** 85:6
**Dr** 35:5 127:15,17
127:20 128:3,4
**draft** 172:4
**dragster** 117:7
**drive** 20:7 43:16,19
158:19 162:15
200:11 255:7
**driver** 7:5,6 38:17

75:4,13 152:8
161:14 174:4,17
176:4 184:9 194:4
199:17 203:4,14
206:14 207:19
219:3 221:1,4,22
222:2 233:16
234:4 237:1
240:10,15 247:14
250:7 257:9,13
272:5,5,7
**drivers** 10:6 43:14
44:2,12 49:21
50:7,7 71:6,7,8
72:15,22 73:4,14
73:23 75:1,8
85:13 89:21 90:2
90:9,10,11,14,23
123:14,15 124:4
146:7 149:18,19
149:21 150:6,13
151:12 152:6,13
153:20,23 154:2
154:19 155:4,5,10
155:20 156:6,9
156:21,22 157:5
157:13,18 158:1
159:10,13,16,23
160:10 161:3,8,18
161:20 162:10,15
163:4,12 164:9,12
164:22 165:1,2
173:23 174:6,20
175:2,4 193:17,19
194:2 198:15
199:10,20 201:23
202:1,3,12 206:9
206:12,22 208:5
208:15 209:1,2
219:23 221:7
222:1 233:15
234:14,18 235:2

235:13,18,20
236:2,5 239:20
240:3 241:4 246:4
246:8,9,14 247:7
253:14 254:19
255:6 257:4 261:2
262:3 263:1
264:21 265:2,5,10
276:21,22
**driver's** 207:20
239:22
**driving** 115:14
124:22 236:16
237:1
**drop** 31:1,5 133:14
172:11
**dropped** 193:12
**drove** 162:7
**drug** 239:21 253:23
273:21
**dry** 18:19 19:7 23:5
51:6 52:2,3 114:9
**due** 108:14 158:21
171:14 177:15,16
178:17 181:20
182:11 233:15
**duly** 11:20 229:23
**dump** 52:3
**during** 36:2 75:6
80:19 88:4 94:19
103:20 131:2,19
150:3 158:17
189:19 223:21
233:7 247:4

_____
**E**
**E** 4:1,1 5:1,6 6:1
7:1 8:1 9:1 10:1
173:20 174:14
**each** 62:2,17 102:5
173:23 174:3,16
267:11

**Eagle** 9:16 26:15
28:21 37:17 38:13
39:6,11,15 40:4,6
46:20 93:7,8 99:8
99:14,20 197:14
197:20 198:13,18
211:16 270:9
**earlier** 101:21
261:6
**early** 37:11 50:20
95:14
**earn** 120:2
**earning** 123:11
124:3,13 126:6
**EASTERN** 1:3
**eat** 247:14,14
**Echols** 163:22
**economic** 125:19
**economics** 14:11
15:21
**education** 125:13
**educational** 14:9
**effect** 2:19 148:16
259:7,16
**effective** 3:12
229:22
**egos** 96:15
**eight** 44:1,11
220:11 259:13
**either** 22:5,13,15
139:17 142:1
146:4,7 159:16
190:6 197:19
198:17 219:17
239:9,12 273:20
**eligible** 174:3,16
**else's** 169:5
**emphatically**
145:15
**employ** 30:10 49:21
74:21 106:9
**employed** 44:21

45:3 51:17 69:16
71:2 78:12 104:2
151:19 156:6
162:2 165:23
**employee** 21:19
24:10 25:10 39:6
46:2
**employees** 23:20
39:16 45:2 129:9
162:6
**employment**
173:22
**empty** 30:10,17
31:1 149:22
**encumbrance**
172:16
**end** 22:3,19 23:14
37:3 50:20 81:11
99:21 100:5
104:22 134:8
161:11 179:17
196:20 214:8
235:14 264:19
**ended** 72:4
**ending** 135:3
**endurance** 25:3
**enlisted** 199:8,15
**enough** 89:22
184:22 254:18
262:3
**ensure** 137:17
**entailed** 96:7
**enter** 61:2,18 109:9
171:16 182:1
195:1 201:7
**entered** 62:8
194:20 195:5
265:22 266:5
**Enterprise** 69:2
101:11
**ENTERPRISES**
1:12

entertain 107:19
entertained 108:17
entertaining
  109:16
entice 200:2
entire 229:6 266:2
  266:11,19,21
entities 26:20 27:19
entity 21:4 45:10
  266:22
equipment 85:14
  137:11 138:23
  139:13,15,22
  140:15,17 141:5,7
  141:11,13 158:7
  173:6 192:19,19
  193:3,7,12 243:9
  253:8 254:15,16
  254:21 255:5,20
  255:20 256:1,2,6
  256:10,14,23
  264:8
equity 139:12
  140:16 141:13
  223:3,13 242:15
  254:23
Esq 4:4,11
estate 28:16 47:17
et 1:12 209:9
evaluating 141:10
evaluation 141:8
even 52:9 149:19
  200:6
eventually 62:6
ever 25:12 46:1
  48:19 53:22 54:6
  54:10 55:3,6
  75:13 82:20 83:18
  85:3,7,9,21 88:22
  94:18 97:4 108:17
  109:5 127:5
  152:21 155:14

161:20 162:15
165:21 175:11,20
182:23 194:10
195:1,4,8,21
196:1 207:22
230:7 278:8
EVERETT 4:4
every 75:2,5,9
  110:10 125:11
  128:18 143:22
  156:20 158:12
  160:11,22 161:2
  161:14,17,19
  190:20 207:17
  208:5 213:5
  219:23
everybody 25:5
  91:6 126:3 142:11
everything 34:12
  34:21 62:1,3
  126:13 129:7,19
  157:16 158:10
  159:19 186:22
  201:19 204:13
  207:1 215:2 219:7
  223:18 245:11
evidence 3:8
evidenced 229:22
exact 41:3 72:6
  73:17 83:7 88:5,7
  96:22 102:14
  130:14 196:17
  201:4 248:4
exactly 54:16 64:7
  70:17 127:1
  134:14 176:23
  180:19 189:6
  195:19 203:9
  227:11
examination 5:3
  11:16 12:6 177:15
  177:16

examined 11:21
example 204:17
except 3:3
exception 162:22
  229:8,11
exchange 43:2,12
excluding 205:6,8
exclusively 19:23
  49:18
excuse 27:3 28:15
  34:4 86:14 100:23
  102:2 117:22
  160:19 225:22
  250:15 254:16
  259:20 275:19
executed 188:4
  229:23
execution 171:13
  181:18 182:21
exhibit 12:16,18
  13:12 55:19 56:16
  63:19 66:2,5,21
  67:1,9,12 68:7,10
  68:16,18 101:9,15
  102:4,10 110:18
  110:22 111:17,19
  112:7,20,23 113:8
  113:13,17,23
  116:3,6,14,16
  118:3,6,17,19
  119:6,11,17,19
  120:15,17 121:5,7
  121:19,22 122:10
  122:16,20 123:1
  128:3 150:19
  153:13,15 163:2,6
  165:4,7 166:12
  167:3,6,18 168:3
  168:11 170:14,16
  183:15,19 185:4,7
  185:22 186:3
  189:8,10 195:15

204:15 212:20,21
213:8,11 215:18
220:6,14,21
221:17,23 225:12
225:17 226:11,14
227:20 228:1
230:18,21 234:16
235:4 237:6,9
238:11,14 241:10
241:12 242:4,7,14
245:5,15,18
249:17,19 250:3
250:19,21 251:21
252:1 255:12
260:7,10 263:6,10
263:18 268:1,7
269:6,9,23 270:1
270:19,23 271:19
271:22 274:14
275:8,15 276:8,11
277:7,19 278:1,7
exhibits 3:19 55:16
  63:13 65:10,11
  150:16 155:7
existence 24:1
  45:13
existing 174:1
exists 24:2
expand 123:16
expect 184:6
expected 185:2
expecting 96:14
  246:9
expense 247:21
expenses 6:21 8:19
  247:18 248:11,19
  267:13
experience 163:23
expires 280:23
explain 30:2 56:22
  81:10 126:18
  134:17 139:8

explode 85:10
Express 77:17 91:9
  93:9 97:19 130:5
  198:10
expressed 81:14,19
  82:15
extended 102:6
extra 129:5 168:5
extraordinary
  180:14
extremely 207:23
ex-employee 46:23
  47:6
e-mail 7:7,10,14,16
  7:17,23 8:8,11,15
  8:17 9:12 146:1
  165:12,14 166:5
  166:12 168:15
  179:7 185:12
  186:9 187:2 188:5
  188:19 189:15,18
  189:20 204:8,14
  213:9 217:17
  218:1 222:6,11,18
  226:9 231:4,8
  233:11 238:12
  245:4,16
e-mails 190:2
  241:18 244:23
  245:1 248:5
E-X 77:19

                    F
F 1:17 2:5 11:15,19
  12:9
face 74:18
facet 110:10
fact 88:10 95:9
  96:12,19 134:8
  149:14 150:13
  169:20 203:18
  212:12,15

Factor 8:7
factoring 194:8,11
  194:14 239:7
failed 273:19
fair 58:17
fall 54:14
familiar 30:4
  255:11
family 125:1
  128:12,13
Fant 64:13 65:3,8,8
  104:3,5
far 94:23 123:14
  179:16 184:17
  254:21
Fargo 61:1,20
Farnsworth 88:12
  136:18,19 138:22
  148:10 149:3,7
  167:14 168:14,18
  176:1 187:21
  189:18 195:16
  212:22 217:12,20
  222:6 223:20
  228:16 229:12
  230:12 231:5
  232:6 245:6 248:6
  251:18 258:1
  265:17 266:15
  267:2,17
Farnsworth's
  135:15 166:12
  178:6 225:23
Farris 79:23 94:21
  96:2 144:3 148:15
  200:7
fashion 181:5
fast 131:9
fatigue 127:3
fault 204:2 205:20
  206:5
federal 6:9 66:14

66:17,19 116:21
  119:3,4
feel 75:13,13
  106:22
feels 234:7
feet 127:6
fell 158:20 200:14
  204:3 206:5
felt 74:5,8,13 75:11
  97:13
few 41:2 74:4
  107:23 108:10
  204:11,22
fiasco 203:16 253:3
fiberglass 130:1
  131:22,23 132:4,5
  132:14
field 250:6
Fields 78:7,8 80:8
  81:2 226:20 227:5
fifty 22:21 36:23
Fifty-five 43:18
figure 111:8 124:7
  124:12 134:18,19
  249:4
figured 249:5,11
file 125:14
filed 3:22
files 50:7 71:6,7,21
  164:22 165:2
  194:4 257:9
filled 241:4 254:8,9
final 8:10,16 172:4
  172:6 182:7 193:2
finalizing 185:16
finally 95:8
finance 59:11 60:19
  60:22 61:20 62:9
  62:17 63:6 65:12
  209:8 212:2,4
financed 43:6
finances 64:13

financial 5:10,11
  5:13 39:19 56:1
  64:1,3,6,18,22
  65:16 110:12
  141:4
financially 123:20
financing 103:7
find 80:6 87:20
  177:8 219:21
  241:23 243:19
fine 12:3 129:20
  159:20 168:7
fined 273:7,10,23
finger 206:16
finish 33:13
fired 237:1
firm 40:1
first 11:20 12:12,13
  21:18 60:12 61:5
  61:19 62:14 69:2
  101:11 104:11,12
  104:13 106:4,6
  107:1,10 126:23
  136:9,11 137:23
  142:20 145:14
  149:21 160:16
  166:11 171:6
  176:15 181:14
  185:15 186:12,16
  196:21 199:7,9,16
  209:15 213:19
  219:21 221:4
  237:22 244:8
  246:12,15,23
  249:3 273:8
  277:13
five 41:4,6,7,8,10
  114:7,16 122:17
  124:15 221:12
  259:13,15,16
  261:13
fixing 215:1

flags 221:13
flat 52:3
flat-bed 51:6
fleet 8:13 28:22
  33:23 34:1 38:13
  38:14 89:22
  123:15,16 190:22
  197:9 273:23
fleets 30:23
flew 96:3 144:2
flick 206:16
flip 104:14 181:14
Florence 79:4
  268:20
flow 199:19
Floyd 97:22
flying 221:13
follow 177:4,9
followed 203:21
following 11:17
  177:4 188:12
  192:8,14 214:19
  214:20 244:5
follows 11:22
  248:15
follow-up 251:3
Food 198:9
foot 127:18
force 2:19 75:5
  96:9
foregoing 11:7
  280:6,10
forget 190:7
forgot 15:23
form 3:4 46:12
  85:3 119:23
  194:22
former 151:12
forms 6:14 9:15,22
forth 85:19 96:16
  161:10 181:17
  182:18 264:5

flags 221:13
Forty-seven 41:19
forward 34:1 83:3
  95:11 97:2 168:20
  170:3,8 172:20
  178:15,16,20
  187:16 190:19
  219:16 236:9
  257:10 275:1
forwarded 47:15
forwarding 188:2
found 131:3 265:17
four 44:20 101:3
  180:5 221:12
fourth 148:7
frame 242:20
  243:12 273:21
Frank 40:11 50:9
  71:15 72:18 73:15
  80:23 83:14 90:21
  96:4 105:14
  106:16,21 152:23
  153:3,4,21 154:16
  154:18,21 155:12
  163:16 164:8,16
  164:18 194:6
  198:21 202:8
  203:9 207:4
  233:18 235:22
  236:17 237:3,17
  240:9,17 241:7
  247:3,23 253:18
  254:2,6,11 257:15
  269:15,19 272:16
  273:12,18 274:9
Frank's 163:15,16
  164:4,5 236:19
free 106:22 172:15
freight 16:20 17:16
  18:8 19:10 94:23
  99:18 133:15
  161:5 201:22
Friday 145:17

167:1
**friend** 210:5
**from** 8:4 15:20
16:19 17:10 20:4
20:8 33:15,16
34:1 41:11 42:3,3
42:17 43:5 49:10
49:12 51:20,21
59:3,5 60:16 72:7
75:7 83:8 84:21
91:14 96:17
100:20 102:7
109:1 111:7
118:12 124:14
125:6 127:2,3
131:18 133:11
140:22 141:3
144:2 147:4
154:11,14 155:10
157:19 159:16
160:9 161:10
165:12,15,22
168:14 169:1
180:9,14,16
183:16 184:10,12
185:12 186:9
190:11 191:10
195:16 200:4
202:5 206:18
207:16 208:3,4
213:2 217:8
218:14 220:8,20
221:2,15 224:2,12
225:13 228:15
231:7 238:8
239:15 242:17
244:13 245:8
248:5 251:7
252:18 256:12
258:1,9 262:21,22
275:1 277:14,20
**front** 114:4 218:7

**Frontier** 18:2,5
198:10
**fuel** 203:17 246:5
247:14
**fulfilled** 192:9
259:17 260:2
**fulfilling** 259:10
**full** 2:20 30:20
176:15
**full-time** 162:5
**fun** 145:2
**function** 110:6
**functions** 24:3
**fund** 125:13
**funds** 43:13 215:13
**further** 2:15,23
175:8 279:2
280:14
**future** 82:18
123:11 124:3
157:18 233:15

——————
**G**
——————
**G** 45:8 46:2,14
**GA** 6:17
**Gadsden** 77:17
78:1 97:20
**Gaining** 207:20
**Gary** 86:9,21 93:14
93:17 94:22 95:2
95:21 96:8,13
98:13 188:12
194:15
**Gary's** 86:11
**gather** 145:13
**gave** 24:9 64:21
101:20 183:8
245:1,2
**GE** 60:18,19,22
61:20 209:17
**General** 9:14,21

236:7,10,12
**generally** 213:3
**gentleman's** 109:8
**gentlemen** 193:8
**Georgia** 6:14 17:18
48:7 53:9 59:16
119:23 120:3,8,9
122:5
**gets** 203:14
**getting** 99:17,18
128:20 137:17
146:6,7 160:22
209:2
**GF** 7:6
**GFK** 171:16
172:14 174:1,3,16
180:11 181:22
182:1
**girls** 15:15 125:13
**gist** 147:6
**give** 14:9 31:21
79:3 102:14
125:17 175:20
199:16 201:4
219:17 226:21
227:3 232:4 249:6
251:17 259:15
260:18 264:18
**given** 65:12,17
161:3 202:5
227:13 280:12
**giving** 82:21 227:2
259:12 260:16
**go** 14:21 16:18
17:15 18:21 20:3
20:13 21:12 31:3
34:6 38:16 47:18
52:14 60:6 67:21
67:22 87:5 89:12
89:16 90:4 95:10
104:6 110:15
117:23 127:4

128:7,22 142:15
157:13 172:19
175:8 189:4 190:8
190:19 203:3,18
216:18 223:7,13
227:8 228:20
236:11 263:15
272:12
**goes** 25:5 132:9
203:14 221:23
**going** 13:6,19,22
44:9 57:5 66:17
67:19 68:6 74:19
76:13 79:16 83:3
83:19 84:17 88:9
89:12 95:18 97:2
110:16 112:14
121:4,12 123:19
125:5,8,12,18
129:19 135:16
136:12 137:14,15
139:16,23 140:8,9
140:20,23 141:1
145:16 146:14,17
146:23 147:1,12
156:18 158:16
159:19,20 164:5
164:10 166:9
170:7 171:23
174:20 177:23
178:8,9 180:22
182:10 183:12
185:13 189:22
190:12 191:2
193:2 194:13
196:6 199:6,16,23
199:23 200:10
202:22 203:1
204:8,10 214:14
215:2,10 218:8,10
218:11,12,23
219:8,10 220:23

246:10 248:7,10
252:14 254:22
255:7 256:1,2,6
257:1 261:5,8
265:4,10,20
270:16 271:9
273:1 274:21
275:2,5 278:9
**Golden** 46:20
**golf** 115:13,14
**gone** 62:22 227:3
235:13 274:19
**good** 44:8 77:4,11
77:13 87:8 88:15
88:21 138:20
193:9 210:5
230:14 245:9
251:8 257:21
270:12
**goodwill** 184:7
221:9
**gotten** 129:7 191:9
**governed** 162:18
**graduate** 14:16
**graduated** 16:19
**graduating** 15:20
**Graniteville** 275:21
278:13,17
**great** 133:12 145:3
219:11,12,12
251:9
**Greg** 78:7,8 80:8
80:10 82:16
226:20 227:5
**grew** 22:1 124:20
**grocery** 28:1
**grounds** 3:6
**group** 30:8 42:18
49:2,5 162:9,10
246:12,15 247:1
249:3
**growing** 33:23

**growth** 25:16
**guarantee** 61:23
  63:5 75:1 89:18
  126:12 146:22
  157:10 199:7
  219:22 233:23
  257:11
**guaranteed** 63:9
  135:16,19 136:1
  145:15 157:5,15
  161:18 176:2
  178:2,5 182:15
  232:10
**guaranteeing**
  159:23 165:23
  178:7 199:18
**guess** 33:12 122:18
  206:2 214:2
  219:20 229:15
  239:19 243:17
  251:3 260:2
**guesstimated**
  248:21
**guesstimation**
  198:20
**guns** 148:17
**guy** 1:8,17 2:5 8:22
  11:14,19 12:9,12
  20:22 118:23
  120:1 126:7
  146:22 148:22
  164:18 225:4
  267:7 269:19
**guys** 131:4 144:12
  160:22 161:1
  207:9 224:23
  246:21 249:11
  274:23
**G-o** 86:13
**G.F** 1:8 8:18 13:1
  20:23 21:1,2,3,9
  23:3,6,9,19,22

  24:5 25:8 27:5,18
  29:5,21 31:16,17
  32:14 35:8,11,20
  37:7 40:17 41:8
  42:3,11,14,17
  44:13,16,22 49:10
  49:12,14 50:4
  51:19 55:2 57:15
  57:22 59:4 62:18
  62:21 63:2 64:1
  64:14,21 66:11
  67:6 68:5 69:10
  69:14,17,21 70:15
  71:2,5,7 74:11
  75:17 79:2,6,9,14
  82:8 83:22 86:3,6
  86:16 87:14,18
  89:4 90:22 94:8
  94:11,14 97:5
  100:21 102:11
  103:6 104:10
  111:5 126:8,13
  133:17,19 154:5
  163:3 171:8
  201:15 236:1
  238:1 266:22
  267:6 276:2
_____

  **H**
**H** 5:6 6:1 7:1 8:1
  9:1 10:1
**haggling** 139:21
**Hale** 133:2
**half** 38:1 129:13
  180:5 199:5
**Hall** 3:16 4:11 5:4
  12:3,6 14:8 55:9
  55:14 70:13 91:3
  91:8 100:3 110:15
  111:4 144:23
  145:7 148:5
  153:11 154:6,10

  168:4,8,10 183:13
  187:12 191:18
  196:6,12 206:1,3
  216:23 217:2,8
  249:16 250:1
  262:16,19 263:5,6
  263:15 264:20
  268:9,16 269:1,5
  271:12 276:6
  277:4 278:20
**Hamlet** 47:7 65:5,6
  103:23,23 115:7
**Hamrick** 233:2
  236:10
**hand** 108:13
  217:10 272:23
**handle** 52:10
  159:11 176:6
  256:15
**handled** 157:3
  237:4 253:4
**handles** 269:15
**handling** 79:8
  159:13
**hands** 110:10 127:3
**handwriting** 56:6
  112:2 186:13
**handwritten** 7:13
  186:18 226:5
**happen** 138:3,6,7
  142:18 156:3
  160:16 265:20
**happened** 23:17
  35:10 40:16 41:1
  71:10 95:4 156:15
  157:9 159:22
  160:18 197:6
  205:20 252:22
**happens** 131:10
**hard** 16:14 177:9
  207:20,23
**hardened** 85:4

**hardly** 60:10
  126:22 270:15
**Harmless** 10:9
**Hartley** 70:3,3,20
  103:21 175:18
  228:23
**haul** 23:4
**having** 11:20 25:17
  127:22 128:6
  159:15 190:3
  192:9
**hazardous** 49:17
**head** 44:7 50:3 62:3
  78:17 87:19 188:3
**health** 125:2
  126:17
**healthy** 127:13
**health-wise** 126:19
**hear** 16:8 131:7
  144:23
**heard** 30:3 38:11
  39:4,10 60:16
  130:11 147:19
  155:14
**hearing** 280:13
**heart** 128:6,9
**held** 157:19
**help** 25:17 94:23
  126:21 129:12
  211:1
**helped** 64:12 98:3
**helps** 31:5
**her** 147:20,21
**hereof** 180:10
  229:20
**hereunder** 192:8
  192:14
**hey** 125:7 147:11
**high** 14:21,23
  161:4
**highway** 247:11
**Hill** 9:7,7 70:7,7,9,9

  228:23,23
**him** 24:19 47:19
  81:5,10 82:1
  93:11 94:3,16,18
  95:2,6,7,14 96:11
  96:20,21 97:14
  98:6 104:4 105:6
  105:7,10 127:21
  130:20 146:2
  147:11,11 160:6
  185:1 195:9
  205:23 209:1,4
  218:6,6,7,21
  219:15,17 227:12
  232:4,13 233:3
  253:11,13 257:18
  259:5 266:15
**himself** 100:19,20
  224:22
**Hingst** 83:5 252:10
  258:3,10
**hire** 21:18 90:1,14
  123:15 150:12
  151:10 152:15
  161:14 174:3,6,16
  174:22 199:9
  236:7
**hired** 90:7,16,23
  156:8
**hiring** 90:11 159:10
  175:6 193:21
  199:17 234:19
  235:12 236:2
**history** 9:18 165:1
  236:16 271:5
**hit** 71:13,14,17,18
  85:8,9 91:3
**hold** 10:8 106:18
  141:18 261:7,8
**holding** 18:4 27:13
  109:10
**Holdings** 109:7