# DEFENDANT'S EXHIBIT "50"

AS OF   #####     Kelly Company Vehicles
                  ROAD FLEET

| mileage | UNIT | YEAR | MAKE | SERIAL # | model | ans | ratio | engine | tires | OLV | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 429467 | 100 | 2002 | VOLVO | N325022 | vn610 | 10 | 358 | cumm 450 | all low pro | $ 28,000 | 41,027 |
| 750125 | 101 | 1996 | PETE | N370711 | 379 | 10 | 373 | cat 475 | 22.5 | $ 15,000 | |
| 507679 | 102 | 2001 | VOLVO | N325015 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 33,472 |
| 541992 | 103 | 2001 | VOLVO | N325013 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 33,472 |
| 480868 | 104 | 2001 | VOLVO | N325014 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 33,472 |
| 459404 | 105 | 2001 | VOLVO | N325016 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 34,571 |
| 584635 | 106 | 2001 | VOLVO | N325017 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 34,571 |
| 473007 | 107 | 2001 | VOLVO | N325018 | vn610 | 10 | 355 | cumm 450 | | $ 22,500 | 32,451 |
| 509026 | 108 | 2001 | VOLVO | N325019 | vn610 | 10 | 355 | cumm 450 | | $ 22,500 | 32,452 |
| 437446 | 109 | 2002 | VOLVO | N325020 | vn610 | 10 | 355 | cumm 450 | | $ 28,000 | 39,777 |
| 391068 | 110 | 2002 | VOLVO | N325021 | vn610 | 10 | 355 | cumm 450 | | $ 28,000 | 41,529 |
| 619680 | 117 | 2001 | FRHT | LG95419 | CL 120 | 10 | 355 | det 470 | | $ 21,000 | 19,087 |
| 549270 | 118 | 2001 | VOLVO | N259535 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 540357 | 119 | 2001 | VOLVO | N259539 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 559555 | 120 | 2001 | VOLVO | N259536 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 502609 | 121 | 2001 | VOLVO | N259537 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 506141 | 122 | 2001 | VOLVO | N259538 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,475 |
| 534126 | 123 | 2001 | FRHT | LG95420 | CL 120 | 10 | 355 | det 470 | | $ 21,000 | 27,147 |
| 589075 | 126 | 2001 | VOLVO | N259530 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 625079 | 127 | 2001 | VOLVO | N259531 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 567785 | 128 | 2001 | VOLVO | N259532 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 606456 | 129 | 2001 | VOLVO | N259533 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 552245 | 130 | 2001 | VOLVO | N259534 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 671645 | 131 | 1999 | FRHT | LA63817 | CL 120 | 10 | 355 | det 470 | | $ 15,000 | 11,795 |
| 814820 | 132 | 1999 | FRHT | LA63816 | CL 120 | 10 | 355 | det 470 | | $ 15,000 | 11,795 |
| 711651 | 133 | 1998 | VOLVO | N751853 | wia64tes | 10 | 355 | cumm 435 | | $ 12,500 | 11,795 |
| 669900 | 134 | 1998 | VOLVO | N751856 | wia64tes | 10 | 355 | cumm 435 | | $ 12,500 | 11,795 |
| 765361 | 137 | 1999 | FRHT | LA63815 | CL 120 | 10 | 355 | det 430 | | $ 15,000 | 11,795 |
| | 138 | 2000 | PETE | N525273 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| 756100 | 139 | 1998 | VOLVO | N762064 | vnl64t | 10 | 355 | det 470 | | $ 17,000 | |
| 610550 | 140 | 1999 | FRHT | LA63814 | CL 120 | 10 | 355 | det 430 | | $ 15,000 | 11,795 |
| 471044 | 142 | 2000 | FRHT | LF00682 | FLD 120 | 13 | 373 | det 500 | | $ 19,500 | 49,531 |
| 729288 | 144 | 2000 | PETE | N525274 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| | 145 | 2000 | PETE | N525275 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| 208890 | 156 | 1995 | VOLVO | N700346 | wia64tes | 10 | 355 | det 470 | | $ 6,000 | 0 |
| 838583 | 157 | 1999 | FRHT | L990691 | FLD 120 | 10 | 355 | det 470 | | $ 15,500 | 11,795 |
| 342627 | 158 | 2003 | FRHT | LL05827 | FLD 120 | 10 | 356 | cat 475 | | $ 31,000 | 58,389 |
| 719536 | 160 | 1996 | VOLVO | N728310 | wia64t | 10 | 355 | det 430 | | $ 7,500 | 0 |
| 408646 | 162 | 2002 | FRHT | LJ45930 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,085 |
| 491289 | 163 | 2002 | FRHT | LJ45931 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,085 |
| 425057 | 164 | 2002 | FRHT | LJ45932 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 39,840 |
| 357206 | 165 | 2002 | FRHT | LJ45933 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,056 |
| 821183 | 166 | 2000 | PETE | N525276 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| 440022 | 167 | 2002 | FRHT | LJ45934 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,056 |
| 385348 | 168 | 2000 | VOLVO | N246738 | vnl660 | 10 | 355 | det 473 | | $ 20,000 | 46,334 |
| 414766 | 169 | 2000 | VOLVO | N246739 | vnl660 | 10 | 355 | det 430 | | $ 20,000 | 46,334 |
| 773554 | 170 | 1999 | FRHT | L985729 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 666949 | 171 | 1999 | FRHT | L985731 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 807368 | 172 | 1999 | FRHT | L985730 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 747055 | 173 | 1999 | FRHT | L985728 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 840063 | 174 | 1999 | FRHT | L985732 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 810197 | 175 | 1999 | FRHT | L985776 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 370756 | 176 | 1999 | FRHT | L985777 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 818951 | 177 | 1999 | PETE | N483221 | 379 | 10 | 355 | det 470 | | $ 20,500 | 5,238 |
| 840565 | 178 | 1999 | PETE | N483222 | 379 | 10 | 355 | det 470 | | $ 20,500 | 5,238 |
| 645241 | 179 | 1999 | FRHT | L986189 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 8,891 |
| 562148 | 180 | 1999 | FRHT | L986191 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 8,891 |
| 726379 | 181 | 1999 | FRHT | LA63813 | CL 120 | 10 | 355 | det 430 | | $ 15,000 | 11,795 |
| 475573 | 185 | 2000 | FRHT | LB46527 | CL 120 | 10 | 355 | det 430 | | $ 20,000 | 11,795 |
| 682484 | 186 | 2000 | FRHT | LB46528 | CL 120 | 10 | 355 | det 430 | | $ 18,000 | 11,795 |


DEFENDANT'S EXHIBIT
50

G.F. Kelley v. U.S. Xpress
D 000209
Defendant's Doc. Production

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 295828 | 187 | 2003 FRHT | LL05826 | CL 120 | 10 | 358 det 430 | $ | 35,500 | 58,389 |
| 662140 | 188 | 2000 FRHT | LB46530 | CL 120 | 10 | 355 det 430 | $ | 18,000 | 0 |
| 461325 | 190 | 2001 VOLVO | N314763 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,194 |
| 373018 | 192 | 2001 VOLVO | N314764 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,194 |
| 366677 | 193 | 2001 VOLVO | N314762 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,478 |
| 364469 | 194 | 2000 VOLVO | N793584 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,217 |
| 430238 | 195 | 2002 FRHT | K96318 | FLD 120 | 10 | 358 det 470 | $ | 26,400 | 51,104 |
| 380434 | 196 | 2002 FRHT | K96319 | FLD 120 | 10 | 358 det 470 | $ | 26,400 | 51,104 |
| 385498 | 197 | 2000 VOLVO | N796689 | vn 610 | 10 | 358 det 470 | $ | 20,000 | 50,441 |
| 322334 | 198 | 2003 FRHT | LL65948 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 303829 | 199 | 2003 FRHT | LL65949 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 297541 | 200 | 2003 FRHT | LL65950 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 317902 | 201 | 2003 FRHT | LL65951 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 328094 | 202 | 2003 FRHT | LL65952 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 156108 | 204 | 2003 FRHT | LM01394 | FLD 120 | 10 | 358 det 470 | $ | 35,000 | 62,928 |
| 284053 | 205 | 2003 FRHT | LM01395 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,928 |
| 255194 | 206 | 2003 FRHT | LM01393 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,928 |
| 692109 | 209 | 1998 FRHT | L929995 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
|  | 210 | 1998 FRHT | L929996 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| 701258 | 211 | 1998 FRHT | L929999 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
|  | 212 | 1998 FRHT | L929998 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
|  | 213 | 1998 FRHT | L929997 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| 255432 | 214 | 2003 FRHT | LM01396 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 61,676 |
| 257503 | 215 | 2003 FRHT | LM01397 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 61,676 |
| 168177 | 216 | 2003 FRHT | LM01398 | FLD 120 | 10 | 358 det 470 | $ | 35,000 | 61,676 |
| 259177 | 217 | 2003 FRHT | LM01399 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,843 |
| 177658 | 218 | 2003 FRHT | LM01400 | FLD 120 | 10 | 358 det 470 | $ | 35,000 | 62,843 |
| 218121 | 220 | 2003 FRHT | LM01401 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,907 |
| 232858 | 221 | 2003 FRHT | LM01402 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,907 |
|  | 228 | 1998 VOLVO | N755424 | wia64tes | 10 | 355 det 430 | $ | 7,500 | 0 |
| 293948 | 231 | 2001 MACK | W010327 | cx613 | 13 | 358 mack 427 | $ | 31,000 | 33,471 |
| 301258 | 232 | 2001 MACK | W010324 | cx613 | 13 | 358 mack 427 | $ | 31,000 | 50,646 |
| 325687 | 233 | 2001 MACK | W010325 | cx613 | 13 | 358 mack 427 | $ | 31,000 | 50,646 |
| 342557 | 234 | 2003 FRHT | LL05828 | CL 120 | 10 | 358 cat 500 | $ | 35,500 | 59,737 |
| 375157 | 235 | 2003 FRHT | LL05829 | CL 120 | 10 | 358 cat 500 | $ | 34,000 | 59,737 |
| 275576 | 236 | 2003 FRHT | LL05830 | CL 120 | 10 | 358 cat 500 | $ | 35,500 | 59,737 |
| 385429 | 1149 | 2000 VOLVO | N231330 | vnl660 | 10 | 358 det 500 | $ | 20,000 | 54,764 |
| 276544 | 237 | 2003 FRHT | LL05833 | CL 120 | 10 | 358 cat 500 | $ | 37,000 | 60,607 |
| 392681 | 238 | 2003 FRHT | LL05834 | CL 120 | 10 | 358 cat 500 | $ | 34,000 | 60,607 |
| 374415 | 239 | 2003 FRHT | LL05835 | CL 120 | 10 | 358 cat 500 | $ | 34,000 | 60,607 |
| 367559 | 240 | 2003 VOLVO | N341952 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 336664 | 241 | 2003 VOLVO | N341953 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 313114 | 242 | 2003 VOLVO | N341954 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 365092 | 243 | 2003 VOLVO | N341958 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 305502 | 244 | 2003 VOLVO | N341959 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 425754 | 245 | 2002 PETE | D528976 | 379 | 13 | 358 cat 500 | $ | 45,000 | 55,456 |
| 96115 | 246 | 2004 FRHT | LM86494 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 101993 | 247 | 2004 FRHT | LM86495 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 126729 | 248 | 2004 FRHT | LM86497 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 107002 | 249 | 2004 FRHT | LM86498 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 107633 | 250 | 2004 FRHT | LM96499 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
|  |  |  |  |  |  |  | $ | 2,905,050 | $ 3,941,920 |

the highlighted units are trucks that have been sold to drivers and financed through the company as owner operators

day cabs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 98254 | 111 | 1999 FRHT | HB31474 | FL 112 | 10 | 373 cumm 370 | $ | 18,000 | 22607 |

G.F. Kelley v. U.S. Xpress
D 000210
Defendant's Doc. Production

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99569 | 112 | 1999 FRHT | HB31469 | FL 112 | 10 | 373 | cumm 370 | $ 18,000 | 14766 |
| 101547 | 113 | 1999 FRHT | HB31476 | FL 112 | 10 | 373 | cumm 370 | $ 18,000 | 14766 |
| 103540 | 114 | 1999 FRHT | HB31473 | FL 112 | 10 | 373 | cumm 370 | $ 18,000 | 14766 |
| 97568 | 115 | 2000 FRHT | HG48364 | FL 112 | 10 | 373 | cat 410 | $ 24,000 | |
| 177167 | 116 | 2001 MACK | W138954 | ch 613 | 10 | 373 | mack 427 | $ 27,000 | 38704 |
| 257618 | 146 | 2001 MACK | W137885 | ch 613 | 10 | 373 | mack 427 | $ 26,000 | 44009 |
| 225997 | 152 | 2003 MACK | W152508 | ch 613 | 10 | 373 | mack 427 | $ 40,000 | 56500 |
| 135295 | 203 | 2003 MACK | W152514 | ch 613 | 10 | 373 | mack 427 | $ 42,500 | 57045 |
| 166052 | 223 | 2003 MACK | W152516 | ch 613 | 10 | 373 | mack 427 | $ 42,500 | 59978 |
| 126466 | 224 | 2003 MACK | W152517 | ch 613 | 10 | 373 | mack 427 | $ 42,500 | 59978 |

$ 316,500   $ 383,119

$ 3,221,550   $ 4,325,039

$ (1,103,489)

### TIMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | T007 | 1975 Mack | 4164 | | timber | mack 300 |
| 2 | L007 | 1984 MACK | A006070 | | timber | mack 237 |
| 3 | 911 | 1988 VOLVO | N121643 | | timber | cumm 315 |
| 4 | 124 | 2001 MACK | W136360 | | jim mulke | mack 460 |
| 5 | 125 | 2001 MACK | W136361 | | avondale | mack 460 |
| 6 | 135 | 1996 VOLVO | N728316 | | tim davis | det 430 |
| 7 | 136 | 1996 VOLVO | N728317 | | macon | det 430 |
| 8 | 149 | 1996 VOLVO | N702376 | | macon | det 430 |
| 9 | 150 | 2000 VOLVO | N871025 | | myron | volvo 385 |
| 10 | 151 | 1988 INTL | C008843 | | loboy | cumm 315 |
| 11 | 154 | 1996 INTL | C052358 | | ronnie he | cumm 435 |
| 12 | 161 | 1996 VOLVO | N728311 | | macon | det 430 |
| 13 | 182 | 1999 PETE | N474297 | | monroe c | det 470 |
| 14 | 183 | 1999 PETE | D497532 | | race | det 470 |
| 15 | 230 | 2001 MACK | W141343 | | | mack 350 |
| 16 | 2156 | 2003 MACK | W152521 | | mr kelly | mack 427 |

### K-DIESEL

| | unit # | year make | serial | driver | trans | engine |
|---|---|---|---|---|---|---|
| 1 | 2155 | 2000 PETE | N525277 | Keith Taft | 13 | det 470 |
| 2 | 3155 | 2003 PETE | n589788 | Jimmy griffin | 10 | cat 475 |
| 3 | 2157 | 2004 PETE | n864880 | charles dean | 10 | cumm 450 |
| 4 | 2158 | 2004 PETE | n864881 | faite brantley | 10 | cumm 450 |
| 5 | 2159 | 2004 PETE | n864882 | dale johnson | 10 | cumm 450 |
| 6 | 2160 | 2005 INTL | c205882 | chris gregory | 13 | cumm 450 |
| 7 | 2161 | 2005 INTL | c210829 | lee knight | 13 | cumm 450 |

G.F. Kelley v. U.S. Xpress
D 000211
Defendant's Doc. Production

## Road Trailers

| | Unit # | Year Make | Serial # | Description | OLV | Payoff |
|---|---|---|---|---|---|---|
| 1 | 1860 | 1995 DORSEY | 230679 | 48 ft x 102, spring ride | $ 3,750 | 0 |
| 2 | 1861 | 1995 DORSEY | 230678 | plywood lined, wood floor | $ 3,750 | 0 |
| 3 | 1862 | 1995 DORSEY | 230675 | | $ 3,750 | 0 |
| 4 | 1864 | 1995 DORSEY | 230676 | | $ 3,750 | 0 |
| 5 | 1865 | 1995 DORSEY | 230677 | | $ 3,750 | 0 |
| 6 | 1880 | 1994 DORSEY | 221872 | | $ 3,500 | 0 |
| 7 | 1881 | 1994 DORSEY | 221873 | | $ 3,500 | 0 |
| 8 | 1882 | 1994 DORSEY | 221874 | | $ 3,500 | 0 |
| 9 | 1883 | 1994 DORSEY | 221877 | | $ 3,500 | 0 |
| 10 | 1884 | 1994 DORSEY | 221878 | | $ 3,500 | 0 |
| 11 | 1885 | 1994 DORSEY | 222973 | | $ 3,500 | 0 |
| 12 | 1887 | 1994 DORSEY | 222974 | | $ 3,500 | 0 |
| 13 | 1888 | 1994 DORSEY | 222975 | | $ 3,500 | 0 |
| 14 | 1889 | 1994 DORSEY | 222976 | | $ 3,500 | 0 |
| 15 | 1890 | 1994 DORSEY | 222977 | | $ 3,500 | 0 |
| 16 | 1891 | 1994 DORSEY | 222978 | | $ 3,500 | 0 |
| 17 | 1893 | 1994 STOUGH | 888909 | | $ 3,500 | 0 |
| 18 | 1895 | 1994 STOUGH | 888905 | | $ 3,500 | 0 |
| 19 | 1896 | 1994 STOUGH | 888906 | | $ 3,500 | 0 |
| 20 | 1897 | 1994 STOUGH | 888908 | | $ 3,500 | 0 |
| 21 | 1898 | 1994 STOUGH | 888907 | | $ 3,500 | 0 |
| 22 | 5301 | 1994 DORSEY | 216834 | 53 x 102, spring ride | $ 4,750 | 0 |
| 23 | 5302 | 1994 DORSEY | 216835 | plywood lined, wood floor | $ 4,750 | 0 |
| 24 | 5303 | 1995 DORSEY | 234149 | | $ 5,250 | 0 |
| 25 | 5304 | 1995 DORSEY | 234140 | | $ 5,250 | 0 |
| 26 | 5305 | 1995 DORSEY | 234151 | | $ 5,250 | 0 |
| 27 | 5306 | 1995 DORSEY | 234142 | | $ 5,250 | 0 |
| 28 | 5307 | 1995 DORSEY | 234154 | | $ 5,250 | 0 |
| 29 | 5308 | 1995 DORSEY | 234148 | | $ 5,250 | 0 |
| 30 | 5309 | 1995 DORSEY | 234147 | | $ 5,250 | 0 |
| 31 | 5310 | 1995 DORSEY | 234153 | | $ 5,250 | 0 |
| 32 | 5311 | 1995 DORSEY | 234152 | | $ 5,250 | 0 |
| 33 | 5312 | 1995 DORSEY | 234150 | | $ 5,250 | 0 |
| 34 | 5323 | 1997 WABASH | 424469 | 53 x 102, spring ride | $ 7,250 | 2,615 |
| 35 | 5324 | 1997 WABASH | 424482 | plywood lined, paper spec | $ 7,250 | 2,615 |
| 36 | 5325 | 1997 WABASH | 424488 | 8 inch crossmembers | $ 7,250 | 2,615 |
| 37 | 5326 | 1997 WABASH | 424485 | wood floor | $ 7,250 | 2,615 |
| 38 | 5327 | 1997 WABASH | 424492 | | $ 7,250 | 2,615 |
| 39 | 5328 | 1997 WABASH | 424490 | | $ 7,250 | 2,615 |
| 40 | 5329 | 1997 WABASH | 424489 | | $ 7,250 | 2,615 |
| 41 | 5330 | 1997 WABASH | 424494 | | $ 7,250 | 2,615 |
| 42 | 5331 | 1997 WABASH | 424495 | | $ 7,250 | 2,615 |
| 43 | 5332 | 1997 WABASH | 424484 | | $ 7,250 | 2,615 |
| 44 | 5333 | 1997 WABASH | 424493 | | $ 7,250 | 2,615 |
| 45 | 5334 | 1997 WABASH | 424483 | | $ 7,250 | 2,615 |

| # | ID | Year/Make | Serial | | $ | Value |
|---|---|---|---|---|---|---|
| 46 | 5335 | 1997 WABASH | 424491 | | $ | 7,250 | 2,615 |
| 47 | 5336 | 1997 WABASH | 424480 | | $ | 7,250 | 2,615 |
| 48 | 5337 | 1997 WABASH | 424468 | | $ | 7,250 | 2,615 |
| 49 | 5338 | 1997 WABASH | 424479 | | $ | 7,250 | 2,615 |
| 50 | 5339 | 1997 WABASH | 424472 | | $ | 7,250 | 2,615 |
| 51 | 5340 | 1997 WABASH | 424486 | | $ | 7,250 | 2,615 |
| 52 | 5341 | 1997 WABASH | 424487 | | $ | 7,250 | 2,615 |
| 53 | 5342 | 1997 WABASH | 424517 | | $ | 7,250 | 2,615 |
| 54 | 5343 | 1997 WABASH | 424508 | | $ | 7,250 | 2,615 |
| 55 | 5344 | 1997 WABASH | 424498 | | $ | 7,250 | 2,615 |
| 56 | 5345 | 1997 WABASH | 424501 | | $ | 7,250 | 2,615 |
| 57 | 5346 | 1997 WABASH | 424510 | | $ | 7,250 | 2,615 |
| 58 | 5347 | 1997 WABASH | 424497 | | $ | 7,250 | 2,615 |
| 59 | 5348 | 1997 WABASH | 424504 | | $ | 7,250 | 2,615 |
| 60 | 5349 | 1997 WABASH | 424509 | | $ | 7,250 | 2,615 |
| 61 | 5350 | 1997 WABASH | 424496 | | $ | 7,250 | 2,615 |
| 62 | 5351 | 1997 WABASH | 424511 | | $ | 7,250 | 2,615 |
| 63 | 5352 | 1997 WABASH | 424505 | | $ | 7,250 | 2,615 |
| 64 | 5353 | 1997 WABASH | 424477 | | $ | 7,250 | 2,615 |
| 65 | 5354 | 1997 WABASH | 424506 | | $ | 7,250 | 2,615 |
| 66 | 5355 | 1997 WABASH | 424512 | | $ | 7,250 | 2,615 |
| 67 | 5356 | 1997 WABASH | 424470 | | $ | 7,250 | 2,615 |
| 68 | 5357 | 1997 WABASH | 424478 | | $ | 7,250 | 2,615 |
| 69 | 5358 | 1997 WABASH | 424502 | | $ | 7,250 | 2,615 |
| 70 | 5359 | 1997 WABASH | 424515 | | $ | 7,250 | 2,615 |
| 71 | 5360 | 1997 WABASH | 424499 | | $ | 7,250 | 2,615 |
| 72 | 5361 | 1997 WABASH | 424474 | | $ | 7,250 | 2,615 |
| 73 | 5362 | 1997 WABASH | 424473 | | $ | 7,250 | 2,615 |
| 74 | 5363 | 1997 WABASH | 424516 | | $ | 7,250 | 2,615 |
| 75 | 5364 | 1999 WABASH | 614860 | | $ | 9,250 | 2,615 |
| 76 | 5365 | 1997 WABASH | 424476 | | $ | 7,250 | 2,615 |
| 77 | 5366 | 1997 WABASH | 424475 | | $ | 7,250 | 2,615 |
| 78 | 5367 | 1997 WABASH | 424503 | | $ | 7,250 | 2,615 |
| 79 | 5368 | 1997 WABASH | 424514 | | $ | 7,250 | 2,615 |
| 80 | 5369 | 1997 WABASH | 424471 | | $ | 7,250 | 2,615 |
| 81 | 5370 | 1997 WABASH | 424513 | | $ | 7,250 | 2,615 |
| 82 | 5371 | 1997 WABASH | 424500 | | $ | 7,250 | 2,615 |
| 83 | 5372 | 1997 WABASH | 424507 | | $ | 7,250 | 2,615 |
| 84 | 5373 | 1997 WABASH | 424527 | | $ | 7,250 | 2,615 |
| 85 | 5374 | 1997 WABASH | 424520 | | $ | 7,250 | 2,615 |
| 86 | 5375 | 1997 WABASH | 424529 | | $ | 7,250 | 2,615 |
| 87 | 5376 | 1997 WABASH | 424521 | | $ | 7,250 | 2,615 |
| 88 | 5377 | 1997 WABASH | 424519 | | $ | 7,250 | 2,615 |
| 89 | 5378 | 1997 WABASH | 424522 | | $ | 7,250 | 2,615 |
| 90 | 5379 | 1997 WABASH | 424523 | | $ | 7,250 | 2,615 |
| 91 | 5380 | 1997 WABASH | 424525 | | $ | 7,250 | 2,615 |
| 92 | 5381 | 1997 WABASH | 424528 | | $ | 7,250 | 2,615 |
| 93 | 5382 | 1997 WABASH | 424531 | | $ | 7,250 | 2,615 |
| 94 | 5383 | 1997 WABASH | 424532 | | $ | 7,250 | 2,615 |
| 95 | 5384 | 1997 WABASH | 424526 | | $ | 7,250 | 2,615 |
| 96 | 5385 | 1997 WABASH | 424524 | | $ | 7,250 | 2,615 |
| 97 | 5386 | 1997 WABASH | 424530 | | $ | 7,250 | 2,615 |
| 98 | 5387 | 1997 WABASH | 424518 x | | $ | 7,250 | 2,615 |

G.F. Kelley v. U.S. Xpress
D 000213
Defendant's Doc. Production

| # | ID | Year/Make | Number | Notes | Price | |
|---|---|---|---|---|---|---|
| 99 | 5391 | 1996 HYUNDAI | 9122 | 53 x 102, spring ride | $ 5,000 | 0 |
| 100 | 5392 | 1996 HYUNDAI | 9206 | plywood lined wood floor | $ 5,000 | 0 |
| 101 | 5393 | 1996 HYUNDAI | 9315 | | $ 5,000 | 0 |
| 102 | 5394 | 1996 HYUNDAI | 9307 | | $ 5,000 | 0 |
| 103 | 5395 | 1996 HYUNDAI | 9316 | | $ 5,000 | 0 |
| 104 | 5396 | 1996 HYUNDAI | 9305 | | $ 5,000 | 0 |
| 105 | 5397 | 1996 HYUNDAI | 9224 | | $ 5,000 | 0 |
| 106 | 5398 | 1996 HYUNDAI | 9033 | | $ 5,000 | 0 |
| 107 | 5399 | 1996 HYUNDAI | 9089 | | $ 5,000 | 0 |
| 108 | 53135 | 1998 FRUH | 474051 | 53 x 102, spring ride | $ | 0 |
| 109 | 53136 | 1998 FRUH | 474057 | plywood lined, wood floor | $ | 0 |
| 110 | 53137 | 1998 FRUH | 474048 | | $ | 0 |
| 111 | 53143 | 1998 FRUH | 474054 | Lufkin paid | $ | 0 |
| 112 | 53144 | 1998 FRUH | 474050 | SOLD | $ | 0 |
| 113 | 53145 | 1998 FRUH | 474053 | | $ | 0 |
| 114 | 53147 | 1998 FRUH | 474049 | | $ | 0 |
| 115 | 53150 | 1998 FRUH | 474074 | | $ | 0 |
| 116 | 53151 | 1998 FRUH | 474055 | | $ | 0 |
| 117 | 53152 | 1998 FRUH | 474052 | | $ | 0 |
| 118 | 53155 | 1998 FRUH | 474056 | | $ | 0 |
| 119 | 53157 | 1998 FRUH | 474073 | | $ 8,000 | 0 |
| 120 | 53160 | 1998 FRUH | 474075 | | $ 8,000 | 0 |
| 121 | 53170 | 1998 FRUH | 474080 | | $ 8,000 | 0 |
| 122 | 53174 | 1998 FRUH | 474081 | | $ 8,000 | 0 |
| 123 | 53181 | 1998 FRUH | 481038 | | $ | 0 |
| 124 | 53182 | 1998 FRUH | 481046 | | $ | 0 |
| 125 | 53183 | 1998 FRUH | 481039 | Lufkin paid | $ | 0 |
| 126 | 53184 | 1998 FRUH | 481036 | SOLD | $ | 0 |
| 127 | 53185 | 1998 FRUH | 481037 | | $ | 0 |
| 128 | 53186 | 1998 FRUH | 481044 | | $ | 0 |
| 129 | 53187 | 1998 FRUH | 481040 | | $ | 0 |
| 130 | 53188 | 1998 FRUH | 481049 | | $ | 0 |
| 131 | 53189 | 1998 FRUH | 481047 | | $ | 0 |
| 132 | 53190 | 1998 FRUH | 481051 | | $ | 0 |
| 133 | 53191 | 1998 FRUH | 481048 | | $ | 0 |
| 134 | 53192 | 1998 FRUH | 481054 | | $ | 0 |
| 135 | 53193 | 1998 FRUH | 481053 | | $ | 0 |
| 136 | 53194 | 1998 FRUH | 481052 | | $ | 0 |
| 137 | 53198 | 1998 FRUH | 481045 | | $ | 0 |
| 138 | 53199 | 1998 FRUH | 481050 | | $ | 0 |
| 139 | 53200 | 1998 FRUH | 481042 | | $ | 0 |
| 140 | 53201 | 1998 FRUH | 481043 | | $ | 0 |
| 141 | 53202 | 1998 FRUH | 481055 | | $ | 0 |
| 142 | 53203 | 1998 FRUH | 481041 | | $ | 0 |
| 143 | 53204 | 1998 FRUH | 481069 | | $ | 0 |
| 144 | 53205 | 1998 FRUH | 481059 | | $ | 0 |

G.F. Kelley v. U.S. Xpress
D 000214
Defendant's Doc. Production

| # | ID | Year/Make | Item | Price | Value |
|---|---|---|---|---|---|
| 145 | 53206 | 1998 FRUH | 481065 GFK paid | $ - | 0 |
| 146 | 53207 | 1998 FRUH | 481061 Sold to Craig Elliott | $ - | 0 |
| 147 | 53208 | 1998 FRUH | 481066 | $ - | 0 |
| 148 | 53209 | 1998 FRUH | 481071 | $ - | 0 |
| 149 | 53210 | 1998 FRUH | 481073 | $ - | 0 |
| 150 | 53211 | 1998 FRUH | 481075 | $ - | 0 |
| 151 | 53212 | 1998 FRUH | 481074 | $ - | 0 |
| 152 | 53213 | 1998 FRUH | 481068 | $ - | 0 |
| 153 | 53214 | 1998 FRUH | 481077 | $ - | 0 |
| 154 | 53215 | 1998 FRUH | 481076 | $ - | 0 |
| 155 | 53216 | 1998 FRUH | 481070 | $ - | 0 |
| 156 | 53217 | 1998 FRUH | 481062 | $ - | 0 |
| 157 | 53218 | 1998 FRUH | 481060 | $ - | 0 |
| 158 | 53219 | 1998 FRUH | 481072 | $ - | 0 |
| 159 | 53220 | 1998 FRUH | 481067 | $ - | 0 |
| 160 | 53221 | 1998 FRUH | 481078 | $ - | 0 |
| 161 | 53222 | 1998 FRUH | 481064 | $ - | 0 |
| 162 | 53223 | 1998 FRUH | 481063 | $ - | 0 |

*Handwritten: 51 Trls - No OLV = $408,000.00*

| # | ID | Year/Make | Item | Price | Value |
|---|---|---|---|---|---|
| 163 | 53271 | 1999 WABASH | 534634 Plate trailers | $ 9,500 | 6,425 |
| 164 | 53272 | 1999 WABASH | 534635 53 x 102, spring ride | $ 9,500 | 6,425 |
| 165 | 53273 | 1999 WABASH | 534636 alum floor, paper spec | $ 9,500 | 6,425 |
| 166 | 53274 | 1999 WABASH | 534637 8 inch crossmembers | $ 9,500 | 6,425 |
| 167 | 53275 | 1999 WABASH | 534638 ski lights | $ 9,500 | 6,425 |
| 168 | 53276 | 1999 WABASH | 534639 | $ 9,500 | 6,425 |
| 169 | 53277 | 1999 WABASH | 534640 | $ 9,500 | 6,425 |
| 170 | 53278 | 1999 WABASH | 534641 | $ 9,500 | 6,425 |
| 171 | 53279 | 1999 WABASH | 534642 | $ 9,500 | 6,425 |
| 172 | 53280 | 1999 WABASH | 534643 | $ 9,500 | 6,425 |
| 173 | 53281 | 1999 WABASH | 534644 | $ 9,500 | 6,425 |
| 174 | 53282 | 1999 WABASH | 534645 air-ride | $ 11,000 | 6,425 |
| 175 | 53283 | 1999 WABASH | 534646 | $ 9,500 | 6,425 |
| 176 | 53284 | 1999 WABASH | 534647 | $ 9,500 | 6,425 |
| 177 | 53285 | 1999 WABASH | 534648 | $ 9,500 | 6,425 |
| 178 | 53286 | 1999 WABASH | 534649 | $ 9,500 | 6,425 |
| 179 | 53287 | 1999 WABASH | 534650 | $ 9,500 | 6,425 |
| 180 | 53288 | 1999 WABASH | 534651 | $ 9,500 | 6,425 |
| 181 | 53289 | 1999 WABASH | 534652 | $ 9,500 | 6,425 |
| 182 | 53290 | 1999 WABASH | 534653 | $ 9,500 | 6,425 |
| 183 | 53291 | 1999 WABASH | 534654 | $ 9,500 | 6,425 |
| 184 | 53292 | 1999 WABASH | 534655 | $ 9,500 | 6,425 |
| 185 | 53293 | 1999 WABASH | 534656 | $ 9,500 | 6,425 |
| 186 | 53294 | 1999 WABASH | 534657 air-ride | $ 11,000 | 6,425 |
| 187 | 53295 | 1999 WABASH | 534658 | $ 9,500 | 6,425 |
| 188 | 53296 | 1999 WABASH | 534659 | $ 9,500 | 6,425 |
| 189 | 53297 | 1999 WABASH | 534660 | $ 9,500 | 6,425 |
| 190 | 53298 | 1999 WABASH | 534661 | $ 9,500 | 6,425 |
| 191 | 53299 | 1999 WABASH | 534662 | $ 9,500 | 6,425 |
| 192 | 53300 | 1999 WABASH | 534663 x | $ 9,500 | 6,425 |
| 193 | 53301 | 1999 WABASH | 527614 Plate Trailers, spring ride | $ 9,250 | 8,601 |

G.F. Kelley v. U.S. Xpress
D 000215
Defendant's Doc. Production

| # | ID | Year/Make | Details | Price | Value |
|---|---|---|---|---|---|
| 194 | 53302 | 1999 WABASH | 527621 tie cups, ski lights, wood floor | $ 9,250 | 8,601 |
| 195 | 53303 | 1999 WABASH | 527608 paper spec | $ 9,250 | 8,601 |
| 196 | 53304 | 1999 WABASH | 527605 53 x 102 | $ 9,250 | 8,601 |
| 197 | 53305 | 1999 WABASH | 527606 | $ 9,250 | 8,601 |
| 198 | 53306 | 1999 WABASH | 527618 | $ 9,250 | 8,601 |
| 199 | 53307 | 1999 WABASH | 527613 | $ 9,250 | 8,601 |
| 200 | 53308 | 1999 WABASH | 527609 | $ 9,250 | 8,601 |
| 201 | 53309 | 1999 WABASH | 527622 | $ 9,250 | 8,601 |
| 202 | 53310 | 1999 WABASH | 527610 | $ 9,250 | 8,601 |
| 203 | 53311 | 1999 WABASH | 527629 | $ 9,250 | 8,601 |
| 204 | 53312 | 1999 WABASH | 527620 | $ 9,250 | 8,601 |
| 205 | 53313 | 1999 WABASH | 527616 | $ 9,250 | 8,601 |
| 206 | 53314 | 1999 WABASH | 527612 | $ 9,250 | 8,601 |
| 207 | 53315 | 1999 WABASH | 527628 | $ 9,250 | 8,601 |
| 208 | 53316 | 1999 WABASH | 527627 | $ 9,250 | 8,601 |
| 209 | 53317 | 1999 WABASH | 527625 | $ 9,250 | 8,601 |
| 210 | 53318 | 1999 WABASH | 527611 | $ 9,250 | 8,601 |
| 211 | 53319 | 1999 WABASH | 527615 | $ 9,250 | 8,601 |
| 212 | 53320 | 1999 WABASH | 527619 | $ 9,250 | 8,601 |
| 213 | 53321 | 1999 WABASH | 527607 | $ 9,250 | 8,601 |
| 214 | 53322 | 1999 WABASH | 527623 | $ 9,250 | 8,601 |
| 215 | 53323 | 1999 WABASH | 527624 | $ 9,250 | 8,601 |
| 216 | 53324 | 1999 WABASH | 527626 | $ 9,250 | 8,601 |
| 217 | 53325 | 1999 WABASH | 527617 x | $ 9,250 | 8,601 |
| 218 | 53349 | 2000 WABASH | 676245 Plate Trailers, air ride | $ 12,000 | 11,374 |
| 219 | 53350 | 2000 WABASH | 676246 tie cups, alum floor | $ 12,000 | 11,374 |
| 220 | 53351 | 2000 WABASH | 676247 paper spec | $ 12,000 | 11,374 |
| 221 | 53352 | 2000 WABASH | 676248 ski lights | $ 12,000 | 11,374 |
| 222 | 53353 | 2000 WABASH | 676249 53 x 102 | $ 12,000 | 11,374 |
| 223 | 53354 | 2000 WABASH | 676250 | $ 12,000 | 11,374 |
| 224 | 53355 | 2000 WABASH | 676251 x | $ 12,000 | 11,374 |
| 225 | 53356 | 2000 WABASH | 683649 Plate Trailers, air ride | $ 12,000 | 10,951 |
| 226 | 53357 | 2000 WABASH | 683651 alum floor, paper spec | $ 12,000 | 10,951 |
| 227 | 53358 | 2000 WABASH | 683650 ski lights | $ 12,000 | 10,951 |
| 228 | 53359 | 2000 WABASH | 683652 53 x 102 | $ 12,000 | 10,951 |
| 229 | 53360 | 2000 WABASH | 683646 | $ 12,000 | 10,951 |
| 230 | 53361 | 2000 WABASH | 683644 | $ 12,000 | 10,951 |
| 231 | 53362 | 2000 WABASH | 683645 | $ 12,000 | 10,951 |
| 232 | 53363 | 2000 WABASH | 683643 | $ 12,000 | 10,951 |
| 233 | 53364 | 2000 WABASH | 683647 | $ 12,000 | 10,951 |
| 234 | 53365 | 2000 WABASH | 683648 x | $ 12,000 | 10,951 |
| 235 | 3356 | 1992 G-DANE | S013139 Plate Trailers, spring ride | $ 2500 ~~4750~~ | |
| 236 | 3357 | 1994 STRICK | 367560 wood floor, | $ 4750 | |
| 237 | 3358 | 1994 STRICK | 367535 53 x 102    GFK paid | $ 4750 | |
| 238 | 3359 | 1994 STRICK | 367495              Sold | $ 4750 | |
| 239 | 3360 | 1994 STRICK | 367540 | $ 4750 | |
| 240 | 3361 | 1994 STRICK | 367562 x | $ 4750 | |

26,250

G.F. Kelley v. U.S. Xpress
D 000216
Defendant's Doc. Production

| # | ID | Year/Make | Code/Description | | Value 1 | Value 2 |
|---|---|---|---|---|---|---|
| 241 | 53366 | 2001 LUFKIN | 149318 53 x 102, spring ride | $ | 11,000 | 15,490 |
| 242 | 53367 | 2001 LUFKIN | 149309 logistics post, paper spec | $ | 11,000 | 15,490 |
| 243 | 53368 | 2001 LUFKIN | 149310 wood floor, vented | $ | 11,000 | 15,490 |
| 244 | 53369 | 2001 LUFKIN | 149317 plywood lined | $ | 11,000 | 15,490 |
| 245 | 53370 | 2001 LUFKIN | 149315 | $ | 11,000 | 15,490 |
| 246 | 53371 | 2001 LUFKIN | 149316 | $ | 11,000 | 15,490 |
| 247 | 53372 | 2001 LUFKIN | 149312 | $ | 11,000 | 15,490 |
| 248 | 53373 | 2001 LUFKIN | 149311 | $ | 11,000 | 15,490 |
| 249 | 53374 | 2001 LUFKIN | 149313 | $ | 11,000 | 15,490 |
| 250 | 53375 | 2001 LUFKIN | 149314 | $ | 11,000 | 15,490 |
| 251 | 53376 | 2001 LUFKIN | 147246 | $ | 11,000 | 11,542 |
| 252 | 53377 | 2001 LUFKIN | 147274 | $ | 11,000 | 11,542 |
| 253 | 53378 | 2001 LUFKIN | 147273 | $ | 11,000 | 11,542 |
| 254 | 53379 | 2001 LUFKIN | 147265 | $ | 11,000 | 11,542 |
| 255 | 53380 | 2001 LUFKIN | 147278 | $ | 11,000 | 11,542 |
| 256 | 53381 | 2001 LUFKIN | 147256 | $ | 11,000 | 11,542 |
| 257 | 53382 | 2001 LUFKIN | 147257 | $ | 11,000 | 11,542 |
| 258 | 53383 | 2001 LUFKIN | 147269 | $ | 11,000 | 11,542 |
| 259 | 53384 | 2001 LUFKIN | 147253 | $ | 11,000 | 11,542 |
| 260 | 53385 | 2001 LUFKIN | 147266 | $ | 11,000 | 11,542 |
| 261 | 53386 | 2001 LUFKIN | 147275 | $ | 11,000 | 11,542 |
| 262 | 53387 | 2001 LUFKIN | 147270 | $ | 11,000 | 11,542 |
| 263 | 53388 | 2001 LUFKIN | 147271 | $ | 11,000 | 11,542 |
| 264 | 53389 | 2001 LUFKIN | 147255 | $ | 11,000 | 11,542 |
| 265 | 53390 | 2001 LUFKIN | 147251 | $ | 11,000 | 11,542 |
| 266 | 53391 | 2001 LUFKIN | 147261 | $ | 11,000 | 11,542 |
| 267 | 53392 | 2001 LUFKIN | 147248 | $ | 11,000 | 11,542 |
| 268 | 53393 | 2001 LUFKIN | 147258 | $ | 11,000 | 11,542 |
| 269 | 53394 | 2001 LUFKIN | 147260 | $ | 11,000 | 11,542 |
| 270 | 53395 | 2001 LUFKIN | 147247 | $ | 11,000 | 11,542 |
| 271 | 53396 | 2001 LUFKIN | 147252 | $ | 11,000 | 11,542 |
| 272 | 53397 | 2001 LUFKIN | 147240 | $ | 11,000 | 11,542 |
| 273 | 53398 | 2001 LUFKIN | 147245 | $ | 11,000 | 11,542 |
| 274 | 53399 | 2001 LUFKIN | 147276 | $ | 11,000 | 11,542 |
| 275 | 53400 | 2001 LUFKIN | 147250 | $ | 11,000 | 11,542 |
| 276 | 53401 | 2001 LUFKIN | 147277 | $ | 11,000 | 11,542 |
| 278 | 53402 | 2001 LUFKIN | 147267 | $ | 11,000 | 11,542 |
| 279 | 53403 | 2001 LUFKIN | 147242 | $ | 11,000 | 11,542 |
| 280 | 53404 | 2001 LUFKIN | 147244 | $ | 11,000 | 11,542 |
| 281 | 53405 | 2001 LUFKIN | 147241 | $ | 11,000 | 11,542 |
| 282 | 53406 | 2001 LUFKIN | 147262 | $ | 11,000 | 11,542 |
| 283 | 53407 | 2001 LUFKIN | 147263 | $ | 11,000 | 11,542 |
| 284 | 53408 | 2001 LUFKIN | 147243 | $ | 11,000 | 11,542 |
| 285 | 53409 | 2001 LUFKIN | 147264 | $ | 11,000 | 11,542 |
| 286 | 53410 | 2001 LUFKIN | 147279 | $ | 11,000 | 11,542 |
| 287 | 53411 | 2001 LUFKIN | 147254 | $ | 11,000 | 11,542 |
| 288 | 53412 | 2001 LUFKIN | 147272 | $ | 11,000 | 11,542 |
| 289 | 53413 | 2001 LUFKIN | 147268 | $ | 11,000 | 11,542 |
| 290 | 53414 | 2001 LUFKIN | 247259 | $ | 11,000 | 11,542 |

G.F. Kelley v. U.S. Xpress
D 000217
Defendant's Doc. Production

| # | ID | Year/Make | Serial | Description | Value | Amount |
|---|---|---|---|---|---|---|
| 291 | 53415 | 2001 LUFKIN | 147249 | | $ 11,000 | 11,542 |
| 292 | 53416 | 2001 LUFKIN | 147917 | | $ 11,000 | 2,726 |
| 293 | 53417 | 2001 LUFKIN | 147925 | | $ 11,000 | 2,726 |
| 294 | 53418 | 2001 LUFKIN | 147923 | | $ 11,000 | 2,726 |
| 295 | 53419 | 2001 LUFKIN | 147927 | | $ 11,000 | 2,726 |
| 296 | 53420 | 2001 LUFKIN | 147916 | | $ 11,000 | 2,726 |
| 297 | 53421 | 2001 LUFKIN | 147928 | | $ 11,000 | 2,726 |
| 298 | 53422 | 2001 LUFKIN | 147259 | | $ 11,000 | 2,726 |
| 299 | 53423 | 2001 LUFKIN | 147924 | | $ 11,000 | 2,726 |
| 300 | 53424 | 2001 LUFKIN | 47918 | | $ 11,000 | 13,152 |
| 301 | 53425 | 2001 LUFKIN | 47919 | | $ 11,000 | 13,152 |
| 302 | 53426 | 2001 LUFKIN | 47920 | | $ 11,000 | 13,152 |
| 303 | 53427 | 2001 LUFKIN | 47921 | | $ 11,000 | 13,152 |
| 304 | 53428 | 2001 LUFKIN | 47922 | | $ 11,000 | 13,152 |
| 305 | 53429 | 2002 LUFKIN | 50005 | | $ 12,500 | 13,152 |
| 306 | 53430 | 2002 LUFKIN | 50006 | | $ 12,500 | 13,152 |
| 307 | 53431 | 2002 LUFKIN | 50007 | | $ 12,500 | 13,152 |
| 308 | 53432 | 2002 LUFKIN | 50008 | | $. 12,500 | 13,152 |
| 309 | 53433 | 2002 LUFKIN | 50009 | | $ 12,500 | 13,152 |
| 310 | 53434 | 2002 LUFKIN | 50010 | | $ 12,500 | 13,152 |
| 311 | 53435 | 2002 LUFKIN | 50011 | | $ 12,500 | 13,152 |
| 312 | 53436 | 2002 LUFKIN | 50012 | | $ 12,500 | 13,152 |
| 313 | 53437 | 2002 LUFKIN | 50013 | | $ 12,500 | 13,152 |
| 314 | 53438 | 2002 LUFKIN | 50014 | | $ 12,500 | 13,152 |
| 315 | 53439 | 2002 LUFKIN | 50015 | | $ 12,500 | 13,152 |
| 316 | 53440 | 2002 LUFKIN | 50016 | | $ 12,500 | 13,152 |
| 317 | 53441 | 2002 LUFKIN | 50017 | | $ 12,500 | 13,152 |
| 318 | 53442 | 2002 LUFKIN | 50018 | | $ 12,500 | 13,152 |
| 319 | 53443 | 2002 LUFKIN | 50019 | | $ 12,500 | 13,152 |
| 320 | 53444 | 2002 LUFKIN | 50020 | | $ 12,500 | 13,152 |
| 321 | 53445 | 2002 LUFKIN | 50021 | | $ 12,500 | 13,152 |
| 322 | 53446 | 2002 LUFKIN | 50022 | | $ 12,500 | 13,152 |
| 324 | 53447 | 2002 LUFKIN | 50023 | | $ 12,500 | 13,152 |
| 325 | 53448 | 2002 LUFKIN | 50024 | | $ 12,500 | 13,152 |
| 326 | 53449 | 2002 LUFKIN | 50025 | | $ 12,500 | 13,152 |
| 327 | 53450 | 2002 LUFKIN | 50026 | | $ 12,500 | 13,152 |
| 328 | 53451 | 2002 LUFKIN | 50027 | | $ 12,500 | 13,152 |
| 329 | 53452 | 2002 LUFKIN | 50028 | | $ 12,500 | 13,152 |
| 330 | 53453 | 2002 LUFKIN | 50029 x | | $ 12,500 | 13,152 |
| 331 | 53454 | 2003 LUFKIN | 151572 | 53 x 102, spring ride | $ 14,000 | 14,934 |
| 332 | 53455 | 2003 LUFKIN | 151573 | paper spec, vented | $ 14,000 | 14,934 |
| 333 | 53456 | 2003 LUFKIN | 151574 | logistics post, composite lined | $ 14,000 | 14,934 |
| 334 | 53457 | 2003 LUFKIN | 151575 | wood floor | $ 14,000 | 14,934 |
| 335 | 53458 | 2003 LUFKIN | 151576 | | $ 14,000 | 14,934 |
| 336 | 53459 | 2003 LUFKIN | 151577 | | $ 14,000 | 14,934 |
| 337 | 53460 | 2003 LUFKIN | 151578 | | $ 14,000 | 14,934 |
| 338 | 53461 | 2003 LUFKIN | 151579 | | $ 14,000 | 14,934 |

G.F. Kelley v. U.S. Xpress
D 000218
Defendant's Doc. Production

| # | ID | Year/Make | Serial | Desc | | Value |
|---|---|---|---|---|---|---|
| 339 | 53462 | 2003 LUFKIN | 151580 | | $ 14,000 | 14,934 |
| 340 | 53463 | 2003 LUFKIN | 151581 | | $ 14,000 | 14,934 |
| 341 | 53464 | 2003 LUFKIN | 151582 | | $ 14,000 | 14,934 |
| 342 | 53465 | 2003 LUFKIN | 151583 | | $ 14,000 | 14,934 |
| 343 | 53466 | 2003 LUFKIN | 151584 | | $ 14,000 | 14,934 |
| 345 | 53467 | 2003 LUFKIN | 151585 | | $ 14,000 | 14,934 |
| 346 | 53468 | 2003 LUFKIN | 151586 | | $ 14,000 | 14,934 |
| 347 | 53469 | 2003 LUFKIN | 151587 | | $ 14,000 | 14,934 |
| 348 | 53470 | 2003 LUFKIN | 151588 | | $ 14,000 | 14,934 |
| 349 | 53471 | 2003 LUFKIN | 151589 | | $ 14,000 | 14,934 |
| 350 | 53472 | 2003 LUFKIN | 151590 | | $ 14,000 | 14,934 |
| 351 | 53473 | 2003 LUFKIN | 151591 | | $ 14,000 | 14,934 |
| 352 | 53474 | 2003 LUFKIN | 151592 | | $ 14,000 | 14,934 |
| 353 | 53475 | 2003 LUFKIN | 151593 | | $ 14,000 | 14,934 |
| 354 | 53476 | 2003 LUFKIN | 151594 | | $ 14,000 | 14,934 |
| 355 | 53477 | 2003 LUFKIN | 151595 | | $ 14,000 | 14,934 |
| 356 | 53478 | 2203 LUFKIN | 151596 | | $ 14,000 | 14,934 |
| 357 | 53479 | 2003 LUFKIN | 151597 | | $ 14,000 | 14,934 |
| 358 | 53480 | 2003 LUFKIN | 151598 | | $ 14,000 | 14,934 |
| 359 | 53481 | 2003 LUFKIN | 151599 | | $ 14,000 | 14,934 |
| 360 | 53482 | 2003 LUFKIN | 151600 | | $ 14,000 | 14,934 |
| 361 | 53483 | 2003 LUFKIN | 151601 | | $ 14,000 | 14,934 |
| 362 | 53484 | 2003 LUFKIN | 151602 | | $ 14,000 | 14,934 |
| 363 | 53485 | 2003 LUFKIN | 151603 | | $ 14,000 | 14,934 |
| 364 | 53486 | 2003 LUFKIN | 151604 | | $ 14,000 | 14,934 |
| 365 | 53487 | 2003 LUFKIN | 151605 | | $ 14,000 | 14,934 |
| 366 | 53488 | 2003 LUFKIN | 151606 | | $ 14,000 | 14,934 |
| 367 | 53489 | 2003 LUFKIN | 151607 | | $ 14,000 | 14,934 |
| 368 | 53490 | 2003 LUFKIN | 151608 | | $ 14,000 | 14,934 |
| 369 | 53491 | 2003 LUFKIN | 151609 | | $ 14,000 | 14,934 |
| 370 | 53492 | 2003 LUFKIN | 151610 | | $ 14,000 | 14,934 |
| 371 | 53493 | 2003 LUFKIN | 151611 | | $ 14,000 | 14,934 |
| 372 | 53494 | 2003 LUFKIN | 151612 | | $ 14,000 | 14,934 |
| 373 | 53495 | 2003 LUFKIN | 151613 | | $ 14,000 | 14,934 |
| 374 | 53496 | 2003 LUFKIN | 151614 | | $ 14,000 | 14,934 |
| 375 | 53497 | 2003 LUFKIN | 151615 | | $ 14,000 | 14,934 |
| 376 | 53498 | 2003 LUFKIN | 151616 | | $ 14,000 | 14,934 |
| 377 | 53499 | 2003 LUFKIN | 151617 | | $ 14,000 | 14,934 |
| 378 | 53500 | 2003 LUFKIN | 151618 | | $ 14,000 | 14,934 |
| 379 | 53501 | 2003 LUFKIN | 151619 | | $ 14,000 | 14,934 |
| 380 | 53502 | 2003 LUFKIN | 151620 | | $ 14,000 | 14,934 |
| 381 | 53503 | 2003 LUFKIN | 151621 x | | $ 14,000 | 14,934 |
| 382 | 53504 | 2003 LUFKIN | 151048 | 53 x 102, spring ride | $ 14,000 | 16,984 |
| 383 | 53505 | 2003 LUFKIN | 151049 | paper spec, vented | $ 14,000 | 16,984 |
| 384 | 53506 | 2003 LUFKIN | 151050 | logistics post composite lined | $ 14,000 | 16,984 |
| 385 | 53507 | 2003 LUFKIN | 151051 | wood floor | $ 14,000 | 16,984 |
| 386 | 53508 | 2003 LUFKIN | 151052 | | $ 14,000 | 16,984 |
| 387 | 53509 | 2003 LUFKIN | 151053 | | $ 14,000 | 16,984 |
| 388 | 53510 | 2003 LUFKIN | 151054 | | $ 14,000 | 16,984 |
| 389 | 53511 | 2003 LUFKIN | 151055 | | $ 14,000 | 16,984 |
| 390 | 53512 | 2003 LUFKIN | 151056 | | $ 14,000 | 16,984 |
| 391 | 53513 | 2003 LUFKIN | 151057 | | $ 14,000 | 16,984 |

G.F. Kelley v. U.S. Xpress
D 000219
Defendant's Doc. Production

| # | ID | Year/Make | Serial | | Value | Other |
|---|---|---|---|---|---|---|
| 392 | 53514 | 2003 LUFKIN | 151058 | $ | 14,000 | 17,152 |
| 393 | 53515 | 2003 LUFKIN | 151059 | $ | 14,000 | 17,152 |
| 394 | 53516 | 2003 LUFKIN | 151060 | $ | 14,000 | 17,152 |
| 395 | 53517 | 2003 LUFKIN | 151061 | $ | 14,000 | 17,152 |
| 396 | 53518 | 2003 LUFKIN | 151062 | $ | 14,000 | 17,152 |
| 397 | 53519 | 2003 LUFKIN | 151063 | $ | 14,000 | 17,152 |
| 398 | 53520 | 2003 LUFKIN | 151064 | $ | 14,000 | 17,152 |
| 399 | 53521 | 2003 LUFKIN | 151065 | $ | 14,000 | 17,152 |
| 400 | 53522 | 2003 LUFKIN | 151066 | $ | 14,000 | 17,152 |
| 401 | 53523 | 2003 LUFKIN | 151067 | $ | 14,000 | 17,152 |
| 402 | 53524 | 2003 LUFKIN | 151068 | $ | 14,000 | 17,152 |
| 403 | 53525 | 2003 LUFKIN | 151069 | $ | 14,000 | 17,152 |
| 404 | 53526 | 2003 LUFKIN | 151070 | $ | 14,000 | 17,152 |
| 405 | 53527 | 2003 LUFKIN | 151071 | $ | 14,000 | 17,152 |
| 406 | 53528 | 2003 LUFKIN | 151072 | $ | 14,000 | 17,152 |
| 407 | 53529 | 2003 LUFKIN | 151073 | $ | 14,000 | 17,152 |
| 408 | 53530 | 2003 LUFKIN | 151074 | $ | 14,000 | 17,152 |
| 409 | 53531 | 2003 LUFKIN | 151075 | $ | 14,000 | 17,152 |
| 410 | 53532 | 2003 LUFKIN | 151076 | $ | 14,000 | 17,152 |
| 411 | 53533 | 2003 LUFKIN | 151077 | $ | 14,000 | 17,152 |
| 412 | 53534 | 2003 LUFKIN | 151078 | $ | 14,000 | 0 |
| 413 | 53535 | 2003 LUFKIN | 151079 Lufkin paid | $ | - | 0 |
| 414 | 53536 | 2003 LUFKIN | 151080 | $ | - | 0 |
| 415 | 53537 | 2003 LUFKIN | 151081 | $ | - | 0 |
| 416 | 53538 | 2003 LUFKIN | 151082 Lufkin paid | $ | - | 0 |
| 417 | 53539 | 2003 LUFKIN | 151083 | $ | - | 0 |
| 418 | 53540 | 2003 LUFKIN | 151084 | $ | - | 0 |
| 419 | 53541 | 2003 LUFKIN | 151085 | $ | - | 0 |
| 420 | 53542 | 2003 LUFKIN | 151086 | $ | - | 0 |
| 421 | 53543 | 2003 LUFKIN | 151087 | $ | - | 0 |

*10 Trls $140,000.*

| | 53326 | 1999 WABASH | 676222 | $ | 9,500 | 12,184 |
| | 53327 | 1999 WABASH | 676223 | $ | 9,500 | 12,184 |
| | 53328 | 1999 WABASH | 676224 | $ | 9,500 | 12,184 |
| | 53329 | 1999 WABASH | 676225 | $ | 9,500 | 12,184 |
| | 53330 | 1999 WABASH | 676226 | $ | 9,500 | 12,184 |
| | 53331 | 1999 WABASH | 676227 | $ | 9,500 | 12,184 |
| | 53332 | 1999 WABASH | 676228 | $ | 9,500 | 12,184 |
| | 53333 | 1999 WABASH | 676229 | $ | 9,500 | 12,184 |
| | 53334 | 1999 WABASH | 676230 | $ | 9,500 | 12,184 |
| | 53335 | 1999 WABASH | 676231 | $ | 9,500 | 12,184 |
| | 53336 | 1999 WABASH | 676232 | $ | 9,500 | 12,184 |
| | 53337 | 1999 WABASH | 676233 | $ | 9,500 | 12,184 |
| | 53338 | 1999 WABASH | 676234 | $ | 9,500 | 12,184 |
| | 53339 | 1999 WABASH | 676235 | $ | 9,500 | 12,184 |
| | 53340 | 1999 WABASH | 676236 | $ | 9,500 | 12,184 |
| | 53341 | 1999 WABASH | 676237 | $ | 9,500 | 12,184 |
| | 53342 | 1999 WABASH | 676238 | $ | 9,500 | 12,184 |
| | 53343 | 1999 WABASH | 676239 | $ | 9,500 | 12,184 |
| | 53344 | 1999 WABASH | 676240 | $ | 9,500 | 12,184 |
| | 53345 | 1999 WABASH | 676241 | $ | 9,500 | 12,184 |

| | | | | | |
|---|---|---|---|---|---|
| 53346 | 1999 WABASH | 676242 | $ | 9,500 | 12,184 |
| 53347 | 1999 WABASH | 676243 | $ | 9,500 | 12,184 |
| 53348 | 1999 WABASH | 676244 | $ | 9,500 | 12,184 |

$ 3,754,250   $ 3,339,638

$ 414,612
+ 574,250

$ 988,862

G.F. Kelley v. U.S. Xpress
D 000221
Defendant's Doc. Production

# DEFENDANT'S EXHIBIT "54"

11 AM

8/25/2005

meeting  my office al hingst

called off buyout al said they couldn't make it work
this process had not been handled correctly
if would have closed by orginal 15th july could have worked
and up and running smoothly by august 1
we were supposed to close by july 15th

talked with dennis farnsworth and al hingst
conference call usx would not continue with buyout

Asked about Compensation

DEFENDANT'S EXHIBIT 54

Kelly-000082

# DEFENDANT'S EXHIBIT "55"

Aug. 25. 2005  4:21PM                                          No. 0503  P. 1

# U. S. XPRESS ENTERPRISES, INC.

Reply To: Ms. Lisa Pate, Esq.
423.510.3241
Fax: 423.510.3318
E-mail: lpate@usxpress.com

August 25, 2005

Mr. Guy Kelley
242 Main Street Box 29
Wadley, Alabama 36276



DEFENDANT'S EXHIBIT
55

Dear Guy:

As we have discussed, and pursuant to the terms of the Asset Purchase Agreement, we have determined that it is not in the parties' best interest to move forward with the proposed business arrangement.

In consideration of your company's cooperation with our due diligence efforts and the time and effort involved, we agree to pay you $20,000.00. In return, you acknowledge and agree that both U.S. Xpress and G.F. Kelley are released from any further obligations under the Asset Purchase Agreement dated August 4, 2005, or under any other written or unwritten agreements.

Although the proposed business arrangement did not come to fruition, we have enjoyed meeting you and your staff. Please do not hesitate to call us if we can be of further assistance to you in the future.

Sincerely,

*[signature]*

Ray M. Harlin
Executive Vice President – Finance

The parties' signature below signifies agreement with the statements set forth in this letter.

U.S. Xpress, Inc.                                G.F. Kelley Trucking, Inc.

By: *[signature]*                                By: _____

Corporate Headquarters • 4080 Jenkins Rd. • Chattanooga, TN 37421 • (423) 510-3000 • (800) 251-6291

Kelly-000086