# DEFENDANT'S EXHIBIT "62"

#22



U.S. Department
of Transportation

Federal Motor Carrier
Safety Administration

Southern Service Center

Atlanta Federal Center
61 Forsyth Street, SW Suite 17T75
Atlanta, GA 30303-3104

Phone: (404) 562-360^
Fax:    (404) 562-370

**Certified/ Return Receipt Requested**

January 19, 2005

Guy Kelly, President
G F Kelly Inc
dba Kelly Trucking
PO Box 29
242 Main Street
Wadley, AL  36276



DOT

#22

### NOTICE OF CLAIM[1] -- Violations of 49 CFR § 382.105.

**CIVIL PENALTY: $2,640**
**Case Number: AL-2004-0181-AL0261**

Dear Mr. Kelly:

A safety compliance review was conducted at your offices in Wadley, AL on December 16, 2004.  The purpose of this review was to determine your compliance with the Federal Motor Carrier Safety Regulations (FMCSR), the Federal Hazardous Materials Regulations (HMR), and the Federal Motor Carrier Commercial Regulations (FMCCR).

As a result of this review, violations were discovered.  This letter constitutes a Notice of Claim by the United States Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA) against Kelly Trucking for the amount of $2,640.

Unless settled or otherwise resolved in a manner set forth below, the FMCSA can recover these penalties, with interest and costs, in a civil action brought in a United States District Court.  Additional collection efforts may include, but are not limited to: Internal Revenue Service offsets against tax refunds, and the referral to and the use of collection agencies to collect penalties.  **Also, under 49 CFR §§ 386.83 and 386.84, once a final order has been issued, the FMCSA may prohibit Kelly Trucking  from operating in interstate commerce until the civil penalty is paid in full and, if applicable, your FMCSA registration will be suspended.**

---

1)    A Notice of Claim is the official charging document used  by the Federal Motor Carrier Safety Administration to initiate a civil action for violations of Federal Laws.

Kelly-000140

Case Number: AL-2004-0181-AL0261

*DENNIS*
*2-1-05*
*1:12 Pm*

compensated before institution of the civil penalty proceeding, and s *NEED TO PAY*   nay require.

*BY 2-9-05*

A listing of the statutes governing maximum and minimum penaltie regulations is enclosed.

Given the statutorily mandated items listed above, the FMCSA has assessed a civil penalty as follows:

| VIOLATION | TYPE OF VIOLATION[2] | NUMBER OF COUNTS | ASSESSMENT PER COUNT | §222 APPLIED | TOTAL |
|-----------|---------------------|------------------|---------------------|--------------|-------|
| 382.105 | NR | 1 | $2,640.00 | | $2,640.00 |

**Accordingly, the total amount assessed by the Federal Government as the result of these violations is $2,640.**

## HOW TO REPLY TO THE NOTICE OF CLAIM

Under 49 CFR Part 386, "Rules of Practice for Motor Carrier, Broker, Freight Forwarder, and Hazardous Materials Proceedings," you have specific rights with respect to this Notice of Claim. You are advised to carefully read Part 386 and follow the course of action appropriate for you in this case. A copy of Part 386 is attached to this Notice of Claim for your information. You may wish to seek legal counsel for answers to any questions in reference to this Notice of Claim or procedures under Part 386. DO NOT call the Federal Motor Carrier Safety Administration Service Center or the Chief Counsel's office for advice or assistance in your defense. You may pursue the following courses of action:

(1) PAYMENT OF PENALTY: Within 25 days of service of this Notice of Claim: (a) Pay the assessed penalty in full, or (b) Establish a monthly payment plan by contacting an Enforcement Specialist (NOTE: A payment plan may be available for respondents who demonstrate financial difficulty), or (c) Contact an Enforcement Specialist outlining in writing compelling reasons why the assessed penalty should be reduced and discuss potential settlement. You may be required to submit a current, certified balance sheet or other evidence of assets and liabilities. An Enforcement Specialist can be reached at 404-562-3600.

All payments must be by cashier or certified check, or money order made payable to the Federal Motor Carrier Safety Administration and mailed to: United States Department of Transportation, Federal Motor Carrier Safety Administration, Southern Service Center, Atlanta Federal Center, 61 Forsyth Street, SW Suite 17T75, Atlanta, GA 30303-3104. Personal or company checks will not be accepted and will be returned. Alternatively, you may pay electronically thorough our SAFER website at <http://safer.fmcsa.dot.gov> by selecting "Online Fine Payment."

---

2)    CDL=Commercial Driver's License; FR=Financial Responsibility; HM=Hazardous Materials (the total penalties assessed is per citation, not per number of counts); NO=Notice and Orders; NR=Nonrecordkeeping; R=Recordkeeping; COM=Commerical Regulations.

Kelly-000141

Case Number: AL-2004-0181-AL0261

# SUMMARY OF VIOLATIONS

Your company is charged with:

1.   One (1) violation of 49 CFR § 382.105- Failing to ensure that alcohol or controlled substances testing complies with the procedures set forth in 49 CFR Part 40.

A copy of the documentary evidence collected during the investigation is available from this office. Upon request, the FMCSA will forward a copy of this evidence within a reasonable period of time. For additional details see the attached "Statement of Charges."

# NOTICE OF ABATEMENT

This letter also constitutes a Notice of Abatement of all violations. In order to ensure that these violations cease, your company must take the following actions:

1.   Cease using a driver who has tested positive for controlled substances, has an alcohol concentration of .04 or greater, or has refused to submit to a test, to perform safety-sensitive functions, in accordance with 49 CFR § § 382.503 and 382.605, until 1) the driver has been evaluated by a qualified Substance Abuse Professional (SAP) to determine what assistance, if any, he/she needs in resolving problems with controlled substances use and/or alcohol misuse; 2) the driver has successfully completed any SAP#s recommended treatment; and 3) the driver has successfully passed a return-to-duty-test for controlled substances and/or alcohol.

Failure to abate the cited violations could cause penalties to be increased in future enforcement actions. Under Section 222 of the Motor Carrier Safety Improvement Act of 1999, recurring violations of the same or related acute or critical regulations (violations of the same Part in Title 49 of the Code of Federal Regulations) that result in three or more enforcement actions within a six-year period will cause the maximum penalties allowed by law to be assessed for the third and subsequent enforcement actions. Any violations with a checkmark in the "§ 222 Applied" column in the penalty table below are subject to this "Section 222" provision and the maximum penalties have been assessed. See 49 USC § 521 note, 49 USC § 521(b), 49 USC § 5123, 49 USC Chapter 149, and 49 CFR Part 386, Appendix A.

# PENALTY

In accordance with 49 USC §§ 521(b)(2)(D) and 5123(c), the FMCSA must, before assessing a civil penalty, take into consideration the nature, circumstances, extent, and gravity of the violation committed and with respect to the violator, the degree of culpability, history of prior offenses, ability to pay, effect on ability to continue to do business, and such other matters as justice and public safety may require. The civil penalty assessment shall be calculated to induce compliance. These factors will not be considered, however, for violations subject to the Section 222 provision described above.

The FMCSA also is not required by statute to consider these factors in assessing penalties for violations of the commercial regulations. However, in accordance with 49 U.S.C. § 14901(c), the FMCSA must, before assessing a civil penalty concerning the transportation of household goods, take into consideration the degree of culpability, any prior history of such conduct, the degree of harm to shippers, ability to pay, the effect on ability to do business, whether the shipper has been adequately

                                                      Kelly-000142

Case Number:  AL-2004-0181-AL0261

compensated before institution of the civil penalty proceeding, and such other matters as fairness may require.

A listing of the statutes governing maximum and minimum penalties for violations of specific regulations is enclosed.

Given the statutorily mandated items listed above, the FMCSA has assessed a civil penalty as follows:

| VIOLATION | TYPE OF VIOLATION[2] | NUMBER OF COUNTS | ASSESSMENT PER COUNT | §222 APPLIED | TOTAL |
|---|---|---|---|---|---|
| 382.105 | NR | 1 | $2,640.00 | | $2,640.00 |

**Accordingly, the total amount assessed by the Federal Government as the result of these violations is $2,640.**

## HOW TO REPLY TO THE NOTICE OF CLAIM

Under 49 CFR Part 386, "Rules of Practice for Motor Carrier, Broker, Freight Forwarder, and Hazardous Materials Proceedings," you have specific rights with respect to this Notice of Claim. You are advised to carefully read Part 386 and follow the course of action appropriate for you in this case. A copy of Part 386 is attached to this Notice of Claim for your information. You may wish to seek legal counsel for answers to any questions in reference to this Notice of Claim or procedures under Part 386. DO NOT call the Federal Motor Carrier Safety Administration Service Center or the Chief Counsel's office for advice or assistance in your defense. You may pursue the following courses of action:

(1) PAYMENT OF PENALTY: Within 25 days of service of this Notice of Claim: (a) Pay the assessed penalty in full, or (b) Establish a monthly payment plan by contacting an Enforcement Specialist (NOTE: A payment plan may be available for respondents who demonstrate financial difficulty), or (c) Contact an Enforcement Specialist outlining in writing compelling reasons why the assessed penalty should be reduced and discuss potential settlement. You may be required to submit a current, certified balance sheet or other evidence of assets and liabilities. An Enforcement Specialist can be reached at 404-562-3600.

All payments must be by cashier or certified check, or money order made payable to the Federal Motor Carrier Safety Administration and mailed to:  United States Department of Transportation, Federal Motor Carrier Safety Administration, Southern Service Center, Atlanta Federal Center, 61 Forsyth Street, SW  Suite 17T75, Atlanta, GA  30303-3104. Personal or company checks will not be accepted and will be returned. Alternatively, you may pay electronically thorough our SAFER website at <http://safer.fmcsa.dot.gov> by selecting "Online Fine Payment."

---

2)    CDL=Commercial Driver's License; FR=Financial Responsibility; HM=Hazardous Materials (the total penalties assessed is per citation, not per number of counts); NO=Notice and Orders; NR=Nonrecordkeeping; R=Recordkeeping; COM=Commerical Regulations.

Kelly-000143

Case Number: AL-2004-0181-AL0261

**Payment of the penalty will constitute admission of the violation(s) set forth in the Notice of Claim and these violations shall constitute prior offenses under either 49 U.S.C.§ 521(b)(2)(D) (for violations of the Federal Motor Carrier Safety Regulations), 49 U.S.C.§ 14901(c)(for violations of the commercial regulations involving transportation of household goods) or 49 U.S.C.§ 5123(c)(for violations of the Hazardous Materials Regulations). These offenses may lead to higher penalties in future enforcement actions and adverse future SafeStat rankings.**

(2) REQUEST FOR A HEARING: You may request a hearing on the record on any material issues of fact in dispute. If you choose this course of action, you must carefully follow the provisions within 49 CFR SECTION 386.14, including filing a written Reply within 15 days after service of this Notice of Claim.

(3) SUBMISSION OF EVIDENCE AND ARGUMENT WITHOUT HEARING: You may also contest the allegations in the Notice of Claim without a formal hearing. To do so, you must serve notice of your intention to proceed in this manner by filing a written Reply within 15 days after service of this Notice of Claim (49 CFR §§ 386.14(b)(2) and 386.14(c)). Service of the notice of intent must also be made upon the Chief Safety Officer (Assistant Administrator) and all representatives listed in the Service List that is attached to this Notice of Claim. If you choose this option, you and the FMCSA Field Administrator for this Service Center are required to serve all written evidence and written argument on each party listed on the Service List and on the Chief Safety Officer for the Federal Motor Carrier Safety Administration, Attn: Dockets, 400 7th Street, S.W., Room PL-401, Washington D.C. 20590, within 40 days of the service date of this Notice of Claim (include a copy of this Notice of Claim with your initial filing to the Docket). All evidence must be in the form described in 49 CFR § 386.49, Form of Written Evidence. The Chief Safety Officer for the Federal Motor Carrier Safety Administration will make a final decision based on the written evidence and written argument submitted by all of the parties.

(4) BINDING ARBITRATION AVAILIBILITY: You can select to have the civil penalty amount adjudicated through FMCSA's binding arbitration program. If you want an arbitrator to decide whether the amount of the civil penalty is justified and/or the length of time to pay the civil penalty, you should notify the FMCSA of your request in writing when you submit your Reply. The Chief Safety Officer will determine if your case is appropriate for binding arbitration. You will be notified in writing of the Chief Safety Officer's decision regarding your request. You can choose binding arbitration if the only issues that you dispute are the amount of the civil penalty and/or the length of time to pay. FMCSA's guidance on the use of binding arbitration is available through the following link: <http://www.fmcsa.dot.gov/>. You can also request a copy of the guidelines from the Service Center.

YOU MUST CERTIFY THAT YOUR REPLY HAS BEEN SERVED IN ACCORDANCE WITH THE REQUIREMENTS CONTAINED WITHIN 49 CFR §386.31.

THE SPECIFIC RIGHTS PROVIDED FOR IN 49 CFR § 386.14 WILL BE WAIVED IF YOU FAIL TO SUBMIT A WRITTEN REPLY WITHIN FIFTEEN (15) DAYS AFTER THE SERVICE OF THIS NOTICE OF CLAIM.

FAILURE TO REPLY TO THE NOTICE OF CLAIM IN THE EXACT MANNER SPECIFIED IN 49 CFR § 386.14 WILL BE TREATED AS IF NO REPLY HAS BEEN FILED. UNDER 49 CFR § 386.14(e), A FAILURE TO REPLY WILL CAUSE THIS NOTICE OF CLAIM TO BECOME THE

Kelly-000144

Case Number:  AL-2004-0181-AL0261

FINAL AGENCY ORDER IN THIS PROCEEDING TWENTY-FIVE (25) DAYS AFTER IT IS
SERVED.

A GENERAL DENIAL DOES NOT MEET THE REQUIREMENTS OF 49 CFR § 386.14(b).
UNLESS A CONCISE STATEMENT OF FACTS CONSTITUTING EACH DEFENSE IS
PROVIDED IN YOUR REPLY, A DEFAULT MAY BE ENTERED AGAINST YOU.

IF YOU DO NOT UNDERSTAND OR ARE CONFUSED ABOUT YOUR RIGHTS AND
OBLIGATIONS AS OUTLINED WITHIN THIS NOTICE OF CLAIM, YOU MAY WISH TO SEEK
LEGAL ADVICE.

Copies of the procedural regulations, applicable statutes and the Service List are enclosed.

Sincerely,

Judy C. Van Luchene
Division Administrator
Federal Motor Carrier Safety Administration

Enclosures

Kelly-000145

Case Number: AL-2004-0181-AL0261

# APPLICABLE STATUTES

Section 521(b)(2)(A) of 49 USC provides that any person who is determined to have committed an act that is a violation of regulations issued under subchapter III of chapter 311 (49 USC §§ 31131 et seq.)(except sections 31138 and 31139) or 49 USC §§ 31301 and 31306, or section 31502 of 49 USC, shall be liable for a civil penalty in an amount not to exceed $11,000 for each offense. No civil penalty shall be assessed under this section against an employee for a violation in an amount exceeding $2,750 (49 USC § 521(b)(2)(A) and 68 Fed. Reg. 15381 (March 31, 2003)).

# SERVICE LIST

This is to certify that on January 19, 2005, the undersigned sent, by the method indicated, the designated number of copies of the Notice of Claim to each of the parties listed below.

Each party listed below must receive the designated number of copies of each filing made in this proceeding in the future.

Guy Kelly, President
G F Kelly Inc
dba Kelly Trucking
PO Box 29
242 Main Street
Wadley, AL  36276

Original
Certified/ Return Receipt Requested

Judy C. Van Luchene, Division Administrator
U.S. Department of Transportation
Federal Motor Carrier Safety Administration
500 Eastern Blvd
Suite 200
Montgomery, Al. 36177

One Copy
Personal Delivery

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
FMCSA Docket Clerk
Southern Service Center
Atlanta Federal Center
61 Forsyth Street, SW  Suite 17T75
Atlanta, GA  30303-3104

One Copy
U.S. Mail or Electronic Mail

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
Deborah Stanziano, Trial Attorney
61 Forsyth Street, S.W.
Suite 17T26
Atlanta, GA 30303-3104

One Copy
U.S. Mail or Electronic Mail

## STATEMENT OF CHARGES

**Violation 1 --- 49 CFR 382.105 - Failing to ensure that alcohol or controlled substances testing complies with the procedures set forth in 49 CFR Part 40.**

<u>CHARGE #1:</u>

On or about 8/16/2004, Kelly Trucking used driver, ⬛⬛⬛⬛⬛, to operate a commercial motor vehicle in commerce from Mt Vernon, Ga. to Sedalia, NC.. At the time of this transportation driver ⬛⬛⬛⬛ had not been required to submit to a minimum of 6 follow up test by a substance abuse professional after having engaged in conduct prohibited by subpart B as required by subpart O.

Kelly-000148



ɪɪ 22

U.S. Department of
Transportation
**Federal Motor
Carrier Safety
Administration**

400 Seventh St., S.W.
Washington, D.C. 20590

October 10, 2003

In reply refer to:
Your USDOT No.: 445602
Review No.: 281991/CR

G F KELLY INC
KELLY TRUCKING
PO BOX 29
WADLEY AL 36276

Dear Motor Carrier:

The motor carrier safety rating for your company is:

SATISFACTORY

This SATISFACTORY rating is the result of a review and evaluation of your safety fitness
completed on October 2, 2003. A SATISFACTORY rating indicates that your company has adequate
safety management controls in place to meet the safety fitness standard prescribed in 49
C.F.R. 385.5.

Please assure yourself that any specific deficiencies identified in the review report have
been corrected. We appreciate your efforts toward promoting motor carrier safety throughout
your company. If you have questions or require further information, please contact your
local Federal Motor Carrier Safety Administration office listed below:

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
500 EASTERN BLVD, SUITE 200
MONTGOMERY, AL 36117-2018
Telephone No.: 334-223-7244

Charles A. Horan, III
Director, Office of Enforcement and
Compliance

Kelly-000149

#22

| US DOT #: | | LEGAL: | G F KELLY INC |
|---|---|---|---|
| 00445602 | | OPERATING (DBA): | KELLY TRUCKING |

| | | |
|---|---|---|
| **REVIEW TYPE:** | CR | **PHYSICAL ADDRESS:** 242 Main Street |
| | | **COUNTY:** 111    Wadley, AL, 36276 |
| **STATUS:** | Update | |
| **PLACE:** | Principal Office | **MAILING ADDRESS:** PO Box 29 |
| | | **COUNTY:** 111    Wadley, AL, 36276 |
| **CENSUS TYPE:** | Carrier | |
| | | **PHONE:** (256)395-4165    **TOLL FREE:** (800)821-0144    **FAX #:** (256)395-6085 |
| **BUSINESS:** | Corporation | **E-MAIL:** Franke@Kellytrucking.com |

| MC/MX #: 242609 | FEDERAL TAX ID #: 63-1060032 (EIN) |
|---|---|

| OPERATION TYPE | INTERSTATE | INTRASTATE | OIC: 01 | TERRITORY: |
|---|---|---|---|---|
| CARRIER OPERATION: | Non-HM | Non-HM | | |
| SHIPPER OPERATION: | N/A | N/A | | |

**CARRIER CLASSIFICATION:**    (A)
Authorized

**CARGO CLASSIFICATION:**    ( A)
General Freight

| EQUIPMENT: | TRUCK | TRUCK TRACTOR | TRAILER | HM TANK TRUCK | HM TANK TRAILER | MOTOR COACH | SCHOOL BUS | LIMO | PASS. VAN |
|---|---|---|---|---|---|---|---|---|---|
| OWNED | 0 | 142 | 560 | 0 | 0 | 0 | 0 | 0 | 0 |
| TERM LEASED | 0 | 79 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRIP LEASED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| DRIVERS: | INTER | INTRA | Avg. Trip Leased Drivers/Mo.: | 0 | Does carrier transport placardable quantities of HM? |
|---|---|---|---|---|---|
| <100 Miles: | 0 | 21 | Total Drivers: | 209 | |
| >= 100 Miles: | 188 | 0 | CDL Drivers: | 209 | No |

QUESTIONS regarding this report or the Federal Motor Carrier Safety or

Hazardous Materials rules may be addressed to the Office of Motor Carriers at:

Federal Highway Administration, 500 Eastern Boulevard, Suite 200

Monygomery, AL    36109      Phone: 334-223-7244

This report will be used to assess your safety compliance.

| PERSON(S) INTERVIEWED: | Frank Childers | Mark Childers |
|---|---|---|
| TITLE(S): | Safety/Personnel | Safety Director |

| REPORTED BY: | TITLE: | CODE: AL0702 | DATE: 10/02/2003 |
|---|---|---|---|
| RECEIVED BY: | | TITLE: | |

| MCS-151/CR CAPRI Version 4.4.6 | PART A | Printed   10/02/2003   1:36 PM |
|---|---|---|

Kelly-000150

| COMPLIANCE   KELLY TRUCKING (G F KELLY INC dba) | DATE:   10/02/2003 |
| REVIEW   USDOT:   00445602 | PAGE:   1 |

| PART B |
|---|

| 1 FEDERAL | PRIMARY: 382.305(b)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 2 | 23 | 2 | 23 |

**DESCRIPTION:**

Failing to conduct random alcohol testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

**EXAMPLE:**

Driver's Name:  Steven Culler
Trip Date:  12-30-2002

| 2 FEDERAL CRITICAL | PRIMARY: 382.305(b)(2) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 53 | 115 | 53 | 115 |

**DESCRIPTION:**

Failing to conduct random controlled substances testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

**EXAMPLE:**

Driver's Name:  Calvin Stone
Trip Date:  12-30-2002

| 3 FEDERAL | PRIMARY: 382.305(i)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 20 | 115 | 20 | 115 |

**DESCRIPTION:**

Failing to use a scientifically valid method to select drivers for random testing.

**EXAMPLE:**

Hire Date:  11-18-2002
Driver David Hester entered into random pool on hire date.  Driver selected  and tested for a random drug test when he came in to pick up his check on 12-27-2002

| 4 FEDERAL | PRIMARY: 382.503 SECONDARY: 382.605 | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 9 | 1 | 9 |

**DESCRIPTION:**

Allowing a driver to perform safety sensitive function, after engaging in conduct prohibited by subpart B, without being evaluated by a substance abuse professional, as required by 382.605.

| RECEIVED BY: | TITLE: |
|---|---|

| COMPLIANCE  KELLY TRUCKING (G F KELLY INC dba) | DATE: 10/02/2003 |
|---|---|
| REVIEW  USDOT:  00445602 | PAGE:  2 |

| PART B |
|---|

**EXAMPLE:**

*HAVE TO WAIT 2 YEARS*

Driver's Name:  Driver ID Number ████████
Date of Trip:  09-01-2003
Driver took pre-employment test on 03-24-2003 with positive results and wasn't hired.
Same driver took pre-employment test on 08-25-2003 with negative results.  Driver operated CMV on 09-01-2003 with no proof of being evaluated by a SAP since the positive test.

| 5 FEDERAL | PRIMARY: 391.21(a) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 3 | 32 | 3 | 32 |

**DESCRIPTION:**

Using a driver who has not completed and furnished an employment application.

**EXAMPLE:**

*BLOOD PRESSURE SAID*

Driver's Name:  Theophilis Moore
Trip Date:  08-13-2003
This violation consist if missing information on the employment application such as date of application or 10 year employment history.

| 6 FEDERAL | PRIMARY: 391.43(f) SECONDARY: 391.43(f) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 1 | 32 | 1 | 32 |

**DESCRIPTION:**

Blood Pressure (BP) If a driver has hypertension and/or is being medicated for hypertension, he or she should be recertified more frequently.  An individual diagnosed with mild hypertension (INITIAL BP is greater than 160/90 but below 181/105) should be certified for one 3-month period and should be recertified on an annual basis thereafter if his or her BP is reduced.  An individual diagnosed with moderate to severe hypertension (INITIAL BP is greater than 180/104) should not be certified until the BP has been reduced to the mild range (below 181/105).  At that time, a 3-month certification can be issued.  Once the driver has reduced his or her BP to below 161/91, he or she should be recertified every 6 months thereafter.

**EXAMPLE:**

Driver Ruby Lee Wright had an initial BP of 169/94 and should have been issued a medical certificate for one 3-month period.  Instead driver was issued medical certificate that was valid for 24 months.

| 7 FEDERAL | PRIMARY: 391.45(b)(1) SECONDARY: 391.11(a) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 1 | 32 | 1 | 32 |

**DESCRIPTION:**

Using a driver not medically examined and certified during the preceding 24 months.

| RECEIVED BY: | TITLE: |
|---|---|

Kelly-000152



| COMPLIANCE | KELLY TRUCKING (G F KELLY INC dba) | | DATE: | 10/02/2003 |
|---|---|---|---|---|
| REVIEW | USDOT: 00445602 | | PAGE: | 3 |

| PART B |
|---|

**EXAMPLE:**

Driver's Name: Jimmy Walters
Trip Date: 09-18-2003
Last examination date: 09-17-2001

| 8 FEDERAL | PRIMARY: 395.3(a)(1) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES | |
|---|---|---|---|---|---|---|
| | | | | | IN VIOL | CHKD |
| | | | 26 | 510 | 9 | 17 |

**DESCRIPTION:**

Requiring or permitting driver to drive more than 10 hours.

**EXAMPLE:**

Driver's Name: Jeffery Sisk
Trip Date: 06/03/2003

| 9 FEDERAL | PRIMARY: 395.3(a)(2) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES | |
|---|---|---|---|---|---|---|
| | | | | | IN VIOL | CHKD |
| | | | 10 | 510 | 5 | 17 |

**DESCRIPTION:**

Requiring or permitting driver to drive after having been on duty 15 hours.

**EXAMPLE:**

Driver's Name: Pedro Garcia
Trop Date: 06/23/2003-06/24/2003 Pedro Garcia drove 3.25 hrs after being on duty 15 hrs.

| 10 FEDERAL | PRIMARY: 395.3(b)(2) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES | |
|---|---|---|---|---|---|---|
| | | | | | IN VIOL | CHKD |
| | | | 19 | 376 | 4 | 17 |

**DESCRIPTION:**

Requiring or permitting driver to drive after having been on duty more than 70 hours in 8 consecutive days.

**EXAMPLE:**

Driver's Name: Jackie Shackleford
8 Day Period: 07/08/2003-07/15/2003 Jackie Shackleford drove 9.5 hrs after being on duty 70 hrs.

| RECEIVED BY: | | TITLE: | |
|---|---|---|---|
| MCS-151/CR CAPRI Version 4.4.6 | PART B . | Printed: | 10/02/2003    1:34 PM |

Kelly-000153

| COMPLIANCE   KELLY TRUCKING (G F KELLY INC dba) | | DATE:   10/02/2003 |
|---|---|---|
| REVIEW   USDOT:   00445602 | | PAGE:   4 |

| PART B | | | | | | | |
|---|---|---|---|---|---|---|---|

| 11 FEDERAL | PRIMARY: 395.8(e) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 2 | 510 | 2 | 17 |

DESCRIPTION:

False reports of records of duty status.

CRITICAL

EXAMPLE:

Driver's Name:Kevin Town
Trip Date: 09/18/2003
This violation consist of logs that are false by 1 hr or more or 50 miles or more.

| 12 FEDERAL | PRIMARY: 395.8(e) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 19 | 510 | 6 | 17 |

DESCRIPTION:

False reports of records of duty status.

EXAMPLE:

Driver's Name:  Levar Jennings
Trip Date: 06/14/2003
This violation consist of logs that are false by less than 1 hr or less than 50 miles.

| 13 FEDERAL | PRIMARY: 395.8(f) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 26 | 510 | 3 | 17 |

DESCRIPTION:

Failing to require driver to prepare record of duty status in form and manner prescribed.

EXAMPLE:

Driver's Name:  Kevin Town
Trip Date: 09/08/2003
This violation consist of required information such as bill of lading information, total miles and change of duty status location not being listed on RODS.

| 14 FEDERAL | PRIMARY: 395.8(i) | | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|---|
| | | | 15 | 510 | 6 | 17 |

DESCRIPTION:

Failing to require driver to forward within 13 days of completion, the original of the record of duty status.

| RECEIVED BY: | TITLE: |
|---|---|

| MCS-151/CR  CAPRI Version 4.4.6 | PART B | Printed:   10/02/2003   1:34 PM |
|---|---|---|

| COMPLIANCE   KELLY TRUCKING (G F KELLY INC dba) | | | DATE: 10/02/2003 |
|---|---|---|---|
| REVIEW   USDOT: 00445602 | | | PAGE: 5 |

| PART B |
|---|

**EXAMPLE:**
Driver's Name: Nathan Widener
Trip Date: 02/22/2003

| SAFETY FITNESS RATING INFORMATION: | | OOS Vehicles (CR) : | 0 |
|---|---|---|---|
| Total Miles Operated: | 18,664,860 | # of Vehicles Inspected (CR) : | 0 |
| Recordable Crashes | 13 | OOS Vehicles (MCMIS) : | 3 |
| Recordable Crashes / Million Miles: | 0.696 | # of Vehicles Inspected (MCMIS) : | 32 |

| | RATING FACTORS | | # OF POINTS | |
|---|---|---|---|---|
| Your proposed safety rating is | | | ACUTE | CRITICAL |
| | Factor 1: | S | 0 | 0 |
| SATISFACTORY | Factor 2: | C | 0 | 1 |
| | Factor 3: | S | 0 | 0 |
| | Factor 4: | S | 0 | 0 |
| | Factor 5: | N | 0 | 0 |
| | Factor 6: | S | - | - |

This compliance review has been conducted to determine overall compliance with the Federal Motor Carrier Safety Regulations (FMCSR) and the Federal Hazardous Material Regulations (HMR).

The results of this review indicate that your operations do have adequate safety management controls in place to ensure compliance with the Federal safety fitness standards outlined within 49 CFR 385.5 and 385.7.

Please review Part B to this report and assure that you take sufficient corrective action for any violations (deficiencies) identified. Corrective action must be taken for any violation listed in Part B to this report.

| RECEIVED BY: | TITLE: |
|---|---|

| MCS-151/CR CAPRI Version 4.4.6 | PART B | Printed: 10/02/2003   1:34 PM |
|---|---|---|



| KELLY TRUCKING (G F KELLY INC dba) | Date: 10/02/2003 |
|---|---|
| USDOT: 00445602    State #: | Page No: 1 |

**Safety Fitness Rating Report**

This report lists the facts which were used to determine the Safety Fitness Rating for the above motor carrier. Federal and State violations are combined for rating purposes. However, only the federal or federal equivalent section number is shown below. A check mark identifies the range within which the data fell when determining the Safety Fitness Rating. All information within a FACTOR block relates only to that FACTOR.

---

**FACTOR 1**              General   (CFR Parts 387, 390)        √ 0  Point = Satisfactory
                                                                      1  Point = Conditional
VIOLATIONS AFFECTING RATING        POINTS                            >1 Point = Unsatisfactory
     NONE
                    TOTAL POINTS:  0   =  SATISFACTORY

---

**FACTOR 2**              Driver Qualification   (CFR Parts 382, 383, 391)     0  Point = Satisfactory
                                                                          √ 1  Point = Conditional
VIOLATIONS AFFECTING RATING        POINTS                                  >1 Point = Unsatisfactory
     F    382.305(b)(2)            1  (C)
                    TOTAL POINTS:  1   =  CONDITIONAL

---

**FACTOR 3**              Operational/Driving   (CFR Parts 392, 395)     √ 0  Point = Satisfactory
                                                                            1  Point = Conditional
VIOLATIONS AFFECTING RATING        POINTS                                  >1 Point = Unsatisfactory
     NONE
                    TOTAL POINTS:  0   =  SATISFACTORY

---

**FACTOR 4**              Vehicle/Maintenance   (CFR Parts 393, 396, Performance Data (OOS%))

VIOLATIONS AFFECTING RATING        POINTS       Out-of-Service (OOS) Percentage: 9.4
     NONE
                    TOTAL POINTS:  0   & 9.4% OOS =       SATISFACTORY   (see chart)

| Fewer than 3 Inspections | 3 or more Inspections | |
|---|---|---|
| Rate same as other Regulatory Factors 1, 2, and 3 | OOS Less than 34% | OOS 34% or Higher |
| | √  Satisfactory | Conditional |
| 0  Point  = Satisfactory<br>1  Point  = Conditional<br>>1 Point  = Unsatisfactory | Conditional<br><br>If a pattern of Non-Compliance with a Critical or an Acute Violation | Unsatisfactory<br><br>If a pattern of Non-Compliance with a Critical or an Acute Violation |

---

**FACTOR 5**              Hazardous Material   (CFR Parts 397, 171, 177, 180)

     Not Applicable - Not a carrier of Hazardous Material

---

**FACTOR 6**              Crash (Recordable Crash Rate)

          ( ( Recordable Crashes )  X  (1 million) )  ÷  (Total Miles)  =  Rate

          (13  X  1,000,000) ÷ 18,664,860 = 0.696 = SATISFACTORY

                    CRASH RATE        FACTOR RATING
                 √    0.000 - 1.500   =    Satisfactory
                      >1.500          =    Unsatisfactory

---

RECEIVED BY :                                         TITLE :

CAPRI Version 4.4.6                                   Printed   10/02/2003 1:37 PM

| KELLY TRUCKING (G F KELLY INC dba) | Date: 10/02/2003 |
|---|---|
| USDOT: 00445602    State #: | Page No: 2 |
| Safety Fitness Rating Report | |

**OVERALL SAFETY FITNESS RATING:**
Number of Factors (1-6) shown above as less than satisfactory

| Unsatisfactory | Conditional | | |
|---|---|---|---|
| 0 | 1 | = | **SATISFACTORY** |

**FORMULA TO CALCULATE THE OVERALL SAFETY FITNESS RATING**
Number of Factors

| | Unsatisfactory | Conditional | OVERALL RATING |
|---|---|---|---|
| √ | 0 | 2 or fewer | Satisfactory |
| | 0 | 3 or more | Conditional |
| | 1 | 2 or fewer | Conditional |
| | 1 | 3 or more | Unsatisfactory |
| | 2 | 0 or more | Unsatisfactory |

RECEIVED BY :                                          TITLE :

Kelly-000157



| COMPLIANCE KELLY TRUCKING (G F KELLY INC dba) | DATE: 10/02/2003 |
|---|---|
| REVIEW     USDOT: 00445602 | PAGE: 1 |

**Requirements and/or Recommendations**

1    If you have any questions concerning this report, please contact the Federal Motor Carrier Safety Administration, 500 Eastern Blvd, Suite 200, Montgomery, Al 36117-2018     Phone  334-223-7244

2    A "Carrier Profile" is available (from a contractor hired by the US D.O.T.) which lists information on Driver/Vehicle Inspections which have been performed on your drivers/vehicles, and which were uploaded into the mainframe D.O.T. computer in Washington.  A copy is available for $27.50 by writing to "OMC - Data Dissemination Program, P.O. Box 3248, Merrifield, VA  22116.  Phone: (800) 832-5660.

3    This review will result in a Safety Rating.

4    Ensure that original records of duty status are attached to corrected copies of records of duty status as per CFR 49 395.8  interpretations question # 8.

5    Ensure all drivers are fully and properly qualified before operating in interstate commerce.  Maintain a complete file for each driver documenting the qualification process.

6    "NOTICE:  Recurring violations of the same or related acute or critical regulations  (violations of the same Part in Title 49 of the Code of Federal Regulations ) that result in three enforcement actions within a six-year period will cause the maximum penalties allowed by law to be assessed for the third enforcement."

7    This report contains violations that are serious in nature and are likely to result in fines and or penalities against the carrier and or drivers.

8    Do not allow drivers to drive interstate unless they have been physically re-examined each 24 months.

9    Ensure all drivers subject to pre-employment, random, reasonable cause, post accident, return to duty, and/or follow-up controlled substance testing are tested as required by Part 382 of the FMCSR.

10    If you want some of your drivers to use the 100 air-mile radius exemption, make sure that the drivers meet all terms of the exemption, including being released from duty no more than 12 hours from when they report for duty. Logs must be prepared if a driver does not meet the 12 hour requirement.

11    Notice:  On April 28, 2003, the FMCSA published a final rule revising the hours-of-service regulations for commercial motor vehicle drivers.  Under the new rule, drivers may drive 11 hours after 10 consecutive hours off-duty, but may not drive beyond the 14th hour after coming on-duty.  Similar to existing rules, drivers may not drive after being on duty for 60 hours in a seven-censecutive-day period or 70 hours in a 8 day- consecutive -period. This on-duty cycle may be restarted whenever a driver takes at least 34 consecutive hours off-duty.  Short-haul truck drivers, who routinely return to their place of dispatch after each duty tour and then are released from duty, may have an increased on-duty period of 16 hours once during any given seven consecutive day period.

Carriers and commercial motor vehicle drivers are required to comply with the current hours-of-service rules through January 3, 2004.  Compliance with the "new" regulations is mandatory for all carriers, except passenger-carrying operations, beginning on January 4, 2004.  Passenger-carrying motor carriers and drivers are not subject

| RECEIVED BY: | TITLE: |
|---|---|

Kelly-000158



| COMPLIANCE KELLY TRUCKING (G F KELLY INC dba) | DATE: | 10/02/2003 |
|---|---|---|
| REVIEW    USDOT: 00445602 | PAGE: | 2 |

Requirements and/or Recommendations

to the new maximum driving limits. For more information on these regulations, please access the FMCSA website at www.fmcsa.dot.gov.

12   Establish a system to control drivers' hours of service.   Do not dispatch drivers who don't have adequate hours available to complete assigned trips legally.   Do not allow drivers to exceed the 10, 15 and 60/70 hour limits.

13   Review the circumstances under which a CDL is required.   CDL and drug testing rules apply to both interstate commerce and intrastate commerce.

| RECEIVED BY: | TITLE: |
|---|---|

#22



U.S. Department
of Transportation

Federal Motor Carrier
Safety Administration

Southern Service Center

Atlanta Federal Center
61 Forsyth Street, SW  Suite 17T75
Atlanta, GA  30303-3104

Phone: (404) 562-3600
Fax:    (404) 562-3704

**Certified/ Return Receipt Requested**

October 14, 2003

Guy F Kelly, President
G F Kelly, Inc.
dba Kelly Trucking
PO Box 29
Wadley, AL  36276

## NOTICE OF CLAIM[1] -- Violations of 49 CFR § 382.305(b)(1); 382.305(b)(2).

**CIVIL PENALTY:** $13,240

**Case Number: AL-2003-0123-AL0702**

Dear Mr. Kelly:

A safety compliance review was conducted at your offices in Wadley, AL on October 2, 2003. The
purpose of this review was to determine your compliance with the Federal Motor Carrier Safety
Regulations (FMCSR), the Federal Hazardous Materials Regulations (HMR), and the Federal Motor
Carrier Commercial Regulations (FMCCR).

As a result of this review, violations were discovered. This letter constitutes a Notice of Claim by the
United States Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA)
against Kelly Trucking for the amount of $13,240.

Unless settled or otherwise resolved in a manner set forth below, the FMCSA can recover these
penalties, with interest and costs, in a civil action brought in a United States District Court. Additional
collection efforts may include, but are not limited to: Internal Revenue Service offsets against tax
refunds, and the referral to and the use of collection agencies to collect penalties. **Also, under 49 CFR
§§ 386.83 and 386.84, once a final order has been issued, the FMCSA may prohibit Kelly
Trucking from operating in interstate commerce until the civil penalty is paid in full and, if
applicable, your FMCSA registration will be suspended.**

---

1)    A Notice of Claim is the official charging document used by the Federal Motor Carrier Safety Administration to initiate a civil action for
violations of Federal Laws.

Kelly-000160

Case Number: AL-2003-0123-AL0702

# SUMMARY OF VIOLATIONS

Your company is charged with:

1.  One (1) violation of 49 CFR § 382.305(b)(1)- Failing to conduct random alcohol testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

2.  Five (5) violations of 49 CFR § 382.305(b)(2)- Failing to conduct random controlled substances testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

A copy of the documentary evidence collected during the investigation is available from this office. Upon request, the FMCSA will forward a copy of this evidence within a reasonable period of time. For additional details see the attached "Statement of Charges."

# NOTICE OF ABATEMENT

This letter also constitutes a Notice of Abatement of all violations. In order to ensure that these violations cease, your company must take the following actions:

1.  Ensure the number of random controlled substances tests conducted annually equals or exceeds 50 percent of the average number of driver positions and the number of random alcohol tests conducted annually equals or exceeds 10 percent of the average number of driver positions, in accordance with 49 CFR Part 382.

2.  Ensure the number of random controlled substances tests conducted annually equals or exceeds 50 percent of the average number of driver positions and the number of random alcohol tests conducted annually equals or exceeds 10 percent of the average number of driver positions, in accordance with 49 CFR Part 382.

Failure to abate the cited violations could cause penalties to be increased in future enforcement actions. Under Section 222 of the Motor Carrier Safety Improvement Act of 1999, recurring violations of the same or related acute or critical regulations (violations of the same Part in Title 49 of the Code of Federal Regulations) that result in three or more enforcement actions within a six-year period will cause the maximum penalties allowed by law to be assessed for the third and subsequent enforcement actions. Any violations with a checkmark in the "§ 222 Applied" column in the penalty table below are subject to this "Section 222" provision and the maximum penalties have been assessed. See 49 USC § 521 note, 49 USC § 521(b), 49 USC § 5123, 49 USC Chapter 149, and 49 CFR Part 386, Appendix A.

# PENALTY

In accordance with 49 USC §§ 521(b)(2)(D) and 5123(c), the FMCSA must, before assessing a civil penalty, take into consideration the nature, circumstances, extent, and gravity of the violation committed and with respect to the violator, the degree of culpability, history of prior offenses, ability to pay, effect on ability to continue to do business, and such other matters as justice and public safety may require. The civil penalty assessment shall be calculated to induce compliance. These factors will not

Kelly-000161

Case Number: AL-2003-0123-AL0702

be considered, however, for violations subject to the Section 222 provision described above.

The FMCSA also is not required by statute to consider these factors in assessing penalties for violations of the commercial regulations. However, in accordance with 49 U.S.C. § 14901(c), the FMCSA must, before assessing a civil penalty concerning the transportation of household goods, take into consideration the degree of culpability, any prior history of such conduct, the degree of harm to shippers, ability to pay, the effect on ability to do business, whether the shipper has been adequately compensated before institution of the civil penalty proceeding, and such other matters as fairness may require.

A listing of the statutes governing maximum and minimum penalties for violations of specific regulations is enclosed.

Given the statutorily mandated items listed above, the FMCSA has assessed a civil penalty as follows:

| VIOLATION | TYPE OF VIOLATION[a] | NUMBER OF COUNTS | ASSESSMENT PER COUNT | §222 APPLIED | TOTAL |
|-----------|-----------|-----------|-----------|-----------|-----------|
| 382.305(b)(1) | NR | 1 | $2,140.00 | | $2,140.00 |
| 382.305(b)(2) | NR | 5 | $2,220.00 | | $11,100.00 |

**Accordingly, the total amount assessed by the Federal Government as the result of these violations is $13,240.**

## HOW TO REPLY TO THE NOTICE OF CLAIM

Under 49 CFR Part 386, "Rules of Practice for Motor Carrier, Broker, Freight Forwarder, and Hazardous Materials Proceedings," you have specific rights with respect to this Notice of Claim. You are advised to carefully read Part 386 and follow the course of action appropriate for you in this case. A copy of Part 386 is attached to this Notice of Claim for your information. You may wish to seek legal counsel for answers to any questions in reference to this Notice of Claim or procedures under Part 386. DO NOT call the Federal Motor Carrier Safety Administration Service Center or the Chief Counsel's office for advice or assistance in your defense. You may pursue the following courses of action:

(1) PAYMENT OF PENALTY: Within 25 days of service of this Notice of Claim: (a) Pay the assessed penalty in full, or (b) Establish a monthly payment plan by contacting an Enforcement Specialist (NOTE: A payment plan may be available for respondents who demonstrate financial difficulty), or (c) Contact an Enforcement Specialist outlining in writing compelling reasons why the assessed penalty should be reduced and discuss potential settlement. You may be required to submit a current, certified balance sheet or other evidence of assets and liabilities. An Enforcement Specialist can be reached at 404-562-3600.

All payments must be by cashier or certified check, or money order made payable to the Federal Motor Carrier Safety Administration and mailed to: United States Department of Transportation, Federal Motor Carrier Safety Administration, FMCSA, 61 Forsyth Street, Suite 17T73, Atlanta, GA

---

2)    CDL=Commercial Driver's License; FR=Financial Responsibility; HM=Hazardous Materials (the total penalties assessed is per citation, not per number of counts); NO=Notice and Orders; NR=Nonrecordkeeping; R=Recordkeeping; COM=Commerical Regulations.

Kelly-000162

Case Number: AL-2003-0123-AL0702

30303-3104. Personal or company checks will not be accepted and will be returned. Alternatively, you may pay electronically through our Do-It-Yourself website at http://diy.dot.gov by selecting "Federal Motor Carrier Safety Administration," then "FMCSA Fine Payments."

(2) REQUEST FOR A HEARING: You may request a hearing on the record on any material issues of fact in dispute. If you choose this course of action, you must carefully follow the provisions within 49 CFR SECTION 386.14, including filing a written Reply within 15 days after service of this Notice of Claim.

(3) SUBMISSION OF EVIDENCE AND ARGUMENT WITHOUT HEARING: You may also contest the allegations in the Notice of Claim without a formal hearing. To do so, you must serve notice of your intention to proceed in this manner by filing a written Reply within 15 days after service of this Notice of Claim (49 CFR §§ 386.14(b)(2) and 386.14(c)). Service of the notice of intent must also be made upon the Chief Safety Officer (Assistant Administrator) and all representatives listed in the Service List that is attached to this Notice of Claim. If you choose this option, you and the FMCSA Field Administrator for this Service Center are required to serve all written evidence and written argument on each party listed on the Service List and on the Chief Safety Officer for the Federal Motor Carrier Safety Administration, Attn: Dockets, 400 7th Street, S.W., Room PL-401, Washington D.C. 20590, within 40 days of the service date of this Notice of Claim (include a copy of this Notice of Claim with your initial filing to the Docket). All evidence must be in the form described in 49 CFR § 386.49, Form of Written Evidence. The Chief Safety Officer for the Federal Motor Carrier Safety Administration will make a final decision based on the written evidence and written argument submitted by all of the parties.

YOU MUST CERTIFY THAT YOUR REPLY HAS BEEN SERVED IN ACCORDANCE WITH THE REQUIRMENTS CONTAINED WITHIN 49 CFR §386.31.

THE SPECIFIC RIGHTS PROVIDED FOR IN 49 CFR § 386.14 WILL BE WAIVED IF YOU FAIL TO SUBMIT A WRITTEN REPLY WITHIN FIFTEEN (15) DAYS AFTER THE SERVICE OF THIS NOTICE OF CLAIM.

FAILURE TO REPLY TO THE NOTICE OF CLAIM IN THE EXACT MANNER SPECIFIED IN 49 CFR § 386.14 WILL BE TREATED AS IF NO REPLY HAS BEEN FILED. UNDER 49 CFR § 386.14(e), A FAILURE TO REPLY WILL CAUSE THIS NOTICE OF CLAIM TO BECOME THE FINAL AGENCY ORDER IN THIS PROCEEDING TWENTY-FIVE (25) DAYS AFTER IT IS SERVED.

A GENERAL DENIAL DOES NOT MEET THE REQUIREMENTS OF 49 CFR § 386.14(b). UNLESS A CONCISE STATEMENT OF FACTS CONSTITUTING EACH DEFENSE IS PROVIDED IN YOUR REPLY, A DEFAULT MAY BE ENTERED AGAINST YOU.

IF YOU DO NOT UNDERSTAND OR ARE CONFUSED ABOUT YOUR RIGHTS AND OBLIGATIONS AS OUTLINED WITHIN THIS NOTICE OF CLAIM, YOU MAY WISH TO SEEK LEGAL ADVICE.

Kelly-000163

Case Number: AL-2003-0123-AL0702

Copies of the procedural regulations, applicable statutes and the Service List are enclosed.

Sincerely,

Judy Van Luchene
Division Administrator
Federal Motor Carrier Safety Administration

Enclosures

Kelly-000164

Case Number:  AL-2003-0123-AL0702

# APPLICABLE STATUTES

Section 521(b)(2)(A) of 49 USC provides that any person who is determined to have committed an act that is a violation of regulations issued under subchapter III of chapter 311 (49 USC §§ 31131 et seq.)(except sections 31138 and 31139) or 49 USC §§ 31301 and 31306, or section 31502 of 49 USC, shall be liable for a civil penalty in an amount not to exceed $11,000 for each offense.  No civil penalty shall be assessed under this section against an employee for a violation in an amount exceeding $2,750 (49 USC § 521(b)(2)(A) and 68 Fed. Reg. 15381 (March 31, 2003)).

# STATEMENT OF CHARGES

## Violation 1 --- 49 CFR 382.305(b)(1) - Failing to conduct random alcohol testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

### CHARGE #1:

In calendar year 2002, Kelly Trucking operated commercial motor vehicles in commerce and had an average of 230 driver positions. The carrier was required to randomly test for alcohol 23 drivers. The carrier tested 21 driver(s).

The carrier operated Commercial Vehicles in commerce all year.

## Violation 2 --- 49 CFR 382.305(b)(2) - Failing to conduct random controlled substances testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

### CHARGE #1:

In calendar year 2002, Kelly Trucking operated commercial motor vehicles in commerce and had an average of 230 driver positions. The carrier was required to randomly test for controlled substances 115 drivers. The carrier tested 62 driver(s).

The carrier operates Commercial Vehicles in commerce.

### CHARGE #2:

In calendar year 2002, Kelly Trucking operated commercial motor vehicles in commerce and had an average of 230 driver positions. The carrier was required to randomly test for controlled substances 115 drivers. The carrier tested 62 driver(s).

The carrier operates commercial vehicles in commerce.

### CHARGE #3:

In calendar year 2002, Kelly Trucking operated commercial motor vehicles in commerce and had an average of 230 driver positions. The carrier was required to randomly test for controlled substances 115 drivers. The carrier tested 62 driver(s).

The carrier operated Commercial Vehicles in commerce.

### CHARGE #4:

In calendar year 2002, Kelly Trucking operated commercial motor vehicles in commerce and had an average of 230 driver positions. The carrier was required to randomly test for controlled substances 115 drivers. The carrier tested 62 driver(s).

The carrier operates commercial vehicles in commerce.

# STATEMENT OF CHARGES

## CHARGE #5:

In calendar year 2002, Kelly Trucking operated commercial motor vehicles in commerce and had an average of 230 driver positions. The carrier was required to randomly test for controlled substances 115 drivers. The carrier tested 62 driver(s).

The carrier operates commercial vehicles in commerce.

# SERVICE LIST

This is to certify that on October 14, 2003, the undersigned sent, by the method indicated, the designated number of copies of the Notice of Claim to each of the parties listed below.

Each party listed below must receive the designated number of copies of each filing made in this proceeding in the future.

Guy F Kelly, President
G F Kelly, Inc.
dba Kelly Trucking
PO Box 29
Wadley, AL 36276

Original
Certified/ Return Receipt Requested

Judy C. Van Luchene, Division Administrator
U.S. Department of Transportation
Federal Motor Carrier Safety Administration
500 Eastern Blvd
Suite 200
Montgomery, AL 36117

One Copy
Personal Delivery

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
FMCSA Docket Clerk
Southern Service Center
Atlanta Federal Center
61 Forsyth Street, SW  Suite 17T75
Atlanta, GA 30303-3104

One Copy
U.S. Mail or Electronic Mail

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
Deborah Stanziano, Trial Attorney
61 Forsyth St SW
Suite 17T 26
Atlanta, GA 30303-3104

One Copy
U.S. Mail or Electronic Mail

*Kaye C. Dyer*

Kelly-000168

#22

## Federal Motor Carrier Safety Administration



| US DOT #: 00445602 | Legal: | G F KELLY INC |
|---|---|---|
| | Operating (DBA): | KELLY TRUCKING |

| Review Type: | CR | Physical Address: | 242 MAIN ST<br>WADLEY, AL, 36276 |
|---|---|---|---|
| Status: | Update | | |
| Place: | Principal Office | Mailing Address: | PO BOX 29<br>WADLEY, AL, 36276 |
| Census Type: | | | |
| Business: | Corporation | Phone: 256-395-4165     Phone 2:  800-821-0144     Fax #: 256-395-4895<br>E-Mail: mark@kellytrucking.com | |

| MC/MX #:  242609 | Federal Tax ID #   63-1060032 (EIN) |
|---|---|

| Operation Type | Interstate | Intrastate | Territory: |
|---|---|---|---|
| Carrier Operation: | Non-HM | N/A | |
| Shipper Operation: | N/A | N/A | |
| CT Operation: | N/A | N/A | |

**Carrier Classification**
Authorized for Hire

**Cargo Classification**
General Freight

| Drivers | INTER | INTRA | Avg. Trip Leased Drivers/Mo.: | 0 | Does carrier transport placardable quantities of HM? |
|---|---|---|---|---|---|
| <100 Miles: | | 23 | Total Drivers: | 189 | |
| >= 100 Miles: | 164 | 2 | CDL Drivers: | 176 | No |

**Equipment**
Truck Tractor: 119 Owned, 58 Term Leased
Trailer: 511 Owned

QUESTIONS regarding this report or the Federal Motor Carrier Safety or Hazardous Materials regulations may be addressed to the Federal Motor Carrier Safety Administration at:

500 Eastern Blvd. Suite 200
Montgomery, Al. 36117-2018
Phone: (334) 223-7244  Fax: (334)223-7700

**This report will be used to assess your safety compliance.**

| Person(s) Interviewed: Frank Childers | Mark Childers |
|---|---|
| Title(s):   V. P. Safety & Personnel | Safety Director |

REPORTED BY: _[signature]_     TITLE: _State Trooper_     CODE: AL0261    DATE: 12/16/2004

RECEIVED BY: _____     TITLE: _____

| CAPRI: 6.1.2 | PART A | Printed   12/16/2004 11:20:42 AM |
|---|---|---|

Kelly-000169



| KELLY TRUCKING (G F KELLY INC dba) | Review Date: |
|---|---|
| U.S. DOT #: 00445602 | 12/16/2004 |

## Part B Violations

| 1 FEDERAL | Primary: 382.105 | Discovered 1 | Checked 1 | Drivers/Vehicles In Violation 1 | Checked 1 |
|---|---|---|---|---|---|

**Description**
Failing to ensure that alcohol or controlled substances testing complies with the procedures set forth in 49 CFR Part 40.
**Example**
CEDRIC GRAYER - 08/16/04 - FAILED TO REQUIRE DRIVER TO PERFORM A MINIMUM OF 6 FOLLOW-UP TEST.

| 2 FEDERAL | Primary: 382.305(k)(2) | Discovered 16 | Checked 26 | Drivers/Vehicles In Violation 16 | Checked 26 |
|---|---|---|---|---|---|

**Description**
Failing to ensure that random testing dates are reasonably spread throughout the calendar year.
**Example**
GEORGE WRIGHT - 12/31/03 - 26 RANDOM ALCOHOL TEST WERE PERFORMED. 2 OF THE TEST WERE PERFORMED IN THE FIRST QUARTER AND 24 WERE PERFORMED IN THE LAST QUARTER.

| 3 FEDERAL | Primary: 382.403(a) | Discovered | Checked | Drivers/Vehicles In Violation 1 | Checked 1 |
|---|---|---|---|---|---|

**Description**
Failing to prepare an annual calendar year summary.
**Example**
12/31/03 - NO ANNUAL SUMMARY PREPARED

| 4 FEDERAL | Primary: 391.45(b)(1) Secondary: 391.11(a) | Discovered 1 | Checked 1 | Drivers/Vehicles In Violation 1 | Checked 1 |
|---|---|---|---|---|---|

**Description**
Using a driver not medically examined and certified during the preceding 24 months.
**Example**
STEVEN CURTIS - 10/07/04 - 12/10/01

| 5 FEDERAL | Primary: 391.51(b) Secondary: 391.51(a) | Discovered 1 | Checked 32 | Drivers/Vehicles In Violation 1 | Checked 32 |
|---|---|---|---|---|---|

**Description**
Failing to maintain driver qualification file in accordance with 391.51(b).
**Example**
JIMMY BIRDSONG - 08/06/04 - DATE MISSING ON THE DRIVER QUALIFICATION FILE.

| 6 FEDERAL | Primary: 395.3(a)(1) | Discovered 12 | Checked 519 | Drivers/Vehicles In Violation 7 | Checked 17 |
|---|---|---|---|---|---|

**Description**
Requiring or permitting a property-carrying commercial motor vehicle driver to drive more than 11 hours
**Example**
11/23/04 - KEVIN CRUCHFIELD DRIVE 15.50 HOURS WITHOUT 10 CONSECUTIVE HOURS OFF

| Received by | Title | Date |
|---|---|---|



| KELLY TRUCKING (G F KELLY INC dba)<br><br>U.S. DOT #: 00445602 | Review Date:<br>12/16/2004 |
| --- | --- |

## Part B Violations

| 7<br>FEDERAL | Primary: 395.3(a)(2) | Discovered<br>14 | Checked<br>519 | Drivers/Vehicles<br>In Violation  Checked<br>7            17 |
| --- | --- | --- | --- | --- |

**Description**
Requiring or permitting a property-carrying commercial motor vehicle driver to drive after the end of the 14th hour after coming on duty.
**Example**
09/09-10/04 - KENNETH GORE DROVE 7 HOURS AFTER BEING ON DUTY 14 HOURS.

| 8<br>FEDERAL | Primary: 395.3(b)(2) | Discovered<br>17 | Checked<br>400 | Drivers/Vehicles<br>In Violation  Checked<br>3            17 |
| --- | --- | --- | --- | --- |

**Description**
Requiring or permitting a property-carrying commercial motor vehicle driver to drive after having been on duty more than 70 hours in 8 consecutive days.
**Example**
8/8-15/04 - JIMMY BIRDSONG DROVE 3.25 HOURS OVER 70 IN A EIGHT DAY PERIOD

| 9<br>FEDERAL | Primary: 395.8(a) | Discovered<br>15 | Checked<br>519 | Drivers/Vehicles<br>In Violation  Checked<br>4            17 |
| --- | --- | --- | --- | --- |

**Description**
Failing to require driver to make a record of duty status.
**Example**
8/22/04 - EDDIE LAWRENCE

| 10<br>FEDERAL | Primary: 395.8(e) | Discovered<br>2 | Checked<br>519 | Drivers/Vehicles<br>In Violation  Checked<br>2            17 |
| --- | --- | --- | --- | --- |

**Description**
False reports of records of duty status.
**Example**
11/18/04 - KEVIN CRUCHFIELD WAS FUELING IN JACKSON, GA. HIS LOG SHOWED HIM IN MACON, GA.
JACKSON, GA IS APPROXIMATELY 39 MILES FROM MACON, GA.

| 11<br>FEDERAL | Primary: 395.8(b) | Discovered<br>126 | Checked<br>519 | Drivers/Vehicles<br>In Violation  Checked<br>11            17 |
| --- | --- | --- | --- | --- |

**Description**
General Log Book Form and Manner
**Example**
10/24/04 - JOHNNY COX FAILED TO HAVE HIS TOTAL HOURS, COMMODITY INFORMATION AND REMARKS

| Safety Fitness Rating Information:<br>    Total Miles Operated          19,157,000<br>    Recordable Accidents          18<br>    Recordable Accidens/Million Miles  0.940 | OOS Vehicle (CR): 0<br>Number of Vehicle Inspected (CR): 0<br>OOS Vehicle (MCMIS): 7<br>Number of Vehicles Inspected (MCMIS): 20 |
| --- | --- |

| Received by | Title | Date |
| --- | --- | --- |

Kelly-000171



| KELLY TRUCKING (G F KELLY INC dba) | Review Date: |
|---|---|
| U.S. DOT #: 00445602 | 12/16/2004 |

**Part B Violations**

Your proposed safety rating is :

# SATISFACTORY

| Rating Factors | | Acute | Critical |
|---|---|---|---|
| Factor 1: | S | 0 | 0 |
| Factor 2: | S | 0 | 0 |
| Factor 3: | S | 0 | 0 |
| Factor 4: | C | 0 | 0 |
| Factor 5: | N | 0 | 0 |
| Factor 6: | S | - | - |

Corrective actions must be taken for any violations (deficiencies) identified on Part B of this report.