# DEFENDANT'S EXHIBIT "65"

08-09-'05 14:29 FROM-Safety Department 256-395-4895 T-661 P01/18 U-001

# Here Comes a Fax

# Kelly Trucking Inc.

242 Main Street, Box 29
Wadley, AL 36276
Phone: 1-800-821-0144
Fax: 256-395-4895

DEFENDANT'S
EXHIBIT

65

**DATE:** 8-9-05

**TO:** Mary 423-510-3792

**FROM: FRANK CHILDERS**

**RE:** DRIVER LIST

**NO. OF PAGES (Including cover sheet)** 18
**PLEASE ADVISE IF ALL PAGES DO NOT GO THROUGH CLEARLY.**

G.F. Kelley v. U.S. Xpress
**D 001121**
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:34 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| ADAMV Own/Op Active | VICTORY JACK ADAMS | | 09/02/05 04/21/03 |
| | Message: needs to be in 8/4 in pm | | |
| BAKJ1 Own/Op Active | JERRY BAKER | | 02/19/07 10/10/03 |
| BELLV Own/Op Active | VENCE (EDDIE) BELL | | 02/08/08 07/16/01 |
| BRAF1 Own/Op Active | FAITE BRANTLEY | | 11/05/07 10/04/04 |
| BURWE 1/Op ..ctive | EUGENE BURWELL | | 11/22/05 10/29/01 |
| BYRDK Own/Op Active | KEITH BYRD | | 08/05/08 01/26/04 |
| CLEVM Own/Op Active | MELVIN CLEVELAND | | 10/16/06 12/29/03 |
| COOM1 Own/Op Active | MONROE COOPER | | 01/30/09 10/13/04 |
| CORBT Own/Op Active | THOMAS HAROLD CORBETT | | 05/19/08 04/05/04 |
| CURBR Own/Op Active | RANDALL L. CURBY | | 07/31/07 02/07/05 |

G.F. Kelley v. U.S. Xpress
D 001122
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:34 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| DEAC2 Own/Op Active | CHARLES DEAN | | 03/09/08 03/13/04 |
| DEWBR Own/Op Active | RONALD DEWBERRY DEWBR | | 03/22/07 10/29/97 |
| DUDLG Own/Op Active | GREG DUDLEY | | 01/29/09 10/19/04 |
| ENGLJ Own/Op Active | JOHN ENGLISH | | 01/15/08 12/29/03 |
| GORF1 /Op .ive | FRED GORDON | | 07/17/07 10/04/04 |
| GRAYC Own/Op Active | CEDRIC GRAYER | | 11/26/05 02/17/04 |
| GRIJ2 Own/Op Active | JIMMY GRIFFIN | | 12/04/06 05/25/98 |
| HALJ3 Own/Op Active | JOHN C. HALL | | 03/20/08 01/21/02 |
| HALTO Own/Op Active | TOMMY ALLEN HALL<br>Message: needs off 8/20 thru 8/21 | | 02/13/08 04/21/03 |
| HAMBD Own/Op Active | DOUVAN HAMBY | | 07/03/07 05/31/05 |

Run 08/09/05 at 13:34

G. F. KELLY, INC
NUMERIC DRIVER LIST

Drivers 0    - 3    DETAIL REPORT    Status: ACTIVE ONLY

| Driver<br>Type<br>A/I | Driver Name<br>Address | Phone #<br>License # /St<br>Soc Sec # | Birth Date<br>Lic Date<br>Hire Date |
|---|---|---|---|
| HESTD<br>Own/Op<br>Active | DAVID HESTER  HESTD | ██████ | 07/06/05<br>10/17/97 |
| HUDH2<br>Own/Op<br>Active | HOMER HUDSON | ██████ | 07/15/08<br>06/14/05 |
| | Message: DOC APP ON THE 20TH DRUG TEST ALSO | | |
| JACKK<br>Own/Op<br>Active | CHARLES KERRY JACKSON | ██████ | 05/11/05<br>08/08/05 |
| | Message: CELL 256-452-3020 | | |
| JOHD4<br>Own/Op<br>Active | DALE JOHNSON | ██████ | 01/24/07<br>05/08/00 |
| JOHK2<br>./Op<br>ive | KENNETH L. JOHNSON | ██████ | 10/18/07<br>09/19/03 |
| | Message: needs ramdon drug | | |
| JONC1<br>Own/Op<br>Active | CARL JONES | ██████ | 10/30/05<br>01/22/01 |
| | Message: dr appt 8/8 | | |
| KEER1<br>Own/Op<br>Active | ROGER KEENER | ██████ | 02/27/07<br>08/01/01 |
| | Message: driver needs to be in 8/4 daughter having baby | | |
| KELLJ<br>Own/Op<br>Active | JOE KELLY | ██████ | 02/30/08<br>09/26/00 |
| MCCLD<br>Own/Op<br>Active | SHERRILL*DOUGLASS*MCCLUNG | ██████ | 12/20/07<br>07/19/04 |
| MEZR2<br>Own/Op<br>Active | RONALD TORY MEZICK | ██████ | 07/16/09<br>05/23/05 |
| | Message: NEED TO BRING TRUCK BACK TO SHOP ASAP OIL LEAK | | |

G.F. Kelley v. U.S. Xpress
D 001124
Defendant's Doc. Production

C. F. KELLY, INC
NUMERIC DRIVER LIST

Run 08/09/05 at 13:34

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| MOSLD Own/Op Active | DORIS D. MOSLEY | | 01/24/08 10/29/01 |
| MOSLJ Own/Op Active | JERRY D. MOSLEY Message: vacation 8/6 thru 8/15 | | 01/24/08 10/29/01 |
| NORL1 Own/Op Active | LUTHER NORWOOD Message: needs to be off 8/1 thru 8/5 | | 09/12/07 08/26/04 |
| NORWR Own/Op Active | ROOSEVELT NORWOOD Message: DOC APPT ON THE 12TH OF AUG | | 03/15/05 03/01/04 |
| PAYNK Own/Op Active | KENNETH PAYNE | | 11/20/07 01/21/02 |
| PHILP Own/Op Active | RAYMOND PAUL PHILLIPS | | 03/17/08 01/08/01 |
| QUICJ Own/Op Active | JEFFREY GILFORD QUICK | | 02/12/08 02/12/02 |
| RICHJ Own/Op Active | JOHN RICHARDSON | | 04/03/08 04/06/99 |
| ROBIC Own/Op Active | CHARLES ROBINSON | | 07/05/05 09/18/03 |
| SLATW Own/Op Active | WAYNE L. SLATON Message: do not reload going home after delivery | | 03/12/08 11/19/01 |

G. F. KELLY, INC

Run 08/09/05 at 13:34 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver / Type / A/I | Driver Name / Address | Phone # / License # /St / Soc Sec # | Birth Date / Lic Date / Hire Date |
|---|---|---|---|
| STRM1 Own/Op Active | MEVEN STRINGER | | 08/28/07 07/19/04 |
| TAFK1 Own/Op Active | KEITH TAFT | | 11/27/07 01/20/04 |
| THARG Own/Op Active | GEORGE CAMERON THARPE | | 01/24/07 09/27/04 |
| TODDJ Own/Op Active | JAMES W. TODD | | 03/19/08 04/04/05 |
| WAJA1 Own/Op Active | JASON WALKER<br>Message: needs ramdon alcohol | | 12/19/06 07/15/03 |
| WALDD Own/Op Active | DARRELL WALDON | | 05/20/07 04/07/03 |
| WALKA Own/Op Active | ANTHONEY WALKER<br>Message: court 8/1 | | 09/20/06 01/17/03 |
| WATJE Own/Op Active | JAMES WATKINS | | 08/22/08 10/20/03 |
| WATKT Own/Op Active | TERESA WATKINS | | 11/05/05 10/20/03 |
| WILLR Own/Op Active | RODERICK WILLIAMS<br>Message: needs ramdon drug | | 01/30/08 01/22/01 |

G.F. Kelley v. U.S. Xpress
**D 001126**
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:34 NUMERIC DRIVER LIST

Drivers 0 - Z DETAIL REPORT Status: ACTIVE ONLY

| Driver<br>Type<br>A/I | Driver Name<br>Address | Phone #<br>License # /St<br>Soc Sec # | Birth Date<br>Lic Date<br>Hire Date |
|---|---|---|---|
| WILW2<br>Own/Op<br>Active | WALTER A. WILLIAMS JR.<br>[redacted] | [redacted] | [redacted]<br>01/28/08<br>07/05/05 |
| WOODR<br>Own/Op<br>Active | RONNIE L. WOODS<br>[redacted] | [redacted] | [redacted]<br>02/20/08<br>05/11/05 |
| WRIGG<br>Own/Op<br>Active | GEORGE WRIGHT<br>[redacted] | [redacted] | [redacted]<br>06/06/07<br>04/23/02 |
| WYATJ<br>Own/Op<br>Active | JOHN WYATT<br>[redacted] | [redacted] | [redacted]<br>04/09/09<br>05/23/05 |

'ers on this report: 54

G.F. Kelley v. U.S. Xpress
D 001127
Defendant's Doc. Production

G. F. KELLY, INC
NUMERIC DRIVER LIST

Run 08/09/05 at 13:33

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| ACKLP Company Active | PATRICK ACKLES | | 03/10/09 01/19/05 |
| | Message: needs ramdon drug | | |
| ALLER Company Active | RONNIE W. ALLEN | | 11/02/06 04/23/04 |
| BANKI Company Active | ITBAGO BANKS | | 02/11/07 01/10/05 |
| BATTM Company Active | MACK BATTLE KELLI | | 03/25/08 08/31/98 |
| BERND Company Active | DREW BERNARD KELLI | | 03/14/07 10/07/97 |
| | Message: vacation 8/5 thru 8/15 | | |
| BOWIR Company Active | RICHARD BOWIE | | 12/22/08 05/31/05 |
| | Message: WORKING A WEEK NOTICE LAST DAY WILL BE THE 19TH AUG | | |
| BRYAW Company Active | WALTER E. BRYANT | | 02/02/06 01/11/05 |
| BRYF2 Company Active | HAROLD LYNN BRYANT | | 08/23/08 08/20/05 |
| BUCHE Company Active | EDWARD BUCHANAN | | 09/27/06 06/29/04 |
| BUFFG Company Active | GERALD BUFF | | 12/20/08 05/03/05 |

G.F. Kelley v. U.S. Xpress
D 001128
Defendant's Doc. Production

C. F. KELLY, INC

Run 08/09/05 at 13:33

NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver / Type / A/I | Driver Name / Address | Phone # / License # /St / Soc Sec # | Birth Date / Lic Date / Hire Date |
|---|---|---|---|
| BURL1<br>Company<br>Active | LARRY BURNS<br>U | | <br>02/26/06<br>08/04/03 |
| BUSTM<br>Company<br>Active | MELVIN BUSTER | | <br>08/24/09<br>06/20/05 |
| BYRDN<br>Company<br>Active | WESLEY NEIL BYRD<br><br><br>Message: CELL 256-283-5274 | | <br>02/16/06<br>08/09/05 |
| CATRM<br>Company<br>Active | MARVIN CATRETT | | <br>03/23/08<br>01/14/05 |
| COOPM<br>[illegible]any<br>[illegible]ive | MONROE COOPER<br><br><br>Message: cell #1:256-493-2307/ cell#2: 256-493-6423 | | <br>01/30/05<br>06/02/04 |
| COXJ1<br>Company<br>Active | JOHNNY WAYNE COX<br><br><br>Message: needs random drug | | <br>10/25/06<br>04/14/03 |
| CROE3<br>Company<br>Active | EVERETT CROWDER | | <br>01/14/08<br>08/12/04 |
| CROT1<br>Company<br>Active | TAYLOR F.CROWE, JR. | | <br>09/22/08<br>03/10/05 |
| CUNNJ<br>Company<br>Active | JERRY CUNNINGHAM | | <br>01/04/09<br>10/11/04 |
| DANIB<br>Company<br>Active | BOBBY RAY(WALLY)DANIEL JR. | | <br>09/04/08<br>03/21/05 |

G.F. Kelley v. U.S. Xpress
D 001129
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:33

NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver / Type / A/I | Driver Name / Address | Phone # / License # /St / Soc Sec # | Birth Date / Lic Date / Hire Date |
|---|---|---|---|
| DAUGT<br>Company<br>Active | TODD DAUGHERTY | | <br>04/20/06<br>04/18/05 |
| DAVIT<br>Company<br>Active | THOMAS DAVIS KELLI | | <br>07/31/08<br>01/08/99 |
| DENNG<br>Company<br>Active | GORDON DENNEY KELLI | | <br>03/23/08<br>02/04/99 |
| DEVIA<br>Company<br>Active | AMY DEVINE<br>Message: needs to be in 8/10 in pm mom having surgery | | <br>12/31/07<br>09/13/04 |
| DOBBJ<br>Company<br>Active | JIMMY DOBBS<br>Message: NEED A RANDOM | | <br>09/12/07<br>11/04/02 |
| DURDR<br>Company<br>Active | RONALD DURDEN | | <br>12/07/08<br>06/01/05 |
| EATOR<br>Company<br>Active | ROGER EATON | | <br>10/21/07<br>01/17/01 |
| EBELJ<br>Company<br>Active | JOSEPH EBELING | | <br>10/09/08<br>08/03/05 |
| ELLIJ<br>Company<br>Active | JASON MILES ELLIS<br>Message: needs random drug / NEED HOME BY AM 08/05 | | <br>12/17/05<br>07/11/05 |
| FOWDI<br>Company<br>Active | DENNIS J. FOWLER<br>Message: NEEDS RANDOM ALCOHOL HAS A DOC APPT ON THE 8TH OF AUG | | <br>12/30/07<br>01/08/03 |

G. F. KELLY, INC

Run 08/03/05 at 13:33 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| FULLD | DEMETRIUS FULLER | | |
| Company | | | 05/02/05 |
| Active | | | 11/08/04 |
| FULLJ | JAMES FULLER | | |
| Company | | | 03/11/06 |
| Active | | | 06/13/05 |
| GARP1 | PEDRO GARCIA | | |
| Company | | | 03/15/05 |
| Active | | | 06/23/04 |
| | Message: needs to be in thur 8/4 in pm and be off until 8/8 | | |
| GENTK | KEITH GENTRY | | |
| Company | | | 10/18/06 |
| Active | | | 04/12/04 |
| GIBSK | KENNETH GIBSON | | |
| Company | | | 05/09/05 |
| Active | | | 02/02/05 |
| GLEAR | RANDALL"STEVE"GLEATON | | |
| Company | | | 12/02/08 |
| Active | | | 02/01/02 |
| | Message: VAC MID OF AUG | | |
| GLER1 | RICKEY A. GLEATON | | |
| Company | | | 11/05/08 |
| Active | | | 06/23/03 |
| | Message: MUST TALK TO MELANIE IN PAYROLL ASAP | | |
| GOODP | PHILIP GOODWIN | | |
| Company | | | 06/30/07 |
| Active | | | 05/23/05 |
| GORMJ | JACK GORMAN | | |
| Company | | | 04/08/07 |
| Active | | | 05/05/00 |
| GREW1 | WILLARD GREGORY | | |
| Company | | | 10/31/06 |
| Active | | | 06/20/03 |

G.F. Kelley v. U.S. Xpress
**D 001131**
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:33 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| HARRS Company Active | EUWADU HARRIS [redacted] Message: CELL# [redacted] | [redacted] | [redacted] 03/21/09 06/11/01 |
| HARTD Company Active | DARREL HART KELL1 [redacted] | [redacted] | [redacted] 03/23/09 07/06/99 |
| HILYT Company Active | TOBY HILYER [redacted] | [redacted] | [redacted] 07/26/07 01/26/04 |
| HOLSD Company Active | DOUGLAS HOLSTON [redacted] | [redacted] | [redacted] 11/17/08 11/22/04 |
| JACC1 Company Active | CHARLES W. JACKSON [redacted] | [redacted] | [redacted] 06/12/08 06/06/05 |
| JACKC Company Active | CHARLES PERRY JACKSON [redacted] | [redacted] | [redacted] 05/11/09 06/24/02 |
| JOHT1 Company Active | THOMAS "JAKE" JOHNSON [redacted] | [redacted] | [redacted] 05/12/08 10/12/04 |
| JONES Company Active | SAM JONES [redacted] | [redacted] | [redacted] 07/08/06 09/15/03 |
| JONJ1 Company Active | JAMES JONES JR. [redacted] | [redacted] | [redacted] 02/18/09 01/06/03 |
| KELLA Company Active | AVORA KELLY [redacted] | [redacted] | [redacted] 03/02/08 03/28/05 |

G. F. KELLY, INC

Run 08/09/05 at 13:33 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver / Type / A/I | Driver Name / Address | Phone # / License # /St / Soc Sec # | Birth Date / Lic Date / Hire Date |
|---|---|---|---|
| KITP1 / Company / Active | PATRICK KITE | | 11/01/08 / 12/06/04 |
| KNIGL / Company / Active | ALAN "LEE" KNIGHT | | 04/21/09 / 06/17/05 |
| LANW1 / Company / Active | WALTER LANCASTER<br>Message: VAC 8-18 8-22 | | 03/03/07 / 10/21/04 |
| LAWE1 / Company / Active | EDDIE LAWRENCE | | 05/23/05 / 10/06/03 |
| MANEJ / ...any / ...ive | JAMES M. MANESS | | 06/30/06 / 03/16/05 |
| MASTJ / Company / Active | JEFFERY WAYNE MASTIN | | 12/13/07 / 01/06/05 |
| MAULM / Company / Active | MACON "RALPH" MAULDIN III | | 03/08/06 / 06/27/03 |
| MCDAM / Company / Active | MARK MCDANIEL | | 12/04/05 / 02/03/04 |
| MCLAR / Company / Active | RODNEY MCLAIN | | 11/12/05 / 11/01/04 |
| MIRAP / Company / Active | PHILIP STANLEY MIRANDA IV | | 01/10/06 / 06/20/05 |

G.F. Kelley v. U.S. Xpress
**D 001133**
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:33 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| NEWEJ Company Active | JOHNNY NEWELL | | 02/25/07 05/20/02 |
| NORT1 Company Active | TOMMY NORRED Message: death in family | | 08/23/05 12/19/03 |
| NORTG Company Active | GEORGE NORTON | | 11/17/08 05/15/02 |
| NUNNS Company Active | STEVEN NUNN | | 12/08/06 04/11/05 |
| OWENR [Comp]any [Act]ive | RONNIE OWENS Message: driver needs to be home 9/11 | | 11/24/05 06/14/05 |
| PETET Company Active | TOMMY PETERS | | 03/23/08 06/18/01 |
| PETN1 Company Active | NIKI PETERS Termination Date: 10/24/03 | | 12/22/05 05/03/02 |
| POOLT Company Active | TONY POOLE Message: dr appt 8/5 at 0900 | | 06/24/06 02/28/05 |
| ROGEL Company Active | LES ROGERS KELL1 | | 01/21/04 11/17/97 |
| ROTHW Company Active | WILLIAM ROTH | | 12/16/06 06/27/05 |

G.F. Kelley v. U.S. Xpress
**D 001134**
Defendant's Doc. Production

G. F. KELLY, INC

Run 08/09/05 at 13:33

NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver / Type / A/I | Driver Name / Address | Phone # / License # /St / Soc Sec # | Birth Date / Lic Date / Hire Date |
|---|---|---|---|
| SAITL<br>Company<br>Active | LOUIE SAITO | | <br>04/28/10<br>02/21/05 |
| SCREJ<br>Company<br>Active | JIMMY SCREWS | | <br>03/11/08<br>08/30/04 |
| SIMON<br>Company<br>Active | NATHAN SIMONS | | <br>11/05/06<br>06/27/05 |
| SIMSB<br>Company<br>Active | BILLY SIMS<br><br><br>Message: needs random drug | | <br>08/21/07<br>03/29/04 |
| SIMSR<br>'any<br>.ive | CURTIS "RANDY" SIMS | | <br>07/22/08<br>04/12/04 |
| SMIC3<br>Company<br>Active | CHARLES SMITH | | <br>02/07/08<br>12/17/01 |
| SMICU<br>Company<br>Active | CURTIS SMITH<br><br><br>Message: needs to be in al 8/13 and 8/14 | | <br>06/30/07<br>07/28/03 |
| STEJ2<br>Company<br>Active | JOEL MACK STEWART | | <br>01/08/08<br>06/23/03 |
| STES1<br>Company<br>Active | STEVEN STEPHENSON | | <br>11/26/08<br>07/12/04 |
| STONR<br>Company<br>Active | REGINALD STONE<br><br><br>Message: /// NO MONEY ///<br>Termination Date: 09/05/03 | | <br>11/30/10<br>02/24/03 |

G.F. Kelley v. U.S. Xpress
**D 001135**
Defendant's Doc. Production

正常



Run 08/09/05 at 13:33

G. F. KELLY, INC
NUMERIC DRIVER LIST

Drivers 0   - 2     DETAIL REPORT   Status, ACTIVE ONLY

| Driver | Driver Name | Phone # | Birth Date |
|--------|-------------|---------|------------|
| Type | Address | License # /St | Lic Date |
| A/I | | Soc Sec # | Hire Date |

| STOR1 | REGINALD STONE | | 11/30/10 |
| Company | | | 07/18/03 |
| Active | | | |

Message: CELL PH ████

| TALM1 | MC TALTON | | 02/11/07 |
| Company | | | 12/16/03 |
| Active | | | |

| TAYJE | JESSE TAYLOR JR. | | 04/01/08 |
| Company | | | 01/26/04 |
| Active | | | |

| THOM1 | HAROLD THOMAS | | 08/27/06 |
| Company | | | 07/30/04 |
| Active | | | |

| THORA | ANDREW THORPE | | 11/03/08 |
| pany | | | 01/10/01 |
| ive | | | |

| THOW2 | WILLIE THOMPSON | | 12/12/06 |
| Company | | | 06/06/05 |
| Active | | | |

| VANNJ | JAMES VANN III | | 02/09/06 |
| Company | | | 10/04/04 |
| Active | | | |

| VICB1 | BARBARA VICKERS | | 11/29/08 |
| Company | | | 06/27/05 |
| Active | | | |

Message: dr appt 8/5 and 8/19

| WADLD | DENNIS EARL WADLEY | | 02/04/08 |
| Company | | | 06/09/03 |
| Active | | | |

| WALJC | JIMMY C. WALTERS | | 08/23/05 |
| Company | | | 04/14/03 |
| Active | | | |

Message: call susan at bb&t 866-814-3711

G.F. Kelley v. U.S. Xpress
D 001136
Defendant's Doc. Production



G. F. KELLY, INC

Run 08/09/05 at 13:33 NUMERIC DRIVER LIST

Drivers 0 - z DETAIL REPORT Status: ACTIVE ONLY

| Driver / Type / A/I | Driver Name / Address | Phone # / License # /St / Soc Sec # | Birth Date / Lic Date / Hire Date |
|---|---|---|---|
| WASHD | DAVID WASHBURN | [redacted] | [redacted] |
| Company | [redacted] | | 07/23/06 |
| Active | | | 01/24/05 |
| WATJ1 | JAMES WATTS | [redacted] | [redacted] |
| Company | [redacted] | | 11/30/07 |
| Active | | | 11/11/03 |
| | Message: WORKING A 2 WEEKS NOTICE | | |
| WEARA | ARTHUR WEARING | [redacted] | [redacted] |
| Company | [redacted] | | 08/21/06 |
| Active | | | 04/25/05 |
| | Message: Off 8/12 | | |
| WEAVR | ROBERT WEAVER | [redacted] | [redacted] |
| Company | [redacted] | | 09/11/06 |
| Active | | | 10/08/01 |
| WELC1 | CHRIS WELCHER | [redacted] | [redacted] |
| any | [redacted] | | 10/17/07 |
| ive | | | 05/23/05 |
| | Message: TRUCK WANT START | | |
| WELM1 | MICHAEL WELLES SR. | [redacted] | [redacted] |
| Company | [redacted] | | 08/03/07 |
| Active | | | 03/24/03 |
| WHATM | MILTON DAVID WHATLEY | [redacted] | [redacted] |
| Company | [redacted] | | 08/28/0[redacted] |
| Active | | | 04/25/05 |
| WILKS | STEVENN WILKINS | [redacted] | [redacted] |
| Company | [redacted] | | 03/26/08 |
| Active | | | 01/06/03 |
| WIMA1 | ARTHUR WIMBERLY, JR. | [redacted] | [redacted] |
| Company | [redacted] | | 05/15/08 |
| Active | | | 07/01/02 |
| WOODW | WILLIAM H.WOODS JR. | [redacted] | [redacted] |
| Company | [redacted] | | 07/31/07 |
| Active | | | 03/12/03 |

G.F. Kelley v. U.S. Xpress
D 001137
Defendant's Doc. Production

08-05-05 14:34  FROM Safety Department   ID-530392-489   P 11 OF 20

```
                                           G. P. KELLY, INC
Run 08/09/05 at 13:33                      NUMERIC DRIVER LIST

)    Drivers 0   - Z   DETAIL REPORT   Status: ACTIVE ONLY
    ...................................................................
Driver   Driver Name          Phone #           Birth Date
 Type    Address              License # /St     Lic Date
 A/I                          Soc Sec #         Hire Date
    ...................................................................


WOOR1    RONNIE L WOODS                          ██████
Company  ███████████                             02/20/08
Active   █████████                               08/02/05


WRIA1    ANTHONY WRIGHT                          ██████
Company  ███████████                             01/29/07
Active   █████████                               08/12/02


WRIR2    ROBERT WRIGHT                           ██████
Company  ███████████                             01/13/08
Active   ████████                                04/03/02
         Message: 706-957-3287


YOWY1    YAMASHITO BOWE                          ██████
Company  ███████████                             01/16/06
Active   ████████                                02/17/03



    prs on this report:    104
```

G.F. Kelley v. U.S. Xpress
**D 001138**
Defendant's Doc. Production

G. F. KELLY, INC
NUMERIC DRIVER LIST

Run 08/09/05 at 13:33

Drivers 0 - Z DETAIL REPORT Status: ACTIVE ONLY

| Driver Type A/I | Driver Name Address | Phone # License # /St Soc Sec # | Birth Date Lic Date Hire Date |
|---|---|---|---|
| WOOR1 Company Active | RONNIE L WOODS [redacted] | [redacted] | [redacted] 02/20/08 08/02/05 |
| WRIA1 Company Active | ANTHONY WRIGHT [redacted] | [redacted] | [redacted] 01/25/07 08/12/02 |
| WRIR2 Company Active | ROBERT WRIGHT [redacted] Message: [redacted] | [redacted] | [redacted] 01/13/08 04/03/03 |
| YOWY1 Company Active | YAMASHITO YOWE [redacted] | [redacted] | [redacted] 01/16/06 02/17/03 |

rs on this report: 104

SC drivers w/apps only

Christopher Bell

Michael Brown

Joseph Campbell

Lewis Boisey

James Griffin

James Scrolls

Keith Thomas

Randall Tucker

Walter Voorhees

G.F. Kelley v. U.S. Xpress
**D 001139**
Defendant's Doc. Production