# American Court Reporting
## toll-free (877) 320-1050

Page 61

1  definitely answer that. I would think
2  so, but I can't say that I know he
3  actually called somebody.
4      Q. Do you recall when you signed
5  Defendant's Exhibit 45, a copy of it?
6      A. No.
7      Q. What was your understanding of
8  what you were agreeing to in the
9  Purchase Agreement about whether or not
10 there was going to be a closing?
11     A. As I understood, we were going
12 to close. It was going to be soon.
13     Q. Were you aware that there were
14 conditions --
15     A. Yes.
16     Q. Okay. Just so it's clear on
17 the record, I know what you mean and
18 you know what I mean, but I want it to
19 make sure it's clear on the record.
20     A. Okay.
21     Q. You understood that there were
22 conditions that had to be met before
23 there could be a closing?

Page 62

1      A. Yes.
2      Q. At any time, did anyone from
3  U.S. Xpress guarantee to you that there
4  would be a closing no matter what?
5      A. I received a call one Sunday
6  night from Dennis saying, we were going
7  to close on Tuesday. The statement, no
8  matter what, was not involved.
9      Q. It was just, we are going to
10 close on Tuesday?
11     A. Yes. I feel confident we are
12 going to close on Tuesday.
13     Q. Do you remember what month?
14     A. August.
15     Q. And that call was on a Sunday
16 night?
17     A. Yes.
18     Q. I understand that a group from
19 USX or U.S. Xpress came to Wadley to, I
20 guess, qualify Kelly drivers in August.
21 Do you remember that?
22     A. Yes.
23     Q. And some other folks from U.S.

Page 63

1  Xpress came down and were inspecting
2  some equipment?
3      A. Yes.
4      Q. That was the week of August
5  22nd is my understanding?
6      A. Late August.
7      Q. Was the telephone call on the
8  Sunday night in reference to a closing
9  on Tuesday, was it that week?
10     A. No. It was prior.
11     Q. Prior to that. Okay.
12        Do you know why he called you
13 that Sunday night?
14     A. Because it kept being delayed,
15 people were getting skeptical, and I
16 needed something definite from a
17 customer standpoint, because I was
18 getting a lot of calls from concerned
19 customers.
20     Q. Which customers were calling
21 you?
22     A. I had a conversation with
23 Kanoff Fiberglass, Bowater Paper,

Page 64

1  MeadWestvaco, Nabisco, the agents and
2  his representation.
3      Q. Mr. Hopper?
4      A. Yes.
5      Q. Any others?
6      A. Those are the ones I recall
7  right now.
8      Q. How did they know about -- not
9  Mr. Hopper, but how did the customers:
10 Kanoff, Bowater, Mead, Nabisco and the
11 others that you mentioned, how did they
12 know about the negotiations?
13     A. Some I had mentioned to, and I
14 think some might have picked it up just
15 maybe through a dispatcher. I had to
16 have a contract in place with each one
17 of them at time of sale that wasn't
18 presently doing business with U.S.
19     Q. Okay. As part of the
20 agreement U.S. Xpress, you,
21 Mr. Chastain, were supposed to approach
22 the customers and get a contract that
23 U.S. Xpress would provide

## www.AmericanCourtReporting.com
### January 19, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 65

1  transportation services for them?
2     A.  They were taking over Kelly.
3     Q.  And basically you had to get
4  the agreement from the customers?
5     A.  Yeah.  We had a contract that
6  we provided and they had to sign it.
7     Q.  Okay.  Did any of these
8  customers object to that?
9     A.  Yes, sir.
10    Q.  Which ones?
11    A.  Bowater was the first, Kanoff
12 was the second.  Those were the main
13 two that I recall.
14    Q.  So, in other words, they
15 didn't want to use U.S. Xpress?
16    A.  They were not going to use
17 U.S. Xpress if we sold.
18    Q.  You said not use if your sold?
19    A.  If U.S. Xpress acquired the
20 company, Kelly, they would not use us
21 anymore.
22    Q.  Did they say why?
23    A.  Yes, sir.

Page 66

1     Q.  Why?
2     A.  Bad service in the past.
3     Q.  Why were they calling you?
4  You said that you received some
5  calls --
6     A.  Yes.
7     Q.  -- and you needed to get some
8  answers from U.S. Xpress, and
9  Mr. Farnsworth was calling you back on
10 that Sunday night.
11        Why were the customers calling
12 you?  What did they want you to do?
13    A.  They wanted me to give them
14 what was happening, they wanted to know
15 if we were going to sell, if we were
16 not going to sell, when was the sale
17 going down, and basically their
18 feelings.
19    Q.  After that phone conversation
20 with Mr. Farnsworth, did you have any
21 other conversations with Mr. Farnsworth
22 about closing?
23    A.  No specific dates.

Page 67

1     Q.  It obviously did not close
2  that Tuesday?
3     A.  No.
4     Q.  What did you do, if anything,
5  about that?
6     A.  Nothing.
7     Q.  To your knowledge, did U.S.
8  Xpress have any unauthorized contact
9  with Kelly Trucking clients?
10    A.  Yes.
11    Q.  When?
12    A.  After I provided the list.
13    Q.  Which clients?
14    A.  The main one I can recall was
15 Wabash Alloys and Delphi.
16    Q.  Do you know who had the
17 contact with them?
18    A.  Some of their sales reps.
19    Q.  Do you remember what time
20 period this was?
21    A.  No.
22    Q.  Do you know whether it was
23 after August of '05?

Page 68

1     A.  No.  It was prior to the sale,
2  prior to the -- mid-August, I would
3  say.
4     Q.  How did you know they had had
5  contact with them?
6     A.  Customers told us.
7     Q.  What did they say?
8     A.  That U.S. Xpress had been in
9  to talk to them.
10    Q.  What I'm getting to is, did
11 they say, U.S. Xpress was in here and
12 said that they were looking at buying
13 Kelly or were they there on a sales
14 call for U.S. Xpress unrelated to --
15    A.  The first.
16    Q.  The first.  Okay.  So they
17 said, we are looking into buying out
18 Kelly Trucking?
19    A.  Yes.
20    Q.  What effect, if anything, did
21 that have on Kelly Trucking's
22 relationship with Wabash or Delphi?
23    A.  Wabash, we lost.  The customer

17  (Pages 65 to 68)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 69

1  got antsy on what was going to
2  transpire and subsequently found
3  another provider of transportation. On
4  Delphi, that was through the agent
5  also, and he started looking.
6      Q. What do you mean, he started
7  looking?
8      A. For another carrier.
9      Q. Oh, okay.
10     A. And basically, he replaced us
11 with another of his clients.
12     Q. When did Wabash quit using
13 Kelly Trucking?
14     A. Probably September.
15     Q. After U.S. Xpress had called
16 off negotiations?
17     A. Yes.
18     Q. Do you know who picked up the
19 Wabash account?
20     A. I knew at the time. I can't
21 remember their name. It was not
22 through the agent, though.
23     Q. It wasn't U.S. Xpress, was it?

Page 70

1      A. No. No.
2      Q. I assume, when we are talking
3  about the agent, we are talking about
4  Mr. Hopper?
5      A. Yes.
6      Q. When did Mr. Hopper steer the
7  work to another carrier?
8      A. Probably September, I believe.
9      Q. Was there an agreement in
10 place that Kelly Trucking would not
11 have any contact with the customers on
12 the Kelly Trucking customer list? Did
13 you follow that?
14     A. I think you meant with U.S.
15 Xpress not having any contact with the
16 customers, right?
17     Q. Yes, I did. I was testing
18 you.
19     A. Okay.
20     Q. No, I messed that up.
21         Was there an agreement?
22     A. No, I don't recall an
23 agreement on that.

Page 71

1      Q. Did you know that they were --
2      A. No.
3      Q. -- they were going to contact
4  customers?
5      A. I didn't know that.
6      Q. Do you know if Mr. Kelly did?
7      A. I don't know if he knows.
8      Q. Do you remember if the
9  Purchase Agreement covered that at all?
10     A. I don't recall.
11     Q. Were you involved at all with
12 the U.S. Xpress employees that came to
13 Wadley in late August to qualify the
14 drivers?
15     A. My involvement was to bring
16 the drivers in, in as many as I could,
17 without disrupting business.
18     Q. Did any Kelly drivers quit
19 during the negotiations with U.S.
20 Xpress?
21     A. I don't recall.
22     Q. Do you know if any quit the
23 week that U.S. Xpress was coming in to

Page 72

1  fill out applications?
2      A. I don't recall. I don't
3  recall that.
4      Q. Do you remember how many you
5  were able to route into Wadley?
6      A. Specific number, no. The
7  first day, we probably had 40 percent.
8      Q. Did you know what U.S. Xpress
9  was doing?
10     A. They were going to do a review
11 of the drivers and an orientation and
12 they would have them in and out the
13 same day.
14     Q. Did they?
15     A. No.
16     Q. Do you know why not?
17     A. No.
18     Q. When you say review of the
19 drivers, fill out applications?
20     A. Yes.
21     Q. Drug tests, road tests, things
22 of that nature?
23     A. Yes.

18  (Pages 69 to 72)

# American Court Reporting
## toll-free (877) 320-1050

Page 73

1    Q.  Did you have any conversations
2  or were you present when there was any
3  conversations about drivers meeting or
4  not meeting U.S. Xpress' hiring
5  requirements?
6    A.  Yes.
7    Q.  Can you tell me about those,
8  please?
9    A.  This goes back to the first
10  part of August, I believe.  There was a
11  conference call with U.S. Xpress; Guy
12  was present, I was present, Frank
13  Childers was present and Randall, I
14  think might have been present.  And
15  they had questions on a number of
16  drivers.  And Dennis Farnsworth may
17  have been there also.
18      But there was review of
19  certain drivers, on their records, that
20  they were trying to disqualify or
21  trying to get qualified.  Dennis'
22  comment was to force the issue and some
23  of these drivers should be able to make

Page 74

1  it through as long as you would
2  question the safety department at U.S.
3  Xpress.
4    Q.  Could you say that again?  I'm
5  not sure I followed you.
6    A.  There are some that they had
7  some questions on, they were going to
8  originally be disqualified.  And Dennis
9  told us to question their safety
10  department or discuss the driver, that
11  he should be able to make it on the
12  circumstances of the driving record.
13    Q.  Do you know what they were
14  questioning them based off of?  Was it
15  Kelly drivers' files or --
16    A.  Yes.
17    Q.  -- was it applications that
18  they filled out with U.S. Xpress?
19    A.  It was the driver files.  This
20  was prior to them filling out an
21  application.
22    Q.  To your knowledge, did Kelly
23  Trucking have drivers' files for all of

Page 75

1  its drivers?
2    A.  Yes.
3    Q.  So U.S. Xpress had reviewed
4  the Kelly drivers' files and had
5  questions about some of the drivers?
6    A.  That's correct.
7    Q.  And Dennis told y'all, the
8  Kelly people, to question the U.S.
9  Xpress people about whatever their
10  issues were?
11    A.  That's correct.
12    Q.  Do you know if U.S. Xpress
13  ever sent applications to Kelly
14  Trucking to have the drivers fill out
15  and send to U.S. Xpress prior to the
16  U.S. Xpress representatives coming to
17  Wadley in August?
18    A.  No.
19    Q.  Then you don't know how many
20  of those applications may have been
21  filled out and sent back to U.S.
22  Xpress?
23    A.  No.

Page 76

1    Q.  Did you have any conversations
2  with anybody from U.S. Xpress about the
3  drivers who did not meet U.S. Xpress'
4  hiring standards the week of August
5  22nd?
6    A.  I did not.
7    Q.  Do you know if anybody else
8  did?
9    A.  Frank and Guy.
10    Q.  You were not present?
11    A.  Let me just say, I was in and
12  out.
13    Q.  Do you recall anything while
14  you were in?
15    A.  Small office.
16    Q.  I mean, do you recall anything
17  that was said?
18    A.  No.
19    Q.  Did you have any conversations
20  with Frank or Guy about what was said?
21    A.  No.  Well, let me put this
22  way.  We discussed they were having a
23  conversation, they were going over the

19  (Pages 73 to 76)

## www.AmericanCourtReporting.com
## January 19, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 77

1 drivers' files and these were not
2 qualified. But just kind of a
3 generality of what was happening. It
4 wasn't my area of expertise, so I
5 stayed out of it.
6     Q. Did anybody from U.S. Xpress
7 say that U.S. Xpress was not going to
8 be able to qualify enough drivers to
9 meet the condition to closing in the
10 Purchase Agreement?
11     A. I have heard that. I can't
12 tell you who or when.
13     Q. Do you know who Al Hingst is?
14     A. I believe I do.
15     Q. Did you meet him the week of
16 August 22nd?
17     A. Yes.
18     Q. Did you have any conversations
19 with anybody from U.S. Xpress about
20 their inspection of Kelly Trucking
21 tractors and trailers?
22     A. No, I did not.
23     Q. Do you know if anybody from

Page 78

1 Kelly Trucking did?
2     A. Yes.
3     Q. Who?
4     A. Guy.
5     Q. Anybody besides Guy?
6     A. Not without venturing a guess,
7 no.
8     Q. Who was over maintenance of
9 equipment at Kelly Trucking?
10     A. Charles Lance.
11     Q. I understand nobody currently
12 works for Kelly Trucking.
13         Do you know where Charles
14 Lance is now?
15     A. No.
16     Q. Do you know if he still works
17 for a company owned by Mr. Kelly?
18     A. I think so.
19     Q. Do you know which one?
20     A. No.
21     Q. Do you recall any discussions
22 about U.S. Xpress finding that the
23 equipment was not to their

Page 79

1 satisfaction, the condition of the
2 equipment was not to their
3 satisfaction?
4     A. I was told by Guy that
5 Thursday afternoon, I think, when
6 Allen, Mr. Hingst, came down and had
7 told Guy that it's not working out and
8 they are pulling out.
9     Q. Guy told you that Al said that
10 the equipment wasn't --
11     A. It wasn't going to go through,
12 it wasn't working out.
13     Q. You didn't hear Mr. Hingst say
14 that?
15     A. I wasn't in that meeting.
16     Q. Did Guy say whether or not
17 Mr. Hingst said anything about not
18 enough employees qualifying at that
19 time?
20     A. I really couldn't say.
21     Q. You heard it sometime, but you
22 are not sure?
23     A. Yeah.

Page 80

1     Q. Was that before U.S. Xpress
2 said it wasn't going to work out?
3     A. Uh-huh.
4     Q. Was that a yes?
5     A. It was during that week.
6     Q. Okay. What was your reaction
7 when you learned that Kelly Trucking or
8 U.S. Xpress was going to pull out, they
9 weren't going to close?
10     A. Time to regroup.
11         MR. HALL: Speaking of
12 regrouping, I need to take about a
13 five-minute break.
14
15         (Short recess.)
16
17     Q. (BY MR. HALL:) I was asking
18 you some questions about Defendant's
19 Exhibit 45, the Asset Purchase
20 Agreement, and asked if you had sought
21 the advice of an accountant or an
22 attorney.
23         Did you seek anyone's advice

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 81

1  on the Purchase Agreement before
2  signing it?
3      A.  No.
4      Q.  Who is Tucker McKinney?
5      A.  He is an office person that we
6  have that was a jack of all trades.  He
7  did our computer work, he worked in the
8  shop, worked in the dispatch, wherever
9  we needed him.
10      Q.  Do you know where he is?
11      A.  He is still with Guy.
12      Q.  Do you know what entity he
13  works for?
14      A.  No.
15      Q.  When did you quit working with
16  Kelly Trucking?
17      A.  Last week of November 2005.
18      Q.  Do you know if -- you
19  mentioned a couple of -- Bowater and
20  Kanoff, do you know whether any of the
21  companies that Mr. Kelly now operates
22  services those customers?
23      A.  I couldn't say.  I don't know.

Page 82

1      Q.  Did you have anything to do
2  with the Kelly Trucking general ledger?
3      A.  No.
4      Q.  You wouldn't know where that
5  would be?
6      A.  No.
7      Q.  I will show you what has been
8  marked as Defendant's Exhibit 13, which
9  is some interrogatories or questions
10  that the defendants in this case sent
11  to Kelly Trucking.
12          Did you have any involvement
13  in answering any of those questions?
14      A.  Let me see.  I don't recall
15  doing this.
16      Q.  Okay.  Did you have any
17  written communications; e-mail,
18  letters, notes to U.S. Xpress during
19  the negotiations?
20      A.  No.
21      Q.  Or after?
22      A.  No.
23      Q.  Did you have any written

Page 83

1  communications with Guy Kelly about the
2  negotiations?
3      A.  No.
4      Q.  Did you have any involvement
5  in the preparation of Kelly Trucking's
6  financial statements?
7      A.  No.  I just made the money and
8  they figured out how to spend it and
9  put it on a piece of paper.
10      Q.  I take it, you didn't have any
11  involvement in the preparation of the
12  tax returns?
13      A.  No.
14      Q.  You are not giving me many
15  things to ask you about.
16      A.  Good.
17      Q.  Have you seen the Complaint
18  that was filed in this case?
19      A.  I don't think so.
20      Q.  How did you learn that U.S.
21  Xpress was not going to go forward with
22  the deal?
23      A.  From Guy.

Page 84

1      Q.  Is that the same day that he
2  had his meeting with Al?
3      A.  Yes.
4      Q.  Did Mr. Kelly ever tell you
5  that U.S. Xpress had breached a
6  contract with him?
7      A.  I don't recall.
8      Q.  Do you recall if he ever said
9  anything about them, U.S. Xpress,
10  misrepresenting anything to him?
11      A.  I don't recall that.
12      Q.  Were you involved at all with
13  the negotiations with James R. Smith?
14      A.  Very little.
15      Q.  How were you involved?
16      A.  Just discussion on it.  He
17  wanted to purchase equipment or the
18  company, had some questions concerning
19  the operation and bringing some people
20  down.  That was basically the extent of
21  it.
22      Q.  And that was after U.S. Xpress
23  had pulled out?

21  (Pages 81 to 84)

**www.AmericanCourtReporting.com**
**January 19, 2007**

# American Court Reporting
## toll-free (877) 320-1050

Page 85

1  A. Yes.
2  Q. Had you ever talked with
3  Mr. Kelly about Kelly Trucking selling
4  -- entering into either an Asset
5  Purchase Agreement or some type of sale
6  prior to U.S. Xpress pulling out?
7  A. Yes.
8  Q. When?
9  A. Wait a minute.
10  Q. I'm talking about with James
11  R. Smith.
12  A. Oh. No.
13  Q. I will show you what has been
14  marked as Defendant's Exhibit 42. It's
15  an e-mail from Mr. Kelly to
16  Mr. Farnsworth. In the second
17  paragraph of that e-mail, Mr. Kelly
18  writes, I have basically sucked the
19  cash out of the company and backed off
20  my payments anticipating a sale, so I
21  am not dead, period.
22      Did you have any discussions
23  with Mr. Kelly about taking cash out of

Page 86

1  Kelly Trucking?
2  A. No.
3  Q. Did you know that he had taken
4  cash out of the company?
5  A. Directly, no.
6  Q. Indirectly, did you know?
7  A. I wouldn't say cash.
8  Q. What are you referring to?
9  A. Some maintenance, using some
10  company people to do some work on his
11  other equipment.
12  Q. Were you involved in the
13  decision to back off on payments to
14  creditors?
15  A. No.
16  Q. You were not?
17  A. (Shakes head.)
18  Q. Were you aware that that was
19  happening?
20  A. I knew we were late on
21  payments.
22  Q. Was Kelly Trucking late on
23  payments in April of 2005?

Page 87

1  A. I don't recall.
2  Q. Would Mr. Hamlet or
3  Mr. Fant --
4  A. Yes. Whoever that was at the
5  time.
6  Q. Back to the question about the
7  cash being taken out of the company.
8      You weren't aware that that
9  had happened?
10  A. I wasn't aware that he took
11  cash out of the company at all.
12  Q. So you wouldn't know where
13  that cash may have gone?
14  A. No.
15  Q. I will put that back, unless
16  you want to talk about it.
17      I will show you what has been
18  marked as Defendant's Exhibit 44. It's
19  a note dated August 13th, 2005, 3:45
20  p.m. It says, conversation with Greg
21  Fields giving notice to Kelly for 120
22  days notice, said the U.S. Xpress
23  situation had a big influence on their

Page 88

1  decision to cut our services.
2      And there are three names at
3  the top: Nelson Chastain, Mary Kelly,
4  Guy Kelly.
5      Do you know what this is in
6  reference to?
7  A. Wabash.
8  Q. Wabash. Okay. Greg Fields,
9  who is Greg Fields?
10  A. He is with Wabash.
11  Q. Were you all present during
12  this conversation?
13  A. It was an ongoing, I believe.
14  But I don't remember exactly a specific
15  conversation. They were separate, if I
16  can recall, because I remember talking
17  by myself one time.
18  Q. With Mr. Fields?
19  A. Yeah.
20  Q. You don't recall a meeting
21  with yourself, Mrs. Kelly --
22  A. No.
23  Q. -- and Mr. Kelly with Greg

22  (Pages 85 to 88)

## www.AmericanCourtReporting.com
## January 19, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 89

1    Fields?
2       A.  I don't recall that.
3       Q.  Conference call?
4       A.  Don't recall that.  Let me put
5    it this way.  It didn't happen if Mary
6    was involved.  I didn't have any
7    conference calls with her.
8       Q.  Was she ever in on any of the
9    business meetings?
10      A.  No.
11      Q.  Did you have any conversations
12   with U.S. Xpress about it paying Kelly
13   Trucking's expenses associated with the
14   driver qualification and the equipment
15   inspection the week of August 22nd?
16      A.  I don't recall.
17      Q.  Okay.  Did you have any
18   conversations with Guy Kelly about
19   that?
20      A.  Yes.
21      Q.  When was that?
22      A.  That was that week of.
23      Q.  What did he say?

Page 90

1       A.  I don't remember what he said,
2    I remember what I said.
3       Q.  What did you say?
4       A.  They are killing me.  I
5    expected trucks to be in and out the
6    same day and I had booked freight for
7    all of them, and some didn't get out
8    until Thursday.
9       Q.  Was that the only conversation
10   that you had about that?
11      A.  That's basically what I
12   remember.
13      Q.  I will show you what has been
14   marked as Defendant's Exhibit 57 and
15   ask if you have seen that letter
16   before.
17      A.  I have seen this.
18      Q.  There is an attachment to it.
19   Have you seen that before?
20      A.  I don't recall that one.  I do
21   remember the cover.
22      Q.  Did you have any involvement
23   in the preparation of the attachment,

Page 91

1    the second page to it?
2       A.  No, I don't believe I did.  I
3    just don't remember it.
4       Q.  I will show you what has been
5    marked as Defendant's Exhibit 58.  It's
6    an e-mail from Gary Hopper, and you are
7    CCed on it.  Do you recall this e-mail?
8       A.  I don't remember the e-mail.
9    I do remember him saying that you were
10   going to be out.  And I didn't remember
11   -- I mean, when.
12      Q.  Do you remember who replaced
13   Kelly Trucking on this account?
14      A.  No.  There was a carrier out
15   of Florence, Alabama, but I don't know
16   the name of them, and I was told that's
17   who it was going to be, but I don't
18   know for sure if they did or not.
19      Q.  Do you know, was this a Kelly
20   Trucking account or was it another
21   company?
22      A.  It was through Gary Hopper,
23   the agent.

Page 92

1       Q.  Which carrier, which trucking
2    company was actually performing the
3    work?
4       A.  Kelly Trucking.
5       Q.  Were you present when some of
6    the Kelly equipment, either leased or
7    financed, was repossessed?
8       A.  I was present when it was
9    happening.
10      Q.  Were you involved in any of
11   that?
12      A.  No.
13      Q.  I will show you Defendant's
14   Exhibit 81.  At the bottom of it, there
15   is an e-mail from Mr. Kelly to a Danny
16   Frankel or Frankel.  It indicates that
17   Mr. Kelly is going to James R. Smith.
18         Do you recall that at all?
19      A.  No.
20      Q.  Is it your opinion that U.S.
21   Xpress' decision not to go forward with
22   closing was a breach of the Purchase
23   Agreement?

23  (Pages 89 to 92)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 93

1    MR. TOMLINSON: Object to the
2  form. Calls for a legal conclusion.
3  You can answer, if you can.
4    A. I don't know what it would be
5  called. Misrepresentation.
6    Q. How so?
7    A. We provided all the
8  information that they required. They
9  had a chance to look at it. And it was
10  drug on and on. And something -- every
11  time, it was something more each time,
12  especially with the driver files. We
13  had given them every single one of
14  them, and they have made a
15  determination at that time, after
16  reviewing them, what they could do and
17  what they couldn't do. We are talking
18  a month and a half later deciding we
19  didn't have enough drivers. And the
20  files were DOT certified being correct
21  and accurate and up to date. So there
22  shouldn't have been any problems
23  whatsoever in reviewing them.

Page 94

1    Q. Do you think that U.S. Xpress
2  never intended to close the deal?
3    A. No. I don't see what they
4  would gain by not. We had made
5  decisions based on them buying it out
6  and held off on some other decisions
7  that they -- that we needed to have
8  made.
9    Q. What decisions did you make
10  anticipating that they would close on
11  the deal?
12    A. I went back and contacted all
13  the customers and trying to maintain a
14  customer base, which I wouldn't have
15  had to do. It was lot of wasted time
16  trying to realign what we were going to
17  have and what we were going to do and
18  how we were going to operate.
19    Q. Were you able to retain
20  customers?
21    A. With a few exceptions.
22    Q. Bowater?
23    A. Bowater, we got back. Wabash

Page 95

1  was a casualty and Delphi was a
2  casualty.
3    Q. I didn't hear that.
4    A. Wabash and Bowater -- Wabash
5  and Delphi ended up being causalities.
6  You know, the company had a good
7  reputation on the street,
8  customer-wise.
9    Q. Did you ever have a meeting
10  with Mr. Hamlet or Mr. Fant regarding
11  the financial health of Kelly Trucking?
12    A. Not without Guy there. Just
13  when we -- yeah, when we do a monthly
14  financial, I mean, it was discussed.
15    Q. Did either of them ever tell
16  you that it was their opinion that
17  Kelly Trucking needed to either sell or
18  restructure?
19    A. Not directly. The game plan
20  was to sell some equipment, trailers,
21  because we had too many for the amount
22  of tractors we had on the road. And
23  U.S. Xpress was in a need for trailers

Page 96

1  and asked us not to do that.
2    Q. Were you unable to sell the
3  trailers?
4    A. We didn't try at the time.
5    Q. How long were you held off
6  from selling them?
7    A. Well, I think this was
8  probably in April or May, we had talked
9  about it. And so we really didn't do
10  anything, dispose of any equipment, I
11  think, until September. We normally
12  run a three to one ratio of tractors to
13  trailers and we were at a balance or
14  less.
15    Q. After U.S. Xpress pulled out,
16  there were negotiations with James R.
17  Smith, and you sold some trailers, you
18  went around and contacted the customer
19  base.
20    What else did you do?
21    A. After U.S. Xpress --
22    Q. After U.S. Xpress pulled out.
23    A. Basically, trying to figure

24 (Pages 93 to 96)

**www.AmericanCourtReporting.com**
**January 19, 2007**

# American Court Reporting
## toll-free (877) 320-1050

Page 97

1  ways we could cut costs and where we
2  were going.
3     Q. Who did you sell the trailers
4  to?
5     A. I don't recall. Guy did that
6  or turned them in. I'm not sure what
7  he did with them.
8     Q. When did you decide -- I know
9  you left in November '05.
10       When did you start considering
11 leaving Kelly Trucking?
12    A. Probably the first of
13 November.
14    Q. What prompted that?
15    A. Just discussions with Guy.
16    Q. What were those discussions?
17    A. Basically, where he was going,
18 what direction he was headed in, what
19 his interests were, what mine were.
20    Q. What were his interests?
21    A. His -- logging was becoming a
22 big part of his area.
23    Q. Did he want to get out of the

Page 98

1  spotting business?
2     A. No.
3     Q. Did he want to race?
4     A. Yes.
5     Q. Did y'all enter into any kind
6  of a written separation agreement?
7     A. Yes. Uh-huh.
8     Q. You took the spotting
9  companies and --
10    A. Took some of them. He got
11 some, I got some.
12    Q. Was that an amicable split?
13    A. As well as could be expected.
14       MR. HALL: Let me talk with
15 Melissa and look over my notes.
16
17       (Short recess.)
18
19    Q. (BY MR. HALL:) You mentioned
20 that you were aware that Mr. Kelly was
21 borrowing drivers on a part-time basis.
22    A. Uh-huh.
23    Q. You have to say yes.

Page 99

1     A. Yes.
2     Q. Were those drivers driving for
3  other companies?
4     A. They were driving for some of
5  his entities.
6     Q. Mr. Kelly's entities?
7     A. Yes.
8     Q. Do you know whether or not
9  they were keeping separate driver
10 files?
11    A. I don't know.
12    Q. Did you have any management
13 responsibilities for any of Mr. Kelly's
14 other companies?
15    A. No.
16    Q. Did Mr. Kelly's other
17 companies borrow Kelly Trucking
18 equipment?
19    A. May have. Guy had trucks
20 leased to the company in addition to
21 owning some, the company owning some.
22 So the ownership sometimes is kind of
23 vague.

Page 100

1     Q. You said Mr. Kelly had an
2  interest -- his interest was more in
3  the logging?
4     A. That's my opinion.
5     Q. Was that Riverwood?
6     A. I don't know what the name of
7  it was.
8     Q. Did Kelly Trucking keep an
9  accident log?
10    A. Yes.
11    Q. Do you know if it still
12 exists?
13    A. It should. It's required by
14 the DOT.
15       MR. HALL: That's all the
16 questions I have.
17       MR. TOMLINSON: I don't have
18 any questions.
19
20       (Further Deponent Saith Not)
21
22       (Whereupon, deposition
23       concluded at 2:30 p.m.)

25  (Pages 97 to 100)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 101

```
 1           CERTIFICATE
 2    STATE OF ALABAMA)
 3    JEFFERSON COUNTY)
 4
 5       I hereby certify that the above
 6    and foregoing deposition was taken down
 7    by me in stenotype, and the questions
 8    and answers thereto were transcribed by
 9    means of computer-aided transcription,
10    and that the foregoing represents a
11    true and correct transcript of the
12    testimony given by said witness upon
13    said hearing.
14       I further certify that I am
15    neither of counsel, nor kin to the
16    parties to the action, nor am I in any
17    way interested in the result of said
18    cause named in said caption.
19
20
21           MELANIE L. PETIX, CSR, CLR
22           Certificate Number: AL-CSR-516
23           My Commission expires 9/13/08
```

**www.AmericanCourtReporting.com**
**January 19, 2007**

American Court Reporting
toll-free (877) 320-1050

Page 1

**A**

**able** 55:8 72:5 73:23 74:11 77:8 94:19
**about** 6:14 9:16 12:1,9,23 13:5 14:3 15:23 16:18 20:9,21 21:11 22:4 24:4 30:1 33:1 37:19 41:3 44:4 46:18 47:16 48:15 49:5,8 50:1 50:12,14 52:5 53:15,19,22 54:12 54:19 55:3,5 57:11 60:3,11,16 61:9 64:8,12 66:22 67:5 70:3,3 73:3,7 75:5,9 76:2 76:20 77:19 78:22 79:17 80:12,18 83:1,15 84:9 85:3 85:10,23 87:6,16 89:12,18 90:10 96:9
**above** 6:15 59:21 101:5
**accident** 100:9
**accordance** 3:10
**account** 69:19 91:13,20
**accountant** 80:21
**accounts** 35:9,23
**accurate** 33:17 93:21
**acquire** 52:11
**acquired** 65:19
**acquiring** 50:2,6
**acting** 6:4
**action** 1:6 101:16
**actually** 55:22 61:3 92:2

**addition** 99:20
**additional** 58:23
**address** 7:15,18
**advice** 80:21,23
**advised** 3:19
**affect** 40:17
**affirmed** 6:21
**after** 17:8,19 19:9 20:3,13 21:22 23:8 24:20 27:3 52:19 66:19 67:12 67:23 69:15 82:21 84:22 93:15 96:15 96:21,22
**afternoon** 79:5
**again** 14:23 26:15 74:4
**age** 53:3
**agent** 37:15 38:1 69:4,22 70:3 91:23
**agents** 37:16 64:1
**ages** 53:4
**ago** 12:1,2 14:3
**agreed** 2:3,16 3:1
**agreeing** 61:8
**agreement** 35:23 39:5 43:14 57:22 59:4 60:3,11,16 60:20 61:9 64:20 65:4 70:9,21,23 71:9 77:10 80:20 81:1 85:5 92:23 98:6
**Agreements** 57:14
**ahead** 54:14
**al** 1:12 77:13 79:9 84:2
**Alabama** 1:2 2:9 2:13 3:11 4:8,16 6:4,6,13 7:14 12:21 13:3,4

14:11 21:3 47:15 91:15 101:2
**Allen** 4:5 79:6
**Alloys** 67:15
**along** 53:18
**always** 8:9
**AL-CSR-516** 101:22
**amended** 3:12
**amicable** 98:12
**amount** 95:21
**and/or** 57:6,15
**another** 36:15 69:3 69:8,11 70:7 91:20
**answer** 8:15 59:8 61:1 93:3
**answering** 82:13
**answers** 66:8 101:8
**anticipating** 85:20 94:10
**antsy** 69:1
**anybody** 11:15 51:19 60:6 76:2,7 77:6,19,23 78:5
**anymore** 65:21
**anyone** 49:17 51:8 53:15,22 62:2
**anyone's** 80:23
**anything** 21:16 22:17 25:8 29:8 30:10 32:21 35:8 35:11,21 39:23 41:14 50:18 55:5 67:4 68:20 76:13 76:16 79:17 82:1 84:9,10 96:10
**anywhere** 35:1
**application** 74:21
**applications** 72:1 72:19 74:17 75:13 75:20

**approach** 64:21
**approximately** 8:19 19:3 26:14 96:8
**April** 44:19 86:23 96:8
**AR** 30:9
**area** 77:4 97:22
**Arizona** 45:8
**around** 12:14 20:18 44:11 96:18
**asked** 9:8 43:1 80:20 96:1
**asking** 80:17
**asset** 15:11,12 23:6 23:9 46:14,18 57:22 59:4 80:19 85:4
**assets** 16:7
**assign** 3:6
**assistant** 19:15
**associated** 89:13
**assume** 11:6 19:5 44:6 70:2
**assumed** 25:4 60:9
**Atlanta** 13:9 17:6 20:5
**attachment** 90:18 90:23
**attorney** 80:22
**auditing** 33:16
**August** 59:14 62:14 62:20 63:4,6 67:23 71:13 73:10 75:17 76:4 77:16 87:19 89:15
**Augusta** 12:22,23
**authority** 55:23
**available** 50:22
**aware** 61:13 86:18 87:8,10 98:20
**away** 42:8
**a.m** 1:20 2:14 6:14

**B**

**B** 3:16 4:11 5:7
**back** 9:7 10:13,17 15:1,5 20:5 24:6 24:14 27:19,22 28:6,22 29:6 33:20 34:7 37:4 42:20 50:8 51:10 66:9 73:9 75:21 86:13 87:6,15 94:12,23
**backed** 85:19
**background** 16:19
**Bad** 66:2
**Baker** 2:10 4:12 6:9
**balance** 96:13
**Baltimore** 19:18
**base** 94:14 96:19
**based** 74:14 94:5
**basically** 28:2 50:5 65:3 66:17 69:10 84:20 85:18 90:11 96:23 97:17
**basis** 56:11 98:21
**Bearman** 2:10 4:12 6:10
**Beasley** 4:5 47:10 47:14,18 48:5,10
**becoming** 97:21
**before** 2:6 6:9 48:8 52:19 58:1,11 60:4,12 61:22 80:1 81:1 90:16 90:19
**begin** 41:1
**beginning** 41:17 43:4
**being** 30:8 59:16 63:14 87:7 93:20 95:5
**believe** 13:12,23

American Court Reporting
toll-free (877) 320-1050

20:16 31:6,15
32:22 39:1 45:10
46:15,20 47:12
48:9,21 49:3,20
51:10 57:8 70:8
73:10 77:14 88:13
91:2
**Berkowitz** 2:11
4:13 6:11
**besides** 15:13 21:16
22:17 37:17 78:5
**best** 43:12 50:9
51:2
**better** 9:3 19:14
39:13
**between** 2:3 27:16
44:6 57:14,15,16
57:17
**big** 39:22 87:23
97:22
**Bill** 31:15
**billing** 30:9
**Birmingham** 2:13
4:16 6:12
**booked** 90:6
**borrow** 99:17
**borrowing** 98:21
**boss** 21:12
**both** 35:15
**bottom** 92:14
**bought** 14:18 23:17
23:20
**Bowater** 63:23
64:10 65:11 81:19
94:22,23 95:4
**BOX** 4:7
**breach** 92:22
**breached** 84:5
**break** 49:11 80:13
**bring** 10:13,14
32:19 71:15
**bringing** 84:19

**broke** 41:13
**brought** 33:19 37:3
42:20
**Builders** 25:21
26:12,16,19 27:4
27:9,13
**business** 11:7 40:2
56:13 64:18 71:17
89:9 98:1
**businesses** 56:10
**buy** 18:20 22:21
**buyer** 47:6
**buying** 68:12,17
94:5

**C**
**C** 4:1 10:5
**Caldwell** 2:11 4:13
6:10
**call** 53:17 56:6 62:5
62:15 63:7 68:14
73:11 89:3
**Callahan** 31:15,18
31:23 36:19,22
37:2
**Callahan's** 32:4
**called** 20:6 61:3
63:12 69:15 93:5
**calling** 63:20 66:3,9
66:11
**calls** 63:18 66:5
89:7 93:2
**Camden** 25:21
26:21
**came** 6:8 20:5 28:6
28:7 29:5 31:13
51:9 62:19 63:1
71:12 79:6
**caption** 101:18
**Carolina** 25:22
26:20,21
**carrier** 69:8 70:7

91:14 92:1
**carriers** 25:23 26:1
**case** 82:10 83:18
**cash** 43:17 85:19
85:23 86:4,7 87:7
87:11,13
**casualty** 95:1,2
**causalities** 95:5
**cause** 6:16 101:18
**CCed** 91:7
**cease** 13:17
**certain** 73:19
**Certificate** 101:1
101:22
**certified** 2:7,7 3:14
3:15 6:2,2 93:20
**certify** 6:5 101:5,14
**chance** 93:9
**change** 34:11
**changes** 59:15
**charge** 30:19 54:16
**Charles** 78:10,13
**Chastain** 1:17 2:5
6:15,19 7:7,9,13
59:22 64:21 88:3
**check-in** 10:19
**Childers** 30:20,21
30:22 31:9,12
33:19 34:6,20
35:3,6 36:20 37:3
57:9 73:13
**chip** 56:13
**chronologically**
17:1
**circumstances**
74:12
**Civil** 1:6 3:11 6:7
**clear** 40:7 61:16,19
**clients** 67:9,13
69:11
**close** 45:13,14
54:23 61:12 62:7

62:10,12 67:1
80:9 94:2,10
**closed** 13:16,17
**closely** 9:5
**closing** 54:20 55:6
61:10,23 62:4
63:8 66:22 77:9
92:22
**closure** 32:13
**CLR** 1:23 101:21
**collections** 20:2
**college** 17:20 18:5
**come** 27:18,21
32:15 47:2
**coming** 28:22 49:10
50:21 71:23 75:16
**commencing** 2:14
6:14
**comment** 73:22
**Commission**
101:23
**Commissioner** 6:5
**commodity** 15:18
**communications**
82:17 83:1
**companies** 8:21 9:1
9:5,19,22,23
12:13 14:12 40:10
40:13 56:15 81:21
98:9 99:3,14,17
**company** 8:5 9:15
12:12,17 15:13,16
16:2,12,16 17:22
20:6 23:19 28:3,4
28:16,18 29:5
38:5,8 39:12 45:4
47:19,20,21 50:2
52:11 56:1 65:20
78:17 84:18 85:19
86:4,10 87:7,11
91:21 92:2 95:6
99:20,21

**compared** 15:2
**Complaint** 83:17
**compliance** 2:20
32:11
**computer** 10:19
81:7
**computer-aided**
101:9
**concerned** 63:18
**concerning** 84:18
**concluded** 100:23
**conclusion** 93:2
**condition** 28:10
29:5 43:3 77:9
79:1
**conditional** 32:3,7
32:13,13
**conditions** 55:5
61:14,22
**conference** 73:11
89:3,7
**confident** 62:11
**conscious** 42:4
**considering** 97:10
**contact** 49:17 67:8
67:17 68:5 70:11
70:15 71:3
**contacted** 94:12
96:18
**contemplated**
46:13
**contract** 64:16,22
65:5 84:6
**contractors** 38:2
**controller** 36:9
**conversation** 51:3
51:18 63:22 66:19
76:23 87:20 88:12
88:15 90:9
**conversations**
35:17 66:21 73:1
73:3 76:1,19

American Court Reporting
toll-free (877) 320-1050

Page 3

77:18 89:11,18
**copies** 59:3
**copy** 57:22 61:5
**corporation** 11:17
**correct** 7:11 9:11
  15:15 36:12 38:6
  57:12 75:6,11
  93:20 101:11
**costs** 97:1
**counsel** 2:4 3:3,5
  6:8 60:19 101:15
**COUNTY** 101:3
**couple** 81:19
**Court** 1:1,22 2:21
  3:20,21 7:1,16
**cover** 90:21
**covered** 71:9
**creditors** 86:14
**criteria** 34:16
**CROW** 4:5
**CSR** 1:23 101:21
**Cullman** 47:17
**current** 13:14
  38:10
**currently** 7:20 8:20
  78:11
**customer** 26:17
  63:17 68:23 70:12
  94:14 96:18
**customers** 53:2
  63:19,20 64:9,22
  65:4,8 66:11 68:6
  70:11,16 71:4
  81:22 94:13,20
**customer-wise** 95:8
**cut** 88:1 97:1
**CWC** 10:7 12:9
  13:8,10,13 14:9
**C-h-a-s-t-a-i-n** 7:10

---
**D**
---
**D** 5:1

**Danny** 92:15
**date** 6:6 54:20
  93:21
**dated** 87:19
**dates** 66:23
**David** 3:16 4:11
**day** 53:13,13 72:7
  72:13 84:1 90:6
**days** 87:22
**DBA** 17:16
**dead** 85:21
**deal** 23:11 83:22
  94:2,11
**debtors** 35:18
**decide** 50:8 97:8
**deciding** 93:18
**decision** 40:18 42:4
  42:10 86:13 88:1
  92:21
**decisions** 94:5,6,9
**defendants** 1:13
  4:10 82:10
**Defendant's** 58:10
  58:16 59:1,2 61:5
  80:18 82:8 85:14
  87:18 90:14 91:5
  92:13
**definite** 63:16
**definitely** 61:1
**degree** 17:14 41:12
**degrees** 32:12
**delayed** 63:14
**delivering** 3:16
**Delphi** 67:15 68:22
  69:4 95:1,5
**Dennis** 36:6 41:12
  49:19 53:23 54:2
  54:4 62:6 73:16
  73:21 74:8 75:7
**department** 32:9
  74:2,10
**Deponent** 100:20

**deposition** 1:16 2:5
  2:17,18 3:8 53:16
  100:22 101:6
**depositions** 2:22
**details** 50:23
**determination**
  93:15
**devoting** 40:12
**different** 31:1
  38:17 39:11
**direction** 40:21
  97:18
**directions** 38:18
  39:11,12,13
**directly** 21:13 86:5
  95:19
**director** 26:17
  36:23
**discuss** 50:23 74:10
**discussed** 76:22
  95:14
**discussion** 8:13
  26:6 29:13 34:3
  37:11 47:9,10
  49:14 50:4,10
  51:7 53:14,21
  54:19 58:1,6
  60:11 84:16
**discussions** 44:3,6
  44:9,21 45:9,16
  48:14 50:11 55:2
  60:15 78:21 85:22
  97:15,16
**dispatch** 20:2 30:5
  81:8
**dispatcher** 64:15
**dispose** 96:10
**disqualified** 74:8
**disqualify** 73:20
**disrupting** 71:17
**dissolve** 11:23
**dissolved** 11:21

13:19,20,22 14:10
**DISTRICT** 1:1,2
**DIVISION** 1:3
**dock** 10:12,18 18:8
**document** 59:7
**documents** 58:23
**doing** 29:3 64:18
  72:9 82:15
**Don** 37:8
**done** 22:18
**Donelson** 2:10 4:12
  6:10
**DOT** 32:17 93:20
  100:14
**down** 23:11 34:23
  63:1 66:17 79:6
  84:20 101:6
**drive** 19:21 56:9,14
**driver** 10:14 74:10
  74:19 89:14 93:12
  99:9
**drivers** 30:11,17
  33:13 34:16 53:8
  53:9 55:9,17,21
  56:3,5,7,8,18 57:1
  62:20 71:14,16,18
  72:11,19 73:3,16
  73:19,23 74:15,23
  75:1,4,5,14 76:3
  77:1,8 93:19
  98:21 99:2
**driver's** 35:3,5
**driving** 55:22 74:12
  99:2,4
**drop** 10:15
**drove** 22:19
**drug** 33:2 72:21
  93:10
**duly** 6:20
**during** 34:10 71:19
  80:5 82:18 88:11

---
**E**
---
**E** 4:1,1 5:1,7
**each** 14:11 50:7
  52:13 64:16 93:11
**early** 15:1 46:7
**EASTERN** 1:3
**education** 16:19,23
  17:7
**effect** 2:19 50:15
  68:20
**effective** 3:12
**eight** 20:21
**either** 31:3 85:4
  92:6 95:15,17
**employee** 56:5
**employees** 57:6
  71:12 79:18
**employment** 53:4
**empty** 10:11,15
**end** 29:17
**ended** 19:15 25:10
  43:11 45:16 46:2
  95:5
**enjoyed** 29:2
**enough** 21:20,21
  41:22 42:1 77:8
  79:18 93:19
**enter** 43:13 98:5
**entered** 44:20
  48:12,19
**entering** 85:4
**ENTERPRISES**
  1:12
**entire** 26:23
**entities** 56:12 99:5
  99:6
**entity** 81:12
**equipment** 35:12
  35:14 41:10 63:2
  78:9,23 79:2,10
  84:17 86:11 89:14
  92:6 95:20 96:10

American Court Reporting
toll-free (877) 320-1050

Page 4

99:18
**especially** 93:12
**Esq** 4:4,11
**estimate** 57:4,5
**et** 1:12
**evaluate** 32:10
**ever** 8:23 16:12,15
  57:13 58:19 75:13
  84:4,8 85:2 89:8
  95:9,15
**EVERETT** 4:4
**every** 93:10,13
**everything** 18:13
  19:21
**evidence** 3:8
**exact** 31:2 55:15
  59:7
**exactly** 43:5,16
  88:14
**examination** 5:3
  6:16 7:6
**examined** 6:21
**except** 3:3 19:21
  26:2,3
**exceptions** 94:21
**excuse** 30:14
**Exhibit** 58:10,16
  59:1,2,19 61:5
  80:19 82:8 85:14
  87:18 90:14 91:5
  92:14
**exhibits** 5:9
**exist** 13:18
**existence** 11:19
**exists** 100:12
**expected** 90:5
  98:13
**expenses** 89:13
**expertise** 77:4
**expires** 101:23
**extent** 84:20
**e-mail** 82:17 85:15

85:17 91:6,7,8
92:15

---
**F**
**factoring** 35:23
  43:11,14
**failed** 32:6 47:2
**fairly** 52:12
**fall** 48:17
**Falsification** 33:7,8
**Fant** 36:11 42:11
  42:17,20 87:3
  95:10
**far** 45:11,12 53:23
**Farnsworth** 49:19
  50:19 51:4 54:2,3
  58:2 66:9,20,21
  73:16 85:16
**Fayette** 21:3
**FedEx** 18:19
**feeble** 40:6
**feel** 62:11
**feelings** 66:18
**few** 16:5 51:9 53:5
  94:21
**Fiberglass** 63:23
**Fields** 87:21 88:8,9
  88:18 89:1
**figure** 96:23
**figured** 83:8
**filed** 3:21 83:18
**files** 74:15,19,23
  75:4 77:1 93:12
  93:20 99:10
**fill** 72:1,19 75:14
**filled** 74:18 75:21
**filling** 74:20
**finance** 17:16 35:19
  41:11
**financed** 92:7
**finances** 29:9,20
**financial** 29:4 43:3

83:6 95:11,14
**financially** 9:6
**financials** 43:7
**finding** 78:22
**fine** 14:7
**finish** 17:4 56:20
**finished** 17:6 19:6
  19:9
**firm** 15:3
**firms** 50:6
**first** 6:20 9:7 44:10
  46:2,4 48:23 49:3
  49:17 51:4 57:21
  59:14 65:11 68:15
  68:16 72:7 73:9
  97:12
**five** 18:2 28:15
**five-minute** 80:13
**Florence** 91:15
**flow** 43:18
**Floyd** 47:10,14,18
  48:5,10
**folks** 51:22 62:23
**follow** 70:13
**followed** 74:5
**following** 6:17
**follows** 6:22
**force** 2:19 73:22
**foregoing** 6:7 101:6
  101:10
**form** 3:4 51:12,16
  93:2
**formal** 28:19
**forth** 10:17
**forward** 17:1 54:14
  83:21 92:21
**found** 36:15 69:2
**Fourth** 52:20
**frame** 31:3,8 37:20
  47:7 54:8
**Frank** 30:20 36:20
  73:12 76:9,20

**Frankel** 92:16,16
**Frank's** 36:21
**freight** 20:6,8,11
  90:6
**from** 10:17 14:21
  27:9 32:5 41:18
  42:8 45:7 47:14
  49:17 51:8,22
  52:13 62:2,6,18
  62:23 63:16,18
  65:4 66:8 76:2
  77:6,19,23 83:23
  85:15 91:6 92:15
  96:6
**full** 2:20 7:8 18:2
  18:10 19:1
**funds** 47:3
**further** 2:15,23
  100:20 101:14

---
**G**
**G** 10:1 11:6 12:23
**gain** 94:4
**game** 29:1 95:19
**Gary** 37:9,13,17
  91:6,22
**gather** 52:23 53:12
**gave** 24:6,8,14
**general** 15:18
  54:16 82:2
**generality** 77:3
**Georgia** 17:11 25:1
  25:5
**getting** 63:15,18
  68:10
**give** 31:2 41:20
  66:13
**given** 22:21,23
  23:18,23 28:5
  42:18 93:13
  101:12
**gives** 32:14

**giving** 83:14 87:21
**go** 9:7 17:1,19 20:3
  20:13 23:8 25:20
  27:3 50:8 54:13
  79:11 83:21 92:21
**goes** 15:1 73:9
**going** 15:4 16:18,23
  38:17 39:10 40:4
  43:12 48:6 53:16
  54:13,15,17,23
  56:4,6 58:22
  61:10,11,12 62:6
  62:9,12 65:16
  66:15,16,17 69:1
  71:3 72:10 74:7
  76:23 77:7 79:11
  80:2,8,9 83:21
  91:10,17 92:17
  94:16,17,18 97:2
  97:17
**gone** 54:4 87:13
**good** 83:16 95:6
**graduate** 17:12
**Greg** 87:20 88:8,9
  88:23
**grew** 30:13
**grocery** 40:23
**grounds** 3:6
**group** 62:18
**grow** 28:17,23 29:2
**growth** 40:20 41:1
  42:4
**guarantee** 62:3
**guess** 9:3 45:17
  57:23 62:20 78:6
**guy** 1:8 11:5,5
  27:11 37:8 39:15
  44:14 49:6 52:7,8
  57:18 73:11 76:9
  76:20 78:4,5 79:4
  79:7,9,16 81:11
  83:1,23 88:4

www.AmericanCourtReporting.com
January 19, 2007

89:18 95:12 97:5
97:15 99:19
**guys** 10:16
**Guy's** 40:21 41:11
**G.F** 1:8

**H**

**H** 5:7
**half** 7:19 22:4
26:13 53:13 93:18
**Hall** 3:16 4:11 5:4
7:3,6 8:16 14:4,8
26:8 29:11,15
33:23 34:5 37:13
49:11,16 58:8
80:11,17 98:14,19
100:15
**Hamlet** 36:6,13
42:13,18 54:4
87:2 95:10
**handle** 10:18
**handled** 16:9 36:5
41:10
**happen** 89:5
**happened** 87:9
**happening** 66:14
77:3 86:19 92:9
**having** 6:20 70:15
76:22
**head** 24:16 33:9
86:17
**headed** 97:18
**heading** 56:6
**health** 43:9 95:11
**hear** 14:5,7 79:13
95:3
**heard** 77:11 79:21
**hearing** 101:13
**heavily** 40:22
**held** 9:5 94:6 96:5
**help** 27:23 28:1
43:17

**her** 89:7
**high** 17:4,8
**Hills** 7:16
**him** 36:11 42:8
77:15 81:9 84:6
84:10 91:9
**Hingst** 77:13 79:6
79:13,17
**hire** 42:10
**hiring** 34:16 42:16
73:4 76:4
**history** 16:20
**holiday** 52:19
**home** 20:5
**honestly** 55:14
58:13
**Hopper** 37:14,17
64:3,9 70:4,6 91:6
91:22
**Hopper's** 38:4
**H.O** 47:11,16,19
48:1

**I**

**idea** 31:20
**identification** 5:10
**imagine** 41:4
**INC** 1:8,12
**included** 56:18,23
**independent** 38:2
**indicate** 32:18
**indicates** 92:16
**Indirectly** 86:6
**individual** 45:5,6
**individually** 1:9
**industry** 18:15
**influence** 87:23
**information** 52:13
52:23 53:1,12
59:5 93:8
**initially** 21:1 30:12
51:6

**inspecting** 63:1
**inspection** 77:20
89:15
**intended** 94:2
**intent** 48:12,20
51:13
**interest** 49:2 100:2
100:2
**interested** 47:6
101:17
**interests** 40:1,2,17
42:7 44:15 97:19
97:20
**International**
12:20 13:6
**interrogatories**
82:9
**investor** 9:4 14:14
**involved** 16:6 30:8
30:16 36:3 39:15
39:18,20 40:22
41:18 44:16 46:9
62:8 71:11 84:12
84:15 86:12 89:6
92:10
**involvement** 71:15
82:12 83:4,11
90:22
**issue** 32:23 33:5,21
35:3,5 73:22
**issues** 75:10

**J**

**jack** 81:6
**James** 47:22,23
48:15,19 84:13
85:10 92:17 96:16
**January** 1:19 2:13
3:18 6:13 41:18
**JEFFERSON**
101:3
**job** 19:11 22:15

26:22 28:22 32:4
36:15,21
**John** 4:4 37:23
**Johnson** 37:8
**July** 52:16 54:9
55:18 57:23 58:2
59:13
**June** 49:4,20,20
50:13
**just** 10:16 16:22
17:1 18:19 42:22
48:13 49:12 50:20
57:6 61:16 62:9
64:14 76:11 77:2
83:7 84:16 91:3
95:12 97:15

**K**

**Kanoff** 63:23 64:10
65:11 81:20
**keep** 100:8
**keeping** 99:9
**Kell** 4:20 14:6
**Kelly** 1:8,9 9:10,12
11:5,5,13 13:11
14:1,14,20 15:14
16:10 21:4,14
22:11 23:2 24:12
27:5,10,11,12
28:6,10 30:1,23
31:14 32:18 33:15
34:8,10,15 35:18
36:7 38:11,13,20
38:23 39:6,20
40:9,14,18,20
41:6,9,19,19 42:5
42:8 43:3,9,13,21
43:23 44:7,20
45:19 47:4 48:4
48:10,18 49:2
50:11,13,18 51:22
55:18,22 56:7,8

57:1,6,7,14,18,19
58:17 59:13 60:3
60:15,22 62:20
65:2,20 67:9
68:13,18,21 69:13
70:10,12 71:6,18
74:15,22 75:4,8
75:13 77:20 78:1
78:9,12,17 80:7
81:16,21 82:2,11
83:1,5 84:4 85:3,3
85:15,17,23 86:1
86:22 87:21 88:3
88:4,21,23 89:12
89:18 91:13,19
92:4,6,15,17
95:11,17 97:11
98:20 99:17 100:1
100:8
**Kelly's** 41:5 56:9
99:6,13,16
**Ken** 45:2
**Kennedy** 37:23
**Kennedy's** 38:7
**kept** 31:17 63:14
**killing** 90:4
**kin** 101:15
**kind** 15:9 28:1
48:20 77:2 98:5
99:22
**knew** 69:20 86:20
**know** 9:13,15 15:9
19:12 34:15,20,22
35:2 36:14,15
38:9,11 42:3 43:2
43:4,20,22 45:3
45:11,15 46:12,21
47:23 48:18 50:12
53:19 60:22 61:2
61:17,18 63:12
64:8,12 66:14
67:16,22 68:4

69:18 71:1,5,6,7
71:22 72:8,16
74:13 75:12,19
76:7 77:13,23
78:13,16,19 81:10
81:12,18,20,23
82:4 86:3,6 87:12
88:5 91:15,18,19
93:4 95:6 97:8
99:8,11 100:6,11
**knowledge** 24:11
67:7 74:22
**knows** 71:7
**K.C** 8:6 10:21 11:2
12:16

**L**

**L** 1:23 2:1,6 3:13
6:1 101:21
**La** 21:3
**Lance** 78:10,14
**Large** 2:9 6:4
**last** 59:19 81:17
**late** 54:9 58:2 63:6
71:13 86:20,22
**later** 51:9 52:7
93:18
**Latter** 45:23
**laws** 2:21
**leading** 3:4
**learn** 49:5 52:5
83:20
**learned** 18:14 80:7
**learning** 49:1
**leased** 92:6 99:20
**leasing** 35:14
**leave** 10:16 31:23
36:13 38:13,16
54:17
**leaving** 97:11
**ledger** 82:2
**left** 20:4 24:8,14

25:18 97:9
**legal** 60:18 93:2
**length** 31:3 53:4
**less** 18:17,18 96:14
**let** 49:11 56:20
76:11,21 82:14
89:4 98:14
**letter** 48:12,20
51:13 58:17 90:15
**letters** 82:18
**Let's** 55:19
**Limited** 46:11
**line** 59:20
**lines** 53:18
**Lisa** 4:19
**list** 67:12 70:12
**little** 10:22 12:1
36:4 84:14
**live** 7:12
**lived** 7:17
**LiveNote** 2:8 3:15
6:3
**living** 7:21
**load** 10:13,16 18:17
**located** 21:2
**location** 12:14
**log** 100:9
**logging** 39:22 40:22
56:13 97:21 100:3
**Logistics** 38:5
**logs** 32:20 33:6
**long** 7:17 8:17
18:22 20:7,19
21:9 22:2 25:15
26:11 29:2 30:21
30:22 34:6 53:11
58:14 74:1 96:5
**look** 93:9 98:15
**looking** 43:23
55:16 68:12,17
69:5,7
**lost** 68:23

**lot** 63:18 94:15

**M**

**made** 3:2 42:3,10
83:7 93:14 94:4,8
**Mahrt** 13:2
**main** 55:7 65:12
67:14
**maintain** 94:13
**maintenance** 10:22
78:8 86:9
**major** 32:22
**make** 3:5 61:19
73:23 74:11 94:9
**making** 33:16
**management** 18:12
19:4,10 99:12
**manager** 19:16
20:12 54:16
**many** 15:21 28:14
55:8,17 71:16
72:4 75:19 83:14
95:21
**marked** 5:10 58:9
58:16,23 59:2,10
59:13 82:8 85:14
87:18 90:14 91:5
**Mary** 88:3 89:5
**matter** 33:15 62:4,8
**may** 2:5 3:5,13 23:4
33:3 43:1 73:16
75:20 87:13 96:8
99:19
**maybe** 15:4 19:13
39:13 64:15
**ma'am** 7:3
**McClendon** 20:14
20:20,22 21:18,22
**McKinney** 81:4
**Mead** 64:10
**MeadWestvaco**
13:2 64:1

**mean** 8:1 32:8 38:1
39:14 40:2 43:6
54:22 55:13 61:17
61:18 69:6 76:16
91:11 95:14
**means** 101:9
**meant** 70:14
**mechanic** 19:22
**meet** 76:3 77:9,15
**meeting** 49:10
50:19,20 51:21
60:2,7 73:3,4
79:15 84:2 88:20
95:9
**meetings** 50:17
89:9
**Melanie** 1:23 2:6
3:13 6:1 101:21
**Melissa** 4:20 14:4
98:15
**mentioned** 19:4
50:21 64:11,13
81:19 98:19
**messed** 70:20
**met** 21:14 61:22
**METHVIN** 4:5
**MIDDLE** 1:2
**mid-August** 68:2
**might** 64:14 73:14
**MILES** 4:6
**mill** 10:12
**mills** 8:3
**mind** 55:14
**mine** 97:19
**minute** 85:9
**Misrepresentation**
93:5
**misrepresenting**
84:10
**misunderstood**
23:4
**money** 83:7

**MONTGOMERY**
4:8
**month** 53:2 62:13
93:18
**monthly** 95:13
**months** 20:9
**more** 40:13,22
60:10 93:11 100:2
**most** 41:15
**move** 52:12 54:14
**much** 26:22
**myself** 88:17
**M-a-h-r-t** 13:3

**N**

**N** 2:1 4:1 5:1 10:1
11:6 12:23
**Nabisco** 13:9 64:1
64:10
**NAC** 10:3 12:4,5,6
13:5,10,12,15
**name** 7:8 8:4 31:16
38:9 69:21 91:16
100:6
**named** 37:8 101:18
**names** 9:22 88:2
**National** 20:6,8,10
**nature** 72:22
**necessary** 3:1
**need** 28:1 80:12
95:23
**needed** 22:18 27:23
42:2 52:13,23
55:11 63:16 66:7
81:9 94:7 95:17
**negotiating** 45:19
**negotiations** 44:17
46:10,17,22 47:5
53:17,22 64:12
69:16 71:19 82:19
83:2 84:13 96:16
**neither** 101:15

American Court Reporting
toll-free (877) 320-1050

Page 7

**Nelson** 1:17 2:5
6:15,19 7:9 59:22
88:3
**never** 94:2
**next** 51:7 53:14,21
**night** 62:6,16 63:8
63:13 66:10
**Nine** 19:1
**nobody** 78:11
**Nods** 24:16 33:9
**normally** 96:11
**North** 2:12 4:15
6:12
**Notary** 2:8 6:3
**note** 87:19
**notes** 23:5 82:18
98:15
**Nothing** 67:6
**notice** 42:19,19
87:21,22
**November** 38:15
81:17 97:9,13
**number** 1:6 55:11
55:15 57:1 72:6
73:15 101:22
**numbers** 55:13
**N-A** 12:3
**N-A-T** 10:4

**O**

**O** 2:1
**object** 65:8 93:1
**objections** 3:2,6
**obtain** 17:15
**obviously** 45:13
67:1
**occasion** 51:5
**off** 8:13 25:3 26:6
29:11,13 34:1,3
37:11 49:14 58:6
69:16 74:14 85:19
86:13 94:6 96:5

**offered** 3:8
**office** 25:6 76:15
81:5
**offices** 2:10 6:9
**Oh** 10:6 14:6 69:9
85:12
**okay** 8:16 10:6 14:5
16:21 17:3 23:20
30:6,15 33:5
34:20 39:2 40:7,8
41:14 46:1,4 48:3
51:15 55:17 57:9
58:15,18 59:9,11
61:16,20 63:11
64:19 65:7 68:16
69:9 70:19 80:6
82:16 88:8 89:17
**one** 9:9 12:19 39:3
50:7 58:23 59:9
59:13 60:10 62:5
64:16 67:14 78:19
88:17 90:20 93:13
96:12
**ones** 15:3 64:6
65:10
**ongoing** 88:13
**only** 10:20 47:12
90:9
**oOo** 3:22 5:12
**Opelika** 7:14
**operate** 15:22
94:18
**operates** 81:21
**operation** 7:23
13:18 14:17 54:17
84:19
**operational** 53:5
**operations** 20:1,23
21:17 25:12
**opinion** 41:23 43:9
92:20 95:16 100:4
**opportunity** 32:14

**oral** 3:17 6:16
**orientation** 72:11
**original** 3:17
**originally** 74:8
**other** 8:20,23 9:19
11:1 15:2,12
16:10 19:19 37:16
39:15 40:1,13,17
42:7 44:15,21
47:5 50:6 53:5
56:9 59:1 62:23
65:14 66:21 86:11
94:6 99:3,14,16
**others** 64:5,11
**otherwise** 60:15
**out** 14:1,18 23:17
23:20 24:4 29:19
30:13,13 32:5
44:14 49:9 68:17
72:1,12,19 74:18
74:20 75:14,21
76:12 77:5 79:7,8
79:12 80:2,8 83:8
84:23 85:6,19,23
86:4 87:7,11 90:5
90:7 91:10,14
94:5 96:15,22
97:23
**over** 12:2 37:6
49:21 50:7 65:2
76:23 78:8 98:15
**Overnite** 17:21
18:17,23 19:20
20:4 26:2,3
**oversaw** 30:4,4
**own** 8:7,20 11:10
11:12 13:10,21
40:9
**owned** 8:9,17,23
9:10,18 16:13
78:17
**owner** 11:1 14:15

23:15
**owners** 11:2 14:20
15:13 38:22
**ownership** 22:22
22:23 23:18,23
24:7,9,12,15 28:5
99:22
**owner/operators**
16:1,4 28:16 56:1
56:4 57:7
**owning** 99:21,21
**O-v-e-r-n-i-t-e** 26:9

**P**

**P** 2:1 4:1,1
**page** 5:3 9:13 59:19
91:1
**paper** 8:3 10:12
12:17,20 13:6
63:23 83:9
**paragraph** 85:17
**part** 9:10,18 18:1,4
28:22 33:2 39:22
41:15 45:23 64:19
73:10 97:22
**Partially** 9:2
**parties** 2:3 3:5
101:16
**partners** 15:2
**part-time** 56:11
98:21
**past** 66:2
**Pate** 4:19
**payable** 35:9
**paying** 89:12
**payments** 85:20
86:13,21,23
**people** 63:15 75:8,9
84:19 86:10
**per** 53:2
**percent** 39:7,7 72:7
**percentage-wise**

41:21
**performing** 92:2
**period** 67:20 85:21
**person** 49:21,23
57:10 81:5
**personnel** 20:1
37:1
**Petix** 1:23 2:6 3:13
6:1 101:21
**phone** 49:22 66:19
**pick** 10:15
**picked** 64:14 69:18
**piece** 83:9
**place** 25:14 32:15
64:16 70:10
**PLAINTIFF** 4:3
**Plaintiffs** 1:10
**plan** 24:12 28:17
28:19,20 29:1
95:19
**planning** 26:18
**plans** 50:5
**please** 3:19 7:3,8
24:18 73:8
**point** 9:9 19:6
48:11
**PORTIS** 4:6
**position** 32:4
**possible** 55:9
**postgraduate** 17:17
**potential** 44:21
47:5
**Prattville** 13:7
**predecessor** 31:13
**preparation** 83:5
83:11 90:23
**present** 4:18 73:2
73:12,12,13,14
76:10 88:11 92:5
92:8
**presently** 64:18
**President** 41:7,8

American Court Reporting
toll-free (877) 320-1050

| | | | | |
|---|---|---|---|---|
| **pretty** 26:22 45:12 | 15:6 16:15 | 33:22 34:11 | **relating** 2:21 | **right** 9:14,17,21 |
| **previously** 58:9 | **purchaser** 44:22 | **ratio** 96:12 | **relationship** 68:22 | 10:2,8 17:2 19:7 |
| **prior** 3:9 44:4,19 | **purchasing** 41:11 | **ratios** 53:3,6 | **remember** 13:13 | 20:18 25:5 26:9 |
| 50:10,18 63:10,11 | 49:2 | **reach** 48:11 | 27:6 34:6 44:10 | 27:17 28:7 35:16 |
| 68:1,2 74:20 | **purpose** 42:16 | **reaction** 80:6 | 50:3 52:2,22 54:1 | 39:17 46:8 56:22 |
| 75:15 85:6 | **purposes** 53:16 | **reading** 2:17 | 54:7,11 55:10,13 | 57:10 64:7 70:16 |
| **probably** 14:3 41:3 | **pursuant** 6:6 | **realign** 94:16 | 55:15 58:4 59:3,6 | **Riverwood** 100:5 |
| 43:15 44:11 52:17 | **pursue** 44:15 | **really** 18:11 36:14 | 60:13,14 62:13,21 | **road** 10:14 72:21 |
| 53:23 57:10,23 | **put** 9:3 56:4 76:21 | 43:7 55:4 79:20 | 67:19 69:21 71:8 | 95:22 |
| 69:14 70:8 72:7 | 83:9 87:15 89:4 | 96:9 | 72:4 88:14,16 | **ropes** 18:14 |
| 96:8 97:12 | **P.C** 4:6,13 | **recall** 33:4 39:8 | 90:1,2,12,21 91:3 | **roughly** 19:2 22:5 |
| **problems** 93:22 | **p.m** 87:20 100:23 | 47:13 48:23 51:2 | 91:8,9,10,12 | 25:18 27:16 34:6 |
| **Procedure** 3:12 6:7 | **P.O** 4:7 | 51:14,15,17 52:8 | **replaced** 36:11 | **route** 72:5 |
| **proceedings** 6:17 | | 52:18,21 58:10,19 | 69:10 91:12 | **Rule** 3:10 |
| **Profitt** 37:9 | **Q** | 59:16 60:8 61:4 | **replacement** 42:23 | **rules** 2:21 3:11 6:6 |
| **program** 18:12 | **qualification** 89:14 | 64:6 65:13 67:14 | **Reporter** 1:22 2:7,8 | 32:11 |
| 19:5,10 | **qualified** 73:21 | 70:22 71:10,21 | 3:14,15,21 6:2,3 | **run** 28:2,4 96:12 |
| **programs** 32:15 | 77:2 | 72:2,3 76:13,16 | 7:1 | **Runs** 25:14 |
| **project** 42:21 | **qualify** 62:20 71:13 | 78:21 82:14 84:7 | **repossessed** 92:7 | |
| **prompted** 97:14 | 77:8 | 84:8,11 87:1 | **representation** | **S** |
| **proposal** 51:10 | **qualifying** 79:18 | 88:16,20 89:2,4 | 64:2 | **S** 2:1,1 4:1 5:7 |
| 52:3,6,10 | **question** 56:20 74:2 | 89:16 90:20 91:7 | **representatives** | **safety** 20:1 30:11 |
| **provide** 64:23 | 74:9 75:8 87:6 | 92:18 97:5 | 75:16 | 30:17 32:3,7 |
| **provided** 65:6 | **questioning** 74:14 | **receivable** 36:1 | **represents** 101:10 | 34:11 37:1 74:2,9 |
| 67:12 93:7 | **questions** 3:3,4 | **received** 62:5 66:4 | **reps** 67:18 | **Saith** 100:20 |
| **provider** 69:3 | 73:15 74:7 75:5 | **recess** 80:15 98:17 | **reputation** 95:7 | **sake** 16:22 |
| **Public** 2:8 6:3 | 80:18 82:9,13 | **record** 8:13 26:6 | **required** 93:8 | **sale** 16:7 50:12 |
| **pull** 80:8 | 84:18 100:16,18 | 29:11,13 34:1,3 | 100:13 | 64:17 66:16 68:1 |
| **pulled** 84:23 96:15 | 101:7 | 37:11 49:14 58:6 | **requirements** 73:5 | 85:5,20 |
| 96:22 | **quit** 69:12 71:18,22 | 61:17,19 74:12 | **resolve** 33:21 | **sales** 19:23 21:1,8 |
| **pulling** 42:8 79:8 | 81:15 | **records** 73:19 | **responsibilities** | 21:17 22:10,16,17 |
| 85:6 | | **recruit** 27:18 | 99:13 | 25:3,8,11 30:4 |
| **purchase** 15:8,9 | **R** | **reference** 38:20 | **restructure** 95:18 | 37:6 53:1 67:18 |
| 23:6,9 35:12 39:5 | **R** 4:1 47:22,23 | 63:8 88:6 | **result** 101:17 | 68:13 |
| 46:13,14,18 53:15 | 48:15,19 84:13 | **referring** 86:8 | **retain** 54:15 94:19 | **salespeople** 37:7 |
| 53:17 55:3 57:14 | 85:11 92:17 96:16 | **reflect** 23:5 | **retained** 3:20 | **same** 2:19 3:20 |
| 57:22 59:4 60:3 | **race** 98:3 | **regard** 60:19 | **returns** 83:12 | 9:13 12:10 23:1 |
| 60:11,16,19 61:9 | **Rainbow** 38:5 | **regarding** 95:10 | **revenue** 53:2 | 23:10 24:12 26:23 |
| 71:9 77:10 80:19 | **Randall** 36:11 | **Regional** 15:19 | **review** 57:13 72:10 | 46:18 56:5 72:13 |
| 81:1 84:17 85:5 | 73:13 | **regroup** 80:10 | 72:18 73:18 | 84:1 90:6 |
| 92:22 | **range** 55:20 | **regrouping** 80:12 | **reviewed** 75:3 | **satisfaction** 79:1,3 |
| **purchased** 14:21 | **rapidly** 52:12 | **related** 10:23 | **reviewing** 93:16,23 | **satisfactory** 32:12 |
| | **rating** 20:2 32:4,8 | | | |

www.AmericanCourtReporting.com
January 19, 2007

| | | | | |
|---|---|---|---|---|
| 34:13 | 6:2 | 98:11,11 99:4,21 | 27:7 34:8 69:5,6 | sworn 6:20 |
| Saugahatchee 7:16 | Shortly 28:9 | 99:21 | state 2:9 6:4 7:8 | Sycamore 47:15 |
| saw 57:21 58:19 | show 58:8,15,22 | somebody 18:19 | 101:2 | |
| saying 62:6 91:9 | 82:7 85:13 87:17 | 28:2 39:4 61:3 | statement 62:7 | **T** |
| says 87:20 | 90:13 91:4 92:13 | someone 16:9 | statements 83:6 | T 2:1,1 5:7 |
| school 17:5,8 | shuttle 10:17 | something 25:4 | STATES 1:1 | take 10:11,12 31:17 |
| Scottsdale 45:8 | sign 65:6 | 28:21 50:14 53:18 | statistics 53:5 | 49:11 53:11 80:12 |
| second 31:13,14 | signature 2:16 | 58:13 63:16 93:10 | status 13:14 14:9 | 83:10 |
| 49:12 65:12 85:16 | 59:20,21,23 | 93:11 | 38:10 | taken 2:6 3:18 86:3 |
| 91:1 | signed 60:4,12 61:4 | sometime 41:3 | stay 20:19 29:15 | 87:7 101:6 |
| secure 55:8 | signing 81:2 | 43:15 44:11 79:21 | stayed 29:19 77:5 | taking 2:22 65:2 |
| see 55:19 82:14 | similar 46:16 | sometimes 99:22 | steer 70:6 | 85:23 |
| 94:3 | simplicity's 16:22 | somewhere 20:18 | stenotype 101:7 | talk 48:4 57:10 |
| seeing 58:11 59:3 | Since 43:11 | 22:6 55:19 | Stevenson 13:4 | 68:9 87:16 98:14 |
| seek 60:18 80:23 | single 93:13 | soon 54:21,23 55:1 | still 11:19 13:18 | talked 85:2 96:8 |
| seen 43:6 58:12 | sir 65:9,23 | 61:12 | 14:17 20:15 37:2 | talking 9:16 24:4 |
| 83:17 90:15,17,19 | situation 87:23 | sorry 24:3 33:10 | 42:13 78:16 81:11 | 30:1 34:8 37:19 |
| sell 44:1 66:15,16 | six 20:9 | 37:19 46:5 56:21 | 100:11 | 46:18 53:19 70:2 |
| 95:17,20 96:2 | skeptical 63:15 | sought 80:20 | stipulated 2:2,15 | 70:3 85:10 88:16 |
| 97:3 | small 15:2 28:13 | South 25:22 26:20 | 2:23 | 93:17 |
| selling 44:4 49:9 | 76:15 | 26:21 | stipulations 6:8 7:2 | tax 83:12 |
| 50:14 85:3 96:6 | Smith 45:2,7,20 | Speaking 80:11 | stock 15:8 | teleconference 4:18 |
| send 52:15 75:15 | 46:22 47:11,16,19 | specialized 7:22 | stop 41:2 42:4 | telephone 63:7 |
| sent 59:12,14 75:13 | 48:16,19 84:13 | specific 12:14 | stopped 40:21 | tell 29:7 34:18 42:6 |
| 75:21 82:10 | 85:11 92:17 96:17 | 42:21 55:10 66:23 | store 40:23 | 43:5 73:7 77:12 |
| separate 88:15 99:9 | Smurfit-Stone 13:3 | 72:6 88:14 | street 2:12 4:15 | 84:4 95:15 |
| separated 27:15 | sold 16:12 65:17,18 | specifically 30:2,7 | 6:12 95:7 | terminal 19:17 |
| separation 98:6 | 96:17 | 34:18 43:22 54:10 | stuff 52:14 | 20:12 |
| September 23:10 | sole 38:22 | spend 83:8 | subsequently 69:2 | terminated 32:1 |
| 69:14 70:8 96:11 | some 19:6 22:21 | split 40:19 98:12 | substance 51:3 | 36:17,19,22 46:22 |
| service 8:2 10:10 | 23:18 33:1 39:15 | spotting 8:2,6 10:1 | sucked 85:18 | terms 55:3 |
| 12:7 26:18 53:4 | 40:1 43:6 44:15 | 10:10,21 11:2,6,7 | Suite 2:12 4:15 | testified 6:21 |
| 66:2 | 52:13,14 53:3 | 12:7,13,16,16 | 6:12 | testimony 1:16 |
| services 65:1 81:22 | 55:13 59:5,15 | 13:1 56:15,17 | Sunbelt 24:22 | 3:18 33:1 101:12 |
| 88:1 | 62:23 63:2 64:13 | 98:1,8 | 25:16 27:13 | testing 33:2 70:17 |
| set 12:14 | 64:14 66:4,7 | spring 48:6 | Sunday 62:5,15 | tests 72:21,21 |
| Seven 7:19 | 67:18 73:22 74:6 | standard 32:16,19 | 63:8,13 66:10 | their 2:4 18:11 |
| several 14:19 | 74:7 75:5 80:18 | standards 76:4 | supposed 64:21 | 32:11 66:17 67:18 |
| Shakes 86:17 | 82:9 84:18,19 | standpoint 63:17 | sure 7:4 31:7 33:16 | 69:21 73:19 74:9 |
| shop 81:8 | 85:5 86:9,9,10 | start 15:5 16:23 | 41:13 43:16 61:19 | 75:9 77:20 78:23 |
| Short 80:15 98:17 | 90:7 92:5 94:6 | 44:10 97:10 | 74:5 79:22 91:18 | 79:2 87:23 95:16 |
| Shorthand 2:7 3:14 | 95:20 96:17 98:10 | started 18:2 25:3 | 97:6 | thereto 3:9 101:8 |

American Court Reporting
toll-free (877) 320-1050

Page 10

thing 10:20 12:10
  23:1 55:7
things 19:19 30:2
  32:17 39:16 72:21
  83:15
think 28:15 36:23
  44:14 47:11 48:13
  48:22 53:3 61:1
  64:14 70:14 73:14
  78:18 79:5 83:19
  94:1 96:7,11
thinking 49:8
  50:14
though 31:5 69:22
thought 24:3
three 26:13 32:12
  50:5 88:2 96:12
through 2:4 64:15
  69:4,22 74:1
  79:11 91:22
throughout 45:20
Thursday 79:5
  90:8
time 3:7,7 9:9 18:1
  18:2,4,10 19:1,6
  23:10 24:1,2,7
  26:23 27:2 29:16
  31:3,8,13,14
  34:10 37:1,20
  39:3 40:13 43:8
  47:7 54:5,7 57:21
  62:2 64:17 67:19
  69:20 79:19 80:10
  87:5 88:17 93:11
  93:11,15 94:15
  96:4
times 14:19 31:2,10
title 19:11,12 26:22
  29:22 36:7 41:6
today 31:21
together 43:21
  52:15

told 49:6 52:7,8
  68:6 74:9 75:7
  79:4,7,9 91:16
TOMLINSON 4:4
  7:4 93:1 100:17
top 88:3
total 57:1
Tower 2:11 4:14
  6:11
tractors 15:21
  28:14 77:21 95:22
  96:12
trades 81:6
trailer 10:14
trailers 10:11 77:21
  95:20,23 96:3,13
  96:17 97:3
training 18:12 19:5
  19:10
transcribed 101:8
transcript 3:17
  101:11
transcription 101:9
Transfer 10:9
  14:15 22:1 24:22
transpire 69:2
Transport 25:21
  26:12,16,19 27:4
  27:13
transportation
  17:21 32:10 65:1
  69:3
trial 3:7
truck 22:19 53:2
trucking 1:8 7:22
  9:10,12 10:3,7
  12:9,12 14:9
  15:16 18:15 20:14
  27:5,10 28:6,11
  30:2,23 32:18
  33:16 36:8 38:11
  38:14,23 40:9,14

40:18,20 41:6,9
  41:19 42:5,8 43:3
  43:10,13,21,23
  44:20 45:4,19
  47:4,18,20,21
  48:4,11,19 49:2
  51:22 55:18 57:2
  57:15,18 67:9
  68:18 69:13 70:10
  70:12 74:23 75:14
  77:20 78:1,9,12
  80:7 81:16 82:2
  82:11 85:3 86:1
  86:22 91:13,20
  92:1,4 95:11,17
  97:11 99:17 100:8
Trucking's 34:11
  34:16 35:18 55:22
  68:21 83:5 89:13
truckload 15:18
  18:18 26:1
trucks 90:5 99:19
true 101:11
try 14:23 40:4
  54:23 96:4
trying 40:16 73:20
  73:21 94:13,16
  96:23
Tucker 81:4
Tuesday 62:7,10,12
  63:9 67:2
turned 97:6
turnover 53:3,6
two 8:19 14:3 21:11
  22:4 31:1,10
  47:12 58:22 59:3
  59:16 65:13
two-week 42:19
type 15:16 17:14
  46:12,19 60:18
  85:5
typewritten 59:22

**U**

U 2:1
U 2:1
Uh-huh 23:7 26:4
  80:3 98:7,22
unable 96:2
unauthorized 67:8
under 32:5 55:22
  56:5
understand 35:22
  36:10 40:5 57:5
  59:9 62:18 78:11
understanding
  40:6 61:7 63:5
understood 61:11
  61:21
UNITED 1:1
University 17:11
unless 87:15
unrelated 68:14
until 19:2 22:7
  23:12 29:16,16
  90:8 96:11
UPS 18:21,22
use 65:15,16,18,20
used 50:6
using 69:12 86:9
Usual 7:1
USX 62:19
U.S 1:12 34:7 39:6
  43:20 44:17 46:17
  48:8,23 49:1,9,17
  50:9 51:8,19,22
  57:17,18 62:3,19
  62:23 64:18,20,23
  65:15,17,19 66:8
  67:7 68:8,11,14
  69:15,23 70:14
  71:12,19,23 72:8
  73:4,11 74:2,18
  75:3,8,12,15,16
  75:21 76:2,3 77:6
  77:7,19 78:22

80:1,8 82:18
  83:20 84:5,9,22
  85:6 87:22 89:12
  92:20 94:1 95:23
  96:15,21,22

**V**

vague 99:23
venturing 78:6
version 59:12
versions 59:17
Very 36:4 84:14
via 4:18
vice-president 30:8
Volvo 35:19
VP 20:23 21:16
  25:12
VP-operations
  22:10 25:10 29:23
vs 1:11

**W**

Wabash 67:15
  68:22,23 69:12,19
  88:7,8,10 94:23
  95:4,4
Wachovia 2:11
  4:14 6:11
Waco 25:1,2,5
Wadley 54:18
  62:19 71:13 72:5
  75:17
Wait 85:9
waived 2:18
want 27:21 39:18
  61:18 65:15 66:12
  87:16 97:23 98:3
wanted 44:14 50:8
  52:11,12 54:14
  66:13,14 84:17
wanting 55:8
wasn't 36:17 42:20
  43:12 64:17 69:23

American Court Reporting
toll-free (877) 320-1050

| | | | | |
|---|---|---|---|---|
| 77:4 79:10,11,12 | 76:10,14,22,23 | 39:6 43:21 44:17 | **0** | **3:06-CV-351-MEF** |
| 79:15 80:2 87:10 | 77:1 84:12,15 | 46:17 48:8 49:1,1 | 05 38:15 49:4 55:18 | 1:6 |
| **wasted** 94:15 | 86:12,16,18,20 | 49:9,18 50:9 51:8 | 67:23 97:9 | **3:45** 87:19 |
| **way** 9:3,8 19:14 | 88:11,15 91:9 | 51:19,23 57:17,18 | | **35** 58:10 |
| 29:16 33:23 39:8 | 92:5,10 93:20 | 62:3,19 63:1 | **1** | **35203** 2:13 4:16 |
| 39:13 40:6 76:22 | 94:16,17,18,19 | 64:20,23 65:15,17 | **1st** 50:13 | 6:13 |
| 89:5 101:17 | 96:2,5,13,16 97:2 | 65:19 66:8 67:8 | **11:00** 1:20 2:14 | **36103-4160** 4:8 |
| **ways** 97:1 | 97:16,19,19,20 | 68:8,11,14 69:15 | 6:14 | **37** 58:16 |
| **week** 59:14 63:4,9 | 98:20 99:2,4,9 | 69:23 70:15 71:12 | **120** 87:21 | |
| 71:23 76:4 77:15 | 101:8 | 71:20,23 72:8 | **13** 82:8 | **4** |
| 80:5 81:17 89:15 | **weren't** 80:9 87:8 | 73:4,11 74:3,18 | **13th** 87:19 | **40** 59:1,10 72:7 |
| 89:22 | **whatsoever** 93:23 | 75:3,9,12,15,16 | **15** 3:13 | **4160** 4:7 |
| **weeks** 51:9 | **while** 21:17 76:13 | 75:22 76:2,3 77:6 | **160** 55:19 57:5 | **42** 85:14 |
| **well** 11:7 18:1 | **whole** 27:2 | 77:7,19 78:22 | **1600** 2:12 4:15 6:12 | **420** 2:12 4:15 6:11 |
| 24:15 55:12 76:21 | **winter** 45:17 46:6 | 80:1,8 82:18 | **170** 55:19 57:6 | **4205** 7:16 |
| 96:7 98:13 | **witness** 2:18 6:15 | 83:21 84:5,9,22 | **19** 1:19 2:14 3:18 | **44** 87:18 |
| **went** 18:9 22:20 | 101:12 | 85:6 87:22 89:12 | 6:13 | **45** 59:2,14,20 61:5 |
| 23:11 28:11 50:7 | **words** 65:14 | 92:21 94:1 95:23 | **1980** 19:2 20:15 | 80:19 |
| 94:12 96:18 | **work** 10:19 16:19 | 96:15,21,22 | **1988** 3:13 | |
| **were** 5:9 6:17 12:13 | 17:19 18:4,8,10 | | **1994** 30:14 | **5** |
| 14:11,20 15:1,12 | 18:22 21:4,9 | **Y** | | **5(d)** 3:10 |
| 16:6 20:7 21:2,12 | 22:11,13 23:8 | **yard** 10:18 | **2** | **57** 90:14 |
| 21:17 22:2,21 | 27:12 28:8,11 | **yeah** 14:6 15:7 22:8 | **2:30** 100:23 | **58** 91:5 |
| 23:15,23 24:3 | 70:7 80:2 81:7 | 25:19 50:16 51:6 | **20** 28:16 39:7 | |
| 25:5,8,15 26:11 | 86:10 92:3 | 65:5 79:23 88:19 | **20th** 2:12 4:15 6:11 | **6** |
| 26:23 27:15 28:5 | **worked** 23:12 | 95:13 | **2004** 30:14,16 31:4 | **66** 17:6 |
| 28:15 29:2 30:16 | 31:14 81:7,8 | **year** 12:1,2 17:23 | 31:7 34:17 41:3 | |
| 33:17 34:15,23 | **working** 31:21 79:7 | 25:17 27:6 34:9 | 41:18 43:16 44:12 | **7** |
| 36:3 37:6,6 38:17 | 79:12 81:15 | 41:4 46:3,4 | 45:10,23 47:8 | **7** 5:4 |
| 38:22 39:10 40:4 | **works** 78:12,16 | **years** 7:19 8:19 | **2004-2005** 37:20 | **71** 18:3 |
| 41:5 42:7 44:16 | 81:13 | 14:3 18:2 19:1 | **2005** 31:4,6 34:17 | |
| 45:9 46:9 49:10 | **wouldn't** 82:4 86:7 | 20:21 21:11 22:4 | 36:10 43:4 44:4 | **8** |
| 51:21 54:13,15,17 | 87:12 94:14 | 26:13 | 44:19 45:18,20 | **80** 15:23 39:6 |
| 54:22 55:7,15,21 | **writes** 85:18 | **y'all** 27:15 50:23 | 46:2,7 47:8 48:7 | **81** 20:16,17 92:14 |
| 56:17,23 61:8,11 | **written** 28:19 34:23 | 75:7 98:5 | 48:17 81:17 86:23 | **88** 15:7,8 23:6,11 |
| 61:13,13,21 62:6 | 51:16 82:17,23 | | 87:19 | 23:16,21 |
| 63:1,15,20 64:21 | 98:6 | **Z** | **2007** 1:19 2:14 3:18 | |
| 65:2,12,16 66:3 | **wrong** 40:7 | **Zellner** 10:9 12:11 | 6:13 | **9** |
| 66:11,15,15 68:12 | | 14:15,21 16:7 | **22nd** 63:5 76:5 | **9/13/08** 101:23 |
| 68:13 71:1,3,11 | **X** | 22:1,3,9,11,20 | 77:16 89:15 | **90** 22:6,7 23:13 |
| 72:5,10 73:2,20 | **X** 5:1,7 | 23:5,12,15,17 | | **90s** 15:1 |
| 74:7,13 75:10 | **Xpress** 1:12 34:7 | 24:5,20 | **3** | **91** 22:6,7 23:13 |
| | | | | 27:16 |

American Court Reporting
toll-free (877) 320-1050

**92** 25:18
**95** 27:8,16 28:12
29:6,17