93

```
1   process is to qualify the driver under U.S. Xpress
2   standards and to get the driver to accept those
3   standards and become either an independent contractor or
4   an employed driver of U.S. Xpress.
5        Q    So physically all these drivers are brought in,
6   right?
7        A    They're brought in or coordinated in other
8   locations.
9        Q    I guess what you're telling me is if I want to
10  find out the details of that, I've got to go talk to Russ
11  Moore?
12       A    Russ Moore or Al Hingst. I don't know the
13  details. I can't help you.
14       Q    Okay. How long did the process last, if you
15  know?
16       A    I recollect that it was approximately two to
17  three weeks.
18       Q    Were you doing anything during this two to
19  three weeks?
20       A    The only thing I was involved in, again, as
21  facilitator was to try to drive the process forward.
22       Q    Were the other due diligence -- were the other
23  aspects of the due diligence pretty much finished at that
24  point?
25       A    Well, the other aspects would be -- there was
```

COOK & WILEY, INC.

94

```
1   only, you know, asset purchase and driver qualification.
2   The asset purchase still had no payoff -- no final
3   payoff statements and no factoring agreement, so that
4   still was incomplete. That was still being gathered.
5        Q    Were you doing anything proactively to deal
6   with the asset purchase end of things or were you just
7   waiting on G.F. Kelly?
8        A    No. I was proactive, and every day I would
9   beat up basically Nelson Chastain and Guy Kelly on
10  where's the information. I use the term beat up, but
11  basically it was my role to aggressively pursue those
12  individuals to try to stay on target.
13       Q    You said it took two or three weeks?
14       A    Well, I recollect it was two to three weeks.
15       Q    What happened at the end of the driver
16  qualification process?
17       A    The driver qualification process had not been
18  completed, and the determination was made by the
19  group -- the senior management group that has to make
20  these decisions -- that there would not be enough
21  drivers qualified to meet the requirements and that the
22  assets were in such poor condition that there would be
23  no value -- as part of the conditions of the contract,
24  the assets had to be conveyed free and clear and that
25  the order liquidation value was -- by the time it met
```

COOK & WILEY, INC.

95

```
1   the spec requirements, it was before -- would have been
2   below the debt and repair requirements of that
3   equipment.
4        Q    All right. You mentioned a senior management
5   group.
6        A    Yes, which is Ray Harlin Jeff Wardeberg.
7        Q    It's your testimony that Ray Harlin and Jeff
8   Wardeberg were the people on behalf of U.S. Xpress that
9   made the determination that there were not enough drivers
10  to qualify?
11       A    Yes.
12       Q    It's your belief that they needed 135 drivers
13  to qualify?
14       A    I don't know the exact number. I don't have
15  the contract in front of me.
16       Q    Do you know how many drivers did qualify?
17       A    No, I don't.
18       Q    How did you learn that the senior management
19  group had decided that G.F. Kelly Trucking couldn't put
20  together enough drivers to qualify?
21       A    We had a meeting the day of termination. We
22  had a meeting with Al Hingst, Dennis Farnsworth, Lisa
23  Pate, Ray Harlin, and Jeff Wardeberg to discuss whether
24  we move forward with the transaction or not.
25       Q    Where was that meeting?
```

COOK & WILEY, INC.

96

```
1        A    It was a conference call.
2        Q    Did anyone reveal on that conference call the
3   number of drivers that did qualify?
4        A    Not that I recall.
5        Q    Who made the decision to terminate the process?
6        A    The authoritative decision is Ray Harlin and
7   Jeff Wardeberg.
8        Q    Was that decision made on this conference call?
9        A    Yes.
10       Q    What was your understanding of the reasons as
11  to why the potential conversion of G.F. Kelly was
12  terminated?
13       A    The reasons that were determined in the
14  conference call were the number of drivers that could
15  qualify, the quality of the equipment and the valuation
16  of the equipment, and the missing documentation required
17  for closing, which was payoffs and factoring
18  information. Combination of all those events.
19       Q    The missing documents, that was -- that kind of
20  fell under your umbrella, correct?
21       A    That's correct.
22       Q    You were the guy that was in charge of getting
23  those documents for U.S. Xpress, correct?
24       A    Correct.
25       Q    Did you opine or say that it was your opinion
```

COOK & WILEY, INC.

1   they could never get the documents? I mean, I thought
2   the last time we talked about this, you said, Hey, I've
3   been beating up on them trying to get the documents.
4           Did they tell you they could not provide them?
5       A    Guy Kelly continued to say that he could
6   provide those.
7       Q    So you're saying despite Guy telling you that
8   he was going to get the documentation you need, you
9   decided that he couldn't get it?
10      A    We decided based on all the conditions that
11  were required per the contract, that they couldn't be
12  met and therefore it decided to terminate.
13      Q    Well, what evidence do you have that this third
14  condition couldn't be met, that they couldn't provide the
15  documentation you were asking for?
16      A    Even if the third condition could be met, the
17  closing still couldn't take place because we didn't have
18  the proper number of drivers to close the deal.
19      Q    Is that really what killed it?
20      A    Yes.
21      Q    The asset valuation, wouldn't that just affect
22  the final price?
23      A    No, because there was no final price when you
24  take that into consideration. The only price there was
25  was the number of dollars associated with the drivers.

COOK & WILEY, INC.

---

1   Okay? So at 135 drivers, $2,000 or whatever the number
2   of drivers you got there -- let's say you have $27,000.
3   The valuation of the assets and the quality of the
4   assets at that point was -- it would have cost more.
5   There would be no value on the table.
6       Q    Well, doesn't U.S. Xpress gain the value of --
7   after the conversion goes through of gaining profits from
8   continuing that business on?
9           MR. HALL:  Object to the form.
10      Q    You can answer unless he tells you not to.
11          MR. HALL:  I'll tell you when you don't need to
12      answer.
13          THE WITNESS:  Okay.
14      A    U.S. Xpress and Guy Kelly and every trucking
15  company out there is in the business to generate margin
16  and income. Having drivers generates margin and income.
17  Having revenue does not necessarily generate margin and
18  income. There would be a benefit of having drivers to
19  go forward with. There would be -- not be a benefit if
20  as part of the conditions of taking those drivers, the
21  price for those drivers became more than the benefit
22  that you would gain from those drivers.
23          So I would not buy a tractor that is valued at
24  $50,000 and pay -- and take on a loan of $80,000 if I got
25  the driver with that tractor, because there would be no

COOK & WILEY, INC.

---

99

1   profit margin generated by that driver within that
2   tractor into the future.
3       Q    So are you saying that the senior management
4   folks at U.S. Xpress decided that the price of buying the
5   drivers was too high in comparison to the assets or
6   whatever would be received from the ultimate purchase of
7   G.F. Kelly?
8       A    Yes.
9       Q    Is there a certain acceptable ratio or margin
10  or percentage that has to be in place before the decision
11  is made that the cost of the drivers is worth purchasing
12  the business?
13      A    There's not a solid formula number. Every
14  situation has to be thought through. If you have a
15  piece of equipment that doesn't cost you anything to
16  deal with, the debt is equal to what the value is, and
17  if you don't have to do any repairs to that piece of
18  equipment and you're going to pay X. for a driver, then
19  in that particular one instance, I would perhaps buy
20  that tractor and that driver.
21      Q    Every asset that was contemplated in the
22  purchase was reviewed by U.S. Xpress, correct?
23      A    No.
24      Q    Who was the person that would know the most
25  about the review and valuation of G.F. Kelly's assets for

COOK & WILEY, INC.

---

100

1   potential purchase by U.S. Xpress?
2       A    Jerry Elkins, Mike Murphy.
3       Q    Did you hear -- well, were Jerry Elkins or Mike
4   Murphy on this conference call we've been talking about
5   with the senior management group?
6       A    Not that I recall.
7       Q    Who is the person on the conference call that
8   said the assets aren't worth what they need to be worth?
9       A    I don't recall exactly who would have made
10  that statement, but it would either have been Jeff
11  Wardeberg, Ray Harlin, or myself.
12      Q    Well, what was your feeling about the assets at
13  that time?
14      A    My feeling about the assets at that time,
15  which had been conveyed to Guy Kelly, was that based on
16  the information provided to me by Jerry Elkins and Mike
17  Murphy was that his tractors and trailers were in
18  serious disarray.
19      Q    Did you ever hear anyone at U.S. Xpress give a
20  value to those assets?
21      A    The value to those assets were determined by
22  an outside company, Taylor & Martin, which U.S. Xpress
23  uses in a regular basis. Taylor & Martin works auctions
24  of equipment across the country and creates valuations
25  based on those auctions.

COOK & WILEY, INC.

1    Q   So Taylor & Martin is the entity that looked at

2  all the assets or valuated all the assets for U.S.

3  Xpress?

4    A   Based on book valuation, not physical

5  valuation. The process is we do a book valuation --

6  U.S. Xpress does a book valuation, then does a physical

7  sampling review of those assets to determine whether or

8  not they will meet the conditions of the contract, which

9  is basically trade spec. I believe 50 percent brakes,

10  50 percent tires.

11        MR. CARTER:  All right. Let's take a break.

12

13        (Recess taken.)

14

15    Q   Before we gave your lawyer a break, we were

16  talking about assets, right?

17    A   Correct.

18    Q   You said there were two types of asset

19  valuation, one you refer to as a book valuation?

20    A   Yes.

21    Q   That was conducted by third party, correct?

22    A   Yes.

23    Q   And you also mentioned a physical asset

24  valuation, correct?

25    A   Yes.

COOK & WILEY, INC.

---

1    Q   And the physical asset valuation of G.F.

2  Kelly's assets was conducted by U.S. Xpress, correct?

3    A   Yes.

4    Q   Who conducted it?

5    A   Jerry Elkins, Mike Murphy.

6    Q   The book valuation comes up with a number,

7  correct?

8    A   Yes.

9    Q   Do you remember what that number was?

10    A   The book valuation was that Mr. Kelly was

11  significantly what we -- quote, upside down on the

12  tractors, which means he owed more than the value of the

13  tractors; and on the trailers, he was favorable on his

14  trailers by just about an equal amount. So as a whole,

15  all trailers and all tractors put together would have

16  resulted in most likely a break-even valuation.

17    Q   And that was acceptable to U.S. Xpress?

18    A   That determination by itself alone was not

19  made. Under the initial valuation before everything was

20  done from a due diligence point of view, Mr. Kelly had

21  represented to U.S. Xpress that he had approximately a

22  million dollars of equity in his total assets.

23    Q   Well, how does that relate to the -- are you

24  saying that U.S. Xpress or this third party valuated his

25  assets and said there were less than a million dollars?

COOK & WILEY, INC.

---

103

1    A   A third party valuation of the assets in

2  comparison to the liabilities that were determined based

3  on the due diligence review resulted in approximately a

4  break-even scenario between the total value of his

5  equipment versus what was verbally represented

6  throughout the process.

7    Q   Well, the fact that the assets were in a

8  break-even situation, was that a deal killer?

9    A   By itself, no, based on the book valuation.

10    Q   Okay. So we talked about three things: Number

11  of drivers, the assets, and the missing documents,

12  correct?

13    A   Correct.

14    Q   You said that even if Guy Kelly would have

15  provided you with the missing documents, it wouldn't have

16  mattered, correct?

17    A   Correct.

18    Q   You said that the book valuation of the assets

19  showed that everything was a break-even and that was not

20  a deal killer by itself, correct?

21    A   Correct.

22    Q   But the qualification of the drivers was a deal

23  killer by itself, correct?

24    A   Yes.

25    Q   And you've already testified that's the real

COOK & WILEY, INC.

---

104

1  reason for killing the deal, correct?

2    A   Correct.

3    Q   When did anyone from U.S. Xpress first

4  communicate to Guy Kelly that the deal was off and the

5  deal was off because of the driver qualification?

6    A   The day the contract was terminated.

7    Q   How was that communicated to Guy Kelly?

8    A   That was communicated to Guy Kelly by the --

9  in the physical presence of Al Hingst and myself being

10  on a telephone.

11    Q   Al was in Wadley?

12    A   Al was in Wadley.

13    Q   You were up here?

14    A   I was in Richmond.

15    Q   On a speaker phone?

16    A   On a regular telephone.

17    Q   Could you hear everybody talk?

18    A   Yes.

19    Q   Tell me what you remember about this meeting

20  from your aspect of the call.

21    A   What I remember from the conversation, the

22  aspect of the call was that Al Hingst and Guy Kelly

23  called me, Al went in and told Guy to call me on the

24  phone, we are on the phone all together, and it was

25  communicated at that time.

COOK & WILEY, INC.

1    Q   What did you hear -- strike that.
2      What did you hear Al say to Guy?
3    A   I did not hear Al -- any Al conversation to
4 Guy.
5    Q   So you could not hear Al talk, correct?
6    A   When I was on the phone, I believed we were
7 all on speaker phone together.
8    Q   Okay. So I don't understand how come you
9 couldn't hear Al.
10    A   What I'm saying is Al didn't make any specific
11 statements when I was on the phone talking to Guy Kelly.
12    Q   All right. Well, who is the person that told
13 Guy Kelly the deal was off?
14    A   I told Guy Kelly the deal was off.
15    Q   And why were you the person to tell him?
16    A   Because I was the one who facilitated the
17 process.
18    Q   Because somebody instructed you to do so,
19 right?
20    A   Yes.
21    Q   Who is that?
22    A   Ray Harlin and Jeff Wardeberg.
23    Q   So you're the person who communicated to Guy
24 Kelly that the deal was off, correct?
25    A   Yes.

1    Q   What did you tell him?
2    A   I told Guy Kelly that due to the driver -- not
3 being -- the number of drivers not being able to meet
4 the condition of the agreement, that there was no reason
5 to pursue the contract any further and that U.S. Xpress
6 was ceasing to be active in the contract immediately.
7    Q   What did Guy say?
8    A   Guy said, Thanks, bye, and disconnected.
9 There was no conversation, no discussion.
10    Q   What did you do next?
11    A   Next thing I did was communicate that back to
12 Ray Harlin and also suggested to Ray Harlin that we --
13 you know, I said, Per the agreement, we have to put it
14 in writing.
15      So I suggested that Lisa Pate draft up the
16 termination notice and move forward with the termination
17 of the contract.
18    Q   Who is Lisa Pate?
19    A   In-house counsel for U.S. Xpress.
20    Q   Did you ever have another conversation with
21 Guy?
22    A   I tried to communicate with Guy throughout the
23 day to tell him that we were sending the termination
24 notice, and he did not return my phone calls or answer.
25 I believe I may have even e-mailed him saying call me,

1 and he did not respond.
2    Q   Have you ever talked to him since the deal was
3 terminated?
4    A   No.
5    Q   I know you've e-mailed him. Has he ever
6 e-mailed back to you since the deal was terminated?
7    A   No.
8    Q   Are you aware that there was an issue with the
9 drivers and their belief as to whether or not they would
10 have weekends off if Kelly Trucking got converted?
11    A   I'm not aware of any belief or any
12 conversation. The discussions and the structure of the
13 transaction was that we were going to continue to
14 operate out of Wadley with Nelson Chastain in charge
15 with the drivers that were there and the operations that
16 they had in place.
17    Q   Is it your testimony then that U.S. Xpress was
18 not going to change any of the standards or policies that
19 G.F. Kelly Trucking had in place for the drivers?
20    A   No.
21    Q   In fact, you were going to change some of the
22 policies and standards?
23    A   I don't know that. I'm saying the drivers
24 must fit the policies and standards of U.S. Xpress in
25 order to operate within U.S. Xpress. The operation was

1 going to continue to operate in Wadley under Nelson
2 Chastain. As far as the drivers and how they're
3 impacted about that would totally depend upon the
4 revenue streams that were generated and were kept there,
5 whether or not those drivers would continue to operate
6 under their existing time schedules.
7    Q   During your due diligence process and before we
8 went through this driver qualification deal, did you ever
9 sit down and compare U.S. Xpress's standards and policies
10 for drivers to those for G.F. Kelly Trucking?
11    A   I did not compare that, but that would have
12 been done by Russ Moore in conjunction with Frank
13 Childers.
14    Q   Do you recall there being an issue about
15 whether or not Guy or G.F. Kelly was going to be
16 compensated for drivers being off the road during this
17 qualification process?
18    A   No.
19    Q   It's your testimony that nobody ever brought
20 that up to your attention?
21    A   I don't recall that coming up to my attention.
22    Q   Is it feasible to you that G.F. Kelly would
23 lose revenue during this process where all their drivers
24 have to come off the road and go through your
25 qualification process?

| | |
|---|---|
| 1  A    The answer to that is yes, he would, because | 1  try to get, you know, the drivers processed as soon as |
| 2  those drivers would have to qualify and be off the road | 2  possible and that it was within some range of dates, but |
| 3  to do that. But as a part of the qualifying process, | 3  I don't remember the dates. |
| 4  that was discussed with Guy Kelly, Nelson Chastain, as | 4      Q    Isn't it true that both Guy Kelly and Nelson |
| 5  far as the timing and how to get those drivers the least | 5  Chastain reiterated to you during this process that G.F. |
| 6  amount of interference to get the qualification done. | 6  Kelly Trucking Company was losing money and they needed |
| 7      Q    Did you ever remember Guy Kelly calling or | 7  to hurry up and get a closing date and get the deal done? |
| 8  e-mailing you and asking that the closing date be moved | 8  Didn't they tell you that? |
| 9  up? | 9      A    I would say yes. |
| 10      A    Guy Kelly sent me an e-mail threatening to | 10      Q    You understood that G.F. Kelly Trucking was |
| 11  pull the deal if the closing could not be moved up. He | 11  losing money during your due diligence process as a |
| 12  made statements to the fact in -- not in his e-mail but | 12  result of your due diligence process, correct? |
| 13  verbally to me that he had another buyer and if we | 13      A    I understood that G.F. Kelly was losing |
| 14  weren't going to move forward with the deal, he would | 14  revenues. If the driver wasn't pulling on a revenue |
| 15  pull the deal and run somewhere else. | 15  load and he was being qualified, he's not generating |
| 16      Q    So does that assume that at some point there | 16  revenue. |
| 17  was a closing date that was mutually agreed upon between | 17      Q    Did you understand that G.F. Kelly Trucking was |
| 18  the parties and set? | 18  losing revenue as a result of their obeyance [sic] and |
| 19      A    The first asset agreement that was not signed | 19  reliance on your requests during the due diligence |
| 20  or agreed to I believe was more specific as to the date | 20  process? |
| 21  of closing. The second asset agreement was more -- had | 21          MR. HALL:    Object to the form. Kind of |
| 22  a more general -- I don't remember the terminology, but | 22  ambiguous. |
| 23  it was because we had to go through the qualifying | 23          THE WITNESS:    Let me answer this one. |
| 24  process, we didn't know exactly how long it would take. | 24      A    Number one, Guy Kelly and Nelson Chastain knew |
| 25  So what we were willing to agree to was that we would | 25  exactly the process that was going on and agreed to that |

| | |
|---|---|
| 1  process and the implications associated with that | 1      A    On the day that we terminated the contract. |
| 2  process to try to move forward to a closing date. | 2      Q    Were you surprised that the contract got |
| 3      Q    So are you saying that Guy Kelly made a willing | 3  terminated? |
| 4  choice to run his business into the ground during the due | 4      A    Any time, you know, that you would reach a |
| 5  diligence process? | 5  contract termination point prior to that, that would be |
| 6          MR. HALL:    Object to the form, argumentative. | 6  a surprise at that point. |
| 7      A    Guy Kelly made a business choice to agree to | 7      Q    At any point during the call, did you try to |
| 8  the contract and the terms and conditions thereof and | 8  dissuade the termination? Did you try to argue for Kelly |
| 9  the steps that were required to qualify the drivers. He | 9  Trucking and ask that the deal not be terminated? |
| 10  was fully aware of all steps and processes. | 10      A    No. |
| 11      Q    You think that was a mistake? | 11      Q    All right. I want to show you some documents. |
| 12      A    I'm not here to voice an opinion. | 12  These are documents that have already been marked, so I'm |
| 13      Q    Well, I mean, you're here to answer my | 13  not going to mark them. I just want to -- I'm going to |
| 14  questions. My question is, do you think it was a mistake | 14  tell you what the document is and ask if you can identify |
| 15  for Guy Kelly to enter into that agreement on behalf of | 15  it for me. |
| 16  G.F. Kelly Trucking? | 16      A    Sure. |
| 17      A    I can't answer that question. It's not my | 17      Q    All right. This has been previously marked as |
| 18  position to answer that question. | 18  Defendant's Exhibit 37. It's dated June 25. It's a |
| 19      Q    Well, I mean -- | 19  letter to Guy Kelly. Do you recognize that? |
| 20      A    There's a lot of parties involved in making a | 20      A    Yes. |
| 21  decision whether to move forward with a contract. I | 21      Q    What is it? |
| 22  don't have an opinion on whether or not that was a smart | 22      A    A letter of intent. |
| 23  move on Guy Kelly's part or not. | 23      Q    Defendant's Exhibit 37 is the letter of intent, |
| 24      Q    When's the first time you knew that this deal | 24  correct? |
| 25  wasn't going to move forward to closing? | 25      A    Correct. |

1    Q   All right. Let me show you what's been
2 previously marked as Defendant's Exhibit 40. You
3 recognize that, sir?
4    A   Yes.
5    Q   What is it?
6    A   This is the initial asset purchase agreement
7 that was discussed between all parties, not the signed
8 or agreed to asset agreement.
9    Q   All right. It's your testimony that you
10 discussed this exhibit with Guy Kelly?
11    A   Yes.
12    Q   Do you know why this one did not get executed?
13    A   Guy Kelly responded to that asset agreement
14 after he reviewed it and said it was not satisfactory of
15 his requirements.
16    Q   He asked that some changes be made?
17    A   He basically made many demands on pricing and
18 that changes be made to that agreement before he would
19 consider going forward.
20    Q   Were changes made?
21    A   Yes.
22    Q   All right. Let me show you what's been marked
23 as Exhibit 45. You recognize that, sir?
24    A   This is the agreed to asset agreement.
25    Q   That was executed by the parties?

COOK & WILEY, INC.

1    A   As far as I know. I was not physically there
2 when they were signed.
3    Q   But it is signed by the parties?
4    A   There seems to be some concern on whether they
5 were signed or not, due to a response that I received
6 from Guy Kelly stating that in his opinion we had no
7 contract because Ray Harlin didn't sign the contract
8 page.
9    Q   Are you here to testify on behalf of U.S.
10 Xpress, Inc., to say whether or not you all believe this
11 is an executed asset purchase agreement?
12    A   Yes, I am.
13    Q   What's your answer?
14    A   I believe that is an executed asset purchase
15 agreement.
16    Q   And that U.S. Xpress is obligated and duty
17 bound to perform under this agreement, correct?
18    A   Yes. It was the intent for that to have been
19 signed by Ray Harlin.
20    Q   What about Defendant's Exhibit 43, do you
21 recognize that?
22    A   Yes. I recognize this. This would be a
23 summary that I would have put together and sent to Guy
24 Kelly of a general outline before the first agreement
25 was drafted or the letter. I'm not sure whether this is

COOK & WILEY, INC.

115

1 before the letter of intent or after the letter of
2 intent.
3    Q   Does it have a date on it?
4    A   It says since the letter of intent here. No
5 date.
6    Q   So you think there was a letter of intent and
7 then after some discussions between you and Guy, you
8 drafted this document?
9    A   Yes. And this would have been attached to an
10 e-mail which would have further described the nature of
11 this document.
12    Q   Okay. You said that the first time Guy Kelly
13 would have learned of the termination was on the day of
14 the termination, correct?
15    A   Correct.
16    Q   And the way he learned of the termination was
17 from you, correct?
18    A   He would have learned of the termination from
19 me via phone call.
20    Q   And after the phone call, you called Ray
21 Harlin, correct?
22    A   Correct.
23    Q   And then are you aware that Mr. Harlin wrote a
24 letter to Guy Kelly on that same day?
25    A   Yes, I am.

COOK & WILEY, INC.

116

1    Q   And is that letter what's reflected on
2 Defendant's Exhibit 55?
3    A   Yes, it is.
4    Q   Have you seen that letter before?
5    A   Yes, I have.
6    Q   Is that the letter from Ray Harlin to G.F.
7 Kelly Trucking informing G.F. Kelly Trucking that the
8 deal is off?
9    A   Yes.
10    Q   There's also some discussion of $20,000
11 compensation. Do you know anything about that?
12    A   Yes.
13    Q   What is that?
14    A   That was a compensation that was offered as a
15 part of the due diligence issues and the cooperation
16 that Guy Kelly had provided.
17    Q   Doesn't that offer of $20,000 recognize the
18 fact that Guy Kelly on behalf of G.F. Kelly Trucking
19 cooperated with you and attempted to work with you during
20 the due diligence process?
21    A   The $20,000 was a offer from U.S. Xpress as a
22 result of basically terminating the contract and
23 recognizing his cooperation.
24    Q   Are you here on behalf of U.S. Xpress to talk
25 about exactly why that $20,000 was offered and how that

COOK & WILEY, INC.

1  number was arrived at?
2      A    No.
3      Q    You understood after the termination of this
4  process that G.F. Kelly Trucking was worse financially
5  before you first dealt with Guy -- well, let me strike
6  that.
7          MR. HALL:  Yeah, that's good.
8          MR. CARTER:  You like that?
9          MR. HALL:  Yeah.
10      Q    When you first heard about G.F. Kelly Trucking,
11  you made an appraisal of G.F. Kelly Trucking for the
12  purpose of ultimately converting that business, correct?
13          MR. HALL:  Object to the form.
14      A    We evaluated G.F. Kelly Trucking just the way
15  we evaluated the hundred carriers I looked at.  We
16  looked at the business, the driver numbers.
17      Q    To determine --
18      A    Conversations.
19      Q    To determine whether you wanted to go forward
20  with looking into it, correct?
21      A    Spending money to go forward looking into it,
22  yes.
23      Q    Between that time and the termination of the
24  process as set forth in Exhibit 55, you understand that
25  G.F. Kelly Trucking was worse off financially, correct?

COOK & WILEY, INC.

1      A    Based on the due diligence reviews,
2  discussions with parties that worked at Kelly Trucking,
3  I would say my determination is that Guy Kelly was in no
4  worse position at closing than he was the day I walked
5  in the door.
6      Q    And that's your testimony under oath?
7      A    Yes.
8      Q    Have you made a comparison?  I mean, you did
9  this due diligence, but do you know for sure if there's a
10  difference in what the financials say for April when you
11  first started dealing with them and what they said in
12  August when you were done?
13      A    I can't say for certain, because the
14  financials -- I did no due diligence from a standpoint
15  of recurring liability based upon the financials.  So
16  going back to what I said, that would be an opinion
17  statement.
18      Q    All right.  Let's take a break.  I'm close.
19
20          (Recess taken.)
21
22          (Exhibits 3-6 are marked.)
23
24      Q    Okay.  I've got a few more exhibits I want to
25  ask you about.

COOK & WILEY, INC.

119

1      A    Sure.
2      Q    And a couple more questions.  Then we're going
3  to be done.  First is a new exhibit.  I'm going to mark
4  it as Exhibit 3 to your deposition.  It was produced by
5  U.S. Xpress.  It's Bates 208 through 221.  It's an e-mail
6  that has your name on it.
7          Take a second and review it and tell me if you
8  can identify it please, sir.
9      A    This would be an e-mail sent by me internally
10  to Al Hingst and John Martin basically identifying the
11  pieces of equipment and the order liquidation value and
12  the best payoff information I had at the time.
13          And it basically shows that if all is true on
14  here and everything fit exactly right, the order
15  liquidation value of all equipment versus the known
16  payoff information I had at the time would have resulted
17  in about a slight negative position for Guy Kelly.
18      Q    Okay.  The first page is an e-mail from you to
19  Al and John Martin?
20      A    Right.
21      Q    Correct?
22      A    Correct.
23      Q    And it discusses this attachment that we're
24  looking at, correct?
25      A    Correct.

COOK & WILEY, INC.

120

1      Q    Could you just read the e-mail into the record
2  for us?
3      A    Sure.
4          Attached is the OLV and payoff.  He is way
5  under on the tractors and over on the trailers.  Guy is
6  fully aware of his problem.  We agreed verbally to help
7  him the best we can to get out the tractors that are
8  under water -- parentheses, via sales advice,
9  parentheses -- but we will not pay him more than OLV.
10  This is probably the most critical part of making this
11  deal work.  We need our sales rep to get involved
12  immediately.
13      Q    Do you know whether or not after you sent this
14  e-mail to Al or John whether or not the sales rep got
15  immediately involved?
16      A    No, I don't.
17      Q    Who is the sales rep?  What's his name?
18      A    That would have been Jerry Elkins or Mike
19  Murphy.
20      Q    And you don't know one way or the other whether
21  or not --
22      A    I don't recall.
23          MR. HALL:  Again, let him finish.
24          THE WITNESS:  Oh, excuse me.
25      Q    You don't recall whether Al or John honored

COOK & WILEY, INC.

121

```
 1   your request to get him involved?
 2       A    Correct. I don't recall.
 3       Q    All right. Let me show you Exhibit 4. This
 4   was also produced to us by U.S. Xpress. It's Bates
 5   No. 303. Can you identify that, sir?
 6       A    I have not seen this document.
 7       Q    Do you know what it is?
 8       A    It appears to be an action plan with
 9   assignments set up around the steps that are required to
10   complete a conversion.
11       Q    Do you know who generated it?
12       A    No, I do not.
13       Q    Okay. And you never used it in your assessment
14   of your due diligence?
15       A    No.
16       Q    All right. Let me show you what I've marked as
17   Exhibit 5, also a document produced by U.S. Xpress, Bates
18   285. Again, it's an e-mail with your name on it. Take a
19   second and tell me if you can identify that.
20       A    Okay. This is an e-mail, again, from Dennis
21   Farnsworth to John Martin, Al Hingst, copying Ray Harlin
22   and Jeff Wardeberg, basically an update on August 9.
23            I'm telling John Martin and Al Hingst that all
24   the driver files have been gathered and are now in
25   Chattanooga and that Andy Glover from the information
```

COOK & WILEY, INC.

122

```
 1   services department of U.S. Xpress is currently at Kelly
 2   reviewing their computer system and communication
 3   situation, which would be phones, fax.
 4            We've received authorization from Wabash to
 5   visit their steel Alabama plant concerning the aluminum
 6   contract. I will contact Russ or Wally -- and I didn't
 7   mention Wally White is like a director of safety who
 8   works for Russ Moore -- to set up a time to visit the
 9   plant.
10            I do recognize this.
11       Q    Okay. It says that all the driver files are
12   now in Chattanooga, correct?
13       A    All the driver files -- it says specifically
14   all driver files have been gathered and are now in
15   Chattanooga.
16       Q    Every driver file that G.F. Kelly had was given
17   to U.S. Xpress and physically taken to Chattanooga as of
18   August 9, correct?
19       A    Correct.
20       Q    And that is -- well, back up. Were those --
21   the purpose of physically bringing the file to
22   Chattanooga was so the files could be reviewed before the
23   on-site driver qualification process that we discussed
24   earlier, correct?
25       A    Correct.
```

COOK & WILEY, INC.

123

```
 1       Q    Were any drivers disqualified as a result of
 2   that review?
 3       A    Yes.
 4       Q    Why?
 5       A    You need to discuss that with the VP of
 6   safety, but the answer is yes. There were drivers that
 7   were disqualified based on the book review.
 8       Q    Certainly then it wouldn't have made sense for
 9   those drivers to have been requested by U.S. Xpress to
10   come physically to the actual driver qualification,
11   correct?
12       A    That would be correct.
13       Q    All right. Exhibit 6 is an e-mail from you
14   produced by U.S. Xpress, Bates 035. You recognize that,
15   sir?
16       A    Yes. I recognize this e-mail.
17       Q    That's an e-mail from you to Guy in response to
18   his e-mail to you?
19       A    No.
20       Q    I'm sorry.
21       A    This is an e-mail from Dennis Farnsworth to
22   Jeff Wardeberg, Ray Harlin, Al Hingst, and Lisa Pate,
23   basically attaching Guy Kelly's e-mail to myself dated
24   August 19 in which Guy Kelly expresses his -- his upset
25   with the closing process, basically saying that he's not
```

COOK & WILEY, INC.

124

```
 1   paid his bills and he's in jeopardy of some foreclosure
 2   action and he's got to pay $100,000 insurance and
 3   $100,000 in trade payables, all of which he incurred --
 4   he didn't say that in here, but my response -- all of
 5   which he incurred as normal course of business.
 6            And it's my letter to Jeff Wardeberg saying we
 7   need to have a meeting to discuss, you know, whether we
 8   move forward or not.
 9       Q    Okay. And that's dated August 19?
10       A    Correct.
11       Q    Okay. Let me show you what's previously been
12   marked as Defendant's Exhibit 48. Do you recognize that?
13       A    Yes. This is a letter from myself to Randall
14   Fant emphasizing that to meet an August 29 close, we
15   need to pay off letters and wiring instructions for the
16   receivable factor.
17       Q    Was that the date that was set for the closing,
18   August 29?
19       A    That was the anticipated date that all parties
20   were shooting for.
21       Q    All right. Let me show you what's previously
22   been marked as Defendant's Exhibit 42. You recognize
23   that, sir?
24       A    Yes. That was Guy Kelly basically sending me
25   a note saying that the terms of the contract -- this is
```

COOK & WILEY, INC.

1  right around the time that the letter of intent or the
2  contract -- and we had seen those earlier, but I don't
3  remember the dates on them, but it was right around that
4  time frame.
5      Q    Let's do this. I don't mean to interrupt you.
6  I know you're trying to get out of here. Rather than you
7  summarize if it for me, let me ask you a couple
8  questions.
9      A    Okay.
10     Q    Is Guy telling you in this e-mail that the
11 closing date has changed three times?
12     A    That's his letter -- it's his e-mail to me
13 stating that fact.
14     Q    Do you agree or disagree with that?
15     A    I don't recall, and I don't know whether it
16 changed three times or not.
17     Q    Okay. Okay. Let me look at it right quick.
18     A    Okay.
19     Q    Is Guy telling you that, quote, I was told
20 goodwill money paid, $740,000?
21     A    He's stating that in his e-mail.
22     Q    Do you dispute that someone from U.S. Xpress
23 represented to Guy that his goodwill money would be
24 $740,000?
25     A    I dispute that the exact words goodwill money

COOK & WILEY, INC.

1  would be paid was $741,000. The discussion always
2  around the goodwill money was how many drivers qualified
3  and the number of drivers that he would be able to
4  maintain over the two-year period would determine in
5  effect what the goodwill was for the transaction. There
6  was no agreement that there was a specific terminology
7  used in the contract or the letter of intent that
8  referenced goodwill.
9      Q    Then you see at the bottom of the e-mail, Guy
10 says, This is basically what I want?
11     A    Correct.
12     Q    And he sets forth eight requests that he would
13 like?
14     A    Right. And after looking at what he requested
15 on here, this was -- this letter would have been drafted
16 between the letter of intent and the first draft of the
17 asset agreement, since it references $161,912 for tax
18 and permits, which I believe was included as a
19 payment -- agreed to and included as a payment in the
20 initial agreement.
21     Q    Okay. Let me show you what's been marked as
22 Defendant's Exhibit 51 and ask you if you recognize that.
23     A    I do not recognize it, but it's obviously an
24 e-mail from Guy Kelly to Dennis Farnsworth dated
25 August 23 saying, Dennis, have you discussed with your

COOK & WILEY, INC.

127

1  guys about out-of-pocket expenses a week, insurance,
2  prepay; my revenue will be half driver pay fuel; please
3  understand I cannot eat this.
4      Q    That's Guy telling U.S. Xpress, that he's
5  losing money as a result of the due diligence process,
6  correct?
7      A    That's Guy sending an e-mail saying this is
8  occurring, in his words.
9      Q    Let me ask you this: The goal of the
10 conversion is to ultimately produce margin revenue for
11 U.S. Xpress, correct?
12     A    The goal of the conversion was to ultimately
13 obtain over 135 drivers, a regional operation, and
14 develop margin revenue from that transaction.
15     Q    And the margin revenue was going to be
16 developed in part from obtaining G.F. Kelly's drivers and
17 obtaining their customers, correct?
18     A    Obtaining the opportunity to their customers,
19 yes.
20     Q    The goal -- if the conversion was completed,
21 U.S. Xpress's goal would have been to try and keep every
22 customer that G.F. Kelly Trucking had, correct?
23     A    Not necessarily.
24     Q    Well, you weren't going to automatically do
25 away with the customers, were you?

COOK & WILEY, INC.

128

1      A    Day one, no.
2      Q    If you could make a profit from keeping G.F.
3  Kelly's customers, then you would have kept them,
4  correct?
5      A    Correct.
6      Q    Would it have been appropriate for U.S. Xpress
7  to contact G.F. Kelly's customers during the due
8  diligence process?
9      A    Without the permission of Guy Kelly, it would
10 be inappropriate. Any discussions with any customers
11 were preapproved in advance by Guy Kelly or Nelson
12 Chastain.
13     Q    Did you have any discussions with G.F. Kelly
14 customers during the due diligence process?
15     A    Yes, I did, with one customer.
16     Q    Who was that?
17     A    Wabash.
18     Q    And is it your contention that you had G.F.
19 Kelly's express permission to do that?
20     A    100 percent.
21     Q    And do you recall an e-mail or a conversation
22 or something that would evidence your assertion that you
23 had 100 percent permission?
24     A    I don't recall.
25     Q    What's the basis for you saying you had

COOK & WILEY, INC.

1  100 percent permission?
2      A    Because every contact that I would have done,
3  I would never contact anyone without prior approval of
4  the owner.
5      Q    Right. But I'm --
6      A    That is how I operate.
7      Q    But what evidence do you have that we could
8  show a judge or a jury --
9      A    I don't have evidence other than -- the
10  evidence would be a deposition or a discussion with the
11  two individuals from Wabash.
12      Q    All right. Let me finish my question.
13      A    Okay.
14      Q    What evidence do you have with you here today
15  that you can show me or a judge or a jury that would
16  prove that you had 100 percent express permission to
17  contact G.F. Kelly, Inc.'s customers?
18      A    I have no evidence with me in this room.
19      Q    Do you know of any evidence that your lawyer
20  has in his possession?
21      A    Not that I'm aware of.
22      Q    Is it your testimony that Wabash was the only
23  customer of G.F. Kelly Trucking, Inc., that you contacted
24  during the due diligence process?
25      A    That Dennis Farnsworth contacted during the

1  due diligence process. Wabash was the only one I had
2  discussions with.
3      Q    Did you speak with any of G.F. Kelly Trucking's
4  customers after the due diligence was terminated?
5      A    I did not. Dennis Farnsworth did not have any
6  discussions with any customers.
7      Q    Do you know whether or not after the due
8  diligence was terminated, that U.S. Xpress contracted
9  with any of G.F. Kelly Trucking, Inc.'s customers?
10      A    I have no knowledge of that.
11      Q    But you do admit that one of the reasons that
12  you entered into this process was because U.S. Xpress
13  would have liked to have obtained Guy Kelly's customers
14  that could have made it a profit?
15      A    We proceeded with our discussions with Guy
16  Kelly from the beginning with the opportunity to create
17  a transaction with Guy Kelly Trucking without knowledge
18  of his customers. We did not enter into the process
19  based on knowledge or -- nor a plan or anything
20  associated around the customer base.
21          All the acquisition work that I did for U.S.
22  Xpress began with a concept -- a discussion around the
23  business as a truckload carrier and a driver base
24  associated with that, and then evolved through the due
25  diligence process of course into understanding the

---

131

1  customer base and the lanes that are associated with
2  that.
3      Q    Did you ask G.F. Kelly Trucking to give you or
4  tell you its customer base during your due diligence
5  process?
6      A    Yes.
7      Q    And did you at some point make or keep a record
8  of G.F. Kelly Trucking's customer base during that
9  process?
10      A    Yes.
11      Q    And isn't it true that at the time that you
12  terminated the deal, that you were aware and had a copy
13  of G.F. Kelly Trucking's customer list?
14      A    Yes.
15          MR. CARTER:   That's all the questions I have,
16      pending any questions from your lawyer.
17          MR. HALL:   We're done.
18          MR. CARTER:   You're so easy.
19
20  AND FURTHER THIS DEPONENT SAITH NOT
21
22          (The deposition concluded at 6:25 p.m.)
23
24
25

---

132

1  COMMONWEALTH OF VIRGINIA,
2  COUNTY OF HENRICO, to wit:
3
4          I, Kimberly A. Heiser, a Notary Public for the
5  State of Virginia at Large, do hereby certify that the
6  foregoing deposition of Dennis Farnsworth was duly sworn
7  to before me at the time and place set out in the caption
8  hereto.
9          Further, that the transcript of the deposition
10  is true and correct, and that there were six exhibits
11  filed with me during the taking hereof.
12          Given under my hand this 12th day of February,
13  2007.
14
15
16
17          Kimberly A. Heiser, RPR
18          Notary Public for the
           State of Virginia at Large
19
20  My commission expires:
    June 30, 2007
21
22
23
24
25

133

1  COMMONWEALTH OF VIRGINIA,

2  CITY/COUNTY OF _____, to wit:

3

4        I, Dennis Farnsworth, do hereby certify that I

5  have read the foregoing pages of typewritten matter

6  numbered 1 through 131, and that the same contains a true

7  and correct transcription of the deposition given by me

8  on the 5th day of February, 2007, with the exception of

9  the noted corrections, to the best of my knowledge and

10  belief.

11

12  _____

   Date                Dennis Farnsworth

13

14

15

16

17        Subscribed and sworn to before me this _____

18  day of _____, 200___.

19        My commission expires _____

20

21        _____

22              Notary Public

23

24

25

COOK & WILEY, INC.

**$1,000** [1] 78/24
**$100,000** [2] 124/2 124/3
**$161,912** [1] 126/17
**$161,912 for** [1] 126/17
**$2,000** [3] 78/14 78/20 98/1
**$2,500** [1] 78/17
**$20,000** [4] 116/10 116/17 116/21 116/25
**$24** [1] 43/23
**$24 million** [1] 43/23
**$27,000** [1] 98/2
**$35** [1] 43/5
**$35 million a** [1] 43/5
**$5,000** [1] 79/24
**$50,000** [1] 98/24
**$500** [1] 78/23
**$740,000** [2] 125/20 125/24
**$741,000** [1] 126/1
**$80,000** [1] 98/24

**'**

**'04** [8] 14/17 14/20 15/8 17/18 26/1 89/10
89/21 90/6
**'04-'06** [1] 14/20
**'05** [2] 30/4 44/20
**'06** [9] 14/17 14/20 15/8 19/23 19/24 26/1
89/10 89/21 90/6
**'96** [1] 6/25
**'99** [1] 7/6

**0**

**035** [2] 2/22 123/14

**1**

**100 percent** [7] 28/22 28/22 92/3 128/20
128/23 129/1 129/16
**1021** [1] 1/17
**118** [4] 2/19 2/20 2/21 2/22
**12th** [1] 132/12
**131** [1] 133/6
**135** [5] 78/9 80/19 95/12 98/1 127/13
**140** [2] 74/1 80/19
**145** [7] 73/12 74/2 77/5 77/10 77/16 77/23
80/12
**15 million** [1] 45/17
**150** [5] 73/12 73/17 74/1 74/2 77/5
**175** [2] 43/22 72/2
**19** [2] 123/24 124/9
**190** [1] 74/16
**1970** [1] 4/25
**1974** [1] 5/11
**1984** [1] 1/22
**1990** [1] 5/21
**1991** [1] 6/10
**1995** [2] 6/10 6/24
**1996** [3] 6/24 7/1 7/6
**1999** [3] 7/6 7/7 7/8

**2**

**2,000** [1] 79/23
**20** [1] 52/2
**200** [9] 72/3 73/14 73/20 73/21 74/4 74/16
74/18 75/9 133/18
**2000** [2] 7/15 14/5 14/13 14/14
**2004** [7] 9/23 9/25 10/9 10/22 11/8 37/18
58/25
**2006** [6] 10/9 10/9 10/10 10/22 11/8 37/18
**2007** [4] 1/10 132/13 132/20 133/8
**205** [1] 2/8
**208** [1] 119/5
**208-221** [1] 2/19
**20th** [1] 2/7
**221** [2] 2/19 119/5

**23** [1] 120/25
**2343** [1] 2/4
**244-3831** [1] 2/8
**25** [1] 112/18
**25 percent** [1] 27/16
**250** [10] 20/3 23/5 23/6 23/7 23/10 23/11
23/12 24/1 24/1 24/5
**269-2343** [1] 2/4
**272** [1] 2/3
**285** [2] 2/21 121/18
**29** [2] 124/14 124/18
**2:30** [1] 1/16

**3**

**3-6** [1] 118/22
**30** [6] 41/22 44/1 44/15 48/24 52/2 132/20
**30 million** [2] 43/5 44/12
**303** [2] 2/20 121/5
**334** [1] 2/4
**35 million** [2] 44/1 44/16
**35203** [1] 2/8
**359-1984** [1] 1/22
**36103** [1] 2/4
**37** [2] 112/18 112/23
**3751** [1] 2/1
**3831** [1] 2/8
**3PL** [1] 10/12

**4**

**40** [3] 2/17 2/18 113/2
**40 percent** [1] 18/2
**42** [1] 124/22
**420** [1] 2/7
**43** [1] 114/20
**45** [3] 36/15 36/17 113/23
**450** [1] 36/9
**48** [1] 124/12
**49 percent** [8] 24/8 26/18 30/6 31/21 35/3
35/6 43/18 52/21

**5**

**50** [1] 101/10
**50 percent** [2] 63/25 101/9
**51** [1] 126/22
**51 percent** [1] 31/20
**55** [2] 116/2 117/24
**5th** [1] 133/8

**6**

**6 million** [1] 9/8
**60** [5] 17/22 17/24 36/15 36/17 56/13
**6:25** [1] 131/22

**7**

**75** [1] 73/15
**75 percent** [1] 73/16

**8**

**804** [1] 1/22
**85 percent** [1] 86/17

**9**

**90** [9] 17/23 17/24 39/7 39/9 39/12 39/18
40/8 40/9 40/16
**90 percent** [3] 39/4 39/18 86/17
**90-day** [1] 40/13
**95 percent** [1] 27/3

**A**

**Abilene** [34] 12/2 19/19 20/2 20/3 20/4 20/10
20/14 20/21 20/23 21/9 22/1 23/4 23/17 24/8
24/10 24/21 25/9 25/11 26/9 26/14 26/15
26/18 27/9 27/14 27/19 28/7 28/10 29/3 29/10

**29/25 32/1 32/2 37/2 37/9**
**294** [4] 29/25 32/1 32/2 32/2 37/9 37/9
**32** [1] 123/25
**ability** [1] 55/6
**able** [3] 74/19 106/3 126/3
**about** [109]
**absolute** [2] 75/17 75/17
**Absolutely** [1] 34/9
**accept** [1] 93/2
**acceptable** [3] 25/9 99/9 102/17
**accepted** [2] 9/21 77/9
**access** [3] 31/1 31/2 58/15
**accessed** [1] 61/2
**accommodate** [1] 4/12
**accomplish** [3] 19/1 82/21 85/12
**accord** [1] 40/1
**account** [2] 16/25 86/21
**accounts** [10] 7/20 7/21 8/9 17/11 17/12 63/3
63/5 63/15 63/16 71/25
**accuracy** [1] 18/21
**acknowledging** [1] 55/5
**acquire** [1] 13/14
**acquired** [2] 13/18 90/13
**acquiring** [1] 26/17
**acquisition** [4] 11/2 17/6 89/25 130/21
**across** [2] 6/21 100/24
**action** [3] 1/5 121/8 124/2
**active** [1] 106/6
**activities** [4] 18/24 54/16 63/16 70/2
**actual** [2] 69/4 123/10
**actually** [9] 11/9 25/20 39/17 44/11 51/14
70/24 88/3 89/19 91/10
**addition** [2] 26/25 71/18
**additional** [2] 38/2 78/23
**additionally** [1] 71/11
**admit** [1] 130/11
**advance** [1] 128/11
**advice** [1] 120/8
**affect** [1] 97/21
**affiliate** [1] 9/13
**after** [49]
**afternoon** [1] 21/7
**afterwards** [1] 47/18
**again** [16] 7/2 21/14 21/23 35/3 38/25 52/9
52/11 61/24 66/14 79/25 85/10 92/24 93/20
120/23 121/18 121/20
**against** [4] 3/13 78/15 78/16 86/8
**agency** [3] 52/16 53/12 91/24
**agency's** [1] 91/22
**agent** [8] 9/12 11/2 90/4 90/7 92/1 92/1 92/2
92/2
**agents** [1] 90/12
**aggressively** [1] 94/11
**ago** [1] 16/1
**agree** [7] 55/11 88/16 88/17 89/5 109/25
111/7 125/14
**agreed** [9] 79/2 79/8 109/17 109/20 110/25
113/8 113/24 120/6 126/19
**agreement** [79]
**agreements** [2] 54/7 85/24
**ahead** [2] 11/22 19/18
**Ahern** [24] 12/2 12/8 12/9 12/12 12/15 12/16
12/17 12/19 13/3 13/3 13/11 13/13 13/16
13/21 30/8 44/21 44/22 45/2 45/7 45/11 45/13
45/15 46/3 46/7
**al** [24] 1/7 2/11 41/24 92/21 93/12 95/22
104/9 104/11 104/12 104/22 104/23 105/2
105/3 105/3 105/5 105/9 105/10 119/10
119/19 120/14 120/25 121/21 121/23 123/22
**Al and** [1] 119/19
**Al conversation** [1] 105/3
**Al didn't** [1] 105/10
**Al or** [2] 120/14 120/25
**Al say** [1] 105/2

**A1 talk** [1] 105/5
**ALABAMA** [5] 1/1 2/4 2/8 3/12 122/5
**all** [115]
**ALLEN** [2] 2/3 3/11
**alone** [2] 34/1 102/18
**along** [5] 3/10 48/24 50/10 72/1 89/22
**already** [5] 4/5 80/25 90/24 103/25 112/12
**also** [13] 2/11 12/19 63/2 63/4 81/7 81/13 81/17 85/11 101/23 106/12 116/10 121/4 121/17
**aluminum** [1] 122/5
**always** [4] 43/15 72/21 74/10 126/1
**am** [6] 3/15 23/10 82/5 84/5 114/12 115/25
**ambiguous** [1] 110/22
**amended** [1] 80/12
**Among** [1] 77/3
**amount** [5] 75/19 80/20 88/5 102/14 109/6
**analysis** [2] 8/7 30/25
**Andy** [3] 12/16 46/7 121/25
**announced** [1] 53/21
**annually** [1] 9/8
**another** [5] 4/6 21/13 78/20 106/20 109/13
**answer** [17] 3/22 4/3 4/6 75/4 84/4 84/13 84/15 98/10 98/12 106/24 109/1 110/23 111/13 111/17 111/18 114/13 123/6
**answered** [1] 51/16
**anticipated** [1] 124/19
**any** [41] 4/9 19/16 21/6 27/18 34/12 37/20 38/6 39/3 40/12 41/7 41/11 44/3 54/18 59/7 64/20 66/2 67/10 74/18 79/21 80/2 81/18 89/22 99/17 105/3 105/10 106/5 107/11 107/11 107/18 112/4 112/7 123/1 128/10 128/10 128/13 129/19 130/3 130/5 130/6 130/9 131/16
**anyone** [7] 13/10 66/9 83/9 96/2 100/19 104/3 129/3
**anything** [17] 23/16 24/14 29/24 30/20 33/13 54/8 55/5 66/3 74/3 85/2 86/1 88/23 93/18 94/5 99/15 116/11 130/19
**anywhere** [1] 38/5
**apartment** [2] 14/14 14/15
**apologize** [1] 32/4
**appealed** [1] 10/14
**APPEARANCES** [1] 2/1
**appeared** [2] 44/19 77/22
**appears** [1] 121/8
**appraisal** [1] 117/11
**appreciate** [1] 69/12
**approach** [2] 11/2 38/19
**approached** [7] 7/8 7/24 10/11 16/14 16/16 16/17 71/9
**appropriate** [1] 128/6
**approval** [1] 129/3
**approximately** [7] 23/5 56/14 73/21 75/16 93/16 102/21 103/3
**April** [1] 118/10
**are** [63]
**area** [1] 57/11
**areas** [1] 36/3
**aren't** [1] 100/8
**argue** [1] 112/8
**argumentative** [1] 111/6
**Arizona** [1] 12/9
**Arnold** [20] 11/17 11/17 11/19 11/20 16/11 16/12 16/21 17/7 17/17 17/25 18/4 18/9 18/19 19/15 20/15 26/11 26/16 31/24 37/7 37/8
**around** [22] 20/3 20/13 39/4 56/13 61/9 62/1 62/3 70/2 73/15 80/19 88/3 88/4 88/11 88/21 91/14 91/19 121/9 125/1 125/3 126/2 130/20 130/22
**arrangements** [1] 88/11
**arranging** [1] 37/12
**arrival** [1] 17/1
**as** [130]
**ask** [18] 4/6 22/15 45/10 48/23 57/1 64/9 66/7 77/19 82/3 82/7 89/9 112/9 112/14 118/25 125/7 126/22 127/9 131/3
**asked** [10] 15/2 28/3 36/7 39/6 58/23 68/10 69/19 81/13 82/8 113/16
**asking** [6] 3/21 49/7 49/10 87/9 97/15 109/8
**aspect** [2] 104/20 104/22
**aspects** [4] 85/17 85/18 93/23 93/25
**assertion** [1] 128/22
**assessment** [1] 121/13
**asset** [47]
**assets** [34] 8/10 17/14 42/16 43/10 62/22 65/2 71/14 73/3 85/24 89/25 92/5 92/6 94/22 94/24 98/3 98/4 99/5 99/25 100/8 100/12 100/14 100/20 100/21 101/2 101/2 101/7 101/16 102/2 102/22 102/25 103/1 103/7 103/11 103/18
**assignments** [1] 121/9
**assistant** [1] 5/18
**associated** [11] 41/14 57/5 62/24 62/25 71/13 79/14 97/25 111/1 130/20 130/24 131/1
**Associates** [14] 12/2 12/8 12/12 12/15 12/17 12/19 13/3 13/3 13/11 13/14 13/17 13/21 30/8 44/21
**Associates on** [1] 12/15
**assume** [2] 23/11 109/16
**assuming** [1] 17/9
**assured** [1] 18/20
**attach** [1] 66/23
**attached** [2] 115/9 120/4
**attaching** [1] 123/23
**attachment** [1] 11/23
**attachment** [1] 77/23
**attainable** [1] 77/23
**attempt** [2] 33/19 37/19
**attempted** [1] 116/19
**attend** [1] 33/12
**attention** [3] 108/20 108/21
**auctions** [2] 100/23 100/25
**auditor** [2] 17/11 17/12
**August** [9] 88/7 118/12 121/22 122/18 123/24 124/9 124/14 124/18 126/25
**August 19** [2] 123/24 124/9
**August 23** [1] 126/25
**August 29** [2] 124/14 124/18
**August 9** [2] 121/22 122/18
**authoritative** [1] 91/6
**authority** [4] 40/5 54/19 54/21 72/19
**authorization** [1] 122/4
**Auto** [3] 6/1 6/2 6/4
**automatically** [1] 127/24
**availability** [1] 26/7
**available** [7] 33/12 58/12 59/13 59/16 60/6 60/9 70/10
**average** [1] 36/16
**aware** [9] 3/13 46/24 107/8 107/11 111/10 115/23 120/6 129/21 131/12
**away** [1] 127/25

**B**

**Bachelor's** [1] 5/9
**back** [20] 6/6 9/4 13/24 14/4 14/12 25/6 31/22 33/6 34/6 49/19 56/2 56/5 57/15 65/9 68/4 79/2 106/11 107/6 118/16 122/20
**background** [3] 4/17 33/10 45/5
**backwards** [1] 56/25
**BAKER** [1] 2/7
**balance** [4] 17/9 27/11 35/6 35/7
**ballpark** [2] 75/20 75/24
**banker** [1] 6/18
**base** [13] 22/22 23/1 23/22 45/17 71/19 76/5
**based** [45]
**basically** [26] 9/5 13/2 17/9 18/10 18/20 21/14 31/19 47/7 52/17 65/4 66/13 81/11 86/7 89/6 94/9 94/11 101/9 113/17 116/22 119/10 119/13 121/22 123/23 123/25 124/24 126/10 119/13 121/22 123/23 123/25 124/24 126/10
**basis** [5] 15/4 28/3 43/13 100/23 128/25
**Bass** [3] 6/18 6/19 6/20
**Bates** [8] 2/19 2/20 2/21 2/22 119/5 121/4 121/17 123/14
**be** [91]
**BEARMAN** [1] 2/7
**BEASLEY** [2] 2/3 3/11
**beat** [2] 94/9 94/10
**beating** [1] 97/3
**became** [1] 98/21
**because** [30] 9/10 20/16 29/1 31/22 35/5 43/25 52/3 59/16 60/16 62/21 65/12 69/10 73/14 77/19 77/21 79/2 84/20 87/16 97/17 97/23 98/25 104/5 105/16 105/18 109/1 109/23 114/7 118/13 129/2 130/12
**become** [7] 7/3 7/25 24/12 72/17 73/3 92/5 93/3
**been** [39] 11/12 13/17 21/11 23/15 24/18 34/1 40/7 45/6 46/22 59/1 61/13 62/2 65/9 70/10 89/15 90/12 94/17 95/1 97/3 100/4 100/10 100/15 108/12 112/12 112/17 113/1 113/22 114/18 115/9 120/18 121/24 122/14 123/9 124/11 124/22 126/15 126/21 127/21 128/6
**before** [60]
**began** [3] 17/16 62/11 130/22
**begin** [1] 48/11
**beginning** [3] 1/16 34/2 130/16
**behalf** [22] 26/1 37/21 42/2 42/5 54/12 54/14 54/25 55/6 55/11 58/15 71/1 71/4 75/23 83/22 90/7 91/12 92/19 95/8 111/15 114/9 116/18 116/24
**behind** [1] 42/25
**being** [14] 3/3 52/23 59/20 69/24 71/12 80/1 81/9 94/4 104/9 106/3 106/3 108/14 108/16 110/15
**belief** [6] 73/18 73/25 95/12 107/9 107/11 133/10
**believe** [28] 15/15 17/22 21/11 21/19 22/18 30/4 39/17 41/10 43/22 48/2 48/5 50/9 56/13 57/12 60/18 62/18 63/9 67/21 72/3 73/12 81/4 101/9 106/25 109/20 114/10 114/14 126/18
**believed** [1] 105/6
**below** [1] 95/2
**benefit** [3] 98/18 98/19 98/21
**BERKOWITZ** [1] 2/7
**besides** [1] 85/21
**best** [5] 3/22 20/21 119/12 120/7 133/9
**better** [2] 45/10 81/20
**between** [24] 10/22 11/8 17/19 34/19 36/10 36/22 37/18 48/14 49/8 49/13 50/18 56/11 62/6 69/23 73/12 76/1 86/6 90/6 103/4 109/17 113/7 115/7 117/23 126/16
**beyond** [1] 21/7
**bid** [6] 24/21 24/22 24/24 25/3 25/3 25/5
**big** [3] 9/6 12/17 15/1
**Bill** [5] 32/22 32/23 32/24 33/10 61/11
**billing** [1] 7/21 8/10
**billings** [2] 86/9 86/23
**bills** [1] 124/1
**binding** [1] 68/24
**Birmingham** [1] 2/8
**bit** [7] 4/16 12/25 13/24 19/19 45/5 68/5 80/25
**board** [2] 63/12 82/2
**Boneau** [1] 16/4

**14**

carved [1] 76/4
case [3] 4/16 17/7 50/10
cash [1] 27/11
CCR [1] 1/15
ceasing [1] 106/6
centered [1] 88/10
certain [8] 21/19 59/23 59/24 60/8 60/20 60/23 99/9 118/13
certainly [3] 60/19 83/8 123/8
certainly Russ [1] 60/19
certify [2] 132/5 133/4
CFO [1] 5/24
Champlin [1] 5/13
change [3] 37/14 107/18 107/21
changed [2] 125/11 125/16
changes [4] 39/9 113/16 113/18 113/20
charge [4] 92/16 92/19 96/22 107/14
Chastain [11] 51/25 65/3 81/8 83/20 94/9 107/14 108/2 109/4 110/5 110/24 128/12
chat [1] 64/7
Chattanooga [11] 7/11 14/6 14/8 14/15 66/24 70/12 121/25 122/12 122/15 122/17 122/22
chatted [2] 52/8 52/21
check [2] 64/1 70/20
chemical [1] 45/24
chief [6] 7/25 8/6 8/24 10/3 10/13 38/20
child [1] 8/16
Childers [6] 58/23 59/18 59/19 60/2 81/15 108/13
choice [2] 111/4 111/7
CITY [1] 133/2
CITY/COUNTY [1] 133/2
Civil [1] 1/5
clarify [1] 64/8
clear [10] 30/24 54/6 54/20 84/4 84/5 84/6 84/22 84/23 87/24 94/24
client [2] 12/24 20/5
Clint [1] 3/9
Clinton [1] 2/2
close [8] 67/12 82/12 84/8 87/1 87/25 97/18 118/18 124/14
closed [1] 30/4
closing [42] 27/22 29/23 29/25 36/11 36/19 36/21 36/23 37/3 37/13 68/8 68/10 68/16 69/4 69/5 69/7 82/22 82/23 83/2 83/5 83/10 83/13 84/11 84/20 88/3 88/7 88/12 88/15 88/21 91/1 96/17 97/17 109/8 109/11 109/17 109/21 110/7 111/2 111/25 118/4 123/25 124/17 125/11
Cochairman [2] 15/15 15/21
Colin [1] 32/2
collections [1] 86/19
college [2] 5/2 5/4
combination [2] 47/25 96/18
come [11] 7/2 8/11 12/25 29/9 38/17 64/1 73/23 77/9 105/8 108/24 123/10
comes [1] 102/6
coming [2] 64/10 108/21
comment [1] 82/3
Commerce [1] 2/3
commission [3] 52/18 132/20 133/19
commitment [1] 54/18
committing [1] 54/17
COMMONWEALTH [2] 132/1 133/1
communicate [4] 47/24 104/4 106/11 106/22
communicated [4] 104/7 104/8 104/25 105/23
communication [1] 122/2
companies [27] 11/3 11/4 11/4 11/12 13/12 13/15 13/16 37/18 37/20 37/23 38/2 38/5 38/21 38/23 38/24 39/1 39/10 39/18 39/19

book [9] 101/4 101/5 101/6 101/19 102/6 102/10 103/9 103/18 123/7
books [1] 18/11
born [1] 4/17
both [7] 14/13 34/3 34/18 36/21 53/25 88/13 110/4
bottom [1] 126/9
bought [2] 11/13 69/4
bound [1] 114/17
brakes [1] 101/9
break [4] 4/11 40/20 52/8 67/23 101/11 101/15 102/16 103/4 103/8 103/19 118/18
break-even [4] 102/16 103/4 103/8 103/19
briefly [1] 52/21
bring [2] 38/9 77/11
bringing [1] 122/21
broker [6] 11/25 12/19 12/24 20/24 34/5 38/11
brokerage [1] 38/8
brokers [5] 11/3 11/16 12/22 38/17 38/18
brought [7] 11/16 11/18 11/25 12/3 93/5 93/7 108/19
Bryant [4] 90/16 90/21 91/1 91/5
bubble [1] 52/23
build [1] 79/10
building [1] 59/1
business [33] 5/9 5/24 5/25 6/5 6/14 9/2 10/6 10/7 11/1 12/17 14/24 21/4 21/5 21/6 21/23 33/2 39/12 47/8 47/9 54/6 55/14 82/1 84/6 92/3 98/8 98/15 99/12 111/4 111/7 117/12 117/16 124/5 130/23
businesses [1] 12/7
buy [5] 12/25 13/12 31/20 98/23 99/19
buyer [4] 12/10 12/13 92/5 109/13
buying [5] 37/8 37/9 43/10 62/21 99/4
bye [1] 106/8

**C**

C-P-O-R [1] 8/20
C-P-O-R-E [1] 8/19
C:06cv00351 [1] 1/6
C:06cv00351-MEF [1] 1/6
CALDWELL [1] 2/7
call [20] 29/20 30/8 30/11 30/12 30/13 45/6 53/12 96/1 96/2 96/8 96/14 100/4 100/7 104/20 104/22 104/23 106/25 112/7 115/19 115/20
called [5] 3/2 8/19 41/22 104/23 115/20
calling [1] 109/7
calls [1] 106/24
came [7] 19/4 21/12 21/17 25/6 52/15 61/10 61/12
can [28] 3/23 13/24 17/19 20/21 29/24 30/25 36/23 37/24 39/7 40/1 49/2 60/14 65/14 66/1 71/15 80/1 80/2 83/12 84/13 84/15 86/10 98/10 112/14 119/8 120/7 121/5 121/19 129/15
can't [10] 16/5 47/1 49/4 79/25 86/12 91/15 92/17 93/13 111/17 118/13
candidate [1] 45/3
cannot [6] 31/5 54/25 65/14 76/22 87/25 127/3
capacity [2] 11/1 47/11
caption [1] 132/7
car [2] 5/24 52/3
carrier [8] 11/23 15/3 30/9 45/23 45/24 45/24 45/25 130/23
carriers [13] 9/14 9/18 12/24 13/4 15/7 24/21 24/22 24/23 38/19 46/14 51/2 53/4 117/15
carries [1] 43/7
Carter [3] 2/2 3/5 3/9

40/11 40/14 44/14 45/16 51/7 51/12 86/1 86/1
company [56]
company's [2] 43/11 91/24
compare [2] 108/9 108/11
comparison [3] 99/5 103/2 118/8
compensated [1] 108/16
compensation [2] 116/11 116/14
complaint [1] 42/12
complete [4] 26/16 85/19 88/5 121/10
completed [14] 17/21 19/21 19/22 19/23 25/8 27/17 28/15 28/18 59/5 64/16 66/7 76/9 94/18 127/20
completion [4] 27/4 36/10 36/22 69/17
computer [1] 122/2
concentrated [1] 70/2
concept [4] 20/25 71/17 71/20 130/22
concern [1] 114/4
concerning [1] 122/5
concerns [1] 81/18
concluded [2] 64/23 131/22
conclusion [1] 64/20
conclusions [2] 19/5 19/15
condition [9] 27/11 35/25 70/21 88/6 88/6 94/22 97/14 97/16 106/4
conditions [19] 25/4 36/5 36/24 37/11 50/5 67/16 69/3 69/25 71/3 71/6 77/7 77/12 84/17 84/21 94/23 97/10 98/20 101/8 111/8
conduct [2] 27/15 90/20
conducted [4] 36/23 101/21 102/2 102/4
conducting [1] 91/11
conference [9] 18/11 63/19 63/20 96/1 96/2 96/8 96/14 100/4 100/7
confidentiality [26] 30/20 30/21 30/23 31/12 32/15 34/7 34/11 34/13 39/5 39/17 39/22 40/4 40/5 40/6 47/13 47/14 48/2 48/14 48/20 49/9 49/14 51/12 54/24 55/2 56/12 57/25
conjunction [1] 108/12
consider [5] 43/6 43/12 65/11 66/1 113/19
consideration [2] 80/16 97/24
considered [1] 14/25
consummated [1] 11/7
contact [11] 6/6 13/9 38/9 38/16 44/24 45/2 122/6 128/7 129/2 129/3 129/11
contacted [6] 7/1 14/4 44/21 44/22 129/23 129/25
contacts [1] 29/18
contains [1] 133/6
contemplate [1] 24/4
contemplated [1] 99/21
contemplates [1] 77/4
contemplating [1] 24/8
contention [1] 128/18
context [1] 72/7
continue [9] 24/10 53/3 66/17 68/11 71/21 81/5 107/13 108/1 108/5
continued [3] 36/4 67/5 97/5
continuing [3] 71/18 71/21 98/8
contract [37] 29/8 33/3 33/7 36/25 37/12 69/2 69/3 71/10 74/19 77/7 77/9 77/12 79/25 84/17 84/21 86/15 88/9 94/23 95/15 97/11 101/8 104/6 106/5 106/6 106/17 111/8 111/21 112/1 112/2 112/5 114/7 114/7 116/22 122/6 124/25 125/2 126/7
contracted [1] 130/8
contractor [6] 9/16 9/20 29/7 29/12 73/23 93/3
contractors [4] 23/3 23/8 23/14 72/18
contracts [3] 33/3 68/9 90/13
contractual [4] 24/10 42/15 68/24 88/11
control [8] 23/12 74/16 79/7 79/9 79/10 92/3 92/4 92/6
controller [14] 5/19 5/23 6/8 7/3 7/10 7/19

detail [1] 32/19
details [4] 31/3 50/23 65/8 95/3

controller... [8]  8/8 27/23 28/6 28/7 28/10 28/11 29/1 65/4
controls [2]  18/22 35/24
convenient [2]  20/18 20/19
conversation [23]  34/6 39/2 39/23 46/12 46/23 47/1 47/4 47/5 47/6 47/10 47/17 48/1 50/18 54/5 59/25 60/1 69/15 104/21 105/3 106/9 106/20 107/12 128/21
conversations [13]  21/25 23/15 30/19 46/3 49/22 49/23 49/24 56/3 56/4 56/6 73/9 74/14 117/18
Conversations were [1]  56/6
conversion [54]
conversion's [1]  31/5
conversions [6]  15/25 16/2 37/25 42/18 62/10 89/10
convert [5]  11/9 22/1 37/19 53/9 53/16
converted [5]  23/17 24/6 37/18 91/3 107/10
converting [3]  22/3 43/12 117/12
converts [1]  29/2
conveyed [3]  65/2 94/24 100/15
conveying [1]  65/2
COOK [1]  1/20
cooperated [1]  116/19
cooperation [2]  116/15 116/23
coordinated [1]  93/7
copy [1]  131/12
copying [1]  121/21
corporate [2]  7/10 7/19
Corporation [3]  5/14 6/7 7/2
correct [164]
corrections [1]  133/9
correspond [1]  23/6
cost [3]  98/4 99/11 99/15
costs [1]  79/23
could [36]  8/15 14/20 17/22 38/14 38/15 50/20 51/5 53/9 53/16 53/24 57/22 58/25 59/7 61/1 62/1 65/18 70/24 72/2 72/3 72/5 75/9 75/24 77/8 96/14 97/1 97/4 97/5 97/16 104/17 105/5 109/11 120/1 122/22 128/2 129/7 130/14
couldn't [19]  52/7 65/10 95/19 97/9 97/11 97/14 97/14 97/17 105/9
counsel [4]  2/5 2/9 25/21 106/19
counteroffers [1]  25/7
counterparts [2]  28/2 29/5
counting [1]  73/22
country [1]  100/24
COUNTY [2]  132/2 133/2
couple [5]  41/1 56/1 57/12 119/2 125/7
course [2]  124/5 130/25
court [2]  1/1 4/1
covenants [1]  65/13
CPOR [5]  8/19 8/21 8/22 9/2 9/3
create [1]  130/16
created [1]  86/16
creates [1]  100/24
criteria [3]  43/2 46/4 78/10
critical [1]  120/10
CROW [1]  2/3
crowd [1]  75/8
culmination [1]  84/10
currently [1]  122/1
cursory [1]  57/13
custody [1]  8/16
customer [11]  33/5 63/4 81/18 127/22 128/15 129/23 130/20 131/1 131/4 131/8 131/13
customers [15]  45/18 81/19 127/17 127/18 127/25 128/3 128/7 128/10 128/14 129/17 130/4 130/6 130/9 130/13 130/18

D-1 [1]  1/21
daily [1]  28/3
Dallas [1]  10/13
Dalton [1]  90/19
data [2]  59/4 74/14
date [21]  36/19 36/21 82/22 82/23 83/2 83/5 83/10 83/13 88/16 88/17 109/8 109/17 109/20 110/7 111/2 115/3 115/5 124/17 124/19 125/11 133/12
dated [4]  112/18 123/23 124/9 126/24
dates [7]  88/3 88/4 88/8 88/21 110/2 110/3 125/3
Davenport [7]  12/4 12/5 20/5 20/8 21/8 24/20 24/20
David [1]  2/6
day [20]  17/25 26/22 35/8 40/13 58/11 61/20 61/21 76/17 94/8 95/21 104/6 106/23 112/1 115/13 115/24 118/4 128/1 132/12 133/8 133/18
days [11]  17/23 17/24 36/15 36/18 39/7 39/10 39/12 40/8 40/9 40/16 56/13
deal [31]  11/7 12/20 13/5 65/13 66/14 87/12 91/1 94/5 97/18 99/16 103/8 103/20 103/22 104/1 104/4 104/5 105/13 105/14 105/24 107/2 107/6 108/8 109/11 109/14 109/15 110/7 111/24 112/9 116/8 120/11 131/12
dealing [4]  28/2 43/3 89/24 118/11
dealings [1]  42/8
deals [4]  11/5 11/8 19/13 20/25
dealt [6]  13/22 31/15 31/17 31/23 78/8 117/5
debt [4]  62/24 65/1 95/2 99/16
decent [1]  18/22
decide [2]  38/24 40/18
decided [7]  9/12 36/21 95/19 97/9 97/10 97/12 99/4
decides [1]  36/19
decision [11]  11/6 19/12 43/2 54/19 77/11 78/3 96/5 96/6 96/8 99/10 111/21
decision-makers [2]  11/6 19/12
decisions [4]  39/9 54/25 55/6 94/20
dedicated [2]  32/25 33/3 33/3
Defendant's [8]  112/18 112/23 113/2 114/20 116/2 124/12 124/22 126/22
Defendants [2]  1/8 2/9
defined [1]  71/12
defining [2]  68/7 68/21
definition [1]  69/9
definitive [3]  25/17 36/5 67/6
degree [2]  5/6 5/9
deliver [1]  66/25
demands [1]  113/17
DENNIS [15]  1/13 3/2 3/8 33/17 65/7 95/22 121/20 123/21 126/24 126/25 129/25 130/5 132/6 133/4 133/12
department [5]  63/21 70/7 74/21 85/15 122/1
depend [1]  108/3
depending [3]  15/2 52/14 86/11
depends [1]  17/6
DEPONENT [1]  131/20
deposition [13]  1/13 2/17 2/18 3/16 41/3 41/22 50/14 119/4 129/10 131/22 132/6 132/9 133/7
describe [4]  21/3 21/5 21/5 68/19
described [5]  19/15 35/16 84/16 90/24 115/10
describing [6]  11/13 22/6 23/16 45/3 45/4 50/6
description [2]  2/16 22/22
despite [1]  97/7
destroyed [5]  58/24 59/1 59/17 59/20 60/5

determination [6]  44/6 44/9 94/18 95/9 102/18 118/3
determine [12]  34/17 40/16 41/6 70/21 74/18 75/9 75/16 75/23 101/7 117/17 117/19 126/4
determined [7]  26/6 76/21 78/2 78/6 96/13 100/21 103/2
determines [1]  26/5
determining [1]  78/15
detriment [1]  78/15
develop [1]  127/14
developed [1]  127/16
development [4]  10/6 10/8 54/6 84/6
dictate [1]  36/25
did [184]
didn't [19]  9/19 11/22 30/18 41/19 43/25 55/5 61/22 62/21 63/13 63/20 73/24 86/4 97/17 105/10 109/24 110/8 114/7 122/6 124/4
difference [1]  118/10
different [8]  42/21 62/20 65/13 72/13 72/14 72/15 72/16 91/22
diligence [106]
direct [3]  32/16 47/25 85/8
directly [10]  12/16 14/2 15/22 38/15 38/16 38/17 38/19 45/3 81/24 92/16
director [1]  122/7
disagree [1]  125/14
disarray [1]  100/8
disclose [1]  31/5
disconnected [1]  106/8
discretion [1]  77/12
discuss [9]  20/24 22/22 51/3 53/22 53/24 59/19 95/23 123/5 124/7
discussed [11]  37/25 53/8 53/15 64/8 80/21 81/17 109/4 113/7 113/10 122/23 126/25
discusses [1]  119/23
discussing [2]  21/25 54/4
discussion [17]  21/7 30/14 30/17 32/16 45/14 45/20 46/8 52/24 54/18 72/4 88/7 88/10 106/9 116/10 126/1 129/10 130/22
discussions [30]  21/22 22/10 30/24 34/14 34/16 34/22 38/10 39/14 40/10 43/15 43/17 45/13 45/15 50/4 53/3 54/7 72/1 73/10 77/24 81/7 81/10 85/12 107/12 115/7 118/2 128/10 128/13 130/2 130/6 130/15
dispose [1]  6/11
disposing [1]  12/7
dispute [2]  125/22 125/25
disqualified [2]  123/1 123/7
dissuade [1]  112/8
Distribution [2]  8/1 8/2
DISTRICT [2]  1/1 1/1
DIVISION [1]  1/2
divulge [1]  24/25
do [119]
document [9]  50/9 55/7 67/17 68/22 112/14 115/8 115/11 121/6 121/17
documentation [13]  56/7 56/23 57/2 57/5 57/21 65/12 65/12 75/18 81/6 85/23 96/16 97/8 97/15
documents [32]  27/23 34/12 34/14 34/17 34/22 41/7 41/11 41/15 41/16 41/18 49/4 49/16 49/17 49/18 49/19 49/20 49/22 49/24 56/16 56/18 65/20 66/8 69/5 69/7 96/19 96/23 97/1 97/3 103/11 103/15 112/11 112/12
does [22]  12/22 12/24 23/6 26/5 29/11 31/8 31/8 34/7 37/24 38/7 39/3 52/11 52/12 52/12 54/24 79/10 98/17 101/6 101/6 102/23 109/16 115/3
doesn't [4]  79/9 98/6 99/15 116/17
doing [15]  6/5 9/1 9/19 17/3 17/25 28/25 29/24 48/17 49/13 50/1 64/5 70/4 83/4 93/18

doing... [1] 94/5
dollars [3] 97/25 102/22 102/25
don't [57]
done [11] 29/21 29/23 44/11 102/20 108/12 109/6 110/7 118/12 119/3 129/2 131/17
DONELSON [1] 2/7
door [1] 118/5
down [14] 3/12 3/24 19/8 21/2 21/13 24/19 61/18 61/20 69/5 76/4 82/5 85/10 102/11 108/9
downtown [2] 20/24 21/14
draft [5] 33/21 76/1 80/21 106/15 126/16
drafted [4] 25/21 114/25 115/8 126/15
drafts [1] 25/20
drawer [1] 65/18
drive [3] 75/10 77/5 93/21
driver [73]
drivers [106]
drove [1] 51/15
dud [1] 65/5
due [114]
duly [2] 3/3 132/6
during [66]
duties [5] 7/17 8/4 8/8 8/25 10/24
duty [1] 114/16

**E**

e-mail [30] 45/3 47/21 47/24 47/25 66/22 66/24 66/25 109/10 109/12 115/10 119/5 119/9 119/18 120/1 120/14 121/18 121/20 123/13 123/16 123/17 123/18 123/21 123/23 125/10 125/12 125/21 126/9 126/24 127/7 128/21
e-mailed [4] 48/10 106/25 107/5 107/6
e-mailing [1] 109/8
each [9] 20/20 28/13 29/17 64/4 65/12 79/13 82/9 82/21 84/22
earlier [7] 30/18 42/18 48/14 72/7 88/12 122/24 125/2
early [4] 43/16 65/14 72/24 86/24
earnings [1] 80/6
earnout [8] 78/2 78/5 78/15 79/4 79/15 79/16 80/6 80/9
easily [1] 39/7
East [1] 1/17
EASTERN [1] 1/2
easy [1] 131/18
eat [1] 127/3
effect [1] 126/5
effectuate [1] 16/2
eight [5] 38/5 38/21 40/11 40/13 126/12
either [8] 11/1 12/10 21/2 38/8 59/5 86/17 93/3 100/10
elected [1] 6/11
Elkins [11] 16/5 21/20 22/17 61/13 61/16 70/17 100/2 100/3 100/16 102/5 120/18
else [16] 13/10 16/4 24/14 29/24 30/20 33/13 35/8 40/3 46/15 46/19 46/24 66/3 85/2 85/21 88/23 109/15
emphasizing [1] 124/14
employed [8] 5/15 7/12 8/17 8/18 72/8 72/17 73/3 93/4
employee [3] 9/21 11/18 55/13
employees [10] 14/21 14/23 16/7 23/13 24/11 24/12 61/4 91/25 91/25 92/1
encounter [1] 22/24
end [10] 7/6 9/4 13/5 28/13 35/19 63/9 67/20 79/13 94/6 94/15
engineering [1] 9/5
enough [8] 56/23 57/17 57/21 67/12 67/13 94/20 95/9 95/20

ensure [1] 29/2
entailed [1] 81/11
enter [6] 56/24 57/18 57/22 79/25 111/15 130/18
entered [12] 11/12 36/13 39/17 58/14 60/11 61/6 62/6 76/8 76/10 76/12 77/1 130/12
entering [2] 34/15 39/21
ENTERPRISES [3] 1/7 3/13 7/10
entertain [1] 51/4
entire [4] 18/10 62/18 78/19 78/23
entity [2] 43/3 101/1
equal [2] 99/16 102/14
equipment [24] 9/4 22/18 53/1 61/16 62/24 65/18 65/19 70/3 70/4 70/16 70/18 70/19 70/21 70/23 71/24 95/3 96/15 96/16 99/15 99/18 100/24 103/5 119/11 119/15
equity [1] 102/22
Eric [1] 31/25
especially [1] 57/4
Esquire [3] 2/2 2/2 2/6
essentially [1] 13/22
estate [1] 6/21
estimate [3] 14/21 17/19 17/22
et [1] 1/7
evaluated [2] 117/14 117/15
even [10] 52/23 65/10 81/4 97/16 102/16 103/4 103/8 103/14 103/19 106/25
events [3] 84/19 84/20 96/18
eventually [1] 11/13
ever [12] 3/16 14/3 43/12 44/10 59/19 100/19 106/20 107/2 107/5 108/8 108/19 109/7
every [16] 17/25 26/22 43/14 54/4 65/17 65/18 82/10 84/22 86/14 94/8 98/14 99/13 99/21 122/16 127/21 129/2
everybody [1] 104/17
everything [14] 3/24 35/8 48/17 51/22 52/4 56/8 57/2 64/10 65/9 81/21 82/14 102/19 103/19 119/14
Everything's [1] 33/6
evidence [8] 97/13 128/22 129/7 129/9 129/10 129/14 129/18 129/19
evolved [1] 130/24
exact [4] 21/14 22/19 95/14 125/25
exactly [8] 73/13 78/11 88/9 100/9 109/24 110/25 116/25 119/14
EXAMINATION [1] 3/5
example [1] 29/7
examples [1] 71/5
excellent [2] 27/9 27/11
except [1] 44/15
exception [1] 133/8
excess [1] 44/15
excited [1] 81/23
excuse [2] 8/20 120/24
execute [3] 25/25 30/19 82/18
executed [11] 25/23 26/8 34/3 34/11 34/14 62/11 80/15 113/12 113/25 114/11 114/14
execution [3] 25/10 48/19 49/13
Executive [1] 10/3
executives [1] 54/8
exhibit [18] 41/2 41/21 112/18 112/23 113/2 113/10 113/23 114/20 116/2 117/24 119/3 119/4 121/3 121/17 123/13 124/12 124/22 126/22
Exhibit 37 [2] 112/18 112/23
Exhibit 4 [1] 121/3
Exhibit 40 [1] 113/2
Exhibit 42 [1] 124/22
Exhibit 45 [1] 113/23
Exhibit 48 [1] 124/12
Exhibit 51 [1] 126/22
Exhibit 55 [1] 116/2

exist [1] 43/8
existed [1] 38/16
existing [1] 108/6
expected [1] 27/25
expenses [1] 127/1
expensive [1] 79/22
experience [2] 14/25 33/11
expires [2] 132/20 133/19
explain [5] 10/23 12/25 15/2 26/13 73/5
explained [7] 27/5 52/22 68/8 71/20 83/16 83/19 83/23
explanation [1] 59/6
express [3] 12/3 128/19 129/16
expresses [1] 123/24
extremely [4] 84/5 84/6 84/22 84/23
eye [1] 29/21

**F**

F-u-l-l-e-r [1] 15/13
face [2] 21/2 21/2
facilitate [5] 10/25 11/6 37/4 54/7 90/6
facilitated [1] 105/16
facilitator [4] 82/18 82/25 83/14 93/21
facility [3] 21/21 26/25 32/18
fact [9] 22/1 37/8 56/24 76/4 103/7 107/21 109/12 116/18 125/13
factor [1] 124/16
factoring [11] 86/2 86/3 86/5 86/6 86/7 86/10 86/18 87/2 87/10 94/3 96/17
facts [7] 4/15 19/10 66/16 66/17 67/11 67/13 67/13
fair [4] 4/13 28/15 56/21 85/17
fall [1] 17/18
family [3] 6/18 6/20 6/22
Fant [4] 63/1 63/12 81/16 124/14
Fant's [1] 63/10
far [20] 13/25 18/21 19/11 22/24 52/10 52/23 54/14 54/17 65/14 65/20 68/10 68/13 69/24 81/8 81/19 85/13 89/22 108/2 109/5 114/1
FARNSWORTH [14] 1/13 3/2 3/8 3/9 33/18 95/22 121/21 123/21 126/24 129/25 130/5 132/6 133/4 133/12
Farris [5] 32/22 32/23 32/24 33/10 61/11
favorable [1] 102/13
fax [1] 122/3
feasible [1] 108/22
February [3] 1/10 132/12 133/8
feedback [1] 51/4
feel [4] 49/3 49/5 50/17 60/7
feeling [2] 100/12 100/14
fell [1] 96/20
felt [1] 81/12
few [1] 118/24
fifteen [4] 38/5 38/21 40/11 40/13
figure [2] 49/1 73/7
file [1] 70/3 70/5 70/6 74/24 75/18 122/16 122/21
filed [1] 132/11
files [25] 57/14 57/14 58/11 58/16 58/19 58/22 58/24 59/4 59/10 59/13 59/16 59/20 60/2 60/3 60/4 60/5 60/9 61/1 70/9 77/22 121/24 122/11 122/13 122/14 122/22
final [10] 5/5 27/16 78/22 78/22 80/18 85/25 89/6 94/2 97/22 97/23
finance [1] 92/16
financial [25] 5/18 7/25 8/6 8/8 8/24 8/25 10/3 10/14 16/24 17/1 17/3 17/12 17/14 18/20 26/16 26/19 27/9 27/10 28/12 35/4 35/11 35/23 38/20 63/13 63/15
financially [2] 117/4 117/25
financials [13] 7/20 27/25 29/2 31/6 31/9

**financials... [8]** 31/10 35/24 62/19 62/21 62/22 118/10 118/14 118/15
**financing [1]** 37/12
**find [8]** 4/16 18/18 19/11 23/21 30/15 91/8 91/10 93/10
**findings [3]** 27/6 27/8 27/18
**Fine [1]** 65/25
**finish [7]** 4/3 4/6 74/25 75/3 76/15 120/23 129/12
**finished [9]** 19/4 19/14 47/10 64/15 64/17 75/6 76/16 91/15 93/23
**firm [4]** 3/11 9/5 10/13 12/6
**firms [1]** 12/13
**first [41]** 3/3 11/16 14/3 17/16 20/23 21/8 21/15 22/12 30/7 32/14 34/10 38/11 41/2 43/2 44/18 51/15 52/3 53/5 54/4 55/4 55/24 62/16 62/17 62/17 64/15 76/1 78/18 89/9 89/18 92/7 104/3 109/19 111/24 114/24 115/12 117/5 117/10 118/11 119/3 119/18 126/16
**fit [6]** 13/8 30/10 32/17 81/12 107/24 119/14
**five [2]** 32/11 51/1
**fixed [1]** 8/10
**Florida [4]** 8/1 8/15 11/21 11/24
**flow [2]** 27/12 86/21
**focus [5]** 10/21 18/1 18/3 28/24 62/21
**focused [2]** 62/23 63/3
**focuses [1]** 33/3
**folks [1]** 99/4
**follow [3]** 32/14 32/15 81/5
**follow-up [2]** 32/14 32/15
**followed [1]** 45/6
**following [2]** 25/10 36/25
**follows [1]** 3/3
**foreclosure [1]** 124/1
**foregoing [2]** 132/6 133/5
**forgotten [1]** 32/5
**form [6]** 82/15 84/12 98/9 110/21 111/6 117/13
**formula [1]** 99/13
**Fort [1]** 6/15
**forth [2]** 117/24 126/12
**forward [29]** 19/9 36/2 65/11 67/3 67/5 69/18 75/8 75/12 75/25 76/22 77/25 78/1 78/4 81/9 81/12 81/20 82/21 93/21 95/24 98/19 106/16 109/14 111/2 111/21 111/25 113/19 117/19 117/21 124/8
**found [2]** 11/11 64/18
**founded [1]** 14/1
**four [4]** 26/3 32/11 54/22 74/9
**fourth [2]** 25/1 25/2
**frame [26]** 13/12 14/15 14/20 26/2 36/16 37/21 49/21 56/15 61/10 62/1 62/4 63/2 71/7 71/8 89/11 89/22 90/14 91/15 91/19 125/4
**framework [1]** 25/18
**Frank [6]** 58/23 59/18 59/19 60/1 81/15 108/12
**free [1]** 94/24
**front [10]** 3/19 54/15 78/10 78/12 78/17 78/25 79/1 80/8 85/10 95/15
**fuel [1]** 127/2
**full [2]** 3/7 61/18
**Fuller [5]** 15/11 15/22 21/17 21/18 26/4 54/23
**fully [2]** 111/10 120/6
**functions [1]** 8/7
**funded [1]** 86/17
**funding [1]** 37/12
**funds [1]** 86/22
**further [10]** 22/10 24/18 30/17 30/24 66/1 67/14 106/5 115/10 131/20 132/9
**future [4]** 82/1 86/22 86/23 99/2

**G.F [80]**
**gain [2]** 98/6 98/22
**gaining [1]** 98/7
**gas [1]** 6/20
**gather [2]** 65/22 66/2
**gathered [4]** 45/21 94/4 121/24 122/14
**gathering [3]** 39/8 40/9 74/7
**gave [5]** 4/15 41/12 41/12 69/18 101/15
**general [13]** 8/8 20/25 21/22 30/14 39/8 46/13 47/9 62/21 71/13 74/23 85/11 109/22 114/24
**generally [3]** 47/3 47/5 49/8
**generate [4]** 40/4 40/5 98/15 98/17
**generated [4]** 40/7 99/1 108/4 121/11
**generates [1]** 98/16
**generating [1]** 110/15
**Georgia [1]** 90/18
**gesture [1]** 3/23
**get [49]**
**get-to-know-you [1]** 22/9
**gets [3]** 28/18 65/11 86/22
**getting [16]** 4/5 13/6 60/16 65/1 87/23 96/22
**give [7]** 3/22 64/20 65/22 71/5 74/12 100/19 131/3
**given [9]** 3/16 10/5 10/23 38/22 40/12 58/15 122/16 132/12 133/7
**giving [1]** 10/7
**glad [1]** 4/11
**global [1]** 74/10
**Glover [1]** 121/25
**go [39]** 4/20 4/22 5/3 6/13 7/25 9/12 11/22 19/8 19/18 20/10 20/14 20/20 21/6 21/14 28/11 32/7 38/14 38/15 39/4 48/22 56/25 64/7 65/20 69/3 69/18 73/1 73/2 75/7 75/24 76/22 82/5 82/16 91/1 93/10 98/19 108/24 109/23 117/19 117/21
**goal [12]** 17/4 28/17 34/15 34/16 53/21 53/22 82/23 82/25 127/9 127/12 127/20 127/21
**goals [2]** 18/25 23/21
**goes [9]** 18/22 20/8 20/8 35/9 38/11 65/14 68/11 68/14 98/7
**going [53]**
**gone [1]** 91/10
**good [4]** 19/8 30/10 32/4 117/7
**goods [1]** 69/8
**goodwill [13]** 71/11 71/12 71/12 71/22 78/2 78/6 79/16 125/20 125/23 125/25 126/2 126/5 126/8
**got [21]** 13/20 13/21 16/18 16/20 20/4 30/9 39/15 49/4 78/10 82/10 88/16 88/16 89/22 93/10 98/2 98/24 107/10 112/2 118/24 120/14 124/2
**gotcha [2]** 69/12 75/14
**graduate [1]** 4/24
**graduated [2]** 5/1 5/12
**Granted [1]** 67/24
**ground [1]** 114/4
**group [5]** 94/19 94/19 95/5 95/19 100/5
**grow [2]** 71/22 82/1
**growth [1]** 11/1
**guess [1]** 93/9
**guessing [2]** 58/5
**guidelines [1]** 72/6
**guy [126]**
**guys [1]** 127/1

## H

**habit [1]** 47/24
**had [104]**
**half [5]** 8/22 38/4 38/23 39/16 127/2
**Hall [1]** 2/6

**Hamlet [1]** 62/...
**Hand [1]** 132/... B
**handle [3]** 63/4 81/20 86/20
**handled [3]** 54/8 70/16 86/19
**hanging [1]** 85/21
**happen [5]** 23/17 24/5 82/4 83/15 84/7
**happened [11]** 7/7 25/1 36/1 47/18 48/7 50/21 67/22 68/3 69/19 88/23 94/15
**happening [2]** 55/23 68/17
**Harlin [34]** 10/1 15/9 15/10 16/3 16/16 19/6 19/10 19/11 20/7 21/12 21/18 26/4 26/10 26/12 27/6 33/17 44/9 50/2 54/22 95/6 95/7 95/23 96/6 100/11 105/22 106/12 106/12 114/7 114/19 115/21 115/23 116/6 121/21 123/22
**Harrisburg [1]** 18/7
**has [24]** 13/17 20/3 22/3 36/9 36/22 36/25 40/6 44/10 52/3 54/8 54/21 65/13 76/21 88/16 92/2 92/5 94/19 99/10 99/14 107/5 112/17 119/6 125/11 129/20
**haul [1]** 33/6
**have [170]**
**haven't [2]** 10/19 29/25
**having [16]** 15/4 21/7 22/9 22/20 33/8 34/22 39/8 40/9 60/1 64/25 73/15 75/20 88/1 98/16 98/17 98/18
**he [112]**
**he's [9]** 23/20 30/8 65/3 110/15 123/25 124/1 124/2 125/21 127/4
**head [1]** 3/23
**headed [1]** 70/7
**headhunter [7]** 7/8 7/24 10/11 10/18 10/19 10/20 14/4
**hear [10]** 59/12 72/12 100/3 100/19 104/17 105/1 105/2 105/3 105/5 105/9
**heard [2]** 14/3 117/10
**hearing [1]** 90/2
**Heiser [3]** 1/15 132/4 132/17
**held [1]** 32/18
**help [6]** 29/1 52/7 70/21 80/9 93/13 120/6
**helping [1]** 79/10
**HENRICO [1]** 132/2
**her [3]** 4/5 8/15 23/25
**here [23]** 4/9 8/12 8/18 14/19 20/16 20/17 21/13 42/1 42/5 48/25 49/2 66/16 104/13 111/12 111/13 114/9 115/4 116/24 119/14 124/4 125/6 126/15 129/14
**hereby [2]** 132/5 133/4
**hereof [1]** 132/11
**hereto [1]** 132/8
**Hey [3]** 13/12 64/17 97/2
**high [5]** 4/20 4/22 4/23 5/1 99/5
**him [39]** 4/10 28/11 29/1 29/10 31/20 33/9 41/12 46/24 47/13 47/14 47/19 47/21 48/2 48/9 48/10 48/11 49/16 52/22 53/6 53/21 53/22 55/9 64/7 65/5 71/20 74/25 75/3 81/14 82/9 105/15 106/1 106/23 106/25 107/2 107/5 120/7 120/9 120/23 121/1
**Hingst [11]** 2/11 41/24 92/1 93/12 95/22 104/9 104/12 110/19 121/21 121/23 123/22
**hire [2]** 9/20 9/21
**hired [2]** 9/24 65/9
**his [61]**
**historic [1]** 16/24
**history [2]** 35/8 45/5
**hmm [1]** 23/23
**hold [2]** 6/9 7/5
**holding [2]** 54/1 54/3
**holds [1]** 6/20
**home [2]** 41/19 69/4
**honored [1]** 120/25
**house [3]** 21/21 69/8 106/19
**household [1]** 69/8

**how [82]**
**How's [1]** 64/9
**Hugh [4]** 31/18 31/19 32/21 33/18
**human [1]** 80/1
**hundred [7]** 37/22 38/2 38/22 39/1 39/4 39/18 117/15
**hurry [1]** 110/7

# I

**I'd [6]** 9/17 20/20 49/3 56/7 67/23 68/12
**I'll [3]** 4/5 4/11 98/11
**I'm [40]** 3/21 7/13 10/17 21/19 28/19 28/22 28/24 41/21 49/1 49/5 49/7 49/10 51/11 54/3 58/5 59/23 60/16 60/20 60/23 62/21 64/17 68/4 80/6 84/6 90/2 91/8 91/10 105/10 107/11 107/23 111/12 112/12 112/13 114/25 118/18 119/3 121/23 123/20 129/5 129/21
**I've [8]** 4/1 32/4 39/15 64/18 93/10 97/2 118/24 121/16
**ice [1]** 52/8
**idea [1]** 9/14
**identify [4]** 112/14 119/8 121/5 121/19
**identifying [1]** 119/10
**immediately [3]** 106/6 120/12 120/15
**impacted [1]** 108/3
**implications [1]** 111/1
**importance [2]** 79/18 79/20
**important [2]** 78/13 80/5
**In-house [1]** 106/19
**inappropriate [1]** 128/10
**inbound [1]** 33/6
**INC [8]** 1/3 1/7 1/20 3/12 3/13 49/12 114/10 129/23
**Inc.'s [2]** 129/17 130/9
**incentive [1]** 80/7
**included [2]** 126/18 126/19
**income [3]** 98/16 98/16 98/18
**incomplete [5]** 57/3 57/5 57/7 58/23 94/4
**incorrect [1]** 23/10
**incurred [2]** 124/3 124/5
**independent [12]** 9/15 9/20 23/3 23/8 23/13 29/7 29/8 29/12 72/17 72/18 73/22 93/3
**indicated [1]** 83/8
**individual [1]** 82/21
**individually [1]** 1/4
**individuals [11]** 26/3 28/1 29/16 39/9 54/22 57/9 64/8 80/2 81/15 94/12 129/11
**industry [1]** 9/14
**information [32]** 16/25 31/11 31/11 39/6 39/8 40/9 45/21 47/19 47/21 48/11 52/15 56/22 57/4 57/17 65/23 66/1 66/2 67/12 70/10 74/7 74/10 87/10 87/13 87/19 87/24 88/1 94/10 96/18 100/16 119/12 119/16 121/25
**informing [1]** 116/7
**initial [27]** 21/1 22/8 34/6 39/13 45/2 46/8 46/11 50/18 71/9 73/9 73/11 74/7 74/10 74/14 74/14 74/23 75/15 78/8 78/15 78/16 80/11 80/14 80/15 80/20 102/19 113/6 126/20
**initially [3]** 43/14 73/25 74/3
**inquiry [1]** 47/19
**instance [2]** 1/14 99/19
**instead [1]** 3/23
**instructed [1]** 105/18
**instructions [1]** 124/15
**instruments [2]** 62/24 65/1
**insurance [2]** 124/2 127/1
**intact [1]** 91/25
**integrated [1]** 9/4
**intent [51]**
**interest [4]** 22/3 31/21 34/18 42/17
**interested [6]** 9/19 45/7 45/11 45/15 45/23

**interference [1]** 109/6
**interim [1]** 9/11
**internal [2]** 18/22 35/24
**internally [1]** 119/9
**International [2]** 87/6 87/12
**interrupt [3]** 11/22 86/4 125/5
**introduce [1]** 28/11
**introduced [2]** 28/1 29/5
**introduction [1]** 38/20
**investigate [1]** 37/19
**investigating [1]** 40/13
**investigation [1]** 73/19
**investment [4]** 6/17 6/18 8/9 80/4
**investor [1]** 8/25
**invite [1]** 29/9
**invoices [1]** 86/16
**involved [21]** 12/20 13/6 13/17 16/18 16/20 16/24 20/4 38/1 58/6 77/22 90/7 90/11 90/14 90/15 92/10 92/11 93/20 111/20 120/11 120/15 121/1
**involvement [4]** 19/16 27/19 28/17 30/7
**is [216]**
**isn't [5]** 67/9 110/4 131/11
**issue [6]** 8/16 73/8 85/18 87/3 107/8 108/14
**issues [7]** 22/23 43/7 59/3 65/13 76/5 77/22 116/15
**it [198]**
**it's [44]** 9/5 10/19 17/8 20/18 22/9 34/21 35/4 36/17 36/17 37/11 37/14 39/11 40/8 44/14 46/2 57/17 58/13 59/15 62/20 67/10 70/22 70/23 71/14 72/13 72/14 72/16 79/20 80/5 90/19 92/24 95/7 95/12 108/19 111/17 112/18 112/18 113/9 119/5 119/5 121/4 121/18 124/6 125/12 126/23
**items [2]** 48/9 88/6
**its [2]** 31/9 131/4
**itself [4]** 102/18 103/9 103/20 103/23

# J

**Jackson [2]** 32/19 35/13
**Jacksonville [2]** 11/21 11/24
**Jeff [18]** 16/3 16/16 19/11 21/12 26/4 33/11 50/2 54/22 61/11 95/6 95/7 95/23 96/7 100/10 105/22 121/22 123/22 124/6
**jeopardy [1]** 124/1
**Jerry [11]** 16/5 21/20 22/17 61/13 61/16 70/17 100/2 100/3 100/16 102/5 120/18
**job [15]** 7/5 8/11 8/12 9/11 10/16 10/23 10/25 11/2 14/12 16/21 54/6 82/6 82/18 83/13 84/5
**jobs [1]** 9/1
**John [14]** 2/3 10/4 16/4 29/8 29/9 31/17 32/21 33/18 119/10 119/19 120/14 120/25 121/21 121/23
**join [1]** 10/12
**joining [1]** 12/12
**joint [1]** 78/3
**jointly [1]** 89/5
**Jones [2]** 32/2 32/2
**judge [2]** 129/8 129/15
**July [2]** 6/3 67/20
**June [2]** 112/18 132/20
**June 25 [1]** 112/18
**jury [3]** 3/19 129/8 129/15
**just [48]**

# K

**Kale [3]** 31/17 32/22 33/18
**Kansas [1]** 4/19
**keep [3]** 52/17 68/5 71/21 127/21 131/7
**keeping [2]** 81/19 128/2
**Keith [1]** 32/2

**Kelly [13]** 57/18 99/23 99/2 99/6 99/25 102/2 111/23 123/23 127/16 128/3 128/7 128/19 130/13
**kept [2]** 108/4 128/3
**kicked [1]** 56/2
**kicking [4]** 56/5 88/3 88/4 88/21
**killed [1]** 97/19
**killer [3]** 103/8 103/20 103/23
**killing [1]** 104/1
**Kimberly [5]** 1/14 3/23 4/1 132/4 132/17
**kind [13]** 9/2 13/6 25/18 34/4 34/10 52/9 52/13 57/13 74/8 74/9 74/12 94/19 110/21
**knew [5]** 38/15 38/17 82/14 110/24 111/24
**know [97]**
**knowledge [7]** 13/10 58/8 58/10 130/10 130/17 130/19 133/9
**known [1]** 119/15

# L

**lanes [1]** 131/1
**lapse [1]** 36/10
**large [5]** 1/16 15/3 38/19 132/5 132/18
**larger [1]** 45/17
**largest [2]** 15/7 16/10
**last [3]** 15/12 93/14 97/2
**late [1]** 19/23
**latter [1]** 10/9
**law [1]** 3/11
**lawsuit [1]** 3/12
**lawyer [6]** 4/9 41/10 41/25 101/15 129/19 131/16
**lay [1]** 85/10
**leading [1]** 67/6
**learn [1]** 95/18
**learned [4]** 61/1 115/13 115/16 115/18
**lease [1]** 52/17
**leases [2]** 65/1 92/2
**least [5]** 39/1 39/5 73/15 78/14 109/5
**leave [6]** 5/20 5/22 6/4 7/23 9/9 10/10
**left [12]** 5/23 6/12 8/11 8/12 9/10 29/14 41/15 41/17 53/2 55/24 66/4 78/18
**legal [1]** 43/11
**less [4]** 44/12 45/24 78/21 102/25
**let [29]** 4/2 4/5 8/14 22/15 28/4 29/10 31/22 34/6 39/15 45/10 53/7 66/6 74/25 75/3 77/19 110/23 113/1 113/22 117/5 120/23 121/3 121/16 124/11 124/21 125/7 125/17 126/21 127/10 129/2
**let's [10]** 13/24 14/12 19/18 40/20 49/19 67/14 98/2 101/11 118/18 125/5
**letter [61]**
**letters [3]** 85/25 85/25 124/15
**level [2]** 15/1 39/5
**liabilities [1]** 103/2
**liability [1]** 118/15
**liens [1]** 63/1
**like [33]** 3/19 6/19 13/8 17/11 19/7 20/20 25/18 30/9 39/22 40/12 45/22 46/13 48/9 49/4 51/13 60/7 60/14 62/9 63/19 64/9 67/14 67/23 68/4 68/12 69/4 69/9 80/1 81/15 82/7 82/8 117/8 122/7 126/13
**liked [1]** 130/13
**likely [1]** 102/16
**line [1]** 9/5
**lines [2]** 50/11 72/1
**liquidation [3]** 94/25 119/11 119/15
**Lisa [4]** 95/22 106/15 106/18 123/22
**list [33]** 48/9 48/10 74/5 131/13
**listed [1]** 18/25
**listen [1]** 84/1
**listing [1]** 74/6
**little [13]** 4/16 12/25 13/24 19/18 21/21 27/20

little... [7] 29/18 37/7 45/5 52/8 56/25 68/5 80/25
live [3] 14/8 14/11 20/17
load [2] 45/22 110/15
loan [7] 65/12 65/12 65/20 65/20 85/24 86/8 98/24
loans [2] 57/6 81/6
local [1] 12/6
locally [1] 20/16
located [2] 14/6 20/16
location [1] 58/12
locations [2] 70/19 93/8
locked [1] 18/10
logistics [1] 10/13
long [25] 4/12 5/15 6/2 6/9 6/23 7/5 7/14 8/2 8/21 10/7 10/16 18/13 18/19 14/19 26/20 35/10 48/21 50/17 56/11 64/23 67/1 75/6 83/5 93/14 109/24
look [8] 13/14 17/12 21/1 38/2 43/16 62/23 73/14 125/17
looked [9] 37/22 38/22 63/2 71/16 71/16 74/11 101/1 117/15 117/16
looking [19] 9/11 12/23 13/4 13/5 13/12 17/11 17/13 38/18 43/4 52/14 52/15 62/18 63/3 63/5 64/10 117/20 117/21 119/24 126/14
looks [4] 13/8 19/8 30/9 67/13
Lori [1] 16/4
lose [1] 108/23
losing [5] 110/6 110/11 110/13 110/18 127/5
lot [6] 23/9 24/18 39/9 39/13 57/3 111/20
love [1] 49/3
lower [6] 77/25 78/1 78/4 80/20 80/22 80/23
lowered [1] 76/6

# M

mad [3] 4/2 4/5 23/25
made [37] 6/6 19/15 28/16 38/9 43/2 44/5 44/8 44/9 45/11 50/19 50/21 50/25 51/2 53/25 54/19 75/7 84/21 84/23 87/24 94/18 95/9 96/5 96/8 99/11 100/9 102/19 109/12 111/3 111/7 113/16 113/17 113/18 113/20 117/11 118/8 123/8 130/14
mail [30] 45/3 47/21 47/24 47/25 66/22 66/24 66/25 109/10 109/12 115/10 119/5 119/9 119/18 120/1 120/14 121/18 121/20 123/13 123/16 123/17 123/18 123/21 123/23 125/10 125/12 125/21 126/9 126/24 127/7 128/21
mailed [4] 48/10 106/25 107/5 107/6
mailing [1] 109/8
main [1] 18/1
mainly [2] 9/10 43/20
maintain [2] 71/19 126/4
majority [1] 39/13
make [20] 21/24 23/24 28/18 35/19 39/3 39/15 53/6 54/5 54/25 55/6 66/9 67/10 68/13 80/4 82/10 83/14 94/19 105/10 128/2 131/7
makers [2] 11/6 19/12
makes [1] 55/2
making [2] 111/20 120/10
man [2] 15/18 15/19
management [6] 7/21 94/19 95/4 95/18 99/3 100/5
manager [1] 6/15
many [28] 11/8 14/21 16/12 18/6 20/2 20/12 23/4 24/22 32/10 36/7 62/13 69/10 71/17 72/2 72/3 72/5 73/8 74/8 75/9 75/16 75/17 75/21 77/8 80/13 90/10 95/16 113/17 126/2
margin [8] 98/15 98/16 98/17 99/1 99/9 127/10 127/14 127/15
mark [2] 112/13 119/3
marked [11] 40/24 41/2 112/12 112/17 113/2

marketplace [2] 13/4 13/14
married [1] 8/12
Mart [3] 6/1 6/2 6/4
Martin [10] 16/4 29/9 29/9 100/22 100/23 101/1 119/10 119/19 121/21 121/23
Martino [1] 31/25
matrix [1] 79/12
matter [1] 133/5
mattered [1] 103/16
Max [7] 15/11 19/11 19/12 21/17 21/18 26/4 54/23
Max's [1] 15/12
may [19] 21/19 21/23 21/23 31/22 32/17 32/17 36/7 39/10 39/10 40/13 43/8 45/4 54/15 54/16 54/16 80/24 86/20 86/20 106/25
McPherson [3] 4/19 4/23 5/4
me [120]
mean [17] 11/22 14/24 16/22 23/9 28/25 29/6 40/12 49/4 49/7 53/18 82/4 86/4 97/1 111/13 111/19 118/8 125/5
means [5] 11/11 23/11 31/4 33/4 102/12
meet [15] 29/10 29/10 29/16 44/1 51/17 53/4 61/5 72/19 77/10 78/10 82/11 94/21 101/8 106/3 124/14
meeting [48]
meetings [5] 22/6 22/13 32/13 54/11 57/12
MEF [1] 1/6
mention [2] 30/18 122/7
mentioned [8] 15/25 16/9 19/19 29/5 30/2 58/5 95/4 101/23
merge [1] 12/23
merged [1] 11/14
mess [1] 65/17
met [10] 21/20 21/22 45/22 46/3 57/10 58/2 94/25 97/12 97/14 97/16
METHVIN [1] 2/3
mid [1] 15/1
mid-level [1] 15/1
middle [2] 1/1 18/17
might [10] 12/23 21/23 22/23 26/7 30/15 51/4 51/6 61/12 66/14 81/12
Mike [13] 11/19 16/5 16/14 21/20 61/12 61/13 61/15 70/17 100/2 100/3 100/16 102/5 120/18
MILES [1] 2/3
million [10] 9/8 43/5 43/5 43/23 44/1 44/12 44/16 45/17 102/22 102/25
minimal [1] 18/23
minutes [2] 48/24 52/2
missed [1] 51/14
missing [6] 59/4 60/2 96/16 96/19 103/11 103/15
Mississippi [7] 11/25 30/3 30/9 31/16 32/5 32/19 35/13
mistake [2] 111/11 111/14
Mm [1] 23/23
Mm-hmm [1] 23/23
money [12] 10/18 78/19 80/8 86/8 110/6 110/11 117/21 125/20 125/23 125/25 126/2 127/5
moneys [2] 71/12 86/21
Montgomery [1] 2/4
month [5] 28/13 63/8 78/18 78/21 79/13
monthly [1] 28/3
months [2] 78/14 78/23
Moore [24] 16/4 21/19 22/15 22/20 23/20 58/6 58/14 58/18 58/22 59/9 59/15 60/17 60/25 61/10 61/10 71/10 74/22 75/8 75/23 92/21 93/1 93/12 108/12 122/8
Moore's [3] 75/15 76/3 77/15
more [16] 20/18 20/19 29/18 30/15 32/16 37/14 87/9 98/4 98/21 102/12 109/20 109/21

most [6] 19/20 3/15 31/24 99/24 102/16 120/10
Motor [1] 12/2
move [21] 8/15 34/19 34/20 50/3 57/15 67/3 67/5 69/7 75/12 77/25 78/1 78/4 82/22 95/24 106/16 109/14 111/2 111/21 111/23 111/25 124/8
moved [3] 36/2 109/8 109/11
moving [2] 65/11 82/20
MR [4] 3/5 29/14 36/13 102/10
Mr. [6] 3/9 15/10 15/22 15/23 102/20 115/23
Mr. Farnsworth [1] 3/9
Mr. Fuller [1] 15/22
Mr. Harlin [2] 15/10 115/23
Mr. Kelly [1] 102/20
Mr. Quinn [1] 15/23
much [120] 9/1 10/18 17/19 19/10 36/10 65/16 78/11 79/7 79/9 93/23
Mullen [1] 1/17
Murphy [11] 16/5 21/20 61/12 61/13 61/15 70/17 100/2 100/4 100/17 102/5 120/19
must [3] 84/8 85/11 107/24
mutually [2] 88/13 109/17
my [56]
myself [14] 21/9 21/18 27/3 30/25 32/22 34/1 46/22 54/3 61/11 69/24 100/11 104/9 123/23 124/13

# N

name [10] 3/7 3/9 5/25 15/12 15/16 32/5 68/18 119/6 120/17 121/18
names [1] 74/6
nation [1] 6/21
nature [3] 47/8 55/8 115/10
near [1] 90/19
necessarily [3] 38/13 98/17 127/23
necessary [1] 29/1
need [19] 4/10 19/8 29/18 31/12 43/4 54/16 54/16 56/25 65/25 66/2 73/15 74/1 97/8 98/11 100/8 120/11 123/5 124/7 124/15
needed [5] 26/8 64/6 87/19 95/12 110/6
negative [1] 119/17
negotiate [3] 11/4 36/5 73/7
negotiated [2] 71/8 90/13
negotiating [3] 71/1 71/3 71/6
negotiation [3] 25/8 67/5 69/23
negotiations [4] 57/18 67/15 76/3 77/24
neighborhood [3] 56/14 74/15 79/23
Nelson [28] 51/24 64/7 64/13 64/17 65/3 65/16 66/4 69/15 81/8 81/8 81/10 81/11 81/21 82/3 82/15 83/1 83/20 84/10 84/25 85/10 87/19 94/9 107/14 108/1 109/4 110/4 110/24 128/11
never [4] 83/8 97/1 121/13 129/3
new [2] 63/12 119/3
next [25] 4/9 8/17 8/18 21/10 21/11 24/17 24/18 33/16 33/17 33/25 34/1 34/20 46/6 48/7 48/8 50/3 55/23 66/6 67/22 68/3 69/19 79/15 85/5 106/10 106/11
night [1] 61/22
no [89]
No. [1] 121/5
No. 303 [1] 121/5
nobody [1] 108/19
noes [1] 75/18
nomenclature [1] 68/15
nonbinding [1] 25/15
nondisclosure [2] 31/2 31/4
none [1] 41/19
normal [1] 124/5
normally [2] 31/1 38/4
North [1] 2/7

Nos [1] 2/19
not [130]
Notary [4] 1/15 132/4 132/17 133/21
note [2] 86/22 124/25
noted [1] 133/9
nothing [1] 37/14
notice [2] 2/17 2/18 41/3 41/23 106/16
 106/24
notification [1] 34/5
now [7] 49/2 68/20 89/15 91/8 121/24 122/12
 122/14
number [42] 2/16 11/15 14/23 45/4 60/8 71/9
 73/13 73/16 74/4 74/12 76/4 77/16 77/20
 77/21 77/22 77/23 77/25 78/1 78/3 78/4 78/6
 78/9 78/9 78/16 78/24 79/13 80/19 86/18
 95/14 96/3 96/14 97/18 97/25 98/1 99/13
 102/6 102/9 103/10 106/3 110/24 117/1 126/3
number one [1] 11/15
numbered [1] 133/6
numbers [1] 117/16

# O

oath [2] 3/18 118/6
obeyance [1] 110/18
Object [5] 84/12 98/9 110/21 111/6 117/13
objective [1] 84/16
obligated [1] 114/16
obtain [1] 127/13
obtained [1] 130/13
obtaining [4] 87/13 127/16 127/17 127/18
obviously [3] 10/21 37/16 126/23
occur [4] 84/19 84/20 86/9 87/1
occurred [1] 58/25
occurrence [1] 85/16
occurring [2] 17/7 127/8
ocean [1] 45/24
off [17] 13/11 21/21 21/21 62/25 86/21 104/4
 104/5 105/13 105/14 105/24 107/10 108/16
 108/24 109/2 116/8 117/25 124/15
off-site [1] 21/21
offer [2] 116/17 116/21
offered [3] 6/7 116/14 116/25
office [8] 18/8 21/13 26/7 27/1 35/14 51/18
 51/23 63/22
officer [6] 7/25 8/6 8/24 10/4 10/14 38/20
officials [2] 58/3 61/6
often [1] 66/25
Oh [1] 120/24
oil [1] 6/20
Okay [51]
old [1] 63/21
OLV [2] 120/4 120/9
on-site [3] 63/17 70/18 122/23
Once [1] 76/21
one [54]
ones [1] 19/19
ongoing [1] 76/13
only [18] 14/22 17/22 46/22 50/20 53/18
 60/14 80/16 80/22 80/23 86/22 90/2 91/17
 92/7 93/20 94/1 97/24 129/22 130/1
open [1] 13/2
operate [5] 107/14 107/25 108/1 108/5 129/6
operating [1] 72/18
operation [3] 76/18 107/25 127/13
operations [1] 107/15
opine [1] 96/25
opinion [5] 15/4 82/15 96/25 111/12 111/22
 114/6 118/16
opportunity [9] 4/10 7/25 10/12 52/23 75/20
 81/24 81/25 127/18 130/16
option [4] 43/15 43/17 52/19 53/1

options [4] 43/16 51/3 54/4 54/15
order [9] 19/4 82/12 84/8 85/14 87/1 94/25
 107/25 119/11 119/14
organization [2] 43/20 81/9
organizations [1] 15/6
oriented [1] 17/2
original [2] 77/14 86/19
other [46]
others [1] 58/2
our [14] 18/23 22/24 25/5 29/8 45/20 48/10
 57/10 70/6 70/24 80/9 80/11 85/14 120/11
 130/15
ourselves [2] 18/20 57/16
out [47]
out-of-pocket [1] 127/1
outbound [1] 33/5
outfit [4] 15/1 15/1 15/1 32/5
outline [4] 25/3 33/24 84/19 114/24
outlines [2] 22/10 68/23
outside [2] 31/6 100/22
over [19] 16/13 21/14 28/11 30/14 37/22 38/4
 38/16 38/22 49/17 52/9 52/10 53/7 79/8 79/9
 79/10 92/6 120/5 126/4 127/13
overall [1] 73/10
overnight [1] 7/3
overview [1] 47/9
owed [1] 102/12
own [5] 12/25 21/21 40/1 73/3 80/1
owned [1] 31/19
owner [2] 79/5 129/4
owners [8] 30/13 30/15 31/18 31/21 32/3
 32/21 47/6 54/5
ownership [6] 22/4 37/15 42/17 43/7 43/11
 91/24
owning [2] 24/8 35/6

# P

p.m [2] 1/16 131/22
Pacific [8] 5/14 6/1 6/2 6/4 6/6 6/11 7/1 7/9
packaging [2] 9/3 9/4
page [3] 2/16 114/8 119/18
pages [1] 133/5
paid [7] 10/18 10/19 14/16 79/1 124/1 125/20
 126/1
paper [1] 75/16
paperwork [1] 85/9
parentheses [2] 120/8 120/9
Parkway [1] 1/21
part [22] 10/9 22/7 22/8 51/1 57/8 63/5 63/7
 66/8 67/8 70/8 70/17 74/6 81/9 83/1 84/5
 94/23 98/20 109/3 111/23 116/15 120/10
 127/16
partial [1] 57/17
participating [1] 92/17
particular [4] 24/19 45/7 45/14 99/19
parties [18] 25/23 34/3 34/18 34/19 36/21
 46/23 51/6 53/25 68/23 68/25 88/13 109/18
 111/20 113/7 113/25 114/3 118/2 124/19
party [5] 10/12 86/19 101/21 102/24 103/1
past [1] 78/21
Pat [5] 15/11 15/17 19/12 26/4 54/23
Pate [4] 95/23 106/15 106/18 123/22
path [1] 30/24
pay [9] 62/25 80/7 86/21 98/24 99/18 120/9
 124/2 124/15 127/2
payable [3] 7/20 8/9 63/15
payables [2] 17/13 124/3
payment [4] 78/10 78/12 126/19 126/19
payoff [9] 65/14 85/25 85/25 86/2 94/2 94/3
 119/12 119/16 120/4
payoffs [1] 96/17
payout [5] 62/25 78/15 78/16 78/22 86/25
PC [2] 2/3 2/7

penalties [1] 86/24
pending [3] 3/12 3/12 131/16
Pennsylvania [1] 18/8
people [5] 29/10 29/17 61/18 72/4 95/8
per [3] 59/18 97/11 106/13
percent [28] 18/2 24/8 26/18 27/3 27/16
 28/22 28/22 30/6 31/20 31/21 35/3 35/6 39/4
 39/18 43/18 52/21 63/25 73/16 79/5 86/17
 86/17 92/3 101/9 101/10 128/20 128/23 129/1
 129/16
percentage [1] 99/10
perform [2] 25/11 114/17
performed [1] 35/5 70/6
perhaps [1] 99/19
period [7] 37/1 40/13 48/22 49/17 57/8 86/13
 126/4
permission [9] 40/2 54/12 55/15 55/17 128/9
 128/19 128/23 129/1 129/16
permits [1] 126/18
person [14] 9/24 12/14 31/15 31/23 42/1 42/5
 44/5 44/22 63/13 99/24 100/7 105/12 105/15
 105/23
personal [1] 6/14
personally [3] 90/11 90/11 90/15
persons [1] 12/14
perspective [3] 33/24 92/24 92/25
Petroleum [1] 5/13
phase [4] 18/15 18/17 21/1 27/14
phone [20] 21/2 30/8 30/11 30/12 30/13
 30/14 45/6 46/8 46/11 46/17 52/10 104/15
 104/24 104/24 105/6 105/7 105/11 106/24
 115/19 115/20
phones [1] 122/3
phrase [1] 68/18
physical [9] 17/14 43/10 71/23 71/23 101/4
 101/6 101/23 102/1 104/9
physically [9] 59/1 59/10 69/7 80/1 93/5
 114/1 122/17 122/21 123/10
pictures [1] 52/6
piece [6] 65/18 65/19 79/1 79/2 99/15 99/17
pieces [5] 28/23 49/22 71/24 79/1 119/11
pipeline [4] 38/5 38/7 38/22 40/12
place [20] 18/16 26/24 26/25 34/7 34/23
 35/12 36/22 36/25 37/10 46/9 54/17 77/6 84/8
 84/18 85/11 97/17 99/10 107/16 107/19 132/7
Plaintiffs [4] 1/5 1/14 2/5 3/3
plan [2] 121/8 130/19
plane [2] 61/18 61/19
planning [1] 8/7
plant [2] 122/5 122/9
players [1] 28/19
please [3] 3/7 119/8 127/2
PNL [1] 27/11
pocket [1] 127/1
point [25] 16/6 18/23 25/12 26/7 34/21 38/6
 45/18 46/1 47/11 47/15 49/15 52/22 57/19
 68/12 76/7 80/2 83/12 93/24 98/4 102/20
 109/16 112/5 112/6 112/7 131/7
policies [4] 107/18 107/22 107/24 108/9
poor [2] 65/8 94/22
population [1] 75/19
portion [1] 37/15
PORTIS [1] 2/3
position [11] 5/23 6/7 6/9 6/23 10/15 41/16
 51/11 79/6 111/18 118/4 119/17
positive [2] 27/13 28/16
possession [6] 41/7 41/16 41/17 70/11 86/10
 129/20
possibility [1] 16/15
possible [1] 110/2
pot [2] 78/19 79/14
potential [27] 17/4 22/10 22/11 25/4 30/16
 37/20 38/3 40/7 43/15 45/3 48/18 50/4 51/3

**potential... [14]** 52/16 53/25 54/15 55/15 69/25 71/3 71/5 79/21 81/8 81/24 88/4 88/21 96/11 100/1
**potentially [4]** 22/3 25/16 53/9 72/2
**poultry [1]** 9/3
**practical [1]** 40/17
**preapproved [1]** 128/11
**premises [1]** 21/22
**preparation [1]** 50/14
**prepay [1]** 127/2
**presence [1]** 104/9
**present [5]** 2/11 11/5 19/10 45/19 81/5
**presented [3]** 33/21 63/14 84/18
**president [7]** 10/3 10/6 10/7 22/16 22/18 23/21 32/24
**pretty [5]** 9/1 19/10 48/21 65/16 93/23
**previous [2]** 11/18 65/4
**previously [5]** 44/15 112/17 113/2 124/11 124/21
**price [5]** 97/22 97/23 97/24 98/21 99/4
**pricing [1]** 113/17
**primarily [6]** 16/21 17/1 30/25 62/18 62/23 92/15
**prior [5]** 12/11 43/7 85/7 112/5 129/3
**Pro [1]** 6/19
**proactive [1]** 94/8
**proactively [1]** 94/5
**probably [14]** 17/23 18/2 18/17 20/3 20/13 27/3 27/16 37/22 39/4 43/5 52/2 56/13 79/8 120/10
**problem [3]** 29/19 59/20 120/6
**proceed [2]** 39/12 67/14
**proceeded [2]** 62/9 130/15
**proceeding [1]** 18/24
**process [103]**
**processed [1]** 110/1
**processes [2]** 90/23 111/10
**produce [1]** 127/10
**produced [4]** 119/4 121/4 121/17 123/14
**Professional [1]** 1/20
**profit [3]** 99/1 128/2 130/14
**profits [1]** 98/7
**program [5]** 9/12 9/16 22/23 22/24 22/25
**proper [1]** 97/18
**protection [1]** 31/2
**prove [1]** 129/16
**provide [13]** 27/25 28/14 39/6 48/9 48/12 56/8 57/1 74/6 74/7 87/9 97/4 97/6 97/14
**provided [11]** 56/22 57/3 57/22 70/9 70/10 74/13 76/2 86/2 100/16 103/15 116/16
**providing [2]** 56/6 56/18
**provisions [1]** 77/10
**public [7]** 1/15 15/5 31/10 31/11 132/4 132/17 133/21
**pull [3]** 65/25 109/11 109/15
**pulling [1]** 110/14
**purchase [60]**
**purchased [1]** 31/20
**purchases [3]** 42/19 42/21 89/13
**purchasing [6]** 31/19 42/16 43/9 52/25 63/5 99/11
**purpose [12]** 22/20 25/13 30/21 30/23 33/8 33/19 70/20 85/9 92/22 92/25 117/12 122/21
**pursue [1]** 94/11 106/5
**put [18]** 9/16 24/21 25/8 25/16 28/13 34/18 37/24 48/8 49/25 51/5 66/14 66/15 69/9 71/15 95/19 102/15 106/13 114/23
**putting [2]** 27/24 48/11

**Q**

**Q-u-i-n-n [1]** 15/17

**qualification [2]** 89/6 89/24 90/8 91/5 91/6
**qualifications [2]** 91/11 93/6 92/14 95/22 92/25 94/8 94/16
**94/17 103/22 104/5 108/8 108/17 108/25 109/6 122/23 123/10
**qualified [5]** 75/10 77/5 94/21 110/15 126/2
**qualify [16]** 72/6 75/21 77/8 82/11 89/6 89/19 90/3 93/1 95/10 95/13 95/16 95/20 96/3 96/15 109/2 111/9
**qualifying [2]** 109/3 109/23
**quality [4]** 8/1 8/2 96/15 98/3
**quarter [1]** 28/13
**question [20]** 4/3 4/6 4/12 23/18 24/4 31/23 32/1 37/19 51/16 57/1 57/15 60/13 64/6 74/25 75/3 89/21 111/14 111/17 111/18 129/12
**questions [11]** 3/22 29/19 48/23 81/14 82/7 82/8 111/14 119/2 125/8 131/15 131/16
**quick [1]** 125/17
**Quinn [5]** 15/11 15/17 15/23 26/4 54/23
**quote [2]** 102/11 125/19

**R**

**racing [1]** 52/3
**radar [1]** 44/19
**raised [1]** 4/18
**Randall [9]** 63/1 63/10 63/12 65/8 65/21 65/21 65/22 81/15 124/13
**range [2]** 74/2 110/2
**ratio [1]** 99/9
**raw [1]** 74/14
**Ray [39]** 3/8 10/1 15/9 16/3 16/16 19/6 19/7 19/10 19/11 19/12 20/6 20/8 20/8 21/12 21/18 21/20 26/3 26/10 26/12 27/6 33/17 38/11 44/9 50/2 54/22 95/6 95/7 95/23 96/6 100/11 105/22 106/12 106/12 114/7 114/19 115/20 116/6 121/21 123/22
**reach [1]** 112/4
**read [2]** 120/1 133/5
**real [4]** 6/21 34/21 34/23 103/25
**really [28]** 4/2 26/6 28/17 28/24 34/8 34/20 37/11 39/11 49/1 50/3 59/7 60/12 60/12 60/15 62/2 62/19 62/20 63/13 63/14 71/14 71/20 72/5 79/6 81/20 82/5 82/6 92/17 97/19
**reason [6]** 16/5 21/6 44/3 60/8 104/1 106/4
**reasonable [1]** 18/21
**reasons [3]** 96/10 96/13 130/11
**recall [35]** 17/16 49/16 49/17 49/18 50/13 51/7 51/9 51/10 51/22 60/20 61/9 61/17 62/3 62/15 62/16 64/25 65/2 65/10 78/11 85/5 87/7 91/7 91/9 91/14 96/4 100/6 100/9 108/14 108/21 120/22 120/25 121/2 125/15 128/21 128/24
**recapped [1]** 66/13
**receivable [6]** 7/21 63/3 63/5 63/16 71/25 124/16
**receivables [4]** 7/22 17/13 62/19 86/8
**receive [3]** 52/18 79/5 79/15
**received [5]** 79/16 86/1 99/6 114/5 122/4
**receiving [1]** 49/17
**recent [1]** 19/20
**Recess [4]** 40/22 68/1 101/13 118/20
**recognize [13]** 112/19 113/3 113/23 114/21 114/22 116/17 122/10 123/14 123/16 124/12 124/22 126/22 126/23
**recognizing [1]** 116/23
**recollect [4]** 44/20 49/7 93/16 94/14
**recollection [8]** 44/24 46/2 46/11 46/13 47/17 51/19 58/17 59/11
**recommendation [20]** 28/16 35/19 35/23 50/1 50/2 50/3 50/6 50/7 50/10 50/14 50/19 50/22 50/24 50/25 53/6 66/9 67/11 69/22 75/7 75/12
**recommended [2]** 40/2 67/3

**representation [1]** ...
**reconciliations [1]** 76/23
**record [3]** 68/13 120/1 131/7
**records [6]** 18/12 18/19 18/21 27/10 65/7 65/8
**recourse [2]** 86/11 86/11
**recovered [1]** 78/19
**recurring [1]** 118/15
**reduced [3]** 77/16 77/20 77/21
**refer [1]** 101/19
**reference [1]** 55/3
**referenced [1]** 126/8
**references [1]** 126/17
**referencing [1]** 41/24
**reflected [1]** 116/1
**refund [2]** 78/20 78/21
**regarding [1]** 50/11
**regardless [1]** 62/5
**regional [2]** 11/23 127/13
**Registered [1]** 1/20
**regular [2]** 100/23 104/16
**rehashed [1]** 52/9
**reiterated [1]** 110/5
**relate [1]** 102/23
**related [1]** 42/16
**relating [1]** 41/16
**relations [2]** 8/9 8/25
**relationship [9]** 12/11 13/2 13/13 13/21 24/10 52/16 71/19 71/21 87/17
**relationships [2]** 9/13 11/2
**release [3]** 86/3
**releases [1]** 86/25
**relevance [1]** 33/8
**reliance [1]** 110/19
**rely [1]** 84/2
**remain [1]** 72/8
**remains [1]** 91/24
**remember [41]** 20/21 24/14 29/24 32/12 33/13 45/1 45/14 46/17 47/1 48/17 49/6 49/13 49/23 50/1 51/24 55/23 56/1 56/4 56/11 59/25 60/1 60/21 60/22 60/23 61/4 63/8 64/22 66/3 68/4 73/13 85/2 86/12 88/9 88/23 102/9 104/19 104/21 109/7 109/22 110/3 125/3
**rep [3]** 120/11 120/14 120/17
**repair [1]** 95/2
**repairs [1]** 99/17
**rephrase [1]** 23/18
**replace [2]** 79/22 79/24
**report [3]** 15/8 15/10 19/5
**reported [1]** 27/6
**reporters [2]** 1/20 4/2
**reporting [4]** 7/20 8/8 8/9 28/12
**reports [1]** 63/15
**represent [4]** 3/11 12/12 13/4 74/13
**representations [1]** 84/9
**representative [5]** 25/24 29/8 54/2 54/3 83/22
**represented [8]** 20/5 20/6 24/20 27/12 73/21 102/21 103/5 125/23
**representing [2]** 55/18 55/21
**represents [1]** 12/6
**request [4]** 49/16 67/23 74/10 121/1
**requested [4]** 46/7 56/7 56/9 57/2 123/9 126/14
**requesting [1]** 56/15
**requests [3]** 41/12 110/19 126/12
**required [4]** 96/16 97/11 111/9 121/9
**requirement [1]** 76/6
**requirements [5]** 82/12 94/21 95/1 95/2 113/15
**requires [1]** 80/13
**research [1]** 11/4
**reside [1]** 14/18

resided [2]  14/14 14/19
resign [1]  80/2
respect [5]  48/18 55/24 70/15 73/8 77/16
respond [1]  107/1
responded [1]  113/13
response [9]  30/11 30/12 47/12 60/4 82/8
87/22 114/5 123/17 124/4
responsibilities [3]  7/17 8/4 10/24
responsibility [1]  10/25
responsible [5]  7/19 8/6 8/24 28/23 63/15
responsive [2]  41/8 41/11
restroom [2]  4/11 67/23
result [6]  18/18 110/12 110/18 116/22 123/1
127/5
resulted [1]  102/16 103/3 119/16
retain [1]  80/9
retained [1]  25/22
retaining [1]  79/19
return [1]  106/24
reveal [1]  96/2
revenue [18]  43/5 43/23 44/1 45/17 79/4 79/5
79/8 79/9 98/17 108/4 108/23 110/14 110/16
110/18 127/2 127/10 127/14 127/15
revenues [4]  9/7 44/12 44/15 110/14
review [39]  16/23 18/19 19/2 19/4 19/14 25/6
26/17 26/19 34/16 35/5 36/3 36/4 48/10 49/24
57/13 58/15 59/10 63/17 64/5 64/10 66/7 67/1
70/3 70/3 70/5 70/5 70/6 74/23 75/15 75/16
76/3 83/5 85/8 99/25 101/7 103/3 119/7 123/2
123/7
reviewed [10]  25/22 49/20 50/13 58/18 66/13
70/18 85/14 99/22 113/14 122/22
reviewing [5]  16/24 34/22 49/18 58/11 122/2
reviews [1]  118/1
Richmond [13]  1/11 1/17 1/21 7/2 8/13 8/18
12/3 14/19 20/17 20/24 21/12 35/14 104/14
Rick [3]  31/17 32/22 33/18
right [65]
rise [1]  4/15
risk [2]  18/23 43/7
risks [1]  84/7
road [9]  24/19 50/25 51/1 51/2 51/8 53/4
108/16 108/24 109/2
role [4]  55/3 81/8 92/15 94/11
roles [1]  5/18
rolled [1]  33/6
room [7]  18/11 18/11 29/14 36/13 63/19
63/20 129/18
routes [1]  33/5
RPR [2]  1/15 132/17
ruled [3]  43/17 43/25 45/25
run [2]  109/15 111/4
Russ [29]  16/3 21/19 22/15 22/20 23/20 58/5
58/14 58/18 58/22 59/9 59/15 60/17 60/19
60/25 61/10 61/11 70/7 74/22 75/8 75/15
75/22 76/3 77/15 92/21 93/10 93/12 108/12
122/6 122/8

# S

safety [17]  22/16 22/23 22/24 22/25 23/21
29/16 29/17 36/3 57/11 57/14 58/5 70/7 72/4
74/21 85/14 122/7 123/6
said [39]  23/16 23/24 23/24 24/1 27/12 41/14
45/11 47/1 47/3 47/12 47/15 47/18 58/22
58/24 60/17 65/16 65/17 65/21 65/25 66/16
75/3 78/25 84/1 84/2 87/23 89/2 94/13 97/2
100/8 101/18 102/25 103/14 103/18 106/8
106/13 113/14 115/12 118/11 118/16
SAITH [1]  131/20
salary [1]  79/17
sales [4]  120/8 120/11 120/14 120/17

salesman's [1]  63/22
since [3]  91/16 91/16 91/14 32/17 95/3 97/4
65/16 70/1 91/15 91/9 91/21 115/24 133/6
sampling [1]  101/7
San [1]  31/25
sat [1]  27/22
satisfaction [1]  59/5
satisfactory [1]  113/14
satisfied [1]  57/21
satisfy [1]  57/16
saw [3]  6/5 51/2 81/25
say [38]  13/12 16/22 21/3 23/1 28/15 32/11
40/8 40/11 41/14 56/21 58/21 60/15 64/1
64/17 65/15 65/24 67/11 67/12 67/13 69/18
79/4 80/14 82/4 83/12 85/17 87/22 91/15
96/25 97/5 98/2 105/2 106/7 110/9 114/10
118/3 118/10 118/13 124/4
saying [29]  19/8 23/19 25/4 30/8 39/16 41/10
42/1 55/9 57/20 57/25 59/12 64/22 66/3 72/12
74/15 88/19 97/7 102/24 105/10 106/25
107/23 111/3 123/25 124/6 124/25 126/25
127/7 128/25
says [6]  86/7 86/15 115/4 122/11 122/13
126/10
SCC [2]  7/20 8/9
scenario [1]  103/4
scheduled [1]  88/13
schedules [1]  108/6
school [4]  4/20 4/22 4/23 5/1
Scottsdale [1]  12/9
screen [1]  44/19
search [3]  11/3 11/3 12/13
second [13]  16/1 41/21 76/6 81/1 81/3 82/13
82/14 82/20 83/9 85/2 109/21 119/7 121/19
section [1]  78/8
sections [1]  78/8
see [11]  13/7 21/6 22/9 30/16 51/4 53/21
53/22 59/1 75/19 81/6 126/9
seemed [1]  73/23
seems [1]  114/4
seen [7]  4/1 41/3 41/23 42/3 116/4 121/6
125/2
selected [1]  43/10
sell [2]  9/12 13/5
seller [5]  12/10 20/6 24/20 47/11 84/18
sellers [2]  12/6 21/3
selling [1]  20/24
send [2]  39/24 66/24
sending [4]  49/16 106/23 124/24 127/7
senior [5]  94/19 95/4 95/18 99/3 100/5
sense [6]  21/24 39/3 49/5 50/17 53/25 123/8
sent [9]  40/7 47/13 47/14 47/19 48/2 109/10
114/23 119/9 120/13
series [1]  3/21
serious [1]  101/18
seriously [1]  57/7
service [1]  23/7
services [2]  33/4 122/1
set [11]  30/13 46/7 69/3 79/12 91/21 109/18
117/24 121/9 122/8 124/17 132/7
sets [2]  25/15 126/12
setting [1]  27/24
seven [2]  20/13 20/14
Seventeen [1]  5/16
several [2]  56/2 70/19
shake [1]  3/23
shape [3]  18/22 65/8 65/9
share [2]  31/9 45/21
shared [2]  34/12 34/14
she [3]  8/14 8/15 8/16
sheet [4]  17/9 27/11 35/6 35/7
shooting [1]  124/20
Shops [1]  6/19

should [1]  60/17
show [2]  41/14 99/22 113/22
121/3 121/16 124/11 124/21 126/21 129/8
129/15
showed [2]  52/5 103/19
shows [1]  119/13
sic [1]  110/18
side [5]  29/8 29/12 57/11 61/17 92/16
sign [7]  55/5 69/5 69/6 72/17 86/14 89/6
114/7
sign-up [1]  89/6
signed [11]  27/23 48/5 51/12 71/18 78/10
109/19 113/7 114/2 114/3 114/5 114/19
significant [1]  64/25
significantly [1]  102/11
signs [1]  27/13
similar [4]  18/11 20/25 26/15 90/23
simply [1]  46/25
since [10]  17/8 26/17 51/11 62/20 62/24 63/4
107/2 107/6 115/4 126/17
sir [12]  3/7 4/17 41/1 41/4 41/23 44/18 113/3
113/23 119/8 121/5 123/15 124/23
sit [6]  21/2 21/13 48/24 49/2 69/5 108/9
sit-down [1]  21/13
site [4]  21/21 63/17 70/18 122/23
situation [7]  24/20 37/17 38/1 72/21 99/14
103/8 122/3
six [5]  20/13 20/14 78/14 78/23 132/10
size [4]  15/6 43/3 43/20 43/21
slash [1]  5/24 9/13
slight [1]  119/17
slightly [2]  80/22 80/23
small [2]  9/7 15/1
smaller [1]  11/11
smart [1]  111/22
so [95]
So the [1]  60/13
sole [1]  77/12
solid [4]  27/13 35/25 45/17 99/13
solution [1]  9/3
some [42]  11/4 16/5 23/7 23/8 23/12 23/13
24/23 25/8 28/4 29/10 36/2 37/6 38/17 39/10
47/11 47/19 51/4 51/5 59/12 59/13 59/16 61/1
71/5 76/5 78/16 80/5 80/6 80/8 81/14 81/17
86/17 88/7 107/21 109/16 110/2 112/11
113/16 114/4 115/7 116/10 124/1 131/7
somebody [2]  40/3 105/18
someone [4]  39/24 46/24 79/6 125/22
something [10]  13/7 17/25 45/22 64/7 78/17
79/3 87/6 89/3 89/9 128/22
somewhat [1]  58/23
somewhere [6]  50/9 73/12 73/13 74/15 80/18
109/15
soon [1]  110/1
sorry [2]  65/3 123/20
sounded [1]  45/21
span [1]  38/23
speak [6]  42/1 42/5 54/12 54/14 58/18 130/3
speaker [2]  104/15 105/7
spec [2]  95/1 101/9
specific [8]  47/17 49/15 51/19 71/14 86/13
105/10 109/20 126/6
specifically [10]  33/4 48/23 49/10 49/11
49/12 49/23 61/17 78/5 84/19 122/13
specifics [2]  46/16 47/2
specs [1]  70/24
speculate [2]  50/20 60/14
speculation [1]  14/22
spell [1]  15/12
spend [1]  61/22
Spending [1]  117/21
spent [8]  18/10 52/2 57/12 58/11 62/17 62/18
63/7 69/13

spotting [1] 73/22
spring [1] 44/20
springtime [1] 30/4
staff [1] 57/10
stage [1] 74/17
standard [2] 39/22 76/18
standards [7] 72/19 93/2 93/3 107/18 107/22 107/24 108/9
standpoint [3] 17/10 37/14 118/14
start [6] 4/3 5/24 10/12 34/8 48/25 53/7
start-up [2] 5/24 10/12
started [3] 12/11 17/20 118/11
starts [1] 68/16
state [7] 1/15 3/7 5/5 5/6 54/24 132/5 132/18
statement [5] 40/4 40/5 40/6 100/10 118/17
statements [3] 94/3 105/11 109/12
STATES [1] 1/1
stating [3] 114/6 125/13 125/21
Statum [4] 31/18 31/19 32/21 33/18
stay [3] 78/14 82/2 94/12
steel [1] 122/5
step [8] 34/20 34/21 48/8 48/13 50/3 82/9 82/10 84/22
steps [11] 48/23 48/24 66/2 67/6 82/19 82/20 83/15 84/7 111/9 111/10 121/9
still [18] 7/12 10/17 38/2 53/12 67/13 76/13 82/20 84/13 85/21 85/23 85/24 86/19 87/9 87/19 94/2 94/4 94/4 97/17
stock [28] 17/7 19/25 22/2 22/4 24/7 26/18 30/5 30/6 30/6 35/4 35/7 37/8 37/9 37/13 42/17 42/19 42/25 43/1 43/4 43/6 43/6 43/11 43/13 43/25 44/11 72/7 72/9 89/13
Stomps [3] 31/17 32/21 33/18
stop [1] 4/10
stopped [1] 51/2
store [1] 63/21
straight [1] 52/25
strategy [1] 42/24
streams [1] 108/4
Street [3] 1/17 2/3 2/7
strike [2] 105/1 117/5
structure [4] 26/15 43/11 66/14 107/12
stuff [3] 49/5 64/2 66/21
subject [1] 42/12
submit [1] 25/3
submitted [2] 25/5 27/18
Subscribed [1] 133/17
subsequent [3] 28/17 54/11 77/14
subsidiary [2] 5/14 6/12
successful [1] 29/22
such [4] 56/23 57/22 75/24 94/22
sufficient [1] 56/22
suggested [2] 106/12 106/15
Suite [1] 1/21
summarize [1] 125/7
summary [6] 66/15 66/19 67/2 69/18 74/12 114/23
summer [2] 19/23 19/24
supply [1] 33/4
support [3] 17/14 59/6 85/24
supporting [2] 57/5 81/6
sure [8] 28/5 28/18 39/15 112/16 114/25 118/9 119/1 120/3
surprise [1] 112/6
surprised [1] 112/2
sworn [3] 3/3 132/6 133/17
system [2] 27/10 122/2

## T

table [2] 52/20 98/5
take [28] 4/11 5/23 18/16 26/20 26/24 34/7
97/24 98/24 101/11 109/24 118/18 119/7 121/18
taken [6] 1/14 40/22 68/1 101/13 118/20 122/17
takes [1] 34/23 37/10 39/7 77/6
talk [13] 4/10 19/18 29/20 46/14 50/4 52/1 52/7 52/20 64/4 64/17 89/8 93/10 104/17 105/5 116/24
talked [19] 9/18 42/18 44/15 48/13 52/9 52/10 52/13 52/24 53/2 69/13 69/14 69/17 71/16 80/25 89/9 89/18 97/2 103/10 107/2
talking [15] 23/1 28/7 33/22 34/8 39/2 39/2 52/3 53/19 55/14 82/15 83/1 89/15 100/4 101/16 105/11
Tampa [1] 8/1
target [4] 31/5 31/9 38/24 94/12
task [1] 82/21
tax [3] 8/7 16/6 126/17
Taylor [6] 6/15 6/16 6/17 100/22 100/23 101/1
telephone [5] 39/1 46/23 50/18 104/10 104/16
tell [40] 3/19 4/17 12/8 13/25 20/21 23/10 24/17 28/6 29/6 32/12 33/16 35/1 45/1 48/17 49/2 51/10 51/22 52/11 59/24 62/16 64/22 65/18 65/22 80/24 80/25 81/22 91/23 92/13 92/17 97/4 98/11 104/19 105/15 106/1 106/23 110/8 112/14 119/7 121/19 131/4
telling [8] 47/16 65/10 93/9 97/7 121/23 125/10 125/19 127/4
tells [2] 84/13 98/10
term [5] 68/5 69/10 71/22 86/15 94/10
terminate [3] 65/5 96/5 97/12
terminated [11] 76/17 96/12 104/6 107/3 107/6 112/1 112/3 112/9 130/4 130/8 131/12
terminates [1] 76/22
terminating [1] 116/22
termination [12] 95/21 106/16 106/16 106/23 112/5 112/8 115/13 115/14 115/16 115/18 117/3 117/23
terminology [2] 109/22 126/6
terms [15] 11/5 25/4 36/5 36/24 37/11 50/4 67/15 69/3 69/25 71/3 71/5 71/11 77/11 111/8 124/25
testified [2] 3/3 103/25
testify [1] 114/9
testimony [13] 43/24 44/14 46/25 58/13 84/25 87/8 87/18 95/7 107/17 108/19 113/9 118/6 129/22
Texas [3] 6/15 6/18 10/13
than [12] 37/14 42/21 44/12 45/17 45/24 98/21 102/12 102/25 118/4 120/9 125/6 129/9
Thanks [1] 106/8
that [713]
that's [42] 13/22 14/6 22/12 23/7 23/7 23/8 24/13 31/7 34/10 42/1 42/5 46/20 48/21 48/21 51/15 53/18 53/20 55/9 55/20 59/11 60/22 61/17 67/8 73/16 77/19 82/25 83/15 84/25 87/16 88/14 88/18 90/2 96/21 103/25 117/7 118/6 123/17 124/9 125/12 127/4 127/7 131/15
their [39] 7/3 7/10 12/7 16/6 16/24 16/25 18/7 18/21 18/22 20/5 20/24 21/5 22/23 22/24 24/9 25/6 25/7 28/1 30/15 32/16 32/18 35/23 35/24 39/2 47/12 63/3 63/22 82/1 87/16 92/2 92/3 107/9 108/6 108/23 110/18 122/2 122/5 127/17 127/18
them [31] 5/17 9/15 9/16 9/17 11/13 11/14 13/22 14/13 21/8 21/13 22/4 22/24 29/11 29/11 33/21 39/24 41/12 41/13 52/15 64/20 64/22
then [39] 5/5 11/6 11/24 12/12 12/24 14/17 25/11 25/11 25/22 36/1 36/2 37/25 45/5 47/13 52/9 52/24 53/3 69/2 69/6 69/7 69/19 69/23 78/13 78/18 78/21 78/22 79/2 86/18 86/21 99/18 101/6 107/17 115/7 115/23 119/2 123/8 126/9 128/3 130/24
there [114]
there's [9] 21/1 21/6 71/14 80/7 83/12 99/13 111/20 116/10 118/9
therefore [6] 24/9 26/16 47/14 79/8 79/12 97/12
thereof [1] 111/8
these [21] 16/7 17/24 19/5 21/25 22/6 22/8 22/12 23/15 25/4 37/17 41/15 54/4 58/19 62/9 67/11 67/13 75/9 80/2 93/5 94/20 112/12
they [85]
They'd [1] 9/20
they'll [1] 38/19
they're [14] 11/21 11/23 12/6 13/5 15/3 15/5 15/7 20/16 31/11 38/18 86/12 86/13 93/7 108/2
They've [1] 82/10
thing [10] 9/1 21/14 34/10 35/15 39/3 53/18 65/16 66/6 93/20 106/11
things [16] 9/11 14/1 18/25 37/6 45/25 49/8 52/9 54/16 64/9 66/25 77/3 84/7 85/11 86/25 94/6 103/10
think [31] 3/10 16/4 16/6 16/13 19/8 19/23 41/25 47/3 47/16 51/16 56/1 56/25 59/12 60/17 61/11 61/12 61/24 62/15 63/22 63/22 67/20 69/19 72/8 79/23 82/5 87/6 88/12 90/18 111/1 111/14 115/6
thinking [1] 30/16
third [21] 10/12 21/17 23/19 24/14 30/2 53/1 85/7 85/16 85/22 87/8 87/20 88/2 88/19 88/24 88/24 89/4 97/13 97/16 101/21 102/24 103/1
third-party [1] 10/12
this [123]
thorough [4] 17/8 17/10 26/18 35/4
those [72]
thought [10] 42/24 72/5 73/11 81/12 81/13 81/14 81/21 82/16 97/1 99/14
thousand [1] 16/13
threatening [1] 109/10
three [32] 8/3 11/10 11/11 11/15 15/25 16/9 22/12 31/18 31/21 32/21 37/17 37/25 42/18 44/14 51/9 52/13 53/6 53/8 53/15 62/15 68/9 74/9 86/14 89/10 90/12 93/17 93/19 94/13 94/14 103/10 125/11 125/16
threshold [1] 44/1
threw [1] 52/19
through [38] 6/10 11/1 18/11 20/6 20/20 22/1 22/4 25/6 26/14 33/23 38/8 38/8 38/9 47/7 47/8 47/24 48/22 48/25 49/3 51/15 68/19 74/5 74/20 74/23 77/23 82/10 82/17 82/19 86/21 91/11 98/7 99/14 108/8 108/24 109/23 119/5 130/24 133/6
throughout [2] 103/6 106/22
thumbs [1] 19/7
thumbs-up [1] 19/7
time [77]
times [10] 18/6 20/12 20/13 20/14 32/10 62/13 62/15 69/10 125/11 125/16
timing [2] 60/15 109/5
tip [1] 13/11
tires [1] 101/10
title [9] 10/2 10/5 10/23 15/14 15/20 22/19 63/11 63/14 65/17
today [6] 3/22 7/12 10/17 50/15 90/24 129/14
together [18] 9/16 25/8 25/16 27/24 28/13 34/19 48/8 48/11 50/1 51/5 65/25 66/15 66/15

**T**

**together...** [5] 95/20 102/15 104/24 105/7 114/23

**told** [16] 13/20 29/25 55/9 62/9 65/3 65/15 65/24 72/8 81/23 87/18 88/12 104/23 105/12 105/14 106/2 125/19

**Tomlinson** [4] 2/2 3/10 29/14 36/13

**Tommy** [3] 6/15 6/16 6/17

**too** [1] 99/5

**took** [5] 3/18 10/14 26/25 61/18 94/13

**Topic** [2] 42/8 42/11

**Topics** [2] 42/2 42/6

**tornado** [4] 58/25 59/17 59/20 60/5

**total** [20] 9/7 11/24 30/3 32/6 32/7 32/7 35/2 35/3 35/10 35/15 36/4 36/8 36/9 36/15 37/8 73/10 92/3 92/5 102/22 103/4

**totally** [2] 91/25 108/3

**toward** [1] 63/9

**towards** [2] 29/21 67/20

**town** [2] 63/23 90/18

**tractor** [5] 80/1 98/23 98/25 99/2 99/20

**tractors** [8] 57/6 71/24 100/17 102/12 102/13 102/15 120/5 120/7

**trade** [2] 101/9 124/3

**trailers** [7] 57/6 71/24 100/17 102/13 102/14 102/15 120/5

**transaction** [15] 22/11 24/7 25/5 31/19 32/18 51/6 67/14 79/7 79/21 81/13 95/24 107/13 126/5 127/14 130/17

**transcript** [1] 132/9

**transcription** [1] 133/7

**transparent** [1] 37/13

**transportation** [20] 7/4 9/13 11/7 11/7 11/20 11/24 16/11 30/3 32/6 32/7 32/8 35/2 35/3 36/4 36/8 36/9 36/15 37/9 45/16 90/16

**Transportation's** [1] 35/16

**treasury** [1] 8/7

**tried** [1] 106/22

**trip** [9] 51/1 51/1 51/2 51/8 53/4 82/13 82/14 85/16 88/25

**trophies** [1] 52/5

**trouble** [1] 65/1

**truck** [1] 45/22

**trucking** [55]

**Trucking's** [4] 88/16 130/3 131/8 131/13

**truckload** [4] 15/3 15/7 45/25 130/23

**trucks** [12] 16/12 20/2 23/4 23/7 23/10 24/1 24/5 36/7 36/9 43/22 45/4 92/2

**true** [6] 59/2 110/4 119/13 131/11 132/10 133/6

**truth** [2] 3/19 51/15

**try** [13] 28/13 37/3 48/22 65/22 83/5 85/12 93/21 94/12 110/1 111/2 112/7 112/8 127/21

**trying** [13] 17/5 19/1 28/24 40/16 49/1 49/5 62/23 68/4 90/18 91/8 91/10 97/3 125/6

**two** [26] 5/4 5/5 11/15 26/21 27/5 32/3 35/11 35/17 38/4 38/23 39/16 64/8 74/9 78/7 78/7 78/25 79/15 86/14 91/17 93/16 93/18 94/13 94/14 101/18 126/4 129/11

**two-week** [1] 27/5

**two-year** [1] 126/4

**twofold** [1] 77/7

**type** [12] 8/8 17/6 17/15 27/24 39/3 39/11 51/5 54/18 59/7 63/4 66/21 66/23

**types** [2] 45/25 101/18

**typewritten** [1] 133/5

**typical** [1] 45/2

**typically** [9] 25/25 34/4 36/17 36/19 38/11 38/18 66/25 73/14 79/3

**U**

**U.S** [167]

---

**ultimate** [2] 54/25 99/6

**umbrella** [2] 73/4 96/20

**under** [15] 31/2 72/18 74/16 77/11 84/6 93/1 96/20 102/19 108/1 108/6 114/17 118/6 120/5 120/8 132/12

**understand** [9] 3/18 13/7 28/24 60/10 72/24 105/8 110/17 117/24 127/3

**understanding** [7] 25/16 42/4 59/15 63/10 68/23 96/10 130/25

**understood** [5] 60/7 60/10 110/10 110/13 117/3

**undertake** [2] 41/6 74/17

**undertaking** [1] 75/8

**undetermined** [1] 75/19

**Union** [5] 5/14 6/6 6/11 7/1 7/9

**unit** [1] 33/2

**UNITED** [1] 1/1

**University** [1] 5/5

**unless** [3] 65/11 84/13 98/10

**until** [3] 10/9 48/20 68/8

**up** [44] 5/18 5/24 10/12 13/24 14/12 19/7 27/24 30/13 31/22 32/14 32/15 34/6 34/21 45/6 46/7 49/19 56/2 56/5 67/6 68/5 70/7 73/23 78/10 78/12 78/17 79/12 80/8 81/6 89/6 92/21 94/9 94/10 97/3 102/6 104/13 106/15 108/20 108/21 109/9 109/11 110/7 121/9 122/8 122/20

**up-front** [2] 78/10 78/12

**update** [1] 121/22

**upon** [5] 43/3 68/24 108/3 109/17 118/15

**upset** [1] 123/24

**upside** [1] 102/11

**upwards** [1] 79/23

**us** [12] 11/16 11/18 11/25 12/4 25/6 45/15 54/15 57/18 80/9 82/12 120/2 121/4

**use** [3] 39/23 68/18 94/10

**used** [6] 5/24 63/22 69/10 70/24 121/13 126/7

**uses** [1] 100/23

**using** [1] 68/5

**USPCI** [2] 6/8 6/10

**usually** [2] 64/6 66/23

**V**

**valuated** [2] 101/2 102/24

**valuation** [20] 71/13 96/15 97/21 98/3 99/25 101/4 101/5 101/5 101/6 101/19 101/19 101/24 102/1 102/6 102/10 102/16 102/19 103/1 103/9 103/18

**valuations** [1] 100/24

**value** [12] 71/15 94/23 94/25 98/5 98/6 99/16 100/20 100/21 102/12 103/4 119/11 119/15

**valued** [1] 98/23

**various** [7] 5/18 6/20 9/14 25/23 49/17 49/21 51/3

**verbal** [1] 3/22

**verbally** [3] 103/5 109/13 120/6

**verification** [1] 59/2

**verify** [1] 74/3

**verifying** [3] 17/13 17/13 17/14

**versus** [3] 22/24 103/5 119/15

**very** [19] 6/21 9/7 9/19 17/8 17/10 26/18 27/12 27/13 32/4 35/4 35/24 37/7 54/5 54/20 79/22 80/5 84/4 86/13 87/24

**via** [3] 66/24 115/19 120/8

**vice** [7] 10/3 10/6 10/7 22/16 22/18 23/20 32/24

**view** [5] 18/23 45/18 49/16 57/19 102/20

**Virginia** [13] 1/11 1/16 1/17 1/21 7/3 8/13 8/19 12/3 14/19 132/1 132/5 132/18 132/18

**visit** [12] 18/4 50/23 62/13 64/16 81/1 81/3 82/20 85/3 85/5 85/7 122/5 122/8

---

**VP** [3]  54/6 84/5 123/5

**W**

**Wabash** [5] 122/4 128/17 129/11 129/22 130/1

**Wadley** [25] 51/13 57/12 59/10 61/5 61/22 62/13 64/24 66/8 67/1 69/13 75/7 81/1 81/3 82/13 85/3 85/6 85/7 85/17 88/24 88/25 89/5 104/11 104/12 107/14 108/1

**waiting** [1] 94/7

**walk** [2] 47/7 49/2

**walked** [2] 47/8 118/4

**walking** [1] 48/25

**wall** [1] 52/4

**Wally** [2] 122/6 122/7

**Walters** [2] 11/19 16/14

**want** [16] 4/16 9/20 10/21 29/1 39/12 41/1 60/21 61/22 79/6 89/8 89/9 93/9 112/11 112/13 118/24 126/10

**wanted** [4] 71/10 71/11 84/1 117/19

**wants** [2] 22/1 42/25

**Wardeberg** [18] 16/3 16/17 19/11 21/12 26/4 33/11 50/2 54/22 61/11 95/6 95/8 95/23 96/7 100/11 105/22 121/22 123/22 124/6

**was** [394]

**wasn't** [5] 6/5 8/14 81/4 110/14 111/25

**water** [2] 28/4 120/8

**way** [10] 31/8 71/9 84/22 86/20 86/22 91/21 115/16 117/14 120/4 120/20

**ways** [5] 52/13 53/7 53/8 53/15 56/25

**we** [133]

**we'd** [2] 45/20 52/10

**we're** [7] 3/19 13/12 68/19 80/4 119/2 119/23 131/17

**we've** [9] 13/20 49/4 69/13 69/14 69/17 89/5 89/18 100/4 122/4

**wealthy** [1] 6/22

**weeds** [1] 39/12

**week** [15] 18/14 18/19 19/14 27/5 62/18 63/7 63/24 64/17 64/23 66/7 67/1 69/13 75/6 83/5 127/1

**week-long** [6] 18/19 19/14 64/23 67/1 75/6 83/5

**weekends** [1] 107/10

**weekly** [1] 28/3

**weeks** [8] 26/21 35/11 56/1 56/2 93/17 93/19 94/13 94/14

**well** [43] 6/6 10/21 15/5 19/25 23/19 24/19 25/2 32/14 34/18 35/13 37/7 39/11 41/14 41/25 49/1 49/20 51/14 51/25 52/2 53/7 55/18 65/8 66/6 67/8 70/18 77/19 77/21 90/2 92/13 93/25 94/14 97/13 98/6 100/3 100/12 103/7 105/12 111/3 111/19 117/5 122/20 127/24

**went** [20] 5/2 5/4 5/13 6/14 7/9 9/17 20/15 25/5 26/13 53/3 56/2 59/9 78/20 78/22 81/5 81/5 92/18 104/23 108/8

**were** [146]

**weren't** [2] 109/14 127/24

**Westerre** [1] 1/21

**what** [183]

**what's** [22] 5/25 15/4 22/20 25/13 30/21 39/21 41/22 42/24 66/6 79/18 86/4 86/5 92/22 113/1 113/22 114/13 116/1 120/17 124/11 124/21 126/21 128/25

**whatever** [10] 4/11 29/11 35/7 36/24 38/9 45/20 59/6 60/8 98/1 99/6

**whatnot** [1] 66/8

**when** [48]

**When's** [1] 111/24

**where** [29] 4/17 4/22 5/3 6/13 11/20 14/11

**W**

**where...** [23]  14/17 21/1 26/24 35/12 39/8
51/17 52/16 58/24 60/3 69/5 70/19 73/16
73/24 79/25 81/7 81/11 83/12 85/13 89/19
89/23 90/17 95/25 108/23
**where's** [1]  94/10
**whereas** [1]  20/15
**whether** [40]  32/17 34/17 40/17 40/18 41/6
42/25 44/10 50/13 50/24 51/5 53/24 57/17
59/2 60/23 61/7 70/23 74/18 79/20 81/18 82/3
82/15 83/12 95/23 101/7 107/9 108/5 108/15
111/21 111/22 114/4 114/10 114/25 117/19
120/13 120/14 120/20 120/25 124/7 125/15
130/7
**which** [30]  13/5 14/12 16/10 17/7 25/3 34/20
38/24 39/5 42/12 50/1 50/4 53/6 61/13 68/22
70/2 70/7 76/2 86/21 95/6 96/17 100/15
100/22 101/8 102/12 115/10 122/3 123/24
124/3 124/5 126/18
**which is** [1]  95/6
**while** [5]  19/1 52/8 64/4 70/25 76/12
**White** [1]  122/7
**who** [57]
**Who's** [2]  31/15 70/4
**whoever** [1]  72/9
**whole** [2]  57/17 102/14
**whom** [1]  19/5
**why** [17]  5/22 6/4 7/23 9/9 10/10 20/14 21/23
23/18 43/19 45/10 77/20 87/15 96/11 105/15
113/12 116/25 123/4
**Wichita** [2]  5/5 5/6
**WILEY** [1]  1/20
**will** [12]  12/10 17/9 29/2 38/18 69/2 77/4
84/20 86/8 101/8 120/9 122/6 127/2
**Williams** [1]  1/16
**willing** [5]  77/25 78/1 82/2 109/25 111/3
**wiring** [1]  124/15
**wit** [2]  132/2 133/2
**withdraw** [2]  39/10 39/11
**within** [7]  72/6 73/4 77/9 84/17 99/1 107/25
110/2
**without** [5]  86/11 88/1 128/9 129/3 130/17
**Witness** [2]  1/13 3/2
**woman** [2]  8/12 15/18
**Word** [1]  66/23
**words** [5]  13/1 45/23 88/15 125/25 127/8
**work** [32]  5/13 6/2 6/14 7/9 7/14 8/14 8/21
9/15 11/3 12/10 12/22 15/22 16/1 17/15 29/21
31/8 33/19 34/23 37/2 37/24 51/6 53/9 65/21
66/14 66/22 73/1 73/2 74/19 77/9 116/19
120/11 130/21
**worked** [13]  7/15 7/18 8/22 9/17 12/14 12/16
14/8 16/3 27/23 28/10 63/1 92/14 118/2
**working** [15]  9/15 11/19 13/13 13/21 17/16
17/20 17/25 22/10 27/1 28/1 28/6 28/25 38/6
81/24 87/23
**works** [5]  13/1 61/16 68/7 100/23 122/8
**world** [1]  31/6
**worse** [3]  117/4 117/25 118/4
**worth** [7]  6/15 22/9 70/22 70/23 99/11 100/8
100/8
**worthy** [1]  67/14
**would** [167]
**wouldn't** [3]  97/21 103/15 123/8
**write** [1]  66/21
**writing** [1]  106/14
**written** [14]  50/7 50/10 50/14 50/19 50/21
50/24 50/25 66/19 67/17 69/18 78/7 86/12
86/13 88/10
**wrote** [1]  115/23

**X**

**XPRESS** [157]

**Xpress's** [10]  21/6 31/16 42/8 47/7 94/12

**Y**

**Yeah** [3]  30/3 117/7 117/9
**year** [10]  4/24 5/10 5/20 6/3 7/15 7/16 8/22
43/5 86/14 126/4
**years** [13]  5/4 5/5 5/16 8/3 38/4 38/23 39/16
74/9 74/9 74/9 79/15 86/14 86/14
**yes** [130]
**yeses** [1]  75/17
**you** [625]
**you'd** [2]  35/6 79/4
**you're** [39]  4/5 17/3 17/25 21/1 22/6 23/19
28/21 28/25 28/25 35/8 37/8 37/9 39/8 39/16
40/16 42/1 43/9 43/10 47/16 50/6 55/9 55/11
55/14 55/18 55/21 56/15 57/20 57/25 71/1
83/4 83/11 88/19 93/9 97/7 99/18 105/23
111/13 125/6 131/18
**you've** [12]  10/23 11/12 23/15 24/1 27/5
28/15 35/16 75/6 75/7 90/24 103/25 107/5
**your** [132]
**yourself** [2]  27/2 54/1