# PLAINTIFF'S EXHIBIT "3"

Page 1 of 1

## Lynne Carroll

**From:** John Martin
**Sent:** Wednesday, August 10, 2005 10:25 AM
**To:** Lynne Carroll
**Subject:** FW: OLV

---

**From:** Dennis Farnsworth
**Sent:** Wednesday, August 10, 2005 6:31 AM
**To:** Al Hingst; John Martin
**Subject:** OLV

Attached is the OLV and Payoff. He is way under on the tractors and over on the trailers. Guy is fully aware of his problem. We agreed verbally to help him the best we can to get out of the tractors that are under water (via sales advice) but we will not pay him more than OLV. This is probably the most critical part of making this deal work. We need our sales rep to get involved immediately.



EXHIBIT 3
KAH 2/5/07

G.F. Kelley v. U.S. Xpress
D 000208
Defendant's Doc. Production

8/10/2005

AS OF  ######    Kelly Company Vehicles
                 ROAD FLEET

| mileage | UNIT | YEAR | MAKE | SERIAL # | model | ans | ratio | engine | tires | OLV | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 429467 | 100 | 2002 | VOLVO | N325022 | vn610 | 10 | 358 | cumm 450 | all low pro | $ 28,000 | 41,027 |
| 750125 | 101 | 1996 | PETE | N370711 | 379 | 10 | 373 | cat 475 | 22.5 | $ 15,000 | |
| 507679 | 102 | 2001 | VOLVO | N325015 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 33,472 |
| 541992 | 103 | 2001 | VOLVO | N325013 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 33,472 |
| 480868 | 104 | 2001 | VOLVO | N325014 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 33,472 |
| 459404 | 105 | 2001 | VOLVO | N325016 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 34,571 |
| 584635 | 106 | 2001 | VOLVO | N325017 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 34,571 |
| 473007 | 107 | 2001 | VOLVO | N325018 | vn610 | 10 | 355 | cumm 450 | | $ 22,500 | 32,451 |
| 509026 | 108 | 2001 | VOLVO | N325019 | vn610 | 10 | 355 | cumm 450 | | $ 22,500 | 32,452 |
| 437446 | 109 | 2002 | VOLVO | N325020 | vn610 | 10 | 355 | cumm 450 | | $ 28,000 | 39,777 |
| 391068 | 110 | 2002 | VOLVO | N325021 | vn610 | 10 | 355 | cumm 450 | | $ 28,000 | 41,529 |
| 619680 | 117 | 2001 | FRHT | LG95419 | CL 120 | 10 | 355 | det 470 | | $ 21,000 | 19,087 |
| 549270 | 118 | 2001 | VOLVO | N259535 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 540357 | 119 | 2001 | VOLVO | N259539 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 559555 | 120 | 2001 | VOLVO | N259536 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 502609 | 121 | 2001 | VOLVO | N259537 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,403 |
| 506141 | 122 | 2001 | VOLVO | N259538 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 27,475 |
| 534126 | 123 | 2001 | FRHT | LG95420 | CL 120 | 10 | 355 | det 470 | | $ 21,000 | 27,147 |
| 589075 | 126 | 2001 | VOLVO | N259530 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 625079 | 127 | 2001 | VOLVO | N259531 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 567785 | 128 | 2001 | VOLVO | N259532 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 606456 | 129 | 2001 | VOLVO | N259533 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 552245 | 130 | 2001 | VOLVO | N259534 | vn610 | 10 | 355 | det 470 | | $ 22,500 | 17,924 |
| 671645 | 131 | 1999 | FRHT | LA63817 | CL 120 | 10 | 355 | det 470 | | $ 15,000 | 11,795 |
| 814820 | 132 | 1999 | FRHT | LA63816 | CL 120 | 10 | 355 | det 470 | | $ 15,000 | 11,795 |
| 711651 | 133 | 1998 | VOLVO | N751853 | wia64tes | 10 | 355 | cumm 435 | | $ 12,500 | 11,795 |
| 669900 | 134 | 1998 | VOLVO | N751856 | wia64tes | 10 | 355 | cumm 435 | | $ 12,500 | 11,795 |
| 765361 | 137 | 1999 | FRHT | LA63815 | CL 120 | 10 | 355 | det 430 | | $ 15,000 | 11,795 |
| | 138 | 2000 | PETE | N525273 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| 756100 | 139 | 1998 | VOLVO | N762064 | vnl64t | 10 | 355 | det 470 | | $ 17,000 | |
| 610550 | 140 | 1999 | FRHT | LA63814 | CL 120 | 10 | 355 | det 430 | | $ 15,000 | 11,795 |
| 471044 | 142 | 2000 | FRHT | LF00682 | FLD 120 | 13 | 373 | det 500 | | $ 19,500 | 49,531 |
| 729288 | 144 | 2000 | PETE | N525274 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| | 145 | 2000 | PETE | N525275 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| 208890 | 156 | 1995 | VOLVO | N700346 | wia64tes | 10 | 355 | det 470 | | $ 6,000 | 0 |
| 838583 | 157 | 1999 | FRHT | L990691 | FLD 120 | 10 | 355 | det 470 | | $ 15,500 | 11,795 |
| 342627 | 158 | 2003 | FRHT | LL05827 | FLD 120 | 10 | 358 | cat 475 | | $ 31,000 | 58,389 |
| 719536 | 160 | 1996 | VOLVO | N728310 | wia64t | 10 | 355 | det 430 | | $ 7,500 | 0 |
| 408646 | 162 | 2002 | FRHT | LJ45930 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,085 |
| 491289 | 163 | 2002 | FRHT | LJ45931 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,085 |
| 425057 | 164 | 2002 | FRHT | LJ45932 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 39,840 |
| 357206 | 165 | 2002 | FRHT | LJ45933 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,056 |
| 821183 | 166 | 2000 | PETE | N525276 | 379 | 10 | 355 | det 470 | | $ 24,500 | 17,965 |
| 440022 | 167 | 2002 | FRHT | LJ45934 | CL 120 | 10 | 358 | det 430 | | $ 29,250 | 40,056 |
| 385348 | 168 | 2000 | VOLVO | N246738 | vnl660 | 10 | 355 | det 473 | | $ 20,000 | 46,334 |
| 414766 | 169 | 2000 | VOLVO | N246739 | vnl660 | 10 | 355 | det 430 | | $ 20,000 | 46,334 |
| 773554 | 170 | 1999 | FRHT | L985729 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 666949 | 171 | 1999 | FRHT | L985731 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 807368 | 172 | 1999 | FRHT | L985730 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 747055 | 173 | 1999 | FRHT | L985728 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 840063 | 174 | 1999 | FRHT | L985732 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 810197 | 175 | 1999 | FRHT | L985776 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 370756 | 176 | 1999 | FRHT | L985777 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 7,877 |
| 818951 | 177 | 1999 | PETE | N483221 | 379 | 10 | 355 | det 470 | | $ 20,500 | 5,238 |
| 840565 | 178 | 1999 | PETE | N483222 | 379 | 10 | 355 | det 470 | | $ 20,500 | 5,238 |
| 645241 | 179 | 1999 | FRHT | L986189 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 8,891 |
| 562148 | 180 | 1999 | FRHT | L986191 | FLD 120 | 10 | 355 | det 430 | | $ 15,500 | 8,891 |
| 726379 | 181 | 1999 | FRHT | LA63813 | CL 120 | 10 | 355 | det 430 | | $ 15,000 | 11,795 |
| 475573 | 185 | 2000 | FRHT | LB46527 | CL 120 | 10 | 355 | det 430 | | $ 20,000 | 11,795 |
| 682484 | 186 | 2000 | FRHT | LB46528 | CL 120 | 10 | 355 | det 430 | | $ 18,000 | 11,795 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 295828 | 187 | 2003 FRHT | LL05826 | CL 120 | 10 | 358 det 430 | $ | 35,500 | 58,389 |
| 662140 | 188 | 2000 FRHT | LB46530 | CL 120 | 10 | 355 det 430 | $ | 18,000 | 0 |
| 461325 | 190 | 2001 VOLVO | N314763 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,194 |
| 373018 | 192 | 2001 VOLVO | N314764 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,194 |
| 366677 | 193 | 2001 VOLVO | N314762 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,478 |
| 364469 | 194 | 2000 VOLVO | N793584 | vn 610 | 10 | 358 cumm 450 | $ | 22,500 | 48,217 |
| 430238 | 195 | 2002 FRHT | K96318 | FLD 120 | 10 | 358 det 470 | $ | 26,400 | 51,104 |
| 380434 | 196 | 2002 FRHT | K96319 | FLD 120 | 10 | 358 det 470 | $ | 26,400 | 51,104 |
| 385498 | 197 | 2000 VOLVO | N796689 | vn 610 | 10 | 358 det 470 | $ | 20,000 | 50,441 |
| 322334 | 198 | 2003 FRHT | LL65948 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 303829 | 199 | 2003 FRHT | LL65949 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 297541 | 200 | 2003 FRHT | LL65950 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 317902 | 201 | 2003 FRHT | LL65951 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 328094 | 202 | 2003 FRHT | LL65952 | FLD 120 | 10 | 358 cat 435 | $ | 33,000 | 62,048 |
| 156108 | 204 | 2003 FRHT | LM01394 | FLD 120 | 10 | 358 det 470 | $ | 35,000 | 62,928 |
| 284053 | 205 | 2003 FRHT | LM01395 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,928 |
| 255194 | 206 | 2003 FRHT | LM01393 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,928 |
| 692109 | 209 | 1998 FRHT | L929995 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| | 210 | 1998 FRHT | L929996 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| 701258 | 211 | 1998 FRHT | L929999 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| | 212 | 1998 FRHT | L929998 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| | 213 | 1998 FRHT | L929997 | CL 120 | 10 | 355 det 430 | $ | 12,400 | 0 |
| 255432 | 214 | 2003 FRHT | LM01396 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 61,676 |
| 257503 | 215 | 2003 FRHT | LM01397 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 61,676 |
| 168177 | 216 | 2003 FRHT | LM01398 | FLD 120 | 10 | 358 det 470 | $ | 35,000 | 61,676 |
| 259177 | 217 | 2003 FRHT | LM01399 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,843 |
| 177658 | 218 | 2003 FRHT | LM01400 | FLD 120 | 10 | 358 det 470 | $ | 35,000 | 62,843 |
| 218121 | 220 | 2003 FRHT | LM01401 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,907 |
| 232858 | 221 | 2003 FRHT | LM01402 | FLD 120 | 10 | 358 det 470 | $ | 33,000 | 62,907 |
| | 228 | 1998 VOLVO | N755424 | wia64tes | 10 | 355 det 430 | $ | 7,500 | 0 |
| 293948 | 231 | 2001 MACK | W010327 | cx613 | 13 | 358 mack 427 | $ | 31,000 | 33,471 |
| 301258 | 232 | 2001 MACK | W010324 | cx613 | 13 | 358 mack 427 | $ | 31,000 | 50,646 |
| 325687 | 233 | 2001 MACK | W010325 | cx613 | 13 | 358 mack 427 | $ | 31,000 | 50,646 |
| 342557 | 234 | 2003 FRHT | LL05828 | CL 120 | 10 | 358 cat 500 | $ | 35,500 | 59,737 |
| 375157 | 235 | 2003 FRHT | LL05829 | CL 120 | 10 | 358 cat 500 | $ | 34,000 | 59,737 |
| 275576 | 236 | 2003 FRHT | LL05830 | CL 120 | 10 | 358 cat 500 | $ | 35,500 | 59,737 |
| 385429 | 1149 | 2000 VOLVO | N231330 | vnl660 | 10 | 358 det 500 | $ | 20,000 | 54,764 |
| 276544 | 237 | 2003 FRHT | LL05833 | CL 120 | 10 | 358 cat 500 | $ | 37,000 | 60,607 |
| 392681 | 238 | 2003 FRHT | LL05834 | CL 120 | 10 | 358 cat 500 | $ | 34,000 | 60,607 |
| 374415 | 239 | 2003 FRHT | LL05835 | CL 120 | 10 | 358 cat 500 | $ | 34,000 | 60,607 |
| 367559 | 240 | 2003 VOLVO | N341952 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 336664 | 241 | 2003 VOLVO | N341953 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 313114 | 242 | 2003 VOLVO | N341954 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 365092 | 243 | 2003 VOLVO | N341958 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 305502 | 244 | 2003 VOLVO | N341959 | vnl660 | 10 | 358 cumm 500 | $ | 42,500 | 59,901 |
| 425754 | 245 | 2002 PETE | D528976 | 379 | 13 | 358 cat 500 | $ | 45,000 | 55,456 |
| 96115 | 246 | 2004 FRHT | LM86494 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 101993 | 247 | 2004 FRHT | LM86495 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 126729 | 248 | 2004 FRHT | LM86497 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 107002 | 249 | 2004 FRHT | LM86498 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| 107633 | 250 | 2004 FRHT | LM96499 | CL 120 | 10 | 358 cat 500 | $ | 63,000 | 78,615 |
| | | | | | | | $ 2,905,050 | $ 3,941,920 | |

the highlighted units are trucks that have been sold to drivers and financed through the company as owner operators

day cabs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 98254 | 111 | 1999 FRHT | HB31474 | FL 112 | 10 | 373 cumm 370 | $ | 18,000 | 22607 |

G.F. Kelley v. U.S. Xpress
D 000210
Defendant's Doc. Production

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99569  | 112 | 1999 FRHT | HB31469 | FL 112 | 10 | 373 cumm 370 | $ | 18,000 | 14766 |
| 101547 | 113 | 1999 FRHT | HB31476 | FL 112 | 10 | 373 cumm 370 | $ | 18,000 | 14766 |
| 103540 | 114 | 1999 FRHT | HB31473 | FL 112 | 10 | 373 cumm 370 | $ | 18,000 | 14766 |
| 97568  | 115 | 2000 FRHT | HG48364 | FL 112 | 10 | 373 cat 410  | $ | 24,000 |  |
| 177167 | 116 | 2001 MACK | W138954 | ch 613 | 10 | 373 mack 427 | $ | 27,000 | 38704 |
| 257618 | 146 | 2001 MACK | W137885 | ch 613 | 10 | 373 mack 427 | $ | 26,000 | 44009 |
| 225997 | 152 | 2003 MACK | W152508 | ch 613 | 10 | 373 mack 427 | $ | 40,000 | 56500 |
| 135295 | 203 | 2003 MACK | W152514 | ch 613 | 10 | 373 mack 427 | $ | 42,500 | 57045 |
| 166052 | 223 | 2003 MACK | W152516 | ch 613 | 10 | 373 mack 427 | $ | 42,500 | 59978 |
| 126466 | 224 | 2003 MACK | W152517 | ch 613 | 10 | 373 mack 427 | $ | 42,500 | 59978 |

$ 316,500    $ 383,119

$ 3,221,550  $ 4,325,039

$ (1,103,489)

### TIMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| 1  | T007 | 1975 Mack  | 4164    | timber | mack 300 |
| 2  | L007 | 1984 MACK  | A006070 | timber | mack 237 |
| 3  | 911  | 1988 VOLVO | N121643 | timber | cumm 315 |
| 4  | 124  | 2001 MACK  | W136360 | jim mulke | mack 460 |
| 5  | 125  | 2001 MACK  | W136361 | avondale | mack 460 |
| 6  | 135  | 1996 VOLVO | N728316 | tim davis | det 430 |
| 7  | 136  | 1996 VOLVO | N728317 | macon | det 430 |
| 8  | 149  | 1996 VOLVO | N702376 | macon | det 430 |
| 9  | 150  | 2000 VOLVO | N871025 | myron | volvo 385 |
| 10 | 151  | 1988 INTL  | C008843 | loboy | cumm 315 |
| 11 | 154  | 1996 INTL  | C052358 | ronnie he | cumm 435 |
| 12 | 161  | 1996 VOLVO | N728311 | macon | det 430 |
| 13 | 182  | 1999 PETE  | N474297 | monroe c | det 470 |
| 14 | 183  | 1999 PETE  | D497532 | race | det 470 |
| 15 | 230  | 2001 MACK  | W141343 | | mack 350 |
| 16 | 2156 | 2003 MACK  | W152521 | mr kelly | mack 427 |

### K-DIESEL

| | unit # | year make | serial | driver | trans | engine |
|---|---|---|---|---|---|---|
| 1 | 2155 | 2000 PETE | N525277 | Keith Taft    | 13 | det 470  |
| 2 | 3155 | 2003 PETE | n589788 | Jimmy griffin | 10 | cat 475  |
| 3 | 2157 | 2004 PETE | n864880 | charles dean  | 10 | cumm 450 |
| 4 | 2158 | 2004 PETE | n864881 | faite brantley| 10 | cumm 450 |
| 5 | 2159 | 2004 PETE | n864882 | dale johnson  | 10 | cumm 450 |
| 6 | 2160 | 2005 INTL | c205882 | chris gregory | 13 | cumm 450 |
| 7 | 2161 | 2005 INTL | c210829 | lee knight    | 13 | cumm 450 |

G.F. Kelley v. U.S. Xpress
D 000211
Defendant's Doc. Production

## Road Trailers

|    | Unit # | Year Make    | Serial # | Description                  | OLV      | Payoff |
|----|--------|--------------|----------|------------------------------|----------|--------|
| 1  | 1860   | 1995 DORSEY  | 230679   | 48 ft x 102, spring ride     | $ 3,750  | 0      |
| 2  | 1861   | 1995 DORSEY  | 230678   | plywood lined, wood floor    | $ 3,750  | 0      |
| 3  | 1862   | 1995 DORSEY  | 230675   |                              | $ 3,750  | 0      |
| 4  | 1864   | 1995 DORSEY  | 230676   |                              | $ 3,750  | 0      |
| 5  | 1865   | 1995 DORSEY  | 230677   |                              | $ 3,750  | 0      |
| 6  | 1880   | 1994 DORSEY  | 221872   |                              | $ 3,500  | 0      |
| 7  | 1881   | 1994 DORSEY  | 221873   |                              | $ 3,500  | 0      |
| 8  | 1882   | 1994 DORSEY  | 221874   |                              | $ 3,500  | 0      |
| 9  | 1883   | 1994 DORSEY  | 221877   |                              | $ 3,500  | 0      |
| 10 | 1884   | 1994 DORSEY  | 221878   |                              | $ 3,500  | 0      |
| 11 | 1885   | 1994 DORSEY  | 222973   |                              | $ 3,500  | 0      |
| 12 | 1887   | 1994 DORSEY  | 222974   |                              | $ 3,500  | 0      |
| 13 | 1888   | 1994 DORSEY  | 222975   |                              | $ 3,500  | 0      |
| 14 | 1889   | 1994 DORSEY  | 222976   |                              | $ 3,500  | 0      |
| 15 | 1890   | 1994 DORSEY  | 222977   |                              | $ 3,500  | 0      |
| 16 | 1891   | 1994 DORSEY  | 222978   |                              | $ 3,500  | 0      |
| 17 | 1893   | 1994 STOUGH  | 888909   |                              | $ 3,500  | 0      |
| 18 | 1895   | 1994 STOUGH  | 888905   |                              | $ 3,500  | 0      |
| 19 | 1896   | 1994 STOUGH  | 888906   |                              | $ 3,500  | 0      |
| 20 | 1897   | 1994 STOUGH  | 888908   |                              | $ 3,500  | 0      |
| 21 | 1898   | 1994 STOUGH  | 888907   |                              | $ 3,500  | 0      |
| 22 | 5301   | 1994 DORSEY  | 216834   | 53 x 102, spring ride        | $ 4,750  | 0      |
| 23 | 5302   | 1994 DORSEY  | 216835   | plywood lined, wood floor    | $ 4,750  | 0      |
| 24 | 5303   | 1995 DORSEY  | 234149   |                              | $ 5,250  | 0      |
| 25 | 5304   | 1995 DORSEY  | 234140   |                              | $ 5,250  | 0      |
| 26 | 5305   | 1995 DORSEY  | 234151   |                              | $ 5,250  | 0      |
| 27 | 5306   | 1995 DORSEY  | 234142   |                              | $ 5,250  | 0      |
| 28 | 5307   | 1995 DORSEY  | 234154   |                              | $ 5,250  | 0      |
| 29 | 5308   | 1995 DORSEY  | 234148   |                              | $ 5,250  | 0      |
| 30 | 5309   | 1995 DORSEY  | 234147   |                              | $ 5,250  | 0      |
| 31 | 5310   | 1995 DORSEY  | 234153   |                              | $ 5,250  | 0      |
| 32 | 5311   | 1995 DORSEY  | 234152   |                              | $ 5,250  | 0      |
| 33 | 5312   | 1995 DORSEY  | 234150   |                              | $ 5,250  | 0      |
| 34 | 5323   | 1997 WABASH  | 424469   | 53 x 102, spring ride        | $ 7,250  | 2,615  |
| 35 | 5324   | 1997 WABASH  | 424482   | plywood lined, paper spec    | $ 7,250  | 2,615  |
| 36 | 5325   | 1997 WABASH  | 424488   | 8 inch crossmembers          | $ 7,250  | 2,615  |
| 37 | 5326   | 1997 WABASH  | 424485   | wood floor                   | $ 7,250  | 2,615  |
| 38 | 5327   | 1997 WABASH  | 424492   |                              | $ 7,250  | 2,615  |
| 39 | 5328   | 1997 WABASH  | 424490   |                              | $ 7,250  | 2,615  |
| 40 | 5329   | 1997 WABASH  | 424489   |                              | $ 7,250  | 2,615  |
| 41 | 5330   | 1997 WABASH  | 424494   |                              | $ 7,250  | 2,615  |
| 42 | 5331   | 1997 WABASH  | 424495   |                              | $ 7,250  | 2,615  |
| 43 | 5332   | 1997 WABASH  | 424484   |                              | $ 7,250  | 2,615  |
| 44 | 5333   | 1997 WABASH  | 424493   |                              | $ 7,250  | 2,615  |
| 45 | 5334   | 1997 WABASH  | 424483   |                              | $ 7,250  | 2,615  |

G.F. Kelley v. U.S. Xpress
D 000212
Defendant's Doc. Production

| # | ID | Year/Make | Serial | | Price | Value |
|---|---|---|---|---|---|---|
| 46 | 5335 | 1997 WABASH | 424491 | $ | 7,250 | 2,615 |
| 47 | 5336 | 1997 WABASH | 424480 | $ | 7,250 | 2,615 |
| 48 | 5337 | 1997 WABASH | 424468 | $ | 7,250 | 2,615 |
| 49 | 5338 | 1997 WABASH | 424479 | $ | 7,250 | 2,615 |
| 50 | 5339 | 1997 WABASH | 424472 | $ | 7,250 | 2,615 |
| 51 | 5340 | 1997 WABASH | 424486 | $ | 7,250 | 2,615 |
| 52 | 5341 | 1997 WABASH | 424487 | $ | 7,250 | 2,615 |
| 53 | 5342 | 1997 WABASH | 424517 | $ | 7,250 | 2,615 |
| 54 | 5343 | 1997 WABASH | 424508 | $ | 7,250 | 2,615 |
| 55 | 5344 | 1997 WABASH | 424498 | $ | 7,250 | 2,615 |
| 56 | 5345 | 1997 WABASH | 424501 | $ | 7,250 | 2,615 |
| 57 | 5346 | 1997 WABASH | 424510 | $ | 7,250 | 2,615 |
| 58 | 5347 | 1997 WABASH | 424497 | $ | 7,250 | 2,615 |
| 59 | 5348 | 1997 WABASH | 424504 | $ | 7,250 | 2,615 |
| 60 | 5349 | 1997 WABASH | 424509 | $ | 7,250 | 2,615 |
| 61 | 5350 | 1997 WABASH | 424496 | $ | 7,250 | 2,615 |
| 62 | 5351 | 1997 WABASH | 424511 | $ | 7,250 | 2,615 |
| 63 | 5352 | 1997 WABASH | 424505 | $ | 7,250 | 2,615 |
| 64 | 5353 | 1997 WABASH | 424477 | $ | 7,250 | 2,615 |
| 65 | 5354 | 1997 WABASH | 424506 | $ | 7,250 | 2,615 |
| 66 | 5355 | 1997 WABASH | 424512 | $ | 7,250 | 2,615 |
| 67 | 5356 | 1997 WABASH | 424470 | $ | 7,250 | 2,615 |
| 68 | 5357 | 1997 WABASH | 424478 | $ | 7,250 | 2,615 |
| 69 | 5358 | 1997 WABASH | 424502 | $ | 7,250 | 2,615 |
| 70 | 5359 | 1997 WABASH | 424515 | $ | 7,250 | 2,615 |
| 71 | 5360 | 1997 WABASH | 424499 | $ | 7,250 | 2,615 |
| 72 | 5361 | 1997 WABASH | 424474 | $ | 7,250 | 2,615 |
| 73 | 5362 | 1997 WABASH | 424473 | $ | 7,250 | 2,615 |
| 74 | 5363 | 1997 WABASH | 424516 | $ | 7,250 | 2,615 |
| 75 | 5364 | 1999 WABASH | 614860 | $ | 9,250 | 2,615 |
| 76 | 5365 | 1997 WABASH | 424476 | $ | 7,250 | 2,615 |
| 77 | 5366 | 1997 WABASH | 424475 | $ | 7,250 | 2,615 |
| 78 | 5367 | 1997 WABASH | 424503 | $ | 7,250 | 2,615 |
| 79 | 5368 | 1997 WABASH | 424514 | $ | 7,250 | 2,615 |
| 80 | 5369 | 1997 WABASH | 424471 | $ | 7,250 | 2,615 |
| 81 | 5370 | 1997 WABASH | 424513 | $ | 7,250 | 2,615 |
| 82 | 5371 | 1997 WABASH | 424500 | $ | 7,250 | 2,615 |
| 83 | 5372 | 1997 WABASH | 424507 | $ | 7,250 | 2,615 |
| 84 | 5373 | 1997 WABASH | 424527 | $ | 7,250 | 2,615 |
| 85 | 5374 | 1997 WABASH | 424520 | $ | 7,250 | 2,615 |
| 86 | 5375 | 1997 WABASH | 424529 | $ | 7,250 | 2,615 |
| 87 | 5376 | 1997 WABASH | 424521 | $ | 7,250 | 2,615 |
| 88 | 5377 | 1997 WABASH | 424519 | $ | 7,250 | 2,615 |
| 89 | 5378 | 1997 WABASH | 424522 | $ | 7,250 | 2,615 |
| 90 | 5379 | 1997 WABASH | 424523 | $ | 7,250 | 2,615 |
| 91 | 5380 | 1997 WABASH | 424525 | $ | 7,250 | 2,615 |
| 92 | 5381 | 1997 WABASH | 424528 | $ | 7,250 | 2,615 |
| 93 | 5382 | 1997 WABASH | 424531 | $ | 7,250 | 2,615 |
| 94 | 5383 | 1997 WABASH | 424532 | $ | 7,250 | 2,615 |
| 95 | 5384 | 1997 WABASH | 424526 | $ | 7,250 | 2,615 |
| 96 | 5385 | 1997 WABASH | 424524 | $ | 7,250 | 2,615 |
| 97 | 5386 | 1997 WABASH | 424530 | $ | 7,250 | 2,615 |
| 98 | 5387 | 1997 WABASH | 424518 x | $ | 7,250 | 2,615 |

G.F. Kelley v. U.S. Xpress
D 000213
Defendant's Doc. Production

| # | ID | Year/Make | Unit | Notes | Price | Qty |
|---|---|---|---|---|---|---|
| 99 | 5391 | 1996 HYUNDAI | 9122 | 53 x 102, spring ride | $ 5,000 | 0 |
| 100 | 5392 | 1996 HYUNDAI | 9206 | plywood lined wood floor | $ 5,000 | 0 |
| 101 | 5393 | 1996 HYUNDAI | 9315 | | $ 5,000 | 0 |
| 102 | 5394 | 1996 HYUNDAI | 9307 | | $ 5,000 | 0 |
| 103 | 5395 | 1996 HYUNDAI | 9316 | | $ 5,000 | 0 |
| 104 | 5396 | 1996 HYUNDAI | 9305 | | $ 5,000 | 0 |
| 105 | 5397 | 1996 HYUNDAI | 9224 | | $ 5,000 | 0 |
| 106 | 5398 | 1996 HYUNDAI | 9033 | | $ 5,000 | 0 |
| 107 | 5399 | 1996 HYUNDAI | 9089 | | $ 5,000 | 0 |
| 108 | 53135 | 1998 FRUH | 474051 | 53 x 102, spring ride | $ - | 0 |
| 109 | 53136 | 1998 FRUH | 474057 | plywood lined, wood floor | $ - | 0 |
| 110 | 53137 | 1998 FRUH | 474048 | | $ - | 0 |
| 111 | 53143 | 1998 FRUH | 474054 | Lufkin paid | $ - | 0 |
| 112 | 53144 | 1998 FRUH | 474050 | SOLD | $ - | 0 |
| 113 | 53145 | 1998 FRUH | 474053 | | $ - | 0 |
| 114 | 53147 | 1998 FRUH | 474049 | | $ - | 0 |
| 115 | 53150 | 1998 FRUH | 474074 | | $ - | 0 |
| 116 | 53151 | 1998 FRUH | 474055 | | $ - | 0 |
| 117 | 53152 | 1998 FRUH | 474052 | | $ - | 0 |
| 118 | 53155 | 1998 FRUH | 474056 | | $ - | 0 |
| 119 | 53157 | 1998 FRUH | 474073 | | $ 8,000 | 0 |
| 120 | 53160 | 1998 FRUH | 474075 | | $ 8,000 | 0 |
| 121 | 53170 | 1998 FRUH | 474080 | | $ 8,000 | 0 |
| 122 | 53174 | 1998 FRUH | 474081 | | $ 8,000 | 0 |
| 123 | 53181 | 1998 FRUH | 481038 | | $ - | 0 |
| 124 | 53182 | 1998 FRUH | 481046 | | $ - | 0 |
| 125 | 53183 | 1998 FRUH | 481039 | Lufkin paid | $ - | 0 |
| 126 | 53184 | 1998 FRUH | 481036 | SOLD | $ - | 0 |
| 127 | 53185 | 1998 FRUH | 481037 | | $ - | 0 |
| 128 | 53186 | 1998 FRUH | 481044 | | $ - | 0 |
| 129 | 53187 | 1998 FRUH | 481040 | | $ - | 0 |
| 130 | 53188 | 1998 FRUH | 481049 | | $ - | 0 |
| 131 | 53189 | 1998 FRUH | 481047 | | $ - | 0 |
| 132 | 53190 | 1998 FRUH | 481051 | | $ - | 0 |
| 133 | 53191 | 1998 FRUH | 481048 | | $ - | 0 |
| 134 | 53192 | 1998 FRUH | 481054 | | $ - | 0 |
| 135 | 53193 | 1998 FRUH | 481053 | | $ - | 0 |
| 136 | 53194 | 1998 FRUH | 481052 | | $ - | 0 |
| 137 | 53198 | 1998 FRUH | 481045 | | $ - | 0 |
| 138 | 53199 | 1998 FRUH | 481050 | | $ - | 0 |
| 139 | 53200 | 1998 FRUH | 481042 | | $ - | 0 |
| 140 | 53201 | 1998 FRUH | 481043 | | $ - | 0 |
| 141 | 53202 | 1998 FRUH | 481055 | | $ - | 0 |
| 142 | 53203 | 1998 FRUH | 481041 | | $ - | 0 |
| 143 | 53204 | 1998 FRUH | 481069 | | $ - | 0 |
| 144 | 53205 | 1998 FRUH | 481059 | | $ - | 0 |

| #   | ID    | Year/Make   | Code    | Notes                       | Price $ | Value |
|-----|-------|-------------|---------|-----------------------------|---------|-------|
| 145 | 53206 | 1998 FRUH   | 481065  | GFK paid                    | $ -     | 0     |
| 146 | 53207 | 1998 FRUH   | 481061  | Sold to Craig Elliott       | $ -     | 0     |
| 147 | 53208 | 1998 FRUH   | 481066  |                             | $ -     | 0     |
| 148 | 53209 | 1998 FRUH   | 481071  |                             | $ -     | 0     |
| 149 | 53210 | 1998 FRUH   | 481073  |                             | $ -     | 0     |
| 150 | 53211 | 1998 FRUH   | 481075  |                             | $ -     | 0     |
| 151 | 53212 | 1998 FRUH   | 481074  |                             | $ -     | 0     |
| 152 | 53213 | 1998 FRUH   | 481068  |                             | $ -     | 0     |
| 153 | 53214 | 1998 FRUH   | 481077  |                             | $ -     | 0     |
| 154 | 53215 | 1998 FRUH   | 481076  |                             | $ -     | 0     |
| 155 | 53216 | 1998 FRUH   | 481070  |                             | $ -     | 0     |
| 156 | 53217 | 1998 FRUH   | 481062  |                             | $ -     | 0     |
| 157 | 53218 | 1998 FRUH   | 481060  |                             | $ -     | 0     |
| 158 | 53219 | 1998 FRUH   | 481072  |                             | $ -     | 0     |
| 159 | 53220 | 1998 FRUH   | 481067  |                             | $ -     | 0     |
| 160 | 53221 | 1998 FRUH   | 481078  |                             | $ -     | 0     |
| 161 | 53222 | 1998 FRUH   | 481064  |                             | $ -     | 0     |
| 162 | 53223 | 1998 FRUH   | 481063  |                             | $ -     | 0     |

*[handwritten]* 51 Trls - No OLV = $408,000.00

| #   | ID    | Year/Make    | Code    | Notes                       | Price $  | Value |
|-----|-------|--------------|---------|-----------------------------|----------|-------|
| 163 | 53271 | 1999 WABASH  | 534634  | Plate trailers              | $ 9,500  | 6,425 |
| 164 | 53272 | 1999 WABASH  | 534635  | 53 x 102, spring ride       | $ 9,500  | 6,425 |
| 165 | 53273 | 1999 WABASH  | 534636  | alum floor, paper spec      | $ 9,500  | 6,425 |
| 166 | 53274 | 1999 WABASH  | 534637  | 8 inch crossmembers         | $ 9,500  | 6,425 |
| 167 | 53275 | 1999 WABASH  | 534638  | ski lights                  | $ 9,500  | 6,425 |
| 168 | 53276 | 1999 WABASH  | 534639  |                             | $ 9,500  | 6,425 |
| 169 | 53277 | 1999 WABASH  | 534640  |                             | $ 9,500  | 6,425 |
| 170 | 53278 | 1999 WABASH  | 534641  |                             | $ 9,500  | 6,425 |
| 171 | 53279 | 1999 WABASH  | 534642  |                             | $ 9,500  | 6,425 |
| 172 | 53280 | 1999 WABASH  | 534643  |                             | $ 9,500  | 6,425 |
| 173 | 53281 | 1999 WABASH  | 534644  |                             | $ 9,500  | 6,425 |
| 174 | 53282 | 1999 WABASH  | 534645  | air-ride                    | $ 11,000 | 6,425 |
| 175 | 53283 | 1999 WABASH  | 534646  |                             | $ 9,500  | 6,425 |
| 176 | 53284 | 1999 WABASH  | 534647  |                             | $ 9,500  | 6,425 |
| 177 | 53285 | 1999 WABASH  | 534648  |                             | $ 9,500  | 6,425 |
| 178 | 53286 | 1999 WABASH  | 534649  |                             | $ 9,500  | 6,425 |
| 179 | 53287 | 1999 WABASH  | 534650  |                             | $ 9,500  | 6,425 |
| 180 | 53288 | 1999 WABASH  | 534651  |                             | $ 9,500  | 6,425 |
| 181 | 53289 | 1999 WABASH  | 534652  |                             | $ 9,500  | 6,425 |
| 182 | 53290 | 1999 WABASH  | 534653  |                             | $ 9,500  | 6,425 |
| 183 | 53291 | 1999 WABASH  | 534654  |                             | $ 9,500  | 6,425 |
| 184 | 53292 | 1999 WABASH  | 534655  |                             | $ 9,500  | 6,425 |
| 185 | 53293 | 1999 WABASH  | 534656  |                             | $ 9,500  | 6,425 |
| 186 | 53294 | 1999 WABASH  | 534657  | air-ride                    | $ 11,000 | 6,425 |
| 187 | 53295 | 1999 WABASH  | 534658  |                             | $ 9,500  | 6,425 |
| 188 | 53296 | 1999 WABASH  | 534659  |                             | $ 9,500  | 6,425 |
| 189 | 53297 | 1999 WABASH  | 534660  |                             | $ 9,500  | 6,425 |
| 190 | 53298 | 1999 WABASH  | 534661  |                             | $ 9,500  | 6,425 |
| 191 | 53299 | 1999 WABASH  | 534662  |                             | $ 9,500  | 6,425 |
| 192 | 53300 | 1999 WABASH  | 534663  | x                           | $ 9,500  | 6,425 |
| 193 | 53301 | 1999 WABASH  | 527614  | Plate Trailers, spring ride | $ 9,250  | 8,601 |

G.F. Kelley v. U.S. Xpress
D 000215
Defendant's Doc. Production

| # | ID | Year/Make | Description | Price | Value |
|---|------|-------------|---------------------------------------------|-----------|--------|
| 194 | 53302 | 1999 WABASH | 527621 tie cups, ski lights, wood floor | $ 9,250 | 8,601 |
| 195 | 53303 | 1999 WABASH | 527608 paper spec | $ 9,250 | 8,601 |
| 196 | 53304 | 1999 WABASH | 527605 53 x 102 | $ 9,250 | 8,601 |
| 197 | 53305 | 1999 WABASH | 527606 | $ 9,250 | 8,601 |
| 198 | 53306 | 1999 WABASH | 527618 | $ 9,250 | 8,601 |
| 199 | 53307 | 1999 WABASH | 527613 | $ 9,250 | 8,601 |
| 200 | 53308 | 1999 WABASH | 527609 | $ 9,250 | 8,601 |
| 201 | 53309 | 1999 WABASH | 527622 | $ 9,250 | 8,601 |
| 202 | 53310 | 1999 WABASH | 527610 | $ 9,250 | 8,601 |
| 203 | 53311 | 1999 WABASH | 527629 | $ 9,250 | 8,601 |
| 204 | 53312 | 1999 WABASH | 527620 | $ 9,250 | 8,601 |
| 205 | 53313 | 1999 WABASH | 527616 | $ 9,250 | 8,601 |
| 206 | 53314 | 1999 WABASH | 527612 | $ 9,250 | 8,601 |
| 207 | 53315 | 1999 WABASH | 527628 | $ 9,250 | 8,601 |
| 208 | 53316 | 1999 WABASH | 527627 | $ 9,250 | 8,601 |
| 209 | 53317 | 1999 WABASH | 527625 | $ 9,250 | 8,601 |
| 210 | 53318 | 1999 WABASH | 527611 | $ 9,250 | 8,601 |
| 211 | 53319 | 1999 WABASH | 527615 | $ 9,250 | 8,601 |
| 212 | 53320 | 1999 WABASH | 527619 | $ 9,250 | 8,601 |
| 213 | 53321 | 1999 WABASH | 527607 | $ 9,250 | 8,601 |
| 214 | 53322 | 1999 WABASH | 527623 | $ 9,250 | 8,601 |
| 215 | 53323 | 1999 WABASH | 527624 | $ 9,250 | 8,601 |
| 216 | 53324 | 1999 WABASH | 527626 | $ 9,250 | 8,601 |
| 217 | 53325 | 1999 WABASH | 527617 x | $ 9,250 | 8,601 |
| 218 | 53349 | 2000 WABASH | 676245 Plate Trailers, air ride | $ 12,000 | 11,374 |
| 219 | 53350 | 2000 WABASH | 676246 tie cups, alum floor | $ 12,000 | 11,374 |
| 220 | 53351 | 2000 WABASH | 676247 paper spec | $ 12,000 | 11,374 |
| 221 | 53352 | 2000 WABASH | 676248 ski lights | $ 12,000 | 11,374 |
| 222 | 53353 | 2000 WABASH | 676249 53 x 102 | $ 12,000 | 11,374 |
| 223 | 53354 | 2000 WABASH | 676250 | $ 12,000 | 11,374 |
| 224 | 53355 | 2000 WABASH | 676251 x | $ 12,000 | 11,374 |
| 225 | 53356 | 2000 WABASH | 683649 Plate Trailers, air ride | $ 12,000 | 10,951 |
| 226 | 53357 | 2000 WABASH | 683651 alum floor, paper spec | $ 12,000 | 10,951 |
| 227 | 53358 | 2000 WABASH | 683650 ski lights | $ 12,000 | 10,951 |
| 228 | 53359 | 2000 WABASH | 683652 53 x 102 | $ 12,000 | 10,951 |
| 229 | 53360 | 2000 WABASH | 683646 | $ 12,000 | 10,951 |
| 230 | 53361 | 2000 WABASH | 683644 | $ 12,000 | 10,951 |
| 231 | 53362 | 2000 WABASH | 683645 | $ 12,000 | 10,951 |
| 232 | 53363 | 2000 WABASH | 683643 | $ 12,000 | 10,951 |
| 233 | 53364 | 2000 WABASH | 683647 | $ 12,000 | 10,951 |
| 234 | 53365 | 2000 WABASH | 683648 x | $ 12,000 | 10,951 |
| 235 | 3356 | 1992 G-DANE | S013139 Plate Trailers, spring ride | $ 2500 *4750* | |
| 236 | 3357 | 1994 STRICK | 367560 wood floor. | $ 4750 | |
| 237 | 3358 | 1994 STRICK | 367535 53 x 102   GFK paid | $ 4750 | |
| 238 | 3359 | 1994 STRICK | 367495   Sold | $ 4750 | |
| 239 | 3360 | 1994 STRICK | 367540 | $ 4750 | |
| 240 | 3361 | 1994 STRICK | 367562 x | $ 4750 | |

26,250

G.F. Kelley v. U.S. Xpress
D 000216
Defendant's Doc. Production

| # | ID | Year/Make | Serial | Description | | Value |
|---|---|---|---|---|---|---|
| 241 | 53366 | 2001 LUFKIN | 149318 | 53 x 102, spring ride | $ 11,000 | 15,490 |
| 242 | 53367 | 2001 LUFKIN | 149309 | logistics post, paper spec | $ 11,000 | 15,490 |
| 243 | 53368 | 2001 LUFKIN | 149310 | wood floor, vented | $ 11,000 | 15,490 |
| 244 | 53369 | 2001 LUFKIN | 149317 | plywood lined | $ 11,000 | 15,490 |
| 245 | 53370 | 2001 LUFKIN | 149315 | | $ 11,000 | 15,490 |
| 246 | 53371 | 2001 LUFKIN | 149316 | | $ 11,000 | 15,490 |
| 247 | 53372 | 2001 LUFKIN | 149312 | | $ 11,000 | 15,490 |
| 248 | 53373 | 2001 LUFKIN | 149311 | | $ 11,000 | 15,490 |
| 249 | 53374 | 2001 LUFKIN | 149313 | | $ 11,000 | 15,490 |
| 250 | 53375 | 2001 LUFKIN | 149314 | | $ 11,000 | 15,490 |
| 251 | 53376 | 2001 LUFKIN | 147246 | | $ 11,000 | 11,542 |
| 252 | 53377 | 2001 LUFKIN | 147274 | | $ 11,000 | 11,542 |
| 253 | 53378 | 2001 LUFKIN | 147273 | | $ 11,000 | 11,542 |
| 254 | 53379 | 2001 LUFKIN | 147265 | | $ 11,000 | 11,542 |
| 255 | 53380 | 2001 LUFKIN | 147278 | | $ 11,000 | 11,542 |
| 256 | 53381 | 2001 LUFKIN | 147256 | | $ 11,000 | 11,542 |
| 257 | 53382 | 2001 LUFKIN | 147257 | | $ 11,000 | 11,542 |
| 258 | 53383 | 2001 LUFKIN | 147269 | | $ 11,000 | 11,542 |
| 259 | 53384 | 2001 LUFKIN | 147253 | | $ 11,000 | 11,542 |
| 260 | 53385 | 2001 LUFKIN | 147266 | | $ 11,000 | 11,542 |
| 261 | 53386 | 2001 LUFKIN | 147275 | | $ 11,000 | 11,542 |
| 262 | 53387 | 2001 LUFKIN | 147270 | | $ 11,000 | 11,542 |
| 263 | 53388 | 2001 LUFKIN | 147271 | | $ 11,000 | 11,542 |
| 264 | 53389 | 2001 LUFKIN | 147255 | | $ 11,000 | 11,542 |
| 265 | 53390 | 2001 LUFKIN | 147251 | | $ 11,000 | 11,542 |
| 266 | 53391 | 2001 LUFKIN | 147261 | | $ 11,000 | 11,542 |
| 267 | 53392 | 2001 LUFKIN | 147248 | | $ 11,000 | 11,542 |
| 268 | 53393 | 2001 LUFKIN | 147258 | | $ 11,000 | 11,542 |
| 269 | 53394 | 2001 LUFKIN | 147260 | | $ 11,000 | 11,542 |
| 270 | 53395 | 2001 LUFKIN | 147247 | | $ 11,000 | 11,542 |
| 271 | 53396 | 2001 LUFKIN | 147252 | | $ 11,000 | 11,542 |
| 272 | 53397 | 2001 LUFKIN | 147240 | | $ 11,000 | 11,542 |
| 273 | 53398 | 2001 LUFKIN | 147245 | | $ 11,000 | 11,542 |
| 274 | 53399 | 2001 LUFKIN | 147276 | | $ 11,000 | 11,542 |
| 275 | 53400 | 2001 LUFKIN | 147250 | | $ 11,000 | 11,542 |
| 276 | 53401 | 2001 LUFKIN | 147277 | | $ 11,000 | 11,542 |
| 278 | 53402 | 2001 LUFKIN | 147267 | | $ 11,000 | 11,542 |
| 279 | 53403 | 2001 LUFKIN | 147242 | | $ 11,000 | 11,542 |
| 280 | 53404 | 2001 LUFKIN | 147244 | | $ 11,000 | 11,542 |
| 281 | 53405 | 2001 LUFKIN | 147241 | | $ 11,000 | 11,542 |
| 282 | 53406 | 2001 LUFKIN | 147262 | | $ 11,000 | 11,542 |
| 283 | 53407 | 2001 LUFKIN | 147263 | | $ 11,000 | 11,542 |
| 284 | 53408 | 2001 LUFKIN | 147243 | | $ 11,000 | 11,542 |
| 285 | 53409 | 2001 LUFKIN | 147264 | | $ 11,000 | 11,542 |
| 286 | 53410 | 2001 LUFKIN | 147279 | | $ 11,000 | 11,542 |
| 287 | 53411 | 2001 LUFKIN | 147254 | | $ 11,000 | 11,542 |
| 288 | 53412 | 2001 LUFKIN | 147272 | | $ 11,000 | 11,542 |
| 289 | 53413 | 2001 LUFKIN | 147268 | | $ 11,000 | 11,542 |
| 290 | 53414 | 2001 LUFKIN | 247259 | | $ 11,000 | 11,542 |

G.F. Kelley v. U.S. Xpress
D 000217
Defendant's Doc. Production

| # | ID | Year/Make | Serial | Description | Value | Amount |
|---|---|---|---|---|---|---|
| 291 | 53415 | 2001 LUFKIN | 147249 | | $ 11,000 | 11,542 |
| 292 | 53416 | 2001 LUFKIN | 147917 | | $ 11,000 | 2,726 |
| 293 | 53417 | 2001 LUFKIN | 147925 | | $ 11,000 | 2,726 |
| 294 | 53418 | 2001 LUFKIN | 147923 | | $ 11,000 | 2,726 |
| 295 | 53419 | 2001 LUFKIN | 147927 | | $ 11,000 | 2,726 |
| 296 | 53420 | 2001 LUFKIN | 147916 | | $ 11,000 | 2,726 |
| 297 | 53421 | 2001 LUFKIN | 147928 | | $ 11,000 | 2,726 |
| 298 | 53422 | 2001 LUFKIN | 147259 | | $ 11,000 | 2,726 |
| 299 | 53423 | 2001 LUFKIN | 147924 | | $ 11,000 | 2,726 |
| 300 | 53424 | 2001 LUFKIN | 47918 | | $ 11,000 | 13,152 |
| 301 | 53425 | 2001 LUFKIN | 47919 | | $ 11,000 | 13,152 |
| 302 | 53426 | 2001 LUFKIN | 47920 | | $ 11,000 | 13,152 |
| 303 | 53427 | 2001 LUFKIN | 47921 | | $ 11,000 | 13,152 |
| 304 | 53428 | 2001 LUFKIN | 47922 | | $ 11,000 | 13,152 |
| 305 | 53429 | 2002 LUFKIN | 50005 | | $ 12,500 | 13,152 |
| 306 | 53430 | 2002 LUFKIN | 50006 | | $ 12,500 | 13,152 |
| 307 | 53431 | 2002 LUFKIN | 50007 | | $ 12,500 | 13,152 |
| 308 | 53432 | 2002 LUFKIN | 50008 | | $. 12,500 | 13,152 |
| 309 | 53433 | 2002 LUFKIN | 50009 | | $ 12,500 | 13,152 |
| 310 | 53434 | 2002 LUFKIN | 50010 | | $ 12,500 | 13,152 |
| 311 | 53435 | 2002 LUFKIN | 50011 | | $ 12,500 | 13,152 |
| 312 | 53436 | 2002 LUFKIN | 50012 | | $ 12,500 | 13,152 |
| 313 | 53437 | 2002 LUFKIN | 50013 | | $ 12,500 | 13,152 |
| 314 | 53438 | 2002 LUFKIN | 50014 | | $ 12,500 | 13,152 |
| 315 | 53439 | 2002 LUFKIN | 50015 | | $ 12,500 | 13,152 |
| 316 | 53440 | 2002 LUFKIN | 50016 | | $ 12,500 | 13,152 |
| 317 | 53441 | 2002 LUFKIN | 50017 | | $ 12,500 | 13,152 |
| 318 | 53442 | 2002 LUFKIN | 50018 | | $ 12,500 | 13,152 |
| 319 | 53443 | 2002 LUFKIN | 50019 | | $ 12,500 | 13,152 |
| 320 | 53444 | 2002 LUFKIN | 50020 | | $ 12,500 | 13,152 |
| 321 | 53445 | 2002 LUFKIN | 50021 | | $ 12,500 | 13,152 |
| 322 | 53446 | 2002 LUFKIN | 50022 | | $ 12,500 | 13,152 |
| 324 | 53447 | 2002 LUFKIN | 50023 | | $ 12,500 | 13,152 |
| 325 | 53448 | 2002 LUFKIN | 50024 | | $ 12,500 | 13,152 |
| 326 | 53449 | 2002 LUFKIN | 50025 | | $ 12,500 | 13,152 |
| 327 | 53450 | 2002 LUFKIN | 50026 | | $ 12,500 | 13,152 |
| 328 | 53451 | 2002 LUFKIN | 50027 | | $ 12,500 | 13,152 |
| 329 | 53452 | 2002 LUFKIN | 50028 | | $ 12,500 | 13,152 |
| 330 | 53453 | 2002 LUFKIN | 50029 x | | $ 12,500 | 13,152 |
| 331 | 53454 | 2003 LUFKIN | 151572 | 53 x 102, spring ride | $ 14,000 | 14,934 |
| 332 | 53455 | 2003 LUFKIN | 151573 | paper spec, vented | $ 14,000 | 14,934 |
| 333 | 53456 | 2003 LUFKIN | 151574 | logistics post, composite lined | $ 14,000 | 14,934 |
| 334 | 53457 | 2003 LUFKIN | 151575 | wood floor | $ 14,000 | 14,934 |
| 335 | 53458 | 2003 LUFKIN | 151576 | | $ 14,000 | 14,934 |
| 336 | 53459 | 2003 LUFKIN | 151577 | | $ 14,000 | 14,934 |
| 337 | 53460 | 2003 LUFKIN | 151578 | | $ 14,000 | 14,934 |
| 338 | 53461 | 2003 LUFKIN | 151579 | | $ 14,000 | 14,934 |

| # | ID | Year/Make | Serial | Description | | Price | Value |
|---|---|---|---|---|---|---|---|
| 339 | 53462 | 2003 LUFKIN | 151580 | | $ | 14,000 | 14,934 |
| 340 | 53463 | 2003 LUFKIN | 151581 | | $ | 14,000 | 14,934 |
| 341 | 53464 | 2003 LUFKIN | 151582 | | $ | 14,000 | 14,934 |
| 342 | 53465 | 2003 LUFKIN | 151583 | | $ | 14,000 | 14,934 |
| 343 | 53466 | 2003 LUFKIN | 151584 | | $ | 14,000 | 14,934 |
| 345 | 53467 | 2003 LUFKIN | 151585 | | $ | 14,000 | 14,934 |
| 346 | 53468 | 2003 LUFKIN | 151586 | | $ | 14,000 | 14,934 |
| 347 | 53469 | 2003 LUFKIN | 151587 | | $ | 14,000 | 14,934 |
| 348 | 53470 | 2003 LUFKIN | 151588 | | $ | 14,000 | 14,934 |
| 349 | 53471 | 2003 LUFKIN | 151589 | | $ | 14,000 | 14,934 |
| 350 | 53472 | 2003 LUFKIN | 151590 | | $ | 14,000 | 14,934 |
| 351 | 53473 | 2003 LUFKIN | 151591 | | $ | 14,000 | 14,934 |
| 352 | 53474 | 2003 LUFKIN | 151592 | | $ | 14,000 | 14,934 |
| 353 | 53475 | 2003 LUFKIN | 151593 | | $ | 14,000 | 14,934 |
| 354 | 53476 | 2003 LUFKIN | 151594 | | $ | 14,000 | 14,934 |
| 355 | 53477 | 2003 LUFKIN | 151595 | | $ | 14,000 | 14,934 |
| 356 | 53478 | 2203 LUFKIN | 151596 | | $ | 14,000 | 14,934 |
| 357 | 53479 | 2003 LUFKIN | 151597 | | $ | 14,000 | 14,934 |
| 358 | 53480 | 2003 LUFKIN | 151598 | | $ | 14,000 | 14,934 |
| 359 | 53481 | 2003 LUFKIN | 151599 | | $ | 14,000 | 14,934 |
| 360 | 53482 | 2003 LUFKIN | 151600 | | $ | 14,000 | 14,934 |
| 361 | 53483 | 2003 LUFKIN | 151601 | | $ | 14,000 | 14,934 |
| 362 | 53484 | 2003 LUFKIN | 151602 | | $ | 14,000 | 14,934 |
| 363 | 53485 | 2003 LUFKIN | 151603 | | $ | 14,000 | 14,934 |
| 364 | 53486 | 2003 LUFKIN | 151604 | | $ | 14,000 | 14,934 |
| 365 | 53487 | 2003 LUFKIN | 151605 | | $ | 14,000 | 14,934 |
| 366 | 53488 | 2003 LUFKIN | 151606 | | $ | 14,000 | 14,934 |
| 367 | 53489 | 2003 LUFKIN | 151607 | | $ | 14,000 | 14,934 |
| 368 | 53490 | 2003 LUFKIN | 151608 | | $ | 14,000 | 14,934 |
| 369 | 53491 | 2003 LUFKIN | 151609 | | $ | 14,000 | 14,934 |
| 370 | 53492 | 2003 LUFKIN | 151610 | | $ | 14,000 | 14,934 |
| 371 | 53493 | 2003 LUFKIN | 151611 | | $ | 14,000 | 14,934 |
| 372 | 53494 | 2003 LUFKIN | 151612 | | $ | 14,000 | 14,934 |
| 373 | 53495 | 2003 LUFKIN | 151613 | | $ | 14,000 | 14,934 |
| 374 | 53496 | 2003 LUFKIN | 151614 | | $ | 14,000 | 14,934 |
| 375 | 53497 | 2003 LUFKIN | 151615 | | $ | 14,000 | 14,934 |
| 376 | 53498 | 2003 LUFKIN | 151616 | | $ | 14,000 | 14,934 |
| 377 | 53499 | 2003 LUFKIN | 151617 | | $ | 14,000 | 14,934 |
| 378 | 53500 | 2003 LUFKIN | 151618 | | $ | 14,000 | 14,934 |
| 379 | 53501 | 2003 LUFKIN | 151619 | | $ | 14,000 | 14,934 |
| 380 | 53502 | 2003 LUFKIN | 151620 | | $ | 14,000 | 14,934 |
| 381 | 53503 | 2003 LUFKIN | 151621 | x | $ | 14,000 | 14,934 |
| 382 | 53504 | 2003 LUFKIN | 151048 | 53 x 102, spring ride | $ | 14,000 | 16,984 |
| 383 | 53505 | 2003 LUFKIN | 151049 | paper spec, vented | $ | 14,000 | 16,984 |
| 384 | 53506 | 2003 LUFKIN | 151050 | logistics post composite lined | $ | 14,000 | 16,984 |
| 385 | 53507 | 2003 LUFKIN | 151051 | wood floor | $ | 14,000 | 16,984 |
| 386 | 53508 | 2003 LUFKIN | 151052 | | $ | 14,000 | 16,984 |
| 387 | 53509 | 2003 LUFKIN | 151053 | | $ | 14,000 | 16,984 |
| 388 | 53510 | 2003 LUFKIN | 151054 | | $ | 14,000 | 16,984 |
| 389 | 53511 | 2003 LUFKIN | 151055 | | $ | 14,000 | 16,984 |
| 390 | 53512 | 2003 LUFKIN | 151056 | | $ | 14,000 | 16,984 |
| 391 | 53513 | 2003 LUFKIN | 151057 | | $ | 14,000 | 16,984 |

| # | ID | Year/Make | Serial | | Price | Value |
|---|---|---|---|---|---|---|
| 392 | 53514 | 2003 LUFKIN | 151058 | $ | 14,000 | 17,152 |
| 393 | 53515 | 2003 LUFKIN | 151059 | $ | 14,000 | 17,152 |
| 394 | 53516 | 2003 LUFKIN | 151060 | $ | 14,000 | 17,152 |
| 395 | 53517 | 2003 LUFKIN | 151061 | $ | 14,000 | 17,152 |
| 396 | 53518 | 2003 LUFKIN | 151062 | $ | 14,000 | 17,152 |
| 397 | 53519 | 2003 LUFKIN | 151063 | $ | 14,000 | 17,152 |
| 398 | 53520 | 2003 LUFKIN | 151064 | $ | 14,000 | 17,152 |
| 399 | 53521 | 2003 LUFKIN | 151065 | $ | 14,000 | 17,152 |
| 400 | 53522 | 2003 LUFKIN | 151066 | $ | 14,000 | 17,152 |
| 401 | 53523 | 2003 LUFKIN | 151067 | $ | 14,000 | 17,152 |
| 402 | 53524 | 2003 LUFKIN | 151068 | $ | 14,000 | 17,152 |
| 403 | 53525 | 2003 LUFKIN | 151069 | $ | 14,000 | 17,152 |
| 404 | 53526 | 2003 LUFKIN | 151070 | $ | 14,000 | 17,152 |
| 405 | 53527 | 2003 LUFKIN | 151071 | $ | 14,000 | 17,152 |
| 406 | 53528 | 2003 LUFKIN | 151072 | $ | 14,000 | 17,152 |
| 407 | 53529 | 2003 LUFKIN | 151073 | $ | 14,000 | 17,152 |
| 408 | 53530 | 2003 LUFKIN | 151074 | $ | 14,000 | 17,152 |
| 409 | 53531 | 2003 LUFKIN | 151075 | $ | 14,000 | 17,152 |
| 410 | 53532 | 2003 LUFKIN | 151076 | $ | 14,000 | 17,152 |
| 411 | 53533 | 2003 LUFKIN | 151077 | $ | 14,000 | 17,152 |
| 412 | 53534 | 2003 LUFKIN | 151078 | $ | 14,000 | 0 |
| 413 | 53535 | 2003 LUFKIN | 151079 Lufkin paid | $ | | 0 |
| 414 | 53536 | 2003 LUFKIN | 151080 | $ | | 0 |
| 415 | 53537 | 2003 LUFKIN | 151081 | $ | | 0 |
| 416 | 53538 | 2003 LUFKIN | 151082 Lufkin paid | $ | | 0 |
| 417 | 53539 | 2003 LUFKIN | 151083 | $ | | 0 |
| 418 | 53540 | 2003 LUFKIN | 151084 | $ | | 0 |
| 419 | 53541 | 2003 LUFKIN | 151085 | $ | | 0 |
| 420 | 53542 | 2003 LUFKIN | 151086 | $ | | 0 |
| 421 | 53543 | 2003 LUFKIN | 151087 | $ | | 0 |

*10 Trls $140,000.* (handwritten)

| | 53326 | 1999 WABASH | 676222 | $ | 9,500 | 12,184 |
| | 53327 | 1999 WABASH | 676223 | $ | 9,500 | 12,184 |
| | 53328 | 1999 WABASH | 676224 | $ | 9,500 | 12,184 |
| | 53329 | 1999 WABASH | 676225 | $ | 9,500 | 12,184 |
| | 53330 | 1999 WABASH | 676226 | $ | 9,500 | 12,184 |
| | 53331 | 1999 WABASH | 676227 | $ | 9,500 | 12,184 |
| | 53332 | 1999 WABASH | 676228 | $ | 9,500 | 12,184 |
| | 53333 | 1999 WABASH | 676229 | $ | 9,500 | 12,184 |
| | 53334 | 1999 WABASH | 676230 | $ | 9,500 | 12,184 |
| | 53335 | 1999 WABASH | 676231 | $ | 9,500 | 12,184 |
| | 53336 | 1999 WABASH | 676232 | $ | 9,500 | 12,184 |
| | 53337 | 1999 WABASH | 676233 | $ | 9,500 | 12,184 |
| | 53338 | 1999 WABASH | 676234 | $ | 9,500 | 12,184 |
| | 53339 | 1999 WABASH | 676235 | $ | 9,500 | 12,184 |
| | 53340 | 1999 WABASH | 676236 | $ | 9,500 | 12,184 |
| | 53341 | 1999 WABASH | 676237 | $ | 9,500 | 12,184 |
| | 53342 | 1999 WABASH | 676238 | $ | 9,500 | 12,184 |
| | 53343 | 1999 WABASH | 676239 | $ | 9,500 | 12,184 |
| | 53344 | 1999 WABASH | 676240 | $ | 9,500 | 12,184 |
| | 53345 | 1999 WABASH | 676241 | $ | 9,500 | 12,184 |

G.F. Kelley v. U.S. Xpress
D 000220
Defendant's Doc. Production

| | | | | | |
|---|---|---|---|---|---|
| 53346 | 1999 WABASH | 676242 | $ | 9,500 | 12,184 |
| 53347 | 1999 WABASH | 676243 | $ | 9,500 | 12,184 |
| 53348 | 1999 WABASH | 676244 | $ | 9,500 | 12,184 |

$ 3,754,250   $ 3,339,638

$ 414,612
+ 574,250

$ 988,862

G.F. Kelley v. U.S. Xpress
D 000221
Defendant's Doc. Production

# PLAINTIFF'S EXHIBIT "6"

## Dennis Farnsworth

From: Dennis Farnsworth
Sent: Friday, August 19, 2005 5:20 PM
To: Jeffrey Wardeberg; Ray Harlin; Al Hingst; Lisa Pate
Subject: Problem! Kelly!

Importance: High



We need to have a conference call on Saturday to discuss "where we go from here". Guy says he has an offer to close on Wednesday from another carrier (James A. Smith Transportation: $10 million carrier based in Cullman, AL) and that we do not have a hold on this agreement as the Asset Purchase Agreement was not signed by USX. He wants to do the deal with us but he is backed into a corner with his insurance due and federal highway tax due. Our method of qualifying drivers is slowing the process. I understand why we have to do it this way, but it makes an asset/driver purchase difficult to hold things together. Can we have a call at 10 a.m. eastern time? We can use conference number 888-387-6038, passcode 9576150. Please reply. Thanks.

-----Original Message-----
From: Guy Kelly [mailto:g.kelly@kellytrucking.com]
Sent: Friday, August 19, 2005 4:17 PM
To: Dennis Farnsworth
Subject: RE: Next week

1st and foremost would like to think you for all your help trying to make this happen. However this deal should have closed
2 weeks ago. The closing date has changed 4 times and it is hard to plan also keep my company intact when the deal changes each day

I have lost 15 drivers due to the uncertain future and driver talk.
Two have already quit in the office.

Lost 1 account which was dedicated and two more are talking

$100,000 in an extra month of insurance, plus another month is due $100,000 had to pay trade payables tires, parts etc.. Due to not closing I cannot afford to absorb any more cost especially the driver issue Next week and disrupt any customers freight deliveries.

There is no way to make any money under these conditions so it is not Like I have gained anything during this process.

My creditors have no patients with me because of the closing date Changes, and gave me until the 23rd or will start legal action And either of us needs that issue!

I know this will be thrown up about the agreement and the 31st but if You will check the asset page of the agreement has not been signed, the Assignor/assignee page was only signed.

I know you guys can close by Wednesday if you want this to happen, I want To help but I am at a crossroads.

If this cannot happen by Wednesday tell me straight up and I will move In another direction.

Sincerely

Guy Kelly

G.F. Kelley v. U.S. Xpress
D 000035
Defendant's Doc. Production