## GF KE_LY DRIVER ROSTER

### COMPANY DRIVERS

| NAME | | SS# | |
|---|---|---|---|
| JAMES | ABNEY | 250273935 | |
| PATRICK | ACKLES | | NO FILE |
| RONNIE | ALLEN | 417176399 | |
| ITEAGO | BANKS | 420901903 | |
| MACK | BATTLE | 404648491 | |
| DREW | BERNARD | 136365952 | |
| RICHARD | BOWIE | 418942465 | |
| LEE | BRACEWELL | 254339407 | |
| MICHAEL | BROWN | 247452842 | |
| FAROLD | BRYANT | 418883072 | |
| WALTER | BRYANT III | 251476789 | |
| EDWARD | BUCHANAN | 199568555 | |
| GERALD | BUFF | 417927257 | |
| LARRY | BURNS | 237254198 | |
| MELVIN | BUSTER | 423840585 | |
| WESLEY | BYRD | 420626501 | |
| JOSEPH | CAMPBELL | 250276745 | |
| MARVIN | CATRETT | | NO FILE |
| MONROE | COOPER | 549521916 | |
| JOHNNY | COX | 423040925 | |
| EVERETT | CROWDER | 411787976 | |
| TAYLOR | CROWE JR | | NO FILE |
| JERRY | CUNNINGHAM | 421886399 | |
| BOBBY | DANIEL JR | 423063918 | |
| TODD | DAUGHERTY | 420212055 | |
| THOMAS | DAVIS | 422765920 | |
| GORDON | DENNEY | 423463307 | |
| AMY | DEVINE | 260437563 | |
| JIMMY | DOBBS | 416582597 | |
| RONALD | DURDEN | 424883896 | |
| ROGER | EATON | 417701502 | |
| JOSEPH | EBELING | 497728809 | |
| JASON | ELLIS | 253437496 | |
| DENNIS | FOWLER | 419827128 | |
| DEMETRIUS | FULLER | 422041587 | |

DEFENDANT'S EXHIBIT
88 Childers

G.F. Kelly v. U.S. Xpress
D 002552
Defendant's Doc. Production

| First Name | Last Name | Number | Status |
|---|---|---|---|
| JAMES | FULLER | 423966889 | |
| PEDRO | GARCIA | 456518916 | |
| KEITH | GENTRY | 418741637 | |
| KENNETH | GIBSON | 252256111 | |
| RANDALL | GLEATON | 419985707 | |
| RICKEY | GLEATON | 419987257 | |
| PHILIP | GOODWIN | 418196807 | |
| JACK | GORHAM | 422625693 | |
| WILLARD | GREGORY | 227880902 | |
| JAMES | GRIFFIN | 259965092 | |
| SUWADU | HARRIS | 252333374 | |
| DARRELL | HART | 420760471 | |
| TOBY | HILYER | 422083457 | |
| DOUGLAS | HOLSTON | 418828121 | |
| CHARLES W. | JACKSON | 421548254 | |
| CHARLES P. | JACKSON | 417082475 | |
| THOMAS | JOHNSON | 244410306 | |
| SAM | JONES | 252117825 | |
| JAMES | JONES JR | | NO FILE |
| AVORA | KELLY | | NO FILE |
| PATRICK | KITE | 422133921 | |
| ALAN | KNIGHT | 416130301 | |
| WALTER | LANCASTER | | NO FILE |
| EDDIE | LAWRENCE | 249805467 | |
| BOISEY | LEWIS | 256139362 | |
| JAMES | MANESS | 255023719 | |
| JAMES | MASTIN | | NO FILE |
| MACON | MAULDIN III | 259459501 | |
| MARK | MCDANIEL | 422823816 | |
| RODNEY | MCLAIN | 418888383 | |
| PHILIP | MIRANDA IV | 421231814 | |
| JOHNNY | NEWELL | 246788092 | |
| TOMMY | NORRED | 258233593 | |
| GEORGE | NORTON | 241803605 | |
| STEVEN | NUNN | 412175633 | |
| RONALD | OWENS | 248067754 | |
| TOMMY | PETERS | 416862025 | |
| NIKI | PETERS | 423044689 | |

G.F. Kelly v. U.S. Xpress
D 002553
Defendant's Doc. Production

| First | Last | SSN | Note |
|---|---|---|---|
| TONY | POOLE | 289765408 | |
| LES | ROGERS | | NO FILE |
| WILLIAM | ROTH | 496785331 | |
| LOUIE | SAITO | 85405797 | |
| JIMMY | SCREWS | 418562440 | |
| NATHAN | SIMONS | 256117828 | |
| BILLY | SIMS | 417118267 | |
| CURTIS | SIMS | 417118248 | |
| CHARLES | SMITH | 422664974 | |
| CURTIS | SMITH | 424825692 | |
| RANDY | SORRELLS | 252254491 | |
| STEVEN | STEPHENSON | 246084643 | |
| JOEL | STEWART | 420940441 | |
| REGINALD | STONE | 241256516 | |
| MC | TALTON | 420520570 | |
| JESSE | TAYLOR JR | 418948184 | |
| HAROLD | THOMAS | 259706900 | |
| KEITH | THOMAS | 247214533 | |
| WILLIE | THOMPSON | 416840740 | |
| ANDREW | THORPE | 257393742 | |
| RANDALL | TUCKER | 422926233 | |
| JAMES | VANN III | 244410809 | |
| BARBARA | VICKERS | 157586461 | |
| WALTER | VOORHEES | 264330649 | |
| DENNIS | WADLEY | 260026309 | |
| JIMMY | WALTERS | 237801364 | |
| DAVID | WASHBURN | 417173005 | |
| JAMES | WATTS | 418886520 | |
| ARTHUR | WEARING | 236025185 | |
| ROBERT | WEAVER | 424949527 | |
| CHRISTOPHER | WELCHER | 245621777 | |
| MICHAEL | WELLES | 302546668 | |
| MILTON | WHATLEY | 421946981 | |
| STEVENN | WILKINS | 262837717 | |
| ARTHUR | WIMBERLY JR | 424682584 | |
| WILLIAM | WOODS JR | 323964792 | |
| RONNIE | WOODS JR | 420768208 | |
| ANTHONY | WRIGHT | 424068957 | |

G.F. Kelly v. U.S. Xpress
D 002554
Defendant's Doc. Production

| First | Last | ID | Note |
|---|---|---|---|
| ROBERT | WRIGHT | 421641934 | |
| YAMASHITO | YOWE | 418234580 | |
| | | | |
| **OWNER/OPERATORS** | | | |
| VICTORY | ADAMS | 262723181 | |
| JERRY | BAKER | 419789425 | |
| VENCE | BELL | 419728019 | |
| HENRY | BRANTLEY | 420768060 | |
| EUGENE | BURWELL | 244887501 | |
| KEITH | BYRD | | NO FILE |
| MELVIN | CLEVELAND | 419721024 | |
| MONROE | COOPER | 549521916 | NO FILE |
| THOMAS | CORBETT | 416548278 | |
| RANDALL | CURBY SR | 252767911 | |
| CHARLES | DEAN | 420562094 | |
| RONALD | DEWBERRY | 416707980 | |
| GREGORY | DUDLEY | 419809700 | |
| JOHN | ENGLISH | 418667912 | |
| FRED | GORDON | 422729349 | |
| CEDRIC | GRAYER | 258296508 | |
| JAMES | GRIFFIN JR | 421661781 | |
| JOHN | HALL | 424822272 | |
| TOMMY | HALL | 258649852 | |
| DOUVAN | HAMBY | 242431320 | |
| DAVID | HESTER | 241808083 | |
| HOMER | HUDSON | 256926714 | |
| CHARLES K | JACKSON | 417081843 | |
| DALE | JOHNSON | 424620649 | |
| KENNETH | JOHNSON | 424802927 | |
| CARL | JONES | 217449920 | |
| ROGER | KEENER | 421782337 | |
| JOE | KELLEY | 428769542 | |
| SHERRILL | MCCLUNG | 422601928 | |
| RONALD | MEZICK | 419189752 | |
| DORIS | MOSLEY | 230525903 | |
| JERRY | MOSLEY | 497428530 | |
| LUTHER | NORWOOD JR | 340682473 | |

G.F. Kelly v. U.S. Xpress
D 002555
Defendant's Doc. Production

| First | Last | SSN | Notes |
|---|---|---|---|
| ROOSEVELT | NORWOOD JR | 427085303 | |
| KENNETH | PAYNE | 422741470 | |
| RAYMOND | PHILLIPS | 424640352 | |
| JEFFREY | QUICK | 431024588 | |
| JOHN | RICHARDSON JR | 248780239 | |
| CHARLES | ROBINSON | 248929302 | |
| WAYNE | SLATON | 260660171 | |
| MEVEN | STRINGER | 253411714 | |
| WADE KEITH | TAFT | 424067463 | |
| GEORGE | THARPE | 253022685 | |
| JAMES | TODD | 424705863 | |
| DARRELL | WALDON | 253295356 | |
| ANTHONY | WALKER | 259550297 | |
| JASON | WALKER | | NO FILE |
| JAMES | WATKINS | 256154097 | |
| TERESA | WATKINS | 250594960 | |
| RODERICK | WILLIAMS | 423781696 | |
| WALTER | WILLIAMS JR | 253944227 | |
| RONNIE | WOODS | 420788208 | NO FILE |
| GEORGE | WRIGHT | 249117849 | |
| JOHN | WYATT | 229278977 | |

| | | |
|---|---|---|
| ???? | 10 | These files were not received until 8/12/05 and/or not on original employee list |
| YES | 68 | |
| NO | 27 | |
| MAYBE | 18 | |
| ???? | 32 | |
| NO FILE | 12 | |
| TOTAL | 167 | |

updated 8/17/05

G.F. Kelly v. U.S. Xpress
D 002556
Defendant's Doc. Production