# EXHIBIT "E"

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
 2                     EASTERN DIVISION

 3    G.F. KELLY TRUCKING, INC., and
      GUY KELLY, individually,
 4
 5                Plaintiffs,
                              Civil Action No.
 6    v.                      C:06cv00351-MEF

 7    U.S. XPRESS ENTERPRISES, INC.,
      et al.,
 8
                  Defendants.
 9

10                   February 6, 2007

11                   Richmond, Virginia

12

13           The Rule 30(b)(5) and (6) deposition of

14    ALAN HINGST, a Witness, taken at the instance of the

15    Plaintiffs, before Kimberly A. Heiser, RPR, CCR, a Notary

16    Public for the State of Virginia at Large, beginning at

17    10:20 a.m., at Williams Mullen, 1021 East Cary Street,

18    Richmond, Virginia.

19

20

21                   COOK & WILEY, INC.
                Registered Professional Reporters
22             3751 Westerre Parkway, Suite D-1
                   Richmond, Virginia 23233
23                     (804) 359-1984

24

25
```

COOK & WILEY, INC.

3

---

```
 1    APPEARANCES:

 2    Clinton G. Carter, Esquire
      John E. Tomlinson, Esquire
 3    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
      272 Commerce Street
 4    Montgomery, Alabama 36103
      (334) 269-2343
 5    Counsel for the Plaintiffs

 6
      David B. Hall, Esquire
 7    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
      420 20th Street North
 8    Birmingham, Alabama 35203
      (205) 244-3831
 9    Counsel for the Defendants

10

11

12

13

14                    E X H I B I T S

15    NUMBER DESCRIPTION                      PAGE

16     7       Bates 0183                      50

17     8       Bates 286-302                   51

18     9       Bates 2552-2556                 53

19    10       Solicitation letter to Knight   57

20    11       Solicitation letter to Walden   58

21    12       Typed notes dated 8/25/05       60

22

23

24

25
```

CERTIFIED COPY

COOK & WILEY, INC.

4

---

```
 1

 2           ALAN HINGST, a Witness, called by the

 3    Plaintiffs, first being duly sworn, testified as follows:

 4

 5           EXAMINATION BY MR. CARTER:

 6

 7       Q    State your full name please, sir.

 8       A    Alan Jean Hingst. A-l-a-n, J-e-a-n.

 9       Q    Mr. Hingst, my name is Clint Carter. We met

10    yesterday. You know that I represent Guy Kelly Trucking

11    in a lawsuit against U.S. Xpress pending down in Alabama.

12    You're aware of that aren't you, sir?

13       A    Yes, I am.

14       Q    Have you ever given a deposition before?

15       A    No, sir.

16       Q    Well, you were here yesterday, so I think you

17    kind of understand how it works. I'll be asking you a

18    series of questions and you're going to be answering

19    them. I'll go through the same ground rules I went

20    through yesterday.

21           Let me finish my question before you start your

22    answer. Okay?

23       A    Yes, sir.

24       Q    I'll let you finish your answer before I start

25    another question. Okay?
```

COOK & WILEY, INC.

---

```
 1       A    Okay.

 2       Q    And give Kimberly here a verbal response to my

 3    questions. Okay?

 4       A    Okay.

 5       Q    Your lawyer is here. If at any time you need

 6    to take a break to confer with your lawyer or to go to

 7    the facilities or whatever, I'll accommodate you as long

 8    as there is not a question pending. Is that fair?

 9       A    Yes, sir.

10       Q    Okay. Before we get into this lawsuit, I want

11    to find out a little bit about your background. Tell me

12    where you were born and raised.

13       A    Nebraska. Emerson, Nebraska.

14       Q    Did you go to high school in Emerson?

15       A    Emerson-Hubbard.

16       Q    What year did you graduate high school?

17       A    1964.

18       Q    What did you do after you graduated high

19    school?

20       A    Attended Midland Lutheran College in Fremont,

21    Nebraska.

22       Q    Did you graduate?

23       A    Yes, sir.

24       Q    What year?

25       A    I had to finish the summer course in '68, so I
```

COOK & WILEY, INC.

1   finished my courses in '68, but I think my diploma says
2   1969.
3       Q    What is your degree in?
4       A    Bachelor of science and business
5   administration.
6       Q    What did you do after you graduated?
7       A    Went to work for Crete Carrier Corporation in
8   Crete, Nebraska.
9       Q    What do they do?
10      A    Trucking company.
11      Q    How big?
12      A    When I went to work for them, there were 27
13  trucks.
14      Q    How long did you work there?
15      A    Till 1985.
16      Q    What did you do?
17      A    Vice president of operations.
18      Q    What did your duties entail as vice president
19  of operations?
20      A    Basically the management of fleet ops,
21  dispatch, tendering loads, brokering loads, booking
22  loads, delivering.
23      Q    How many trucks did they have when you left?
24      A    Again, not exactly sure, but somewhere around a
25  thousand I believe it was when I left.  A thousand to

1   1500.
2       Q    Why did you leave?
3       A    Myself along with two other gentlemen decided
4   to try something on our own.
5       Q    What did you all do?
6       A    We purchased a bulk carrier up in Wheaton,
7   Minnesota.
8       Q    What was the name of the entity that you
9   purchased?
10      A    Jacobson Transportation, Inc.
11      Q    How big was it?
12      A    53 trucks.
13      Q    Did you all give it a new name?
14      A    No, sir.
15      Q    Kept the same name?
16      A    Yes, sir.
17      Q    How long did you all do that?
18      A    We operated Jacobson Transport, Inc., the bulk
19  carrier, for probably about a year, year and a half.  And
20  then I started a division of Jacobson Transport -- a van
21  division -- in '86, midpart of 86.
22      Q    How long did you work with this van division?
23      A    Till '97.
24      Q    Just tell me about your duties and
25  responsibilities running the van division until 1997.

7

1       A    Basically, myself along with a partner --
2   attorney partner Dave Parker and myself -- operated the
3   van division.  I was responsible for all the day-to-day
4   opportunities:  The hiring of office staff, maintenance
5   staff, drivers, independent contractors.
6            Starting out as a small entity, basically was
7   responsible for permitting, insurance, financing, safety;
8   and then as time went on, I would hire people and train,
9   and as the company grew, we -- them duties were spread
10  out amongst my employees.
11      Q    How many employees in 1997?
12      A    55 office staff and approximately 200 company
13  drivers, employees.
14      Q    200 vans?
15      A    No.  We had more than that, because we had
16  independent contractors also.
17      Q    What kind of revenues?
18      A    At the end?
19      Q    Right.
20      A    '97?
21      Q    Right.
22      A    42 million.
23      Q    Why did you leave?
24      A    Well, I didn't really leave.  I --
25      Q    Tell me what happened.

8

1       A    Okay.  Just so you can understand, there was
2   Jacobson Transport, Inc., that during that period of time
3   that I started the van division was sold off to an entity
4   in South Dakota that wanted that bulk operation, so we
5   sold that off and had converted our van division into
6   something called JTI.
7            And in '97, the fall, JTI was awarded a safety
8   award from TC -- a truckload carrier conference.  I
9   attended the conference in Orlando, Florida, to accept
10  the award and was approached by the cochairmans of U.S.
11  Xpress if I'd be interested in doing a joint venture or a
12  sale or a merger or something.  And so discussions were
13  ongoing, and we ended up with a stock sale to U.S.
14  Xpress.
15      Q    Who approached you?
16      A    Max Fuller and Pat Quinn.
17      Q    When did the stock sale take place?
18      A    April 1, 1997.
19      Q    What was your job after the stock sale?
20      A    They asked if I would consider staying on and
21  managing the Lincoln facility for them and also to
22  develop an independent contractor program for U.S.
23  Xpress, since they mainly ran -- operated company trucks
24  and I ran about 140, 150 independent contractors.  So
25  they asked if I would help develop IC programs for U.S.

1  Xpress.
2      Q    Did you tell them yes?
3      A    Yes, I did.
4      Q    How long did you hold that position with U.S.
5  Xpress?
6      A    I'm presently still in that position.
7      Q    Well, do this -- and your duties and
8  responsibilities may have stayed the same, they may have
9  changed, but just walk me from 1997 after the stock sale
10 to the present. Tell me what you've been doing for U.S.
11 Xpress.
12     A    Okay. It's about ten years. Managing the
13 Lincoln facility, assuring that we have staffing in place
14 to do the jobs that are needed in the Lincoln facility,
15 dispatch and maintenance and so forth; growing an
16 independent contractor program, like I said, for them,
17 putting in independent contractor agreements, policies
18 and procedures to keep us compliant with the rules and
19 regulations, truth-in-leasing laws; developed a lease
20 purchase program for U.S. Xpress for company drivers to
21 come over and purchase trucks on a lease purchase
22 program.
23         In '98, U.S. Xpress acquired PST Truck Lines in
24 Salt Lake City. I visited with them and went out with
25 them because they had a substantial amount of independent

COOK & WILEY, INC.

---

1  contractors, and I helped facilitate the transition of
2  them contractors to stay on with U.S. Xpress. Same thing
3  I think with Victory Express out of Midwell, Ohio, was
4  acquired a year or two later. Did not have any
5  independent contractors, so I didn't have a lot of
6  involvement there. I did go over there and was with the
7  people when they looked at the company and looked at the
8  facilities, and that's about all my involvement with that
9  one.
10         And then I'm going to say probably 2004 --
11 2003, 2004, I received a call from Jeff Wardeberg that a
12 gentleman by the name of Jim Eubanks contacted him, was
13 wondering if U.S. Xpress had any interest in doing any
14 commissioned agents, and Jeff asked me if I would look
15 into that.
16     Q    What does that mean?
17     A    In this case, it was a gentleman that had a
18 book of business, had a relationship with an account. In
19 this case, it was DuPont up in the Wheeling, West
20 Virginia, area, and he had a group of contractors that
21 worked for him that he had a long relationship with. And
22 at that particular time, he was affiliated with CRST
23 Truck Lines, and for some reason he was looking or
24 shopping around to see if anybody else would be
25 interested in doing some work as agents.

COOK & WILEY, INC.

---

11

1          So I then went to Wheeling and visited with Jim
2  Eubanks and his staff and determined that that was
3  something that I think U.S. Xpress ought to entertain.
4      Q    You used this phrase, book of business. What
5  do you mean when you say that?
6      A    He had a relationship with the DuPont
7  organization where they would tender him freight from
8  that Wheeling, West Virginia, area and some other
9  outlying areas through the traffic manager in that
10 Wheeling DuPont location. And he would book the freight
11 through CRST, and CRST -- he would haul it with his
12 independent contractors or a CRST truck would haul the
13 particular load, and he would receive a commission.
14     Q    Book of business could mean clients that a
15 particular carrier had, correct?
16     A    That's correct.
17     Q    What did you do next?
18     A    Continued in my daily duties obviously,
19 managing a terminal and watching the independent
20 contractor program, adjusting pay rates of the
21 contractors' annual bases, negotiated with our insurance
22 carriers to provide the proper insurance for the
23 contractor programs.
24         And then another agent -- potential agent came
25 to mind and, again, I cannot recall how this one came to

COOK & WILEY, INC.

---

12

1  me, but it was New Star Transportation out of Gonzalez,
2  Louisiana, and I did a similar thing. I flew to New Star
3  and visited with the staff there. Somewhat smaller
4  agency than Jim Eubanks' agent, but it looked like there
5  was some book of business in that area. They had a group
6  of contractors again and I followed up on this one, and
7  we put them on board with U.S. Xpress as a commission
8  agent.
9      Q    I mean, one of the reasons you looked at the
10 folks in Gonzalez was that you were attracted by their
11 current book of business, correct?
12     A    Correct.
13     Q    Tell me the difference between this. We talked
14 a little bit about this yesterday, but the difference
15 between an agency relationship versus a stock purchase.
16     A    Well, in an agency situation, you're not buying
17 any assets. You are converting the driver force --
18 either company driver or contract driver, whatever; in
19 this case, it's all contract drivers -- over to the U.S.
20 Xpress qualification files. They needed to be qualified
21 as a U.S. Xpress driver.
22     Q    So in both the situations you've just
23 described, these agency relationships that U.S. Xpress
24 had, you were involved in switching the drivers over to
25 become employees or independent contractors of U.S.

COOK & WILEY, INC.

1   Xpress. Is that right?

2       A   I was involved, yes.

3       Q   Tell me what you did, what your involvement was

4   in that process.

5       A   Best way I can answer that is that I would

6   organize a group of people from the U.S. Xpress staffing

7   to go to these facilities to set up driver filing,

8   converting the independent contractor agreement over from

9   their prior carrier -- such as Eubanks with CRST, we'd

10  convert the independent contractor agreement over to U.S.

11  Xpress, the decaling of the trucks, changing the signs

12  off the truck from CRST to U.S. Xpress -- to have safety

13  and background personnel there to review driver files,

14  applications that they had to fill out for U.S. Xpress.

15          And when it's a contractor, we don't really

16  call it an application. It's a qualification form we

17  call it, to separate from a contractor or company driver

18  per se. And --

19      Q   Still have to get the drivers qualified?

20      A   Yes, sir. They need to meet U.S. Xpress

21  standards -- hiring purposes.

22      Q   And that's required whether it's an agency deal

23  or an asset purchase, correct?

24      A   Correct.

25      Q   How many of these driver qualification

1   processes do you think you have been through with U.S.

2   Xpress before you got involved in the G.F. Kelly Trucking

3   situation?

4       A   Three.

5       Q   And what were the names of those three?

6       A   Anlines, which is Eubanks; New Star, which is

7   the Kings in Gonzalez, Louisiana; and Freight Systems,

8   which is the Beach agency in Little Rock, Arkansas.

9       Q   How many drivers did you qualify with Anlines?

10      A   Approximately 50.

11      Q   And let me ask it this way. I understand

12  there's a qualification process. There is a group of

13  potential drivers to be qualified and out of that group,

14  a certain number will actually pass the qualification,

15  correct?

16      A   Correct.

17      Q   So with respect to Anlines, how many drivers

18  did you start with and how many of those drivers got

19  qualified?

20      A   100 percent.

21      Q   Started with 50, got 50 qualified?

22      A   Yes, sir.

23      Q   How long did that qualification process take

24  with Anlines?

25      A   Three to four days.

1       Q   What did the process involve?

2       A   Well, the main part was getting the principals

3   of Anlines, which was Jim Eubanks and his staff, to

4   understand what U.S. Xpress was about and what their

5   requirements were so they could begin visiting with their

6   independent contractors and prepare them for the switch

7   over from CRST to U.S. Xpress.

8           And then we would provide qualification forms

9   to the Eubank staff to start getting them out to the

10  contractors so they could start getting them filled out

11  ahead of time and then either faxed or mailed into our

12  safety department in Chattanooga so they could start

13  prequalifying.

14          And then we set up a date to bring the staffing

15  into the Eubanks location to do an actual sit-down, go

16  over the qualification form to make any corrections or

17  fill in the blanks that weren't filled in properly, we do

18  drug testing and a road test, and filling out any pay

19  forms that -- where they wanted their money deposited or

20  what sum was deposited in this process, and signing a new

21  contractor agreement with that contractor.

22      Q   During this process with Anlines, who's the

23  person for U.S. Xpress that decided whether or not a

24  particular driver was qualified?

25      A   I can't give you the particular person. It was

1   the safety department, a safety individual, but I can't

2   remember the particular person that attended that

3   qualification up there.

4       Q   It wasn't you?

5       A   I would not make that call, no, sir.

6       Q   Okay. What about New Star? How many -- again,

7   how many drivers were in the universe and how many

8   drivers qualified?

9       A   Again, my recollection would be there were

10  somewhere between 25 and 30, and I'm going to say there

11  was three or four that did not meet our qualifications at

12  New Star.

13      Q   Do you recall why those three or four did not

14  meet your qualifications?

15      A   No, sir.

16      Q   Who is the person that made the decision as to

17  whether or not those drivers qualified at New Star?

18      A   Again, it would be a safety department

19  individual, but I do not remember.

20      Q   It was not you?

21      A   It was not me.

22      Q   For Freight Systems, you mentioned -- tell me

23  what's the universe of drivers and how many qualified.

24      A   Freight Systems, Little Rock, Arkansas,

25  approximately two and a half years ago, I believe they

1   had somewhere around 70 to 80 contractors and some
2   company drivers, and we qualified all but three at
3   Freight Systems.
4       Q    Do you recall why those three did not qualify?
5       A    I can recall one, and it was some serious
6   accidents. The other two, I cannot recall.
7       Q    Serious accidents meaning that driver had been
8   involved in some serious accidents?
9       A    Two or three years ago. And this -- in this
10  case, Freight Systems also was with CRST and they
11  evidently condone that length of time. U.S. Xpress did
12  not, so ...
13      Q    In these situations, these driver
14  qualifications with Anlines, New Star, and Freight
15  Systems, did U.S. Xpress set up a target and say, All
16  right, you've got to qualify X amount of drivers in order
17  for the agency relationship to go through?
18      A    No, sir.
19      Q    Why not?
20      A    I don't know.
21      Q    Was G.F. Kelly Trucking the first situation
22  involving driver qualifications involving you as well
23  where there was a target number set for driver
24  qualifications?
25      A    As far as I know, yes.

1       Q    And do you have any explanation as to why there
2   was a specific targeted number for driver qualifications
3   with G.F. Kelly Trucking where there was not in these
4   other three deals?
5       A    Well, the first three agents that I mentioned
6   to you, there was no assets being purchased. It was no
7   money being spent up front at all. I mean, it was all
8   gain. We were gaining business -- the book of business,
9   which we talked about -- and we were gaining numbers of
10  independent contractors. So there was no outlay of cash
11  in our three agency deals.
12          And obviously in the G.F. Kelly deal, we were
13  talking about an asset purchase where we were going to be
14  purchasing substantial amounts of equipment and some
15  goodwill that we talked about yesterday through the
16  driver pool.
17      Q    The goals of the agency relationship is to get
18  the drivers and get the book of business, correct?
19      A    Yes.
20      Q    When is the first time you became involved in
21  the potential conversion of G.F. Kelly Trucking by U.S.
22  Xpress?
23      A    I don't have it locked in, but it's somewhere
24  in the end of July when I found out that it was getting
25  something close to serious, so I asked for a list of the

19

1   contractors and drivers so I knew what I was dealing with
2   on independent contractors.
3       Q    Who first made you aware of the G.F. Kelly
4   conversion?
5       A    I believe it was John Martin, who works for me
6   as an independent contractor relations manager.
7       Q    Who do you report to at U.S. Xpress?
8       A    Ray Harlin and Jeff Wardeberg.
9       Q    Do you remember what John Martin told you about
10  G.F. Kelly Trucking?
11      A    It was a phone conversation that Dennis has a
12  carrier in Alabama that looks like could go together, so
13  we need to start thinking about it in case they call us
14  and want us to do something. So John and I have always
15  had kind of a checklist as we went into these agencies,
16  and in all of these cases with our agencies and even G.F.
17  Kelly, John is my detail person to make sure we don't
18  miss anything.
19          So when we go into these agencies, we cover all
20  aspects of maintenance, HR, you know, everything from A
21  to Z. We put the checklist together and I have John
22  report to me and we talk every way what we need to have
23  and we show up and get the job done.
24      Q    John basically gave you the heads-up about a
25  potential company in Alabama, G.F. Kelly Trucking, and

20

1   you assumed that if it got serious, somebody would ask
2   you to get involved, correct?
3       A    Yes, sir.
4       Q    And you would get involved with John to go
5   through and work your checklist that you've described,
6   correct?
7       A    That's correct.
8       Q    After you worked your checklist, what would you
9   do with the information that you gleaned?
10      A    Well, once we have our checklist completed,
11  it's kind of a wait-and-see to see what Ray or Jeff
12  decide, if they want us to go in even. You know,
13  sometimes -- since prior to G.F. Kelly, there wasn't a
14  Dennis Farnsworth and he came on board somewhere in
15  between them two, the Freight Systems and the G.F. Kelly
16  program. And Jeff and I had conversations that Dennis
17  was going to be working the country to look for
18  affiliated carriers. You're kind of more the agency guy
19  and Dennis will be the affiliated carrier guy.
20          So I didn't know at that time if I was going to
21  be involved, but I told John we need to be prepared if we
22  get the phone call. And that's where we were at that
23  time. We had our list of who we were going to need to
24  send down there and what do we need to do if the phone
25  rings, because I guess we were assuming that -- that's

1   usually kind of a short leash. You don't have a lot of
2   time to prepare, so we try to be ahead of the game.
3       Q   Okay. John gives you the heads-up about Kelly
4   Trucking and you basically get prepared, anticipating a
5   phone call to get you involved, correct?
6       A   Yes, sir.
7       Q   Did the phone call come?
8       A   Yes, sir.
9       Q   Who called you?
10      A   There was a call -- and I can't tell you -- it
11  was either by an e-mail or a phone call from John,
12  Dennis, Ray, or Jeff. It could have been either of them
13  people saying, Let's have a conference call Saturday
14  morning -- I believe it would have been the 20th of
15  August -- to decide if we need to send you guys down
16  there or not.
17      Q   Okay. So before this phone call, is it fair to
18  say that you hadn't done anything particular with respect
19  to Kelly Trucking? I mean, you've gotten the heads-up
20  and you've kind of got your ducks in a row, but you
21  hadn't gone to Wadley?
22      A   No, sir.
23      Q   You hadn't looked at any specific G.F. Kelly
24  information?
25      A   None.

COOK & WILEY, INC.

---

1       Q   Very good. So your first specific involvement
2   with G.F. Kelly Trucking is this conference call which
3   you believe took place on August 20, correct?
4       A   If that's the Saturday, that's correct, yes.
5       Q   Tell me about the conference call. Start with
6   who was on it.
7       A   Ray Harlin, Lisa Pate, Dennis Farnsworth I
8   think, and myself was on the call.
9       Q   What was your understanding of the purpose of
10  the call?
11          MR. HALL:  When you get to a stopping point,
12      I've got an emergency. Can you go ahead and answer
13      the question, get to your stopping point, and then I
14      need to take a call.
15          MR. CARTER:  We can break right now. Go ahead
16          MR. HALL:  Sure?
17          MR. CARTER:  Yeah.
18  .
19          (Recess taken.)
20
21      Q   We're talking about the conference call you
22  believe took place on August 20. You've told us who was
23  on the call. My question is, what was your understanding
24  of the purpose of the call?
25      A   Basically to decide if we were going to go

COOK & WILEY, INC.

---

23

1   forward to pursue the finishing of the due diligence and
2   checking out the drivers of G.F. Kelly Trucking.
3       Q   Who did most of the talking on the conference
4   call?
5       A   Ray.
6       Q   Tell me what you remember Ray saying.
7       A   I believe the gist of the call was Ray was
8   asking Dennis, you know, where are we at on number of
9   drivers that we've got qualified and applications on U.S.
10  Xpress applications, and it seemed like to me there was
11  response to the effect of somewhere around 50 or 60. And
12  I think Ray was asking, you know, what's the potential --
13  how many more do you think we can get.
14          And, you know, I think the discussion went
15  that, you know, there should have been somewhere -- total
16  of 200 drivers, so there's quite a few more than we have
17  the opportunity to switch over. And I believe Ray then
18  says, you know, I think we ought to at least give it a
19  shot, you know, let's go see what we can do. And he
20  asked me at that time, Have you got your people on
21  standby to get them down there?
22          And I replied, I need to make some phone calls.
23      Q   Anything else that you remember that was
24  discussed on this conference call besides the driver
25  qualification issue you just described?

COOK & WILEY, INC.

---

24

1       A   Not that I recall.
2       Q   All right. So what did you do after the phone
3   call?
4       A   Got hold of John Martin obviously and -- again,
5   there's a few things happening prior to that phone call
6   that we kind of thought that this was going to take
7   place, so I already had John scheduled and he had flight
8   arrangements already made, since he's based in Salt Lake
9   City, and I've already had the safety, human resource,
10  the benefits people all on standby.
11          So my next call was to John and I said, Well,
12  plan on showing up there Monday morning and I'll contact
13  Russ Moore to get his group of people, that he go down
14  there and do the safety background check.
15          And also I think Russ volunteered to get a hold
16  of the people he had lined up to do the road testing, and
17  we sent them down and I basically directed everybody that
18  I would come down midweek then and try to sit back and be
19  a facilitator. If they needed anything else, I'd be the
20  point person to get more people there. Since it was
21  within striking distance of Chattanooga, we could be
22  there within three or four hours.
23      Q   Did you understand at that time there was a
24  closing scheduled for August 29?
25      A   No.

COOK & WILEY, INC.

1  Q   At some point, did you learn that there was a
2  closing scheduled for August 29?
3  A   I learned that we were going to try to get it
4  accomplished by then, but I never did see anything that
5  said we were going to close on the 29th.
6  Q   Well, before you got down there, what did you
7  think the time frame was for trying to get these drivers
8  qualified?
9  A   I guess I would answer that it was my feeling
10  from past dealings with the agencies that I set up that
11  if things were prepared and the notifications were given
12  to the drivers and contractors like I would hope it would
13  have been, we could have accomplished it through that
14  week and that weekend. So, you know, seven days.
15  Q   All right. So when did you finally go to
16  Wadley?
17  A   Wednesday the 24th, I believe.
18  Q   What did you do when you got there?
19  A   Visited with John Martin -- well, outside on
20  the lot I remember asking him how it was going and, you
21  know, where are we at. And obviously prior to that, I
22  was on the phone with him Mondays and Tuesdays, and we
23  were somewhat disappointed in the number of drivers that
24  we had coming in. We expected to have a lot more of them
25  in there at that time.

1  And so when I got there, after the visit with
2  John, there was some comment made that we're not getting
3  the road tests done, so I just kind of grabbed a couple
4  of our people that was down doing the road tests. I
5  said, Let's get as many of these road tests done today as
6  we possibly can, because we're way behind on our
7  schedule.
8  So I tried to speed the process up as much as I
9  could, and then I got introduced to Frank Childers I
10  remember that afternoon, and I just went around basically
11  all through the people that were sent down from corporate
12  and asked them how it was going, you know, where are they
13  at, how many applications they've got, what percent have
14  they got done, where they're at, that type of thing.
15  Q   Is it fair to say that your focus when you
16  arrived in Wadley was on driver qualification issues?
17  A   My initial focus, yes.
18  Q   When you say initial, does that mean at some
19  point your focus changed or broadened?
20  A   It got broadened a little bit later, yes, in my
21  visit.
22  Q   Tell me what you mean by that.
23  A   I believe this would be Thursday morning, early
24  Thursday morning. I received a phone call on my cell
25  phone from Jerry Franklin, which is an employee of U.S.

1  Xpress in charge of selling used equipment. I believe
2  Jerry was there for the purpose of helping G.F. Kelly to
3  see if there was a way we could help liquidate and sell
4  tractors, trailers, whatever. And he said, I need you to
5  get in your car and come up on the hill about a mile from
6  the main terminal, we need to show you something.
7  So I excused myself and went on up on the hill,
8  and there was approximately 50 or 60 Kelly trailers on
9  this lot, and they started taking me around and showing
10  me issues with these trailers. It was substantial damage
11  in need of repairs on just about all of them, and so then
12  all of a sudden I'm seeing a quite a bit of trailers that
13  are not going to meet road specifications or turn-in
14  specs that I think were talked about somewhere in this
15  agreement.
16  And so I'm still -- my main focus still is on
17  drivers, but I became aware of some equipment
18  deficiencies by that part of it.
19  Q   Was that the first you'd heard of any equipment
20  deficiencies?
21  A   No. Somewhere that week prior to Saturday, I
22  was on a call or had an e-mail or John Martin mentioned
23  to me or something, that there's been some inspections
24  on-site and in Atlanta and in some Kelly locations that
25  trailers were not up to specs that we were looking for.

1  So I did know there was some questionable specs on the
2  trailers.
3  Q   In your opinion, if enough drivers would have
4  qualified, could the conversion have gone through even
5  with the issues with the equipment?
6  A   That would probably have been a decision made
7  by Jeff or Ray.
8  Q   Would you have recommended it?
9  A   Would I have recommended it if there was enough
10  drivers qualified?
11  Q   (Nodded head.)
12  A   I guess it would have depended at what point in
13  time. If it's just -- if I initially arrived there and
14  there was, let's say, 150 drivers were already qualified
15  when I got there Wednesday, without being around there at
16  any time, I probably would have recommended it at that
17  time, but after being there a day and a half, I would
18  have had some doubts, yeah.
19  Q   Why is that?
20  A   Probably the main reason would have been that
21  while the staff that was doing their duties there
22  qualifying drivers, going over applications, road
23  testing, drug testing, the whole works, I was sitting out
24  in a hallway -- I was trying to be a good listener. As a
25  former owner, listening to -- you can learn more by

1 listening than talking, I found out.
2 And I sat outside the orientation classroom and
3 I was listening to the comments being made by the
4 drivers, and there was a great amount of unrest and
5 uneasiness, reluctance to conform to the cultures of U.S.
6 Xpress versus the cultures of G.F. Kelly. And tensions
7 that were in the building, drivers not wanting to drive a
8 slower truck, not needing the log fuel stops or scale
9 stops.
10 And even if they qualified -- I was getting a
11 feeling that a lot of these drivers, even if they
12 qualified, would not stay because of that reason.
13 Q Don't those issues arise in every driver
14 qualification process?
15 A I'd answer that with a no.
16 Q You had a batch of drivers who were going to
17 have to go from G.F. Kelly policies and procedures to
18 U.S. Xpress policies and procedures, correct?
19 A That's correct.
20 Q Before the driver qualification process, did
21 you ever sit down and compare G.F. Kelly Trucking's
22 guidelines to U.S. Xpress's trucking guidelines?
23 A Myself, personally, no, I did not.
24 Q Do you know if anybody did that?
25 A I do not know.

COOK & WILEY, INC.

1 Q Have you ever done it?
2 A Yes.
3 Q You've compared G.F. Kelly Trucking guidelines
4 to U.S. Xpress's?
5 A No, not G.F. Kelly. I thought you said
6 compared it with anybody.
7 Q Well, you're saying in other driver
8 qualification processes, you've looked at the company
9 that's the target of the conversion or the agency and
10 compared their guidelines to U.S. Xpress's guidelines?
11 A Yes, I did.
12 Q Why didn't you do that with G.F. Kelly?
13 A Because I was not involved with this through
14 the talks and the merger acquisition.
15 Q Would you have expected that Dennis would have
16 done that?
17 A I guess I don't know what they asked Dennis to
18 do there.
19 Q Would you have expected that Russ Moore would
20 have done it?
21 A I don't know.
22 Q Well, I mean, as with the other companies
23 you've talked about, I mean, two of the big reasons to
24 acquire G.F. Kelly involved getting the drivers and
25 getting the book of business, correct?

COOK & WILEY, INC.

31

1 A Correct.
2 Q U.S. Xpress and G.F. Kelly had been talking
3 about this conversion since April. Isn't that true?
4 A I know it was earlier on than I was involved,
5 but I don't know exactly if it was April or not.
6 Q Well, assuming it was April, do you have any
7 explanation for why it took three, four months before
8 anybody realized that there was going to be issues with
9 the driver qualifications?
10 A No, I don't.
11 Q The driver qualification is what pulled the
12 plug on the deal. Isn't that true?
13 A Yes.
14 Q And you've mentioned assets, but I think what I
15 hear you saying is, you know, you're a good listener and
16 you sat outside in the hallway and what you heard were
17 drivers complaining about being converted, correct?
18 A That's correct.
19 Q Drivers complaining about going from G.F.
20 Kelly's procedures to U.S. Xpress's procedures, correct?
21 A Correct.
22 Q And it's your testimony that you just never
23 anticipated that before you found out about it in late
24 August?
25 A I guess it was a thought that I knew I'd have

COOK & WILEY, INC.

32

1 to face, but I was given a task on a Saturday to go down
2 and do the best I could to convert drivers and
3 contractors over to our program.
4 Q Before the deal was terminated, did you
5 actually have a count of how many drivers did qualify?
6 A At the end of the day Wednesday the 24th, I
7 had somewhere around 60 drivers that had filled out U.S.
8 Xpress paperwork. At the end of that day, there was 29
9 that were disqualified already, and Frank and I had a
10 discussion and he was quite disturbed about that and
11 said, There's some extenuating circumstances, some of
12 these guys are disqualified, is there something we can
13 do.
14 At that time, I got hold of Russ Moore and I
15 says, Can we have a conference call with Frank in the
16 morning to go over these 29 that have been disqualified
17 to see if there's some circumstances there that would
18 cause U.S. Xpress or yourself to change your mind on
19 them?
20 So at that time on late Wednesday, I knew we
21 had 29 out of 60-some that were disqualified.
22 Q All right. I'm confused. Like we talked about
23 with the other ones, I said, Okay, what was the universe
24 of drivers and how many got qualified. Remember that
25 line of questioning?

COOK & WILEY, INC.

33

1    A    Yes, sir.
2    Q    So at that point, at the end of the day on -- I
3    think you're saying the 24th?
4    A    Right.
5    Q    What was your universe of drivers and how many
6    of those drivers had been qualified?
7    A    Somewhere around 30.
8    Q    30 drivers had been qualified?
9    A    Yes, sir.
10   Q    All right. What's the 69 number or the 60
11   number you gave me?
12   A    Well, there was 60 drivers that showed up at
13   the G.F. Kelly location to go through the qualification
14   process. Out of that 60, we qualified approximately 30
15   by the end of the day Wednesday.
16   Q    And --
17   A    And 29 have been disqualified.
18   Q    Okay.
19   A    And that's the number I had to work with as of
20   the end of the day Wednesday.
21   Q    So out of the 60, 30 qualified, 29
22   disqualified --
23   A    Yeah. It's probably 31 that qualified if we're
24   talking 60, so ...
25   Q    Did you try to find out why there were only 60

1    drivers there?
2    A    Yes, I did.
3    Q    Was that a big concern to you? Did you think
4    the universe of drivers was going to be larger than that?
5    A    Yes, I did.
6    Q    What did you think the universe was going to
7    be?
8    A    At least twice that.
9    Q    What did you find out as to why there weren't
10   more drivers?
11   A    That they were either out hauling freight or
12   they couldn't get them dispatched in or that they were at
13   the loading services they had like in Granitesville,
14   North Carolina, and these other places, so there was no
15   arrangements to get any of these drivers into Wadley.
16   And I did have conversation with John about that early on
17   Monday, and John went to Mr. Chastain to make sure he got
18   their inbound-outbound load schedules so he could help
19   schedule the drivers in and out.
20        And we also -- I asked John to make sure he let
21   the folks know at G.F. Kelly if they had some loads they
22   needed to get covered immediately, that I made
23   arrangements with the operation department at U.S. Xpress
24   to have some red trucks -- U.S. Xpress trucks in the area
25   to be available in case there were some loads that needed

35

1    to be covered to keep them from failing a service
2    account.
3    Q    And did that happen? Were any U.S. Xpress
4    trucks utilized?
5    A    None.
6    Q    So even though your universe was 60 -- strike
7    that.
8         Even though you only had 60 drivers who showed
9    up on that particular day, you understood based on what
10   you just told me that your actual universe for drivers
11   could have been larger, correct?
12   A    I assume so, yes.
13   Q    It's really just not feasible for G.F. Kelly
14   Trucking to have 150 drivers or 150 trucks out there to
15   stop every load on one day to get every driver there. I
16   mean, that's just not feasible, is it?
17   A    Probably not.
18   Q    I mean, it's very disruptive to the normal
19   trucking business to stop every driver and pull him off
20   the road and get him to come in for these tests, correct?
21   A    Correct.
22   Q    Guy Kelly explained that to you, didn't he?
23   A    Not to me.
24   Q    Have you heard that he explained it to Dennis?
25   A    Not that I recall.

36

1    Q    Is it feasible that G.F. Kelly Trucking could
2    lose customers through this process?
3    A    Yes. But the alternative was there to help
4    support them losses if he had trucks brought in, which I
5    mentioned earlier.
6    Q    Did you ever make an effort to try to contact
7    or qualify these drivers who didn't show up on that one
8    particular day?
9    A    It was mentioned to John to ask if there was
10   another location that we could go to to qualify the
11   drivers, if that would make it easier for Kelly Trucking.
12   Q    Did you go to another location and try to
13   qualify drivers?
14   A    We did not. There was some talk about going to
15   Granitesville and setting something up there, and we were
16   starting to schedule a trip over there for that
17   weekend -- coming-up weekend to schedule them drivers
18   over there and take our crew -- some from Wadley and some
19   new crew from Chattanooga -- to go to Granitesville to
20   schedule them and do a qualification process.
21   Q    That didn't happen?
22   A    No.
23   Q    Because U.S. Xpress pulled the plug on the deal
24   before it could happen, correct?
25   A    That's correct.

1  Q   So you admit that there were drivers out there
2  with G.F. Kelly Trucking who could have been qualified
3  but were not given the opportunity to be qualified,
4  correct?
5  A   Correct.
6  Q   All right. You talked about the 29 that got
7  disqualified. Who was the person for U.S. Xpress that
8  made the determination that these 29 drivers were
9  disqualified?
10 A   Russ Moore and his safety department.
11 Q   And U.S. Xpress gives Russ Moore and his safety
12 department the discretion to do that, correct?
13 A   Correct.
14 Q   Does anybody actually go in and look
15 specifically at the 29 to determine whether or not Russ
16 Moore and his crowd made a proper disqualification
17 decision?
18 A   I don't know.
19 Q   All right. You mentioned Nelson Chastain
20 called you and wanted to talk about the 29
21 disqualifications, correct?
22 A   I believe that was Frank Childers, not Nelson.
23 Q   All right. Mr. Childers called you. Did you
24 have this conference call with Mr. Childers?
25 A   I did not. I asked John Martin to sit in there

COOK & WILEY, INC.

1  with it. So John Martin, Childers, and Russ Moore had
2  the conference call.
3  Q   Did Mr. Martin tell you what happened on the
4  conference call?
5  A   Yes, sir.
6  Q   What did he tell you?
7  A   Basically that after the fourth or fifth
8  application, Frank got visibly upset that he wasn't
9  satisfied with the answers he was getting, threw a pen up
10 in the air and said, I'm going to go talk to Guy Kelly.
11 Q   Did he give you any detail as to what
12 Mr. Childers got upset about?
13 A   No, he did not.
14 Q   Was it your understanding that Mr. Childers was
15 saying, I think these drivers should be qualified, and
16 that whoever from U.S. Xpress was disagreeing with him,
17 and that's why he got upset?
18 A   I assume that's the case.
19 Q   He understood if U.S. Xpress was disqualifying
20 these drivers that the deal wasn't going to go through,
21 correct?
22 A   Correct.
23 Q   Do you believe that of the 60 drivers who were
24 there, if you could have qualified 60 out of 60, do you
25 believe the deal would have gone through?

COOK & WILEY, INC.

39

1  A   That's a speculative answer. I don't know if
2  it would have or not.
3  Q   Would you have recommended it?
4  A   No.
5  Q   Why not?
6  A   Again, there was, like I said, 30 or so that
7  was in the orientation room that I was listening to. I
8  visited with some of them out in the lot, and the feeling
9  I was going to get, even though that they qualified, they
10 were never going to go to work for U.S. Xpress, they
11 weren't going to abide by our rules and regulations, and
12 quite a few even though they qualified wasn't going to
13 come to work for us.
14 Q   So it's your testimony that even if 60 out of
15 60 would have qualified, you still would not have
16 recommended the conversion, correct?
17 A   I can't say I wouldn't make the recommendation.
18 All I can do is pass onto Mr. Harlin and Mr. Wardeberg my
19 findings of what was there. It had to be their decision.
20 Q   And your findings would have been, Even though
21 60 out of 60 drivers qualified, I do not recommend that
22 we go through with the conversion, correct?
23 A   My answer is there was not 60 out of 60 that
24 qualified, so it's an irrelevant question.
25 Q   You know, you don't get to say what's

COOK & WILEY, INC.

40

1  irrelevant.
2  A   Okay.
3  Q   So just bear with me. I'm not trying to give
4  you a hard time, but I'm entitled to an answer to my
5  question.
6  A   All right.
7       MR. HALL:  I can object to it later.
8       THE WITNESS:  All right.
9  Q   The question is this: Is it your testimony or
10 isn't it your testimony that even if 60 out of 60 drivers
11 would have qualified, you still would have recommended or
12 expressed that the conversion should not take place?
13 Isn't that your testimony?
14 A   Yes.
15 Q   Then why didn't you just pull the plug when you
16 got there and realized there were only 60 drivers?
17 A   Because I was expecting to see another 60 or 70
18 or 100 drivers by Saturday or Sunday. I expected that
19 some way we were going to go get the rest of the drivers in
20 through that week or that weekend.
21 Q   Well, why didn't you follow through with it and
22 get the rest of the drivers in? I mean, isn't the answer
23 because you didn't have the opportunity because the plug
24 got pulled?
25 A   I reported my findings to management at the

COOK & WILEY, INC.

1  end -- the morning of the 25th and was given a directive
2  at that time.
3      Q    Who gave you the directive?
4      A    Ray Harlin.
5      Q    And what directive did Ray Harlin give you on
6  August 25th?
7      A    Based on our discussions telling about the
8  amount of drivers that we had qualified and unqualified
9  and discussions I had with those drivers and with the
10  equipment findings, Ray instructed me -- said, I think we
11  should pull out of this deal, would you be willing to go
12  up and tell Mr. Kelly?
13         And I said, Yeah, I'll do it.
14      Q    Were you surprised by that directive?
15      A    No.
16      Q    Did you try to communicate to Ray that, you
17  know, give this thing more time, there are more drivers
18  out there, let's see if we can get more drivers
19  qualified? Did you make that attempt with Mr. Harlin?
20      A    No, sir, I did not.
21      Q    What did you do after you received the
22  directive?
23      A    Asked where Mr. Kelly's office was, if I could
24  go see him.
25      Q    What happened next?

1      A    Went up on the hill on the office where
2  Mr. Kelly was and asked if I could see Mr. Kelly and was
3  told to have a seat, and I waited about 15 minutes and
4  Mr. Kelly showed up and I visited with him.
5      Q    Where did you all visit?
6      A    In Mr. Kelly's office.
7      Q    Tell me what happened when you all went into
8  Mr. Kelly's office.
9      A    Introduced myself, told him who I was.
10      Q    Is that the first time you had met him?
11      A    Yes, sir.
12      Q    First time you ever talked to him?
13      A    First time I had ever talked to him. I gave
14  him a little background on who I was and what I do and
15  why I was here and expressed some concerns about the
16  qualification process we were going through and some of
17  the equipment, and that I was told by Mr. Harlin that
18  we're not going to move forward and that we should try to
19  get Dennis on the phone and have a discussion.
20      Q    Who was in the room besides you and Guy?
21      A    Nobody.
22      Q    What happened next?
23      A    Again, I don't know if this happened prior to
24  Dennis getting on the phone or after Dennis was on the
25  phone, he called up Frank Childers and told Frank

1  that U.S. Xpress is backing out. Frank also became upset
2  that we were doing this and he says, Well, I need you to
3  go down and tell my people that then.
4         I told him, I says, Frank, I don't think it's
5  my position to talk to your people. I recommend
6  Mr. Kelly and yourself probably need to do that, but let
7  me get my staff out of there and I'll get them out of
8  there as promptly as I can and get them out of your way.
9      Q    So you're having this conversation with Guy
10  Kelly in the midst of U.S. Xpress's staff still on-site
11  doing work to complete the conversion, correct?
12      A    Correct.
13      Q    Are they testing drivers at that time?
14      A    Yes, sir.
15      Q    Are drivers there filling out applications?
16      A    Yes, sir.
17      Q    Did you undertake to see if there were
18  additional drivers there -- drivers that you didn't know
19  were there before the decision was made?
20      A    I kept asking how many drivers we've had in,
21  you know, and the number eludes me. I don't know where
22  we were at that time. I think Thursday morning we had
23  another three or four drivers show up, so it wasn't very
24  many.
25      Q    But you never undertook to find out an exact

1  number, correct?
2      A    No.
3      Q    Have you ever reviewed the 29
4  disqualifications? Do you know for what reasons those
5  drivers were disqualified?
6      A    No, sir.
7      Q    Were you aware that the driver files had been
8  in U.S. Xpress's corporate offices in Chattanooga for at
9  least a couple weeks before the actual day of the driver
10  qualifications on-site?
11      A    There was discussions between John Martin and I
12  that they had files in Chattanooga but there were still
13  some missing files. That was my understanding,
14  especially some of the shagging services and -- to tell
15  you how many files I knew were in Chattanooga, I can't
16  answer that, but there were files there. I knew that.
17      Q    You never reviewed those files?
18      A    No, sir.
19      Q    As with the other conversions that we've talked
20  about, you understood that G.F. Kelly Trucking had a book
21  of business, correct?
22      A    Correct.
23      Q    You understood that if the conversion went
24  through, U.S. Xpress would get the benefit of that book
25  of business, correct?

1    A   Correct.
2    Q   Do you know what happened to G.F. Kelly's book
3  of business after U.S. Xpress pulled the plug?
4    A   No.
5    Q   Would you be surprised to learn that G.F. Kelly
6  Trucking lost a majority of that business?
7    A   Yes, I would.
8    Q   Why is that?
9    A   Well, I guess there's no reason for him to have
10  lost the book of business. Maybe some -- I don't know,
11  but after I pulled out of there that Thursday, he should
12  have been able to have went down and continued to keep
13  dispatching his drivers and keep hauling to customers he
14  was hauling for.
15    Q   Were you aware that he had effectively ceased
16  most of those operations in the reliance that U.S. Xpress
17  was going to convert his business?
18       MR. HALL:  Object to the form. I'm not sure I
19  understand. I don't know what you mean by those
20  operations.
21    Q   You can answer the question.
22    A   I'm going to ask you to repeat it, because I'm
23  not quite sure I understand it completely.
24    Q   Were you aware -- you said after he left
25  Thursday, he could have gone down the hill and -- I mean,

COOK & WILEY, INC.

1  operations was your word. I wasn't trying to confuse
2  you, but you said he could basically go down the hill and
3  continue operations, correct?
4    A   That's correct.
5    Q   My question is, are you aware that G.F. Kelly
6  Trucking had essentially ceased its operations in
7  reliance that it was going to be converted by U.S.
8  Xpress?
9    A   No. I'm not aware of that, because if they
10  would have, I would have had 120 or 160 drivers there to
11  deal with. I assume he was still operating at least 50,
12  60 percent of his business.
13    Q   Did you have any conversations with Guy Kelly
14  after you left?
15    A   No, sir.
16    Q   Did you have any conversations with Frank
17  Childers after you left?
18    A   No, sir.
19    Q   Did you have any conversations with Nelson
20  Chastain after you left?
21    A   No, sir.
22    Q   Did you have any conversations with anybody at
23  G.F. Kelly Trucking after you left there on the 25th?
24    A   No, sir.
25    Q   At what point -- let me ask it this way:

COOK & WILEY, INC.

---

47

1  Before you went to Wadley, you were aware that G.F. Kelly
2  Trucking had a book of business, correct?
3    A   Correct.
4    Q   Did you see a list or a document that actually
5  told you who the customers were?
6    A   No, sir.
7    Q   Did you know who the customers were?
8    A   No, sir.
9    Q   Based on your experience in these conversions,
10  would it have been appropriate for someone at U.S. Xpress
11  to contact one of G.F. Kelly's clients?
12    A   Clients as customers, you mean?
13    Q   I'm sorry. Right.
14    A   Well, again, as the other conversions,
15  obviously it would have been with the permission of G.F.
16  Kelly.
17    Q   So it's your testimony that it would have been
18  improper for anybody at U.S. Xpress to contact one of
19  G.F. Kelly's customers without G.F. Kelly's permission,
20  correct?
21    A   Correct.
22    Q   Do you know whether or not after U.S. Xpress
23  pulled the plug that it actually picked up some of G.F.
24  Kelly's customers?
25    A   I would not know that, no.

COOK & WILEY, INC.

48

1    Q   Who would know that?
2    A   It would have to be in the accounting section.
3    Q   Who's the person or persons that go out and get
4  customers for U.S. Xpress?
5    A   Salesmen that work for U.S. Xpress.
6       MR. CARTER:  All right. Let's take a break,
7  and I'm going to see if we're going to look at some
8  documents.
9       THE WITNESS:  Okay.
10
11       (Recess taken.)
12
13    Q   All right. Let me show you, sir, what we
14  marked yesterday as Exhibit No. 2, the notice of taking
15  deposition for U.S. Xpress. Have you seen that before,
16  sir?
17    A   Yes, sir.
18    Q   Okay. I think Mister --
19    A   Farnsworth?
20    Q   Mr. Farnsworth testified yesterday that he was
21  present on behalf of U.S. Xpress to address Topics 1 and
22  2, and therefore it's my assumption that you are here to
23  testify to Nos. 3 and 4. Is that your understanding?
24       MR. HALL:  I'll tell you, he is also to
25  complete the rest of the picture on 1 and 2, which I

COOK & WILEY, INC.

1  think you've already addressed.
2      MR. CARTER:  Right.
3      MR. HALL:  Well, on 1, not 2.  And I don't know
4  that -- you know, the best he can, he can answer
5  No. 4, so I guess all that leaves is No. 3.
6      MR. CARTER:  Well, is he here to testify about
7  No. 3?  Can he talk about --
8      MR. HALL:  He can, yeah.  I mean, the answer's
9  going to be really short.
10     MR. CARTER:  Okay.
11     Q    Well, let's do No. 3 first.  Are you aware of
12  similar lawsuits pending against U.S. Xpress, lawsuits
13  similar to this one?
14     A    No, sir.
15     Q    If U.S. Xpress gets sued, are you notified?
16     A    No, sir.
17     Q    Do you think you're really the best person from
18  the corporation to talk about similar lawsuits against
19  U.S. Xpress?
20     MR. HALL:  Object to the form.  He's been put
21  up for that purpose.
22     A    There's probably better people to be notified
23  other than myself.
24     Q    Probably other people who work for U.S. Xpress
25  that know more about litigation that's pending against

COOK & WILEY, INC.

49

1  U.S. Xpress that might be similar to the G.F. Kelly
2  Trucking case, correct?
3      A    Correct.
4      Q    No. 4 discusses all matters alleged in the
5  complaint.  Have you read the complaint in this case?
6      A    I don't think so.
7      Q    You think there might be other people at U.S.
8  Xpress that know more about the matters alleged in the
9  complaint than you do?
10     A    Yes, sir.
11     Q    We received some documents that were produced
12  by U.S. Xpress.  Let me show you what I'm going to mark
13  as Exhibit 7.
14
15         (Exhibit 7 is marked.)
16
17     Q    This is a document we received from U.S. Xpress
18  Bates-stamped 0183.  Appears to be a handwritten note.
19  My question is, can you identify this for me?
20     A    I recognize the writing, but I've never seen
21  this before.
22     Q    Whose handwriting is it?
23     A    John Martin.
24     Q    But you've never seen Exhibit 7 before?
25     A    No, sir.

COOK & WILEY, INC.

50

1      Q    Okay.  I've got another -- looks like a batch
2  of handwritten notes.  Again, these were produced to us
3  by U.S. Xpress.  They go from Bates No. 286 consecutively
4  through Bates No. 302.  I'm going to mark this as
5  Exhibit 8.
6
7         (Exhibit 8 is marked.)
8
9      Q    Same question:  Can you identify this document
10  for me please, sir?
11     A    This again is documents prepared by John
12  Martin.  Looks like it's a handwritten checklist he's
13  prepared for this conversion.
14     Q    Had you ever seen that before?
15     A    I've seen some of these pages.  I recognize
16  them since I've been deposed, but prior to that no, sir.
17     Q    What do you mean, since you've been deposed?
18     A    I've seen -- I've seen some parts of this since
19  I've been deposed.  I read some of these prior to coming
20  here.
21     Q    Oh, in preparation of your deposition, you
22  reviewed some of these documents?
23     A    Right.
24     Q    Which ones did you review?
25     A    Do you want me to go by page best I can?

COOK & WILEY, INC.

51

1      Q    There's a number down in the right-hand corner.
2      A    Okay.
3      MR. HALL:  Hang on a second.  Let me ask you a
4  question.  Are you talking about what we did, what
5  we've done?
6      THE WITNESS:  Yes.
7      MR. HALL:  Then I'm going to instruct him not
8  to answer that.  You can ask him any questions you
9  want to about the documents, but not about my
10  conversations or work product.  So if that's what
11  you're fixing to talk about --
12     THE WITNESS:  That's all that I've seen,
13  because I haven't seen anything other than that.
14     Q    All right.  Let me see them.  All right.  So
15  it's your testimony you never saw these during your time
16  in Wadley in August of 2005?
17     A    No, sir.
18     Q    You did not see them at that time.  Is that
19  correct?
20     A    That's correct.
21     Q    All right.  There's another document that has
22  been previously marked as Exhibit 88, and I think this
23  is --
24     MR. CARTER:  This is it, right?
25     MR. HALL:  Yeah -- well, I don't know.  It

COOK & WILEY, INC.

52

1    looks like -- it looks like it is.
2         MR. CARTER:   Well, I'd like for him to look at
3    this, and we all agree that it's Exhibit 88?  If
4    not, I'm just going to mark this.
5         MR. HALL:   You can try to compare the two.
6         MR. CARTER:   Let's just mark it.
7         MR. HALL:   That will be easier.
8    Q    All right.  Let me show you what I'm going to
9    mark as Exhibit 9, Bates No. 2552 through 2556.  Do you
10   recognize that, sir?
11
12        (Exhibit 9 is marked.)
13
14   A    No, sir, I do not.  I have not seen this, no.
15   Q    Do you see it says G.F. Kelly Driver Roster?
16   A    I see that, yes.
17   Q    Okay.  And will you agree with me that it is a
18   document produced by U.S. Xpress in this litigation?
19   A    I agree with that.
20   Q    Do you know who would have created this
21   document?
22   A    I sure would think it was the safety department
23   of U.S. Xpress, Russ Moore or his people.
24   Q    And the document appears to be a list of G.F.
25   Kelly drivers, correct?

1    A    With the title that's on it, that's what I'm
2    assuming, yes.
3    Q    And there are pages with drivers' names that
4    have been color-coded, correct?
5    A    That's correct.
6    Q    Do you know what the color-coding means?
7    A    No, sir.
8    Q    At the end of the document, there are some
9    totals.  You see that right there, sir?
10   A    Yes, sir.
11   Q    It says Total, 167.  Do you think that means
12   167 names on this exhibit?
13   A    I would assume that, yes.
14   Q    There is an orange highlight with some question
15   marks and it says 10.  These files were not received
16   until 8/12/05 and were not an original employee list.
17   Think that explains that, that there's ten filed that
18   fall in that category?
19   A    Yes, sir.
20   Q    And then below that it says Yes, and what's the
21   number there?
22   A    68.
23   Q    Does that appear to be 68 drivers have
24   qualified?
25   A    I would think that's what that would mean, yes.

55

1    Q    And where it says No, what's the number there?
2    A    27.
3    Q    Would it appear that as of August 17, 2005,
4    that somebody had determined that 27 drivers were not
5    qualified?
6    A    Again, I would assume that, yes.
7    Q    Do you know whether or not these 27 drivers
8    that were disqualified as of August 17, 2005, were
9    included in the number of 29 disqualifications that Frank
10   Childers was complaining about?
11   A    I don't know the answer to that but I sure
12   wouldn't think so, because I think the 29 were drivers
13   that showed up in Wadley Monday, Tuesday, Wednesday.
14   Q    But the real answer is you don't know, correct?
15   A    I don't know.  Right.
16   Q    Is there a checklist or a document that
17   basically says this is what a driver has to have to be
18   qualified?
19   A    There's a list of driver qualifications for
20   U.S. Xpress.
21   Q    Where is that list kept?  I mean, if I wanted
22   to see a copy of it, where would I go?
23   A    I'd say the best place is to contact the safety
24   department of U.S. Xpress and --
25        MR. HALL:   Or you could ask me.

56

1         MR. CARTER:   Was it produced?
2         MR. HALL:   I don't think you all asked for it.
3    I can get you a copy of it if you want it.
4         MR. CARTER:   Yeah.  I'd like that.
5    Q    What do you call it?
6    A    Qualifications -- driver qualifications for
7    U.S. Xpress.  You know, minimum age, you know, driver
8    experience, over-the-road experience.  I mean, the list
9    goes down.  Again, that's controlled by the safety
10   department of U.S. Xpress.
11   Q    And you don't have any problem with your lawyer
12   sharing the document with us, do you?
13   A    No, sir.
14   Q    How many pages is it?
15   A    I believe it's on one page or two at the most.
16   Q    Do you know whether or not any of the drivers
17   listed on Exhibit 9 are now employed by U.S. Xpress?
18   A    I do not know that.
19   Q    Is it fair to say based on your experience with
20   U.S. Xpress that Russ Moore or somebody in safety has
21   determined that these 27 people are not qualified to
22   drive for U.S. Xpress?
23   A    Yes, sir.
24   Q    Okay.  And that someone with U.S. Xpress has
25   made up their mind that they can't be counted as

1 qualified drivers for the purposes of this conversion,
2 correct?
3     A    I would say so, yes.
4     Q    And would you have any explanation as to why
5 U.S. Xpress later after it pulled the plug on the Kelly
6 trucking drill would attempt to solicit these same
7 drivers who have been disqualified to work for U.S.
8 Xpress?
9     A    I'd be very surprised if they tried, because
10 that was part of the conversation I had Mr. Kelly,
11 that -- I assured him U.S. Xpress would not solicit any
12 of his drivers.
13     Q    Wouldn't that seem to you that U.S. Xpress was
14 trying to get the benefit of those drivers without going
15 through the conversion?
16         MR. HALL:   Object to the form, lack of
17 foundation.
18     A    Again, like I said, I don't believe they would
19 have solicited. I don't know, but I don't believe they
20 would have.
21     Q    All right. Let me show you what I'm going to
22 mark as Exhibit 10.
23     A    Okay.
24
25     (Exhibit 10 is marked.)

COOK & WILEY, INC.

---

1
2     Q    Take a look at that, sir, and please identify
3 it for me.
4     A    Looks like a solicitation letter for a driver.
5     Q    Who's it addressed to?
6     A    Alan Knight out of Roanoke, Alabama.
7     Q    Do you want to take a look at Exhibit 9 and see
8 if Alan Knight is listed as a G.F. Kelly driver?
9     A    There is an Alan Knight listed on here, yes.
10     Q    What color is Alan Knight on Exhibit 9?
11     A    Yellow.
12     Q    Flip to the back and tell me what the color
13 yellow means.
14     A    Yellow's a No.
15     Q    So you know from looking at Exhibits 9 and 10
16 that U.S. Xpress disqualified Mr. Knight as a driver for
17 the purposes of conversion but later directly solicited
18 him to drive a truck for U.S. Xpress, correct?
19         MR. HALL:   Object to the form.
20     A    It looks that way, yes, sir.
21     Q    All right. Let me show you what I'm going to
22 mark as Exhibit 11.
23
24     (Exhibit 11 is marked.)
25

COOK & WILEY, INC.

---

1     Q    You recognize that, sir?
2     A    Another solicitation letter dated the same
3 date.
4     Q    Who is it to?
5     A    To a Darryl Walden.
6     Q    Is Mr. Walden listed as a G.F. Kelly driver on
7 Exhibit 9?
8     A    He is.
9     Q    What color is Mr. Walden?
10     A    He's also a yellow, which is a no.
11     Q    So can you tell from reviewing Exhibits 9 and
12 Exhibit 11 that Mr. Walden was disqualified for the
13 purposes of the G.F. Kelly conversion but was later
14 directly solicited by U.S. Xpress?
15     A    Again, it seems that way, yes, sir.
16     Q    Are these two instances where U.S. Xpress took
17 the opportunity to get the benefit of G.F. Kelly's
18 drivers without going through the conversion?
19         MR. HALL:   Object to the form.
20 Answer if you know.
21     A    I don't know.
22     Q    Well, I'm not asking you if they went to work
23 for U.S. Xpress. I'm saying based on the testimony you
24 just gave, doesn't it look like U.S. Xpress took the
25 opportunity to get the benefit of having these drivers

COOK & WILEY, INC.

---

1 without going through the G.F. Kelly conversion?
2         MR. HALL:   Same objection.
3     A    I would answer that with a no, because I don't
4 know the facts behind this. These drivers could have
5 received a letter from a boughten list or something. I
6 did this when I owned my trucking company. I had
7 agencies that would come in with a list of contractors
8 all throughout the United States, and I'd send out a form
9 letter. So I don't know if that's the case or they did
10 it from this list. I don't know.
11     Q    I'm not asking you to testify to what you don't
12 know about. You do know these drivers were disqualified
13 for the purposes of the conversion but yet were later
14 directly solicited by U.S. Xpress. You do know that,
15 don't you, sir?
16     A    Yes, sir.
17
18     (Exhibit 12 is marked.)
19
20     Q    All right. Let me show you what I've marked --
21 well, actually -- yeah, I'm going to mark it too.
22         All right. Let me show you what I've marked as
23 Exhibit 12. It's previously been marked as Defendant's
24 Exhibit 54.
25     A    I've never seen this before.

COOK & WILEY, INC.

1    Q    I'll represent to you that it was -- at the
2  bottom, see where it says Kelly and a number -- that this
3  document was produced to U.S. Xpress's lawyers by G.F.
4  Kelly Trucking.  Okay?
5    A    Okay.
6    Q    And that this was some notes that Guy Kelly had
7  in his possession.  Okay?
8    A    All right.
9    Q    And you see where it has a date at the top?
10   A    Yes, sir.
11   Q    August 25, 2005, that's the date you met with
12 Mr. Kelly, correct?
13   A    That's correct.
14   Q    Says, Meeting my office, and has your name,
15 correct?
16   A    It sure does.
17   Q    Says, Called off buy-out, Al said they couldn't
18 make it work.
19       Do you agree with that?  Did you inform
20 Mr. Kelly that U.S. Xpress was calling off the buy-out
21 and did you tell him you couldn't make it work?
22   A    That's correct.
23   Q    Then he says this process had not been handled
24 correctly.  Did you explain to Mr. Kelly that the process
25 had not been handled correctly?

1    A    Yes.
2    Q    And did you mean that U.S. Xpress hadn't
3  handled it correctly?
4    A    Both U.S. Xpress and Mr. Kelly.
5    Q    It says, If would have closed by original 15
6  July, could have worked.
7        Did you have some discussion with Mr. Kelly
8  along the lines of if we would have closed this thing by
9  July 15, it probably could have worked?
10   A    No, sir.
11   Q    Does that date July 15 mean anything to you?
12   A    No, sir.
13   Q    Is it your testimony that you did not use that
14 date with him in your meeting?
15   A    I did not.
16   Q    Did you tell him that if it would have closed
17 by July 15, it could have been up and running by
18 August 1?
19   A    No, sir.
20   Q    Did you talk to him about the fact that you
21 should have been involved in this process sooner?
22   A    I don't know if I said I should have been.  I
23 said if I would have been, I think a decision could have
24 been made yea or nay -- that's the words I used, I
25 think -- on either we were going to move forward or

63

1  either not move forward somewhat quicker than we did.
2    Q    It's your belief that if U.S. Xpress would have
3  gotten you involved sooner rather than later, G.F. Kelly
4  could have been converted, correct?
5        MR. HALL:  Object to the form.
6    A    No.
7    Q    Are you saying it's your testimony that if you
8  would have been involved sooner rather than later, the
9  plug would have been pulled sooner?
10   A    I think the chances of that are correct.  I
11 would have determined about the drivers a little bit
12 quicker and the equipment quicker if I was involved.
13   Q    Did Guy Kelly ask you about any compensation on
14 his behalf?
15   A    I don't know if he asked me directly or he
16 asked Dennis when he was on the phone in the office.  He
17 asked what about my expenses, and all I can remember then
18 is Dennis said he was going to speak to Mr. Harlin about
19 that.  That's all I believe I recall.
20   Q    Were you in Guy's office when he called Dennis?
21   A    Either he called Dennis or Dennis called there,
22 I don't know.  Yes, I was.
23   Q    So you were in Guy's office when he talked to
24 Dennis on the phone on August 25th?
25   A    Yes, sir.

64

1    Q    Could you hear what Dennis was saying?
2    A    Yes, sir.
3    Q    Could you hear what Guy was saying?
4    A    Yes, sir.
5    Q    Tell me what you remember about that
6  conversation.
7    A    It was very short.  Dennis apologized that it
8  didn't work out, and that's why I said I think that's
9  when Guy mentioned about what about my expenses.  Dennis
10 said he'd have to talk to Mr. Harlin about that.  Click.
11 It was finished.
12   Q    And that's when you left Guy's office?
13   A    Probably a minute or two later.
14   Q    Do you remember saying anything to him after he
15 hung up with Dennis?
16   A    Yes, sir.  I wished him well and I said I think
17 I'd recommend that possibly you could down scale your
18 operation somewhat and still salvage this thing, it's
19 doable.  I said, Anything I can do to help you, I was a
20 small owner myself, feel free to call me.
21       Left him my card and left.
22   Q    Did you do anything to help him?
23   A    He never called.
24       MR. CARTER:  Let's take a break.  We'll step
25 outside real quick.

1     (Recess taken.)

2

3

4    Q   Going back to Exhibit 9, it shows drivers'

5  names and gives totals and categories as of August 17,

6  2005, correct?

7    A   Yes, sir.

8    Q   So wouldn't you agree with me that this

9  Exhibit 9 was created as a result of a review of the

10  files in Chattanooga?

11    A   I would assume that, yes.

12    Q   Have you seen the actual files?

13    A   No, sir.

14    Q   Do you know where those files are kept?

15    A   The Kelly files?

16    Q   Correct. Are they kept in Chattanooga?

17    MR. HALL:  Object to the form.

18    A   They shouldn't be. I mean, we had them sent up

19  there, and they should have been sent back.

20    Q   Do you know whether or not they were sent back?

21    A   No.

22    MR. CARTER:  Do you know whether or not U.S.

23  Xpress has them?

24    MR. HALL:  No. Kelly's has them. Childers

25  testified to that. He said a driver picked them

COOK & WILEY, INC.

---

1  up -- a Kelly driver picked them up.

2    Q   You wouldn't expect that U.S. Xpress would have

3  made their own copies of the files and kept them?

4    A   I wouldn't think so, no.

5    Q   Who would be the best person who would know

6  about that? Russ Moore?

7    A   Russ Moore.

8    Q   Do you know whether or not U.S. Xpress would

9  have kept a record as to why certain drivers were

10  disqualified?

11    A   I don't know that.

12    Q   Is it your testimony that I would need to talk

13  to Russ Moore to find out the specific reasons as to why

14  these 27 people were disqualified?

15    A   Yes, sir.

16    Q   But you're saying you don't know whether or not

17  U.S. Xpress has a document that explains why these people

18  color-coded in yellow were disqualified?

19    A   No, sir.

20    MR. CARTER:  Do you know whether or not

21  anything like that was produced?

22    MR. HALL:  I don't know. I know there's --

23  Childers or Kelly -- Mr. Childers or Mr. Kelly

24  testified about notes that they made on a form

25  similar to that about why people were disqualified.

COOK & WILEY, INC.

---

67

1  That's an exhibit to --

2    MR. TOMLINSON:  That was produced by us.

3    MR. CARTER:  Right, but are you saying that --

4  do you know if U.S. Xpress has records in their

5  possession that would explain or document the

6  disqualifications?

7    MR. HALL:  If it does exist, it was produced,

8  and I can't tell you whether there's a document out

9  there.

10    MR. CARTER:  So is it fair to say to the extent

11  that it does exist, it was produced?

12    MR. HALL:  Correct.

13    MR. CARTER:  And if it was not produced, it

14  does not exist?

15    MR. HALL:  Correct.

16    MR. CARTER:  You satisfied?

17    MR. TOMLINSON:  Yeah.

18    MR. CARTER:  All right. That's all the

19  questions I have.

20    I just want to say for the record that we

21  noticed the corporate representative deposition of

22  U.S. Xpress as Exhibit 2 and that I think what has

23  been demonstrated through the testimony of yesterday

24  and today is that we don't have all the people here

25  who are the proper folks to respond to the topics

COOK & WILEY, INC.

---

68

1  designated, and it's our position that the 30(b)(6)

2  deposition of U.S. Xpress is incomplete and not

3  finished until such time as the proper people are

4  made available and designated to speak on these

5  topics.

6    MR. HALL:  That can be your position, and I

7  disagree with it.

8    MR. CARTER:  I thought maybe you would.

9  That's all I have, pending any questions from

10  your lawyer.

11    MR. HALL:  Where are we going to eat?

12

13  AND FURTHER THIS DEPONENT SAITH NOT

14

15    (The deposition concluded at 1:09 p.m.)

16

17

18

19

20

21

22

23

24

25

COOK & WILEY, INC.

COMMONWEALTH OF VIRGINIA,

COUNTY OF HENRICO, to wit:

        I, Kimberly A. Heiser, a Notary Public for the State of Virginia at Large, do hereby certify that the foregoing deposition of Alan Hingst was duly sworn to before me at the time and place set out in the caption hereto.

        Further, that the transcript of the deposition is true and correct, and that there were six exhibits filed with me during the taking hereof.

        Given under my hand this 12th day of February, 2007.

_____

Kimberly A. Heiser, RPR
Notary Public for the
State of Virginia at Large

My commission expires:
June 30, 2007

---

COMMONWEALTH OF VIRGINIA,

CITY/COUNTY OF _____, to wit:

        I, Alan Hingst, do hereby certify that I have read the foregoing pages of typewritten matter numbered 1 through 68, and that the same contains a true and correct transcription of the deposition given by me on the 6th day of February, 2007, with the exception of the noted corrections, to the best of my knowledge and belief.

_____    _____
Date                          Alan Hingst

        Subscribed and sworn to before me this _____ day of _____, 200___.

My commission expires _____

_____
Notary Public

'68 [2]  4/25 5/1
'86 [1]  6/21
'97 [3]  6/23 7/20 8/7
'98 [1]  9/23

**0**

0183 [2]  2/16 50/18
05 [2]  2/21 54/16

**1**

10 [5]  2/19 54/15 57/22 57/25 58/15
100 [1]  40/18
100 percent [1]  14/20
1021 [1]  1/17
10:20 [1]  1/17
11 [4]  2/20 58/22 58/24 59/12
12 [3]  2/21 60/18 60/23
120 [1]  46/10
12th [1]  69/12
140 [1]  8/24
15 [5]  42/3 62/5 62/9 62/11 62/17
150 [4]  8/24 28/14 35/14 35/14
1500 [1]  6/1
160 [1]  46/10
167 [2]  54/11 54/12
17 [3]  55/3 55/8 65/5
1964 [1]  4/17
1969 [1]  5/2
1984 [1]  1/23
1985 [1]  5/15
1997 [4]  6/25 7/11 8/18 9/9
1:09 [1]  68/15

**2**

20 [2]  22/3 22/22
200 [4]  7/12 7/14 23/16 70/17
2003 [1]  10/11
2004 [2]  10/10 10/11
2005 [5]  52/16 55/3 55/8 61/11 65/6
2007 [4]  1/10 69/13 69/20 70/8
205 [1]  2/8
20th [2]  2/7 21/14
23233 [1]  1/22
2343 [1]  2/4
244-3831 [1]  2/8
24th [3]  25/17 32/6 33/3
25 [2]  16/10 61/11
2552 [1]  53/9
2552-2556 [1]  2/18
2556 [2]  2/18 53/9
25th [4]  41/1 41/6 46/23 63/24
269-2343 [1]  2/4
27 [6]  5/12 55/2 55/4 55/7 56/21 66/14
272 [1]  2/3
286 [1]  51/3
286-302 [1]  2/17
29 [14]  24/24 25/2 32/8 32/16 32/21 33/17
 33/21 37/6 37/8 37/15 37/20 44/3 55/9 55/12
29th [1]  25/5

**3**

30 [9]  1/13 16/10 33/7 33/8 33/14 33/21 39/6
 68/1 69/20
302 [2]  2/17 51/4
31 [1]  33/23
334 [1]  2/4
35203 [1]  2/8
359-1984 [1]  1/23
36103 [1]  1/24
3751 [1]  1/22
3831 [1]  2/8

**4**

42 million [1]  7/22
420 [1]  2/7

**5**

50 [7]  2/16 14/10 14/21 14/21 23/11 27/8
 46/11
51 [1]  2/17
53 [2]  2/18 6/12
54 [1]  60/24
55 [1]  7/12
57 [1]  2/19
58 [1]  2/20

**6**

60 [25]
60 percent [1]  46/12
60-some [1]  32/21
68 [3]  54/22 54/23 70/6
69 [1]  33/10
6th [1]  70/7

**7**

70 [2]  17/1 40/17

**8**

8/12/05 [1]  54/16
8/25/05 [1]  2/21
80 [1]  17/1
804 [1]  1/23
86 [1]  6/21
88 [2]  52/2 53/3

**A**

A-l-a-n [1]  3/8
a.m [1]  1/17
abide [1]  39/11
able [1]  45/12
about [60]
accept [1]  8/9
accidents [3]  17/6 17/7 17/8
accommodate [1]  4/7
accomplished [2]  25/4 25/13
account [2]  10/18 35/2
accounting [1]  48/2
acquire [1]  30/24
acquired [2]  9/23 10/4
acquisition [1]  30/14
Action [1]  1/5
actual [4]  15/15 35/10 44/9 65/12
actually [6]  14/14 32/5 37/14 47/4 47/23
 60/21
additional [1]  43/18
address [1]  48/21
addressed [2]  49/1 58/5
adjusting [1]  11/20
administration [1]  5/5
admit [1]  37/1
affiliated [3]  10/22 20/18 20/19
after [21]  4/18 5/6 8/19 9/9 20/8 24/2 26/1
 28/17 38/7 41/21 42/24 45/3 45/11 45/24
 46/14 46/17 46/20 46/23 47/22 57/5 64/14
afternoon [1]  26/10
again [16]  5/24 11/25 12/6 16/6 16/9 16/18
 24/4 39/6 42/23 47/14 51/2 51/11 55/6 56/9
 57/18 59/15
against [4]  3/11 49/12 49/18 49/25
age [1]  56/7
agencies [5]  19/15 19/16 19/19 19/25 60/7
agency [11]  12/4 12/15 12/16 12/23 13/22
 14/8 17/17 18/11 18/17 20/18 30/9
agent [4]  11/24 11/24 12/4 12/8
agents [3]  10/14 10/25 18/5

agreement [4]  13/8 13/10 15/21 27/15
agreements [1]  9/17
ahead [4]  15/11 21/2 22/12 22/15
air [1]  38/10
al [2]  1/7 61/17
Al said [1]  61/17
ALABAMA [7]  1/1 2/4 2/8 3/11 19/12 19/25
 58/6
ALAN [10]  1/14 3/2 3/8 58/6 58/8 58/9 58/10
 69/6 70/4 70/11
all [51]
alleged [2]  50/4 50/8
ALLEN [1]  2/3
along [3]  6/3 7/1 62/8
already [6]  24/7 24/8 24/9 28/14 32/9 49/1
also [8]  7/16 8/21 17/10 24/15 34/20 43/1
 48/24 59/10
alternative [1]  36/3
always [1]  19/14
am [1]  3/13
amongst [1]  7/10
amount [4]  9/25 17/16 29/4 41/8
amounts [1]  18/14
Anlines [7]  14/6 14/9 14/17 14/24 15/3 15/22
 17/14
annual [1]  11/21
another [9]  3/25 11/24 36/10 36/12 40/17
 43/23 51/1 52/21 59/2
answer [18]  3/22 3/24 13/5 22/12 25/9 29/15
 39/1 39/23 40/4 40/22 44/16 45/21 49/4 52/8
 55/11 55/14 59/20 60/3
answer's [1]  49/8
answering [1]  3/18
answers [1]  38/9
anticipated [1]  31/23
anticipating [1]  21/4
any [26]
anybody [7]  10/24 29/24 30/6 31/8 37/1
 46/22 47/18
anything [11]  19/18 21/18 23/23 24/19 25/4
 52/13 62/11 64/14 64/19 64/22 66/21
apologized [1]  64/7
appear [2]  54/23 55/3
APPEARANCES [1]  2/1
appears [2]  50/18 53/24
application [2]  13/16 38/8
applications [6]  13/14 23/9 23/10 26/13
 28/22 43/15
approached [2]  8/10 8/15
appropriate [1]  47/10
approximately [5]  7/12 14/10 16/25 27/8
 33/14
April [4]  8/18 31/3 31/5 31/6
April 1 [1]  8/18
are [28]
area [4]  10/20 11/8 12/5 34/24
areas [1]  11/9
aren't [1]  3/12
arise [1]  29/13
Arkansas [2]  14/8 16/24
around [9]  5/24 10/24 17/1 23/11 26/10 27/9
 28/15 32/7 33/7
arrangements [3]  24/8 34/15 34/23
arrived [2]  26/16 28/13
as [54]
ask [9]  14/11 20/1 36/9 45/22 46/25 52/3
 52/8 55/25 63/13
asked [15]  8/20 8/25 10/14 18/25 23/20
 26/12 30/17 34/20 37/25 41/23 42/2 56/2
 63/15 63/16 63/17
asking [7]  3/17 23/8 23/12 25/20 43/20 59/22

# A

asking... [1] 60/11
aspects [1] 19/20
asset [2] 13/23 18/13
assets [3] 12/17 18/6 31/14
assume [6] 35/12 38/18 46/11 54/13 55/6 65/11
assumed [1] 20/1
assuming [3] 20/25 31/6 54/2
assumption [1] 48/22
assured [1] 57/11
assuring [1] 9/13
Atlanta [1] 27/24
attempt [2] 41/19 57/6
attended [3] 4/20 8/9 16/2
attorney [1] 7/2
attracted [1] 12/10
August [14] 21/15 22/3 22/22 24/24 25/2 31/24 41/6 52/16 55/3 55/8 61/11 62/18 63/24 65/5
August 1 [1] 62/18
August 17 [3] 55/3 55/8 65/5
August 25 [1] 61/11
August 25th [2] 41/6 63/24
August 29 [2] 24/24 25/2
available [2] 34/25 68/4
award [2] 8/8 8/10
awarded [1] 8/7
aware [10] 3/12 19/3 27/17 44/7 45/15 45/24 46/5 46/9 47/1 49/11

# B

Bachelor [1] 5/4
back [5] 24/18 58/12 65/4 65/19 65/20
background [4] 4/11 13/13 24/14 42/14
backing [1] 43/1
BAKER [1] 2/7
based [6] 24/8 35/9 41/7 47/9 56/19 59/23
bases [1] 11/21
basically [11] 5/20 7/1 7/6 19/24 21/4 22/25 24/17 26/10 38/7 46/2 55/17
batch [2] 29/16 51/1
Bates [7] 2/16 2/17 2/18 50/18 51/3 51/4 53/9
Bates-stamped [1] 50/18
be [45]
Beach [1] 14/8
bear [1] 40/3
BEARMAN [1] 2/7
BEASLEY [1] 2/3
became [3] 18/20 27/17 43/1
because [16] 7/15 9/25 20/25 26/6 29/12 30/13 36/23 40/17 40/23 40/23 45/22 46/9 52/13 55/12 57/9 60/3
become [1] 12/25
been [43]
before [23] 1/15 3/14 3/21 3/24 4/10 14/2 21/17 25/6 29/20 31/7 31/23 32/4 36/24 43/19 44/9 47/1 48/15 50/21 50/24 51/14 60/25 69/7 70/16
begin [1] 15/5
beginning [1] 1/16
behalf [2] 48/21 63/14
behind [2] 26/6 60/4
being [7] 3/3 18/6 18/7 28/15 28/17 29/3 31/17
belief [2] 63/2 70/9
believe [18] 5/25 16/25 19/5 21/14 22/3 22/22 23/7 23/17 25/17 26/23 27/1 37/22 38/23 38/25 56/15 57/18 57/19 63/19
below [1] 54/20
benefit [4] 44/24 57/14 59/17 59/25
benefits [1] 24/10

BERKOWITZ [1] 2/7
best [8] 13/5 32/2 49/4 49/17 51/25 55/23 66/5 70/9
better [1] 49/22
between [5] 12/13 12/15 16/10 20/15 44/11
between this [1] 12/13
big [4] 5/11 6/11 30/23 34/3
Birmingham [1] 2/8
bit [5] 4/11 12/14 26/20 27/12 63/11
blanks [1] 15/17
board [2] 12/7 20/14
book [14] 10/18 11/4 11/10 11/14 12/5 12/11 18/8 18/18 30/25 44/20 44/24 45/2 45/10 47/2
booking [1] 5/21
born [1] 4/12
both [2] 12/22 62/4
bottom [1] 61/2
boughten [1] 60/5
break [4] 4/6 22/15 48/6 64/24
bring [1] 15/14
broadened [2] 26/19 26/20
brokering [1] 5/21
brought [1] 36/4
building [1] 29/7
bulk [3] 6/6 6/18 8/4
business [19] 5/4 10/18 11/4 11/14 12/5 12/11 18/8 18/8 18/18 30/25 35/19 44/21 44/25 45/3 45/6 45/10 45/17 46/12 47/2
buy [2] 61/17 61/20
buy-out [2] 61/17 61/20
buying [1] 12/16

# C

C:06cv00351 [1] 1/6
C:06cv00351-MEF [1] 1/6
CALDWELL [1] 2/7
call [34]
called [11] 3/2 8/6 21/9 37/20 37/23 42/25 61/17 63/20 63/21 63/21 64/23
calling [1] 61/20
calls [1] 23/22
came [3] 11/24 11/25 20/14
can [30]
can't [7] 15/25 16/1 21/10 39/17 44/15 56/25 67/8
cannot [2] 11/25 17/6
caption [1] 69/7
car [1] 27/5
card [1] 64/21
Carolina [1] 34/14
carrier [8] 5/7 6/6 6/19 8/8 11/15 13/9 19/12 20/19
carriers [2] 11/22 20/18
Carter [3] 2/2 3/5 3/9
Cary [1] 1/17
case [10] 10/17 10/19 12/19 17/10 19/13 34/25 38/18 50/2 50/5 60/9
cases [1] 19/16
cash [1] 18/10
categories [1] 65/5
category [1] 54/18
cause [1] 32/18
CCR [1] 1/15
ceased [2] 45/15 46/6
cell [1] 26/24
certain [2] 14/14 66/9
certify [2] 69/5 70/4

Chastain [3] 34/17 37/19 46/20
Chattanooga [8] 37/20 42/20 44/8 44/12 44/15 65/10 65/16
check [1] 24/14
checking [1] 23/2
checklist [7] 19/15 19/21 20/5 20/8 20/10 51/15 55/16
Childers [13] 26/9 37/22 37/23 37/24 38/1 38/12 38/14 42/25 46/17 55/10 65/24 66/23 66/23
circumstances [2] 32/11 32/17
City [3] 9/24 24/9 70/2
CITY/COUNTY [1] 70/2
Civil [1] 1/5
classroom [1] 29/2
Click [1] 64/10
clients [3] 11/14 47/11 47/12
Clint [1] 3/9
Clinton [1] 2/2
close [2] 18/25 25/5
closed [3] 62/5 62/8 62/16
closing [2] 24/24 25/2
cochairmans [1] 8/10
coded [2] 54/4 66/18
coding [1] 54/6
College [1] 4/20
color [6] 54/4 54/6 58/10 58/12 59/9 66/18
color-coded [2] 54/4 66/18
color-coding [1] 54/6
come [7] 9/21 21/7 24/18 27/5 35/20 39/13 60/7
coming [3] 25/24 36/17 51/19
coming-up [1] 36/17
comment [1] 26/2
comments [1] 29/3
Commerce [1] 2/3
commission [4] 11/13 12/7 69/20 70/18
commissioned [1] 10/14
COMMONWEALTH [2] 69/1 70/1
communicate [1] 41/16
companies [1] 30/22
company [12] 5/10 7/9 7/12 8/23 9/20 10/7 12/18 13/17 17/2 19/25 30/8 60/6
compare [2] 29/21 53/5
compared [3] 30/3 30/6 30/10
compensation [1] 63/13
complaining [3] 31/17 31/19 55/10
complaint [3] 50/5 50/5 50/9
complete [2] 43/11 48/25
completed [1] 20/10
completely [1] 45/23
compliant [1] 9/18
concern [1] 34/3
concerns [1] 42/15
concluded [1] 68/15
condone [1] 17/11
confer [1] 4/6
conference [12] 8/8 8/9 21/13 22/2 22/5 22/21 23/3 23/24 32/15 37/24 38/2 38/4
conform [1] 29/5
confuse [1] 46/1
confused [1] 32/22
consecutively [1] 51/3
consider [1] 8/20
contact [5] 24/12 36/6 47/11 47/18 55/23
contacted [1] 10/12
contains [1] 70/6
continue [1] 46/3
continued [2] 11/18 45/12
contract [2] 12/18 12/19
contractor [12] 8/22 9/16 9/17 11/20 11/23 13/8 13/10 13/15 13/17 15/21 15/21 19/6
contractors [19] 7/5 7/16 8/24 10/1 10/2 10/5

## C

contractors... [13] 10/20 11/12 12/6 12/25
15/6 15/10 17/1 18/10 19/1 19/2 25/12 32/3
60/7
contractors' [1] 11/21
controlled [1] 56/9
conversation [5] 19/11 34/16 43/9 57/10 64/6
conversations [2] 20/16 46/13 46/16 46/19
46/22 52/10
conversion [18] 21/19 19/4 28/4 30/9 31/3
39/16 39/22 40/12 43/11 44/23 51/13 57/1
57/15 58/17 59/13 59/18 60/1 60/13
conversions [3] 44/19 47/9 47/14
convert [3] 13/10 32/2 45/17
converted [4] 8/5 31/17 46/7 63/4
converting [2] 12/17 13/8
COOK [1] 1/21
copies [1] 66/3
copy [2] 55/22 56/3
corner [1] 52/1
corporate [3] 26/11 44/8 67/21
corporation [2] 5/7 49/18
correct [72]
corrections [2] 15/16 70/9
correctly [3] 61/24 61/25 62/3
could [33]
couldn't [3] 34/12 61/17 61/21
Counsel [2] 2/5 2/9
count [1] 32/5
counted [1] 56/25
country [1] 20/17
COUNTY [2] 69/2 70/2
couple [2] 26/3 44/9
course [1] 4/25
courses [1] 5/1
COURT [1] 1/1
cover [1] 19/19
covered [2] 34/22 35/1
created [2] 53/20 65/9
Crete [2] 5/7 5/8
crew [2] 36/18 36/19
CROW [1] 2/3
crowd [1] 37/16
CRST [8] 10/22 11/11 11/11 11/12 13/9
13/12 15/7 17/10
cultures [2] 29/5 29/6
current [1] 12/11
customers [8] 36/2 45/13 47/5 47/7 47/12
47/19 47/24 48/4

## D

D-1 [1] 1/22
daily [1] 11/18
Dakota [1] 8/4
damage [1] 27/10
Darryl [1] 59/5
date [7] 15/14 59/3 61/9 61/11 62/11 62/14
70/11
dated [2] 2/21 59/2
Dave [1] 7/2
David [1] 2/6
day [15] 7/3 7/3 28/17 32/6 32/8 33/2 33/15
33/20 35/9 35/15 36/8 44/9 69/12 70/8 70/17
day-to-day [1] 7/3
days [2] 14/25 25/14
deal [9] 13/22 18/12 31/12 32/4 36/23 38/20
38/25 41/11 46/1
dealing [1] 19/1
dealings [1] 25/10
deals [2] 18/4 18/11
decaling [1] 13/11
decide [3] 20/12 21/15 22/25

decided [2] 6/3 13/23
document 40-22 [1]... 37/17 59/10 59/4? [1] don't [42]
62/23
Defendant's [1] 60/23
Defendants [2] 1/8 2/9
deficiencies [2] 27/18 27/20
degree [1] 5/3
delivering [1] 5/22
demonstrated [1] 67/23
Dennis [23] 19/11 20/14 20/16 20/19 21/12
22/7 23/8 30/15 30/17 35/24 42/19 42/24
42/24 63/16 63/18 63/20 63/21 63/21 63/24
64/1 64/7 64/9 64/15
department [9] 15/12 16/1 16/18 34/23
37/10 37/12 53/22 55/24 56/10
depended [1] 28/12
DEPONENT [1] 68/13
deposed [3] 51/16 51/17 51/19
deposited [2] 15/19 15/20
deposition [10] 1/13 3/14 48/15 51/21 67/21
68/2 68/15 69/6 69/9 70/7
described [3] 12/23 20/5 23/25
DESCRIPTION [1] 2/15
designated [2] 68/1 68/4
detail [2] 19/17 38/11
determination [1] 37/8
determine [1] 37/15
determined [4] 11/2 55/4 56/21 63/11
develop [2] 8/22 8/25
developed [1] 9/19
did [96]
didn't [12] 7/24 10/5 20/20 30/12 35/22 36/7
36/21 40/15 40/21 40/23 43/18 64/8
difference [2] 12/13 12/14
diligence [1] 23/1
diploma [1] 5/1
directed [1] 24/17
directive [5] 41/1 41/3 41/5 41/14 41/22
directly [4] 58/17 59/14 60/14 63/15
disagree [1] 68/7
disagreeing [1] 38/16
disappointed [1] 25/23
discretion [1] 37/12
discussed [1] 23/24
discusses [1] 50/4
discussion [4] 23/14 32/10 42/19 62/7
discussions [4] 8/12 41/7 41/9 44/11
dispatch [2] 5/21 9/15
dispatched [1] 34/12
dispatching [1] 45/13
disqualification [1] 37/16
disqualifications [4] 37/21 44/4 55/9 67/6
disqualified [18] 32/9 32/12 32/16 32/21
33/17 33/22 37/7 37/9 44/5 55/8 57/7 58/16
59/12 60/12 66/10 66/14 66/18 66/25
disqualifying [1] 38/19
disruptive [1] 35/18
distance [1] 24/21
DISTRICT [2] 1/1 1/1
disturbed [1] 32/10
division [8] 1/2 6/20 6/21 6/22 6/25 7/3 8/3
8/5
do [81]
doable [1] 64/19
document [14] 47/4 50/17 51/9 52/21 53/18
53/21 53/24 54/8 55/16 56/12 61/3 66/17 67/5
67/8
documents [5] 48/8 50/11 51/11 51/22 52/9
does [9] 10/16 26/18 37/14 54/23 61/16 62/11
67/7 67/11 67/14
doesn't [1] 59/24
doing [8] 8/11 9/10 10/13 10/25 26/4 28/21
43/2 43/11

Monday [1] 19/25 69/8 26/5 20/5 28/14 30/1
30/16 30/20 52/5
DONELSON [1] 2/7
doubts [1] 28/18
down [20] 3/11 15/15 20/24 21/15 23/21
24/13 24/17 24/18 25/6 26/4 26/11 29/21 32/1
43/3 45/12 45/25 46/2 52/1 56/9 64/17
drill [1] 57/6
drive [3] 29/7 56/22 58/18
driver [37]
drivers [96]
drivers' [2] 54/3 65/4
drug [2] 15/18 28/23
ducks [1] 21/20
due [1] 23/1
duly [2] 3/3 69/6
DuPont [3] 10/19 11/6 11/10
during [4] 8/2 15/22 52/15 69/11
duties [6] 5/18 6/24 7/9 9/7 11/18 28/21

## E

e-mail [2] 21/11 27/22
earlier [2] 31/4 36/5
early [2] 26/23 34/16
easier [2] 36/11 53/7
East [1] 1/17
EASTERN [1] 1/2
eat [1] 68/11
effect [1] 23/11
effectively [1] 45/15
effort [1] 36/6
either [8] 12/18 15/11 21/11 21/12 34/11
62/25 63/1 63/21
else [3] 10/24 23/23 24/19
eludes [1] 43/21
emergency [1] 22/12
Emerson [3] 4/13 4/14 4/15
Emerson-Hubbard [1] 4/15
employed [1] 56/17
employee [2] 26/25 54/16
employees [4] 7/10 7/11 7/13 12/25
end [9] 7/18 18/24 32/6 32/8 33/2 33/15
33/20 41/1 54/8
ended [1] 8/13
enough [2] 28/3 28/9
entail [1] 5/18
ENTERPRISES [1] 1/7
entertain [1] 11/3
entitled [1] 40/4
entity [3] 6/8 7/6 8/3
equipment [8] 18/14 27/1 27/17 27/19 28/5
41/10 42/17 63/12
especially [1] 44/14
Esquire [3] 2/2 2/2 2/6
essentially [1] 46/6
et [1] 1/7
Eubank [1] 15/9
Eubanks [6] 10/12 11/2 13/9 14/6 15/3 15/15
Eubanks' [1] 12/4
even [12] 19/16 20/12 28/4 29/10 29/11 35/6
35/8 39/9 39/12 39/14 39/20 40/10
ever [8] 3/14 29/21 30/1 36/6 42/12 42/13
44/3 51/14
every [5] 19/22 29/13 35/5 35/15 35/19
everybody [1] 24/17
everything [1] 19/20
evidently [1] 17/11
exact [1] 43/25
exactly [2] 5/24 31/5
EXAMINATION [1] 3/5
exception [1] 70/8
excused [1] 27/7

exhibit [27]
Exhibit 54 [1] 60/24
exhibits [3] 58/15 59/11 69/10
exist [3] 67/7 67/11 67/14
expect [1] 66/2
expected [4] 25/24 30/15 30/19 40/18
expecting [1] 40/17
expenses [2] 63/17 64/9
experience [4] 47/9 56/8 56/8 56/19
expires [2] 69/20 70/18
explain [2] 61/24 67/5
explained [2] 35/22 35/24
explains [1] 54/17 66/17
explanation [3] 18/1 31/7 57/4
Express [1] 10/3
expressed [2] 40/12 42/15
extent [1] 67/10
extenuating [1] 32/11

## F

face [1] 32/1
facilitate [1] 10/1
facilitator [1] 24/19
facilities [3] 4/7 10/8 13/7
facility [3] 8/21 9/13 9/14
fact [1] 62/20
facts [1] 60/4
failing [1] 35/1
fair [5] 4/8 21/17 26/15 56/19 67/10
fall [2] 8/7 54/18
far [1] 17/25
Farnsworth [4] 20/14 22/7 48/19 48/20
faxed [1] 15/11
feasible [3] 35/13 35/16 36/1
February [3] 1/10 69/12 70/8
feel [1] 64/20
feeling [3] 25/9 29/11 39/8
few [3] 23/16 24/5 39/12
fifth [1] 38/7
filed [2] 54/17 69/11
files [14] 12/20 13/13 44/7 44/12 44/13 44/15
  44/16 44/17 54/15 65/10 65/12 65/14 65/15
  66/3
filing [1] 13/7
fill [2] 13/14 15/17
filled [3] 15/10 15/17 32/7
filling [2] 15/18 43/15
finally [1] 25/15
financing [1] 7/7
find [5] 4/11 33/25 34/9 43/25 66/13
findings [4] 39/19 39/20 40/25 41/10
finish [3] 3/21 3/24 4/25
finished [3] 5/1 64/11 68/3
finishing [1] 23/1
first [11] 3/3 17/21 18/5 18/20 19/3 22/1
  27/19 42/10 42/12 42/13 49/11
fixing [1] 52/11
fleet [1] 5/20
flew [1] 12/2
flight [1] 24/7
Flip [1] 58/12
Florida [1] 8/9
focus [4] 26/15 26/17 26/19 27/16
folks [3] 12/10 34/21 67/25
follow [1] 40/21
followed [1] 12/6
follows [1] 3/3
force [1] 12/17
foregoing [2] 69/6 70/5
form [11] 13/16 15/16 45/18 49/20 57/16
  58/19 59/19 60/8 63/5 65/17 66/24
former [1] 28/25
forms [2] 15/8 15/19
forth [1] 9/15
forward [4] 23/1 42/18 62/25 63/1
found [3] 18/24 29/1 31/23
foundation [1] 57/17
four [6] 14/25 16/11 16/13 24/22 31/7 43/23
fourth [1] 38/7
frame [1] 25/7
Frank [11] 26/9 32/9 32/15 37/22 38/8 42/25
  42/25 43/1 43/4 46/16 55/9
Franklin [1] 26/25
free [1] 64/20
freight [10] 11/7 11/10 14/7 16/22 16/24 17/3
  17/10 17/14 20/15 34/11
Fremont [1] 4/20
front [1] 18/7
fuel [1] 29/8
full [1] 3/7
Fuller [1] 8/16
FURTHER [2] 68/13 69/9

## G

G.F [51]
gain [1] 18/8
gaining [2] 18/8 18/9
game [1] 21/1
gave [5] 19/24 33/11 41/3 42/13 59/24
gentleman [2] 10/12 10/17
gentlemen [1] 6/3
get [41]
gets [1] 49/15
getting [10] 15/2 15/9 15/10 18/24 26/2
  29/10 30/24 30/25 38/9 42/24
gist [1] 23/7
give [8] 4/2 6/13 15/25 23/18 38/11 40/3 41/5
  41/17
given [7] 3/14 25/11 32/1 37/3 41/1 69/12
  70/7
gives [1] 21/3 37/11 65/5
gleaned [1] 20/9
go [30]
goals [1] 18/17
goes [1] 56/9
going [51]
gone [4] 21/21 28/4 38/25 45/25
Gonzalez [3] 12/1 12/10 14/7
good [3] 22/1 28/24 31/15
goodwill [1] 18/15
got [28]
gotten [2] 21/19 63/3
grabbed [1] 26/3
graduate [2] 4/16 4/22
graduated [2] 4/18 5/6
Granitesville [3] 34/13 36/15 36/19
great [1] 29/4
grew [1] 7/9
ground [1] 3/19
group [6] 10/20 12/5 13/6 14/12 14/13 24/13
growing [1] 9/15
guess [7] 20/25 25/9 28/12 30/17 31/25 45/9
  49/5
guidelines [5] 29/22 29/22 30/3 30/10 30/10
guy [13] 1/4 3/10 20/18 20/19 35/22 38/10
  42/20 43/9 46/13 61/6 63/13 64/3 64/9
Guy's [3] 63/20 63/23 64/12
guys [2] 21/15 32/12

## H

had [63]
hadn't [4] 21/18 21/21 21/23 62/2
half [3] 6/19 16/25 28/17
Hall [1] 2/6
hallway [2] 45/21 51/18
hand [2] 52/1 69/16
handled [3] 61/23 61/25 62/3
handwriting [1] 50/22
handwritten [3] 50/18 51/2 51/12
Hang [1] 52/3
happen [3] 35/3 36/21 36/24
happened [7] 7/25 38/3 41/25 42/7 42/22
  42/23 45/2
happening [1] 24/5
hard [1] 40/4
Harlin [9] 19/8 22/7 39/18 41/4 41/5 41/19
  42/17 63/18 64/10
has [12] 19/11 52/21 55/17 56/20 56/24 61/9
  61/14 65/23 65/24 66/17 67/4 67/22
haul [1] 11/11 11/12
hauling [3] 34/11 45/13 45/14
have [120]
haven't [1] 52/13
having [2] 43/9 59/25
he [57]
he'd [1] 64/10
he's [4] 24/8 49/20 51/12 59/10
head [1] 28/11
heads [3] 19/24 21/3 21/19
heads-up [1] 19/24 21/3 21/19
hear [3] 31/15 64/1 64/3
heard [3] 27/19 31/16 35/24
Heiser [3] 1/15 69/4 69/17
help [6] 8/25 27/3 34/18 36/3 64/19 64/22
helped [1] 10/1
helping [1] 27/2
HENRICO [1] 2/5
here [9] 3/16 4/2 4/5 42/15 48/22 49/6 51/20
  58/9 67/24
hereby [2] 69/5 70/4
hereof [1] 69/11
hereto [1] 69/8
high [3] 4/14 4/16 4/18
highlight [1] 54/14
hill [5] 27/5 27/7 42/1 45/25 46/2
him [30]
HINGST [7] 1/14 3/2 3/8 3/9 69/6 70/4 70/11
hire [1] 7/8
hiring [2] 7/4 13/21
his [14] 11/2 11/11 15/3 24/13 37/10 37/11
  37/16 45/13 45/17 46/12 53/23 57/12 61/7
  63/14
hold [4] 9/4 24/4 24/15 32/14
hope [1] 25/12
hours [1] 24/22
how [29]
HR [1] 19/20
Hubbard [1] 4/15
human [1] 24/9
hung [1] 64/15

## I

I'd [10] 8/11 24/19 29/15 31/25 53/2 55/23
  56/4 57/9 60/8 64/17
I'll [9] 3/17 3/19 3/24 4/7 24/12 41/13 43/7
  48/24 61/1
I'm [27]
I've [13] 22/12 24/9 50/20 51/1 51/15 51/16
  51/18 51/18 51/19 52/12 60/20 60/22 60/25
IC [1] 8/25
identify [3] 50/19 51/9 58/2
immediately [1] 34/22
improper [1] 47/18
inbound [1] 34/18
inbound-outbound [1] 34/18
INC [6] 1/3 1/7 1/21 6/10 6/18 8/2
included [1] 55/9

incomplete [1] 68/2
independent [17] 7/5 7/16 8/22 8/24 9/16
  9/17 9/25 10/5 11/12 11/19 12/25 13/8 13/10
  15/6 18/10 19/2 19/6
individual [2] 16/1 16/19
individually [1] 1/4
inform [1] 61/19
information [2] 20/9 21/24
initial [2] 26/17 26/18
initially [1] 28/13
inspections [1] 27/23
instance [1] 1/14
instances [1] 59/16
instruct [1] 52/7
instructed [1] 41/10
insurance [3] 7/7 11/21 11/22
interest [1] 10/13
interested [2] 8/11 10/25
introduced [2] 26/9 42/9
involve [1] 15/1
involved [16] 12/24 13/2 14/2 17/8 18/20
  20/2 20/4 20/21 21/5 30/13 30/24 31/4 62/21
  63/3 63/8 63/12
involvement [4] 10/18 13/8 22/1
involving [2] 17/22 17/22
irrelevant [2] 39/24 40/1
is [77]
isn't [5] 31/3 31/12 40/10 40/13 40/22
issue [2] 23/25
issues [5] 26/16 27/10 28/5 29/13 31/8
it [140]
it's [26]
its [1] 46/6

**J**

J-e-a-n [1] 3/8
Jacobson [4] 6/10 6/18 6/20 8/2
Jean [1] 3/8
Jeff [7] 10/11 10/14 19/8 20/11 20/16 21/12
  28/7
Jerry [2] 26/25 27/2
Jim [4] 10/12 11/1 12/4 15/3
job [2] 8/19 19/23
jobs [1] 9/14
John [26]
joint [1] 8/11
JTI [2] 8/6 8/7
July [5] 18/24 62/6 62/9 62/11 62/17
July 15 [3] 62/9 62/11 62/17
June [1] 69/20
just [19] 6/24 8/1 9/9 12/22 23/25 26/3 26/10
  27/11 28/13 31/22 35/10 35/13 35/16 40/3
  40/15 53/4 53/6 59/24 67/20

**K**

keep [4] 9/18 35/1 45/12 45/13
KELLY [74]
Kelly's [11] 31/20 41/23 42/6 42/8 45/2
  47/11 47/19 47/19 47/24 59/17 65/24
kept [7] 6/15 43/20 55/21 65/14 65/16 66/3
  66/9
Kimberly [4] 1/15 4/2 69/4 69/17
kind [9] 3/17 7/17 19/15 20/11 20/18 21/1
  21/20 24/6 26/3
Kings [1] 14/7
knew [5] 19/1 31/25 32/20 44/15 44/16
Knight [6] 2/19 58/6 58/8 58/9 58/10 58/16
know [79]
knowledge [1] 70/9

**L**

lack [1] 57/16

Lake [2] 9/24 24/8
larger [10] 69/9 69/18
larger [1] 34/4 35/11
late [2] 31/23 32/20
later [10] 10/4 26/20 40/7 57/5 58/17 59/13
  60/13 63/3 63/8 64/13
laws [1] 9/19
lawsuit [2] 3/11 4/10
lawsuits [3] 49/12 49/12 49/18
lawyer [4] 4/5 4/6 56/11 68/10
lawyers [1] 61/3
learn [3] 25/1 28/25 45/5
learned [1] 25/3
lease [2] 9/19 9/21
leash [1] 21/1
leasing [1] 9/19
least [4] 23/18 34/8 44/9 46/11
leave [3] 6/2 7/23 7/24
leaves [1] 49/5
left [10] 5/23 5/25 45/24 46/14 46/17 46/20
  46/23 64/12 64/21 64/21
length [1] 17/11
let [15] 3/21 3/24 14/11 34/20 43/6 46/25
  48/13 50/12 52/3 52/14 53/8 57/21 58/21
  60/20 60/22
let's [9] 21/13 23/19 26/5 28/14 41/18 48/6
  49/11 53/6 64/24
letter [6] 2/19 2/20 58/4 59/2 60/5 60/9
like [18] 9/16 12/4 19/12 23/10 25/12 32/22
  34/13 39/6 51/1 51/12 53/1 53/1 53/2 56/4
  57/18 58/4 59/24 66/21
Lincoln [3] 8/21 9/13 9/14
line [1] 32/25
lined [1] 24/16
lines [3] 9/23 10/23 62/8
liquidate [1] 27/3
Lisa [1] 22/7
list [11] 18/25 20/23 47/4 53/24 54/16 55/19
  55/21 56/8 60/5 60/7 60/10
listed [4] 56/17 58/8 58/9 59/6
listener [2] 28/24 31/15
listening [4] 28/25 29/1 29/3 39/7
litigation [2] 49/25 53/18
little [7] 4/11 12/14 14/8 16/24 26/20 42/14
  63/11
load [3] 11/13 34/18 35/15
loading [1] 34/13
loads [5] 5/21 5/21 5/22 34/21 34/25
location [5] 11/10 15/15 33/13 36/10 36/12
locations [1] 27/24
locked [1] 18/23
log [1] 29/8
long [7] 4/7 5/14 6/17 6/22 9/4 10/21 14/23
look [8] 10/14 20/17 37/14 48/7 53/2 58/2
  58/7 59/24
looked [6] 10/7 10/7 12/4 12/9 21/23 30/8
looking [3] 10/23 27/25 58/15
looks [7] 19/12 51/1 51/12 53/1 53/1 53/4
  58/20
lose [1] 36/2
losses [1] 36/4
lost [2] 45/6 45/10
lot [7] 10/5 21/1 25/20 25/24 27/9 29/11 39/8
Louisiana [2] 12/2 14/7
Lutheran [1] 4/20

**M**

made [15] 16/16 19/3 24/8 26/2 28/6 29/3
  34/22 37/8 37/16 43/19 56/25 62/24 66/3
  66/24 68/4
mail [2] 21/11 27/22
mailed [1] 15/11
main [4] 15/2 27/6 27/16 28/20

mainly [1] 8/12
maintenance [3] 69/9 19/20
majority [1] 45/6
make [12] 15/16 16/5 19/17 23/22 34/17
  34/20 36/6 36/11 39/17 41/19 61/18 61/21
management [2] 5/20 40/25
manager [2] 11/9 19/6
managing [3] 8/21 9/12 11/19
many [20] 5/23 7/11 13/25 14/9 14/17 14/18
  16/6 16/7 16/7 16/23 23/13 26/5 26/13 32/5
  32/24 33/5 43/20 43/24 44/15 56/14
mark [8] 50/12 51/4 53/4 53/6 53/9 57/22
  58/22 60/21
marked [11] 48/14 50/15 51/7 52/22 53/12
  57/25 58/24 60/18 60/20 60/22 60/23
marks [1] 54/15
Martin [11] 19/5 19/9 24/4 25/19 27/22
  37/25 38/1 38/3 44/11 50/23 51/12
matter [1] 70/5
matters [2] 50/4 50/8
Max [1] 8/16
may [2] 9/8 9/8
maybe [2] 45/10 68/8
me [56]
mean [24]
meaning [1] 17/7
means [3] 54/6 54/11 58/13
meet [4] 13/20 16/11 16/14 27/13
meeting [2] 61/14 62/14
MEF [1] 1/6
mentioned [8] 16/22 18/5 27/22 31/14 36/5
  36/9 37/19 64/9
merger [2] 8/12 30/14
met [3] 3/9 42/10 61/11
METHVIN [1] 2/3
MIDDLE [1] 1/1
Midland [1] 4/20
midpart [1] 6/21
midst [1] 43/10
midweek [1] 24/18
Midwell [1] 10/3
might [2] 50/1 50/7
mile [1] 27/5
MILES [1] 2/3
million [1] 7/22
mind [3] 11/25 32/18 56/25
minimum [1] 56/7
Minnesota [1] 6/7
minute [1] 64/13
minutes [1] 42/3
miss [1] 19/18
missing [1] 44/13
Mister [1] 48/18
Monday [3] 24/12 34/17 55/13
Mondays [1] 25/22
money [2] 15/19 18/7
Montgomery [1] 2/4
months [1] 31/7
Moore [12] 24/13 30/19 32/14 37/10 37/11
  37/16 38/1 53/23 56/20 66/6 66/7 66/13
more [13] 7/15 20/18 23/13 23/16 24/20
  25/24 28/25 34/10 41/17 41/17 41/18 49/25
  50/8
morning [7] 21/14 24/12 26/23 26/24 32/16
  41/1 43/22
most [3] 23/3 45/16 56/15
move [3] 42/18 62/25 63/1
MR [62] 3/5 3/9 38/3 38/14
Mr. [31]
Mr. Chastain [1] 34/17
Mr. Childers [4] 37/23 37/24 38/12 66/23
Mr. Farnsworth [1] 48/20
Mr. Harlin [5] 39/18 41/19 42/17 63/18

Mr. Harlin... [1] 64/10
Mr. Kelly [12] 41/12 42/2 42/2 42/4 43/6 57/10 61/12 61/20 61/24 62/4 62/7 66/23
Mr. Kelly's [3] 41/23 42/6 42/8
Mr. Knight [1] 58/16
Mr. Walden [3] 59/6 59/9 59/12
Mr. Wardeberg [1] 39/18
much [1] 26/8
Mullen [1] 1/17
my [38]
myself [9] 6/3 7/1 7/2 22/8 27/7 29/23 42/9 49/23 64/20

## N

name [7] 3/7 3/9 6/8 6/13 6/15 10/12 61/14
names [4] 14/5 54/3 54/12 65/5
nay [1] 62/24
Nebraska [4] 4/13 4/13 4/21 5/8
need [16] 4/5 13/20 19/13 19/22 20/21 20/23 20/24 21/15 22/14 23/22 27/4 27/6 27/11 43/2 43/6 66/12
needed [5] 9/14 12/20 24/19 34/22 34/25
needing [1] 29/8
negotiated [1] 11/21
Nelson [3] 37/19 37/22 46/19
never [10] 25/4 31/22 39/10 43/25 44/17 50/20 50/24 52/15 60/25 64/23
new [10] 6/13 12/1 12/2 14/6 15/20 16/6 16/12 16/17 17/14 36/19
next [4] 11/17 24/11 41/25 42/22
no [65]
No. [2] 49/5 50/4
No. 4 [2] 49/5 50/4
Nobody [1] 42/21
Nodded [1] 28/11
None [2] 21/25 35/5
normal [1] 35/18
North [2] 2/7 34/14
Nos [1] 48/23
not [85]
Notary [4] 1/15 69/4 69/17 70/20
note [1] 50/18
noted [1] 70/8
notes [4] 2/21 51/2 61/6 66/24
notice [1] 48/14
noticed [1] 67/21
notifications [1] 25/11
notified [2] 49/15 49/22
now [2] 22/15 56/17
number [16] 2/15 14/14 17/23 18/2 23/8 25/23 33/10 33/11 33/19 43/21 44/1 52/1 54/21 55/1 55/9 61/2
numbered [1] 70/5
numbers [1] 18/9

## O

object [8] 40/7 45/18 49/20 57/16 58/19 59/19 63/5 65/17
objection [1] 60/2
obviously [5] 11/18 18/12 24/4 25/21 47/15
off [6] 8/3 8/5 13/12 35/19 61/17 61/20
office [11] 7/4 7/12 41/23 42/1 42/6 42/8 61/14 63/16 63/20 63/23 64/12
offices [1] 44/8
Oh [1] 51/21
Ohio [1] 10/3
Okay [25]
on-site [3] 27/24 43/10 44/10
once [1] 20/10
one [11] 10/9 11/25 12/6 12/9 17/5 35/15 36/7 47/11 47/18 49/13 56/15
ones [2] 32/23 51/24

ongoing [1] 8/13
onshore [1] 28/22
operated [3] 6/18 7/2 8/23
operating [1] 46/11
operation [3] 8/4 34/23 64/18
operations [7] 5/17 5/19 45/16 45/20 46/1 46/3 46/6
opinion [1] 28/3
opportunities [1] 7/4
opportunity [5] 23/17 37/3 40/23 59/17 59/25
ops [1] 5/20
orange [1] 54/14
order [1] 17/16
organization [1] 11/7
organize [1] 13/6
orientation [2] 29/2 39/7
original [2] 54/16 62/5
Orlando [1] 8/9
other [14] 6/3 11/8 17/6 18/4 30/7 30/22 32/23 34/14 44/19 47/14 49/23 49/24 50/7 52/13
ought [2] 11/3 23/18
our [16] 6/4 8/5 11/21 15/11 16/11 18/11 19/16 20/10 20/23 26/4 26/6 32/3 36/18 39/11 41/7 68/1
out [50]
outbound [1] 34/18
outlay [1] 18/10
outlying [1] 11/9
outside [4] 25/19 29/2 31/16 64/25
over [15] 9/21 10/6 12/19 12/24 13/8 13/10 15/7 15/16 23/17 28/22 32/3 32/16 36/16 36/18 56/8
over-the-road [1] 56/8
own [2] 6/4 66/3
owned [1] 60/6
owner [2] 28/25 64/20

## P

p.m [1] 68/15
page [3] 2/15 51/25 56/15
pages [4] 51/15 54/3 56/14 70/5
paperwork [1] 32/8
Parker [1] 7/2
Parkway [1] 1/22
part [3] 15/2 27/18 57/10
particular [9] 10/22 11/13 11/15 15/24 15/25 16/2 21/18 35/9 36/8
partner [2] 7/1 7/2
parts [1] 51/18
pass [2] 14/14 39/18
past [1] 25/10
Pat [1] 8/16
Pate [1] 22/7
pay [2] 11/20 15/18
PC [2] 2/3 2/7
pen [1] 38/9
pending [5] 3/11 4/8 49/12 49/25 68/9
people [23] 7/8 10/7 13/6 21/13 23/20 24/10 24/13 24/16 24/20 26/4 26/11 43/3 43/5 49/22 49/24 50/7 53/23 56/21 66/14 66/17 66/25 67/24 68/3
per [1] 13/18
percent [3] 14/20 26/13 46/12
period [1] 8/2
permission [2] 47/15 47/19
permitting [1] 7/7
person [10] 15/23 15/25 16/2 16/16 19/17 24/20 37/7 48/3 49/17 66/5
personally [1] 29/23
personnel [1] 13/13
persons [1] 48/3

phone [18] 19/11 20/22 20/24 21/5 21/7 26/25 42/19 42/24 42/25 63/16 63/24
phrase [1] 11/4
picked [3] 47/23 65/25 66/1
picture [1] 48/25
place [8] 8/17 9/13 22/3 22/22 24/7 40/12 55/23 69/7
places [1] 34/14
Plaintiffs [4] 1/5 1/15 2/5 3/3
plan [1] 24/12
please [3] 3/7 51/10 58/2
plug [8] 31/12 36/23 40/15 40/23 45/3 47/23 57/5 63/9
point [8] 22/11 22/13 24/20 25/1 26/19 28/12 33/2 46/25
policies [3] 9/17 29/17 29/18
pool [1] 18/16
PORTIS [1] 2/3
position [5] 9/4 9/6 43/5 68/1 68/6
possession [2] 61/7 67/5
possibly [2] 26/6 64/17
potential [5] 11/24 14/13 18/21 19/25 23/12
preparation [1] 51/21
prepare [2] 15/6 21/2
prepared [5] 20/21 21/4 25/11 51/11 51/13
prequalifying [1] 15/13
present [2] 9/10 48/21
presently [1] 9/6
president [2] 5/17 5/18
previously [2] 52/22 60/23
principals [1] 15/2
prior [8] 13/9 20/13 24/5 25/21 27/21 42/23 51/16 51/19
probably [12] 6/19 10/10 28/6 28/16 28/20 33/23 35/17 43/6 49/22 49/24 62/9 64/13
problem [1] 56/11
procedures [5] 9/18 29/17 29/18 31/20 31/20
process [16] 13/4 14/12 14/23 15/1 15/20 15/22 26/8 29/14 29/20 33/14 36/2 36/20 42/16 61/23 61/24 62/21
processes [2] 14/1 30/8
produced [10] 50/11 51/2 53/18 56/1 61/3 66/21 67/2 67/7 67/11 67/13
product [1] 52/10
Professional [1] 1/21
program [7] 8/22 9/16 9/20 9/22 11/20 20/16 32/3
programs [2] 8/25 11/23
promptly [1] 43/8
proper [4] 11/22 37/16 67/25 68/3
properly [1] 15/17
provide [2] 11/22 15/8
PST [1] 9/23
Public [4] 1/16 69/4 69/17 70/20
pull [3] 35/19 40/15 41/11
pulled [8] 31/11 36/23 40/24 45/3 45/11 47/23 57/5 63/9
purchase [6] 9/20 9/21 9/21 12/15 13/23 18/13
purchased [3] 6/6 6/9 18/6
purchasing [1] 18/14
purpose [4] 22/9 22/24 27/2 49/21
purposes [4] 57/1 58/17 59/13 60/13
pursue [1] 23/1
put [3] 12/7 19/21 49/20
putting [1] 9/17

## Q

qualification [18] 12/20 13/16 13/25 14/12 14/14 14/23 15/8 15/16 16/3 23/25 26/16 29/14 29/20 30/8 31/11 33/13 36/20 42/16
qualifications [11] 16/11 16/14 17/14 17/22

# Q

qualifications... [7] 17/24 18/2 31/9 44/10 55/19 56/6 56/6
qualified [40]
qualify [7] 14/9 17/4 17/16 32/5 36/7 36/10 36/13
qualifying [1] 28/22
question [14] 3/21 3/25 4/8 22/13 22/23 39/24 40/5 40/9 45/21 46/5 50/19 51/9 52/4 54/14
questionable [1] 28/1
questioning [1] 32/25
questions [5] 3/18 4/3 52/8 67/19 68/9
quick [1] 64/25
quicker [3] 63/1 63/12 63/12
Quinn [1] 8/16
quite [5] 23/16 27/12 32/10 39/12 45/23

# R

raised [1] 4/12
ran [2] 8/23 8/24
rates [1] 11/20
rather [2] 63/3 63/8
Ray [14] 19/8 20/11 21/12 22/7 23/5 23/6 23/7 23/12 23/17 28/7 41/4 41/5 41/10 41/16
read [3] 50/5 51/19 70/5
real [2] 55/14 64/25
realized [2] 31/8 40/16
really [5] 7/24 13/15 35/13 49/9 49/17
reason [4] 10/23 28/20 29/12 45/9
reasons [4] 12/9 30/23 44/4 66/13
recall [8] 11/25 16/13 17/4 17/5 17/6 24/1 35/25 63/19
receive [1] 11/13
received [7] 10/11 26/24 41/21 50/11 50/17 54/15 60/5
Recess [3] 22/19 48/11 65/2
recognize [4] 50/20 51/15 53/10 59/1
recollection [1] 16/9
recommend [3] 39/21 43/5 64/17
recommendation [1] 39/17
recommended [6] 28/8 28/9 28/16 39/3 39/16 40/11
record [2] 66/9 67/20
records [1] 67/4
red [1] 34/24
Registered [1] 1/21
regulations [2] 9/19 39/11
relations [1] 19/6
relationship [6] 10/18 10/21 11/6 12/15 17/17 18/17
relationships [1] 12/23
reliance [2] 45/16 46/7
reluctance [1] 29/5
remember [11] 16/2 16/19 19/9 23/6 23/23 25/20 26/10 32/24 63/17 64/5 64/14
repairs [1] 27/11
repeat [1] 45/22
replied [1] 23/22
report [2] 19/7 19/22
reported [1] 40/25
Reporters [1] 1/21
represent [2] 3/10 61/1
representative [1] 67/21
required [1] 13/22
requirements [1] 15/5
resource [1] 24/9
respect [2] 14/17 21/18
respond [1] 67/25
response [2] 4/2 23/11
responsibilities [2] 6/25 9/8
responsible [2] 7/3 7/7

rest [3] 40/19 40/22 48/23
revenues [1] 7/17
review [3] 13/13 51/24 65/9
reviewed [3] 44/3 44/17 51/22
reviewing [1] 59/11
Richmond [3] 1/11 1/18 1/22
right [35]
right-hand [1] 52/1
rings [1] 20/25
road [9] 15/18 24/16 26/3 26/4 26/5 27/13 28/22 35/20 56/8
Roanoke [1] 58/6
Rock [2] 14/8 16/24
room [2] 39/7 42/20
Roster [2] 53/15
row [1] 21/20
RPR [2] 1/15 69/17
Rule [1] 1/13
rules [3] 3/19 9/18 39/11
running [2] 6/25 62/17
Russ [13] 24/13 24/15 30/19 32/14 37/10 37/11 37/15 38/1 53/23 56/20 66/6 66/7 66/13

# S

safety [15] 7/7 8/7 13/12 15/12 16/1 16/1 16/18 24/9 24/14 37/10 37/11 53/22 55/23 56/9 56/20
said [24]
SAITH [1] 68/13
sale [5] 8/12 8/13 8/17 8/19 9/9
Salesmen [1] 48/5
Salt [2] 9/24 24/8
salvage [1] 64/18
same [9] 3/19 6/15 9/8 10/2 51/9 57/6 59/2 60/2 70/6
sat [2] 29/2 31/16
satisfied [2] 38/9 67/16
Saturday [5] 21/13 22/4 27/21 32/1 40/18
saw [1] 52/15
say [15] 10/10 11/5 16/10 17/15 21/18 26/15 26/18 28/14 39/17 39/25 55/23 57/6 57/3 67/10 67/20
saying [13] 21/13 23/6 30/7 31/15 33/3 38/15 59/23 63/7 64/1 64/3 64/14 66/16 67/3
says [16] 5/1 23/18 32/15 43/2 43/4 53/15 54/11 54/15 54/20 55/1 55/17 61/2 61/14 61/17 61/23 62/5
scale [2] 29/8 64/17
schedule [5] 26/7 34/19 36/16 36/17 36/20
scheduled [3] 24/7 24/24 25/2
schedules [1] 34/18
school [3] 4/14 4/16 4/19
science [1] 5/4
se [1] 13/18
seat [1] 42/3
second [1] 52/3
section [1] 48/2
see [23] 10/24 20/11 20/11 23/19 25/4 27/3 32/17 40/17 41/18 41/24 42/2 43/17 47/4 48/7 52/14 52/18 53/15 53/16 54/9 55/22 58/7 61/2 61/9
seeing [1] 27/12
seem [1] 57/13
seemed [1] 23/10
seems [1] 59/15
seen [12] 48/15 50/20 50/24 51/14 51/15 51/18 51/18 52/12 52/13 53/14 60/25 65/12
sell [1] 27/3
selling [1] 27/1
send [3] 20/24 21/15 60/8
sent [5] 24/17 26/11 65/18 65/19 65/20
separate [1] 13/17

service [1] 35/1
services [2] 34/13 44/14
set [6] 13/7 15/14 17/15 17/23 25/10 69/7
setting [1] 36/15
seven [1] 25/14
shagging [1] 44/14
sharing [1] 56/12
shopping [1] 10/24
short [3] 21/1 49/9 64/7
shot [1] 23/19
should [9] 23/15 38/15 40/12 41/11 42/18 45/11 62/21 62/22 65/19
shouldn't [1] 65/18
show [11] 19/23 27/6 36/7 43/23 48/13 50/12 53/8 57/21 58/21 60/20 60/22
showed [4] 33/12 35/8 42/4 55/13
showing [2] 24/12 27/9
shows [1] 65/4
signing [1] 15/20
signs [1] 13/11
similar [6] 12/2 49/12 49/13 49/18 50/1 66/25
since [8] 8/23 20/13 24/8 24/20 31/3 51/16 51/17 51/18
sir [68]
sit [4] 15/15 24/18 29/21 37/25
sit-down [1] 15/15
site [3] 27/24 43/10 44/10
sitting [1] 29/2
situation [3] 12/16 14/3 17/21
situations [2] 12/22 17/13
six [1] 69/10
slower [1] 29/8
small [2] 7/6 64/20
smaller [1] 12/3
so [68]
sold [2] 8/3 8/5
solicit [2] 57/6 57/11
solicitation [4] 2/19 2/20 58/4 59/2
solicited [4] 57/19 58/17 59/14 60/14
some [45]
somebody [3] 20/1 55/4 56/20
someone [2] 47/10 56/24
something [11] 6/4 8/6 8/12 11/3 18/25 19/14 27/6 27/23 32/12 36/15 60/5
sometimes [1] 20/13
somewhat [4] 12/3 25/23 63/1 64/18
somewhere [11] 5/24 16/10 17/1 18/23 20/14 23/11 23/15 27/14 27/21 32/7 33/7
sooner [4] 62/21 63/3 63/8 63/9
sorry [1] 47/13
South [1] 8/4
speak [2] 63/18 68/4
specific [4] 18/2 21/23 22/1 66/13
specifically [1] 37/15
specifications [1] 27/13
specs [3] 27/14 27/25 28/1
speculative [1] 39/1
speed [1] 26/8
spent [1] 18/7
spread [1] 7/9
staff [10] 7/4 7/5 7/12 11/2 12/3 15/3 15/9 28/21 43/7 43/10
staffing [3] 9/13 13/6 15/14
stamped [1] 50/18
standards [2] 13/21 13/21
standby [2] 23/21 24/10
Star [7] 12/1 12/2 14/6 16/6 16/12 16/17 17/14
start [8] 3/21 3/24 14/18 15/9 15/10 15/12 19/13 22/5

started [4]  6/20 8/3 14/21 27/9
starting [2]  7/6 36/16
State [4]  1/16 3/7 69/5 69/18
STATES [2]  1/1 60/8
stay [1]  10/2 29/12
stayed [1]  9/8
staying [1]  8/20
step [1]  64/24
still [10]  9/6 13/19 27/16 27/16 39/15 40/11
 43/10 44/12 46/11 64/18
stock [5]  8/13 8/17 8/19 9/9 12/15
stop [2]  35/15 35/19
stopping [2]  22/11 22/13
stops [2]  29/8 29/9
Street [3]  1/17 2/3 2/7
strike [1]  35/6
striking [1]  24/21
Subscribed [1]  70/16
substantial [3]  9/25 18/14 27/10
such [2]  13/9 68/3
sudden [1]  27/12
sued [1]  49/15
Suite [1]  1/22
sum [1]  15/20
summer [1]  4/25
Sunday [1]  40/18
support [1]  36/4
sure [10]  5/24 19/17 22/16 34/17 34/20 45/18
 45/23 53/22 55/11 61/16
surprised [3]  41/14 45/5 57/9
switch [2]  15/6 23/17
switching [1]  12/24
sworn [3]  3/3 69/6 70/16
Systems [7]  14/7 16/22 16/24 17/3 17/10
 17/15 20/15

T
take [11]  4/6 8/17 14/23 22/14 24/6 36/18
 40/12 48/6 58/2 58/7 64/24
taken [4]  1/14 22/19 48/11 65/2
taking [3]  27/9 48/14 69/11
talk [11]  19/22 36/14 37/20 38/10 43/5 49/7
 49/18 52/11 62/20 64/10 66/12
talked [11]  12/13 18/9 18/15 27/14 30/23
 32/22 37/6 42/12 42/13 44/19 63/23
talking [7]  18/13 22/21 23/3 29/1 31/2 33/24
 52/4
talks [1]  30/14
target [3]  17/15 17/23 30/9
targeted [1]  18/2
task [1]  32/1
TC [1]  8/8
tell [25]
telling [1]  41/7
ten [2]  9/12 54/17
tender [1]  11/7
tendering [1]  5/21
tensions [1]  29/6
terminal [2]  11/19 27/6
terminated [1]  32/4
test [1]  15/18
testified [4]  3/3 48/20 65/25 66/24
testify [3]  48/23 49/6 60/11
testimony [12]  31/22 39/14 40/9 40/10 40/13
 47/17 52/15 59/23 62/13 63/7 66/12 67/23
testing [5]  15/18 24/16 28/23 28/23 43/13
tests [4]  26/3 26/4 26/5 35/20
than [12]  7/15 12/4 23/16 29/1 31/4 34/4
 49/23 50/9 52/13 63/1 63/3 63/8
that [337]
that's [39]

their [12]  12/10 13/9 15/4 15/5 15/19 28/21
 30/10 40/8 59/19 66/22 66/3 67/4
them [38]
then [20]  6/20 7/8 10/10 11/1 11/24 15/8
 15/11 15/14 22/13 23/17 24/18 25/4 26/9
 27/11 40/15 43/3 52/7 54/20 61/23 63/17
there [104]
there's [14]  14/12 23/16 24/5 27/23 32/11
 32/17 45/9 49/22 52/1 52/21 54/17 55/19
 66/22 67/8
therefore [1]  48/22
these [39]
they [54]
they're [1]  26/14
they've [1]  26/13
thing [6]  10/2 12/2 26/14 41/17 62/8 64/18
things [2]  24/5 25/11
think [41]
thinking [1]  19/13
this [68]
those [14]  14/5 14/18 16/13 16/17 17/4 29/13
 33/6 41/9 44/4 44/17 45/16 45/19 57/14 65/14
though [5]  35/6 35/8 39/9 39/12 39/20
thought [4]  24/6 30/5 31/25 68/8
thousand [2]  5/25 5/25
three [14]  14/4 14/5 14/25 16/11 16/13 17/2
 17/4 17/9 18/4 18/5 18/11 24/22 31/7 43/23
threw [1]  38/9
through [28]
throughout [1]  60/8
Thursday [5]  26/23 26/24 43/22 45/11 45/25
Till [2]  5/15 6/23
time [31]
title [1]  54/1
today [2]  26/5 67/24
together [2]  19/12 19/21
told [10]  19/9 20/21 22/22 35/10 42/3 42/9
 42/17 42/25 43/4 47/5
Tomlinson [1]  2/2
too [1]  60/21
took [5]  22/3 22/22 31/7 59/16 59/24
top [1]  61/9
topics [3]  48/21 67/25 68/5
total [2]  23/15 54/11
totals [2]  54/9 65/5
tractors [1]  27/4
traffic [1]  11/9
trailers [6]  27/4 27/8 27/10 27/12 27/25 28/2
train [1]  7/8
transcript [1]  69/9
transcription [1]  70/7
transition [1]  10/1
Transport [3]  6/18 6/20 8/2
Transportation [2]  6/10 12/1
tried [2]  26/8 57/9
trip [1]  36/16
truck [6]  9/23 10/23 11/12 13/12 29/8 58/18
trucking [29]
Trucking's [1]  29/21
truckload [1]  8/8
trucks [11]  5/13 5/23 6/12 8/23 9/21 13/11
 34/24 34/24 35/4 35/14 36/4
true [4]  31/3 31/12 69/10 70/6
truth [1]  9/19
truth-in-leasing [1]  9/19
try [10]  6/4 21/2 24/18 25/3 33/25 36/6 36/12
 41/16 42/18 53/5
trying [5]  25/7 28/24 40/3 46/1 57/14
Tuesday [1]  55/13
Tuesdays [1]  25/22
turn [1]  27/13
turn-in [1]  27/13
twice [1]  34/8

swa [11]  6/3 18/4 16/25 17/6 17/9 20/15
 36/23 55/5 56/15 59/16 64/19
type [1]  26/14
Typed [1]  2/21
typewritten [1]  70/5

U
U.S [107]
under [1]  69/12
understand [7]  3/17 8/1 14/11 15/4 24/23
 45/19 45/23
understanding [5]  22/9 22/23 38/14 44/13
 48/23
understood [4]  35/9 38/19 44/20 44/23
undertake [1]  43/17
undertook [1]  43/25
uneasiness [1]  29/5
unit [2]  1/1 60/8
UNITED [2]  1/1 60/8
universe [8]  16/7 16/23 32/23 33/5 34/4 34/6
 35/6 35/10
unqualified [1]  41/8
unrest [1]  29/4
until [3]  6/25 54/16 68/3
up [40]
upset [4]  38/8 38/12 38/17 43/1
us [9]  9/18 19/13 19/14 20/12 22/22 39/13
 51/2 56/12 67/2
use [1]  62/13
used [3]  11/4 27/1 62/24
usually [1]  21/1
utilized [1]  35/4

V
van [6]  6/20 6/22 6/25 7/3 8/3 8/5
vans [1]  7/14
venture [1]  8/11
verbal [1]  4/2
versus [2]  12/15 29/6
very [5]  22/1 35/18 43/23 57/9 64/7
vice [2]  5/17 5/18
Victory [1]  10/3
Virginia [10]  1/11 1/16 1/18 1/22 10/20 11/8
 69/1 69/5 69/18 70/1
visibly [1]  38/8
visit [3]  26/1 26/21 42/5
visited [6]  9/24 11/1 12/3 25/19 39/8 42/4
visiting [1]  15/5
volunteered [1]  24/15

W
Wadley [8]  21/21 25/16 26/16 34/15 36/18
 47/1 52/16 55/13
wait [1]  20/11
wait-and-see [1]  20/11
waited [1]  42/3
Walden [5]  2/20 59/5 59/6 59/9 59/12
walk [1]  9/9
want [8]  4/10 19/14 20/12 51/25 52/9 56/3
 58/7 67/20
wanted [4]  8/4 15/19 37/20 55/21
wanting [1]  29/7
Wardeberg [3]  10/11 19/8 39/18
was [171]
wasn't [7]  16/4 20/13 38/8 38/20 39/12 42/23
 46/1
watching [1]  11/19
way [10]  13/5 14/11 19/22 26/6 27/3 40/19
 43/8 46/25 58/20 59/15
we [96]
we'd [1]  13/9
We'll [1]  64/24
we're [6]  22/21 26/2 26/6 33/23 42/18 48/7
we've [4]  23/9 43/20 44/19 52/5
Wednesday [7]  25/17 28/15 32/6 32/20 33/15

**Wednesday... [2]** 33/20 55/13
**week [3]** 25/14 27/21 40/20
**weekend [4]** 25/14 36/17 36/17 40/20
**weeks [1]** 44/9
**well [27]**
**went [17]** 3/19 5/7 5/12 7/8 9/24 11/1 19/15 23/14 26/10 27/7 34/17 42/1 42/7 44/23 45/12 47/1 59/22
**were [82]**
**weren't [3]** 15/17 34/9 39/11
**West [2]** 10/19 11/8
**Westerre [1]** 1/22
**what [90]**
**what's [6]** 16/23 23/12 33/10 39/25 54/20 55/1
**whatever [3]** 4/7 12/18 27/4
**Wheaton [1]** 6/6
**Wheeling [4]** 10/19 11/1 11/8 11/10
**when [25]**
**where [23]** 4/12 11/7 15/19 17/23 18/3 18/13 20/22 23/8 25/21 26/12 26/14 41/23 42/1 42/5 43/21 55/1 55/21 55/22 59/16 61/2 61/9 65/14 68/11
**whether [13]** 13/22 15/23 16/17 37/15 47/22 55/7 56/16 65/20 65/22 66/8 66/16 66/20 67/8
**which [11]** 14/6 14/6 14/8 15/3 18/9 22/2 26/25 36/4 48/25 51/24 59/10
**while [1]** 28/21
**who [30]**
**who's [3]** 15/22 48/3 58/5
**whoever [1]** 38/16
**whole [1]** 28/23
**Whose [1]** 50/22
**why [23]** 6/2 7/23 16/13 17/4 17/19 18/1 28/19 30/12 31/7 33/25 34/9 38/17 39/5 40/15 40/21 42/15 45/8 57/4 64/8 66/9 66/13 66/17 66/25
**WILEY [1]** 1/21
**will [4]** 14/14 20/19 53/7 53/17
**Williams [1]** 1/17
**willing [1]** 41/11
**wished [1]** 64/16
**wit [2]** 69/2 70/2
**within [2]** 24/21 24/22
**without [5]** 28/15 47/19 57/14 59/18 60/1
**Witness [2]** 1/14 3/2
**wondering [1]** 10/13
**word [1]** 46/1
**words [1]** 62/24
**work [18]** 5/7 5/12 5/14 6/22 10/25 20/5 33/19 39/10 39/13 43/11 48/5 49/24 52/10 57/7 59/22 61/18 61/21 64/8
**worked [4]** 10/21 20/8 62/6 62/9
**working [1]** 20/17
**works [3]** 3/17 19/5 28/23
**would [91]**
**wouldn't [6]** 39/17 55/12 57/13 65/8 66/2 66/4
**writing [1]** 50/20

# X

**XPRESS [100]**
**Xpress's [7]** 29/22 30/4 30/10 31/20 43/10 44/8 61/3

# Y

**yea [1]** 62/24
**yeah [9]** 22/17 28/18 33/23 41/13 49/8 52/25 56/4 60/21 67/17
**year [5]** 4/16 4/24 6/19 6/19 10/4
**years [3]** 9/12 16/25 17/9
**yellow [4]** 58/11 58/13 59/10 66/18

**Yellow's [1]** 58/14
**yes [60]**
**yesterday [8]** 3/10 3/16 3/20 12/14 18/15 48/14 48/20 67/23
**yet [1]** 60/13
**you [322]**
**you'd [1]** 27/19
**you're [11]** 3/12 3/18 12/16 20/18 30/7 31/15 33/3 43/9 49/17 52/11 66/16
**you've [14]** 9/10 12/22 17/16 20/5 21/19 21/20 22/22 30/3 30/8 30/23 31/14 49/1 50/24 51/17
**your [56]**
**yourself [2]** 32/18 43/6