# EXHIBIT "F"

## American Court Reporting
## toll-free (877) 320-1050

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CASE NO: 3:06-CV-351-MEF

G.F. KELLY TRUCKING, INC., and
GUY KELLY, individually,
    Plaintiff,
    vs.
U.S. XPRESS ENTERPRISES, INC.,
et al.,
    Defendants.

DEPOSITION
OF
RANDALL FANT
JANUARY 16, 2007

TAKEN BEFORE: Timothy R. Lovelady
    Certified Shorthand
    Reporter and Notary Public

I N D E X
EXAMINATION BY:                    PAGE NO.
Mr. Hall                    7
DEFENDANT'S EXHIBITS:
68 - Letter (3-6-06)
   Daimler Chrysler          42
69 - Acquisition or Abandonment
   of Secured Property        44
70 - Letter (10-12-05)
   from Daimler Chrysler      46
71 - International letter       47
72 - General Electric Capital
   letter              48
73 - Cintas letter          48
74 - Letter - Final demand
   for payment          49
75 - Letters              51
76 - First Continental Leasing
   letter              52
77 - Letter from S. Sanford
   Holliday             52
78 - CIT Group Disposition of
   Collateral            55

S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the deposition of RANDALL FANT may be taken before Timothy R. Lovelady, Commissioner, Certified Shorthand Reporter and Notary Public, State at Large;

That the signature to and reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions;

That it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of the trial, or at the time said deposition is offered in evidence, or prior thereto.

79 - 10-4-2005 Daimler Chrysler
   sale of collateral        56
80 - Voluntary surrender to
   Omni National Bank        56
81 - E-mail from Danny Frankel    57
82 - 9-20-2005 GE Capital Corp.
   sale of leased tractors     59
83 - 10-9-2005 Mack Finance
   Cancellation of lease      60
84 - GE commerical Finance letter 61
85 - First Continental payoff     61
86 - E-mail for Bob Steiner -
   Payoff to Regions Bank      63
87 - E-mail from Beth Maguire -
   Payoff request          64

## www.AmericanCourtReporting.com
## January 16, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 5

```
 1        A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4        Mr. John Everett Tomlinson
 5        BEASLEY, ALLEN, CROW, METHVIN,
 6        PORTER & MILES
 7        P.O. Box 4160
 8        Montgomery, Alabama 36103
 9
10    FOR THE DEFENDANT:
11        Mr. David B. Hall
12        BAKER, DONELSON, BEARMAN,
13        CALDWELL & BERKOWITZ
14        Wachovia Tower
15        420 20th Street North
16        Suite 1600
17        Birmingham, Alabama 35203
18
19    ALSO PRESENT:
20        Lisa Pate (Via telephone)
21
22
23
```

Page 6

```
 1        I, Timothy R. Lovelady, a Certified
 2    Shorthand Reporter of Birmingham, Alabama,
 3    and a Notary Public for the State of
 4    Alabama at Large, acting as Commissioner,
 5    certify that on this date, pursuant to
 6    Rule 30 of the Federal Rules of Civil
 7    Procedure, and the foregoing stipulation
 8    of counsel, there came before me at the
 9    offices of Baker, Donelson, Bearman,
10    Caldwell & Berkowitz, Wachovia Tower, 420
11    20th Street North, Suite 1600, Birmingham,
12    Alabama 35203, on the 16th day of January,
13    2007, commencing at or about 1:13 p.m.,
14    RANDALL FANT, witness in the above cause,
15    for oral examination, whereupon the
16    following proceedings were had:
17
18            RANDALL FANT,
19    being first duly sworn, was examined and
20    testified as follows:
21
22        THE COURT REPORTER:  Would you
23    like to read and sign your deposition?
```

Page 7

```
 1        THE WITNESS:  No.
 2        THE COURT REPORTER:  Other than
 3    that, usual stipulations?
 4        MR. TOMLINSON:  Sure.
 5        MR. HALL:  That's fine.
 6    EXAMINATION BY MR. HALL:
 7    Q.      Could you please state your
 8    name?
 9    A.      Randall Fant.
10    Q.      How do you spell your last name?
11    A.      F-a-n-t.
12    Q.      Mr. Fant, where do you currently
13    reside, what's the street address?
14    A.      ███████████████████████
15        ████████████████
16    Q.      All right.  Where are you
17    currently employed?
18    A.      I'm not.
19    Q.      I'll tell you what, to make this
20    flow, where did you graduate from high
21    school?
22    A.      Lanett.
23    Q.      Did you attend college or any
```

Page 8

```
 1    type of school after high school?
 2    A.      Yes.
 3    Q.      Where?
 4    A.      Southern Union Junior College
 5    and Auburn.
 6    Q.      Any others?
 7    A.      No.
 8    Q.      Did you get an associate's
 9    degree?
10    A.      I got a BS degree at Auburn.
11    Q.      Oh, and Auburn.
12    A.      Right.
13    Q.      I'm sorry.  Okay.  I'm with you
14    now.  A BS degree in, I'm sorry?
15    A.      Business administration.
16    Q.      Okay.  No post-graduate work?
17    A.      None.
18    Q.      Where did you go to work after
19    college?
20    A.      West Point Pepperell.
21    Q.      By the way, what year did you
22    graduate from Auburn?
23    A.      1968.
```

2  (Pages 5 to 8)

**www.AmericanCourtReporting.com**
**January 16, 2007**

Page 9

1 Q. How long did you work at West
2 Point Pepperell?
3 A. Fifteen and a half years.
4 Q. Roughly, 1983?
5 A. '84, June of '84.
6 Q. June of '84. Where did you go
7 to work after that?
8 A. Southland Communications.
9 Q. What was your job title at West
10 Point?
11 A. I had various jobs. I started
12 out as a general accountant and then I was
13 a senior cost and budget analyst and then
14 I was the assistant general accounting
15 manager.
16 Q. Okay. Are you a CPA?
17 A. No.
18 Q. What was your job title at
19 Southland?
20 A. I was vice-president of finance.
21 Q. How long did you work at
22 Southland?
23 A. Five and a half years.

Page 10

1 Q. To roughly '89, '90?
2 A. '90.
3 Q. '90?
4 A. No, excuse me, '89.
5 Q. '89?
6 A. December of '89.
7 Q. Where did you go to work after
8 that?
9 A. I went to work for Gulf
10 Telephone.
11 Q. What did you do there?
12 A. For about three years, I was a
13 controller.
14 Q. All right.
15 A. And then for six years, I was
16 the general manager of the long distance
17 company they had.
18 Q. Were you living in Wadley at
19 that time?
20 A. No, I lived at Orange Beach,
21 Gulf Shores.
22 Q. All right. What year did you
23 leave Gulf Telephone?

Page 11

1 A. '99.
2 Q. Where did you go to work then?
3 A. I went to work for a wireless
4 company called Digiph, D-i-g-i-p-h.
5 Q. What did you do for them?
6 A. I was the director of sales and
7 marketing.
8 Q. How long were you with Digiph?
9 A. Eighteen months.
10 Q. Where did you go next?
11 A. I was unemployed for a couple of
12 years, somewhere along the way, I don't
13 know exactly how many. A Sabbatical or
14 whatever.
15 Q. Okay.
16 A. Then I next went to work for
17 G.F. Kelly, Inc.
18 Q. Was that in --
19 A. May of '05.
20 Q. May '05, okay. When did you
21 move to Wadley?
22 A. I think it was '03.
23 Q. Okay. Did you have a connection

Page 12

1 to Wadley?
2 A. Actually, it's not -- I don't
3 actually live in Wadley, it's just a
4 Wadley address. But, yes, I had a family
5 farm that's been in my family for four
6 generations.
7 Q. Okay. This is off the record.
8 (Off-the-record discussion.)
9 Q. How did you wind up going to
10 work for G.F. Kelly?
11 A. I had a friend who used to work
12 over there and had given them my name in
13 case they were ever looking for somebody.
14 Q. Did G.F. Kelly, did the trucking
15 company call you or somebody from the
16 trucking company call you?
17 A. Well, they told my friend and I
18 called them.
19 Q. Okay. Did you interview --
20 A. Yeah.
21 Q. Who did you interview with?
22 A. Nelson Chastain, initially, and
23 then Nelson and Guy together later on.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

1  Q.      All right.  You went to work in
2  May of '05.  It's January of '07.
3  A.      November of '06.
4  Q.      Is when you left?
5  A.      Yeah.
6  Q.      Okay.  Have you been unemployed
7  since then?
8  A.      Yeah.
9  Q.      Okay.  What did -- when you
10  heard that Kelly was looking for someone,
11  what kind of job were they looking to
12  fill?
13  A.      CFO, controller.
14  Q.      From your discussions with Mr.
15  Chastain and Mr. Kelly, what were you
16  hired to do?
17  A.      I was hired to be over all the
18  accounting, financial functions.
19  Q.      Were you aware when you hired on
20  that Kelly was at least in preliminary
21  discussions with U.S. Xpress?
22  A.      I knew they had had some
23  discussions with several people about

Page 14

1  selling the company.
2  Q.      Was U.S. Xpress one of them or
3  did you just not know who?
4  A.      I don't remember whether U.S.
5  Xpress was brought up or not.  I know
6  there was two or three they'd had
7  discussions with at one point in time
8  about buying the company.
9  Q.      Was anything said to you about
10  coming back specifically to help them
11  through the process of selling the
12  company?
13  A.      No.
14  Q.      Do you remember what day you
15  were specifically hired?
16  A.      It's like about the first full
17  week of May.  I'm not exactly sure.
18  Q.      Okay.  Were you over accounts
19  payable?
20  A.      Yeah.
21  Q.      What was the status of the
22  accounts payable when you began?
23  A.      They were behind.

Page 15

1  Q.      How were the records, were the
2  records well maintained or did you have to
3  fix things?
4  A.      I would say by my standards they
5  were not well maintained.
6  Q.      Okay.  Were you able to
7  determine what equipment at G.F. Kelly
8  Trucking -- if I say G.F. Kelly, I'm
9  talking about the company, not the man.
10  A.      Yeah.
11  Q.      I forgot my question.  Oh!  Were
12  you able to tell what equipment at G.F.
13  Kelly was leased, what equipment was
14  financed, what equipment was owned?
15  A.      Yeah.
16  Q.      Were you able to trace specific
17  pieces of equipment to specific debtors --
18  or creditors?
19  A.      Yeah.
20  Q.      Which -- did you work just for
21  G.F. Kelly Trucking or did you work for
22  any of Mr. Kelly's other companies?
23  A.      Just G.F. Kelly.

Page 16

1  Q.      All right.  Did you do any
2  personal work for Mr. Kelly?
3  A.      No.
4  Q.      Did you have any responsibility
5  for preparing Mr. Kelly's tax returns?
6  A.      No.
7  Q.      What about the company tax
8  returns?
9  A.      No.
10  Q.      Okay.  That's going to save us a
11  whole lot of time today.
12  A.      I'm not a tax man.
13  Q.      Were you involved at all with
14  the negotiations between U.S. Xpress and
15  Mr. Kelly and Kelly Trucking?
16  A.      Not a lot of, you know, hands-on
17  direct negotiations.  I basically
18  furnished, you know, whatever financial
19  information or leases or loans or
20  documents that they needed, financial
21  statements.
22  Q.      Did you prepare the financial
23  statements?

**www.AmericanCourtReporting.com**
**January 16, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 17

1   A.      I had only been there a month,
2   so I prepared one of the statements.
3   Q.      Okay. Do you remember which one
4   you prepared?
5   A.      I think it was probably May.
6   Q.      May '05?
7   A.      '05.
8   Q.      I'll show you what's been marked
9   as Defendant's Exhibits 2 and 3. They
10  appear to be financial statements for Guy
11  Kelly.
12  A.      That's Guy.
13  Q.      You didn't have anything to do
14  with those?
15  A.      No, sir.
16  Q.      Here's a financial statement
17  December 31, 2005.
18  A.      Not me.
19  Q.      Not you?
20  A.      Well, yeah, let's see. This one
21  was performed by the people down the
22  street. Newman's Accounting did this one.
23  Q.      That's probably something on

Page 18

1   there that obviously says that that I
2   missed.
3   A.      I don't see it, but...
4   Q.      Oh, okay. You can just tell
5   from the appearance?
6   A.      Yes.
7   Q.      Do you have a copy of the 2005
8   financial statement that you prepared?
9   A.      No.
10  Q.      Did you give that to U.S. Xpress
11  or do you know if it was given to U.S.
12  Xpress?
13  A.      2005?
14  Q.      Yeah, May 2005.
15  A.      May 2005, I think, was given to
16  them.
17  Q.      Okay.
18  A.      Either May or April, I'm not
19  sure which at that time.
20  Q.      If it was April, it would have
21  been prepared by your predecessor, I
22  guess?
23  A.      Yeah, I think we kind of worked

Page 19

1   on that one together there at the end
2   there.
3   Q.      Okay. I'm making sure I'm not
4   missing -- what type of -- did y'all keep
5   a general ledger at Kelly Trucking?
6   A.      Yes.
7   Q.      What kind, was it handwritten or
8   Quick Books?
9   A.      It was McLeod.
10  Q.      McLeod. Was that in electronic
11  format software?
12  A.      Yes.
13  Q.      I'm not familiar with McLeod.
14  Is that specific to transportation?
15  A.      Yes.
16  Q.      Okay. Are you able to track or
17  are you able to go back into that software
18  and determine what expenditures were made
19  throughout the year?
20  A.      Yes.
21  Q.      Okay. What I'm getting at is:
22  Is there any way to go back and -- I mean
23  if you enter information, is there any way

Page 20

1   to go back and change it once it's entered
2   into the system?
3   A.      I don't really know.
4   Q.      Okay.
5   A.      If you could -- I'm sure there's
6   some way you could, but...
7   Q.      And I wasn't asking about you
8   specifically, but about anybody in
9   general.
10  A.      Yeah.
11  Q.      You said you didn't have
12  anything to do with the tax returns.
13  A.      Uh-uh.
14  Q.      Do you remember generally what
15  accounts -- what creditors Mr. Kelly had
16  when you began working or G.F. Kelly had
17  when you began working there?
18  A.      There were quite a few.
19  Q.      If I showed you a list would you
20  be able to name them?
21  A.      Oh, yes.
22  Q.      This is for the record here,
23  we're referring to Exhibit 13, Plaintiffs'

**www.AmericanCourtReporting.com**
**January 16, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 21

1   Answers to Interrogatories Exhibit A.
2   Looking at that list, can you determine
3   which of those were existing creditors of
4   G.F. Kelly trucking in May 2005?
5   A.      Yes, most of them I can.
6   Q.      Okay. Those that you know,
7   could you name them off of that list?
8   A.      Okay. AmSouth Leasing was one.
9   This CEF was really General Electric.
10  CitiCapital was one. Colonial Bank we
11  had. Compass Bank we had. I think AEL
12  Leasing had been assumed by maybe GE or
13  CitiCapital, one.
14  Q.      Okay.
15  A.      Daimler Chrysler. We had Dell
16  Accounting, Dell Financial. FCC
17  Equipment. Financial Federal. First Bank
18  of Wadley. First Continental Leasing.
19  First Leasing, we had a small. General
20  Electric we had. GMAC we had. Omni
21  National Bank we had. Packard Financial
22  we had. Regions Bank we had. SouthTrust.
23  US BanCorp.

Page 22

1   Q.      When you began in May of 2005,
2   do you recall which of those creditors
3   that Kelly Trucking was behind on?
4   A.      Probably most.
5   Q.      Okay. Do you know how many days
6   behind they were, or it was?
7   A.      Anywhere from thirty days to
8   ninety days, probably.
9   Q.      At any time between May of 2005
10  and the end of July 2005, did Mr. Kelly or
11  anyone else at Kelly Trucking give you
12  instructions to cease paying creditors?
13  A.      Somewhere when we started
14  negotiations with U.S. Xpress we were
15  going to hold off on paying. I'm not sure
16  exactly what date it was.
17  Q.      Okay. Whose decision was that?
18  A.      That would have been Guy's.
19  Q.      Did you make any, for lack of a
20  better word, policy decisions in that
21  regard or did you have any input in that
22  decision?
23  A.      Not really.

Page 23

1   Q.      Do you know why the decision was
2   made to hold off, why Mr. Kelly made the
3   decision to hold off on paying the
4   creditors?
5   A.      U.S. Xpress was going to pay off
6   the notes and leases.
7   Q.      Is that based upon what he told
8   you or your discussions with somebody
9   else?
10  A.      It was in the document, they
11  were going to assume or payoffs.
12  Q.      Do you remember what document,
13  if I showed it to you?
14  A.      The purchase agreement, I think.
15  Q.      I show you Defendant's Exhibit
16  45 and ask if that's the document you're
17  referring to?
18  A.      Yeah. Somewhere it's in here.
19  Let's see. Payoff. That's the section I
20  was thinking about here. It may be
21  somewhere else.
22  Q.      Section three point seven?
23  A.      Yeah.

Page 24

1   Q.      I've got to get my glasses just
2   right. Did you review the purchase
3   agreement, what I'm referring to as
4   Defendant's Exhibit 45? Did you review
5   that at any time prior to August 25th,
6   2005?
7   A.      Yes.
8   Q.      All right. Did you give Mr.
9   Kelly any advice regarding this asset
10  purchase agreement?
11  A.      Yes.
12  Q.      What advice did you give him?
13  A.      The one thing I gave him was
14  that there's a clause in there about the
15  driver's qualification, it's pretty
16  open-ended in U.S. Xpress' favor. We
17  didn't know what their driver
18  qualifications were.
19  Q.      Okay. Was that before or after
20  he signed it?
21  A.      Before.
22  Q.      Okay.
23  A.      There were several different

**www.AmericanCourtReporting.com**
**January 16, 2007**

# American Court Reporting
## toll-free (877) 320-1050

Page 25

1  things that I had marked, but it's been a
2  long time ago. One thing Guy said he was
3  going to get some good will, but there was
4  never anything in the purchase agreement
5  about good will payment to him.
6  Q.    Okay.
7  A.    And back on these lease
8  payments, we did go back after Guy had
9  first said -- when we first started
10  talking with them not to pay anything, we
11  did go back and make payments.
12  Q    When did you do that?
13  A.    I don't really remember, but
14  somewhere between the June, July time
15  frame and the August time frame.
16  Q.    Would those payments be
17  reflected in the -- I'm going to call it
18  the general ledger, for lack of a better
19  term?
20  A.    Yeah, they're reflected there as
21  well as in the accounts payable, the
22  history file.
23  Q.    How was Mr. -- or how was Kelly

Page 26

1  Trucking able to -- well, let me ask you
2  this: Did they go back and bring the
3  payments current?
4  A.    Some were, some weren't.
5  Q.    How would you describe Kelly
6  Trucking's financial situation in May of
7  2005 when you joined it?
8  A.    Bad.
9  Q.    Were you brought back to help
10  turn Kelly around?
11  A.    Yeah.
12  Q.    After you were hired, were you
13  able to make a -- had a chance to review
14  the situation, were you able to make an
15  assessment as to whether it could be
16  turned around?
17  A.    I had gone -- I think Guy was
18  out of town when I discovered what I
19  thought the condition we were in. So I
20  went to Nelson and told him I thought they
21  needed to pursue selling the company or
22  put some money in and let's re-organize
23  and restructure some things.

Page 27

1  Q.    Okay. Do you remember roughly
2  when you had that conversation with Mr.
3  Chastain?
4  A.    I think it was probably early to
5  mid June.
6  Q.    Did you ever express that
7  opinion to anyone at U.S. Xpress?
8  A.    No.
9  Q.    Okay. What was Mr. Chastain's
10  response?
11  A.    I think Guy was out of town on a
12  family vacation or something at that time
13  and he said he'd get with Guy that weekend
14  when Guy got back in town.
15  Q.    Barring a sale of the company or
16  restructuring, what was, in your opinion,
17  was going to happen with Kelly Trucking?
18  A.    I think there was going to be
19  some tough times.
20  Q.    Did you think that not going
21  either one of the alternative routes that
22  you proposed to Mr. Chastain, did you
23  think that you would be able to turn it

Page 28

1  around?
2  A.    I thought it was possible that
3  we could do it.
4  Q.    Do you think it was probably?
5  A.    I think it could have, you know.
6  Q.    What kind of restructuring would
7  have to take place?
8  A.    One of the big problems we had
9  they had entered into a factoring
10  agreement. And during 2005, that
11  arrangement had cost them about just short
12  of half a million dollars. I feel like if
13  we could get out of that and get some
14  conventional financing it would save some
15  money there.
16  Q.    Were they factoring the
17  receivables?
18  A.    Yes.
19  Q.    With whom?
20  A.    Gosh, I didn't think I'd ever
21  forget that name. I'll think of it after
22  while.
23  Q.    Okay. If you think of it, just

## www.AmericanCourtReporting.com
## January 16, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 29

1  blurt it out.
2  A.    ICC.
3  Q.    Okay.
4  A.    Interstate Capital Corporation.
5  When you get old, you have those moments.
6  We had debt and I thought we could
7  restructure some of the debt because they
8  had a lot of debt payments coming due in
9  the next couple of years. If we could
10 renew some of that and stretch some of the
11 payments out.
12 Q.    You're talking about
13 consolidating some?
14 A.    Yeah.
15 Q.    Did you ever have any
16 conversations with Mr. Kelly about your
17 assessment?
18 A.    Yeah, after he got back and he
19 said -- he decided, he thought, well, I've
20 already had some discussions with U.S.
21 Xpress so I'll just give them a call back.
22 Q.    Okay. How involved was Mr.
23 Kelly in the management of Kelly Trucking?

Page 30

1  A.    I think when I first got there
2  he was probably not as closely involved as
3  he had been in the years past. I think he
4  kind of turned a lot of that over to
5  Nelson. Nelson was kind of his partner.
6  Guy still had the final word, but Nelson
7  handled the day-to-day details.
8  Q.    All right. Do you know what Mr.
9  Kelly, what he was working on otherwise?
10 A.    He had some timber interest,
11 timber business he had. And he had some
12 spotting companies.
13 Q.    Did you ever meet with any of
14 the USX people regarding any of these
15 negotiations?
16 A.    I don't have a whole lot of
17 direct memories. The time I remember
18 being in a meeting with them was -- I'm
19 not sure of the date, but there were a
20 couple of guys down there that were in
21 their maintenance department, I guess.
22 They were there and Dennis Farnsworth was
23 there.

Page 31

1  Q.    Did you have any discussions
2  with them about the deal, the
3  negotiations?
4  A.    I think initially we were
5  discussing which of the equipment they
6  were going to take and keep or which ones
7  they didn't want to fool with or
8  whatever. I think that was what they --
9  what the meeting had started off about.
10 Q.    Was anybody else there from
11 Kelly Trucking?
12 A.    Guy was there and I think Nelson
13 was in there and I think maybe Frank
14 Childers was there and Jim Baker, I think.
15 Q.    And what was the -- was this
16 near the end, at the middle or in the
17 beginning?
18 A.    I think it was probably close to
19 the middle.
20 Q.    Okay. Were there discussions
21 about specific pieces of equipment?
22 A.    I think it was kind of talking
23 about, you know, the equipment and how to

Page 32

1  go about bringing it together. It's
2  scattered out over the southeast so the
3  dispatch group has got to, you know, make
4  arrangements to get it pulled back in to
5  where U.S. Xpress wanted it to be housed.
6  I think that was the main thing that was
7  going on there.
8  Q.    Did you ever have any
9  discussions with or hear anyone from U.S.
10 Xpress say anything about the purchase
11 agreement?
12 A.    I think the only thing that came
13 up in this one was that sometime prior to
14 this one they had been down and picked up
15 some driver files and carried them back to
16 Chattanooga, I guess.
17 Q.    Okay.
18 A.    And I think maybe Dennis brought
19 it up or something. I'm not exactly sure
20 of these numbers, but they had been
21 through, like I say, I think like ninety
22 of the files and only like thirty of them
23 were going to meet their qualifications.

8 (Pages 29 to 32)

**www.AmericanCourtReporting.com**
**January 16, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 33

1   That's pretty much about the only time I
2   heard any. I wouldn't swear that either
3   one of those numbers are correct, but it
4   was somewhere in that range, I think.
5   Q.    Okay. Was this at the same
6   meeting --
7   A.    Yeah.
8   Q.    -- with the discussion about the
9   equipment?
10  A.    Yeah.
11  Q.    Okay.
12  A.    It just kind of somehow evolved
13  over to that.
14  Q.    Okay. Did you have anything to
15  do with the drivers?
16  A.    No, I didn't.
17  Q.    Okay. No knowledge about
18  driver's files or anything like that?
19  A.    Other than I just remember when
20  they came down and picked them up, they
21  came to our office initially looking for
22  them and they weren't in the building we
23  were in. I just know they came and picked

Page 34

1   them up.
2   Q.    At any time, did Mr. Kelly
3   transfer any assets, any tangible assets
4   or cash, from Kelly Trucking to any other
5   entity or person?
6   A.    No, it was the other way
7   around. He put cash in the company.
8   Q.    From where?
9   A.    Personal cash is all I know.
10  Q.    Would that be in the general
11  ledger?
12  A.    Yeah.
13  Q.    Did Mr. Kelly ever discuss with
14  you withdrawing a million dollars from
15  Kelly Trucking?
16  A.    No.
17  Q.    Do you have any knowledge of
18  that?
19  A.    No. He put about a million in
20  during '05. I don't know about him taking
21  any out.
22  Q.    When do you recall him putting
23  money in?

Page 35

1   A.    It started about that June time
2   frame, right after I got there, he started
3   putting money in. From then through -- he
4   put money in several times.
5   Q.    When you left Kelly Trucking in
6   November of '06, was the general ledger
7   still there?
8   A.    No.
9   Q.    Do you know what had happened to
10  it?
11  A.    It had moved down to the Newman
12  Accounting. They were...
13  Q.    Newman Accounting was
14  maintaining it?
15  A.    Yeah. It was kind of a joint
16  project, I guess. We furnished them
17  information and they were compiling the
18  financials.
19  Q.    I tell you what, before I -- by
20  the way, do you remember before I put this
21  up, do you remember what else any other
22  provisions of the purchase agreement,
23  specific provisions, that you talked to

Page 36

1   Mr. Kelly about?
2   A.    I don't know way back whenever.
3   Q.    Feel free to look at it.
4   A.    Whenever I was looking at it, I
5   had gone through there and marked
6   different things in there. I'd say one
7   thing that Guy thought he was getting that
8   never was mentioned was the good will. I
9   had marked it all the way back.
10  Q.    You don't remember anything
11  specific sitting here in 2007?
12  A.    No.
13  Q.    Okay. What advantage, under the
14  purchase agreement, and if you need to
15  refer to it I'll give it back to you.
16  What advantage was there to Mr. Kelly to
17  back off of the payments?
18  A.    I guess, one, he just didn't
19  want to have to put any more money, his
20  personal money, back into the company, you
21  know, unless things started it was going
22  to -- his initial talks with Dennis was it
23  was going to be a fast track deal and

**www.AmericanCourtReporting.com**
**January 16, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 37

1  close right away.
2  Q.    Was that -- was that a normal
3  business practice for Kelly Trucking to
4  back off the payments like that?
5  A.    I would say probably not, but
6  since I had just been there for a short
7  time I couldn't say.
8  Q.    Under your understanding of the
9  purchase agreement, who would have had to
10  make those payments up if the deal had
11  closed?
12  A.    If it had closed?
13  Q.    Yes, sir.
14  A.    I really don't remember. I just
15  remember that was the main reason for not
16  doing it, plus we didn't have the money
17  anyway other than him putting money in
18  there.
19  Q.    I show you what's been marked as
20  Defendant's Exhibit 42, and specifically
21  the second paragraph of that e-mail. See
22  if that refreshes your recollection
23  regarding Mr. Kelly withdrawing money from

Page 38

1  Kelly Trucking.
2  A.    He didn't withdraw any money
3  while I was there from Kelly Trucking.
4  Q.    Could he have done it without
5  you knowing it?
6  A.    No, there wasn't any money to
7  draw.
8  Q.    Let me put that back before I
9  get it out of order. That's not what I
10  want. I show you what was marked as
11  Defendant's Exhibit 50 and I'll ask if you
12  can identify that, please?
13  A.    Yeah, this is where we had put
14  down on this particular one here I'm
15  looking at is all the tractors and then
16  there's the ones with the trailers. We
17  put -- U.S. Xpress put their OLV value on
18  there and we put the payoff off values on
19  there for them.
20  Q.    Did you have anything to do with
21  the insurance?
22  A.    Yeah.
23  Q.    Okay. Were all of the -- were

Page 39

1  all of the vehicles listed or all of the
2  equipment listed in Defendant's Exhibit
3  50, was all of it insured in August of
4  2005?
5  A.    No, I couldn't swear that all of
6  it was insured, no.
7  Q.    Okay.
8  A.    Other than under general
9  liability. As far as the physical damage,
10  I couldn't -- you know, it was all insured
11  general liability.
12  Q.    Do you know if, at any time,
13  Kelly Trucking ever failed to renew its
14  insurance?
15  A.    We were late in paying, but, no,
16  to my knowledge we never failed. We
17  renewed it.
18  Q.    Was any of the equipment, based
19  upon your recollection, was Kelly in
20  default on any of the leases or contracts
21  regarding the equipment on Defendant's
22  Exhibit 50?
23  A.    I would say probably yes.

Page 40

1  Q.    All right. Prior to August of
2  2005?
3  A.    Probably.
4  Q.    Okay.
5  A.    I couldn't swear without looking
6  at each individual contract, but I would
7  say there's a good chance if we weren't we
8  were close in some.
9  Q.    All right. What about in July
10  2005, prior to that?
11  A.    Possible. Like I said, when I
12  got there we were anywhere from thirty
13  days to ninety days behind on some of
14  these payments.
15  Q.    All right. Did you start
16  getting letters from the creditors about
17  being behind?
18  A.    Mostly phone calls.
19  Q.    Mostly phone calls. Did you
20  keep a record of any of those phone calls?
21  A.    No.
22  Q.    No. Were you the one that
23  handled the phone calls?

10  (Pages 37 to 40)

**www.AmericanCourtReporting.com**
**January 16, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 41

1   A.      Yeah.
2   Q.      All right. Did you -- in any of
3   those phone calls did you ever have any
4   conversations with the, I'm going to call
5   them, finance companies for lack of a
6   better word?
7   A.      Yeah.
8   Q.      I'm going to group them
9   altogether. Leases and purchases. Did
10  you have any discussions with the finance
11  companies that called you about the U.S.
12  Xpress negotiations?
13  A.      Yes, that they were going to buy
14  us and pay them off, you know. That would
15  be about it. I think we contacted the
16  finance companies maybe three times to get
17  payoffs at U.S. Xpress' request.
18  Q.      Okay.
19  A.      The deal kept getting slid
20  further and further out.
21  Q.      Okay. At any time were you
22  aware that U.S. Xpress was obligated to
23  purchase Kelly Trucking?

Page 42

1       MR. TOMLINSON: Object to the
2   form. You can answer.
3   A.      I guess they were no more
4   obligated to buy it than I would be a new
5   car I had went to look at.
6       (Off-the-record discussion.)
7       (WHEREUPON, a document was
8   marked as Defendant's Exhibit Number 68
9   and is attached to the original
10  transcript.)
11  Q.      I show you what's been marked as
12  Defendant's Exhibit 68 and ask if you have
13  seen that before?
14  A.      Yes.
15  Q.      All right. I've got a copy here
16  so I can look at it. What is that?
17  A.      I couldn't tell you.
18  Q.      Okay.
19  A.      I saw it, but I don't know, you
20  know.
21  Q.      This came in while you were
22  working there?
23  A.      Right.

Page 43

1   Q.      And it would have come to you?
2   A.      Well...
3   Q.      Or found its way to you?
4   A.      At some point in time, I saw one
5   of these. Now, whether this is the same
6   one I saw or not, I don't know. I think
7   the ones I saw were probably later on than
8   this one.
9   Q.      I show you what was marked as
10  Defendant's Exhibit 66, and ask if you've
11  seen that before?
12  A.      I don't think I remember seeing
13  this one.
14  Q.      Were you aware that --
15  A.      It don't mean I didn't, but I
16  don't remember it.
17  Q.      Sure. Were you aware that or do
18  you recall in August of 2005 that Volvo
19  Commercial Finance was seeking to
20  repossess tractors it had either leased or
21  financed to Kelly Trucking?
22  A.      Yes.
23  Q.      Do you remember how far behind

Page 44

1   Kelly Trucking was on the Volvo Finance
2   lease?
3   A.      I'm not sure. We had several
4   different leases with them.
5   Q.      Did you have any negotiations
6   with Daimler Chrysler about reducing or
7   modifying the agreement with it to the
8   payments that are reflected on the letters
9   in Defendant's Exhibit 68?
10  A.      No, I wasn't even aware that was
11  going on until somehow it just landed on
12  my desk one day. Maybe Guy had been
13  getting them before, I don't know.
14  Q.      All right. So you weren't
15  handling that?
16  A.      No.
17  Q.      Okay. So I won't ask you any
18  more questions about it. That may be the
19  answer to all these questions, and if it
20  is, that's fine. By the way, I don't know
21  if you've ever looked at -- this is Mr.
22  Kelly's production 173 and 174.
23      (WHEREUPON, a document was

11  (Pages 41 to 44)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 45

1  marked as Defendant's Exhibit Number 69
2  and is attached to the original
3  transcript.)
4  Q.    I show you what's been marked as
5  Defendant's Exhibit 69, and ask if you
6  know what that is?
7  A.    It looks like where Navistar
8  repo'd and sold some trucks.
9  Q.    All right. Do you --
10 A.    I know we had four or five
11 trucks financed with them that they
12 repo'd.
13 Q.    Do you remember when they
14 repossessed them?
15 A.    Probably August, September,
16 October time frame of '05.
17 Q.    Okay. Do you remember how far
18 behind Kelly Trucking was before they were
19 repossessed?
20 A.    I don't know. I don't remember.
21 Q.    In your experience, do you know
22 how far behind a debtor has to get before
23 a company will typically repossess?

Page 46

1  A.    Most of the time about ninety
2  days unless you're in the habit of being
3  late.
4      (WHEREUPON, a document was
5  marked as Defendant's Exhibit Number 70
6  and is attached to the original
7  transcript.)
8  Q.    I show you what's been marked as
9  Defendant's Exhibit 70, and ask if you've
10 seen that before?
11 A.    I'm sure I did.
12 Q.    This is a letter dated October
13 12th, 2005 from Daimler Chrysler regarding
14 certain tractors; is that correct?
15 A.    Yes.
16 Q.    Regarding the, I guess,
17 deficiency sale?
18 A.    Yes.
19 Q.    Do you remember when these
20 tractors were repossessed?
21 A.    There were a lot of things
22 repossessed somewhere, September, October,
23 August, maybe, time frame.

Page 47

1  Q.    Somewhere in there?
2  A.    I'm not sure, you know.
3  Chrysler, Daimler Chrysler, Volvo,
4  Navistar, GE.
5      (WHEREUPON, a document was
6  marked as Defendant's Exhibit Number 71
7  and is attached to the original
8  transcript.)
9  Q.    I show you what's been marked as
10 Defendant's Exhibit 71, and ask if you
11 remember seeing those before?
12 A.    I'm sure I did.
13 Q.    Okay.
14 A.    I saw a lot of these.
15 Q.    The one on the bottom right-hand
16 corner, there's Kelly 184. Do you see
17 what I'm talking about?
18 A.    Yeah.
19 Q.    On that page, it indicates that
20 these were repossessed in October 6, 2005;
21 is that correct? It's on the first line.
22 A.    Yes, I see that. I'm not sure
23 exactly when these things were picked up,

Page 48

1  but there was a lot of activity in
2  September and October.
3      (WHEREUPON, a document was
4  marked as Defendant's Exhibit Number 72
5  and is attached to the original
6  transcript.)
7  Q.    Okay. This is just -- I show
8  you what's been marked as Defendant's
9  Exhibit 72, and that appears to be more of
10 the same from --
11 A.    GE.
12 Q.    -- General Electric Capital; is
13 that right?
14 A.    Yes.
15 Q.    Okay. I show you what's been
16 marked as Defendant's Exhibit 73, and see
17 if this is more of the same for
18 International?
19      (WHEREUPON, a document was
20 marked as Defendant's Exhibit Number 73
21 and is attached to the original
22 transcript.)
23 A.    Yeah, it looks like it's the

**www.AmericanCourtReporting.com**
**January 16, 2007**

Page 49

1  same. More of the same.
2  Q.    Okay. Do you know what Cintas
3  is?
4  A.    Cintas. I think it was
5  uniforms.
6  Q.    Uniforms. Do you recall
7  whether Kelly was behind with Cintas?
8  A.    Yes.
9  Q.    Were they behind when you joined
10  them?
11  A.    I'm sure.
12      (WHEREUPON, a document was
13  marked as Defendant's Exhibit Number 74
14  and is attached to the original
15  transcript.)
16  Q.    Okay. I show you what's been
17  marked as Defendant's Exhibit 74. Do you
18  recall seeing this letter?
19  A.    I don't remember seeing this
20  one.
21  Q.    Okay. On the second page, Kelly
22  221, in the bottom right-hand corner
23  reference number -- up at the top it says

Page 50

1  PD2-20-6. Is that your handwriting?
2  A.    No.
3  Q.    Do you know what that -- whose
4  handwriting that is?
5  A.    I'm not sure.
6  Q.    Do you know what that's in
7  reference to?
8  A.    I'd just have to guess that it
9  was paid by a check number 5786.
10  Q.    Do you recall how Kelly kept
11  track of its checks?
12  A.    Well, we had several checkbooks.
13  Q.    Okay. Did you have any with a
14  four quick sequence number like that?
15  A.    Probably.
16  Q.    Where did Kelly Trucking do its
17  banking?
18  A.    First Bank there in Wadley.
19  Q.    First Bank?
20  A.    First Bank. Guy had a checkbook
21  in K Diesel that he wrote checks out of
22  from time to time.
23  Q.    Okay. You said that Kelly had

Page 51

1  several checking accounts. Were they all
2  with First Bank?
3  A.    No, he had -- I think he had
4  some accounts with Small Town Bank.
5  Q.    He did or Kelly Trucking?
6  A.    Kelly Trucking -- there was
7  Kelly Trucking, there was K Diesel, there
8  was E-Logistics. Kelly Trucking -- well,
9  we had an account with Compass Bank and we
10  had an account with First Bank. Compass
11  Bank was where all the money was wired
12  into from the factoring company, ICC.
13  Q.    Did Kelly Trucking and K Diesel,
14  did they often pay each other's bills?
15  A.    Well, as time went along in '06
16  everything was kind of squashed into one.
17  Q.    Okay. In 2005, did Mr. Kelly
18  give you any instructions to pay certain
19  bills out of different companies'
20  accounts?
21  A.    No.
22      (WHEREUPON, a document was
23  marked as Defendant's Exhibit Number 75

Page 52

1  and is attached to the original
2  transcript.)
3  Q.    I show you what's been marked as
4  Defendant's Exhibit 75, and see if you
5  recall that letter, or those letters
6  specifically?
7  A.    I don't remember seeing these.
8      (WHEREUPON, a document was
9  marked as Defendant's Exhibit Number 76
10  and is attached to the original
11  transcript.)
12  Q.    Okay. Defendant's Exhibit 76,
13  dated November 14th, 2005 from First
14  Continental Leasing, is that more of the
15  same?
16  A.    Yeah. We defaulted on some of
17  the leases we had with them and kept some
18  of them in force and kept them up to date.
19      (WHEREUPON, a document was
20  marked as Defendant's Exhibit Number 77
21  and is attached to the original
22  transcript.)
23  Q.    Do you recall whether Kelly

13 (Pages 49 to 52)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 53

1  Trucking had -- do you have a blank one?
2        THE COURT REPORTER: Yeah.
3  Q.      Do you recall whether in August
4  of 2005 Kelly Trucking had the Titles for
5  all of its equipment, tractors and
6  trailers?
7  A.      Of course, some of it would have
8  been held by the lending institution.
9  Q.      Okay. I show you what's been
10 marked as Defendant's Exhibit 77, and ask
11 if you know what that is in reference to?
12 A.      Yeah, we sold some trucks that
13 were financed by Regions Bank and Regions
14 Bank could not put their hands on the
15 Titles.
16 Q.      Okay.
17 A.      I think it finally got resolved
18 after about two months.
19 Q.      Do you know who the trucks were
20 sold to?
21 A.      They were sold to James R.
22 Smith's company. I'm not sure if it was
23 sold to him directly or an affiliate of

Page 54

1  his or somehow another -- what is that
2  thing called. It's a truck dealership
3  like 431 or 231.
4  Q.      I know what you're talking
5  about.
6  A.      Something that James R. Smith
7  has something to do with. That's who
8  bought the trucks, I think. I think what
9  had been done here, I think the residual
10 had come due and been financed by Regions
11 and Regions never got their -- got the
12 Titles from whoever held the original
13 paper. I think it took about two months
14 to finally get that resolved.
15 Q.      To track it down?
16 A.      It finally got resolved.
17 Q.      Were you involved at all in the
18 negotiations with James R. Smith?
19 A.      Nothing other than looking at
20 the documents.
21 Q.      Okay. When did, to your
22 knowledge, did Mr. Kelly begin negotiating
23 with James R. Smith?

Page 55

1  A.      Not too long after the U.S.
2  Xpress deal fell apart.
3  Q.      Did you give Mr. Kelly any
4  advice with regard to his negotiations
5  with Mr. Smith -- or James R. Smith,
6  excuse me?
7  A.      I reviewed the documents and did
8  my usual marking up on them.
9  Q.      All right.
10 A.      And I don't remember a whole lot
11 of details on it.
12 Q.      Did you ever advise Mr. Kelly
13 that he was not bound by the purchase
14 agreement, Defendant's Exhibit 45?
15 A.      U.S. Xpress?
16 Q.      Yes.
17 A.      No.
18 Q.      We're almost done. I wasn't
19 trying to be funny. We are almost done.
20        (WHEREUPON, a document was
21 marked as Defendant's Exhibit Number 78
22 and is attached to the original
23 transcript.)

Page 56

1  Q.      I show you what's been marked
2  as Defendant's Exhibit 78, which is from
3  CIT Group, notification of disposition of
4  collateral. Is that more of the same?
5  A.      Yes.
6        (WHEREUPON, a document was
7  marked as Defendant's Exhibit Number 79
8  and is attached to the original
9  transcript.)
10 Q.      Defendant's Exhibit 79 from
11 Daimler Chrysler, October 4, 2005. Again,
12 sale of collateral?
13 A.      Right.
14        (WHEREUPON, a document was
15 marked as Defendant's Exhibit Number 80
16 and is attached to the original
17 transcript.)
18 Q.      I show you what's been marked as
19 Defendant's Exhibit 80 regarding the
20 voluntary surrender of certain -- I can't
21 tell if they're tractors or trailers, to
22 Omni National Bank.
23 A.      Tractors.

14  (Pages 53 to 56)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 57

1  Q.    Tractors.  Do you remember that?
2  A.    Yes, yes.
3  Q.    The last page indicates that
4  there may have been some equity after the
5  sale.  Do you recall that?
6  A.    Yes.
7  Q.    Was there?
8  A.    Well, we had gone through what
9  we had paid them and come up with a number
10  we thought they were probably not hurt.
11  We didn't pay them in full, but they
12  didn't get hurt, you know, for the -- what
13  they got for the trucks plus what we had
14  paid them.
15  Q.    Were you able to -- was Kelly
16  Trucking able to recover anything?
17  A.    No, no.
18  Q.    Was there a deficiency?
19  A.    Yes.
20        (WHEREUPON, a document was
21  marked as Defendant's Exhibit Number 81
22  and is attached to the original
23  transcript.)

Page 58

1  Q.    I show you what's been marked as
2  Defendant's Exhibit 81.  It's an e-mail
3  from Danny Frankel.
4  A.    Frankel.  Frankel.
5  Q.    Frankel, Omni National Bank.
6  Below it, there's an e-mail from Mr. Kelly
7  to Mr. Frankel, or Frankel, that's
8  F-r-a-n-k-e-l, Tim, dated August 31,
9  2005.  Mr. Kelly writes, "I will be in
10  Cullman, Alabama with James R. Smith
11  completing the buyout."  Do you recall
12  there being a buyout of some type with Mr.
13  Smith in --
14  A.    There was, but it never did
15  materialize.
16  Q.    Do you know why?
17  A.    Not really.
18  Q.    Did you provide any information
19  about Kelly Trucking to James R. Smith or
20  anyone associated with that company?
21  A.    I think Guy did all of that.  If
22  I had anything to do with it, it wasn't a
23  whole lot other than maybe pass along

Page 59

1  equipment lists or something, but I think
2  Guy pretty much was on that one.
3  Q.    Okay.  Is it fair to say you
4  don't know anything about that?
5  A.    I remember seeing the purchase
6  agreement, looking at it, but, you know,
7  Guy was the one that did all the
8  negotiation with them and all the meetings
9  with them.
10  Q.    Okay.  Was it a purchase
11  agreement similar to --
12  A.    It was fairly similar to U.S.
13  Xpress. It was going to be an asset
14  purchase, you know, and paying Guy so much
15  for the drivers.
16  Q.    Okay.  I think we've already got
17  that, yeah, no reason for that.
18        (WHEREUPON, a document was
19  marked as Defendant's Exhibit Number 82
20  and is attached to the original
21  transcript.)
22  Q.    I show you what's been marked as
23  Defendant's Exhibit 82.  It appears to be

Page 60

1  from General Electric Capital Corporation
2  dated September 20, 2005.  Is this sale of
3  lease tractors?
4  A.    Yes.
5  Q.    Okay.  Do you remember this
6  transaction?
7  A.    I'm sure I saw it at some time
8  back there.  There was a lot of that going
9  on back then.
10        (WHEREUPON, a document was
11  marked as Defendant's Exhibit Number 83
12  and is attached to the original
13  transcript.)
14  Q.    I show you what's been marked as
15  Defendant's Exhibit 83, and this appears
16  to be more of the same, this time from
17  Mack Finance, cancellation of a lease,
18  September 9, 2005?
19  A.    Yes.
20  Q.    Well, this may be redundant, but
21  it's quicker to put it in than try to
22  figure out if it is.
23        (WHEREUPON, a document was

**www.AmericanCourtReporting.com**
**January 16, 2007**

Page 61

1  marked as Defendant's Exhibit Number 84
2  and is attached to the original
3  transcript.)
4  Q.      Let me show you what's been
5  marked as Defendant's Exhibit 84, and ask
6  you if this is more of the same thing, GE
7  Commercial Finance?
8  A.      Yes.
9          (WHEREUPON, a document was
10 marked as Defendant's Exhibit Number 85
11 and is attached to the original
12 transcript.)
13 Q.      I show you what's been marked
14 Defendant's Exhibit 85, it's Kelly
15 document number 246, and I'll ask if you
16 know what that is?
17 A.      Yes, that was from First
18 Continental.  It was a payoff we had
19 gotten at some point in time.  I had just
20 gone out to the side there and marked
21 which units it involved.
22 Q.      Okay.  These notes are yours?
23 A.      Yeah.

Page 62

1  Q.      All right.  Who is Dwayne Bush?
2  A.      I don't know that one.
3  Q.      All right.
4  A.      Oh, I think he was -- I think I
5  heard that name mentioned in the James R.
6  Smith stuff.
7  Q.      Okay.
8  A.      I think he was part of that
9  package.
10 Q.      Does it say made offer 9-16 --
11 A.      I think -- I think he was one of
12 the ones that --
13 Q.      -- 2005?
14 A.      I think that's right.
15 Q.      Okay.
16 A.      I think so.
17 Q.      Okay.  Do you know if Dwayne
18 Bush, or whatever company he's associated
19 with, if they purchased these --
20 A.      I don't think so.
21 Q.      Okay.  I guess these are --
22 well, there's tractors and trailers.
23 A.      It's tractors and trailers.

Page 63

1          (WHEREUPON, a document was
2  marked as Defendant's Exhibit Number 86
3  and is attached to the original
4  transcript.)
5  Q.      Okay.  I show you what's been
6  marked as Defendant's Exhibit 86, which
7  appears to be an e-mail to you from Bob
8  Steiner?
9  A.      Yes, Bob was at Regions Bank.
10 Q.      Okay.  Do you know what this is
11 about?
12 A.      This is -- we had requested this
13 during the U.S. Xpress, I think, yeah.
14 Q.      This is the payoff to --
15 A.      Payoff.
16 Q.      -- Regions Bank?
17 A.      Yeah, to Regions Bank.
18 Q.      Okay.  Are those your
19 handwritten notes?
20 A.      Yes.
21 Q.      I show you what's been marked as
22 Defendant's Exhibit 87.  It appears to be
23 an e-mail from Beth Maguire to yourself

Page 64

1  dated July 5.
2          (WHEREUPON, a document was
3  marked as Defendant's Exhibit Number 87
4  and is attached to the original
5  transcript.)
6  A.      Yeah, the same, another payoff
7  request we had made early on in the U.S.
8  Xpress.
9  Q.      Why did you quit working for
10 Kelly Trucking?
11 A.      Just his continued downsizing.
12 MR. HALL:  Okay.  Lisa, are you
13 still there?
14 MS. PATE:  I'm still here.
15 MR. HALL:  Can you give me just
16 a second to ask her any questions.
17 (Off-the-record discussion.)
18 Q.      (By Mr. Hall:)  Were you there
19 when Mr. Chastain and Mr. Kelly sort of
20 parted ways?
21 A.      Yes.
22 Q.      All right.  Do you know why they
23 parted ways?

Page 65

1  A.      I think they just didn't see eye
2  to eye on -- didn't agree on how to run
3  the business.
4  Q.      Were you involved in -- I don't
5  want to label it as anything. I'm just
6  going to call a break-up, and I don't mean
7  anything by that, but going separate ways.
8  Were you involved in that in any way?
9  A.      Not really. It was mainly
10 between Guy and Nelson.
11 Q.      Okay. When you got to Kelly
12 Trucking in May of 2005, do you know why
13 it was in the condition that it was in?
14 A.      Not really.
15     MR. HALL: Okay. I guess that's
16 it. I don't have anything else.
17     MR. TOMLINSON: I don't have any
18 questions.
19     MR. HALL: Thank you.
20        2:29 p.m.
21
22     (FURTHER DEPONENT SAITH NOT)
23

Page 66

1     C E R T I F I C A T E
2  STATE OF ALABAMA )
3  JEFFERSON COUNTY )
4      I hereby certify that the above
5  and foregoing deposition was taken down by
6  me in stenotype and the questions and
7  answers thereto were transcribed by means
8  of computer-aided transcription, and that
9  the foregoing represents a true and
10 correct transcript of the testimony given
11 by said witness upon said hearing.
12      I further certify that I am
13 neither of counsel, nor of kin to the
14 parties to the action, nor am I in
15 anywise interested in the result of
16 said cause.
17
18
19     _____
20     Timothy R. Lovelady, CSR
21     Certificate: AL-CSR-130
22     Notary Public
23     Commission Expires 12/08/2009

17 (Pages 65 to 66)

American Court Reporting
toll-free (877) 320-1050

Page 1

| A | | | B | |
|---|---|---|---|---|
| **Abandonment** 3:7 | 10:7 24:19 25:8 | **anywhere** 22:7 | **B** 5:11 | **Berkowitz** 5:13 |
| **able** 15:6,12,16 | 26:12 28:21 29:18 | 40:12 | **back** 14:10 19:17 | 6:10 |
| 19:16,17 20:20 | 35:2 53:18 55:1 | **anywise** 66:15 | 19:22 20:1 25:7,8 | **Beth** 4:14 63:23 |
| 26:1,13,14 27:23 | 57:4 | **apart** 55:2 | 25:11 26:2,9 | **better** 22:20 25:18 |
| 57:15,16 | **Again** 56:11 | **appear** 17:10 | 27:14 29:18,21 | 41:6 |
| **about** 6:13 10:12 | **ago** 25:2 | **appearance** 18:5 | 32:4,15 36:2,9,15 | **between** 2:3 16:14 |
| 13:23 14:8,9,16 | **agree** 65:2 | **appears** 48:9 59:23 | 36:17,20 37:4 | 22:9 25:14 65:10 |
| 15:9 16:7 20:7,8 | **AGREED** 2:2 | 60:15 63:7,22 | 38:8 60:8,9 | **big** 28:8 |
| 23:20 24:14 25:5 | **agreement** 23:14 | **April** 18:18,20 | **Bad** 26:8 | **bills** 51:14,19 |
| 28:11 29:12,16 | 24:3,10 25:4 | **around** 26:10,16 | **Baker** 5:12 6:9 | **Birmingham** 5:17 |
| 31:2,9,21,23 32:1 | 28:10 32:11 35:22 | 28:1 34:7 | 31:14 | 6:2,11 |
| 32:10 33:1,8,17 | 36:14 37:9 44:7 | **arrangement** 28:11 | **BanCorp** 21:23 | **blank** 53:1 |
| 34:19,20 35:1 | 55:14 59:6,11 | **arrangements** 32:4 | **Bank** 4:4,13 21:10 | **blurt** 29:1 |
| 36:1 40:9,16 | **al** 1:12 | **asking** 20:7 | 21:11,17,21,22 | **Bob** 4:12 63:7,9 |
| 41:11,15 44:6,18 | **Alabama** 1:2 5:8 | **assessment** 26:15 | 50:18,19,20 51:2 | **Books** 19:8 |
| 46:1 47:17 53:18 | 5:17 6:2,4,12 7:15 | 29:17 | 51:4,9,10,11 | **bottom** 47:15 49:22 |
| 54:5,13 58:19 | 58:10 66:2 | **asset** 24:9 59:13 | 53:13,14 56:22 | **bought** 54:8 |
| 59:4 63:11 | **ALLEN** 5:5 | **assets** 34:3,3 | 58:5 63:9,16,17 | **bound** 55:13 |
| **above** 6:14 66:4 | **almost** 55:18,19 | **assign** 2:20 | **banking** 50:17 | **Box** 5:7 |
| **account** 51:9,10 | **along** 11:12 51:15 | **assistant** 9:14 | **Barring** 27:15 | **break-up** 65:6 |
| **accountant** 9:12 | 58:23 | **associated** 58:20 | **based** 23:7 39:18 | **bring** 26:2 |
| **accounting** 9:14 | **already** 29:20 | 62:18 | **basically** 16:17 | **bringing** 32:1 |
| 13:18 17:22 21:16 | 59:16 | **associate's** 8:8 | **Beach** 10:20 | **brought** 14:5 26:9 |
| 35:12,13 | **alternative** 27:21 | **assume** 23:11 | **Bearman** 5:12 6:9 | 32:18 |
| **accounts** 14:18,22 | **altogether** 41:9 | **assumed** 21:12 | **BEASLEY** 5:5 | **BS** 8:10,14 |
| 20:15 25:21 51:1 | **AL-CSR-130** 66:21 | **attached** 42:9 45:2 | **before** 1:21 2:5 6:8 | **budget** 9:13 |
| 51:4,20 | **AmSouth** 21:8 | 46:6 47:7 48:5,21 | 24:19,21 35:19,20 | **building** 33:22 |
| **Acquisition** 3:7 | **analyst** 9:13 | 49:14 52:1,10,21 | 38:8 42:13 43:11 | **Bush** 62:1,18 |
| **acting** 6:4 | **another** 54:1 64:6 | 55:22 56:8,16 | 44:13 45:18,22 | **business** 8:15 30:11 |
| **action** 66:14 | **answer** 42:2 44:19 | 57:22 59:20 60:12 | 46:10 47:11 | 37:3 65:3 |
| **activity** 48:1 | **answers** 21:1 66:7 | 61:2,11 63:3 64:4 | **began** 14:22 20:16 | **buy** 41:13 42:4 |
| **actually** 12:2,3 | **anybody** 20:8 | **attend** 7:23 | 20:17 22:1 | **buying** 14:8 |
| **address** 7:13 12:4 | 31:10 | **Auburn** 8:5,10,11 | **begin** 54:22 | **buyout** 58:11,12 |
| **administration** | **anyone** 22:11 27:7 | 8:22 | **beginning** 31:17 | |
| 8:15 | 32:9 58:20 | **August** 24:5 25:15 | **behind** 14:23 22:3 | C |
| **advantage** 36:13,16 | **anything** 14:9 | 39:3 40:1 43:18 | 22:6 40:13,17 | **C** 5:1 66:1,1 |
| **advice** 24:9,12 55:4 | 17:13 20:12 25:4 | 45:15 46:23 53:3 | 43:23 45:18,22 | **Caldwell** 5:13 6:10 |
| **advise** 55:12 | 25:10 32:10 33:14 | 58:8 | 49:7,9 | **call** 12:15,16 25:17 |
| **AEL** 21:11 | 33:18 36:10 38:20 | **aware** 13:19 41:22 | **being** 6:19 30:18 | 29:21 41:4 65:6 |
| **affiliate** 53:23 | 57:16 58:22 59:4 | 43:14,17 44:10 | 40:17 46:2 58:12 | **called** 11:4 12:18 |
| **after** 8:1,18 9:7 | 65:5,7,16 | **away** 37:1 | **Below** 58:6 | 41:11 54:2 |
| | **anyway** 37:17 | | | **calls** 40:18,19,20,23 |

www.AmericanCourtReporting.com
January 16, 2007

American Court Reporting
toll-free (877) 320-1050

Page 2

41:3
**came** 6:8 32:12
33:20,21,23 42:21
**cancellation** 4:9
60:17
**Capital** 3:12 4:6
29:4 48:12 60:1
**car** 42:5
**carried** 32:15
**case** 1:5 12:13
**cash** 34:4,7,9
**cause** 6:14 66:16
**cease** 22:12
**CEF** 21:9
**certain** 46:14 51:18
56:20
**Certificate** 66:21
**Certified** 1:22 2:6
6:1
**certify** 6:5 66:4,12
**CFO** 13:13
**chance** 26:13 40:7
**change** 20:1
**Chastain** 12:22
13:15 27:3,22
64:19
**Chastain's** 27:9
**Chattanooga** 32:16
**check** 50:9
**checkbook** 50:20
**checkbooks** 50:12
**checking** 51:1
**checks** 50:11,21
**Childers** 31:14
**Chrysler** 3:6,10 4:1
21:15 44:6 46:13
47:3,3 56:11
**Cintas** 3:14 49:2,4
49:7
**CIT** 3:22 56:3
**CitiCapital** 21:10
21:13

**Civil** 6:6
**clause** 24:14
**close** 31:18 37:1
40:8
**closed** 37:11,12
**closely** 30:2
**collateral** 3:23 4:2
56:4,12
**college** 7:23 8:4,19
**Colonial** 21:10
**come** 43:1 54:10
57:9
**coming** 14:10 29:8
**commencing** 6:3
**Commercial** 43:19
61:7
**commerical** 4:10
**Commission** 66:23
**Commissioner** 2:6
6:4
**Communications**
9:8
**companies** 15:22
30:12 41:5,11,16
51:19
**company** 10:17
11:4 12:15,16
14:1,8,12 15:9
16:7 26:21 27:15
34:7 36:20 45:23
51:12 53:22 58:20
62:18
**Compass** 21:11
51:9,10
**compilating** 35:17
**completing** 58:11
**compliance** 2:13
**computer-aided**
66:8
**condition** 26:19
65:13
**connection** 11:23

**consolidating**
29:13
**contacted** 41:15
**Continental** 3:18
4:11 21:18 52:14
61:18
**continued** 64:11
**contract** 40:6
**contracts** 39:20
**controller** 10:13
13:13
**conventional** 28:14
**conversation** 27:2
**conversations**
29:16 41:4
**copy** 18:7 42:15
**corner** 47:16 49:22
**Corp** 4:6
**Corporation** 29:4
60:1
**correct** 33:3 46:14
47:21 66:10
**cost** 9:13 28:11
**counsel** 2:4,17,19
6:8 66:13
**County** 7:14 66:3
**couple** 11:11 29:9
30:20
**course** 53:7
**Court** 1:1 2:14 6:22
7:2 53:2
**CPA** 9:16
**creditors** 15:18
20:15 21:3 22:2
22:12 23:4 40:16
**CROW** 5:5
**CSR** 66:20
**Cullman** 58:10
**current** 26:3
**currently** 7:12,17

**D**

**D** 3:1
**Daimler** 3:6,10 4:1
21:15 44:6 46:13
47:3 56:11
**damage** 39:9
**Danny** 4:5 58:3
**date** 6:5 22:16
30:19 52:18
**dated** 46:12 52:13
58:8 60:2 64:1
**David** 5:11
**day** 6:12 14:14
44:12
**days** 22:5,7,8 40:13
40:13 46:2
**day-to-day** 30:7
**deal** 31:2 36:23
37:10 41:19 55:2
**dealership** 54:2
**debt** 29:6,7,8
**debtor** 45:22
**debtors** 15:17
**December** 10:6
17:17
**decided** 29:19
**decision** 22:17,22
23:1,3
**decisions** 22:20
**default** 39:20
**defaulted** 52:16
**DEFENDANT**
5:10
**Defendants** 1:13
**Defendant's** 3:4
17:9 23:15 24:4
37:20 38:11 39:2
39:21 42:8,12
43:10 44:9 45:1,5
46:5,9 47:6,10
48:4,8,16,20
49:13,17 51:23
52:4,9,12,20

53:10 55:14,21
56:2,7,10,15,19
57:21 58:2 59:19
59:23 60:11,15
61:1,5,10,14 63:2
63:6,22 64:3
**deficiency** 46:17
57:18
**degree** 8:9,10,14
**Dell** 21:15,16
**demand** 3:15
**Dennis** 30:22 32:18
36:22
**department** 30:21
**DEPONENT** 65:22
**deposition** 1:15 2:4
2:10,11,22 6:23
66:5
**depositions** 2:15
**describe** 26:5
**desk** 44:12
**details** 30:7 55:11
**determine** 15:7
19:18 21:2
**Diesel** 50:21 51:7
51:13
**different** 24:23
36:6 44:4 51:19
**Digiph** 11:4,8
**direct** 16:17 30:17
**directly** 53:23
**director** 11:6
**discovered** 26:18
**discuss** 34:13
**discussing** 31:5
**discussion** 12:8
33:8 42:6 64:17
**discussions** 13:14
13:21,23 14:7
23:8 29:20 31:1
31:20 32:9 41:10
**dispatch** 32:3

www.AmericanCourtReporting.com
January 16, 2007

American Court Reporting
toll-free (877) 320-1050

Page 3

disposition 3:22
  56:3
distance 10:16
DISTRICT 1:1,2
DIVISION 1:3
document 23:10,12
  23:16 42:7 44:23
  46:4 47:5 48:3,19
  49:12 51:22 52:8
  52:19 55:20 56:6
  56:14 57:20 59:18
  60:10,23 61:9,15
  63:1 64:2
documents 16:20
  54:20 55:7
doing 37:16
dollars 28:12 34:14
done 38:4 54:9
  55:18,19
Donelson 5:12 6:9
down 17:21 30:20
  32:14 33:20 35:11
  38:14 54:15 66:5
downsizing 64:11
draw 38:7
driver 24:17 32:15
drivers 33:15 59:15
driver's 24:15
  33:18
due 29:8 54:10
duly 6:19
during 28:10 34:20
  63:13
Dwayne 62:1,17
D-i-g-i-p-h 11:4

E

E 3:1 5:1,1 66:1,1
each 40:6 51:14
early 47:4 64:7
EASTERN 1:3
effect 2:12

Eighteen 11:9
either 18:18 27:21
  33:2 43:20
Electric 3:12 21:9
  21:20 48:12 60:1
electronic 19:10
employed 7:17
end 19:1 22:10
  31:16
enter 19:23
entered 20:1 28:9
ENTERPRISES
  1:11
entity 34:5
equipment 15:7,12
  15:13,14,17 21:17
  31:5,21,23 33:9
  39:2,18,21 53:5
  59:1
equity 57:4
et 1:12
even 44:10
ever 12:13 27:6
  28:20 29:15 30:13
  32:8 34:13 39:13
  41:3 44:21 55:12
Everett 5:4
everything 51:16
evidence 2:23
evolved 33:12
exactly 11:13 14:17
  22:16 32:19 47:23
examination 3:2
  6:15 7:6
examined 6:19
except 2:18
excuse 10:4 55:6
Exhibit 20:23 21:1
  23:15 24:4 37:20
  38:11 39:2,22
  42:8,12 43:10
  44:9 45:1,5 46:5,9

47:6,10 48:4,9,16
  48:20 49:13,17
  51:23 52:4,9,12
  52:20 53:10 55:14
  55:21 56:2,7,10
  56:15,19 57:21
  58:2 59:19,23
  60:11,15 61:1,5
  61:10,14 63:2,6
  63:22 64:3
Exhibits 3:4 17:9
existing 21:3
expenditures 19:18
experience 45:21
Expires 66:23
express 27:6
eye 65:1,2
E-Logistics 51:8
e-mail 4:5,12,14
  37:21 58:2,6 63:7
  63:23

F

F 66:1
factoring 28:9,16
  51:12
failed 39:13,16
fair 59:3
fairly 59:12
familiar 19:13
family 12:4,5 27:12
Fant 1:17 2:5 6:14
  6:18 7:9,12
far 39:9 43:23
  45:17,22
farm 12:5
Farnsworth 30:22
fast 36:23
favor 24:16
FCC 21:16
Federal 6:6 21:17
feel 28:12 36:3

fell 55:2
few 20:18
Fifteen 9:3
figure 60:22
file 25:22
files 32:15,22 33:18
fill 13:12
final 3:15 30:6
finally 53:17 54:14
  54:16
finance 4:8,10 9:20
  41:5,10,16 43:19
  44:1 60:17 61:7
financed 15:14
  43:21 45:11 53:13
  54:10
financial 13:18
  16:18,20,22 17:10
  17:16 18:8 21:16
  21:17,21 26:6
financials 35:18
financing 28:14
fine 7:5 44:20
first 3:18 4:11 6:19
  14:16 21:17,18,19
  25:9,9 30:1 47:21
  50:18,19,20 51:2
  51:10 52:13 61:17
five 9:23 45:10
fix 15:3
flow 7:20
following 6:16
follows 6:20
fool 31:7
force 2:12 52:18
foregoing 6:7 66:5
  66:9
forget 28:21
forgot 15:11
form 2:18 42:2
format 19:11
found 43:3

four 12:5 45:10
  50:14
frame 25:15,15
  35:2 45:16 46:23
Frank 31:13
Frankel 4:5 58:3,4
  58:4,5,7,7
free 36:3
friend 12:11,17
from 3:10,20 4:5,14
  7:20 8:22 12:15
  13:14 18:5 22:7
  31:10 32:9 34:4,8
  34:14 35:3 37:23
  38:3 40:12,16
  46:13 48:10 50:22
  51:12 52:13 54:12
  56:2,10 58:3,6
  60:1,16 61:17
  63:7,23
full 2:12 14:16
  57:11
functions 13:18
funny 55:19
furnished 16:18
  35:16
further 41:20,20
  65:22 66:12
F-a-n-t 7:11
F-r-a-n-k-e-l 58:8

G

gave 24:13
GE 4:6,10 21:12
  47:4 48:11 61:6
general 3:12 9:12
  9:14 10:16 19:5
  20:9 21:9,19
  25:18 34:10 35:6
  39:8,11 48:12
  60:1
generally 20:14

American Court Reporting
toll-free (877) 320-1050

**generations** 12:6
**getting** 19:21 36:7
    40:16 41:19 44:13
**give** 18:10 22:11
    24:8,12 29:21
    36:15 51:18 55:3
    64:15
**given** 12:12 18:11
    18:15 66:10
**glasses** 24:1
**GMAC** 21:20
**go** 8:18 9:6 10:7
    11:2,10 19:17,22
    20:1 25:8,11 26:2
    32:1
**going** 12:9 16:10
    22:15 23:5,11
    25:3,17 27:17,18
    27:20 31:6 32:7
    32:23 36:21,23
    41:4,8,13 44:11
    59:13 60:8 65:6,7
**gone** 26:17 36:5
    57:8 61:20
**good** 25:3,5 36:8
    40:7
**Gosh** 28:20
**gotten** 61:19
**graduate** 7:20 8:22
**grounds** 2:21
**group** 3:22 32:3
    41:8 56:3
**guess** 18:22 30:21
    32:16 35:16 36:18
    42:3 46:16 50:8
    62:21 65:15
**Gulf** 10:9,21,23
**Guy** 1:8 12:23
    17:10,12 25:2,8
    26:17 27:11,13,14
    30:6 31:12 36:7
    44:12 50:20 58:21

59:2,7,14 65:10
**guys** 30:20
**Guy's** 22:18
**G.F** 1:7 11:17
    12:10,14 15:7,8
    15:12,21,23 20:16
    21:4

**H**
**habit** 46:2
**half** 9:3,23 28:12
**Hall** 3:3 5:11 7:5,6
    64:12,15,18 65:15
    65:19
**handled** 30:7 40:23
**handling** 44:15
**hands** 53:14
**hands-on** 16:16
**handwriting** 50:1,4
**handwritten** 19:7
    63:19
**happen** 27:17
**happened** 35:9
**hear** 32:9
**heard** 13:10 33:2
    62:5
**hearing** 66:11
**held** 53:8 54:12
**help** 14:10 26:9
**her** 64:16
**high** 7:20 8:1
**him** 24:12,13 25:5
    26:20 34:20,22
    37:17 53:23
**hired** 13:16,17,19
    14:15 26:12
**history** 25:22
**hold** 22:15 23:2,3
**Holliday** 3:21
**housed** 32:5
**hurt** 57:10,12

**I**

**ICC** 29:2 51:12
**identify** 38:12
**Inc** 1:7,11 11:17
**indicates** 47:19
    57:3
**individual** 40:6
**individually** 1:8
**information** 16:19
    19:23 35:17 58:18
**initial** 36:22
**initially** 12:22 31:4
    33:21
**input** 22:21
**institution** 53:8
**instructions** 22:12
    51:18
**insurance** 38:21
    39:14
**insured** 39:3,6,10
**interest** 30:10
**interested** 66:15
**International** 3:11
    48:18
**Interrogatories**
    21:1
**Interstate** 29:4
**interview** 12:19,21
**involved** 16:13
    29:22 30:2 54:17
    61:21 65:4,8

**J**

**James** 53:21 54:6
    54:18,23 55:5
    58:10,19 62:5
**January** 1:18 6:12
    13:2
**JEFFERSON** 66:3
**Jim** 31:14
**job** 9:9,18 13:11
**jobs** 9:11
**John** 5:4

**joined** 26:7 49:9
**joint** 35:15
**July** 22:10 25:14
    40:9 64:1
**June** 9:5,6 25:14
    27:5 35:1
**Junior** 8:4
**just** 12:3 14:3
    15:20,23 18:4
    24:1 28:11,23
    29:21 33:12,19,23
    36:18 37:6,14
    44:11 48:7 50:8
    61:19 64:11,15
    65:1,5

**K**
**K** 50:21 51:7,13
**keep** 19:4 31:6
    40:20
**Kelly** 1:7,8 11:17
    12:10,14 13:10,15
    13:20 15:7,8,13
    15:21,23 16:2,15
    16:15 17:11 19:5
    20:15,16 21:4
    22:3,10,11 23:2
    24:9 25:23 26:5
    26:10 27:17 29:16
    29:23,23 30:9
    31:11 34:2,4,13
    34:15 35:5 36:1
    36:16 37:3,23
    38:1,3 39:13,19
    41:23 43:21 44:1
    45:18 47:16 49:7
    49:21 50:10,16,23
    51:5,6,7,8,13,17
    52:23 53:4 54:22
    55:3,12 57:15
    58:6,9,19 61:14
    64:10,19 65:11

**Kelly's** 15:22 16:5
    44:22
**kept** 41:19 50:10
    52:17,18
**kin** 66:13
**kind** 13:11 18:23
    19:7 28:6 30:4,5
    31:22 33:12 35:15
    51:16
**knew** 13:22
**know** 11:13 14:3,5
    16:16,18 18:11
    20:3 21:6 22:5
    23:1 24:17 28:5
    30:8 31:23 32:3
    33:23 34:9,20
    35:9 36:2,21
    39:10,12 41:14
    42:19,20 43:6
    44:13,20 45:6,10
    45:20,21 47:2
    49:2 50:3,6 53:11
    53:19 54:4 57:12
    58:16 59:4,6,14
    61:16 62:2,17
    63:10 64:22 65:12
**knowing** 38:5
**knowledge** 33:17
    34:17 39:16 54:22

**L**
**L** 2:1
**label** 65:5
**lack** 22:19 25:18
    41:5
**landed** 44:11
**Lanett** 7:22
**Large** 2:8 6:4
**last** 7:10 57:3
**late** 39:15 46:3
**later** 12:23 43:7
**laws** 2:13

| | | | | |
|---|---|---|---|---|
| **leading** 2:19 | **look** 36:3 42:5,16 | 56:7,15,18 57:21 | 37:23 38:2,6 | **Newman's** 17:22 |
| **lease** 4:9 25:7 44:2 | **looked** 44:21 | 58:1 59:19,22 | 51:11 | **next** 11:10,16 29:9 |
| 60:3,17 | **looking** 12:13 | 60:11,14 61:1,5 | **Montgomery** 5:8 | **ninety** 22:8 32:21 |
| **leased** 4:7 15:13 | 13:10,11 21:2 | 61:10,13,20 63:2 | **month** 17:1 | 40:13 46:1 |
| 43:20 | 33:21 36:4 38:15 | 63:6,21 64:3 | **months** 11:9 53:18 | **None** 8:17 |
| **leases** 16:19 23:6 | 40:5 54:19 59:6 | **marketing** 11:7 | 54:13 | **normal** 37:2 |
| 39:20 41:9 44:4 | **looks** 45:7 48:23 | **marking** 55:8 | **more** 36:19 42:3 | **North** 5:15 6:11 |
| 52:17 | **lot** 16:11,16 29:8 | **materialize** 58:15 | 44:18 48:9,17 | **Notary** 1:23 2:7 6:3 |
| **Leasing** 3:18 21:8 | 30:4,16 46:21 | **may** 2:5,20 11:19 | 49:1 52:14 56:4 | 66:22 |
| 21:12,18,19 52:14 | 47:14 48:1 55:10 | 11:20 13:2 14:17 | 60:16 61:6 | **notes** 23:6 61:22 |
| **least** 13:20 | 58:23 60:8 | 17:5,6 18:14,15 | **most** 21:5 22:4 46:1 | 63:19 |
| **leave** 10:23 | **Lovelady** 1:21 2:6 | 18:18 21:4 22:1,9 | **Mostly** 40:18,19 | **Nothing** 54:19 |
| **ledger** 19:5 25:18 | 6:1 66:20 | 23:20 26:6 44:18 | **move** 11:21 | **notification** 56:3 |
| 34:11 35:6 | | 57:4 60:20 65:12 | **moved** 35:11 | **November** 13:3 |
| **left** 13:4 35:5 | **M** | **maybe** 21:12 31:13 | **much** 33:1 59:2,14 | 35:6 52:13 |
| **lending** 53:8 | **Mack** 4:8 60:17 | 32:18 41:16 44:12 | | **number** 42:8 45:1 |
| **let** 26:1 38:8 61:4 | **made** 2:17 19:18 | 46:23 58:23 | **N** | 46:5 47:6 48:4,20 |
| **letter** 3:5,9,11,13 | 23:2,2 62:10 64:7 | **McLeod** 19:9,10,13 | **N** 2:1 3:1 5:1 | 49:13,23 50:9,14 |
| 3:14,15,19,20 | **Maguire** 4:14 | **mean** 19:22 43:15 | **name** 7:8,10 12:12 | 51:23 52:9,20 |
| 4:10 46:12 49:18 | 63:23 | 65:6 | 20:20 21:7 28:21 | 55:21 56:7,15 |
| 52:5 | **main** 32:6 37:15 | **means** 66:7 | 62:5 | 57:9,21 59:19 |
| **letters** 3:17 40:16 | **mainly** 65:9 | **meet** 30:13 32:23 | **National** 4:4 21:21 | 60:11 61:1,10,15 |
| 44:8 52:5 | **maintained** 15:2,5 | **meeting** 30:18 31:9 | 56:22 58:5 | 63:2 64:3 |
| **let's** 17:20 23:19 | **maintaining** 35:14 | 33:6 | **Navistar** 45:7 47:4 | **numbers** 32:20 |
| 26:22 | **maintenance** 30:21 | **meetings** 59:8 | **near** 31:16 | 33:3 |
| **liability** 39:9,11 | **make** 2:20 7:19 | **memories** 30:17 | **necessary** 2:16 | |
| **like** 6:23 14:16 | 22:19 25:11 26:13 | **mentioned** 36:8 | **need** 36:14 | **O** |
| 28:12 32:21,21,22 | 26:14 32:3 37:10 | 62:5 | **needed** 16:20 26:21 | **O** 2:1 |
| 33:18 37:4 40:11 | **making** 19:3 | **METHVIN** 5:5 | **negotiating** 54:22 | **Object** 42:1 |
| 45:7 48:23 50:14 | **man** 15:9 16:12 | **mid** 27:5 | **negotiation** 59:8 | **objections** 2:17,20 |
| 54:3 | **management** 29:23 | **middle** 1:2 31:16 | **negotiations** 16:14 | **obligated** 41:22 |
| **line** 47:21 | **manager** 9:15 | 31:19 | 16:17 22:14 30:15 | 42:4 |
| **Lisa** 5:20 64:12 | 10:16 | **MILES** 5:6 | 31:3 41:12 44:5 | **obviously** 18:1 |
| **list** 20:19 21:2,7 | **many** 11:13 22:5 | **million** 28:12 34:14 | 54:18 55:4 | **October** 45:16 |
| **listed** 39:1,2 | **marked** 17:8 25:1 | 34:19 | **neither** 66:13 | 46:12,22 47:20 |
| **lists** 59:1 | 36:5,9 37:19 | **missed** 18:2 | **Nelson** 12:22,23 | 48:2 56:11 |
| **live** 12:3 | 38:10 42:8,11 | **missing** 19:4 | 26:20 30:5,5,6 | **off** 12:7 21:7 22:15 |
| **lived** 10:20 | 43:9 45:1,4 46:5,8 | **modifying** 44:7 | 31:12 65:10 | 23:2,3,5 31:9 |
| **living** 10:18 | 47:6,9 48:4,8,16 | **moments** 29:5 | **never** 25:4 36:8 | 36:17 37:4 38:18 |
| **loans** 16:19 | 48:20 49:13,17 | **money** 26:22 28:15 | 39:16 54:11 58:14 | 41:14 |
| **long** 9:1,21 10:16 | 51:23 52:3,9,20 | 34:23 35:3,4 | **new** 42:4 | **offer** 62:10 |
| 11:8 25:2 55:1 | 53:10 55:21 56:1 | 36:19,20 37:16,17 | **Newman** 35:11,13 | **offered** 2:22 |

office 33:21
offices 6:9
Off-the-record
  12:8 42:6 64:17
often 51:14
Oh 8:11 15:11 18:4
  20:21 62:4
okay 8:13,16 9:16
  11:15,20,23 12:7
  12:19 13:6,9
  14:18 15:6 16:10
  17:3 18:4,17 19:3
  19:16,21 20:4
  21:6,8,14 22:5,17
  24:19,22 25:6
  27:1,9 28:23 29:3
  29:22 31:20 32:17
  33:5,11,14,17
  36:13 38:23 39:7
  40:4 41:18,21
  42:18 44:17 45:17
  47:13 48:7,15
  49:2,16,21 50:13
  50:23 51:17 52:12
  53:9,16 54:21
  59:3,10,16 60:5
  61:22 62:7,15,17
  62:21 63:5,10,18
  64:12 65:11,15
old 29:5
OLV 38:17
Omni 4:4 21:20
  56:22 58:5
once 20:1
one 14:2,7 17:2,3
  17:20,22 19:1
  21:8,10,13 24:13
  25:2 27:21 28:8
  32:13,14 33:3
  36:6,18 38:14
  40:22 43:4,6,8,13
  44:12 47:15 49:20

51:16 53:1 59:2,7
  62:2,11
ones 31:6 38:16
  43:7 62:12
only 17:1 32:12,22
  33:1
open-ended 24:16
opinion 27:7,16
oral 6:15
Orange 10:20
order 38:9
original 42:9 45:2
  46:6 47:7 48:5,21
  49:14 52:1,10,21
  54:12 55:22 56:8
  56:16 57:22 59:20
  60:12 61:2,11
  63:3 64:4
other 7:2 15:22
  33:19 34:4,6
  35:21 37:17 39:8
  54:19 58:23
others 8:6
otherwise 30:9
other's 51:14
out 9:12 26:18
  27:11 28:13 29:1
  29:11 32:2 34:21
  38:9 41:20 50:21
  51:19 60:22 61:20
over 12:12 13:17
  14:18 30:4 32:2
  33:13
owned 15:14

**P**

P 2:1 5:1,1
package 62:9
Packard 21:21
page 3:2 47:19
  49:21 57:3
paid 50:9 57:9,14

paper 54:13
paragraph 37:21
part 62:8
parted 64:20,23
particular 38:14
parties 2:3,20
  66:14
partner 30:5
pass 58:23
past 30:3
Pate 5:20 64:14
pay 23:5 25:10
  41:14 51:14,18
  57:11
payable 14:19,22
  25:21
paying 22:12,15
  23:3 39:15 59:14
payment 3:16 25:5
payments 25:8,11
  25:16 26:3 29:8
  29:11 36:17 37:4
  37:10 40:14 44:8
payoff 4:11,13,15
  23:19 38:18 61:18
  63:14,15 64:6
payoffs 23:11
  41:17
PD2-20-6 50:1
people 13:23 17:21
  30:14
Pepperell 8:20 9:2
performed 17:21
person 34:5
personal 16:2 34:9
  36:20
phone 40:18,19,20
  40:23 41:3
physical 39:9
picked 32:14 33:20
  33:23 47:23
pieces 15:17 31:21

place 28:7
Plaintiff 1:9 5:3
Plaintiffs 20:23
please 7:7 38:12
plus 37:16 57:13
point 8:20 9:2,10
  14:7 23:22 43:4
  61:19
policy 22:20
PORTER 5:6
possible 28:2 40:11
post-graduate 8:16
practice 37:3
predecessor 18:21
preliminary 13:20
prepare 16:22
prepared 17:2,4
  18:8,21
preparing 16:5
PRESENT 5:19
pretty 24:15 33:1
  59:2
prior 2:23 24:5
  32:13 40:1,10
probably 17:5,23
  22:4,8 27:4 28:4
  30:2 31:18 37:5
  39:23 40:3 43:7
  45:15 50:15 57:10
problems 28:8
Procedure 6:7
proceedings 6:16
process 14:11
production 44:22
project 35:16
Property 3:8
proposed 27:22
provide 58:18
provisions 35:22,23
Public 1:23 2:7 6:3
  66:22
pulled 32:4

purchase 23:14
  24:2,10 25:4
  32:10 35:22 36:14
  37:9 41:23 55:13
  59:5,10,14
purchased 62:19
purchases 41:9
pursuant 6:5
pursue 26:21
put 26:22 34:7,19
  35:4,20 36:19
  38:8,13,17,17,18
  53:14 60:21
putting 34:22 35:3
  37:17
p.m 6:13 65:20
P.O 5:7

**Q**

qualification 24:15
qualifications
  24:18 32:23
question 15:11
questions 2:18,19
  44:18,19 64:16
  65:18 66:6
quick 19:8 50:14
quicker 60:21
quit 64:9
quite 20:18

**R**

R 1:21 2:6 5:1 6:1
  53:21 54:6,18,23
  55:5 58:10,19
  62:5 66:1,20
Randall 1:17 2:5
  6:14,18 7:9
range 33:4
read 6:23
reading 2:10
really 20:3 21:9
  22:23 25:13 37:14

American Court Reporting
toll-free (877) 320-1050

58:17 65:9,14
**reason** 37:15 59:17
**recall** 22:2 34:22
43:18 49:6,18
50:10 52:5,23
53:3 57:5 58:11
**receivables** 28:17
**recollection** 37:22
39:19
**record** 12:7 20:22
40:20
**records** 15:1,2
**recover** 57:16
**reducing** 44:6
**redundant** 60:20
**refer** 36:15
**reference** 49:23
50:7 53:11
**referring** 20:23
23:17 24:3
**reflected** 25:17,20
44:8
**refreshes** 37:22
**regard** 22:21 55:4
**regarding** 24:9
30:14 37:23 39:21
46:13,16 56:19
**Regions** 4:13 21:22
53:13,13 54:10,11
63:9,16,17
**relating** 2:14
**remember** 14:4,14
17:3 20:14 23:12
25:13 27:1 30:17
33:19 35:20,21
36:10 37:14,15
43:12,16,23 45:13
45:17,20 46:19
47:11 49:19 52:7
55:10 57:1 59:5
60:5
**renew** 29:10 39:13

**renewed** 39:17
**Reporter** 1:23 2:7
6:2,22 7:2 53:2
**repossess** 43:20
45:23
**repossessed** 45:14
45:19 46:20,22
47:20
**repo'd** 45:8,12
**represents** 66:9
**request** 4:15 41:17
64:7
**requested** 63:12
**reside** 7:13
**residual** 54:9
**resolved** 53:17
54:14,16
**respective** 2:4
**response** 27:10
**responsibility** 16:4
**restructure** 26:23
29:7
**restructuring**
27:16 28:6
**result** 66:15
**returns** 16:5,8
20:12
**review** 24:2,4 26:13
**reviewed** 55:7
**re-organize** 26:22
**right** 7:16 8:12
10:14,22 13:1
16:1 24:2,8 30:8
35:2 37:1 40:1,9
40:15 41:2 42:15
42:23 44:14 45:9
48:13 55:9 56:13
62:1,3,14 64:22
**right-hand** 47:15
49:22
**Road** 7:14
**roughly** 9:4 10:1

27:1
**routes** 27:21
**Rule** 6:6
**rules** 2:14 6:6
**run** 65:2

## S

**S** 2:1 3:20 5:1
**Sabbatical** 11:13
**SAITH** 65:22
**sale** 4:2,7 27:15
46:17 56:12 57:5
60:2
**sales** 11:6
**same** 2:12 33:5
43:5 48:10,17
49:1,1 52:15 56:4
60:16 61:6 64:6
**Sanford** 3:20
**save** 16:10 28:14
**saw** 42:19 43:4,6,7
47:14 60:7
**says** 18:1 49:23
**scattered** 32:2
**school** 7:21 8:1,1
**second** 37:21 49:21
64:16
**section** 23:19,22
**Secured** 3:8
**see** 17:20 18:3
23:19 37:21 47:16
47:22 48:16 52:4
65:1
**seeing** 43:12 47:11
49:18,19 52:7
59:5
**seeking** 43:19
**seen** 42:13 43:11
46:10
**selling** 14:1,11
26:21
**senior** 9:13

**separate** 65:7
**September** 45:15
46:22 48:2 60:2
60:18
**sequence** 50:14
**seven** 23:22
**several** 13:23 24:23
35:4 44:3 50:12
51:1
**Shores** 10:21
**short** 28:11 37:6
**Shorthand** 1:22 2:7
6:2
**show** 17:8 23:15
37:19 38:10 42:11
43:9 45:4 46:8
47:9 48:7,15
49:16 52:3 53:9
56:1,18 58:1
59:22 60:14 61:4
61:13 63:5,21
**showed** 20:19
23:13
**side** 61:20
**sign** 6:23
**signature** 2:9
**signed** 24:20
**similar** 59:11,12
**since** 13:7 37:6
**sir** 17:15 37:13
**sitting** 36:11
**situation** 26:6,14
**six** 10:15
**slid** 41:19
**small** 21:19 51:4
**Smith** 54:6,18,23
55:5,5 58:10,13
58:19 62:6
**Smith's** 53:22
**software** 19:11,17
**sold** 45:8 53:12,20
53:21,23

**some** 13:22 20:6
25:3 26:4,4,22,23
27:19 28:13,14
29:7,10,10,13,20
30:10,11 32:15
40:8,13 43:4 45:8
51:4 52:16,17
53:7,12 57:4
58:12 60:7 61:19
**somebody** 12:13,15
23:8
**somehow** 33:12
44:11 54:1
**someone** 13:10
**something** 17:23
27:12 32:19 54:6
54:7 59:1
**sometime** 32:13
**somewhere** 11:12
22:13 23:18,21
25:14 33:4 46:22
47:1
**sorry** 8:13,14
**sort** 64:19
**southeast** 32:2
**Southern** 8:4
**Southland** 9:8,19
9:22
**SouthTrust** 21:22
**specific** 15:16,17
19:14 31:21 35:23
36:11
**specifically** 14:10
14:15 20:8 37:20
52:6
**spell** 7:10
**spotting** 30:12
**squashed** 51:16
**standards** 15:4
**start** 40:15
**started** 9:11 22:13
25:9 31:9 35:1,2

American Court Reporting
toll-free (877) 320-1050

Page 8

36:21
**state** 2:8 6:3 7:7
   66:2
**statement** 17:16
   18:8
**statements** 16:21
   16:23 17:2,10
**STATES** 1:1
**status** 14:21
**Steiner** 4:12 63:8
**stenotype** 66:6
**still** 30:6 35:7 64:13
   64:14
**STIPULATED** 2:2
**stipulation** 6:7
**stipulations** 7:3
**street** 5:15 6:11
   7:13 17:22
**stretch** 29:10
**stuff** 62:6
**Suite** 5:16 6:11
**sure** 7:4 14:17
   18:19 19:3 20:5
   22:15 30:19 32:19
   43:17 44:3 46:11
   47:2,12,22 49:11
   50:5 53:22 60:7
**surrender** 4:3
   56:20
**swear** 33:2 39:5
   40:5
**sworn** 6:19
**system** 20:2

**T**

**T** 2:1,1 66:1,1
**take** 28:7 31:6
**taken** 1:21 2:5 66:5
**taking** 2:14 34:20
**talked** 35:23
**talking** 15:9 25:10
   29:12 31:22 47:17

54:4
**talks** 36:22
**tangible** 34:3
**tax** 16:5,7,12 20:12
**telephone** 5:20
   10:10,23
**tell** 7:19 15:12 18:4
   35:19 42:17 56:21
**term** 25:19
**testified** 6:20
**testimony** 66:10
**Thank** 65:19
**their** 2:3 24:17
   30:21 32:23 38:17
   53:14 54:11
**thereto** 2:23 66:7
**they'd** 14:6
**thing** 24:13 25:2
   32:6,12 36:7 54:2
   61:6
**things** 15:3 25:1
   26:23 36:6,21
   46:21 47:23
**think** 11:22 17:5
   18:15,23 21:11
   23:14 26:17 27:4
   27:11,18,20,23
   28:4,5,20,21,23
   30:1,3 31:4,8,12
   31:13,14,18,22
   32:6,12,18,21
   33:4 41:15 43:6
   43:12 49:4 51:3
   53:17 54:8,8,9,13
   58:21 59:1,16
   62:4,4,8,11,11,14
   62:16,20 63:13
   65:1
**thinking** 23:20
**thirty** 22:7 32:22
   40:12
**thought** 26:19,20

28:2 29:6,19 36:7
   57:10
**three** 10:12 14:6
   23:22 41:16
**through** 2:3 14:11
   32:21 35:3 36:5
   57:8
**throughout** 19:19
**Tim** 58:8
**timber** 30:10,11
**time** 2:21,22 10:19
   14:7 16:11 18:19
   22:9 24:5 25:2,14
   25:15 27:12 30:17
   33:1 34:2 35:1
   37:7 39:12 41:21
   43:4 45:16 46:1
   46:23 50:22,22
   51:15 60:7,16
   61:19
**times** 27:19 35:4
   41:16
**Timothy** 1:21 2:5
   6:1 66:20
**title** 9:9,18
**Titles** 53:4,15
   54:12
**today** 16:11
**together** 12:23 19:1
   32:1
**told** 12:17 23:7
   26:20
**Tomlinson** 5:4 7:4
   42:1 65:17
**top** 49:23
**tough** 27:19
**Tower** 5:14 6:10
**town** 26:18 27:11
   27:14 51:4
**trace** 15:16
**track** 19:16 36:23
   50:11 54:15

**tractors** 4:7 38:15
   43:20 46:14,20
   53:5 56:21,23
   57:1 60:3 62:22
   62:23
**trailers** 38:16 53:6
   56:21 62:22,23
**transaction** 60:6
**transcribed** 66:7
**transcript** 42:10
   45:3 46:7 47:8
   48:6,22 49:15
   52:2,11,22 55:23
   56:9,17 57:23
   59:21 60:13 61:3
   61:12 63:4 64:5
   66:10
**transcription** 66:8
**transfer** 34:3
**transportation**
   19:14
**trial** 2:21
**truck** 54:2
**trucking** 1:7 12:14
   12:16 15:8,21
   16:15 19:5 21:4
   22:3,11 26:1
   27:17 29:23 31:11
   34:4,15 35:5 37:3
   38:1,3 39:13
   41:23 43:21 44:1
   45:18 50:16 51:5
   51:6,7,8,13 53:1,4
   57:16 58:19 64:10
   65:12
**Trucking's** 26:6
**trucks** 45:8,11
   53:12,19 54:8
   57:13
**true** 66:9
**try** 60:21
**trying** 55:19

**turn** 26:10 27:23
**turned** 26:16 30:4
**two** 14:6 53:18
   54:13
**type** 8:1 19:4 58:12
**typically** 45:23

**U**

**U** 2:1
**Uh-uh** 20:13
**under** 36:13 37:8
   39:8
**understanding**
   37:8
**unemployed** 11:11
   13:6
**uniforms** 49:5,6
**Union** 8:4
**UNITED** 1:1
**units** 61:21
**unless** 36:21 46:2
**until** 44:11
**used** 12:11
**usual** 7:3 55:8
**USX** 30:14
**U.S** 1:11 13:21 14:2
   14:4 16:14 18:10
   18:11 22:14 23:5
   24:16 27:7 29:20
   32:5,9 38:17
   41:11,17,22 55:1
   55:15 59:12 63:13
   64:7

**V**

**vacation** 27:12
**value** 38:17
**values** 38:18
**various** 9:11
**vehicles** 39:1
**Via** 5:20
**vice-president** 9:20
**voluntary** 4:3

American Court Reporting
toll-free (877) 320-1050

Page 9

| | | | | |
|---|---|---|---|---|
| 56:20 | 31:4,6,20 32:23 | **X** | **10-4-2005** 4:1 | **30** 6:6 |
| **Volvo** 43:18 44:1 | 33:23 35:12,17 | X 3:1 | **10-9-2005** 4:8 | **31** 17:17 58:8 |
| 47:3 | 38:23,23 39:15 | **Xpress** 1:11 13:21 | **12th** 46:13 | **35203** 5:17 6:12 |
| **vs** 1:10 | 40:8,12,22 41:13 | 14:2,5 16:14 | **12/08/2009** 66:23 | **36103** 5:8 |
| | 41:21 42:3,21 | 18:10,12 22:14 | **125** 7:14 | **36276** 7:15 |
| **W** | 43:7,14,17 45:18 | 23:5 24:16 27:7 | **13** 20:23 | |
| **Wachovia** 5:14 | 46:20,21 47:20,23 | 29:21 32:5,10 | **14th** 52:13 | **4** |
| 6:10 | 49:9 51:1 53:13 | 38:17 41:12,17,22 | **1510** 7:14 | **4** 56:11 |
| **Wadley** 7:14 10:18 | 53:19,21 54:17 | 55:2,15 59:13 | **16** 1:18 | **4160** 5:7 |
| 11:21 12:1,3,4 | 57:10,15 64:18 | 63:13 64:8 | **16th** 6:12 | **42** 3:6 37:20 |
| 21:18 50:18 | 65:4,8 66:7 | | **1600** 5:16 6:11 | **420** 5:15 6:10 |
| **waived** 2:11 | **weren't** 26:4 33:22 | **Y** | **173** 44:22 | **431** 54:3 |
| **want** 31:7 36:19 | 40:7 44:14 | **yeah** 12:20 13:5,8 | **174** 44:22 | **44** 3:8 |
| 38:10 65:5 | **West** 8:20 9:1,9 | 14:20 15:10,15,19 | **184** 47:16 | **45** 23:16 24:4 55:14 |
| **wanted** 32:5 | **we're** 20:23 55:18 | 17:20 18:14,23 | **1968** 8:23 | **46** 3:10 |
| **wasn't** 20:7 38:6 | **we've** 59:16 | 20:10 23:18,23 | **1983** 9:4 | **47** 3:11 |
| 44:10 55:18 58:22 | **while** 28:22 38:3 | 25:20 26:11 29:14 | | **48** 3:13,14 |
| **way** 8:21 11:12 | 42:21 | 29:18 33:7,10 | **2** | **49** 3:16 |
| 19:22,23 20:6 | **whole** 16:11 30:16 | 34:12 35:15 38:13 | **2** 17:9 | |
| 34:6 35:20 36:2,9 | 55:10 58:23 | 38:22 41:1,7 | **2:29** 65:20 | **5** |
| 43:3 44:20 65:8 | **wind** 12:9 | 47:18 48:23 52:16 | **20** 60:2 | **5** 64:1 |
| **ways** 64:20,23 65:7 | **wired** 51:11 | 53:2,12 59:17 | **20th** 5:15 6:11 | **50** 38:11 39:3,22 |
| **week** 14:17 | **wireless** 11:3 | 61:23 63:13,17 | **2005** 17:17 18:7,13 | **51** 3:17 |
| **weekend** 27:13 | **withdraw** 38:2 | 64:6 | 18:14,15 21:4 | **52** 3:19,21 |
| **well** 12:17 15:2,5 | **withdrawing** 34:14 | **year** 8:21 10:22 | 22:1,9,10 24:6 | **55** 3:23 |
| 17:20 25:21 26:1 | 37:23 | 19:19 | 26:7 28:10 39:4 | **56** 4:2,4 |
| 29:19 43:2 50:12 | **witness** 2:10 6:14 | **years** 9:3,23 10:12 | 40:2,10 43:18 | **57** 4:5 |
| 51:8,15 57:8 | 7:1 66:11 | 10:15 11:12 29:9 | 46:13 47:20 51:17 | **5786** 50:9 |
| 60:20 62:22 | **word** 22:20 30:6 | 30:3 | 52:13 53:4 56:11 | **59** 4:7 |
| **went** 10:9 11:3,16 | 41:6 | **y'all** 19:4 | 58:9 60:2,18 | |
| 13:1 26:20 42:5 | **work** 8:16,18 9:1,7 | | 62:13 65:12 | **6** |
| 51:15 | 9:21 10:7,9 11:2,3 | **0** | **2007** 1:18 6:13 | **6** 47:20 |
| **were** 6:16 10:18 | 11:16 12:10,11 | **03** 11:22 | 36:11 | **60** 4:9 |
| 11:8 12:13 13:11 | 13:1 15:20,21 | **05** 11:19,20 13:2 | **221** 49:22 | **61** 4:10,11 |
| 13:15,19 14:15,18 | 16:2 | 17:6,7 34:20 | **231** 54:3 | **63** 4:13 |
| 14:23 15:1,5,6 | **worked** 18:23 | 45:16 | **246** 61:15 | **64** 4:15 |
| 15:11,16 16:13 | **working** 20:16,17 | **06** 13:3 35:6 51:15 | **25th** 24:5 | **66** 43:10 |
| 19:18 20:18 21:3 | 30:9 42:22 64:9 | **07** 13:2 | | **68** 3:5 42:8,12 44:9 |
| 22:6,14 23:11 | **wouldn't** 33:2 | | **3** | **69** 3:7 45:1,5 |
| 24:18,23 26:4,9 | **writes** 58:9 | **1** | **3** 17:9 | |
| 26:12,12,14,19 | **wrote** 50:21 | **1:13** 6:13 | **3-6-06** 3:5 | **7** |
| 28:16 30:19,20,22 | | **10-12-05** 3:9 | **3:06-CV-351-MEF** | **7** 3:3 |
| | | | 1:5 | **70** 3:9 46:5,9 |

American Court Reporting
toll-free (877) 320-1050

**71** 3:11 47:6,10
**72** 3:12 48:4,9
**73** 3:14 48:16,20
**74** 3:15 49:13,17
**75** 3:17 51:23 52:4
**76** 3:18 52:9,12
**77** 3:20 52:20 53:10
**78** 3:22 55:21 56:2
**79** 4:1 56:7,10

**8**
**80** 4:3 56:15,19
**81** 4:5 57:21 58:2
**82** 4:6 59:19,23
**83** 4:8 60:11,15
**84** 4:10 9:5,5,6 61:1
 61:5
**85** 4:11 61:10,14
**86** 4:12 63:2,6
**87** 4:14 63:22 64:3
**89** 10:1,4,5,6

**9**
**9** 60:18
**9-16** 62:10
**9-20-2005** 4:6
**90** 10:1,2,3
**99** 11:1

# DEFENDANT'S EXHIBIT "68"

# DAIMLERCHRYSLER

DaimlerChrysler Truck Financial

March 6, 2006

G F KELLY INC
PO BOX 29
WADLEY , AL  36276

Account No:. _____0-000
DCN: _____

Re:    Special Payment Reminder Notice

Dear Customer,

DaimlerChrysler Financial Services Americas LLC is pleased to be able to work with you to resolve the remaining balance on your contract.  This letter is a reminder that your monthly payment of $200.00 will be due on 03/15/2006.  In order to ensure proper credit to your account, please write your account number on your payment and mail it to our payment center located at:

DaimlerChrysler Financial Services Americas LLC
Payment Processing
P.O. Box 2916
Milwaukee, WI 53201-2916

If you have any questions regarding the above, please do not hesitate to contact me at (800) 659-4444, Monday through Friday, 8:00 a.m. - 5:00 p.m. (CST).

Sincerely,

Farrah  Vaughn

DEFENDANT'S
EXHIBIT
6 8

DaimlerChrysler Truck Financi
CIMS 718-00-00
1011 Warrenville Road, Suite
Lisle, IL 60532-0354
Phone (800) 659-4444
Fax (800) 533-3398

A business unit of DaimlerChrysler Financial Services Americ

# DAIMLERCHRYSLER

DaimlerChrysler Truck Financial

March 6, 2006

G F KELLY INC
PO BOX 29
WADLEY , AL  36276

Account No:. 9-000
DCN:

Re:    Special Payment Reminder Notice

Dear Customer,

DaimlerChrysler Financial Services Americas LLC is pleased to be able to work with you to resolve
the remaining balance on your contract.  This letter is a reminder that your monthly payment of
$200.00 will be due on 03/15/2006.  In order to ensure proper credit to your account, please write
your account number on your payment and mail it to our payment center located at:

DaimlerChrysler Financial Services Americas LLC
Payment Processing
P.O. Box 2916
Milwaukee, WI 53201-2916

If you have any questions regarding the above, please do not hesitate to contact me at (800)
659-4444, Monday through Friday, 8:00 a.m. - 5:00 p.m. (CST).



Sincerely,


Farrah  Vaughn




DaimlerChrysler Truck Financi
CIMS 718-00-00
1011 Warrenville Road, Suite
Lisle, IL 60532-0354
Phone (800) 659-4444
Fax (800) 533-3398

A business unit of DaimlerChrysler Financial Services Americ

# DEFENDANT'S EXHIBIT "81"

## Guy Kelly

| | |
|---|---|
| **From:** | Danny Frankel [DFrankel@onb.com] |
| **Sent:** | Tuesday, September 27, 2005 9:31 AM |
| **To:** | Guy Kelly |
| **Cc:** | Jule Kreyling; Beth Maguire |
| **Subject:** | Omni – Surrender of Equipment |

Guy,

As we discussed, I am attaching the voluntary surrender form which basically states that you will release the equipment to our buyer; it acknowledges a loan balance and a repayment plan for the deficiency.

Also, as we discussed, please send in a check for $5,000 which will allow you to catch up and maintain the computer and phone system. In addition, monthly payments of $3,000 beginning in November will be necessary until the deficiency balance is satisfied. We likely will need to follow up with a more formal agreement later but at this point, please sign the agreement, fax it to me at 678 244 6470 and overnight it to me at the address below along with a check for $5,000.

We appreciate your efforts in working with us and so long as you comply with the terms of our arrangement, Omni will not pursue any other actions.

Please call if you have any questions.

Danny Frankel


**Danny Frankel**
*Vice President*
OMNI NATIONAL BANK
Six Concourse Parkway, Suite 2300
Atlanta, Georgia 30328
(678) 244-6377 (Direct Dial)
(678) 244-6470 (Fax)
(770) 396-0000 (Banking Office)

> -----Original Message-----
> **From:** Guy Kelly [mailto:g.kelly@kellytrucking.com]
> **Sent:** Wednesday, August 31, 2005 6:27 PM
> **To:** Danny Frankel
> **Subject:** RE: Omni Visit
>
> I will be in cullman  al with james r smith
> Completing the buyout
>
> Guy kelly
>
> **Guy F. Kelly**
> **Kelly Trucking.com**
>
> **Please note that my new email address is g.kelly@kellytrucking.com. Please update your records.
> Thanks**

**DEFENDANT'S
EXHIBIT**

*81*

9/28/2005

Kelly-000237