# EXHIBIT "I"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and GUY KELLEY, individually, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. XPRESS ENTERPRISES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO: <br> 3:06-CV-351-MEF |

## DECLARATION OF LISA PATE

1. My name is Lisa Pate. The statements contained herein are based on my personal knowledge, and I am competent to testify about all matters on which I am offering evidence herein.

2. I am Vice President General Counsel of U.S. Xpress, Inc. ("USX").

3. I participated in the negotiations between USX and G. F. Kelly Trucking, Inc. from the outset through termination. The negotiations toward the contemplated asset purchase failed because several of the conditions to closing outlined in Article III of the Asset Purchase Agreement ("APA"), Def. Exh. 45, were not met. The primary purpose for entering into the APA was to hire qualified drivers to work for USX. USX determined based upon its due diligence investigation that there were an insufficient number of qualified drivers who would work for USX after closing to satisfy Section 3.6. USX made the decision on August 25, 2005, to terminate the contract and notified GFK of its decision orally and in writing. This decision was made to terminate the contract at that time because it was impossible for this condition to be met prior to August 31, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

2-23-07
Date

Lisa Pate
Vice President General Counsel of
U.S. Xpress, Inc.

B DBH 739593 v1
2016317-000055 2/23/2007