IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and GUY KELLEY, individually,<br><br>　　Plaintiffs,<br><br>v.<br><br>U.S. XPRESS ENTERPRISES, INC.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO:<br>) 3:06-CV-351-MEF<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant U.S. Xpress Enterprises, Inc. ("USX") and respectfully moves the Court to enter judgment in its favor and against the plaintiffs on all counts of the complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds for this Motion, USX says that there are no genuine issues of material fact and that it is entitled to judgment as a matter of law. Further as grounds for this Motion, USX relies on its Narrative Statement of Undisputed Pertinent Facts, Submission of Evidence and its Brief in Support of Summary Judgment, each of which is filed contemporaneously with this Motion.

Respectfully submitted this 23rd day of February, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth R. Floyd
　　　　　　　　　　　　　　　　　　　　Lawrence B. Clark
　　　　　　　　　　　　　　　　　　　　David B. Hall
　　　　　　　　　　　　　　　　　　　　Elizabeth R. Floyd
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　U.S. Xpress Enterprises, Inc.

Of Counsel:
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

B ERF 738636 v1
2016317-000055 2/20/2007

## Certificate of Service

  I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this the 23rd day of February, 2007.

Jere L. Beasley  
W. Daniel Miles  
Clinton C. Carter  
John Everett Tomlinson  
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.  
P. O. Box 4160  
Montgomery, Alabama 36103-4160

        /s/ Elizabeth R. Floyd
        Of Counsel

B ERF 738636 v1
2016317-000055 2/20/2007