IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G. F. KELLY TRUCKING, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>U. S. XPRESS ENTERPRISES, INC., )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-351-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #21) filed on February 23, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on March 23, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 16, 2007. The defendant may file a reply brief on or before March 23, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 27th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE