IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC.; and GUY KELLY, individually,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  3:06-CV-351-MEF<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF REPLY BRIEF DEADLINE

COMES NOW Defendant U.S. Xpress, Inc. ("USX") and respectfully moves the Court to extend by three (3) business days USX's deadline for replying to Plaintiffs' response in opposition to USX's Motion for Summary Judgment. As grounds for this Motion, USX says as follows:

　　　　1.　　USX filed a Motion for Summary Judgment on February 23, 2007, in accordance with the deadline set forth in the Court's Scheduling Order.

　　　　2.　　On February 27, 2007, this Court entered an Order setting a briefing schedule directed to USX's Motion for Summary Judgment. The Order gives Plaintiffs an opportunity to respond to USX's Motion by submission of a brief and evidentiary materials on or before March 16, 2007. The Order gives USX and opportunity to file a reply brief on or before March 23, 2007. The Order thus gives USX the week of March 19 to review Plaintiffs' responsive brief and evidentiary material and to prepare its reply brief.

1

3. The week of March 19 is the week designated by the Vestavia Hills City Schools for spring vacation. The undersigned counsel has scheduled a vacation with his family for that entire week. He scheduled the vacation several months ago and has already paid for it.

4. The undersigned counsel is lead counsel in this case. He took and defended each of the depositions. He is intimately familiar with the documents that have been exchanged in discovery, which number well into the thousands. Hence, the undersigned counsel's contribution to the reply brief is essential.

5. USX therefore respectfully requests that it be granted three (3) additional business days to submit its reply brief. Such an extension would extend USX's deadline from Friday, March 23, to Wednesday, March 28.

6. USX counsel contacted Plaintiffs' counsel and requested their consent to the extension for USX's reply brief deadline. Plaintiffs' counsel gave their consent on the condition that USX counsel give its consent for Plaintiffs to have an extension of three (3) business days to submit their responsive brief. USX counsel gave its consent to the extension for Plaintiffs.

Wherefore, premises considered, USX respectfully moves this Court to extend USX's deadline for submitting its reply brief by three (3) business days until March 28, 2007.

Respectfully submitted the 6th day of March, 2007.

/s/ David B. Hall
Lawrence B. Clark (CLA012)
David B. Hall (HAL052)
Elizabeth R. Floyd (FLO032)
Attorneys for Defendant
U.S. Xpress Enterprises, Inc.

Of Counsel:
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480

2

## Certificate of Service

I hereby certify that I have filed this document through the Court's CM/ECF electronic filing system and that the following persons will be served with notice of the filing on this the 6th day of March, 2007.

Jere L. Beasley
W. Daniel Miles
Clinton C. Carter
John Everett Tomlinson
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ David B. Hall
Of Counsel

3