IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually, | * * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No. 3:06cv00351-MEF * |
| U.S. XPRESS ENTERPRISES, INC., et al., | * * * |
| Defendants. | * |

## PLAINTIFFS' MOTION FOR EXTENSION OF RESPONSIVE BRIEF DEADLINE

Come Now Plaintiffs and respectfully move the Court to extend by three (3) business days Plaintiffs' deadline to file Plaintiffs' response in opposition to Defendant U.S. Xpress Enterprises, Inc.'s ("USX") Motion for Summary Judgment. As grounds for this Motion, Plaintiffs say as follows:

1. USX filed a Motion for Summary Judgment on February 23, 2007, in accordance with the deadline set forth in the Court's Scheduling Order.

2. On February 27, 2007, this Court entered an Order setting a briefing schedule directed to USX's Motion for Summary Judgment. The Order gives Plaintiffs an opportunity to respond to USX's Motion by submission of a brief and evidentiary materials on or before March 16, 2007. The Order gives USX an opportunity to file a reply brief on or before March 23, 2007.

3. As referenced in Defendant USX's previously filed Motion for Extension of Reply Brief Deadline (*Document 25,* filed March 6, 2007) USX

counsel contacted Plaintiffs' counsel and requested their consent to an extension of three (3) additional business days until March 28, 2007, for USX to submit its reply brief. Plaintiffs' counsel gave their consent on the condition that USX consent to an extension of three (3) business days for Plaintiffs to submit their responsive brief to USX's Summary Judgment Motion. USX counsel gave its consent to the extension for Plaintiffs.

4. Plaintiffs served their Second Set of Interrogatories and Request for Production on USX prior to the discovery deadline. USX's responses to Plaintiffs' discovery are due March 12, 2007. The discovery requested by Plaintiffs will be material to the preparation of Plaintiffs' response brief. Even if Plaintiffs receive the requested discovery on or about March 12, Plaintiffs counsel will require additional time to review Defendant's discovery responses/production and to complete Plaintiffs' response brief. In addition, if Defendant USX's above-referenced Motion for Extension is granted, the Plaintiffs' extension will allow for the same seven (7) day time period between Plaintiffs' response and USX's reply as originally ordered by the Court in the above-referenced briefing schedule.

5. Therefore, Plaintiffs respectfully request the Court for an extension of three (3) business days for Plaintiffs to file their response brief. Such extension would extend Plaintiffs' deadline for responsive brief from Friday, March 16, to Wednesday, March 21.

Wherefore, premises considered, the Plaintiffs respectfully move this Court to extend Plaintiffs' deadline for submitting its responsive brief by three (3) business days until March 21, 2007.

Respectfully submitted the 9th day of March, 2007.

/s/ John E. Tomlinson
JOHN E. TOMLINSON (TOM014)
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 9th day of March, 2007.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, AL 35203
(205) 328-0408

/s/ John E. Tomlinson
Of Counsel