IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G. F. KELLY TRUCKING, INC., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-351-MEF |
| ) | |
| U. S. XPRESS ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED:

1. That defendant's Motion for Extension of Time (Doc. #25) filed on March 6, 2007 is GRANTED to and including March 28, 2007.

2. That defendant's Motion for Leave to File Corrected Declaration (Doc. #26) filed on March 7, 2007 is GRANTED.

DONE this the 13th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE