IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G. F. KELLY TRUCKING, INC., *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| v.   ) | CASE NO. 3:06-cv-351-MEF |
| ) | |
| U. S. XPRESS ENTERPRISES, INC.,   ) | |
| ) | |
| Defendant.   ) | |

## **O R D E R**

It is hereby ORDERED that Plaintiffs' Motion for Extension of Responsive Brief Deadline (Doc. # 27) filed on March 9, 2007, is GRANTED to and including March 21, 2007.

DONE this the 14th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE