IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually, | * * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No. 3:06cv00351-MEF * |
| U.S. XPRESS ENTERPRISES, INC., et al., | * * * |
| Defendants. | * |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Come Now Plaintiffs pursuant to the Court's Uniform Scheduling Order and files this Notice Concerning Settlement Conference and Mediation for the above-referenced case. Plaintiffs say as follows:

Counsel for all parties conducted a settlement conference on March 15, 2007. Settlement was not reached. However, the parties have agreed to mediate this matter on April 6, 2007. A mediator agreeable to all parties has been chosen and confirmed for this date.

Respectfully submitted the 20th day of March, 2007.

/s/ John E. Tomlinson
JOHN E. TOMLINSON (TOM014)
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**

**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 20th day of March, 2007.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, AL 35203
(205) 328-0408

/s/ John E. Tomlinson
Of Counsel