**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 22, 2007

# NOTICE OF CORRECTION

**From:**           Clerk's Office

**Case Style:**     G. F. Kelly Trucking, Inc., et al. v. U. S. Xpress Enterprises, Inc.

**Case Number:**    #3:06-cv-00351-MEF

**Referenced Document:**  Document #31
Motion to Limit Expert Testimony

**This notice has been docketed to enter the attachment (Exhibit A) to the referenced document into the record. The attachment was omitted when the motion was originally filed.**

**The pdf of the corrected attachments are attached to this notice.**