IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually, | * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No. 3:06cv00351-MEF |
| U.S. XPRESS ENTERPRISES, INC., et al., | * * * * |
| Defendants. | * |

## EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiffs, G.F. Kelly Trucking, Inc. and Guy Kelly and submits the following evidence of its Response to Defendant's Motion for Summary Judgment being filed contemporaneously herewith:

1  Deposition of Guy Kelly
2  Confidentiality Agreement; Plaintiffs' Bates numbers Kelly -00005-000008
3  Deposition of Dennis Farnsworth
4  Letter of Intent from Ray M. Harlin; Plaintiffs' Bates numbers Kelly -000009-000014
5  Asset Purchase Agreement; Plaintiffs' Bates numbers Kelly -000043-000070
6  Deposition of Alan Hingst
7  Deposition of Frank Childers
8  Deposition of Nelson Chastain
9  U.S. Xpress Roster of G.F. Kelly Driver Roster; Defendant's Bates numbers Kelly – D002552-002556
10 Solicitation Letter to Alan Knight; Plaintiffs' Bates number Kelly -000093
11 Solicitation Letter to Darrell Waldon; Plaintiffs' Bates number Kelly -000092
12 Letter from Ray M. Harlin; Plaintiffs' Bates number Kelly -000086
13 Letter from Lisa Pate; Plaintiffs' Bates number Kelly -000091
14 Plaintiffs' Complaint
15 Driver Qualification Records for Larry Burns
16 Driver Qualification Records for John English
17 Driver Qualification Records for Chris Gregory

| | |
|---|---|
| 18 | Driver Qualification Records for Tommy Hall |
| 19 | Driver Qualification Records for Tommy Norred |
| 20 | Driver Qualification Records for Roosevelt Norwood |
| 21 | Driver Qualification Records for Teresa Watkins |
| 22 | Driver Qualification Records for James Watkins |
| 23 | Driver Qualification Records for Henry Brantley |
| 24 | Driver Qualification Records for Everette Crowder |
| 25 | Driver Qualification Records for Amy Devine |
| 26 | Driver Qualification Records for Ronald Dewberry |
| 27 | Driver Qualification Records for Pedro Garcia |
| 28 | Driver Qualification Records for Ceddric Grayler |
| 29 | Driver Qualification Records for David Hester |
| 30 | Driver Qualification Records for Alan Knight |
| 31 | Driver Qualification Records for Macon Mauldin |
| 32 | Driver Qualification Records for Mark McDaniel |
| 33 | Driver Qualification Records for Rodney McLain |
| 34 | Driver Qualification Records for Tony Poole |
| 35 | Driver Qualification Records for Mevan Stringer |
| 36 | Driver Qualification Records for Harold Thomas |
| 37 | Driver Qualification Records for Anthony Walker |
| 38 | Driver Qualification Records for Jimmy Walters |
| 39 | Driver Qualification Records for Darrell Waldon |
| 40 | Driver Qualification Records for Victory Adams |
| 41 | Driver Qualification Records for Ronnie Allen |
| 42 | Driver Qualification Records for Eugene Burwell |
| 43 | Driver Qualification Records for Iteago Banks |
| 44 | Driver Qualification Records for Cleveland Battle |
| 45 | Driver Qualification Records for Vence Bell |
| 46 | Driver Qualification Records for Christopher Bell |
| 47 | Driver Qualification Records for Lee Bracewell |
| 48 | Driver Qualification Records for Todd Brown |
| 49 | Driver Qualification Records for Farold Bryant |
| 50 | Driver Qualification Records for Walter Bryant |
| 51 | Driver Qualification Records for Edward Buchanan |
| 52 | Driver Qualification Records for Keith Byrd |
| 53 | Driver Qualification Records for Jospeh Campbell |
| 54 | Driver Qualification Records for Melvin Cleveland |
| 55 | Driver Qualification Records for Monroe Cooper |
| 56 | Driver Qualification Records for Randall Curby |
| 57 | Driver Qualification Records for Thomas Davis |
| 58 | Driver Qualification Records for Gordon Denney |
| 59 | Driver Qualification Records for Jimmy Dobbs |
| 60 | Driver Qualification Records for Dennis Fowler |
| 61 | Driver Qualification Records for Demetrius Fuller |
| 62 | Driver Qualification Records for James Fuller |
| 63 | Driver Qualification Records for Kenny Gibson |

| | |
|---|---|
| 64 | Driver Qualification Records for Randall Gleaton |
| 65 | Driver Qualification Records for Rickey Gleaton |
| 66 | Driver Qualification Records for Keith Gentry |
| 67 | Driver Qualification Records for James A. |
| 68 | Driver Qualification Records for James O. |
| 69 | Driver Qualification Records for John Hall |
| 70 | Driver Qualification Records for Toby Hilyer |
| 71 | Driver Qualification Records for Douglas Halston |
| 72 | Driver Qualification Records for Charles Jackson |
| 73 | Driver Qualification Records for Kenneth Johnson |
| 74 | Driver Qualification Records for Roy Johnson |
| 75 | Driver Qualification Records for Thomas Johnson |
| 76 | Driver Qualification Records for James Jones |
| 77 | Driver Qualification Records for Sam Jones |
| 78 | Driver Qualification Records for Roger Keener |
| 79 | Driver Qualification Records for Walter Lancaster |
| 80 | Driver Qualification Records for Eddie Lawrence |
| 81 | Driver Qualification Records for Boisey Lewis |
| 82 | Driver Qualification Records for James Maness |
| 83 | Driver Qualification Records for Ronald Mezick |
| 84 | Driver Qualification Records for Doris Mosley |
| 85 | Driver Qualification Records for Jerry Mosley |
| 86 | Driver Qualification Records for Johnny Newell |
| 87 | Driver Qualification Records for George Norton |
| 88 | Driver Qualification Records for Luther Norwood, |
| 89 | Driver Qualification Records for Tommy Peters |
| 90 | Driver Qualification Records for Jeffrey Quick |
| 91 | Driver Qualification Records for Charles Robinson |
| 92 | Driver Qualification Records for Louie Saito |
| 93 | Driver Qualification Records for Jimmy Screwz |
| 94 | Driver Qualification Records for Curtis Smith |
| 95 | Driver Qualification Records for James Sorrels |
| 96 | Driver Qualification Records for Joel Stewart |
| 97 | Driver Qualification Records for Wade Taft |
| 98 | Driver Qualification Records for Jesse Taylor |
| 99 | Driver Qualification Records for George Tharpe |
| 100 | Driver Qualification Records for Keith Thomas |
| 101 | Driver Qualification Records for Andrew Thorpe |
| 102 | Driver Qualification Records for James Todd |
| 103 | Driver Qualification Records for Randall Tucker |
| 104 | Driver Qualification Records for Barbara Vickers |
| 105 | Driver Qualification Records for Walter Voorhees |
| 106 | Driver Qualification Records for Dennis Wadley |
| 107 | Driver Qualification Records for Robert Weaver |
| 108 | Driver Qualification Records for Michael Welles, |
| 109 | Driver Qualification Records for Roderick Williams |

| | |
|---|---|
| 110 | Driver Qualification Records for Ronnie Woods |
| 111 | Driver Qualification Records for William Woods, |
| 112 | Driver Qualification Records for Anthony Wright |
| 113 | Driver Qualification Records for George Wright |
| 114 | Driver Qualification Records for Yamashito Yowe |
| 115 | Drug Test Form for Bernard Smith, Jr. |
| 116 | Drug Test Form for Brandon Salisbury |
| 117 | Drug Test Form for Van Mitchell |

Respectfully submitted this 21st day of March, 2007.

JOHN E. TOMLINSON (TOM014)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that the following persons will be served with this notice by U.S. Mail, postage prepaid, on this 21st day of March, 2007.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

Of Counsel