**American Court Reporting**
**toll-free (877) 320-1050**

Page 197

1  that left because of the transaction
2  with U.S. Xpress.
3      Did you retain all the other
4  customers, all the other clients?
5      A.  No.
6      Q.  What happened to them?
7      A.  I wasn't able to service the
8  majority of my customers because of my
9  fleet capacity.
10     Q.  Are any of those customers
11 customers of K-Diesel now?
12     A.  Yes.
13     Q.  Are any of those customers
14 customers of Eagle Logistics now?
15     A.  Yes.
16     Q.  Do you know what percentage
17 are -- take out the ones that you said
18 left.  Those that are left over, what
19 percentage of those are with either
20 K-Diesel or Eagle?
21     A.  Maybe ten percent.
22     Q.  What customers are still with
23 K-Diesel?

Page 198

1      A.  I'm still doing some business
2  with Smurfit-Stone-Paper, International
3  Paper.
4      Q.  All right.
5      A.  Master Brand Cabinets,
6  Spectrum Brands.  Do you want me to
7  name several?
8      Q.  As many as you can think of.
9      A.  Ralston Purina, Food Lion,
10 Rainbow Express, Frontier Spinning.
11 That's the main ones I think I have
12 left.
13     Q.  What about with Eagle?
14     A.  That's the same thing.
15     Q.  Of the drivers that were
16 working for Kelly Trucking in August of
17 '05, how many of them work for either
18 K-Diesel or Eagle now?
19     A.  Probably 25.  That's a
20 guesstimation.
21     Q.  Would Frank know more?
22     A.  Yeah.  He would have a better,
23 accurate account.

Page 199

1      Q.  How did the deal with USX
2  cause your deal with the racing -- I
3  don't know -- Shoemate or Shumaker?
4      A.  Shumaker.  I had to bring a
5  half a million dollars to the table.
6  And in return, they were going to
7  guarantee me first choice at all of the
8  Army enlisted men that didn't re-up.  I
9  had first dibs at them, to hire them as
10 drivers.
11     Q.  Say that again now.  I'm not
12 sure I understand.
13     A.  Shumaker Racing has a big deal
14 with the Army as a sponsor.  So the
15 enlisted men that didn't reenlist, he
16 was going to give me first dibs on
17 them, for hiring them as a driver and
18 guaranteeing them a job so.  I had a
19 direct link to a steady flow of
20 drivers.
21     Q.  At --
22     A.  And in return, see, that was
23 going to -- I was going to be able to

Page 200

1  bring that to U.S. Xpress and that
2  would entice my compensation package.
3      Q.  Did you talk about that at all
4  with anybody from U.S. Xpress?
5      A.  Yeah.  I talked with Dennis.
6  And I even talked to Wardeberg and
7  Farris about it the day they were in
8  Wadley.  They seemed very interested at
9  the time or led me to believe that.
10     Q.  And you were going to be able
11 to drive for Shumaker?
12     A.  Shumaker, yeah.
13     Q.  After the U.S. Xpress deal
14 fell apart in August '05, did any
15 brokers call you after that about
16 anyone interested in purchasing Kelly
17 Trucking?
18     A.  Yes.
19     Q.  Do you remember the names of
20 any of the brokers?
21     A.  Not right offhand.  The usual
22 ones.  I think Chapman & Associates is
23 one that called me over a time period.

50  (Pages 197 to 200)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 201

1  I had nothing to offer them at this
2  point in time.
3      Q.  Is this in September, October?
4      A.  I couldn't give you the exact
5  date.  I get these calls about once a
6  quarter, these canvass calls.
7      Q.  Did you enter into any letters
8  of intent with anybody about
9  negotiating a deal after August '05?
10     A.  Yes.
11     Q.  Who?
12     A.  There's one at the present
13  time with a broker, and it's Riverside
14  Transport out of Kansas.
15     Q.  Is that for G.F. Kelly or is
16  that with --
17     A.  That's just basically what's
18  left.
19     Q.  Everything else?
20     A.  Yeah.  They want what's left.
21  It's about 25 trucks, I believe.
22  Over-the-road freight.
23     Q.  Drivers?

Page 202

1      A.  Drivers, tractors and
2  trailers.  Asset purchase.
3      Q.  Of the 35 drivers that quit
4  that week of August 22nd, 2005, had any
5  of them been given notice from U.S.
6  Xpress that they didn't qualify under
7  U.S. Xpress' standards?
8      A.  You will have to talk to Frank
9  about all that.  U.S. Xpress had all
10  our information at some time prior of
11  all this, so they had access to all the
12  information on the drivers.  And Dennis
13  represented to me that that was not an
14  issue of mine and his completing the
15  deal.
16     Q.  What do you mean, not an
17  issue?
18     A.  He said -- he made a comment
19  to me that that was something that safety
20  would work out.
21     Q.  Did you understand that
22  because they would be going to work for
23  a different company, because it wasn't

Page 203

1  a stock purchase, they would be going
2  to a different company, that U.S.
3  Xpress would have to go through the
4  driver qualification process?
5      A.  Yes.  But they had all that
6  information prior.  They had all the
7  information prior to the week they came
8  down, the week of the 22nd.
9      Q.  Would Frank know exactly what
10  U.S. Xpress had?
11     A.  Yeah.  When they came in on
12  the 22nd, all that was supposed to be
13  was basically a one-day affair, and the
14  driver gets out the next day and goes
15  back to work.  And it turned into a
16  three-day fiasco.  They were supposed
17  to be assigned trucks and fuel cards
18  and go to work.  As a matter of fact,
19  they had already sent about a hundred
20  Qualcomms to my shop to be installed in
21  the trucks and tractors that followed.
22     Q.  Why is it that -- and I
23  understand, maybe it's simpler than I'm

Page 204

1  trying to make it.
2      Why is it USX's fault that
3  Kelly did not pay its creditors or fell
4  behind with its creditors?
5      A.  Well, I mean, Dennis stated to
6  me, don't worry about making the
7  payments.  You know, for instance,
8  going back to this e-mail to them,
9  Dennis told me, he said, well, don't
10  worry about it, we are going to close
11  just in a few days, don't worry about
12  it, you can settle all of that with
13  them and we will pay everything off.
14     Q.  That e-mail, you are referring
15  to Defendant's Exhibit 41?
16     A.  The 22nd.  Yes.  That's an
17  example.
18     Q.  He told you don't worry
19  about --
20     A.  He said, that's a minor issue.
21  He said, the details will be worked
22  out, we will be closing in a few days
23  anyway.

51  (Pages 201 to 204)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 205

1    Q.  Your advisors, did any of them
2  tell you, don't worry about it, don't
3  worry about paying the bills?
4    A.  I don't have any advisors.
5    Q.  That's comforting to your
6  lawyer.  I thought you were excluding
7  that.
8    A.  I was excluding lawyers.
9    Q.  I didn't ask you what he said.
10      Did you talk to --
11    A.  What was the last question you
12  asked me?
13
14    (Discussion off the record.)
15
16    (Record read.)
17
18      THE WITNESS:  I mean, after
19  this situation, you are asking me why
20  is it USX's fault of what has happened
21  now; is that what you are asking?
22      MR. TOMLINSON:  You can ask
23  him to rephrase it.

Page 206

1      MR. HALL:  Yes.
2      THE WITNESS:  Yeah, I guess.
3    Q.  (BY MR. HALL:)  What I'm
4  asking is, why do you think it's USX's
5  fault that you fell behind with your
6  creditors?
7    A.  Well, after the week of the --
8  when they came in, which is the week of
9  the 22nd of August, and the 35 drivers
10  walked out because we had told them one
11  thing, be it myself and U.S. Xpress
12  people.  And when I lost 35 drivers and
13  you multiply that time our average
14  revenue of $3,000 per driver, I lost
15  $100,000 in revenue per week at the
16  flick of a finger.  So I couldn't, I
17  didn't have the ability to pay them
18  from the revenue lost.  I thought
19  that's what you asked me and I was just
20  making sure.
21    Q.  Did you contact any of those
22  35 drivers and say, we are not doing
23  the deal with U.S. Xpress, come back?

Page 207

1    A.  I tried everything.  Yes.
2    Q.  Did any of them come back?
3    A.  I know of one personally.  But
4  now Frank can answer that better than I
5  can.  I do know of one.
6    Q.  Do you remember which one?
7    A.  V.J. Adams.
8    Q.  You said you and U.S. Xpress
9  told these guys that or made
10  representations to them and then things
11  were different.  I assume you are
12  talking about being home on the
13  weekends?
14    A.  Yes.  I led them to believe,
15  based on what I was led to believe and
16  relied on from Dennis, that they would
17  continue to be home every weekend, just
18  as we had recruited them originally.  I
19  mean, that's a big deal to a driver.
20  Gaining a driver's trust is very hard.
21  But once you get it, it is pretty
22  solid.  If you ever lose it, it is
23  extremely hard to get back in a small

Page 208

1  company like that anyway.
2    Q.  Is there any written
3  communication from Dennis or anyone
4  from U.S. Xpress committing to have the
5  drivers home every weekend?
6    A.  Dennis' word to me in
7  meetings.  And I think Nelson will be
8  able to backup my testimony right
9  there, that our operation would
10  continue like it had been, the Kelly
11  operation.
12    Q.  I just want to make sure I'm
13  clear on this.  Is it that he said your
14  operation will continue as it has been
15  or did he say specifically your drivers
16  will be home on the weekends?
17    A.  I take that as both meaning
18  the same.
19    Q.  I know.  But I want to know
20  what he said.
21    A.  He said, we will be continue
22  your operation as it has been
23  operating.  And I think I distinctly

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 209

1  asked him, will my drivers -- make sure
2  that my drivers will still be getting
3  home on the weekend, and he said yes.
4      Q.  You think you remember him
5  saying that?
6      A.  Yes, he said that.  Yes.
7      Q.  Prior to August 22nd, 2005,
8  had you told any vendors, finance
9  companies, et cetera, anyone outside of
10 Kelly that you were in negotiations
11 with U.S. Xpress?
12     A.  Yes.
13     Q.  Who?
14     A.  My home bank, which would have
15 been First Bank in Wadley, a small town
16 bank in Roanoke, Alabama.  I would have
17 told -- I think I disclosed it to GE.
18 I know I told some truck salesmen.
19 They are constantly trying to sell you
20 trucks, so it was disclosed to them.
21     Q.  Did you tell any other
22 trucking companies?
23     A.  Yes.

Page 210

1      Q.  Who?
2      A.  J-Par Trucking.
3      Q.  Who?
4      A.  J dash P-A-R Trucking.  They
5  are in Roanoke Alabama.  Good friend of
6  mine.  Like I say, word travels real
7  quickly in the transportation
8  community.
9      Q.  Did you tell any customers?
10     A.  Yes.
11     Q.  Which ones?
12     A.  We have talked about this
13 before now.
14     Q.  Have we?
15     A.  Yeah.
16     Q.  All the ones that you have
17 told me about?
18     A.  Yeah.  Like the Bowaters.
19     Q.  No.  I'm talking about before
20 August 22nd, 2005.
21     A.  Yes.  I talked to several
22 customers to inform them of the buyout
23 and the transition.  I would still

Page 211

1  continue to be there and help them and
2  be a point of contact to assure them
3  that their business would be taken care
4  of.
5      Q.  Are there some in addition to
6  those that you are claiming that you
7  lost?  We are talking about the ones --
8      A.  We lost.
9      Q.  -- you lost.
10     A.  Yeah, I talked to some ones
11 that I still have, too.
12     Q.  Do you remember the names?
13     A.  Smurfit-Stone, International
14 Paper.
15     Q.  The ones we talked about that
16 are still with Eagle and K-Diesel?
17     A.  Yes.  Correct.
18     Q.  That will shortcut it a little
19 bit.
20     Any in addition to those?
21     A.  Not that I can recall.
22     Q.  Okay.  Did you tell anyone at
23 Daimler/Chrysler?

Page 212

1      A.  No.
2      Q.  Volvo Finance?
3      A.  Yes.
4      Q.  Why did you tell the finance
5  companies?
6      A.  I told them that I had been
7  approached by U.S. Xpress for an asset
8  purchase and the closing date was
9  originally told to me by Dennis of July
10 the 15th and they would be requesting
11 payoff letters to pay them off.  As a
12 matter of fact, we would have had to
13 contact all of them.  Yeah, we had to
14 contact all of them, as a matter of
15 fact, requesting the payoff letters for
16 the 24th.
17     Q.  What number is that?  40?
18     A.  40.
19     Q.  After you got Defendant's
20 Exhibit 40 and you sent Defendant's
21 Exhibit 41, did you have any other
22 communications with Dennis Farnsworth
23 about the purchase, Asset Purchase

53 (Pages 209 to 212)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 213

1  Agreement?
2     A.  From what standpoint,
3  generally or specifics?
4     Q.  Yes, specifically.
5     A.  I mean, we talked almost every
6  day.
7     Q.  I will show you what has been
8  marked as Defendant's Exhibit 42.  Do
9  you recognize that e-mail?
10
11       (Whereupon, Defendant's Exhibit
12       Number 42 was marked for
13       identification and is attached to
14       the original transcript.)
15
16     A.  Yes.  Yep.  I sent it.  This
17  was the opportunity for them to
18  basically leave me alone.
19     Q.  Okay.  The first sentence
20  indicates that you are rejecting that
21  Purchase Agreement.  Is that safe to
22  say?
23     A.  Correct.

Page 214

1     Q.  The second sentence -- well, I
2  guess it's the second paragraph.  What
3  do you mean, I have basically -- I'm
4  quoting.
5        I have basically sucked the
6  cash out of the company and backed off
7  my payments anticipating a sale, so I
8  am not dead, end of quote.
9        What did you mean by that?
10     A.  Well, I basically was moving
11  cash around in my company, and also had
12  backed off the payments, because Dennis
13  told me, don't worry about it, we are
14  going to close in just a matter of
15  days.  He kept changing the -- I mean,
16  week to week, he kept closing the
17  closing date.  You know, it was July
18  15th and, no, we will close the
19  following week and we will close the
20  following week.  And Nelson can attest
21  to that.
22        And basically, you know, he
23  kept telling me, well, don't worry

Page 215

1  about the payments, we are fixing to
2  pay everything off and you are going to
3  get all your money back anyway.  So
4  that's basically what I anticipated.
5        You know, I sucked all the
6  cash out of it, moving it around.  And
7  when you start doing that in a big
8  company, you got to be able to track it
9  and be able to keep a paper trail or
10  you are going to get in trouble
11  tax-wise.
12     Q.  Do you have the paperwork, the
13  accounting papers that show what funds
14  you sucked out of the company?
15     A.  I think you have a copy of a
16  K-Diesel money market that had 600 and
17  some thousand dollars in it that you
18  showed me in an exhibit that I put on
19  there somewhere, Nelson, when it got
20  moved around.
21     Q.  When you say cash out of the
22  company, are you talking about --
23     A.  -- operating cash.

Page 216

1     Q.  -- Kelly Trucking?
2     A.  Kelly Trucking.
3     Q.  And you moved that money over
4  to K-Diesel; is that what you mean?
5     A.  Well, that and what I didn't
6  have in pure cash.
7     Q.  What I'm asking is, you took
8  money out of Kelly Trucking and put it
9  into K-Diesel; is that what you are
10  saying?
11     A.  I would have moved some over
12  there, yeah.
13     Q.  Do you know how much you
14  pulled out of Kelly Trucking?
15     A.  Not at the moment.  I had a
16  million dollars cold liquid cash at
17  this time, probably in August.
18     Q.  Where did it go?
19     A.  Do I disclose that?
20
21        (Short recess.)
22
23        MR. HALL:  Are y'all ready?

54  (Pages 213 to 216)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 217

```
 1       THE WITNESS:  Yes.
 2       MR. HALL:  What was my
 3  question?
 4
 5       (Record read.)
 6
 7       THE WITNESS:  K-Diesel.
 8     Q.  (BY MR. HALL:)  I take it from
 9  the second paragraph, you say you
10  haven't showed your hand, prior to this
11  time, had you disclosed to Dennis
12  Farnsworth that you had not -- that you
13  had backed off payments?
14     A.  Ask me that again.
15     Q.  All right.  Prior to June
16  29th, 2005 at 2:27 p.m. in this
17  e-mail --
18     A.  Right.
19     Q.  -- had you told Dennis
20  Farnsworth that you had backed off,
21  quote, backed off my payments?
22     A.  Yes.
23     Q.  All right.  When?
```

Page 218

```
 1     A.  Well, I had my e-mail right
 2  here on the 27th.
 3     Q.  That's what I'm talking about.
 4  Prior to this.
 5     A.  Yeah, I had had conversations
 6  with him, that basically, I told him, I
 7  said -- and I told him up front.  I
 8  said, I'm going to ride my creditors
 9  some right now, I said, because I'm
10  going to pull some cash out of the
11  company; I said, but I'm going to get
12  it back, the loans are going to get
13  paid off anyway.  I wasn't planning on
14  borrowing no more money from none of
15  these people.  So I really didn't care.
16     Q.  What were you trying to convey
17  to Dennis in this second paragraph,
18  that you weren't in dire straits, that
19  you had a position of strength?
20     A.  I was trying to, you know, get
21  him to quit misleading me with this
22  whole process, and the date he tells me
23  we are going to close, let's close.
```

Page 219

```
 1  Because you got to realize, David, it
 2  affected my whole operation.  It
 3  affected my driver, it affected my
 4  personnel in the office, they were
 5  scared to death.  It affected my
 6  customer base.  And you can tell a
 7  customer all day long that everything
 8  is going to be okay if somebody is, you
 9  know, leading you to believe they are
10  going to buy you out.
11       But I had a great reputation,
12  a great company and a great service
13  record with these people and they
14  depended on what I told them.  So I
15  mean, basically I was trying to get him
16  to, you know, move forward, you know,
17  sort of give him an ultimatum; either
18  buy the company or leave me alone.
19  They were continuing the process, I
20  guess, for lack of better words.
21     Q.  When did you first find out
22  that U.S. Xpress couldn't guarantee the
23  drivers that they would be home every
```

Page 220

```
 1  weekend?
 2     A.  It would be the 22nd.
 3     Q.  August?
 4     A.  August 22nd.
 5     Q.  The proposal in Defendant's
 6  Exhibit --
 7     A.  40?
 8     Q.  -- 40, how did it differ from
 9  -- at the bottom you say, this is
10  basically what I want, then you list
11  out eight things.
12     A.  What are you asking me now?
13     Q.  You are saying you can't
14  accept the terms of Defendant's Exhibit
15  40.
16     A.  Right.  Okay.
17     Q.  And then you counter --
18     A.  Right.  Okay.
19     Q.  I want to know how your
20  counter differs from the agreement,
21  Defendant's Exhibit 40.
22     A.  I think the only difference
23  was going to be that $740,000, I think,
```

55 (Pages 217 to 220)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 221

1  and also the driver base up front.
2       Q.  It went from --
3       A.  The agreement, I think the
4  first agreement, the driver base money
5  would have been paid over a period of
6  time, which I would have had no control
7  over, of retaining the drivers. And I
8  wanted that money up front and the
9  goodwill money that he had told me in
10  the original meeting.
11       Q.  You indicate that -- one, two,
12  three, four, five, six paragraphs down,
13  you said that red flags start flying.
14            What did you mean by that?
15       A.  Because he changed his -- from
16  the original meeting, where I had
17  written on this piece of paper, Exhibit
18  38, he had already changed the way I
19  would be paid twice. In the original
20  meeting, he told me the $740,000 up
21  front and he told me $400,000 for
22  driver base. And then if you look at
23  Exhibit 40, it goes to a progression

Page 222

1  about the drivers somewhere. There it
2  is. Compensation on the driver
3  retention pool payments as paid with
4  the Asset Agreement.
5       Q.  Did you talk to Dennis
6  Farnsworth after you sent this e-mail?
7       A.  On the 29th?
8       Q.  Yes.
9       A.  Yes.
10       Q.  What did you talk about?
11       A.  We talked about the e-mail
12  itself. And he basically told me,
13  don't worry, these are minor, minor
14  conditions that will be worked out,
15  that we will be closing -- he actually
16  told me we would close by the week of
17  the 4th that next time. I think I put
18  it in my e-mail. Correct.
19       Q.  Number 7, we will close by the
20  4th; is that what means?
21       A.  Right there.
22       Q.  What does number 5 mean, all
23  trucks and trailers zero balance owed?

Page 223

1       A.  I wanted them to pay the total
2  trucks and trailers off, and then any
3  equity left, they would just write me a
4  check for.
5       Q.  So you --
6       A.  I didn't want them to get into
7  the -- go ahead. I'm sorry.
8       Q.  You wanted them to pay off the
9  creditors?
10       A.  Yeah. And then any difference
11  between orderly liquidation value and
12  the payoff, then just take it out of
13  equity so we could go ahead and just
14  get them paid off and not accrue any
15  more interest.
16       Q.  Did they agree to that?
17       A.  Dennis agreed to me that he
18  would take care of everything. And I
19  think he put most of it in there.
20       Q.  Did you tell Mr. Farnsworth
21  during that conversation that you had
22  another buyer?
23       A.  I don't recall. I may have.

Page 224

1  I don't recall it.
2       Q.  Did you have an offer from
3  James A. Smith out of Cullman at that
4  time?
5       A.  Not at that time. I got one
6  later on. James R. Smith in Cullman.
7       Q.  Were you in negotiations with
8  James R. Smith in Cullman at the same
9  time?
10       A.  No.
11       Q.  When did you receive an offer
12  from James R. Smith?
13       A.  In '06.
14       Q.  Why didn't you take it?
15       A.  Well, it wasn't a worthy
16  offer, a worthy offer to me.
17       Q.  Who did you deal with at
18  James R. Smith?
19       A.  Carson. I can't think of
20  Carson's last name. I will think of it
21  shortly. And actually James R. Smith
22  himself. I had a meeting with those
23  guys in Cullman in '06.

56  (Pages 221 to 224)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 225

1    Q.  What is it?  James?
2    A.  James R. Smith.
3    Q.  No.  What was the name of the
4  guy you dealt with?
5    A.  Carson.  That's his right-hand
6  man.  I can't think of his last name
7  right offhand.
8    Q.  Mr. Smith's right-hand man?
9    A.  Yeah.  For lack of a better
10  term.
11    Q.  I will show you what has been
12  marked as Defendant's Exhibit 43.  I'm
13  sorry, I have to take it back from you.
14  You produced it.  It's your number 74.
15  And ask if you can identify that.
16
17       (Whereupon, Defendant's Exhibit
18       Number 43 was marked for
19       identification and is attached to
20       the original transcript.)
21    A.  That is -- that is Dennis'
22  revived -- excuse me -- Dennis
23  Farnsworth's revised compensation

Page 226

1  package.
2    Q.  Do you know what date that
3  this was --
4    A.  August 1st, '05.
5    Q.  That's what the handwritten
6  note says?
7    A.  Yeah.  I would have wrote it
8  in there because it didn't print it off
9  on the e-mail.
10    Q.  I will show you what has been
11  marked as Defendant's Exhibit 44, your
12  production number 75.
13
14       (Whereupon, Defendant's Exhibit
15       Number 44 was marked for
16       identification and is attached to
17       the original transcript.)
18
19    A.  Oh, yeah.  That's a
20  conversation with Greg Fields.  That's
21  when he give me notice.
22    Q.  Is this your note?
23    A.  This is my note the day he

Page 227

1  called me, it looks like, yes, when he
2  was giving me notice that we will be
3  gone in 120 days.  They didn't give me
4  120 days.
5    Q.  And Greg Fields was with
6  Wabash?
7    A.  Wabash Alloys.
8    Q.  Did he go into any more detail
9  than the U.S. Xpress situation had a
10  big influence on their decision?
11    A.  I'm trying to think of exactly
12  what he said.  I remember him saying
13  that because U.S. Xpress hadn't given
14  them a definite yes or no answer, that
15  they would continue the contractual
16  obligations that I had with them and
17  with them buying me out, that they were
18  changing carriers.
19    Q.  I will show you what has been
20  marked as Defendant's Exhibit 45.  Is
21  that the August 4, 2005 Asset Purchase
22  Agreement referenced in the Complaint?
23

Page 228

1       (Whereupon, Defendant's Exhibit
2       Number 45 was marked for
3       identification and is attached to
4       the original transcript.)
5
6    A.  That appears to be it.
7    Q.  I think you indicated before
8  that there was no closing on any
9  agreement with U.S. Xpress; is that
10  correct?
11    A.  Written.  Written.  Written.
12  I don't believe there is a written.
13  There is a verbal.
14    Q.  A verbal closing?
15    A.  There is a verbal closing from
16  Dennis Farnsworth, that we would have
17  closed August the 29th.  And he
18  requested payoff letters through the
19  24th that the assets were to be paid
20  off.  He had instructed me to go ahead
21  and call Wade and for Wade to be there
22  the 29th; I do remember that, Wade
23  Hartley of Hill, Hill & Carter.

57  (Pages 225 to 228)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 229

1    Q.  If you will, look at paragraph
2  11.3.
3    A.  Okay.
4    Q.  Did you agree, in this
5  Purchase Agreement, that this agreement
6  constituted the entire agreements
7  between the parties?
8    A.  With the exception of the
9  verbal closing date, yes.
10    Q.  Does it say, with the
11  exception of the verbal closing date?
12    A.  No.  But Dennis Farnsworth
13  told me a tentative closing date.
14    Q.  What does Section 11.6 say?
15    A.  The agreement, I don't guess I
16  have to read it out loud.
17    Q.  It says, this agreement shall
18  not be changed or terminated orally and
19  no waiver of compliance with any
20  provisions or conditions hereof and no
21  consent provided for here and shall be
22  effective unless evidenced by a written
23  instrument duly executed by the party

Page 230

1  to be charged therewith.
2    Did I read that accurately?
3    A.  I believe you did.
4    Q.  On page 21, which may be the
5  last page of yours, did you sign?
6    A.  I signed it.
7    Q.  Did you ever contend that you
8  did not have an agreement with U.S.
9  Xpress?
10    A.  I don't know.  I may have.  I
11  don't know.  I can't recall.  I had an
12  agreement with Dennis Farnsworth,
13  though, representing U.S. Xpress.  And
14  a verbal commitment to me is as good as
15  paper.
16    Q.  All right.  I will show you
17  what has been marked as Defendant's
18  Exhibit 46 and ask if you have seen
19  that before.
20
21    (Whereupon, Defendant's Exhibit
22    Number 46 was marked for
23    identification and is attached to

Page 231

1    the original transcript.)
2
3    A.  I recognize it.
4    Q.  Did you write the e-mail at
5  the top to Dennis Farnsworth?
6    A.  Yes.
7    Q.  The third paragraph from the
8  bottom of your e-mail, it says, I know
9  this will be thrown up about the
10  agreement on the 31st.
11    What are you referring to with
12  regard to the 31st?
13    A.  I don't know what I meant by
14  that at that time.  I think that was
15  one of the closing dates.
16    Q.  It says or it continues, but
17  if you will check, the asset page of
18  the agreement has not been signed, the
19  assignor-assignee page was only signed.
20    A.  Okay.
21    Q.  Are you indicating you are not
22  bound by the agreement?
23    A.  I'm indicating I want my copy

Page 232

1  back.
2    Q.  Okay.
3    A.  And also this was a way to
4  give him an out and he didn't take it.
5    Q.  Did you have a verbal
6  conversation with Mr. Farnsworth on the
7  19th?
8    A.  The 20th, I did.
9    Q.  The 20th?
10    A.  That's when he guaranteed to
11  close the 29th, his word representing
12  U.S. Xpress.
13    Q.  Did you tell him on the 19th
14  that James R. Smith was ready to close?
15    A.  I don't recall.  I could have.
16    Q.  Was that true?
17    A.  No.  Well, now, I take that
18  back.  They had indicated interest in
19  the company, if I didn't sell it.  As
20  you see, they made an offer in '06.
21  They had made an indication through my
22  insurance agent that they would like to
23  buy it.

58  (Pages 229 to 232)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 233

1    Q.  Who is your agent?
2    A.  Bill Hamrick.
3    Q.  Why didn't you contact him at
4 that point?
5    A.  Who?  James R. Smith?
6    Q.  James R. Smith?
7    A.  At what point in time?  During
8 this process?
9    Q.  Yes.
10    A.  Because I wasn't supposed to.
11 And you will notice in that e-mail on
12 August the 19th, what is already --
13 U.S. Xpress has already caused me.
14    Q.  It says, I have lost 15
15 drivers due to the uncertain future and
16 driver talk.  Do you remember which 15?
17    A.  Uh-uh.  No.
18    Q.  Would Frank know that?
19    A.  Possibly, yes.
20    Q.  At that time, nobody has told
21 them that they can't be home on
22 weekends; is that correct?  Or they
23 can't guarantee that they will be home

Page 234

1 on weekends?
2    A.  No.  They haven't been told
3 that the whole time.  But they were
4 aware of the process, and a driver has
5 to have concrete information to have a
6 level of serenity and calmness to do
7 his job.  And if he feels like there is
8 uncertainty or chaos, they will move on
9 a lot of times.
10    Q.  These 15, are they included in
11 the 35?
12    A.  No.
13    Q.  So by August 25th, 2005, you
14 had lost 40 drivers?
15    A.  Correct.
16    Q.  Defendant's Exhibit 45, page
17 6, Section 3.6 requires there to be at
18 least 130 closing day drivers that will
19 meet buyer's qualifications for hiring;
20 is that correct?
21    A.  That's what the document
22 states.  But Dennis continued to tell
23 me not to worry about the detail of the

Page 235

1 agreement, that they would work out the
2 deal with the drivers through safety.
3    Q.  Did your attorney review
4 Defendant's Exhibit 45 with you?
5    A.  I would have sent that to
6 Wade, yes.
7    Q.  And you sought his advice with
8 regard to this transaction?
9    A.  Yes.
10    Q.  Would you have had -- without
11 regard to U.S. Xpress' standards for
12 hiring, would you have had 130 Kelly
13 drivers that would have gone to work
14 for U.S. Xpress by the end of August
15 2005?
16    A.  Yes.
17    Q.  Do you know whether any of the
18 15 drivers that you mentioned in your
19 letter of August 19th, 2005, do you
20 know whether any of those drivers were
21 not qualified by U.S. Xpress?
22    A.  I couldn't answer that.  Frank
23 could.

Page 236

1    Q.  What were G.F. Kelly
2 Trucking's hiring criteria for drivers?
3    A.  They were pretty much industry
4 standards: 23 years old, we had to
5 preapprove our drivers through our
6 insurance company, which was Lincoln
7 General, before we would hire them.
8 They would qualify them based on the
9 application and they forward that to
10 Lincoln General or to Hamrick, which
11 was our agency, and they would go over
12 it with Lincoln General.
13    Q.  Did you have any written
14 standards on --
15    A.  Yes.
16    Q.  -- driving history?
17    A.  Yes.  Frank could supply you
18 with that.
19    Q.  Frank's the man?
20    A.  Yes.  We had some
21 qualifications.  I can't cite them
22 verbatim, but we had them.
23    Q.  Okay.  What would it take to

59  (Pages 233 to 236)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 237

1  be fired as a driver related to driving
2  at Kelly Trucking?
3      A.  I would have to let Frank
4  answer that.  He handled the personnel.
5      Q.  Let me show you what has been
6  marked as Defendant's Exhibit 47.  Have
7  you seen that letter before?
8
9          (Whereupon, Defendant's Exhibit
10          Number 47 was marked for
11          identification and is attached to
12          the original transcript.)
13
14      A.  I don't believe I have seen
15  this.
16      Q.  Okay.
17      A.  Frank probably has.
18      Q.  It's your production number 77
19  for your reference purposes.
20      A.  Okay.  That would have been
21  sent to the safety department.
22      Q.  Do you see in the first
23  sentence it talks about U.S. Xpress and

Page 238

1  G.F. Kelly are discussing a possible
2  business arrangement?
3      A.  (No response.)
4      Q.  Do you see that?
5      A.  Yes.
6      Q.  But you never saw this?
7      A.  I don't believe I have seen
8  that.  I think that was probably from
9  the safety department.
10      Q.  I will show you what has been
11  marked as Defendant's Exhibit 48.  Have
12  you seen that e-mail before?
13
14          (Whereupon, Defendant's Exhibit
15          Number 48 was marked for
16          identification and is attached to
17          the original transcript.)
18
19      A.  Yes, I believe I have.
20      Q.  Okay.  Would you have seen it
21  before -- would you have seen it August
22  23rd, 2005?
23      A.  Possibly.

Page 239

1      Q.  All right.  What payoff letter
2  are they referring to or is being
3  referred to there, if you know?
4      A.  That is paying off the
5  receivable company, the ICC.  That's
6  one of my receivables.  They were
7  factoring my receivables.  And there
8  was two possible deals, that they would
9  either pay off the receivables and I
10  would, I think, 85 or 90 percent of it,
11  if I got the cash up front, or then
12  either I could just keep my
13  receivables.  So that's what this is
14  referring to.
15      Q.  You indicated people from U.S.
16  Xpress came to Kelly Trucking the week
17  of August 22nd; is that correct?
18      A.  Monday, correct.
19      Q.  And they came to, I guess,
20  qualify Kelly drivers with U.S. Xpress
21  applications and drug tests and
22  driver's tests, correct?
23      A.  No.  They actually came --

Page 240

1  they had all that material prior to
2  coming to Wadley.
3      Q.  How many drivers' applications
4  had been sent to U.S. Xpress prior to
5  August 22, 2005?
6      A.  All of them.
7      Q.  Are you the person most
8  knowledgeable about that?
9      A.  No.  Frank is.  They had all
10  the driver information prior to that
11  week.
12      Q.  I just want to make sure you
13  understand what I'm saying.
14          U.S. Xpress sent U.S. Xpress
15  driver applications to Kelly Trucking.
16  Are you aware of that?
17      A.  No.  Frank would probably be
18  the most knowledgeable about that
19  process.
20      Q.  I don't want you to be
21  confused in your testimony.  I want to
22  make sure you understood what I was
23  asking you.

60  (Pages 237 to 240)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 241

1   A.  Right.
2   Q.  I was asking, do you know how
3  many of those U.S. Xpress applications
4  filled out by Kelly drivers were
5  actually sent back to U.S. Xpress prior
6  to August 22nd?
7   A.  Frank will have to answer
8  that.
9   Q.  I will show you what has been
10 marked as Defendant's Exhibit 49.
11
12      (Whereupon, Defendant's Exhibit
13      Number 49 was marked for
14      identification and is attached to
15      the original transcript.)
16
17  Q.  Do you recognize those
18 e-mails?
19  A.  Correct.
20  Q.  You do recognize them?
21  A.  Correct.
22  Q.  Okay.  It indicates there is a
23 list attached.  If I find it, do you

Page 242

1  think you would recognize it?
2   A.  I will try.
3   Q.  Okay.  I will show you what I
4  have just marked as Defendant's Exhibit
5  50.  Do you recognize that?
6
7      (Whereupon, Defendant's Exhibit
8      Number 50 was marked for
9      identification and is attached to
10     the original transcript.)
11
12  A.  Oh, yes, I do.
13  Q.  Is that the attachment
14 referred to in Exhibit 49?
15  A.  Yes.  Yes.  That's the equity
16 I had in my trailers.
17  Q.  Can you tell from this which
18 are owned by or leased in the name of
19 Kelly Trucking?
20  A.  What time frame?  At that
21 time?
22  Q.  On this list.
23  A.  On that list?

Page 243

1   Q.  Yes.  The reason I ask is, on
2  page 3 there's some timber and then
3  there's some things listed, and then
4  there's K-Diesel and there's some
5  things listed.
6   A.  The timber wasn't included.
7   Q.  Was not included?
8   A.  No.  That's the timber
9  equipment.  And the K-Diesel trucks
10 were actually -- that's trucks that
11 K-Diesel actually owned at that time
12 frame that were leased to Kelly
13 Trucking as owner/operators.  I was
14 actually an owner/operator of my own
15 company.
16  Q.  Okay.  If you would, turn to
17 the last page.  I guess in the bottom
18 corner, there's a Bates number.  Let me
19 find it.  Beginning on page 217, do you
20 see where I'm referring in the
21 right-hand corner?
22  A.  Okay.
23  Q.  To the left-hand side, there's

Page 244

1  a number, it begins with 241.  Is that
2  the trailer number?
3   A.  That is the number of
4  trailers.  The unit number would be the
5  one following, and then year model,
6  year, then make and serial number.
7   Q.  And the dollar amounts in the
8  first column is the OLV?
9   A.  OLV.
10  Q.  And the second column is
11 payoff?
12  A.  Payoff, right.
13  Q.  And from trailer number 53366,
14 2001?
15  A.  Lufkin.
16  Q.  All the Kelly trailers through
17 number 421 are Lufkin; is that correct?
18  A.  Correct.
19  Q.  What are the Wabash?
20  A.  They are trailers.
21  Q.  Are they included?
22  A.  Yes.
23  Q.  Can I see the e-mails that I

61  (Pages 241 to 244)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 245

1  gave you, the last couple of e-mails I
2  gave you?
3     A.  (Complies.)  49 and 48.
4     Q.  Your e-mail, Number 49,
5  Exhibit 49, question, are any of these
6  -- Mr. Farnsworth asks, are any of
7  these trailers unusable, if so, we need
8  to remove from the list.  Please
9  review.  You respond, looks good.
10        What does that mean?
11     A.  That means everything is okay.
12     Q.  All of them are usable?
13     A.  Yes.
14     Q.  I will show you what has been
15  marked as Defendant's Exhibit 51.  Do
16  you recognize that e-mail?
17
18        (Whereupon, Defendant's Exhibit
19        Number 51 was marked for
20        identification and is attached to
21        the original transcript.)
22
23     A.  Yes.

Page 246

1     Q.  What is this with regard to?
2     A.  The week of the 22nd was when
3  we were to begin bringing all the
4  drivers in to be assigned new trucks
5  and new fuel cards for U.S. Xpress.
6  That means I would have had basically
7  no revenue to amount to anything,
8  because bringing 35 drivers in a day
9  and then my drivers were expecting to
10  be paid, because they were going to
11  miss -- they were supposed to just miss
12  one day and the first group was there
13  three days.  So I had to pay the
14  drivers.
15     Q.  The first group was there
16  three days?
17     A.  Yes.  Yes.
18     Q.  Monday through Wednesday?
19     A.  Correct.  That was a lot --
20  that was a lot of the problem right
21  there, those guys quit, some of the
22  problem right there, too.
23     Q.  How many were in the first

Page 247

1  group?
2     A.  I think around 30.  You would
3  have to ask Frank to be sure.
4     Q.  Were you there during this
5  period?
6     A.  Yes.  Yes.
7     Q.  And these drivers weren't
8  routed in on any kind of -- you know,
9  just as they come in?
10     A.  Wadley is not on any major
11  intersection or highway.  It's sort of
12  out of the way, if you know where
13  Wadley was.  To get a truck in there,
14  you eat cost, you eat driver pay, fuel
15  and maintenance cost.
16     Q.  Did you have any agreement
17  with U.S. Xpress in advance for them to
18  pay these expenses?
19     A.  Yes.  Dennis told me verbatim
20  that they would compensate me for
21  out-of-pocket expense.  Nelson
22  Chastain, I think, was also a party to
23  that conversation.  Frank may have

Page 248

1  been, too, to be honest with you.
2     Q.  When did this conversation
3  take place?
4     A.  I don't recall the exact date.
5     Q.  Are there any e-mails from you
6  back to Dennis Farnsworth that says,
7  Dennis, you told me that you were going
8  to close this deal, Dennis, you told me
9  X and the agreement says something else
10  or, Dennis, you said you were going to
11  pay for these expenses and you are not?
12     A.  Well, I mean, they attempted
13  to.  They threw me a little bone.  They
14  sent me an offering letter of $20,000.
15  So that basically follows up on his
16  verbal agreement with me, but that
17  didn't cover it.
18     Q.  How much did you have in
19  expenses?
20     A.  There's a sheet somewhere that
21  we guesstimated about how much cost it
22  cost us that week.  Our revenue was
23  running about $400,000 a week.  So if

62  (Pages 245 to 248)

**www.AmericanCourtReporting.com**
**January 15, 2007**

# American Court Reporting
## toll-free (877) 320-1050

Page 249

1  you are bringing in 30 trucks a day and
2  they are supposed to be out one day but
3  the first group was there three days,
4  it won't take long to figure all that
5  out. We had figured it one time. It
6  is on the sheet I give you for out of
7  pocket. I think about $160,000.
8      Q.  On the sheet that was attached
9  to the attorney's letter?
10     A.  Yeah, I think so. I think
11 those guys had figured it up pretty
12 close. It's here somewhere.
13
14     (Discussion off the record.)
15
16     MR. HALL:  We will mark it
17 Defendant's Exhibit 53.
18
19     (Whereupon, Defendant's Exhibit
20     Number 53 was marked for
21     identification and is attached to
22     the original transcript.)
23

Page 250

1      Q.  (BY MR. HALL:)  Do you see it
2  on what we have marked as Defendant's
3  Exhibit 53?
4      A.  Yes.
5      Q.  Where is it?
6      A.  Revenue, field cost, and
7  driver pay.
8      Q.  Revenue lost is in reference
9  to?
10     A.  The trucks not running.
11     Q.  The week of August 22nd?
12     A.  Correct.
13     Q.  And it's $200,000?
14     A.  Total.
15     Q.  250, excuse me.
16     A.  Total cost.
17     Q.  Total. Okay. Let me show you
18 what has been marked as Defendant's
19 Exhibit 52.
20
21     (Whereupon, Defendant's Exhibit
22     Number 52 was marked for
23     identification and is attached to

Page 251

1      the original transcript.)
2
3      Q.  I guess it's a follow-up to
4  the --
5      A.  We done talked about this now.
6      Q.  Well, we have Tuesday, August
7  23rd, 2005 from Dennis back to you.
8  After you said things looked good, he
9  writes back, great, we need titles on
10 paid off trailers ready to deliver at
11 close as well.
12         Did you have the titles on the
13 paid off trailers?
14     A.  Yes.
15     Q.  On all of them?
16     A.  Yes.
17     Q.  Did you give those to
18 Mr. Farnsworth?
19     A.  No.
20     Q.  I will show you what has been
21 marked as Defendant's Exhibit 54 and
22 ask if you can identify that, please.
23

Page 252

1      (Whereupon, Defendant's Exhibit
2      Number 54 was marked for
3      identification and is attached to
4      the original transcript.)
5
6      A.  Yes.
7      Q.  Is that your note?
8      A.  Yes.
9      Q.  What is this regarding?
10     A.  This is when Al Hingst walked
11 in my office on August the 25th and
12 told me that they were pulling out.
13     Q.  And you told me -- I'm not
14 going to ask you to repeat what he said
15 about -- he said, if he was doing it,
16 it would have been done differently or
17 something along those lines?
18     A.  If he had been there from Day
19 One, we would have closed by the 15th
20 and up and running; that they had
21 mismanaged the whole process and he was
22 sorry that it happened.
23     Q.  Did he tell you why they were

63  (Pages 249 to 252)

## www.AmericanCourtReporting.com
## January 15, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 253

1  pulling out?
2      A.  No.  He just basically said,
3  we mishandled this and it's a fiasco
4  and I'm sorry and it wasn't handled
5  properly.
6      Q.  He didn't say anything to you
7  about the results of their inspection
8  of the Kelly equipment?
9      A.  No.
10     Q.  He didn't or you don't recall?
11     A.  I don't recall him saying
12  anything like that.
13     Q.  Do you recall him saying
14  anything to you about drivers that
15  would not qualify under U.S. Xpress
16  standards?
17     A.  No, not to me.  He may have
18  talked with Frank.  Now, you got to
19  remember, they had all the information
20  prior to them coming down there.  So
21  they should have made that
22  determination beforehand.
23     Q.  Did they do drug testing while

Page 254

1  they were at Wadley?
2      A.  You will have to ask Frank
3  that.
4      Q.  Do you know if they did road
5  testing while they were at Wadley?
6      A.  You will have to ask Frank.
7      Q.  And you don't know whether or
8  not they had U.S. applications filled
9  out, U.S. Xpress applications filled
10  out?
11     A.  Frank would have to answer
12  that.
13     Q.  And it's your testimony that
14  they did not convey to you anything
15  about U.S. Xpress equipment not meeting
16  -- excuse me -- Kelly equipment not
17  meeting U.S. Xpress standards and not
18  being able to qualify enough Kelly
19  drivers?
20     A.  That had no bearing on the
21  buyout, as far as equipment.  It was an
22  asset sale.  And I was only going to
23  get the equity of what was left.  So it

Page 255

1  had no bearing on the sale being
2  completed.  And Dennis said that
3  wouldn't matter anyway.
4      Q.  What wouldn't?
5      A.  The condition of my equipment
6  had no bearing.  The drivers were not
7  going to drive Kelly trucks or use
8  Kelly trailers anymore.  It had no
9  bearing on the actual completing of the
10  deal.
11     Q.  Are you familiar with Section
12  3.2 to Defendant's Exhibit 45?
13     A.  What's that on?
14     Q.  The Asset Purchase Agreement.
15     A.  Where, now, what page?
16     Q.  Article 3, Conditions to
17  Closing, page 6, Section 3.2.  Is not
18  an inspection to U.S. Xpress'
19  satisfaction of the transferred
20  equipment and leased equipment a
21  condition to closing?
22     A.  Has no bearing on the deal,
23  because it was -- they were not -- they

Page 256

1  were not going to use the equipment.
2  The equipment was going to be sold to
3  Taylor Martin and liquidated.  And
4  whatever it brought, I would get the
5  difference.  So it had no bearing.
6      Q.  The equipment was going to be
7  sold to Taylor Martin?
8      A.  It was my understanding that
9  Taylor Martin was buying all the
10  equipment.  They done the orderly
11  liquidation value appraisal.  And
12  that's what Dennis told me from Day
13  One, that they would not use any of the
14  equipment, that it would be sold.
15  Taylor Martin will handle all that.
16     Q.  But do you agree with me,
17  Article 3, Section 3.2 says it is a
18  condition to the sale?
19     A.  I don't really understand.  I
20  mean, it's a stated part of this
21  document.  But Dennis told me it didn't
22  matter, and Dennis told me that they
23  wouldn't use the equipment anyway, so

64  (Pages 253 to 256)

# American Court Reporting
## toll-free (877) 320-1050

Page 257

1  and they were just going to sell it.
2  So it has no bearing on it to me.
3      Q.  And the number of qualified
4  drivers, is it still your opinion that
5  that was not a condition to closing?
6      A.  They should have knew this. I
7  mean, they had all this information
8  prior to coming to my office that week.
9  They had all the driver files. And
10 then Dennis continued to move forward
11 and to guarantee me the sale and to
12 close. And he said, don't worry about
13 the driver situation, we will take care
14 of it, we will work that out with
15 Frank.
16     Q.  That's your position?
17     A.  My position is, U.S. Xpress
18 continued to let him represent them,
19 communicating with me that it was a
20 done deal and they would close the
21 29th. And a man's word is as good as a
22 contract to me.
23     Q.  Did you have any conversations

Page 258

1  with Mr. Farnsworth or anyone else from
2  U.S. Xpress after you spoke with
3  Mr. Hingst?  H-i-n-g-s-t.
4      A.  Yes.
5      Q.  Who?
6      A.  Oh, no.  No.  No.  Ask me that
7  again.
8      Q.  Did you have any conversations
9  with anyone else from U.S. Xpress after
10 your conversation with Mr. Hingst on
11 the morning of --
12     A.  The 25th.
13     Q.  -- August 25th?
14     A.  No.
15     Q.  The reason I ask that is
16 because the bottom section indicates
17 that you had a conference call of --
18     A.  That was in -- you asked me?
19     Q.  Was that all in the same
20 thing?
21     A.  Yeah.  I mean, when Al was in
22 the office, we got Dennis on the phone.
23     Q.  Okay.  What did Dennis say on

Page 259

1  the conference call?
2      A.  It was basically between Al
3  and Dennis.  And Dennis apologized for
4  the problems that they caused me.  And
5  I asked him about compensation that he
6  had promised me, and he said they would
7  be sending out a letter to that effect.
8      I think I asked Dennis I need
9  written conformation on them backing
10 out of the deal and fulfilling the
11 terms of the contract, which I think
12 the last page talks about giving me
13 five to eight or something to correct
14 the situation.  Or they have to notify
15 me in writing five days and give me
16 five -- something to that effect.
17 Where is that?  So they never fulfilled
18 their termination responsibilities.
19 It's somewhere.
20     Q.  It's page 16.  No, excuse me.
21 Page 17, Article 11.  What clause are
22 you referring to?  Are you on page 18?
23     A.  I'm on page 18.  I'm talking

Page 260

1  about 2 and 3, paragraph 2 and 4 and, I
2  guess, 4.  They never fulfilled that
3  obligation to me.
4      Q.  What obligation is that?
5      A.  Written notice.
6      Q.  I will show you what has been
7  marked as Defendant's Exhibit 55 and
8  ask if you can identify that, please.
9
10     (Whereupon, Defendant's Exhibit
11      Number 55 was marked for
12      identification and is attached to
13      the original transcript.)
14
15     A.  The problem is, they
16 terminated without giving me
17 availability to cure any problem that
18 we had, and didn't give me any written
19 notice of what the problem was.
20     Q.  Did you breach any
21 representation, warranty or covenant
22 contained in the agreement?
23     A.  Not to my knowledge.

65 (Pages 257 to 260)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 261

1  Q.  If you don't have 130
2  qualified drivers on August 25th,
3  should they have waited until August
4  31st not to have closed?
5  A.  Well, if you are going to
6  hound me on all the language earlier in
7  this contract and hold me to it, then
8  I'm going to hold them to it.
9  Q.  Did you breach any covenant,
10  representation or warranty contained in
11  the Purchase Agreement?
12  A.  I don't know what you mean.
13  Q.  Well, the five days' notice
14  refers to breach of covenants,
15  representations and warranties.
16      Did they accuse you of
17  breaching any covenants,
18  representations or warranties?
19  A.  Did they accuse me of what
20  now?
21  Q.  Did they say that you breached
22  a covenant, representation or warranty
23  upon which they were terminating that

Page 262

1  contract?
2  A.  Well, you are saying I didn't
3  have enough drivers.
4  Q.  But that's a condition to
5  closing.  It's not a covenant,
6  representation or warranty.
7  A.  Yeah.  Dennis lied to me.  He
8  breached it.  He lied to me about the
9  closing and buying the company.
10  Q.  No.  We are talking about, did
11  they accuse you of breaching any
12  covenants, representations or
13  warranties?
14      MR. TOMLINSON:  What specific
15  time are you talking about, David?
16      MR. HALL:  I'm talking about
17  at any time when they -- at any time.
18      THE WITNESS:  I'm reading.
19      MR. HALL:  Okay.
20      THE WITNESS:  Let's see.  Your
21  letter from your attorney said I
22  breached by not -- the letter from
23  Lisa, I believe, said that I breached

Page 263

1  by not providing the number of drivers
2  that were contained in the agreement,
3  if I'm not mistaken.  Is that what you
4  are talking about?
5      MR. HALL:  No.
6      MR. HALL:  Defendant's Exhibit
7  56 is Ms. Pate's letter in response to
8  your attorney's letter.
9
10      (Whereupon, Defendant's Exhibit
11      Number 56 was marked for
12      identification and is attached to
13      the original transcript.)
14
15      MR. HALL:  I will go ahead and
16  mark that as 57.
17
18      (Whereupon, Defendant's Exhibit
19      Number 57 was marked for
20      identification and is attached to
21      the original transcript.)
22
23      THE WITNESS:  What does that

Page 264

1  say?
2      MR. TOMLINSON:  He is not
3  allowed to answer your question.
4      THE WITNESS:  I'm sorry.  It
5  says, the conditions set forth in
6  Article 3 of the agreement include but
7  not limited to compliance with
8  covenants, satisfactory equipment
9  inspection and qualified lease -- were
10  not met.  So that means I breached,
11  right, the covenants?
12      MR. TOMLINSON:  He just wants
13  what you know.
14      THE WITNESS:  I'm sorry.
15  That's what it says to me, that they
16  are saying that I breached that part
17  and then they didn't turn around and
18  give me my satisfactory notice at the
19  end of the Purchase Agreement.
20  Q.  (BY MR. HALL:)  If they
21  interviewed all of your drivers --
22  A.  But they didn't.
23  Q.  -- and determined whether or

66 (Pages 261 to 264)

# American Court Reporting
## toll-free (877) 320-1050

Page 265

```
 1   not they are qualified or they know how
 2   many drivers you have got and how many
 3   have quit and they have determined that
 4   they are not going to be able to
 5   qualify 130 drivers, should they have
 6   waited until August 31st to let the
 7   Purchase Agreement not close on August
 8   31st?
 9      A.  Did they know that they were
10   going to qualify 130 drivers is what I
11   don't understand.  But part of the
12   contract, yes, they were supposed to
13   wait.
14      Q.  What would you have done
15   differently if they had waited?
16      A.  I would have got on the phone
17   with Dennis Farnsworth and found out
18   what their problem was, because he
19   assured me this was not a problem and
20   that we were going to make this happen.
21      Q.  Let me ask you this,
22   Mr. Kelly:  When you entered into the
23   Purchase Agreement on August 4th, 2005
```

Page 266

```
 1   and the Purchase Agreement said this
 2   will be the entire agreement between
 3   the parties, did you not intend to be
 4   bound by this agreement at the time you
 5   entered into this agreement?
 6      A.  Yes.
 7      Q.  You did not?
 8      A.  Yes, I meant to be bound by
 9   the agreement.
10      Q.  And Section 11.3 says this is
11   the entire agreement, does it not?
12   It's on page 19.
13      A.  That's the agreement with the
14   addition of the verbal contract I had
15   with Dennis Farnsworth, him
16   representing U.S. Xpress and their
17   parties.
18      Q.  Does Section 11.3 say this is
19   the entire agreement between the
20   parties?
21      A.  This is the entire agreement
22   between the U.S. Xpress entity and G.F.
23   Kelly Trucking, Inc.  But I also had a
```

Page 267

```
 1   verbal agreement with Dennis
 2   Farnsworth, which he told me not to
 3   worry about this part of it, that he
 4   would work it out.
 5      Q.  On page 21 of the agreement,
 6   did you sign on behalf of G.F. Kelly,
 7   Inc. and on behalf of Guy Kelly,
 8   stockholder?
 9      A.  Yes.
10      Q.  Okay.  Does Section 11.4 of
11   the agreement state that each party
12   will be responsible for its own
13   expenses in connection with this
14   agreement or the consummation of the
15   transactions contemplated herein?
16      A.  That's what the agreement
17   says.  But Dennis Farnsworth told me
18   otherwise.
19      Q.  In Section 11.6, does it say,
20   this agreement shall not be changed or
21   terminated orally?
22      A.  Yes.
23
```

Page 268

```
 1      (Whereupon, Defendant's Exhibit
 2      Number 58 was marked for
 3      identification and is attached to
 4      the original transcript.)
 5
 6      Q.  Let me show you what has been
 7   marked as Defendant's Exhibit 58 and
 8   ask if you can identify that, please.
 9      MR. HALL:  John, this is
10   Mr. Kelly's production number 90.
11      MR. TOMLINSON:  Okay.
12
13      (Discussion off the record.)
14
15      A.  I recognize it.
16      Q.  (BY MR. HALL:)  Do you know
17   whether or not one of Mr. Hopper's
18   other clients picked up this account?
19      A.  Yes.  A company out of
20   Florence picked it up.
21      Q.  Does Mr. Hopper represent that
22   company?
23      A.  Not to my knowledge.
```

67 (Pages 265 to 268)

## www.AmericanCourtReporting.com
## January 15, 2007

# American Court Reporting
## toll-free (877) 320-1050

Page 269

1    MR. HALL: Let's take a break.
2
3        (Short recess.)
4
5    Q.  (BY MR. HALL:)  Let me show
6  you Defendant's Exhibit 59 and ask if
7  you can just tell me what that is.
8
9        (Whereupon, Defendant's Exhibit
10       Number 59 was marked for
11       identification and is attached to
12       the original transcript.)
13
14    A.  That looks like our insurance
15  policy coverage.  Frank handles all
16  that in the safety department.  But
17  that looks like our commercial
18  liability policy.
19    Q.  Would Frank be the guy to talk
20  about any questions on that?
21    A.  Insurance issues, yes, sir.
22    Q.  I will show you Defendant's
23  Exhibit 60.  If you could, tell me --

Page 270

1        (Whereupon, Defendant's Exhibit
2        Number 60 was marked for
3        identification and is attached to
4        the original transcript.)
5
6    A.  You know I can't read that.
7    Q.  Well, neither can I.  I was
8  wondering if you would recognize it.
9        It refers to Eagle Logistics,
10 Inc.
11    A.  I don't know nothing, that's
12 good.
13    Q.  Okay.
14    A.  The writing really, David; I
15 can't hardly read it.
16    Q.  I'm going to combine these.
17    A.  It looks like something to do
18 with insurance.
19    Q.  Defendant's Exhibit 61, this
20 is Kelly documents 116 through 139.  Do
21 you know what that is?
22
23        (Whereupon, Defendant's Exhibit

Page 271

1    Number 61 was marked for
2    identification and is attached to
3    the original transcript.)
4
5    A.  That is a payment history.
6
7    (Discussion off the record.)
8
9    A.  This looks like it's going to
10 be a vendor account and an account
11 dealing with insurance.
12    Q.  (BY MR. HALL:)  Okay.
13 Insurance related?
14    A.  Insurance related.
15    Q.  All right.  I just wanted to
16 know what it was.
17    A.  Okay.  I'm current on my
18 insurance.
19    Q.  Defendant's Exhibit 62 appears
20 to be a DOT notice of claim.
21
22        (Whereupon, Defendant's Exhibit
23        Number 62 was marked for

Page 272

1        identification and is attached to
2        the original transcript.)
3
4    A.  That looks like something a
5  driver got.  It looks like a driver
6  violation.  And unfortunately, they
7  will charge me.  If the driver doesn't
8  pay it, they will charge me.  And the
9  reasoning behind that is, is because
10 they know they can actually put me out
11 of service if I don't pay it.  So they
12 always go after the one with the money,
13 if that makes sense to you.  Tennessee
14 is bad about doing this.  I'm sorry
15 about that.
16    Q.  Would Mr. Childers have
17 responded to this?
18    A.  This would be a Frank matter.
19    Q.  Okay.
20    A.  But we don't know what it is.
21    Q.  I'm just looking here at the
22 back.
23    A.  But now, on the other hand,

68  (Pages 269 to 272)

## www.AmericanCourtReporting.com
## January 15, 2007

# American Court Reporting
## toll-free (877) 320-1050

Page 273

1　the back stuff is going to be where we
2　-- we were audited three times within
3　about a two-year period. If you will,
4　see on the last page, we were
5　satisfactory. Very last page.
6　　Q.　Okay.
7　　A.　Now, we did get fined, I think
8　at the first one or at one point in
9　time. This may be what that is. I
10　couldn't tell you what we got fined
11　for, but it wasn't very much. And that
12　may be what that is. Frank could tell
13　you. But it's been paid or they will
14　shut you down.
15　　Q.　Okay.
16　　A.　Yes, that's what it was. If
17　you will, look on page something, it
18　was a -- I remember now Frank telling
19　me we failed to get the required number
20　of -- it was either alcohol tests or
21　drug tests within a year's time frame.
22　And I think it is 25 percent of your
23　fleet. And they fined us for it and

Page 274

1　that's what that was for. But you see
2　we still got satisfactory.
3　　Q.　Were you a member of the
4　Alabama Trucking Association?
5　　A.　We were at one time.
6　　Q.　Are you currently?
7　　A.　We were at one time. I'm not
8　a member anymore. Now, my work comp is
9　through Alabama ATA. Frank could
10　answer that better than I could, too.
11　I don't participate in all that stuff,
12　if that's what you are asking me.
13
14　　　(Whereupon, Defendant's Exhibit
15　　　Number 63 was marked for
16　　　identification and is attached to
17　　　the original transcript.)
18
19　　Q.　This may should have gone with
20　the others. Do you know what 63 is?
21　　A.　Yes. That's going to be a --
22　that was our insurance policy in '02 to
23　'03. I think you guys requested all

Page 275

1　insurance from like '03 forward and
2　stuff like that. That's going to be
3　our insurance coverage '02, '03.
4　　Q.　Okay.
5　　A.　And that is going to be our
6　web page information.
7
8　　　(Whereupon, Defendant's Exhibit
9　　　Number 64 was marked for
10　　　identification and is attached to
11　　　the original transcript.)
12
13　　Q.　I had that. I don't know
14　where I got that. That's Defendant's
15　Exhibit 64.
16　　A.　Avondale Transportation.
17　　Q.　Do you recognize that?
18　　A.　Avondale Transportation.
19　Excuse me. That's the timecards for
20　our operations at Avondale Mills in
21　Graniteville, South Carolina.
22　　Q.　Is that spotting?
23　　A.　Spotting, yeah.

Page 276

1　　Q.　What company was that?
2　　A.　That was G.F. Kelly.
3
4　　　(Discussion off the record.)
5
6　　Q.　(BY MR. HALL:) I will show
7　you what has been marked as Defendant's
8　Exhibit 65 and see if you can identify
9　that.
10
11　　　(Whereupon, Defendant's Exhibit
12　　　Number 65 was marked for
13　　　identification and is attached to
14　　　the original transcript.)
15
16　　A.　Who is Mary? Does she work
17　for y'all?
18　　MS. PATE:　Is there a last
19　name?
20　　THE WITNESS:　Safety
21　department. That's our drivers' list,
22　August 9th. Drivers' list as of August
23　9th.

69　(Pages 273 to 276)

**www.AmericanCourtReporting.com**
**January 15, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 277

1
2      (Discussion off the record.)
3
4      Q.  (BY MR. HALL:)  Let me show
5   you what has been marked as 66.
6
7          (Whereupon, Defendant's Exhibit
8          Number 66 was marked for
9          identification and is attached to
10         the original transcript.)
11
12     A.  Okay.
13     Q.  When did the creditors first
14  begin to repossess the tractors from
15  Kelly Trucking?
16     A.  It would have been in '06.
17     Q.  In '06?
18     A.  Uh-huh.
19     Q.  And Defendant's Exhibit 66 is
20  a letter from Alternative Collection
21  Solutions, Inc. regarding some Volvo
22  tractors?
23     A.  Two Volvos, yeah, it is.

Page 278

1          (Whereupon, Defendant's Exhibit
2          Number 67 was marked for
3          identification and is attached to
4          the original transcript.)
5
6      Q.  I will show you what has been
7   marked as Defendant's Exhibit 67.  Have
8   you ever seen that before?
9      A.  That's going to be Avondale.
10  That's Avondale.  I don't know why you
11  got that.  Why do you have that?
12  That's Avondale's work schedule at
13  Graniteville, South Carolina.
14     Q.  Okay.
15     A.  I don't know why you would
16  have it.  That is a work schedule for
17  the spotting service at Graniteville,
18  South Carolina, Avondale Mills.
19     Q.  All right.
20      MR. HALL:  Before I can think
21  of something, I'm done.
22      MR. TOMLINSON:  I don't have
23  any questions.

Page 279

1
2      (Further Deponent Saith Not)
3
4      (Whereupon, deposition
5   concluded at 6:15 p.m.)
6

Page 280

1          CERTIFICATE
2   STATE OF ALABAMA)
3   JEFFERSON COUNTY)
4
5      I hereby certify that the above
6   and foregoing deposition was taken down
7   by me in stenotype, and the questions
8   and answers thereto were transcribed by
9   means of computer-aided transcription,
10  and that the foregoing represents a
11  true and correct transcript of the
12  testimony given by said witness upon
13  said hearing.
14     I further certify that I am
15  neither of counsel, nor kin to the
16  parties to the action, nor am I in any
17  way interested in the result of said
18  cause named in said caption.
19
20
21     MELANIE L. PETIX, CSR, CLR
22     Certificate Number: AL-CSR-516
23     My Commission expires 9/13/08

70  (Pages 277 to 280)

**www.AmericanCourtReporting.com**
**January 15, 2007**

American Court Reporting
toll-free (877) 320-1050

**A**

**ability** 206:17
**able** 41:2 125:6
132:17 157:12
160:23 161:1
164:23 197:7
199:23 200:10
208:8 215:8,9
254:18 265:4
**about** 11:14 14:2
18:14 26:7 32:11
33:1,13,20 41:4,6
41:7 44:1,20
45:21 47:20 55:2
58:18,19,21 59:10
61:10 69:17,21
76:6 81:7,19 82:1
82:17 84:12 85:6
85:22 86:18 90:4
91:4 92:8 97:10
98:1,17,18 101:3
105:20 121:4
124:5,15 126:5,6
126:8 127:18
130:11 131:7,13
132:18 133:11
135:17 139:11
141:21 143:23
144:19 148:6,11
149:19 152:4
164:17,21 165:1
166:22 176:4
180:2,4 190:3
195:9,11,16
198:13 200:3,7,15
201:5,8,21 202:9
203:19 204:6,10
204:11,19 205:2,3
207:12 210:12,17
210:19 211:7,15
212:23 214:13
215:1,22 218:3

222:1,10,11 231:9
234:23 237:23
240:8,18 248:21
248:23 249:7
251:5 252:15
253:7,14 254:15
257:12 259:5,12
260:1 262:8,10,15
262:16 263:4
267:3 269:20
272:14,15 273:3
**above** 11:15 169:2
280:5
**accept** 220:14
**acceptable** 194:23
**access** 91:21 134:22
159:21 202:11
**accordance** 3:10
**according** 32:1
38:21 170:2 173:3
**account** 49:3,6
50:19 76:7,14,15
76:18,21,23 79:1
79:7 80:16,21
82:3,5,6,10,13,14
82:18,20 83:20
84:17,18 86:4,8
86:22 87:3,11
89:4,13 91:13
92:5,7,9,20,21
96:6 97:8 102:15
102:15 112:9
133:12,17 144:16
198:23 268:18
271:10,10
**accountant** 46:23
58:13,14 64:9,11
65:7 104:1
**accountants** 70:14
**accounting** 39:21
40:3 58:15 66:13
98:4 215:13

**accounts** 92:18
93:2,3 96:5
129:22 135:4
144:16 149:19
**accrue** 223:14
**accumulated**
140:12
**accurate** 65:21,23
198:23
**accurately** 230:2
**accuse** 261:16,19
262:11
**acquire** 136:5
168:22
**acquired** 92:14,19
129:7 180:12
**acquiring** 61:11
171:8
**acquisition** 7:11
74:16 76:7 157:3
159:11,14
**acting** 11:4
**action** 1:6 280:16
**actions** 149:10
**active** 164:10,10
**actual** 41:8 43:16
43:19 65:12 112:5
255:9
**actually** 27:8,12
28:16,22 49:8
77:15 94:20 95:8
95:12 128:5
175:15 196:16
222:15 224:21
239:23 241:5
243:10,11,14
272:10
**Adams** 207:7
**addendum** 185:15
**adding** 74:23
**addition** 211:5,20
266:14

**additional** 67:20
**address** 15:6
**advance** 247:17
**Advanced** 53:8,15
**advantage** 157:19
157:23
**advantages** 75:3
**advertisement** 90:8
**advice** 70:20
103:14 139:5
235:7
**advised** 3:20
**advisors** 205:1,4
**affair** 203:13
**affected** 125:1,2
126:18 128:11,12
128:14 129:1
219:2,3,3,5
**affiliated** 162:4,16
**affiliates** 194:19
**affirm** 181:16
**affirmed** 11:21
**afraid** 81:7
**after** 15:20 16:18
17:15 18:21 20:13
54:3 56:16 61:17
75:10 79:2 83:17
87:13 89:21 90:12
90:15,16 91:13
95:3,3,9,10 96:19
97:1 102:23 131:1
134:6,8 137:14,22
149:14 150:13
152:14 173:4
187:23 189:20,20
200:13,15 201:9
205:18 206:7
212:19 222:6
251:8 258:2,9
272:12
**afternoon** 146:10
**afterwards** 91:1

**again** 64:10 87:18
114:15 137:3
164:3 174:5
189:21 199:11
217:14 258:7
**agency** 236:11
**agent** 91:10,11
93:20 96:10
194:15,21 195:2,5
232:22 233:1
**ago** 105:20
**agree** 223:16 229:4
256:16
**agreed** 2:3,16 3:1
170:7 179:5,23
223:17
**agreement** 7:9,15
7:18,22 10:9 32:3
100:7 140:13,21
141:10 167:11
171:17,21,22
172:1,5,7,10
173:10 176:16
179:1,12,13,20
181:9,10,11,13
182:3,5,7,8,9,22
184:16 185:16
186:17 187:3
188:5,21 189:2
191:19 194:21
195:2,6 196:1
213:1,21 220:20
221:3,4 222:4
227:22 228:9
229:5,5,15,17
230:8,12 231:10
231:18,22 235:1
247:16 248:9,16
255:14 260:22
261:11 263:2
264:6,19 265:7,23
266:1,2,4,5,9,11

American Court Reporting
toll-free (877) 320-1050

266:13,19,21
267:1,5,11,14,16
267:20
**agreements** 229:6
**ahead** 60:6 89:12
223:7,13 228:20
263:15
**Ahern** 61:8 62:12
62:15 107:9 108:7
**al** 1:12 83:5 252:10
258:21 259:2
**Alabama** 1:2 2:9
2:13 3:11 4:8,16
11:4,6,13 16:21
19:2 35:3 49:4
51:1,5,22 67:17
70:4 76:3 77:17
77:23 78:20 79:4
84:22 92:15 98:13
105:23 106:1
113:15 116:12
119:13 125:20
126:4 133:10
161:6 209:16
210:5 274:4,9
280:2
**Alan** 6:23
**alcohol** 117:7
273:20
**Alexander** 127:17
**ALLEN** 4:5
**allowed** 264:3
**Alloy** 97:10
**Alloys** 49:4 76:2
78:2,11 79:7,16
83:18 93:16 130:4
131:23 227:7
**almost** 213:5
**alone** 21:14,16
146:4,8,18 183:9
213:18 219:18
**along** 3:19 71:23

252:17
**already** 63:8 84:13
150:8 170:7 179:4
179:15 182:6
193:5 195:12
203:19 221:18
233:12,13
**Alternative** 277:20
**Although** 13:14
**aluminum** 9:11
48:20 49:8,16,20
50:6,13 52:17
78:22 79:11,13
80:20 84:20,23
85:2,9 132:2,3,6
162:8,9
**always** 45:1 53:1
90:6,7 159:4
**AL-CSR-516**
280:22
**amended** 3:12
13:15
**amount** 19:19 94:2
123:12 124:8
140:21,22 141:12
179:16 246:7
**amounts** 244:7
**another** 41:10
47:22 51:10 76:16
84:14 85:7 105:21
108:22 130:1
184:8 188:11
223:22
**answer** 16:13 50:10
53:2,19,20 80:23
82:21 84:16 90:19
90:21 106:5,17,21
134:11 152:23
153:1,4,21 154:21
154:22 155:13
156:3 183:5,7

194:6 207:4
227:14 235:22
237:4 241:7
254:11 264:3
274:10
**answered** 146:11
**answers** 162:11
280:8
**anticipated** 215:4
**anticipating** 214:7
**antidepressant**
127:5
**anybody** 37:16
48:15 82:23
106:18 147:22
150:1,2 175:19
191:3,6 200:4
201:8
**anymore** 74:7 97:8
100:15 117:16
123:14 130:21
181:23 255:8
274:8
**anyone** 15:9 69:16
69:20 108:7
131:18 148:9
157:11 165:22
191:13 200:16
208:3 209:9
211:22 258:1,9
**anyone's** 139:5
**anything** 54:11
62:23 81:23 85:5
100:22,23 109:19
123:12 142:13
149:12 150:1,2
152:18 165:21
169:7 246:7 253:6
253:12,14 254:14
**anyway** 71:17
89:12 126:13
140:1 158:22

204:23 208:1
215:3 218:13
255:3 256:23
**anywhere** 50:22
179:19
**apart** 158:20
200:14
**apologize** 48:14,21
168:4
**apologized** 83:12
259:3
**appear** 151:9 163:3
186:11
**appeared** 175:9
**appears** 56:4
163:11,19 169:10
228:6 271:19
**application** 236:9
**applications**
239:21 240:3,15
241:3 254:8,9
**applied** 179:23
**apply** 179:22
**appraisal** 173:5
256:11
**approached** 76:10
77:5 79:19,22
80:3 108:22 212:7
**approval** 168:19,21
169:1,6 170:3
177:19 178:14,20
188:6
**approve** 178:12
**approximately**
22:20 139:11
**April** 7:7 61:7,13
61:17 62:15
102:13 107:12,14
110:12 165:14
166:18,19 167:1
167:15 184:3,4,15
184:15,19

**area** 95:1 126:2
161:4,7
**Arizona** 61:9
108:23 109:2,4
**Army** 199:8,14
**around** 22:6 28:5
46:5 83:1 117:9
117:10 146:20
147:9 155:4
214:11 215:6,20
247:2 264:17
**arrangement** 238:2
**arrangements**
194:17
**arrogant** 148:22
**arthritic** 127:15
**arthritis** 126:20
**Article** 191:19
255:16 256:17
259:21 264:6
**Aside** 100:20
**asked** 26:7 31:11
48:13 64:6,8,9
70:18 75:20 81:5
88:11 94:18,21
95:13,20 96:11,23
122:17 160:16
189:21 205:12
206:19 209:1
258:18 259:5,8
**asking** 133:16
162:13 169:21
172:2 180:20
181:6,7 185:1
205:19,21 206:4
216:7 220:12
240:23 241:2
274:12
**asks** 245:6
**asset** 7:15,22
137:13 139:9
140:10,13 141:5,9

American Court Reporting
toll-free (877) 320-1050

142:21 143:9,16
173:2 185:15
186:16 187:3
189:1 202:2 212:7
212:23 222:4
227:21 231:17
254:22 255:14
**assets** 7:12 35:10
35:17,20 36:1
57:16 58:3,4
137:14 171:8
172:14,23,23
173:19 178:3
179:1,2 228:19
**assign** 3:6
**assigned** 203:17
246:4
**assignor-assignee**
231:19
**Associates** 61:8
62:13,15 107:9
108:7 200:22
**Association** 274:4
**assume** 28:8 43:3
143:9 152:8
173:11 207:11
**assumed** 152:9
**assuming** 149:3
**assure** 211:2
**assured** 76:14
157:7 160:5
265:19
**ATA** 274:9
**Atlanta** 17:18 20:9
20:12 46:17 53:7
53:12 59:15
**attached** 12:20
55:21 63:21 66:7
67:3,14 68:12,20
101:17 102:4
111:1,21 113:2,10
113:19 116:8,18

118:8,21 119:8,21
120:19 121:9
122:1,12 123:3
150:21 153:17
163:8 165:9 167:8
167:20 170:18
183:21 185:9
186:5 187:2
189:12 213:13
225:19 226:16
228:3 230:23
237:11 238:16
241:14,23 242:9
245:20 249:8,21
250:23 252:3
260:12 263:12,20
268:3 269:11
270:3 271:2 272:1
274:16 275:10
276:13 277:9
278:3
**attachment** 185:23
242:13
**attack** 128:6
**attempted** 248:12
**attest** 193:15
214:20
**attorney** 16:1 52:10
63:16 70:5 103:12
175:16 189:5
235:3 262:21
**attorneys** 103:13
**attorney's** 249:9
263:8
**attribute** 127:8,10
**Auburn** 14:12
16:19 115:17
**audibly** 16:14
**audited** 273:2
**August** 7:23 8:4,6
8:10,14,16,21 9:7
35:16,19,19 73:7

81:11 83:1 88:6
89:6 140:18
145:23 147:2,13
156:7 191:20,23
195:18 198:16
200:14 201:9
202:4 206:9 209:7
210:20 216:17
220:3,4 226:4
227:21 228:17
233:12 234:13
235:14,19 238:21
239:17 240:5
241:6 250:11
251:6 252:11
258:13 261:2,3
265:6,7,23 276:22
276:22
**Augusta** 48:7 120:9
**authority** 29:1
**Authorization** 10:7
**availability** 260:17
**available** 111:11
190:10,14
**avenues** 190:8,9,13
**average** 206:13
**Avondale** 10:4,10
275:16,18,20
278:9,10,18
**Avondale's** 278:12
**aware** 89:6 155:18
155:23 234:4
240:16
**A-h-e-r-n** 62:13
**a.m** 1:20 2:14 11:14
83:6

─────────────
**B**
─────────────
**B** 3:16 4:11 5:6 6:1
7:1 8:1 9:1 10:1
173:9
**back** 20:5 30:20

33:18 34:7 38:16
52:14 85:19 91:12
96:16 97:5 99:19
104:15 105:6,19
108:1 132:10
137:16 138:23
139:2 142:15
143:12 158:3,10
161:10 165:15,18
181:14 182:14,14
187:1 192:5
195:14 203:15
204:8 206:23
207:2,23 215:3
218:12 225:13
232:1,18 241:5
248:6 251:7,9
272:22 273:1
**backed** 137:11
139:15 158:11
214:6,12 217:13
217:20,21
**background** 14:10
84:18
**backing** 139:8
142:2 259:9
**backup** 208:8
**bad** 31:12 99:7
102:3 121:14
127:4 131:16
149:22 272:14
**Baker** 2:10 4:12
11:9
**balance** 5:12,14,15
222:23
**bank** 5:23 6:4
41:10,11,12 43:6
59:15 102:5
112:10 125:6
129:12,14 209:14
209:15,16
**banks** 118:12

**barrage** 128:18,19
**base** 91:22 96:6
102:15 144:16
184:9 190:7 219:6
221:1,4,22
**based** 75:4 135:12
137:7 142:7 161:6
175:6 177:22
188:19,22 207:15
236:8
**basement** 71:21
**basic** 181:17
**basically** 25:17
29:13 30:15 31:4
57:3 76:19 82:22
110:7 135:12
139:14 145:12
146:2 147:6 149:8
157:18 172:4
190:15,21 191:1
201:17 203:13
213:18 214:3,5,10
214:22 215:4
218:6 219:15
220:10 222:12
246:6 248:15
253:2 259:2
**basis** 98:7 107:7
**Bates** 243:18
**bearing** 254:20
255:1,6,9,22
256:5 257:2
**Bearman** 2:10 4:12
11:10
**Beasley** 4:5 97:22
**became** 85:4
**become** 27:11
**beds** 52:3
**before** 2:6 11:9
13:2,17 56:12
67:19 69:4 75:20
80:17 92:3 99:3

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

101:13 105:9
108:18 110:15
131:1 134:6
149:20 169:6
192:2,10 210:13
210:19 228:7
230:19 236:7
237:7 238:12,21
278:8,20
**beforehand** 253:22
**began** 75:10
**begin** 61:5 104:9
182:11 246:3
277:14
**beginning** 72:3
95:18 177:23
196:13,19 243:19
**begins** 244:1
**behalf** 178:13
267:6,7
**behind** 204:4 206:5
272:9
**being** 48:14 59:3
62:18 82:18 85:15
87:2,7 157:21
207:12 239:2
254:18 255:1
**believe** 18:6 24:10
36:10 44:4 50:19
72:13,18 73:9
78:13 80:22 92:4
95:6 105:20
108:21 109:7
115:1,22 135:11
149:3,5 150:9
158:21 185:23
200:9 201:21
207:14,15 219:9
228:12 230:3
237:14 238:7,19
262:23
**bell** 47:13

**below** 171:3 182:18
**benefit** 139:10
**benefits** 159:22
**Berkowitz** 2:11
4:13 11:11
**besides** 21:11 25:7
124:2 147:22
148:9 150:7
**best** 75:9 90:10
156:17
**better** 50:11 53:20
107:4 153:1,4,22
154:22 159:20
194:6 198:22
207:4 219:20
225:9 274:10
**between** 2:3 26:8
35:19 56:23 57:1
69:16 71:1 81:15
89:6 96:17 106:10
167:13 184:7
190:2 223:11
229:7 259:2 266:2
266:19,22
**beyond** 131:11
**bid** 89:16
**big** 19:11 85:6,15
89:15 93:3 95:15
96:9 148:17 157:8
161:12 169:2
199:13 207:19
215:7 227:10
**biggest** 75:3 92:18
**Bill** 79:23 106:21
107:2 144:3,15,18
233:2
**bills** 129:13 205:3
**binding** 182:19
**Birmingham** 2:13
4:16 11:12 35:2
51:1
**bit** 61:4 87:8 93:10

125:11 193:9
211:19
**blocks** 84:23
**blood** 127:22
**blue** 107:16
**blurt** 106:23
**board** 54:7,22
121:17 177:19
178:11
**boards** 54:7
**boat** 129:3
**Bob** 98:4,8,9,14
108:4
**bomb** 85:8
**bone** 248:13
**borrow** 123:12
125:7
**borrowed** 41:11,13
41:15,16
**borrowing** 218:14
**bosses** 105:13
**botched** 83:13
**both** 13:7 44:10
66:15 74:10 94:7
94:23 126:9,10
182:9 208:17
**bottom** 176:8 220:9
231:8 243:17
258:16
**bought** 17:23 35:6
92:22 102:21
**bound** 231:22
266:4,8
**bow** 183:10
**Bowater** 30:4,5
46:9,10,11 50:22
77:3,6,9 86:4,7,19
87:15,17,21 88:3
89:3 91:12 92:9
92:16 129:23
**Bowaters** 210:18
**box** 4:7 18:19 19:7

23:5 51:6 52:2,3
133:14
**boy** 125:4
**brand** 31:10 198:5
**Brands** 198:6
**breach** 260:20
261:9,14
**breached** 261:21
262:8,22,23
264:10,16
**breaching** 261:17
262:11
**break** 17:12,14
25:1 55:10 196:8
269:1
**breakup** 115:11
**bring** 30:19 199:4
200:1
**bringing** 246:3,8
249:1
**Bristol** 144:22
**broken** 53:1
**broker** 61:9 108:22
109:1 201:13
**brokers** 191:11
200:15,20
**brother** 106:12
**brought** 148:17
256:4
**BS** 14:11 15:21
**building** 71:12,18
71:19,20,22 125:4
159:8
**built** 30:14 57:10
**bulk** 17:12,14
**business** 20:15,21
21:11 26:21 27:1
28:9 29:8 37:5
48:23 57:5 77:16
91:19 92:3 93:4
93:11 94:3,16,17
96:10 99:9 100:14

130:21 131:5,15
131:17 133:9
135:13 140:2
145:17 146:5
149:17 150:6
172:13 175:22
180:12,13 181:2,4
181:5 198:1 211:3
238:2
**businesses** 20:19
25:22
**buy** 125:9,10
135:17 142:21
143:3,15 146:17
146:23 166:9
174:13 175:11
176:2 178:9
181:11 183:2
191:10 219:10,18
232:23
**buyer** 192:7,13,17
193:17 194:21,23
223:22
**buyer's** 193:20
234:19
**buying** 131:4
135:11 140:7
143:7 155:15
159:4,5,6,7 179:1
227:17 256:9
262:9
**buyout** 76:12 81:7
81:12,19 138:8
210:22 254:21
**buyouts** 77:7
**buys** 29:8
**B-r-e-a-k** 17:13
**b-u-l-k** 17:14

| C |
|---|
**C** 4:1 26:19 86:14
**CA** 167:11,12

American Court Reporting
toll-free (877) 320-1050

Page 5

Cabinets 198:5
Cafego 86:9
Caldwell 2:11 4:13
  11:10
Calhoun 77:6 88:1
call 31:8 32:5 46:9
  80:11 96:14
  107:23 125:6
  148:7 188:14
  200:15 228:21
  258:17 259:1
called 48:20 51:2
  80:8 81:17 87:23
  107:16 114:15
  143:12 146:9
  147:9,11 200:23
  227:1
calling 128:18
calls 159:16 191:8
  191:9 201:5,6
calmness 234:6
came 11:8 42:3
  51:21 73:2 96:1
  105:16,19 145:12
  148:14 149:21
  152:4,13 154:14
  203:7,11 206:8
  239:16,19,23
cancel 78:2 89:12
cancelled 79:2
  80:16 81:18 89:8
cancelling 78:6
  81:4 86:7,22
canvass 201:6
capable 16:4
capacity 89:22,23
  97:9 197:9
caption 280:18
car 117:1,4,6,17
  121:18 129:4
  158:20
cards 203:17 246:5

care 76:15 82:3
  87:10 211:3
  218:15 223:18
  257:13
Carolina 275:21
  278:13,18
carrier 2:1 29:2
  79:4 84:15
carriers 126:16
  133:8 227:18
carry 22:23 30:18
  52:1
carrying 84:20
Carson 224:19
  225:5
Carson's 224:20
Carter 9:7 70:9
  228:23
case 156:16
cash 57:4 108:13
  111:11 129:11,15
  137:17 139:18
  141:17,19,22
  142:3 143:10
  214:6,11 215:6,21
  215:23 216:6,16
  218:10 239:11
catching 84:10
cause 11:15 199:2
  280:18
caused 127:2 135:8
  233:13 259:4
CDL 38:20 43:20
  44:2 45:6
CDLs 39:1 43:23
CDs 129:15
cease 23:12 29:15
  34:8,18 50:18
  196:16
ceased 34:15 40:18
ceasing 44:16,22
cell 21:17 124:19

146:9
center 17:12
CEO 40:7
certain 101:6,6
  157:12 166:17
  171:8 172:13,23
  174:6
certainty 169:18
Certificate 280:1
  280:22
Certified 2:6,7 3:14
  3:15 11:2,2
certify 11:5 280:5
  280:14
cetera 209:9
CFO 39:18
chamber 54:13,15
  54:23
chance 20:5 193:14
  194:2
change 146:20
changed 25:12
  38:12 137:1,6
  170:10 221:15,18
  229:18 267:20
changes 7:19
changing 214:15
  227:18
chaos 234:8
Chapman 200:22
chapter 125:14
charge 272:7,8
charged 230:1
Chastain 24:12
  25:14 36:7,21
  37:2 100:4,13,17
  104:19 115:8
  138:16,18 247:22
Chastain's 25:18
Chattanooga 144:3
  194:5
check 223:4 231:17

chief 39:19 169:2
child 124:18
Childers 40:11
  50:10 71:15 72:19
  80:23 83:14
  105:14 106:10
  154:17,18 272:16
Childersburg 30:6
  92:12
children 15:14
choice 199:7
chose 137:15
circled 186:13
cite 236:21
city 77:18,21,23
  127:17
Civil 1:6 3:11 11:7
claim 9:20 271:20
claiming 122:22
  211:6
claims 172:15
clause 259:21
cleaners 114:9
clear 172:15 208:13
clients 72:10 75:16
  75:23 197:4
  268:18
close 143:18 147:2
  147:13 166:1
  174:9 176:3 178:8
  182:15 188:7
  195:18 204:10
  214:14,18,19
  218:23,23 222:16
  222:19 232:11,14
  248:8 249:12
  251:11 257:12,20
  265:7
closed 83:11 115:21
  115:23 116:1,1
  140:9 174:6
  228:17 252:19

261:4
closing 136:20
  137:22 141:22,23
  148:11,12 166:5
  173:10,21 174:2
  176:15 177:3
  178:12 180:10
  182:23 183:8
  191:19,22 192:3
  192:10 193:16,19
  204:22 212:8
  214:16,17 222:15
  228:8,14,15 229:9
  229:11,13 231:15
  234:18 255:17,21
  257:5 262:5,9
CLR 1:23 280:21
Cohan 9:6
cold 216:16
collapsed 71:19
Collection 277:20
collectively 68:7
college 14:12,14,15
  124:22
column 244:8,10
combine 270:16
come 24:20 25:15
  30:23 47:14 105:6
  105:7 121:17
  144:10 148:15
  159:17 160:4
  172:5 180:1
  182:14,14 206:23
  207:2 247:9
comes 90:11 106:22
  161:14
comfortable 87:1
comforting 205:5
coming 143:11
  147:4,12 190:17
  240:2 253:20
  257:8

American Court Reporting
toll-free (877) 320-1050

Page 6

**commencing** 2:14
  11:14
**comment** 75:10
  148:16,19 149:20
  202:18
**commerce** 54:13,15
  54:23
**commercial** 17:11
  59:10 269:17
**commission** 97:12
  97:15 280:23
**Commissioner** 11:5
**commissions** 54:11
**commit** 169:6
**commitment**
  230:14
**commitments**
  142:7 158:16
  159:3
**committing** 208:4
**communicating**
  257:19
**communication**
  208:3
**communications**
  69:9,15 71:1
  108:6 212:22
**community** 131:10
  210:8
**comp** 274:8
**companies** 26:13
  36:1 46:6 54:8
  55:4,7 62:9,17
  63:7 89:15 94:5
  94:10 97:18
  102:11,22 155:15
  155:19 156:1
  161:21 162:4
  196:23 209:9,22
  212:5
**company** 8:12 9:15
  9:22 13:8 14:3

17:18 18:4 23:2
  27:9,13 29:18,19
  30:5 31:13 46:12
  46:22 48:19 49:18
  53:14 74:20 75:4
  76:23 85:6 86:18
  87:7 91:15,16
  93:22 108:23
  109:2,3 110:9
  117:8 124:15,16
  125:5,23 126:15
  135:12 138:1,2
  143:4,7,16 146:17
  147:1 162:8,16
  166:10 174:13
  176:3 178:9
  181:11 183:12
  190:19 191:2
  194:14 202:23
  203:2 208:1 214:6
  214:11 215:8,14
  215:22 218:11
  219:12,18 232:19
  236:6 239:5
  243:15 262:9
  268:19,22 276:1
**company's** 74:17
**compensate** 247:20
**compensation**
  24:13,22 114:11
  179:4,6,8,11
  184:17 200:2
  222:2 225:23
  259:5
**competitive** 126:15
**Complaint** 227:22
**complete** 102:5
  107:21 108:10,15
  136:2,5 143:7,8
  143:16 146:8
  147:13
**completed** 88:14

140:3 173:18
  192:17 255:2
**completing** 129:17
  202:14 255:9
**completion** 182:20
**complex** 35:7
**compliance** 2:20
  229:19 264:7
**Complies** 56:21
  104:16 114:6
  120:6 176:13
  245:3
**computations**
  179:22
**computer-aided**
  280:9
**concentration**
  161:4
**concern** 81:14,19
**concluded** 279:5
**concrete** 191:11
  234:5
**condition** 110:12
  127:19 255:5,21
  256:18 257:5
  262:4
**conditions** 176:10
  176:12,18 177:13
  179:3 192:1,9,15
  222:14 229:20
  255:16 264:5
**conduct** 181:1
**conference** 148:7
  188:13 258:17
  259:1
**confidence** 82:22
**Confidential**
  167:13
**confidentiality** 7:8
  167:12
**conformation**
  259:9

**confused** 240:21
**confusing** 16:3
**connection** 267:13
**consent** 229:21
**consideration**
  169:15
**considered** 59:2
**constant** 30:21
  128:17,19 159:15
**constantly** 159:18
  161:9 164:8
  209:19
**constituted** 229:6
**consult** 69:20 70:14
  70:19
**consummated**
  191:23
**consummation**
  267:14
**contact** 83:18 86:19
  88:2,9,15 94:22
  95:2,7,14,21 96:8
  96:20,21 130:16
  136:7 206:21
  211:2 212:13,14
  233:3
**contacted** 61:7
  62:11,14 81:3,15
  87:15,17,21
  107:11
**contained** 260:22
  261:10 263:2
**contemplated**
  267:15
**contend** 230:7
**contest** 25:3
**context** 170:2
  173:15,17 177:1
**Continental** 60:13
  61:20
**continue** 74:22
  75:2 76:8 82:6

83:19 143:4
  171:14 181:19
  207:17 208:10,14
  208:21 211:1
  227:15
**continued** 6:2 7:2
  8:2 9:2 10:2
  80:20 136:21
  183:10,11 234:22
  257:10,18
**continues** 231:16
**continuing** 219:19
**contract** 78:3,6
  81:4,18 89:8
  175:21 178:2,6
  180:18 257:22
  259:11 261:7
  262:1 265:12
  266:14
**contractor** 93:18
**contractors** 22:11
  174:1
**contracts** 29:13
  59:5,6 61:18 62:8
**contractual** 194:17
  227:15
**control** 221:6
**controller** 39:23
**convenience** 28:2
**conversation** 83:15
  83:17 138:11,15
  143:19 147:7,18
  188:11,13 223:21
  226:20 232:6
  247:23 248:2
  258:10
**conversations**
  93:15 98:1,17,19
  184:2 190:3 218:5
  257:23 258:8
**convey** 218:16
  254:14

American Court Reporting
toll-free (877) 320-1050

conveyed 24:18
copies 152:11 168:8
copy 13:4,10 66:10
  69:8,15 70:23
  72:9,14 75:15
  100:10 168:5
  215:15 231:23
corner 243:18,21
corporate 21:8
  66:10,16 67:6,17
  78:18 80:1 87:23
  144:21
Corporation 18:6
  50:23 130:7
corps 26:19
correct 13:9 15:22
  17:4 18:16 20:2
  20:11 21:5 22:17
  23:8,8 24:6,17
  25:11 28:7,10,15
  29:3,6 30:1 34:17
  37:15,23 38:7
  39:14 42:6 43:21
  45:5,20,23 46:13
  48:4 50:5 51:14
  51:16 54:22 56:14
  61:16 62:10 64:16
  70:6,22 78:21
  89:5 99:6 100:6
  102:9 103:10
  104:5,18,23 105:7
  105:8 106:2,12
  109:14,23 114:14
  115:12,18 117:2
  117:15 118:15
  123:23 133:23
  134:3 166:17
  171:5,11 172:21
  173:2,8,12,13
  174:23 176:20
  177:17,21 182:11
  187:14 188:9,18

189:16 191:21
  192:23 193:23
  211:17 213:23
  222:18 228:10
  233:22 234:15,20
  239:17,18,22
  241:19,21 244:17
  244:18 246:19
  250:12 259:13
  280:11
correctly 106:16
  171:10,18 176:19
  188:8,17 192:11
  192:22 193:22
cost 195:17 247:14
  247:15 248:21,22
  250:6,16
counsel 2:4 3:3,5
  11:8 70:21 280:15
counter 220:17,20
country 125:4
County 15:8 54:20
  54:21 125:21
  280:3
couple 108:15
  124:2 245:1
course 95:3 180:13
Court 1:1,22 2:21
  3:21,22 12:1
covenant 260:21
  261:9,22 262:5
covenants 111:6
  176:11 261:14,17
  262:12 264:8,11
cover 248:17
coverage 269:15
  275:3
cradle 161:23
create 49:17
credibility 85:18
  90:9,12 123:13
  124:4

credible 126:14
credit 102:6 123:10
  123:22,23 124:2,8
creditors 128:18
  204:3,4 206:6
  218:8 223:9
  277:13
crisscrossing
  162:12
criteria 236:2
crossing 69:13
CROW 4:5
CSR 1:23 280:21
Cullman 224:3,6,8
  224:23
cure 260:17
current 62:16
  140:18 271:17
currently 15:1
  43:15 57:19
  100:18 274:6
customary 176:17
customer 76:10,11
  91:22 219:6,7
customers 87:9,10
  88:16 91:21 124:4
  146:6 197:4,8,10
  197:11,13,14,22
  210:9,22
cut 13:19 29:13
  97:5 99:19 130:15
  130:23 131:2
CWC 36:5
Cymbalta 127:23
C-a-f-e-g-o 86:12
  86:14

───────────────
          D
───────────────
D 5:1
daily 98:6
Daimler/Chrysler
  60:9,10 61:19

103:3 211:23
damage 124:8
  134:20
damaged 123:21
damages 122:18,22
dark 163:20 164:5
Darrell 7:4 151:18
dash 26:3 210:4
date 11:6 30:1 72:6
  80:13 88:5,7
  96:22 130:14
  136:20 151:13
  166:6 179:7 180:9
  186:8 191:20
  192:10 193:16,19
  196:17 201:5
  212:8 214:17
  218:22 226:2
  229:9,11,13 248:4
dated 154:11
  167:15 171:3
  186:1
dates 231:15
David 3:16 4:11
  124:17 133:2
  154:4 219:1
  262:15 270:14
day 73:17 83:8
  128:18 136:8
  196:14 200:7
  203:14 213:6
  219:7 226:23
  234:18 246:8,12
  249:1,2 252:18
  256:12
days 30:22 204:11
  204:22 214:15
  227:3,4 246:13,16
  249:3 259:15
  261:13
day-to-day 107:6
  110:2

dead 214:8
deal 6:22 74:15
  83:13 88:14 97:11
  97:14 107:22
  108:10,15 109:13
  129:18 130:12
  136:3,5 137:18
  140:3,9 141:14
  142:8 146:8
  147:13 148:11
  156:18 157:6
  158:21 166:1,16
  176:3 179:5 188:7
  189:22 190:4,13
  199:1,2,13 200:13
  201:9 202:15
  206:23 207:19
  224:17 235:2
  248:8 255:10,22
  257:20 259:10
dealership 51:7
dealing 271:11
dealings 98:14
  100:14
deals 142:4,10
  158:16 239:8
dealt 98:4,6 107:5
  132:16,19,23
  225:4
death 219:5
debacle 156:14
debt 43:4 140:11
  140:23 141:20
  173:19
debts 59:5 63:6
deceased 51:12
decide 158:2,6
  188:15
decided 95:10
decision 174:2,15
  193:2 227:10
decisions 135:13

American Court Reporting
toll-free (877) 320-1050

146:19 190:7,21
**declined** 95:1
**decreased** 94:17
**dedicated** 49:3
  76:22
**Defendants** 1:13
  4:10
**Defendant's** 5:8 6:3
  7:3 8:3 9:3 10:3
  12:15,18 55:15,19
  56:15 63:13,19
  65:11 66:2,5,21
  67:1,9,12 68:7,10
  68:16,18 101:9,15
  110:18,22 111:17
  111:19 112:7,20
  112:23 113:8,13
  113:17,23 116:2,6
  116:14,16 118:3,6
  118:17,19 119:6
  119:11,17,19
  120:15,17 121:5,7
  121:19,22 122:10
  122:16,20 123:1
  128:2 150:15,19
  153:13,15 163:2,6
  165:4,7 167:3,6
  167:18 168:3,11
  170:14,16 183:14
  183:19 185:4,7,22
  186:3 189:8,10
  195:15 204:15
  212:19,20 213:8
  213:11 220:5,14
  220:21 225:12,17
  226:11,14 227:20
  228:1 230:17,21
  234:16 235:4
  237:6,9 238:11,14
  241:10,12 242:4,7
  245:15,18 249:17
  249:19 250:2,18

250:21 251:21
  252:1 255:12
  260:7,10 263:6,10
  263:18 268:1,7
  269:6,9,22 270:1
  270:19,23 271:19
  271:22 274:14
  275:8,14 276:7,11
  277:7,19 278:1,7
**deficiencies** 57:6
  59:6,7 60:5
**deficiency** 60:12
**define** 127:2
**definite** 82:21
  84:16 126:1
  227:14
**definitely** 148:11
  160:11
**definitive** 171:17
  171:21 172:9
  173:10 176:16
  180:17 182:2,5,22
  188:20
**degree** 14:11 15:21
**delay** 146:14
**delays** 146:13
**deliver** 251:10
**delivered** 194:5
**deliveries** 85:5
**delivering** 3:16
**delivery** 85:12
**demonstrating**
  161:10
**Dennis** 47:7,16
  65:5,6 88:11 96:3
  103:22,23 104:1
  115:7 135:15
  136:18 141:2
  142:16 144:15,19
  145:8,15 146:1,16
  148:9 157:7,10,15
  160:5,12 165:13

165:15 167:14
  168:14 176:1
  178:6 182:14
  183:8 184:13
  185:12 186:9
  187:1,21 189:21
  200:5 202:12
  204:5,9 207:16
  208:3,6 212:9,22
  214:12 217:11,19
  218:17 222:5
  223:17 225:21,22
  228:16 229:12
  230:12 231:5
  234:22 247:19
  248:6,7,8,10
  251:7 255:2
  256:12,21,22
  257:10 258:22,23
  259:3,3,8 262:7
  265:17 266:15
  267:1,17
**department** 154:16
  237:21 238:9
  269:16 276:21
**depend** 177:3
**depended** 219:14
**Deponent** 279:2
**deposition** 1:16 2:5
  2:17,18 3:8 5:9
  12:23 13:7,16
  279:4 280:6
**depositions** 2:22
**depreciating** 117:1
**depreciation** 6:9
  116:21
**depression** 128:1
**describe** 110:11
  160:20 163:17
**described** 138:8
**describing** 184:16
**description** 127:16

**detail** 227:8 234:23
**details** 204:21
**determination**
  253:22
**determine** 124:10
  173:22 174:9,21
**determined** 175:6
  264:23 265:3
**devastating** 125:1
**developed** 126:20
**Development** 114:8
  114:16
**dibs** 199:9,16
**Diesel** 26:3,3 27:2,3
  27:15 29:15
**differ** 220:8
**difference** 56:23
  57:1,7 141:1,15
  220:22 223:10
  256:5
**different** 118:12
  138:8 163:18,19
  202:23 203:2
  207:11
**differently** 252:16
  265:15
**differs** 220:20
**diligence** 108:14
  171:14 177:15,16
  178:17 181:20
  182:11
**dire** 218:18
**direct** 98:13 129:16
  199:19
**direction** 191:1
**directly** 79:8 81:21
  87:6,7 134:10
**directors** 54:7
  177:20 178:12
**dirt** 124:21
**disclose** 216:19
**disclosed** 91:23

179:12 209:17,20
  217:11
**disclosing** 175:10
**discontinued** 131:5
**discretion** 174:5,18
  192:21 193:3,18
**discussing** 96:5
  144:15 238:1
**discussion** 14:6
  70:11 99:22 144:6
  145:5 153:9
  187:10 188:1
  191:16 205:14
  249:14 268:13
  271:7 276:4 277:2
**discussions** 32:11
  188:10
**distinctly** 208:23
**Distribution** 53:8
  53:15
**DISTRICT** 1:1,2
**divided** 32:1
**DIVISION** 1:3
**docks** 30:18 31:3
**doctor** 127:19
  128:4,9
**doctors** 127:14
**document** 178:15
  234:21 256:21
**documents** 24:14
  69:3 72:10,15
  150:16 270:20
**doing** 16:4 44:7
  90:4 91:18 92:2
  94:16 99:9 108:14
  123:18 131:5
  139:6 156:1 159:6
  161:9 198:1
  206:22 215:7
  252:15 272:14
**dollar** 76:21 124:7
  124:12,15,16

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

125:5,23 134:18
134:19 140:21,22
244:7
**dollars** 125:8
129:14 139:12
180:6 199:5
215:17 216:16
**Don** 132:14 159:1
**done** 27:22 53:7
77:16 85:11 94:2
96:10 99:2 129:18
131:14 133:8
141:8,15 173:8
179:5 185:20
251:5 252:16
256:10 257:20
265:14 278:21
**Donelson** 2:10 4:12
11:10
**door** 161:15
**DOT** 9:19 271:20
**dotting** 69:12
**down** 16:15 23:16
23:18 53:1 71:22
73:2 84:22 96:3
124:15 144:2,10
145:12 148:14
152:2,16 172:11
184:5,15,18 193:5
193:9 203:8
221:12 253:20
273:14 280:6
**downhill** 103:1
**downtime** 85:6
**Dr** 35:5 127:15,17
127:20 128:3,4
**draft** 172:4
**dragster** 117:7
**drive** 20:7 43:16,19
158:19 162:15
200:11 255:7
**driver** 7:5,6 38:17

75:4,13 152:8
161:14 174:4,17
176:4 184:9 194:4
199:17 203:4,14
206:14 207:19
219:3 221:1,4,22
222:2 233:16
234:4 237:1
240:10,15 247:14
250:7 257:9,13
272:5,5,7
**drivers** 10:6 43:14
44:2,12 49:21
50:7,7 71:6,7,8
72:15,22 73:4,14
73:23 75:1,8
85:13 89:21 90:2
90:9,10,11,14,23
123:14,15 124:4
146:7 149:18,19
149:21 150:6,13
151:12 152:6,13
153:20,23 154:2
154:19 155:4,5,10
155:20 156:6,19
156:21,22 157:5
157:13,18 158:1
159:10,13,16,23
160:10 161:3,8,18
161:20 162:10,15
163:4,12 164:9,12
164:22 165:1,2
173:23 174:6,20
175:2,4 193:17,19
194:2 198:15
199:10,20 201:23
202:1,3,12 206:9
206:12,22 208:5
208:15 209:1,2
219:23 221:7
222:1 233:15
234:14,18 235:2

235:13,18,20
236:2,5 239:20
240:3 241:4 246:4
246:8,9,14 247:7
253:14 254:19
255:6 257:4 261:2
262:3 263:1
264:21 265:2,5,10
276:21,22
**driver's** 207:20
239:22
**driving** 115:14
124:22 236:16
237:1
**drop** 31:1,5 133:14
172:11
**dropped** 193:12
**drove** 162:7
**drug** 239:21 253:23
273:21
**dry** 18:19 19:7 23:5
51:6 52:2,3 114:9
**due** 108:14 158:21
171:14 177:15,16
178:17 181:20
182:11 233:15
**duly** 11:20 229:23
**dump** 52:3
**during** 36:2 75:6
80:19 88:4 94:19
103:20 131:2,19
150:3 158:17
189:19 223:21
233:7 247:4

---

**E**

**E** 4:1,1 5:1,6 6:1
7:1 8:1 9:1 10:1
173:20 174:14
**each** 62:2,17 102:5
173:23 174:3,16
267:11

**Eagle** 9:16 26:15
28:21 37:17 38:13
39:6,11,15 40:4,6
46:20 93:7,8 99:8
99:14,20 197:14
197:20 198:13,18
211:16 270:9
**earlier** 101:21
261:6
**early** 37:11 50:20
95:14
**earn** 120:2
**earning** 123:11
124:3,13 126:6
**EASTERN** 1:3
**eat** 247:14,14
**Echols** 163:22
**economic** 125:19
**economics** 14:11
15:21
**education** 125:13
**educational** 14:9
**effect** 2:19 148:16
259:7,16
**effective** 3:12
229:22
**egos** 96:15
**eight** 44:1,11
220:11 259:13
**either** 22:5,13,15
139:17 142:1
146:4,7 159:16
190:6 197:19
198:17 219:17
239:9,12 273:20
**eligible** 174:3,16
**else's** 169:5
**emphatically**
145:15
**employ** 30:10 49:21
74:21 106:9
**employed** 44:21

45:3 51:17 69:16
71:2 78:12 104:2
151:19 156:6
162:2 165:23
**employee** 21:19
24:10 25:10 39:6
46:2
**employees** 23:20
39:16 45:2 129:9
162:6
**employment**
173:22
**empty** 30:10,17
31:1 149:22
**encumbrance**
172:16
**end** 22:3,19 23:14
37:3 50:20 81:11
99:21 100:5
104:22 134:8
161:11 179:17
196:20 214:8
235:14 264:19
**ended** 72:4
**ending** 135:3
**endurance** 25:3
**enlisted** 199:8,15
**enough** 89:22
184:22 254:18
262:3
**ensure** 137:17
**entailed** 96:7
**enter** 61:2,18 109:9
171:16 182:1
195:1 201:7
**entered** 62:8
194:20 195:5
265:22 266:5
**Enterprise** 69:2
101:11
**ENTERPRISES**
1:12

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

entertain 107:19
entertained 108:17
entertaining
  109:16
entice 200:2
entire 229:6 266:2
  266:11,19,21
entities 26:20 27:19
entity 21:4 45:10
  266:22
equipment 85:14
  137:11 138:23
  139:13,15,22
  140:15,17 141:5,7
  141:11,13 158:7
  173:6 192:19,19
  193:3,7,12 243:9
  253:8 254:15,16
  254:21 255:5,20
  255:20 256:1,2,6
  256:10,14,23
  264:8
equity 139:12
  140:16 141:13
  223:3,13 242:15
  254:23
Esq 4:4,11
estate 28:16 47:17
et 1:12 209:9
evaluating 141:10
evaluation 141:8
even 52:9 149:19
  200:6
eventually 62:6
ever 25:12 46:1
  48:19 53:22 54:6
  54:10 55:3,6
  75:13 82:20 83:18
  85:3,7,9,21 88:22
  94:18 97:4 108:17
  109:5 127:5
  152:21 155:14

161:20 162:15
165:21 175:11,20
182:23 194:10
195:1,4,8,21
196:1 207:22
230:7 278:8
EVERETT 4:4
every 75:2,5,9
  110:10 125:11
  128:18 143:22
  156:20 158:12
  160:11,22 161:2
  161:14,17,19
  190:20 207:17
  208:5 213:5
  219:23
everybody 25:5
  91:6 126:3 142:11
everything 34:12
  34:21 62:1,3
  126:13 129:7,19
  157:16 158:10
  159:19 186:22
  201:19 204:13
  207:1 215:2 219:7
  223:18 245:11
evidence 3:8
evidenced 229:22
exact 41:3 72:6
  73:17 83:7 88:5,7
  96:22 102:14
  130:14 196:17
  201:4 248:4
exactly 54:16 64:7
  70:17 127:1
  134:14 176:23
  180:19 189:6
  195:19 203:9
  227:11
examination 5:3
  11:16 12:6 177:15
  177:16

examined 11:21
example 204:17
except 3:3
exception 162:22
  229:8,11
exchange 43:2,12
excluding 205:6,8
exclusively 19:23
  49:18
excuse 27:3 28:15
  34:4 86:14 100:23
  102:2 117:22
  160:19 225:22
  250:15 254:16
  259:20 275:19
executed 188:4
  229:23
execution 171:13
  181:18 182:21
exhibit 12:16,18
  13:12 55:19 56:16
  63:19 66:2,5,21
  67:1,9,12 68:7,10
  68:16,18 101:9,15
  102:4,10 110:18
  110:22 111:17,19
  112:7,20,23 113:8
  113:13,17,23
  116:3,6,14,16
  118:3,6,17,19
  119:6,11,17,19
  120:15,17 121:5,7
  121:19,22 122:10
  122:16,20 123:1
  128:3 150:19
  153:13,15 163:2,6
  165:4,7 166:12
  167:3,6,18 168:3
  168:11 170:14,16
  183:15,19 185:4,7
  185:22 186:3
  189:8,10 195:15

204:15 212:20,21
213:8,11 215:18
220:6,14,21
221:17,23 225:12
225:17 226:11,14
227:20 228:1
230:18,21 234:16
235:4 237:6,9
238:11,14 241:10
241:12 242:4,7,14
245:5,15,18
249:17,19 250:3
250:19,21 251:21
252:1 255:12
260:7,10 263:6,10
263:18 268:1,7
269:6,9,23 270:1
270:19,23 271:19
271:22 274:14
275:8,15 276:8,11
277:7,19 278:1,7
exhibits 3:19 55:16
  63:13 65:10,11
  150:16 155:7
existence 24:1
  45:13
existing 174:1
exists 24:2
expand 123:16
expect 184:6
expected 185:2
expecting 96:14
  246:9
expense 247:21
expenses 6:21 8:19
  247:18 248:11,19
  267:13
experience 163:23
expires 280:23
explain 30:2 56:22
  81:10 126:18
  134:17 139:8

explode 85:10
Express 77:17 91:9
  93:9 97:19 130:5
  198:10
expressed 81:14,19
  82:15
extended 102:6
extra 129:5 168:5
extraordinary
  180:14
extremely 207:23
ex-employee 46:23
  47:6
e-mail 7:7,10,14,16
  7:17,23 8:8,11,15
  8:17 9:12 146:1
  165:12,14 166:5
  166:12 168:15
  179:7 185:12
  186:9 187:2 188:5
  188:19 189:15,18
  189:20 204:8,14
  213:9 217:17
  218:1 222:6,11,18
  226:9 231:4,8
  233:11 238:12
  245:4,16
e-mails 190:2
  241:18 244:23
  245:1 248:5
E-X 77:19

**F**

F 1:17 2:5 11:15,19
  12:9
face 74:18
facet 110:10
fact 88:10 95:9
  96:12,19 134:8
  149:14 150:13
  169:20 203:18
  212:12,15

American Court Reporting
toll-free (877) 320-1050

Page 11

| | | | | |
|---|---|---|---|---|
| **Factor** 8:7 | 66:17,19 116:21 | **financial** 5:10,11 | **flags** 221:13 | **Forty-seven** 41:19 |
| **factoring** 194:8,11 | 119:3,4 | 5:13 39:19 56:1 | **flat** 52:3 | **forward** 34:1 83:3 |
| 194:14 239:7 | **feel** 75:13,13 | 64:1,3,6,18,22 | **flat-bed** 51:6 | 95:11 97:2 168:20 |
| **failed** 273:19 | 106:22 | 65:16 110:12 | **fleet** 8:13 28:22 | 170:3,8 172:20 |
| **fair** 58:17 | **feels** 234:7 | 141:4 | 33:23 34:1 38:13 | 178:15,16,20 |
| **fall** 54:14 | **feet** 127:6 | **financially** 123:20 | 38:14 89:22 | 187:16 190:19 |
| **familiar** 30:4 | **fell** 158:20 200:14 | **financing** 103:7 | 123:15,16 190:22 | 219:16 236:9 |
| 255:11 | 204:3 206:5 | **find** 80:6 87:20 | 197:9 273:23 | 257:10 275:1 |
| **family** 125:1 | **felt** 74:5,8,13 75:11 | 177:8 219:21 | **fleets** 30:23 | **forwarded** 47:15 |
| 128:12,13 | 97:13 | 241:23 243:19 | **flew** 96:3 144:2 | **forwarding** 188:2 |
| **Fant** 64:13 65:3,8,8 | **few** 41:2 74:4 | **fine** 12:3 129:20 | **flick** 206:16 | **found** 131:3 265:17 |
| 104:3,5 | 107:23 108:10 | 159:20 168:7 | **flip** 104:14 181:14 | **four** 44:20 101:3 |
| **far** 94:23 123:14 | 204:11,22 | **fined** 273:7,10,23 | **Florence** 79:4 | 180:5 221:12 |
| 179:16 184:17 | **fiasco** 203:16 253:3 | **finger** 206:16 | 268:20 | **fourth** 148:7 |
| 254:21 | **fiberglass** 130:1 | **finish** 33:13 | **flow** 199:19 | **frame** 242:20 |
| **Fargo** 61:1,20 | 131:12,23 132:4,5 | **fired** 237:1 | **Floyd** 97:22 | 243:12 273:21 |
| **Farnsworth** 88:12 | 132:14 | **firm** 40:1 | **flying** 221:13 | **Frank** 40:11 50:9 |
| 136:18,19 138:22 | **field** 250:6 | **first** 11:20 12:12,13 | **follow** 177:4,9 | 71:15 72:18 73:15 |
| 148:10 149:3,7 | **Fields** 78:7,8 80:8 | 21:18 60:12 61:5 | **followed** 203:21 | 80:23 83:14 90:21 |
| 167:14 168:14,18 | 81:2 226:20 227:5 | 61:19 62:14 69:2 | **following** 11:17 | 96:4 105:14 |
| 176:1 187:21 | **fifty** 22:21 36:23 | 101:11 104:11,12 | 177:4 188:12 | 106:16,21 152:23 |
| 189:18 195:16 | **Fifty-five** 43:18 | 104:13 106:4,6 | 192:8,14 214:19 | 153:3,4,21 154:16 |
| 212:22 217:12,20 | **figure** 111:8 124:7 | 107:1,10 126:23 | 214:20 244:5 | 154:18,21 155:12 |
| 222:6 223:20 | 124:12 134:18,19 | 136:9,11 137:23 | **follows** 11:22 | 163:16 164:8,16 |
| 228:16 229:12 | 249:4 | 142:20 145:14 | 248:15 | 164:18 194:6 |
| 230:12 231:5 | **figured** 249:5,11 | 149:21 160:16 | **follow-up** 251:3 | 198:21 202:8 |
| 232:6 245:6 248:6 | **file** 125:14 | 166:11 171:6 | **Food** 198:9 | 203:9 207:4 |
| 251:18 258:1 | **filed** 3:22 | 176:15 181:14 | **foot** 127:18 | 233:18 235:22 |
| 265:17 266:15 | **files** 50:7 71:6,7,21 | 185:15 186:12,16 | **force** 2:19 75:5 | 236:17 237:3,17 |
| 267:2,17 | 164:22 165:2 | 196:21 199:7,9,16 | 96:9 | 240:9,17 241:7 |
| **Farnsworth's** | 194:4 257:9 | 209:15 213:19 | **foregoing** 11:7 | 247:3,23 253:18 |
| 135:15 166:12 | **filled** 241:4 254:8,9 | 219:21 221:4 | 280:6,10 | 254:2,6,11 257:15 |
| 178:6 225:23 | **final** 8:10,16 172:4 | 237:22 244:8 | **forget** 190:7 | 269:15,19 272:18 |
| **Farris** 79:23 94:21 | 172:6 182:7 193:2 | 246:12,15,23 | **forgot** 15:23 | 273:12,18 274:9 |
| 96:2 144:3 148:15 | **finalizing** 185:16 | 249:3 273:8 | **form** 3:4 46:12 | **Frank's** 163:15,16 |
| 200:7 | **finally** 95:8 | 277:13 | 85:3 119:23 | 164:4,5 236:19 |
| **fashion** 181:5 | **finance** 59:11 60:19 | **five** 41:4,6,7,8,10 | 194:22 | **free** 106:22 172:15 |
| **fast** 131:9 | 60:22 61:20 62:9 | 114:7,16 122:17 | **former** 151:12 | **freight** 16:20 17:16 |
| **fatigue** 127:3 | 62:17 63:6 65:12 | 124:15 221:12 | **forms** 6:14 9:15,22 | 18:8 19:10 94:23 |
| **fault** 204:2 205:20 | 209:8 212:2,4 | 259:13,15,16 | **forth** 85:19 96:16 | 99:18 133:15 |
| 206:5 | **financed** 43:6 | 261:13 | 161:10 181:17 | 161:5 201:22 |
| **federal** 6:9 66:14 | **finances** 64:13 | **fixing** 215:1 | 182:18 264:5 | **Friday** 145:17 |

167:1
**friend** 210:5
**from** 8:4 15:20 16:19 17:10 20:4 20:8 33:15,16 34:1 41:11 42:3,3 42:17 43:5 49:10 49:12 51:20,21 59:3,5 60:16 72:7 75:7 83:8 84:21 91:14 96:17 100:20 102:7 109:1 111:7 118:12 124:14 125:6 127:2,3 131:18 133:11 140:22 141:3 144:2 147:4 154:11,14 155:10 157:19 159:16 160:9 161:10 165:12,15,22 168:14 169:1 180:9,14,16 183:16 184:10,12 185:12 186:9 190:11 191:10 195:16 200:4 202:5 206:18 207:16 208:3,4 213:2 217:8 218:14 220:8,20 221:2,15 224:2,12 225:13 228:15 231:7 238:8 239:15 242:17 244:13 245:8 248:5 251:7 252:18 256:12 258:1,9 262:21,22 275:1 277:14,20
**front** 114:4 218:7

221:1,8,21 239:11
**Frontier** 18:2,5 198:10
**fuel** 203:17 246:5 247:14
**fulfilled** 192:9 259:17 260:2
**fulfilling** 259:10
**full** 2:20 30:20 176:15
**full-time** 162:5
**fun** 145:2
**function** 110:6
**functions** 24:3
**fund** 125:13
**funds** 43:13 215:13
**further** 2:15,23 175:8 279:2 280:14
**future** 82:18 123:11 124:3 157:18 233:15

**G**

**G** 45:8 46:2,14
**GA** 6:17
**Gadsden** 77:17 78:1 97:20
**Gaining** 207:20
**Gary** 86:9,21 93:14 93:17 94:22 95:2 95:21 96:8,13 98:13 188:12 194:15
**Gary's** 86:11
**gather** 145:13
**gave** 24:9 64:21 101:20 183:8 245:1,2
**GE** 60:18,19,22 61:20 209:17
**General** 9:14,21

236:7,10,12
**generally** 213:3
**gentleman's** 109:8
**gentlemen** 193:8
**Georgia** 6:14 17:18 48:7 53:9 59:16 119:23 120:3,8,9 122:5
**gets** 203:14
**getting** 99:17,18 128:20 137:17 146:6,7 160:22 209:2
**GF** 7:6
**GFK** 171:16 172:14 174:1,3,16 180:11 181:22 182:1
**girls** 15:15 125:13
**gist** 147:6
**give** 14:9 31:21 79:3 102:14 125:17 175:20 199:16 201:4 219:17 226:21 227:3 232:4 249:6 251:17 259:15 260:18 264:18
**given** 65:12,17 161:3 202:5 227:13 280:12
**giving** 82:21 227:2 259:12 260:16
**go** 14:21 16:18 17:15 18:21 20:3 20:13 21:12 31:3 34:6 38:16 47:18 52:14 60:6 67:21 67:22 87:5 89:12 89:16 90:4 95:10 104:6 110:15 117:23 127:4

128:7,22 142:15 157:13 172:19 175:8 189:4 190:8 190:19 203:3,18 216:18 223:7,13 227:8 228:20 236:11 263:15 272:12
**goes** 25:5 132:9 203:14 221:23
**going** 13:6,19,22 44:9 57:5 66:17 67:19 68:6 74:19 76:13 79:16 83:3 83:19 84:17 88:9 89:12 95:18 97:2 110:16 112:14 121:4,12 123:19 125:5,8,12,18 129:19 135:16 136:12 137:14,15 139:16,23 140:8,9 140:20,23 141:1 145:16 146:14,17 146:23 147:1,12 156:18 158:16 159:19,20 164:5 164:10 166:9 170:7 171:23 174:20 177:23 178:8,9 180:22 182:10 183:12 185:13 189:22 190:12 191:2 193:2 194:13 196:6 199:6,16,23 199:23 200:10 202:22 203:1 204:8,10 214:14 215:2,10 218:8,10 218:11,12,23 219:8,10 220:23

246:10 248:7,10 252:14 254:22 255:7 256:1,2,6 257:1 261:5,8 265:4,10,20 270:16 271:9 273:1 274:21 275:2,5 278:9
**Golden** 46:20
**golf** 115:13,14
**gone** 62:22 227:3 235:13 274:19
**good** 44:8 77:4,11 77:13 87:8 88:15 88:21 138:20 193:9 210:5 230:14 245:9 251:8 257:21 270:12
**goodwill** 184:7 221:9
**gotten** 129:7 191:9
**governed** 162:18
**graduate** 14:16
**graduated** 16:19
**graduating** 15:20
**Graniteville** 275:21 278:13,17
**great** 133:12 145:3 219:11,12,12 251:9
**Greg** 78:7,8 80:8 80:10 82:16 226:20 227:5
**grew** 22:1 124:20
**grocery** 28:1
**grounds** 3:6
**group** 30:8 42:18 49:2,5 162:9,10 246:12,15 247:1 249:3
**growing** 33:23

American Court Reporting
toll-free (877) 320-1050

growth 25:16
guarantee 61:23
  63:5 75:1 89:18
  126:12 146:22
  157:10 199:7
  219:22 233:23
  257:11
guaranteed 63:9
  135:16,19 136:1
  145:15 157:5,15
  161:18 176:2
  178:2,5 182:15
  232:10
guaranteeing
  159:23 165:23
  178:7 199:18
guess 33:12 122:18
  206:2 214:2
  219:20 229:15
  239:19 243:17
  251:3 260:2
guesstimated
  248:21
guesstimation
  198:20
guns 148:17
guy 1:8,17 2:5 8:22
  11:14,19 12:9,12
  20:22 118:23
  120:1 126:7
  146:22 148:22
  164:18 225:4
  267:7 269:19
guys 131:4 144:12
  160:22 161:1
  207:9 224:23
  246:21 249:11
  274:23
G-o 86:13
G.F 1:8 8:18 13:1
  20:23 21:1,2,3,9
  23:3,6,9,19,22

24:5 25:8 27:5,18
29:5,21 31:16,17
32:14 35:8,11,20
37:7 40:17 41:8
42:3,11,14,17
44:13,16,22 49:10
49:12,14 50:4
51:19 55:2 57:15
57:22 59:4 62:18
62:21 63:2 64:1
64:14,21 66:11
67:6 68:5 69:10
69:14,17,21 70:15
71:2,5,7 74:11
75:17 79:2,6,9,14
82:8 83:22 86:3,6
86:16 87:14,18
89:4 90:22 94:8
94:11,14 97:5
100:21 102:11
103:6 104:10
111:5 126:8,13
133:17,19 154:5
163:3 171:8
201:15 236:1
238:1 266:22
267:6 276:2

H

H 5:6 6:1 7:1 8:1
  9:1 10:1
haggling 139:21
Hale 133:2
half 38:1 129:13
  180:5 199:5
Hall 3:16 4:11 5:4
  12:3,6 14:8 55:9
  55:14 70:13 91:3
  91:8 100:3 110:15
  111:4 144:23
  145:7 148:5
  153:11 154:6,10

168:4,8,10 183:13
187:12 191:18
196:6,12 206:1,3
216:23 217:2,8
249:16 250:1
262:16,19 263:5,6
263:15 264:20
268:9,16 269:1,5
271:12 276:6
277:4 278:20
Hamlet 47:7 65:5,6
103:23,23 115:7
Hamrick 233:2
236:10
hand 108:13
217:10 272:23
handle 52:10
159:11 176:6
256:15
handled 157:3
237:4 253:4
handles 269:15
handling 79:8
159:13
hands 110:10 127:3
handwriting 56:6
112:2 186:13
handwritten 7:13
186:18 226:5
happen 138:3,6,7
142:18 156:3
160:16 265:20
happened 23:17
35:10 40:16 41:1
71:10 95:4 156:15
157:9 159:22
160:18 197:6
205:20 252:22
happens 131:10
hard 16:14 177:9
207:20,23
hardened 85:4

hardly 60:10
126:22 270:15
Harmless 10:9
Hartley 70:3,3,20
103:21 175:18
228:23
haul 23:4
having 11:20 25:17
127:22 128:6
159:15 190:3
192:9
hazardous 49:17
head 44:7 50:3 62:3
78:17 87:19 188:3
health 125:2
126:17
healthy 127:13
health-wise 126:19
hear 16:8 131:7
144:23
heard 30:3 38:11
39:4,10 60:16
130:11 147:19
155:14
hearing 280:13
heart 128:6,9
held 157:19
help 25:17 94:23
126:21 129:12
211:1
helped 64:12 98:3
helps 31:5
her 147:20,21
hereof 180:10
229:20
hereunder 192:8
192:14
hey 125:7 147:11
high 14:21,23
161:4
highway 247:11
Hill 9:7,7 70:7,7,9,9

228:23,23
him 24:19 47:19
81:5,10 82:1
93:11 94:3,16,18
95:2,6,7,14 96:11
96:20,21 97:14
98:6 104:4 105:6
105:7,10 127:21
130:20 146:2
147:11,11 160:6
185:1 195:9
205:23 209:1,4
218:6,6,7,21
219:15,17 227:12
232:4,13 233:3
253:11,13 257:18
259:5 266:15
himself 100:19,20
224:22
Hingst 83:5 252:10
258:3,10
hire 21:18 90:1,14
123:15 150:12
151:10 152:15
161:14 174:3,6,16
174:22 199:9
236:7
hired 90:7,16,23
156:8
hiring 90:11 159:10
175:6 193:21
199:17 234:19
235:12 236:2
history 9:18 165:1
236:16 271:5
hit 71:13,14,17,18
85:8,9 91:3
hold 10:8 106:18
141:18 261:7,8
holding 18:4 27:13
109:10
Holdings 109:7

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

Page 14

holds 28:23
Holliday 103:11
home 20:5 75:2,5,9
  124:21 128:15,15
  128:22 146:11
  147:9 156:19
  160:1,11,22 161:1
  161:17,19 207:12
  207:17 208:5,16
  209:3,14 219:23
  233:21,23
Honda 85:1
honest 47:5 52:9
  72:6 248:1
hook 31:5
Hopper 93:14,17
  95:22,23 96:8
  97:18,23 188:12
  194:16,18,20
  195:1,4 268:21
Hopper's 268:17
hospital 128:7
hospitalized 128:8
Houlk 132:14
hound 261:6
hour 162:21 196:7
hours 30:22
house 35:5
houses 28:17 159:8
Humphrey 97:20
hundred 19:13
  125:7 203:19
hung 147:8
Hyundai 78:23
  84:23
H-a-l-e 133:3
H-i-n-g-s-t 258:3
H-o-u-l-k 132:15

_____

I

ICC 239:5
idea 19:9 67:23

88:15,21 107:20
108:18 109:16
169:3
identification
  12:20 55:21 63:21
  66:7 67:3,14 68:8
  68:12,20 101:17
  111:1,21 113:2,10
  113:19 116:8,18
  118:8,21 119:8,21
  120:19 121:9
  122:1,12 123:3
  150:21 153:17
  163:8 165:9 167:8
  167:20 170:18
  183:21 185:9
  186:5 189:12
  213:13 225:19
  226:16 228:3
  230:23 237:11
  238:16 241:14
  242:9 245:20
  249:21 250:23
  252:3 260:12
  263:12,20 268:3
  269:11 270:3
  271:2 272:1
  274:16 275:10
  276:13 277:9
  278:3
identify 55:17
  63:17 66:3,22
  67:10 112:21
  114:1 116:3 167:4
  183:15 225:15
  251:22 260:8
  268:8 276:8
Imagine 125:3
  129:2
immediate 139:18
  141:17
impact 125:20

126:2
impairments
  172:17
important 135:20
  135:21
Inc 1:8,12 13:1
  21:3,3 23:22
  31:16,17 35:21
  36:5 41:9 47:21
  48:9,16,20 52:12
  52:20 53:3,17
  55:3 63:2 64:2
  66:11 68:5 69:2
  101:11 102:12
  114:8 115:13
  266:23 267:7
  270:10 277:21
include 52:16,19
  164:14 264:6
included 32:13,15
  32:21 123:7
  234:10 243:6,7
  244:21
including 173:23
income 6:19 67:17
  113:5,14 114:2
  116:11 118:11
  119:23 120:2,4,23
  121:13 122:4,5,6
incorporated 21:9
  26:18 114:17
incorporator 47:11
increase 33:14
  190:22
increasing 33:23
incur 195:17
indebted 102:12
independent 93:17
  93:19 174:1
Indiana 78:14,16
  80:5
Indianapolis 18:5

indicate 73:19
  74:12 131:12
  134:9 169:17
  171:20 180:21
  182:4 221:11
indicated 32:18
  52:15 58:9 62:21
  100:3 105:4 155:1
  158:15 191:20
  228:7 232:18
  239:15
indicates 54:19
  110:19 116:23
  173:21 181:8
  187:2 213:20
  241:22 258:16
indicating 172:18
  174:5 184:20
  188:23 231:21,23
indication 175:20
  232:21
Individual 118:23
  120:22
individually 1:9
  117:11
individuals 35:4
Industrial 54:22
industry 236:3
influence 227:10
inform 210:22
information 9:17
  58:11 64:7 68:2
  102:16 118:16
  122:6 145:13
  165:19 188:22
  202:10,12 203:6,7
  234:5 240:10
  253:19 257:7
  275:6
informed 76:12
  77:7 78:5 86:6
inside 98:19 132:8

inspect 193:14
inspected 193:6
inspection 173:5
  192:18,21 253:7
  255:18 264:9
Inspections 192:17
installed 203:20
instance 161:5
  204:7
institution 102:6
institutions 141:4
instructed 141:2
  228:20
instrument 229:23
insulation 132:5
insurance 9:14,16
  9:21 49:19 137:12
  139:3 158:8
  190:17,18,20
  232:22 236:6
  269:14,21 270:18
  271:11,13,14,18
  274:22 275:1,3
intangible 172:14
intend 175:11
  266:3
intended 174:12
  183:2
intent 7:20 178:1
  201:8
interest 37:6 47:2
  114:20 115:10
  118:11 142:9
  171:7 172:16
  181:16 223:15
  232:18
interested 107:17
  107:21 109:15,22
  148:18,21 166:14
  182:10 191:3,6
  200:8,16 280:17
International 48:6

American Court Reporting
toll-free (877) 320-1050

| | | | | |
|---|---|---|---|---|
| 59:20 198:2 211:13 | **JFK** 181:21,23 **job** 16:22 25:18 | 239:12 240:12 242:4 246:11 | 64:14,21 66:11 68:5 69:10,14,17 | 277:15 **Kelly's** 50:4 57:22 |
| **interrogatories** 101:12 102:1 | 39:8 46:8 105:19 105:21 199:18 | 247:9 253:2 257:1 264:12 269:7 | 69:21 70:15 71:2 71:6,7 74:11 | 67:6 136:6 268:10 **Ken** 109:7,8,10 |
| **Interrogatory** 5:22 | 234:7 | 271:15 272:21 | 75:17 76:9 79:2,6 | **kept** 53:1 71:20 |
| interrupted 59:23 | **jobs** 126:1 | **Justin** 35:5 | 79:10,10,12,14 | 178:7 214:15,16 |
| **intersection** 247:11 | **Joe** 48:8 106:12,14 | **J-Par** 210:2 | 80:20 82:8,8,12 | 214:23 |
| **interviewed** 264:21 | **John** 4:4 268:9 | | 83:23 86:3,6,16 | **kids** 15:11 128:23 |
| **investigation** | **July** 7:16,17 56:9 | **K** | 87:14,18 89:4 | 129:12 148:1 |
| 171:15 181:20 | 83:11 88:6 96:1 | **K** 26:2 | 90:22 94:8,11,14 | **killed** 82:22 85:17 |
| **investor** 39:13 | 136:12,20,23 | **Kanoff** 130:1,10,17 | 97:6 100:21 102:7 | **kin** 280:15 |
| 51:11 | 137:5,19 143:18 | 131:19,22 132:4 | 102:12 103:6,7 | **kind** 48:23 117:6 |
| **investors** 24:8 | 143:20 145:8,17 | 132:10,11,14,15 | 104:10,20 105:15 | 172:17 247:8 |
| 115:6 | 154:20 156:7 | 133:5 | 106:13 107:5 | **knew** 87:16 257:6 |
| **invitation** 151:10 | 158:9 182:15 | **Kansas** 201:14 | 108:18 110:2,11 | **Knight** 6:23 151:18 |
| **involved** 87:8 95:15 | 186:1 187:20 | **keep** 22:21 41:2 | 111:5 119:1 120:1 | **knock** 110:16 |
| 97:11 110:1 | 212:9 214:17 | 43:5 50:6 57:5 | 126:7,8,13 129:21 | **know** 16:10 19:15 |
| 159:12 | **June** 7:10,11 88:6 | 76:14,17 110:9 | 132:11 133:6,17 | 25:2 41:3 47:4,4 |
| **in-house** 64:11 65:7 | 104:11,12,13 | 125:12 129:8,9 | 133:19 134:2,20 | 47:19 52:9 58:23 |
| **issue** 202:14,17 | 111:12 168:13 | 160:7 215:9 | 135:7 137:2,6 | 59:10 60:17,23 |
| 204:20 | 175:20 182:13 | 239:12 | 147:23 154:1,5,11 | 64:20 65:1,4,9,20 |
| **issues** 139:22 | 217:15 | **Kell** 4:20 | 154:14,19 156:5,7 | 67:22 71:16 79:5 |
| 269:21 | **jury** 124:11,11 | **Kelly** 1:8,9,17 2:5 | 161:20 162:3,9,15 | 79:15,18,21 80:2 |
| **itemized** 122:17,21 | **just** 14:2 25:2 | 6:20 7:6 8:12,18 | 162:18 163:3,12 | 80:10 82:3,17 |
| **items** 13:22 | 28:14 31:1 34:11 | 8:22 11:15,19 | 164:13 168:22 | 86:10 87:14 88:5 |
| **i's** 69:12 | 37:2 38:17 42:20 | 12:7,9,10,14 13:1 | 171:8 172:23 | 88:6,8,14 91:17 |
| | 43:3 44:23 58:3 | 14:8 15:13 20:23 | 174:7 178:3 | 94:6 95:12 96:5 |
| **J** | 58:16 66:17 68:8 | 21:1,2,9 23:3,7,9 | 183:17 191:7 | 96:22 97:13,17 |
| **J** 210:4 | 69:12 72:4 73:5 | 23:19,22 24:5 | 194:2 196:15 | 100:17 105:4 |
| **Jackson** 17:11 | 88:20 98:15 | 25:8 26:4,5 27:4,4 | 198:16 200:16 | 107:17 109:5 |
| **James** 224:3,6,8,12 | 101:20 106:23 | 27:5,18 28:8,11 | 201:15 204:3 | 118:3 125:13,19 |
| 224:18,21 225:1,2 | 111:8 118:13 | 29:5,21 31:16,17 | 208:10 209:10 | 125:23 126:23 |
| 232:14 233:5,6 | 121:1 122:7 | 32:14 34:7,14 | 216:1,2,8,14 | 128:20 130:14,18 |
| **January** 1:19 2:13 | 124:23 129:8,18 | 35:9,11,21 37:7 | 235:12 236:1 | 130:20,22 131:8 |
| 3:18 9:19 11:13 | 133:12 139:17 | 40:7,17 41:8 42:3 | 237:2 238:1 | 131:18,21 132:23 |
| 102:7 117:21 | 142:3 145:7,11 | 42:11,15,17 44:13 | 239:16,20 240:15 | 133:7 135:14 |
| **Jeff** 144:8,15,17 | 146:18 161:13 | 44:16,22 48:8,20 | 241:4 242:19 | 136:21 143:15 |
| 188:14 | 182:7 190:21 | 49:8,11,13,14,16 | 243:12 244:16 | 146:4 151:3 152:3 |
| **JEFFERSON** | 201:17 204:11 | 49:20 50:6,13,21 | 253:8 254:16,18 | 152:5,19,21 153:6 |
| 280:3 | 206:19 207:17 | 51:19 52:17 55:3 | 255:7,8 265:22 | 156:5 160:6 |
| **Jerry** 51:10 | 208:12 214:14 | 57:15 59:4 62:18 | 266:23 267:6,7 | 163:13 164:7 |
| **jet** 144:22 | 223:3,12,13 | 62:21 63:2 64:2 | 270:20 276:2 | 168:9,17,23 169:8 |

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

176:23 185:1
186:19 189:21
190:23 193:13
194:3 195:4
196:17 197:16
198:21 199:3
203:9 204:7 207:3
207:5 208:19,19
209:18 214:17,22
215:5 216:13
218:20 219:9,16
219:16 220:19
226:2 230:10,11
231:8,13 233:18
235:17,20 239:3
241:2 247:8,12
254:4,7 261:12
264:13 265:1,9
268:16 270:6,11
270:21 271:16
272:10,20 274:20
275:13 278:10,15
**knowledge** 14:1
  54:9 58:5 61:21
  64:5 86:2 152:20
  155:11 156:10
  194:12 195:3
  260:23 268:23
**knowledgeable**
  240:8,18
**knows** 164:21
**K-Diesel** 26:2 27:7
  27:8 31:15 34:12
  34:20 35:13 38:23
  38:23 41:4,9,15
  41:16,18 42:8,16
  43:1,3,9,11,14
  44:16,21 45:1
  48:9,16 57:23
  93:6 110:20
  111:13 112:12,13
  112:16,18 197:11

197:20,23 198:18
211:16 215:16
216:4,9 217:7
243:4,9,11
**K-Diesel's** 42:5
  43:6
**K-e-l-l-y** 12:11
**K.C** 47:21 52:20

# L

**L** 1:23 2:1,6 3:13
  11:1 280:21
**labor** 30:12
**lack** 107:3 219:20
  225:9
**Lafayette** 19:1 20:6
**lake** 129:3 159:6,7
**land** 29:11 159:5
**lanes** 75:1
**Lanett** 133:10
**language** 180:17
  181:7 261:6
**large** 2:9 11:4
  19:19 87:2
**last** 86:11 117:21
  121:20 166:13
  170:23 173:3
  174:15 205:11
  224:20 225:6
  230:5 243:17
  245:1 259:12
  273:4,5 276:18
**late** 85:4,12 99:4
**later** 95:12 96:23
  224:6
**laundromat** 114:17
**laws** 2:21
**lawsuit** 59:21,22
  60:8 122:23
**lawsuits** 59:2
  128:20
**lawyer** 31:11 205:6

**lawyers** 205:8
**laymen's** 146:3
**leading** 3:4 219:9
**lease** 28:11 29:12
  61:3 142:22 264:9
**leased** 22:13 42:5
  49:9,10,12 52:17
  192:19 242:18
  243:12 255:20
**leasing** 26:5 27:5
  28:11,13 34:14
  60:13
**least** 148:22 193:19
  234:18
**leave** 18:7 76:4
  146:4,8,18 164:11
  183:9 213:18
  219:18
**leaving** 144:21
**led** 95:6 135:10
  158:21 200:9
  207:14,15
**Lee** 151:18
**leery** 85:15
**left** 17:16 18:11,22
  20:14 35:12 41:8
  75:23 105:18,20
  140:16 141:14
  192:12 197:1,18
  197:18 198:12
  201:18,20 223:3
  254:23
**left-hand** 243:23
**legal** 21:8 187:16
**legally** 24:2
**lending** 102:5
**Less** 38:1
**let** 12:14 16:10 17:5
  23:1 25:2 33:18
  34:6 35:17 39:22
  40:5 52:10 55:14
  61:3 63:12 64:19

66:1 68:15 80:10
116:2 124:9 135:6
175:15 177:8
237:3,5 243:18
250:17 257:18
265:6,21 268:6
269:5 277:4
**letter** 6:23 7:4,12
  7:19 8:4,22 9:5,8
  26:2 170:21 171:6
  171:13 175:13
  176:7 178:1
  181:15,19 182:19
  194:9,10,11
  235:19 237:7
  239:1 248:14
  249:9 259:7
  262:21,22 263:7,8
  277:20
**letters** 140:18
  141:3 151:10,14
  152:3,10,19
  155:10,19 201:7
  212:11,15 228:18
**let's** 61:13 69:7
  73:10 142:15
  148:13 189:22
  218:23 262:20
  269:1
**level** 234:6
**liabilities** 57:17
  58:7,18 59:3
  143:10 173:11
**liability** 269:18
**lied** 75:11,14 262:7
  262:8
**liens** 172:15
**life** 125:3 140:5
**lifestyle** 129:1
**like** 30:11 31:4
  54:12 59:12 62:23
  74:5,8 75:13

83:11 97:13 103:3
124:18 125:16
131:22 132:9
140:4 149:8
153:20,22 154:3
163:16,18 164:4
174:12 184:17
185:13 190:20
208:1,10 210:6,18
227:1 232:22
234:7 253:12
269:14,17 270:17
271:9 272:4,5
275:1,2
**limited** 264:7
**Lincoln** 9:14,21
  78:23 236:6,10,12
**lines** 252:17
**link** 199:19
**Lion** 198:9
**liquid** 78:22 84:20
  85:2,3,9 111:11
  132:1 216:16
**liquidated** 256:3
**liquidation** 62:22
  63:1 187:6,7
  223:11 256:11
**Lisa** 4:19 262:23
**list** 7:5 8:11,17 10:6
  13:13,16 47:10
  57:20 58:10 102:5
  122:18,21 130:2
  153:20,23 154:1
  163:3,11 164:9,12
  220:10 241:23
  242:22,23 245:8
  276:21,22
**listed** 243:3,5
**listening** 84:5 118:1
**lists** 155:15
**little** 30:13 61:4
  84:18 93:10,12

| | | | | |
|---|---|---|---|---|
| 99:12 196:7 | 195:14 272:21 | **made** 3:2 142:6 | 246:23 265:2,2 | **marriages** 15:18 |
| 211:18 248:13 | **looks** 153:20,22 | 148:16,19 149:20 | **man's** 257:21 | **Martin** 9:9 141:9 |
| **live** 15:1,3,7,9 39:4 | 154:3 163:16,18 | 174:4,17 202:18 | **mark** 67:19 68:6 | 185:20 256:3,7,9 |
| **lived** 20:11 | 164:4 185:13 | 207:9 232:20,21 | 111:14 122:19 | 256:15 |
| **LiveNote** 2:7 3:15 | 227:1 245:9 | 253:21 | 249:16 263:16 | **Mary** 15:12,13 |
| 11:3 | 269:14,17 270:17 | **mail** 47:14 128:21 | **marked** 12:15,19 | 37:20 40:7 276:16 |
| **LLC** 46:21 | 271:9 272:4,5 | **main** 147:4 198:11 | 55:15,20 56:12,15 | **Master** 198:5 |
| **load** 30:19 | **lose** 86:3 130:10 | **maintain** 74:17 | 63:13,20 65:10 | **material** 49:17 72:1 |
| **loaded** 30:20 31:2 | 207:22 | **maintenance** | 66:2,6,21 67:2,9 | 240:1 |
| **loans** 218:12 | **losing** 43:5 | 247:15 | 67:13 68:11,16,19 | **matter** 88:10 96:12 |
| **local** 41:11 72:8 | **loss** 134:21 | **major** 85:6 247:10 | 101:9,16 110:17 | 107:22 108:13 |
| 79:3 93:16 98:1 | **lost** 50:19 71:23 | **majority** 102:18 | 110:23 111:17,20 | 139:14 161:19 |
| 127:19 | 72:11,16 75:17,17 | 197:8 | 112:19 113:1,9,18 | 203:18 212:12,14 |
| **locally** 74:20 98:5 | 77:3,16 93:8 | **make** 3:5 21:11 | 113:23 116:7,14 | 214:14 255:3 |
| **located** 16:20 28:3 | 97:15 99:14 | 51:23 138:3,6,7 | 116:17 118:7,20 | 256:22 272:18 |
| 78:15 | 123:10 124:13 | 142:10,17 146:19 | 119:7,17,20 | **Matthews** 128:3,4 |
| **location** 92:11,13 | 125:22 126:1 | 148:10 164:1,9 | 120:15,18 121:8 | **may** 2:5 3:5,13 |
| 133:10 | 129:22 130:2,7 | 190:16 193:2 | 121:23 122:11,20 | 13:14 48:13,17 |
| **locations** 193:11 | 206:12,14,18 | 204:1 208:12 | 123:2 150:15,20 | 56:20 104:2 114:4 |
| **logging** 29:9 | 211:7,8,9 233:14 | 209:1 240:12,22 | 153:12,16 163:2,7 | 120:5 138:5 |
| **Logistics** 9:16 | 234:14 250:8 | 244:6 265:20 | 165:4,8 167:3,7 | 142:15 144:10 |
| 26:15 28:21 37:17 | **lot** 30:9 50:11 | **makes** 84:22 132:1 | 167:19 168:3 | 156:2 160:18,19 |
| 93:7 197:14 270:9 | 71:23 95:4 96:10 | 132:8 149:12 | 170:14,17 183:14 | 170:10 186:23 |
| **long** 17:1 19:3 | 99:17 102:23 | 150:4,9 174:11 | 183:20 185:4,8,22 | 196:13 223:23 |
| 104:19 105:14 | 103:2 129:4 133:8 | 272:13 | 186:4 189:8,11 | 230:4,10 247:23 |
| 196:14 219:7 | 149:23,23 159:6,6 | **making** 87:9 204:6 | 213:8,12 225:12 | 253:17 273:9,12 |
| 249:4 | 234:9 246:19,20 | 206:20 | 225:18 226:11,15 | 274:19 |
| **longer** 26:23 28:18 | **lots** 159:7 | **man** 225:6,8 | 227:20 228:2 | **maybe** 38:7 197:21 |
| 35:9 54:2,4 77:8 | **loud** 145:1 229:16 | 236:19 | 230:17,22 237:6 | 203:23 |
| 82:9 83:23 84:2,8 | **low** 16:7 | **management** 81:6 | 237:10 238:11,15 | **McClendon** 18:23 |
| 87:11 89:9,19 | **Lozier** 130:7 132:6 | **manager** 16:23 | 241:10,13 242:4,8 | 19:20 20:3,14 |
| 115:16 117:15 | 132:8,19,20,21 | 17:8 40:10,12 | 245:15,19 249:20 | 105:12 |
| 140:1 | 133:1,21,22 134:1 | 88:1 98:5 | 250:2,18,22 | **McKinney** 35:5 |
| **look** 13:11 58:10 | 134:21 | **manufactured** 52:2 | 251:21 252:2 | **mean** 22:12 43:20 |
| 69:6 184:17 192:5 | **Lufkin** 51:4,21,23 | **many** 19:9,15,20 | 260:7,11 263:11 | 84:6 92:19 97:7 |
| 221:22 229:1 | 52:5 244:15,17 | 22:3,7,18 31:20 | 263:19 268:2,7 | 98:2 112:15,16,17 |
| 273:17 | **lunch** 91:5 | 33:3,8 41:17,20 | 269:10 270:2 | 124:23 126:11,13 |
| **looked** 184:21 | **L-o-z-i-e-r** 130:9 | 42:7,13 43:14,22 | 271:1,23 274:15 | 128:15 129:1 |
| 189:3 251:8 | | 44:3,9,12,19 | 275:9 276:7,12 | 141:18 142:2,13 |
| **looking** 47:10 59:8 | **M** | 53:16 90:18 | 277:5,8 278:2,7 | 149:5,8,16 156:2 |
| 102:10 150:14 | **M** 9:8 | 154:19 198:8,17 | **market** 112:9 | 158:4 160:15 |
| 173:1 187:1 | **MacIntosh** 87:22 | 240:3 241:3 | 215:16 | 173:15,17 175:3,5 |

| | | | | |
|---|---|---|---|---|
| 176:22 177:3 | mention 15:23 | misleading 127:11 | 139:17 140:7 | 46:2,14 |
| 181:4 182:12 | mentioned 58:1 | 170:1 218:21 | 141:17 144:19 | Nabisco 46:16,18 |
| 186:21 187:5 | 124:1 126:17 | misled 74:6,9,13,14 | 152:18 153:6 | 46:19 |
| 189:19 190:15 | 128:11 156:21 | 135:10 | 159:21 168:8 | NAC 52:12 53:3,17 |
| 202:16 204:5 | 196:23 235:18 | mismanaged | 190:23 198:21 | name 12:8,12,13 |
| 205:18 207:19 | merged 102:21 | 252:21 | 218:14 223:15 | 21:7,8 31:10 41:9 |
| 213:5 214:3,9,15 | mess 134:16 | mismanagement | 227:8 | 42:5 43:7 53:10 |
| 216:4 219:15 | messed 132:21 | 83:14 | morning 258:11 | 57:22 79:5 86:11 |
| 221:14 222:22 | met 143:14,14 | misrepresentation | Morrow 53:9,11 | 94:22 106:21 |
| 245:10 248:12 | 144:14,17 192:2 | 127:11 | most 163:16 164:21 | 107:1 109:5,8 |
| 256:20 257:7 | 264:10 | miss 246:11,11 | 165:1 223:19 | 198:7 224:20 |
| 258:21 261:12 | METHVIN 4:5 | missing 48:21 | 240:7,18 | 225:3,6 242:18 |
| meaning 167:12 | Michael 9:6 | Mississippi 17:12 | motion 30:22 | 276:19 |
| 170:6 177:15 | middle 1:2 161:8 | mistaken 263:3 | mouth 90:7 | named 280:18 |
| 186:15 208:17 | 177:7 | Mobile 16:21 17:11 | move 168:19 170:3 | names 60:17 73:14 |
| means 126:2 | mid-April 61:12 | model 244:5 | 170:8 178:15,16 | 73:22 74:5 155:16 |
| 163:22 172:3 | might 33:13 142:11 | modification 122:5 | 178:20 219:16 | 200:19 211:12 |
| 173:17 177:1 | Mike 35:5 | moisture 85:8 | 234:8 257:10 | National 59:15 |
| 178:22 186:17 | miles 4:6 133:11 | molten 9:11 132:2 | moved 215:20 | nature 82:14 |
| 222:20 245:11 | 162:21 | moment 216:15 | 216:3,11 | 172:18 |
| 246:6 264:10 | mill 30:5,18 46:11 | Monday 147:3,10 | moving 214:10 | Navistar 59:20 |
| 280:9 | million 76:21 | 147:12 168:13 | 215:6 | 61:19 103:3 |
| meant 130:2 | 124:14,16 125:5 | 239:18 246:18 | much 23:6,14 29:4 | necessary 3:1 |
| 186:20 231:13 | 125:23 129:13 | money 21:11 41:11 | 34:21 36:22 37:21 | need 16:13,15 25:1 |
| 266:8 | 139:12 180:5 | 41:14,15,16 43:3 | 38:5 74:18 89:18 | 102:16 122:18 |
| medical 126:21 | 199:5 216:16 | 43:12 112:6,9 | 93:5 96:22 123:17 | 125:7 178:5 196:7 |
| 164:11 | Mills 10:4,10 | 123:12 128:19 | 149:10 160:7 | 245:7 251:9 259:8 |
| medicine 127:6,23 | 275:20 278:18 | 129:8 140:10 | 161:22 216:13 | needed 25:17 96:8 |
| meet 145:14 193:20 | mind 47:9 166:8 | 141:5 142:9 | 236:3 248:18,21 | 138:1 149:21 |
| 234:19 | mine 163:21 164:3 | 179:16 215:3,16 | 273:11 | 190:16,18 |
| meeting 138:12,20 | 202:14 210:6 | 216:3,8 218:14 | multiply 206:13 | needs 142:17 |
| 145:9 184:13,14 | minor 204:20 | 221:4,8,9 272:12 | must 148:18 | negotiated 56:13 |
| 187:20,23 221:10 | 222:13,13 | moneys 179:3 | mutually 188:15 | negotiating 61:6 |
| 221:16,20 224:22 | minute 130:11 | Montgomery 4:8 | myself 21:13 40:15 | 131:3 181:12 |
| 254:15,17 | 187:8 | 70:4 | 56:19 76:18 | 201:9 |
| meetings 208:7 | minutes 91:5 | month 60:11 | 137:17 142:9 | negotiation 80:19 |
| Melanie 1:23 2:6 | misconception | 104:12 | 165:12 167:14 | 92:6 94:20 130:12 |
| 3:13 11:1 280:21 | 161:12 | Moore 144:10 | 206:11 | 158:17 |
| Melissa 4:20 | mishandled 83:8 | more 19:17 59:13 | M-o-r-r-o-w 53:11 | negotiations 32:4,7 |
| member 274:3,8 | 253:3 | 74:23 77:1 117:18 | | 32:8 55:1 63:3 |
| men 152:4 199:8,15 | misinterpret | 122:8,15 131:17 | **N** | 69:17,22 70:21 |
| mentally 128:16,22 | 158:11 | 135:18,23 137:17 | N 2:1 4:1 5:1 45:8 | 71:3 72:12,17 |

| | | | | |
|---|---|---|---|---|
| 75:18 82:1 84:14 | 169:12 171:12 | 110:23 111:20 | **occasion** 135:18 | **offices** 2:10 11:9 |
| 85:22 103:8,15,19 | 182:17 187:15 | 113:1,9,18 116:7 | 136:1 | 74:16 |
| 107:7 109:10 | 188:15 203:14 | 116:17 118:7,20 | **occurs** 173:4 | **official** 21:6 188:6 |
| 127:9 131:13,20 | 222:17 | 119:7,20 120:18 | **October** 7:14 201:3 | **off-road** 30:14 |
| 137:8 150:3 | **nine** 91:23 | 121:8,23 122:11 | **off** 14:6 70:11 | **oh** 14:15 33:18 |
| 171:16 172:9 | **nine-house** 35:6 | 122:17 123:2 | 97:12,15 99:22 | 49:12 54:21 74:8 |
| 178:17 180:11,16 | **nobody** 125:16 | 128:2 153:16 | 130:15,23 131:2 | 82:7 92:19 102:2 |
| 180:22 182:2,21 | 233:20 | 157:13 163:7 | 136:21 137:11,15 | 114:9 144:2 |
| 191:12 209:10 | **nods** 44:7 50:3 62:3 | 165:8 167:7,19 | 137:16 138:23 | 148:16 183:6 |
| 224:7 | 78:17 87:19 | 170:17 176:8 | 139:2,8,15,17 | 226:19 242:12 |
| **neither** 270:7 | **none** 143:10 218:14 | 180:1,4 181:1 | 140:1,11,14,23 | 258:6 |
| 280:15 | **normal** 181:5 | 183:17,20 185:8 | 141:7,20 142:2 | **okay** 16:12 25:4 |
| **Nelson** 24:12 36:7 | **North** 2:12 4:15 | 186:4 189:11 | 144:6 145:3,5 | 26:12 33:21 36:17 |
| 36:21 45:11,23 | 11:12 | 212:17 213:12 | 146:3 153:9 158:3 | 49:20 50:13 53:16 |
| 47:23 53:20 | **Notary** 2:8 11:3 | 222:19,22 225:14 | 158:10,11 173:19 | 57:11,15 58:1,21 |
| 104:19 115:7,11 | **note** 7:21 8:20 | 225:18 226:12,15 | 187:10 191:16 | 59:7,9,12 60:14 |
| 120:13 132:13,17 | 112:1 186:18,21 | 228:2 230:22 | 192:12 194:13 | 61:14 63:10 66:18 |
| 132:20 134:11,12 | 226:6,22,23 252:7 | 237:10,18 238:15 | 204:13 205:14 | 68:1 74:2 75:22 |
| 138:16,18,18 | **notes** 7:13 163:13 | 241:13 242:8 | 212:11 214:6,12 | 77:14 87:19 95:19 |
| 144:16,17 147:9 | 184:10,12 | 243:18 244:1,2,3 | 215:2 217:13,20 | 98:10 99:11 |
| 147:10 208:7 | **nothing** 82:2 | 244:4,6,13,17 | 217:21 218:13 | 102:17 119:4 |
| 214:20 215:19 | 135:18 191:11 | 245:4,19 249:20 | 223:2,8,14 226:8 | 122:7,16 123:7,21 |
| 247:21 | 201:1 270:11 | 250:22 252:2 | 228:20 239:4,9 | 132:3 135:20 |
| **nervous** 81:7 146:6 | **notice** 5:9 9:20 | 257:3 260:11 | 249:14 251:10,13 | 143:17 153:6 |
| 146:7 | 12:23 13:15 | 263:1,11,19 268:2 | 268:13 271:7 | 154:18 164:2,6 |
| **net** 56:10 | 186:22 188:6 | 268:10 269:10 | 276:4 277:2 | 165:14 166:7 |
| **never** 77:4 85:12 | 202:5 226:21 | 270:2 271:1,23 | **offer** 142:19 173:22 | 167:16 172:6 |
| 95:7 162:7 174:12 | 227:2 233:11 | 273:19 274:15 | 201:1 224:2,11,16 | 173:20 181:14 |
| 174:23 175:1,8 | 260:5,19 261:13 | 275:9 276:12 | 224:16 232:20 | 184:22 185:3,18 |
| 183:1,8 238:6 | 264:18 271:20 | 277:8 278:2 | **offered** 3:8 | 192:15 194:8 |
| 259:17 260:2 | **noticed** 57:7 | 280:22 | **offering** 248:14 | 195:8,14 211:22 |
| **new** 90:1,14 99:3 | **notified** 83:2 | **Numbers** 55:20 | **offhand** 158:14 | 213:19 219:8 |
| 246:4,5 | **notify** 259:14 | 63:20 150:20 | 192:4 200:21 | 220:16,18 229:3 |
| **Newman** 58:15 | **November** 72:20 | | 225:7 | 231:20 232:2 |
| 64:10 | 73:12 141:6 | **———————** | **office** 72:22 78:18 | 236:23 237:16,20 |
| **Newman's** 40:3 | 151:15,20 | **O** | 83:5 96:1 136:14 | 238:20 241:22 |
| 66:13 | **number** 1:6 12:19 | **O** 2:1 | 138:13 147:5 | 242:3 243:16,22 |
| **Newsome** 51:10,13 | 31:22 32:16,23 | **objections** 3:2,6 | 159:18 184:5 | 245:11 250:17 |
| **newspaper** 87:6 | 34:2 41:3 46:4 | **obligation** 260:3,4 | 219:4 252:11 | 258:23 262:19 |
| **newsprint** 87:5 | 66:6 67:2,13 | **obligations** 192:6 | 257:8 258:22 | 267:10 268:11 |
| **next** 71:18 91:4 | 68:11,19 87:12 | 192:13 227:16 | **officer** 39:19 52:5 | 270:13 271:12,17 |
| 96:12 143:12,19 | 89:14 101:16 | **obtain** 100:22,23 | **officers** 40:6 | 272:19 273:6,15 |
| | | **Obviously** 109:12 | | |

American Court Reporting
toll-free (877) 320-1050

275:4 277:12 278:14
**old** 15:14 125:4 146:13 236:4
**OLV** 187:4,5,13 244:8,9
**Omni** 59:15 61:19
**once** 201:5 207:21
**one** 17:17 18:12 21:6,16,17 22:20 22:21 24:14 31:22 35:4 36:6,15 38:18 42:15 48:11 48:22 50:10 52:23 52:23 54:4 56:12 56:15 62:2 64:17 75:3,12 76:16 82:3,19 83:9 85:12 92:18 93:1 93:3 103:12 105:12 109:18 115:15 117:5 120:12 121:20 126:11 129:15 130:2 133:18 135:2,18,23 148:14 161:10 163:19 164:7 166:11 175:17 177:13 184:1 200:23 201:12 206:10 207:3,5,6 221:11 224:5 231:15 239:6 244:5 246:12 249:2,5 252:19 256:13 268:17 272:12 273:8,8 274:5,7
**ones** 26:23 58:22 58:23 101:6,7 158:13 197:17

198:11 200:22 210:11,16 211:7 211:10,15
**one-day** 203:13
**only** 13:23 60:3 82:19 173:4 178:11 220:22 231:19 254:22
**onto** 57:10 71:19
**on-site** 30:11
**oOo** 3:23 10:12
**Opelika** 47:18 128:9
**operate** 28:23 38:15 41:18 42:8 49:15,23 93:21 180:12
**operated** 23:15 32:15 42:14 137:6 181:4
**operates** 38:17
**operating** 18:1 27:4 27:13 28:19 29:1 35:9 40:17 42:11 137:1 208:23 215:23
**operation** 17:22 23:10,13 29:16 30:16 31:5 34:8 34:15 36:9 38:19 38:22 44:17,22 46:12 50:14,18 51:15 95:16 96:6 107:18 117:4 129:5,9 145:13 160:3,17,20 208:9 208:11,14,22 219:2
**operations** 16:23 17:8 18:10 24:3 25:20 29:10 32:1 39:2 40:18 74:19

74:22 87:8 105:3 110:2 196:16 275:20
**opinion** 188:20 257:4
**opportunities** 157:17 159:21
**opportunity** 21:12 158:19,22 183:9 213:17
**opposed** 156:22
**opted** 125:14 131:16
**option** 142:20 143:3,8
**options** 138:9 142:20
**oral** 3:17 11:16
**orally** 229:18 267:21
**orderly** 187:6,7 223:11 256:10
**ordinary** 180:13
**orientation** 73:3 75:6
**original** 3:17 12:21 55:22 63:22 66:8 67:4,15 68:13,21 71:12 101:18 111:2,22 113:3,11 113:20 116:9,19 118:9,22 119:9,22 120:20 121:10 122:2,13 123:4 136:19 137:22 150:22 153:18 160:14 163:9 165:10 167:9,21 170:19 183:22 184:1 185:10 186:6 189:13 213:14 221:10,16

221:19 225:20 226:17 228:4 231:1 237:12 238:17 241:15 242:10 245:21 249:22 251:1 252:4 260:13 263:13,21 268:4 269:12 270:4 271:3 272:2 274:17 275:11 276:14 277:10 278:4
**originally** 27:9 29:17,20 42:4 62:8 152:1,16 207:18 212:9
**Osborne** 97:20
**other** 14:12,14,15 20:19 24:8 25:21 26:12 27:19,19,20 36:1 38:10 39:15 42:4,20 43:10 50:22 51:13 55:4 58:4,7 71:23 82:2 82:4 90:11 97:17 102:22 115:6 117:13 124:2 126:16 133:18 134:15 141:21,22 142:4 148:13 155:5,6,9,23 156:4 158:16,16 159:2 161:11,21 162:4 164:7 190:8 190:9,13 193:11 197:3,4 209:21 212:21 268:18 272:23
**others** 22:9 26:16 59:14,19 60:2,15 274:20

**otherwise** 141:19 267:18
**Ottawa** 52:22
**Ottawas** 31:9 32:6 32:13,15,20 38:18
**out** 16:13 17:23 18:4 19:1 21:12 33:14 36:19 37:1 42:2 49:23 61:8 72:20,23 74:20 75:11 79:4 80:6 83:16 87:20 90:13 92:22 96:17 102:21 106:23 107:16 108:23 109:1,3 110:16 111:8 131:3,4 135:17 137:18 148:17 149:17 150:5 155:19 156:17 161:22 164:11 175:12 178:1 183:2,10 197:17 201:14 202:20 203:14 204:22 206:10 214:6 215:6,14,21 216:8,14 218:10 219:10,21 220:11 222:14 223:12 224:3 227:17 229:16 232:4 235:1 241:4 247:12 249:2,5,6 252:12 253:1 254:9,10 257:14 259:7,10 265:17 267:4 268:19 272:10
**outbound** 17:10
**outline** 169:14 170:5 178:21

www.AmericanCourtReporting.com
January 15, 2007

179:10
**outside** 40:1 69:21
  70:14,15 209:9
**Out-of** 6:20
**out-of-pocket** 8:19
  247:21
**over** 13:10,11 16:2
  19:22 33:5,11,17
  42:3 52:15 53:9
  69:6 91:13 105:3
  129:8 133:13,14
  139:21 143:6
  152:14 179:17
  180:6 184:21
  186:22 189:4
  196:7 197:18
  200:23 216:3,11
  221:5,7 236:11
**over-the-road** 33:7
  41:17 201:22
**owed** 141:4 222:23
**own** 20:15 21:10,13
  22:7 25:21 26:9
  29:11 31:7,17
  36:11,14,22 37:6
  37:16,21 38:3,5,6
  45:15 47:1,2 48:8
  48:12,15 49:21
  50:16 51:8,9 54:8
  93:21 110:8
  112:16 114:18
  117:3,15,17 193:3
  243:14 267:12
**owned** 20:18 22:5
  22:12 24:15 31:13
  31:15,16 36:8
  45:11 46:23 48:19
  49:9,14 71:13
  79:13 101:4 115:3
  115:15 117:4
  120:11 242:18
  243:11

**owner** 25:7 36:15
  53:22 114:13
**ownership** 36:12
  37:10
**owner/operator**
  22:5 243:14
**owner/operators**
  22:10,11,16 41:21
  142:23 162:22
  243:13
**owns** 18:3 36:20
  37:22 38:10 51:13
**O-t-t-a-w-a** 31:10

**P**

**P** 2:1 4:1,1
**package** 24:22
  165:15,17 200:2
  226:1
**page** 5:3,8 6:3 7:3
  8:3 9:3 10:3
  13:12 32:3 104:15
  114:4 165:19
  166:11 170:23
  176:7,15 177:23
  177:23 180:7
  186:12 191:18
  192:5 230:4,5
  231:17,19 234:16
  243:2,17,19
  255:15,17 259:12
  259:20,21,22,23
  266:12 267:5
  273:4,5,17 275:6
**pages** 67:20
**paid** 42:19,22
  120:10 137:15
  139:17 140:1
  179:3 218:13
  221:5,19 222:3
  223:14 228:19
  246:10 251:10,13

273:13
**paper** 30:5,5 46:11
  48:6 52:1 58:11
  72:7,8 77:3,6 86:4
  86:7,19 87:4,5,15
  87:17,21 89:3
  98:23 153:6 166:2
  198:3 211:14
  215:9 221:17
  230:15
**papers** 38:8 215:13
**paperwork** 215:12
**paragraph** 172:11
  174:14 176:8,9
  177:22 178:11
  180:7 181:8,15
  182:18 214:2
  217:9 218:17
  229:1 231:7 260:1
**paragraphs** 221:12
**parenthetical**
  192:12
**part** 24:12,21 32:6
  32:7 36:15,19
  37:4,16 45:15,18
  48:2,3,8 54:14
  63:3 72:2 83:15
  89:17 96:9 103:18
  114:10,12,13,18
  115:9,10,15 123:6
  126:23 129:11
  157:6,8 160:3
  189:22 256:20
  264:16 265:11
  267:3
**parted** 37:3
**participate** 274:11
**particular** 13:4
  30:13 144:20
  156:19
**particulars** 50:11
**parties** 2:3 3:5

74:11 182:20
  229:7 266:3,17,20
  280:16
**parting** 37:4 100:4
**partners** 21:15
  120:12
**parts** 125:2
**party** 103:20
  229:23 247:22
  267:11
**Pate** 4:19 144:13
  276:18
**Pate's** 263:7
**Patrick** 163:22
**patterns** 74:23
  161:16
**pay** 57:5 125:18
  129:12 140:11,14
  140:23 141:7,11
  141:12,20 173:19
  194:13 195:22
  196:2,4 204:3,13
  206:17 212:11
  215:2 223:1,8
  239:9 246:13
  247:14,18 248:11
  250:7 272:8,11
**paying** 41:5,9
  57:23 60:11
  141:20 158:3,4,7
  205:3 239:4
**payment** 9:18
  158:12 271:5
**payments** 62:16
  137:12,12,16
  138:23 139:3,9,16
  142:3 158:7,8
  190:16 204:7
  214:7,12 215:1
  217:13,21 222:3
**payoff** 140:18
  141:3 194:9,10,11

212:11,15 223:12
  228:18 239:1
  244:11,12
**payoffs** 140:17
**pens** 163:19
**people** 43:16,19
  75:7 96:4 98:18
  107:6 125:18
  144:9 145:14
  191:10 193:4
  206:12 218:15
  219:13 239:15
**per** 89:18 162:21
  188:1,10 206:14
  206:15
**percent** 24:15
  36:23 37:22 38:6
  51:9 100:21 115:4
  143:4 197:21
  239:10 273:22
**percentage** 38:10
  115:3 197:16,19
**perfectly** 16:4
**period** 36:2 54:15
  56:8 88:5 143:6
  179:18 180:6
  200:23 221:5
  247:5 273:3
**perks** 129:2
**person** 13:20,23
  19:1 79:7 107:5
  132:11 240:7
**personal** 56:1 57:4
  57:4 112:5 113:5
  113:14 114:2
  116:11 119:12
**personally** 56:2,3
  61:22 63:5,8
  123:20 126:7,12
  207:3
**personnel** 30:12
  164:20 176:5

American Court Reporting
toll-free (877) 320-1050

Page 22

persons 71:1
219:4 237:4
pertain 111:5
118:13
pertaining 69:22
72:10,15 141:5
Peterson 127:20
Petix 1:23 2:6 3:13
11:1 280:21
phase 143:5
Phoenix 61:8
phone 21:17 80:11
96:14 124:19
146:10,11 159:16
191:8,9 258:22
265:16
phonetic 38:11
87:22
physically 128:16
pick 31:2 99:13
picked 98:21 99:4
268:18,20
picture 83:23 84:3
84:8 89:9
piece 58:11 139:22
141:13 221:17
pine 98:4,8,9,14
piss 146:2
place 145:1,3 248:3
PLAINTIFF 4:3
Plaintiffs 1:10
Plaintiff's 69:1
101:10
planning 218:13
plant 46:17 76:2
78:19,22 93:16
98:2,5,12
plants 87:6
player 95:15
Plaza 26:4 27:23
57:14
please 3:20 12:8

16:4,10 55:17
63:17 66:3,22
67:10 114:1 116:4
167:4 176:9
183:16 187:15
245:8 251:22
260:8 268:8
plenty 108:12
pocket 6:21 139:18
141:17 142:3
249:7
point 24:7 31:23
32:10,17 36:15
42:15 47:3 48:11
52:23 71:15 95:5
107:5 111:12
115:15 117:5
123:16 130:18
132:11 136:6,16
139:13,15,19
144:18 145:10
194:3 201:2 211:2
233:4,7 273:8
Points 114:7,16
policy 269:15,18
274:22
pool 222:3
poor 124:21 125:4
portion 48:16
115:20 138:21
PORTIS 4:6
portray 169:10
position 106:19
218:19 257:16,17
positive 38:9 48:18
48:18 52:22 54:1
80:23 91:20 101:4
153:21
possible 61:10
74:18 238:1 239:8
possibly 38:21
50:20 233:19

238:23
postgraduate 14:18
Post-U.S 56:17
pot 146:3
potential 166:14
169:14,20 170:6,9
178:19,22 179:10
power 123:11
124:3,13 126:6
Powers 127:15,17
preapprove 236:5
prepared 56:18
64:18 66:12
prequalifications
175:1,4
present 4:18 23:7
102:8 136:15
138:14,19 147:15
147:16 171:23
194:10 201:12
president 25:9 39:9
39:10 40:8 52:8
pressure 127:22
190:5
presuming 58:16
pretty 23:6,14 29:4
34:21 123:17
127:13 148:22
149:10 160:7
161:22 207:21
236:3 249:11
previous 15:17
previously 105:18
pre-U.S 56:10
price 109:20
179:14
pricing 91:22
primary 161:7
print 226:8
prior 3:9 20:18
26:10 35:16 44:16
44:22 55:1 65:8

83:10 84:15 85:20
127:13 131:15
136:23 137:5,19
146:1 178:14,15
202:10 203:6,7
209:7 217:10,15
218:4 240:1,4,10
241:5 253:20
257:8
privy 83:15 93:15
97:23
probably 16:1 44:1
74:21 92:23 99:17
126:2 135:2
136:11 153:1
160:18 184:3
196:21 198:19
216:17 237:17
238:8 240:17
problem 160:4
246:20,22 260:15
260:17,19 265:18
265:19
problems 259:4
Procedure 3:12
11:7
proceedings 11:17
process 61:4 75:7
80:19 89:16,17
92:6 94:20 95:13
96:17 103:21
127:12 130:12
147:5 160:15
188:4 203:4
218:22 219:19
233:8 234:4
240:19 252:21
produce 69:8,14
produced 63:15
70:23 72:9,14
75:15 103:4
150:17 154:5,6

225:14
product 49:7 85:11
production 5:20
69:3 102:2 110:19
118:2 183:17
226:12 237:18
268:10
professional
158:20
program 24:13
progression 33:22
221:23
promise 140:6
146:23
promised 140:4
259:6
pronounce 60:11
proper 89:14
properly 253:5
property 35:3
46:20 47:17
proposal 220:5
propose 172:19
proposed 181:18
prospective 155:20
protective 85:14
provided 64:4
164:13 194:18
229:21
providing 263:1
provisions 229:20
public 2:8 11:3
27:21,22 54:11
pull 38:8 72:7
161:6 163:23
218:10
pulled 216:14
pulling 83:16 164:1
252:12 253:1
purchase 7:15,22
41:12 42:16 51:20
137:13 139:9

American Court Reporting
toll-free (877) 320-1050

Page 23

| | | | | |
|---|---|---|---|---|
| 140:11,14 141:10 | 279:5 | 224:21 225:2 | 148:18 149:21 | 148:3 196:10 |
| 142:22 143:17 | **P.O** 4:7 | 232:14 233:5,6 | 210:6 | 216:21 269:3 |
| 145:16 170:8 | ——————— | **race** 117:1,4,6,17 | **realize** 90:8 91:20 | **recognize** 153:12 |
| 172:13 173:2 | **Q** | 129:4 144:22,23 | 102:20 124:17 | 165:5 168:11 |
| 178:3 179:14 | **Qualcomms** 203:20 | 145:3 158:20 | 142:6 190:1 219:1 | 170:21 185:5 |
| 183:12 185:15 | **qualification** 203:4 | **racing** 117:3,14 | **really** 110:8 149:16 | 189:15 213:9 |
| 186:16 187:3 | **qualifications** | 121:12 159:1 | 169:9 175:7 | 231:3 241:17,20 |
| 189:2 202:2 203:1 | 175:7,9 193:20 | 199:2,13 | 218:15 256:19 | 242:1,5 245:16 |
| 212:8,23,23 | 234:19 236:21 | **Rainbow** 77:17,18 | 270:14 | 268:15 270:8 |
| 213:21 227:21 | **qualified** 154:22 | 77:23 91:9 93:9 | **reason** 24:23 | 275:17 |
| 229:5 255:14 | 235:21 257:3 | 97:19 130:4 | 109:21 134:12 | **record** 14:6 70:11 |
| 261:11 264:19 | 261:2 264:9 265:1 | 198:10 | 136:22 149:2,5 | 99:22 144:6 145:3 |
| 265:7,23 266:1 | **qualify** 174:20 | **Ralston** 198:9 | 243:1 258:15 | 145:5 153:9 |
| **purchased** 22:13 | 194:2 202:6 236:8 | **Randall** 64:13 65:8 | **reasonable** 176:17 | 187:10 191:16 |
| 35:12 42:5,18 | 239:20 253:15 | 104:3,7,8,9 | 180:1 | 205:14,16 217:5 |
| 43:2 55:6 82:8,11 | 254:18 265:5,10 | 185:13 | **reasonably** 194:22 | 219:13 249:14 |
| **purchasing** 173:1 | **quarter** 196:22 | **Randolph** 54:19,21 | **reasoning** 272:9 | 268:13 271:7 |
| 191:4,7 200:16 | 201:6 | 125:21 | **reasons** 85:16 | 276:4 277:2 |
| **pure** 216:6 | **question** 16:9 17:6 | **Randy** 104:6 | **reassuring** 159:19 | **records** 72:7 73:13 |
| **Purina** 198:9 | 23:1 31:12 35:18 | **range** 115:14 | **recall** 32:9 54:16 | 73:16 75:16 90:20 |
| **purposes** 49:19 | 58:17 70:18 81:1 | 157:16 | 55:5 64:7 65:15 | 90:23 102:23 |
| 68:8 237:19 | 205:11 217:3 | **ratio** 22:22 | 73:22 74:2,5 | 103:2,5 |
| **pursuant** 11:6 | 245:5 264:3 | **Ray** 9:8 | 75:22 86:1 134:14 | **recruit** 155:20 |
| **pursue** 183:10 | **questions** 3:3,4 | **RE** 8:16 | 144:20 189:6 | 157:12,17 161:8 |
| **put** 22:15 44:10 | 16:3 183:5,7 | **reach** 140:20 | 195:19 211:21 | 161:11,15 |
| 123:10 124:7,12 | 184:23 269:20 | **reached** 179:13 | 223:23 224:1 | **recruited** 207:18 |
| 128:10 134:18,19 | 278:23 280:7 | **read** 151:6,7 | 230:11 232:15 | **recruiting** 161:3,13 |
| 136:21 139:17 | **quick** 55:10 | 171:10,18 173:7 | 248:4 253:10,11 | **red** 221:13 |
| 141:16 142:3 | **quickly** 22:1 | 174:8 175:14,16 | 253:13 | **redundant** 48:14 |
| 146:20 149:17 | 107:22 210:7 | 176:9,13,19 181:1 | **receivable** 8:7 | **reenlist** 199:15 |
| 150:5 169:20 | **quit** 72:20,23 73:5 | 188:8,17 192:11 | 239:5 | **reference** 56:7 |
| 178:1 184:15 | 73:17,20 74:3 | 192:22 193:22 | **receivables** 143:11 | 158:18 185:17 |
| 190:5 215:18 | 89:21 94:13,15 | 205:16 217:5 | 239:6,7,9,13 | 237:19 250:8 |
| 216:8 222:17 | 134:1 151:23 | 229:16 230:2 | **receive** 140:15 | **referenced** 227:22 |
| 223:19 272:10 | 156:22 158:2,4,6 | 270:6,15 | 152:18 155:10 | **referencing** 34:3 |
| **putting** 169:13 | 202:3 218:21 | **reading** 2:17 | 165:21 184:7 | **referred** 239:3 |
| 170:5,9 178:21,23 | 246:21 265:3 | 262:18 | 185:2 224:11 | 242:14 |
| 179:9 | **quo** 160:8 | **ready** 216:23 | **received** 114:10 | **referring** 168:18 |
| **P-A-R** 210:4 | **quote** 214:8 217:21 | 232:14 251:10 | 168:19 170:3 | 204:14 231:11 |
| **P-i-n-e** 98:8,9 | **quoting** 214:4 | **real** 28:16 47:17 | 175:1 178:20 | 239:2,14 243:20 |
| **P.C** 4:6,13 | ——————— | 77:4,11 94:19 | **receiving** 168:15 | 259:22 |
| **p.m** 168:14 217:16 | **R** | 97:10 127:4 131:9 | **recess** 55:12 100:1 | **refers** 261:14 270:9 |
| | **R** 4:1 224:6,8,12,18 | | | |

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

Page 24

| | | | | |
|---|---|---|---|---|
| **reflect** 73:14,16 | **rental** 28:12,16 | **requesting** 165:20 | 134:23 135:4 | 29:7,15 57:8,11 |
| **reflected** 155:6 | 35:3,6 | 212:10,15 | 206:14,15,18 | 57:13 201:13 |
| **reflecting** 75:16 | **rep** 132:15 | **require** 63:5 89:15 | 246:7 248:22 | **road** 8:13 15:8 |
| **refrain** 180:13 | **repeat** 252:14 | **required** 38:19 | 250:6,8 | 28:22 30:23 38:13 |
| **regard** 32:3 58:3 | **rephrase** 16:5,11 | 87:12 273:19 | **review** 187:13,17 | 38:14 133:13,14 |
| 100:8 129:21 | 17:5 23:1 35:18 | **requires** 234:17 | 188:3 189:1 235:3 | 254:4 |
| 159:9 231:12 | 40:5 64:19 205:23 | **respond** 245:9 | 245:9 | **Roanoke** 15:3,4,5 |
| 235:8,11 246:1 | **replaced** 104:3 | **responded** 272:17 | **reviewed** 65:16 | 127:20 209:16 |
| **regarding** 70:21 | 130:20 | **response** 21:20 | **revised** 225:23 | 210:5 |
| 71:2 103:7,15 | **report** 9:11 134:23 | 69:1 101:10 | **revived** 225:22 | **Robinson** 35:6 |
| 107:7 252:9 | 135:4 | 195:16 238:3 | **re-up** 199:8 | **rolled** 29:17,20 |
| 277:21 | **Reporter** 1:22 2:7,8 | 263:7 | **ride** 218:8 | 34:20 |
| **regional** 19:7 23:4 | 3:14,15,22 11:2,3 | **Responses** 5:21,22 | **right** 16:17 20:9 | **rolling** 34:11 |
| 29:2 160:21 | 12:1 | **responsibilities** | 22:14 24:16 34:6 | **room** 25:6 142:12 |
| **regular** 191:9 | **repossess** 10:8 | 259:18 | 41:19 44:5 58:6 | **Roster** 7:6 |
| **rejecting** 213:20 | 277:14 | **responsible** 17:9 | 60:1,23 62:5 83:4 | **rough** 172:4 |
| **related** 60:8 117:14 | **repossessed** 41:1 | 112:17 267:12 | 93:11 95:23 98:20 | **roughly** 19:15 |
| 237:1 271:13,14 | **repo'ed** 40:20 | **rest** 38:3 143:5,7 | 98:20 100:5 | 33:16 155:1 177:7 |
| **relating** 2:21 | **represent** 63:14 | **restroom** 25:2 | 102:19 105:5,11 | **routed** 247:8 |
| **relationship** 77:4 | 68:23 257:18 | **result** 72:11,16 | 109:19 130:6 | **ruined** 90:9,12 |
| 77:12,13 | 268:21 | 129:17 134:21 | 142:4,14 144:11 | 97:14 123:17,20 |
| **relied** 135:14,15 | **representation** | 280:17 | 163:21 166:23 | 123:23 126:14 |
| 149:9,10 207:16 | 260:21 261:10,22 | **results** 131:16 | 169:4 173:7,7 | **ruining** 123:10 |
| **remained** 23:7 | 262:6 | 177:14 192:20 | 176:14 177:2 | 146:5 |
| **remaining** 140:16 | **representations** | 253:7 | 183:7 184:20 | **Rule** 3:10 |
| **remember** 21:23 | 144:1 148:10 | **retain** 74:16 157:17 | 186:10 188:23 | **rules** 2:21 3:11 |
| 72:2 80:12 103:22 | 176:11 207:10 | 197:3 | 192:16 198:4 | 11:6 |
| 106:3,14 108:2 | 261:15,18 262:12 | **retained** 3:21 37:5 | 200:21 208:8 | **run** 74:19 128:8 |
| 115:2 140:19 | **representative** | **retaining** 221:7 | 217:15,18,23 | 135:2 143:5 |
| 144:11 157:4 | 187:16 | **retention** 222:3 | 218:1,9 220:16,18 | **Runas** 127:17 |
| 158:13 168:15 | **representatives** | **retired** 130:19 | 222:21 225:7 | **running** 248:23 |
| 180:3 192:3,4 | 147:4 | 132:17 | 230:16 239:1 | 250:10 252:20 |
| 196:19 200:19 | **represented** 149:9 | **return** 5:16,17,18 | 241:1 244:12 | **Russ** 144:9 |
| 207:6 209:4 | 160:5 202:13 | 5:19 6:5,6,7,8,12 | 246:20,22 264:11 | |
| 211:12 227:12 | **representing** 61:9 | 6:13,15 66:11 | 271:15 278:19 | **S** |
| 228:22 233:16 | 160:6 230:13 | 67:7,18 113:5,14 | **rights** 29:12 | **s** 2:1,1 4:1 5:6 6:1 |
| 253:19 273:18 | 232:11 266:16 | 114:2 116:11 | **right-hand** 225:5,8 | 7:1 8:1 9:1 10:1 |
| **remind** 62:6 | **represents** 280:10 | 118:15,23 119:12 | 243:21 | 41:9 69:2 101:11 |
| **remove** 35:20 | **reputation** 219:11 | 120:22 121:2 | **ring** 47:13 | **safe** 213:21 |
| 245:8 | **Request** 5:20 69:2 | 199:6,22 | **Riverdale** 20:12 | **safety** 40:10 71:12 |
| **removed** 35:17 | **requested** 140:17 | **returns** 118:14 | **Riverside** 26:3,4,17 | 71:19 96:3 106:8 |
| **renewal** 190:17 | 228:18 274:23 | **revenue** 125:21,22 | 27:2,2,3,15,23 | 106:10,18 144:9 |

American Court Reporting
toll-free (877) 320-1050

Page 25

| | | | | |
|---|---|---|---|---|
| 154:16 164:19,19 176:5 202:19 235:2 237:21 238:9 269:16 276:20 | savings 57:4 125:12 saw 24:14 238:6 saying 105:22 107:4 183:1,3 209:5 216:10 | security 172:16 see 56:20 61:3 66:2 69:7 73:10 114:4 118:1 120:5 127:21 138:2 | sensitive 85:2,10 87:4 sent 145:23 152:4,5 152:9 165:15 166:20 167:1 | 53:9 97:5 101:3 194:18 servicing 81:9 87:3 set 46:5 101:11 117:8,10 140:5 |
| Saith 279:2 sale 55:2 61:10 63:2 125:8 143:9 175:22 214:7 254:22 255:1 256:18 257:11 sales 17:19 18:9,17 19:1,5 40:12 80:1 91:11 93:20 96:9 194:15,21 195:2,5 salesman 79:6 salesmen 40:14 90:10 209:18 Sam 87:22 same 2:19 3:21 21:4 29:4 32:2 33:1 37:11 57:9 57:13 74:22 80:15 109:21 122:8,15 126:11 131:23 133:20 142:1 146:13 160:2 186:8 198:14 208:18 224:8 258:19 Sandy 103:11 satisfaction 177:11 177:14 255:19 satisfactory 264:8 264:18 273:5 274:2 satisfied 192:20 193:17 Saturday 73:10 146:10 154:13 Saturn 84:23 save 142:8 | 220:13 227:12 240:13 253:11,13 262:2 264:16 says 112:5 151:15 166:13 169:13 170:2,4 171:7 172:12 173:9 177:10,18 182:17 187:15 188:1 192:6 226:6 229:17 231:8,16 233:14 248:6,9 256:17 264:5,15 266:10 267:17 SC 6:15 scared 76:20 219:5 schedule 6:10 10:11 116:22 278:12,16 school 14:22,23 Schwartz 108:4,6 screw 125:16 screwed 83:7 second 13:12 38:17 52:14 56:20 105:17 143:3 145:19 214:1,2 217:9 218:17 244:10 secretary 40:8 48:10 section 192:16 193:16 194:8,15 229:14 234:17 255:11,17 256:17 258:16 266:10,18 267:10,19 | 142:17 148:13 152:13 159:17 165:5 166:21 169:13 176:14 177:8,10 184:19 199:22 232:20 237:22 238:4 243:20 244:23 250:1 262:20 273:4 274:1 276:8 seeing 127:18 seek 70:20 103:14 126:21 139:5 seemed 200:8 seen 13:2,14,16 21:2 47:14 69:4 101:12 127:14 138:1 142:16 230:18 237:7,14 238:7,12,20,21 278:8 sell 37:1 109:19 114:20 115:19,19 117:19,20 121:18 129:2,3,4,5,6 209:19 232:19 257:1 seller 194:16,19 selling 107:18 108:18 109:16 115:9 159:5,7 sells 29:9 send 155:19 sending 189:17 259:7 sense 142:10 164:1 272:13 | 193:4,8,10 203:19 212:20 213:10 222:6 235:5 237:21 240:4,14 241:5 248:14 sentence 166:13 169:12 170:4 171:6,12 173:4 174:15 176:15,22 177:5 182:17 187:15 213:19 214:1 237:23 separate 50:7 separation 45:19 45:22 48:3 54:3 101:1 separations 54:5 September 9:4,10 201:3 serenity 234:6 serial 244:6 series 128:10 served 54:6 service 45:9,11 46:2,15 47:23 52:13 53:5 54:11 80:21 82:6,9 83:20 84:17 87:11 89:13,19 97:8 120:4,7,11,23 197:7 219:12 272:11 278:17 serviced 49:5 76:8 79:1,9,10,12 81:8 82:18,20 services 27:10 32:12 36:7 46:5 | 182:17 264:5 setting 181:17 settle 204:12 seven 15:15 30:22 Seventy 162:21 several 198:7 210:21 sham 150:10 Share 6:18 shareholder 6:17 24:5 Shareholder's 6:18 sheet 5:12,14,15 248:20 249:6,8 Sheets 10:5 shelving 132:9 shipments 17:10 shippers 94:6 shipping 94:10 Shoemate 199:3 shop 27:16,17 190:20 203:20 short 13:20 23:4 55:12 100:1 148:3 196:10 216:21 269:3 shortcut 61:4 211:18 Shorthand 2:7 3:14 11:2 shortly 224:21 shoulder 13:11 show 12:14 55:14 63:12 66:1,20 67:8,20 68:15 101:8 110:17 111:16 112:19 |

American Court Reporting
toll-free (877) 320-1050

113:22 116:2,13
119:16 120:14
122:19 150:14
163:1 165:3 167:2
168:2 170:13
183:13 185:3,21
189:7 213:7
215:13 225:11
226:10 227:19
230:16 237:5
238:10 241:9
242:3 245:14
250:17 251:20
260:6 268:6 269:5
269:22 276:6
277:4 278:6
**showed** 111:10,10
215:18 217:10
**showing** 47:9
**Shumaker** 159:1
199:3,4,13 200:11
200:12
**shut** 23:16,18
273:14
**shuttle** 27:9
**side** 76:18 141:21
141:22 243:23
**sign** 230:5 267:6
**signature** 2:16
104:17 171:1
**signed** 175:13
230:6 231:18,19
**simpler** 203:23
**simplification**
34:13
**since** 7:19 26:13
33:12 92:14
104:21 127:5
150:3
**single-parent**
124:21
**sir** 36:3 60:2 91:16

150:11 152:7
166:3 181:3
269:21
**site** 30:15 50:4
193:10
**sitting** 149:22
**situation** 84:13
139:21 157:2
176:4 205:19
227:9 257:13
259:14
**six** 221:12
**skeptical** 157:1
**Skip** 171:12
**slash** 28:1
**sleep** 125:3
**small** 87:7 112:10
207:23 209:15
**Smith** 109:7,8,10
224:3,6,8,12,18
224:21 225:2
232:14 233:5,6
**Smith's** 225:8
**smooth** 157:8
**Smurfit** 99:19
**Smurfit-Stone**
92:15 93:1 98:22
98:23 99:16
211:13
**Smurfit-Stone-P...**
198:2
**sold** 23:16 34:21
35:1,4 55:3
174:17 256:2,7,14
**sole** 24:4 174:4
192:21 193:18
**Solely** 39:13
**solicited** 105:6
**solid** 110:14 207:22
**Solutions** 277:21
**some** 23:15 24:7,9
25:17 31:15,16

32:10,20 35:1,4
39:3 45:7 47:14
51:21 53:1,7
54:15 57:21 58:19
59:13 60:15 64:6
67:20 71:15 77:1
90:16 93:4,15
94:16 96:3,15
97:21 102:20
114:10 126:21
131:14,16 137:11
139:22 142:4,6,9
144:9,18,19
145:10 146:19,20
159:8 163:15
164:3 190:16,23
191:10 193:11
196:23 198:1
202:10 209:18
211:5,10 215:17
216:11 218:9,10
236:20 243:2,3,4
246:21 277:21
**somebody** 13:21
56:5 70:8,8 106:9
160:9 169:5 191:4
219:8
**somehow** 125:19
**someone** 30:11
107:20
**something** 15:23
16:9 43:4 54:18
126:3 132:18
176:5 186:21
190:6 202:19
248:9 252:17
259:13,16 270:17
272:4 273:17
278:21
**sometime** 89:7
**sometimes** 16:6
131:10

**somewhere** 166:5
215:19 222:1
248:20 249:12
259:19
**sorry** 14:13 34:5
53:16 59:23 60:6
62:4 84:4 102:3
124:1 146:12,13
161:23 223:7
225:13 252:22
253:4 264:4,14
272:14
**sort** 57:6 110:9
170:1 219:17
247:11
**sought** 235:7
**sound** 144:11
174:12
**sounds** 174:11
**sour** 96:16
**South** 275:21
278:13,18
**Southeast** 126:16
**spares** 53:2
**speak** 13:20,22
14:3 16:7 147:20
149:7
**speakerphone**
146:21 147:17
**specialized** 76:22
84:21
**specific** 31:21
53:13 92:8,10,11
162:10 262:14
**specifically** 22:2
75:23 81:3,5
108:9 127:8
208:15 213:4
**specifics** 213:3
**specified** 173:11
**Spectrum** 198:6
**speculation** 19:16

**speed** 162:20
**spell** 12:10 17:20
86:10 130:8
**spend** 125:11
**Spinning** 198:10
**split** 101:2,5,5
**spoke** 108:3 131:19
152:21 258:2
**sponsor** 121:17
199:14
**spot** 48:5 53:6
**spotters** 39:1 43:22
44:3,6 45:4 53:17
164:14
**spotting** 26:4 27:4
27:9,10,14 28:8,9
30:2 32:11 34:7
36:6 38:16,18
45:8,10 46:2,4,8
46:14 47:21,22
50:21,22 52:13,20
53:4,5 101:3
120:4,7,10,23
122:4 275:22,23
278:17
**ST** 186:12
**stand** 60:23
**standard** 141:8
**standards** 174:21
202:7 235:11
236:4,14 253:16
254:17
**standpoint** 59:4
91:14 111:7
157:20 190:11
213:2
**start** 21:10 95:18
147:5 188:3
190:18 215:7
221:13
**started** 20:15,22
21:16 23:3 26:8

American Court Reporting
toll-free (877) 320-1050

26:10,14 32:22
33:4,9 34:11
84:14 124:18
**state** 2:9 5:18 6:6,8
6:13 11:4 12:8
66:14 105:18,21
105:22,23 106:1
125:20 126:3
267:11 280:2
**stated** 204:5 256:20
**statement** 5:10,11
5:13,23 6:4,19
64:18,22 65:16
**statements** 56:1
64:1,4,22 65:12
65:17 118:12
**states** 1:1 180:9
234:22
**stating** 166:5
**station** 117:12
**status** 160:8
**steady** 33:22
199:19
**steel** 149:18
**Steele** 49:4 76:3
78:19 84:21 98:6
98:13
**stenotype** 280:7
**stepdaughter** 15:16
**steps** 188:16
**Sterilite** 50:23 51:3
**Stevenson** 92:15
**stick** 125:17
**still** 17:22 18:1 23:9
23:19,23 24:2
26:20 27:14 36:9
36:11 37:6 45:13
45:15 46:23 48:1
50:13 51:15 57:16
57:21 71:5,6
76:11 78:12 84:12
93:4 94:15 99:8,9

114:18 127:6
144:12 160:2
197:22 198:1
209:2 210:23
211:11,16 257:4
274:2
**stipulated** 2:2,15
2:23
**stipulations** 11:8
12:2
**stock** 24:9 129:12
129:14 143:8
203:1
**stockholder** 267:8
**Stop** 57:8,12
**store** 28:1,2 132:8
**storm** 71:14,17
**straits** 218:18
**street** 2:12 4:15
11:12 15:6
**strength** 218:19
**stress** 127:3
**stroke** 128:6
**study** 14:19
**stuff** 52:11 117:13
121:2 146:20
168:9 273:1
274:11 275:2
**subject** 26:6 176:17
176:21 192:8,14
**subparagraph**
172:12 173:9,20
174:14
**subsequently** 156:8
**substance** 32:7
194:22
**substantially** 19:17
94:17
**suburb** 20:12
**sucked** 214:5 215:5
215:14
**sued** 59:3

**suffered** 134:20
**suit** 59:17
**Suite** 2:12 4:15
11:12
**Summary** 6:17
7:18
**supplied** 175:8
**supplies** 78:21
**supply** 236:17
**supposed** 83:11
203:12,16 233:10
246:11 249:2
265:12
**sure** 16:1 67:21
70:17 71:16 76:13
87:9 95:17 106:17
138:19 154:9
156:2 164:9 168:6
184:21 187:1
191:4 199:12
206:20 208:12
209:1 240:12,22
247:3
**swollen** 127:4
**sworn** 11:20
**Sylacauga** 78:23
**Systems** 16:20
**S-t-e-r-i-l-i-t-e** 51:3

**T**

**T** 2:1,1 5:6 6:1 7:1
8:1 9:1 10:1
**table** 199:5
**take** 24:7 25:1
30:17 42:2 55:9
57:3 62:20 65:9
82:3 91:4 127:22
134:1 170:11,12
177:2 180:15
196:7 197:17
208:17 217:8
223:12,18 224:14

225:13 232:4,17
236:23 248:3
249:4 257:13
269:1
**taken** 2:5 3:18
76:15 87:10 211:3
280:6
**taking** 2:22 127:6
127:23 186:20
**talk** 45:21 79:16
124:5 126:5
147:21 195:8
200:3 202:8
205:10 222:5,10
233:16 269:19
**talked** 74:4 76:11
80:7 81:16 85:21
143:21 144:19
146:12 148:5
180:2,4 195:11
200:5,6 210:12,21
211:10,15 213:5
222:11 251:5
253:18
**talking** 14:2 32:22
33:4,9,12 85:5,20
86:18 92:8 98:16
98:18 126:6,8
141:21 143:23
160:15 166:21
190:2 207:12
210:19 211:7
215:22 218:3
259:23 262:10,15
262:16 263:4
**talks** 237:23 259:12
**tangible** 172:14
**tax** 5:16,17,18,19
6:5,6,7,8,12,13,14
6:15 66:10 67:6
67:17 68:2 113:5
113:14 114:2

116:11 118:14,15
118:23 119:12,23
120:22 121:1
122:6 125:20,21
**tax-wise** 215:11
**Taylor** 141:9
185:20 256:3,7,9
256:15
**team** 117:3 147:3
**tear** 71:22
**Teksid** 78:22 84:22
**telephone** 107:11
**tell** 16:5 58:19,21
68:3 72:5 82:1
83:18,22 85:16
88:19,22 89:1
102:11 132:18
134:12 136:8
138:22 139:2
146:17 151:4
160:10 164:23
175:19 183:11
205:2 209:21
210:9 211:22
212:4 219:6
223:20 232:13
234:22 242:17
252:23 269:7,23
273:10,12
**telling** 146:2 166:8
182:12 190:18
214:23 273:18
**tells** 142:16 218:22
**ten** 42:2 197:21
**tendency** 16:7
**Tennessee** 77:6
86:15 88:1 272:13
**tentative** 229:13
**term** 30:3 44:5
127:1,1 225:10
**terminated** 180:11
180:16,23 194:16

www.AmericanCourtReporting.com
January 15, 2007

229:18 260:16
267:21
**terminating** 261:23
**termination** 259:18
**terms** 146:3 178:23
181:12,17 185:16
220:14 259:11
**testified** 11:21
**testifying** 13:6
**testimony** 1:16
3:18 208:8 240:21
254:13 280:12
**testing** 253:23
254:5
**tests** 128:8,10
239:21,22 273:20
273:21
**Thank** 84:4
**Thanks** 84:10
**their** 2:4 30:9 39:1
60:17 74:5 76:7
78:17 82:18,22
85:16 87:3,3
93:15 98:1,10,16
129:15,17 149:10
175:6 211:3
227:10 253:7
259:18 265:18
266:16
**thereto** 3:9 280:8
**therewith** 230:1
**thing** 57:13 85:7
86:15 133:20
142:2 160:16
174:11 198:14
206:11 258:20
**things** 13:19,21
31:4 57:6 63:15
75:12 110:16
124:2,6 127:7
135:9 144:20
149:4 177:4

195:22 196:2,4
207:10 220:11
243:3,5 251:8
**think** 18:5 26:5
27:5 29:23 32:2
32:18 37:22 38:2
38:6,11 41:3,7
44:14,20,20 45:14
46:16 47:16 48:10
49:22 50:9 52:7,7
52:11,21 53:8
54:1 60:4 62:20
64:23 65:3 66:16
66:19 71:13,14,16
73:7,15 77:15
79:23 80:4 83:1
88:21 91:18 92:22
94:21 95:8 96:15
97:21 99:2,6
101:2 105:16
106:20 115:21
121:1,20 127:16
131:14 132:16
136:12 145:11
148:15 149:13,16
149:18 150:4
154:8 155:3
156:13 157:1
166:4 179:21,23
185:17 186:14
187:8 195:7 198:8
198:11 200:22
206:4 208:7,23
209:4,17 215:15
220:22,23 221:3
222:17 223:19
224:19,20 225:6
227:11 228:7
231:14 238:8
239:10 242:1
247:2,22 249:7,10
249:10 259:8,11

273:7,22 274:23
278:20
**thinking** 33:19
**third** 22:8 115:5
143:8 145:20
148:6 231:7
**third-party** 124:10
**Thirty-three** 115:4
**Thirty-two** 41:22
41:23 42:1
**though** 112:13
230:13
**thought** 128:5
205:6 206:18
**thousand** 125:8
215:17
**three** 15:11 22:21
44:4 60:3 128:2
138:8 142:19
221:12 246:13,16
249:3 273:2
**three-day** 203:16
**three-month** 88:4
**threw** 248:13
**through** 2:4 31:1
47:15 62:22 83:13
89:16 124:22
128:10 141:6
142:21 161:14
180:10 203:3
228:18 232:21
235:2 236:5
244:16 246:18
270:20 274:9
**throw** 161:23
**thrown** 231:9
**till** 19:4
**Tim** 38:11 39:4
**timber** 26:17 29:7,8
29:9,9,14 159:5
163:22,23 164:1
243:2,6,8

**time** 3:7,7 10:5
31:23 32:10,17
36:2,16 37:11
42:15 47:3 48:11
52:23 54:16 60:4
64:12 71:15 77:16
80:15 81:15,17
85:1,12 87:2,4
88:4 92:5 95:5
103:8 105:17
106:4,6 111:12
115:16 117:5
123:16 130:19
136:9,11,16 138:9
139:13,15,19
142:5 143:6
144:18 145:10,14
145:19,20 148:6
156:18 166:15
179:17 180:6
188:14 191:7,9
194:1,4,9 200:9
200:23 201:2,13
202:10 206:13
216:17 217:11
221:6 222:17
224:4,5,9 231:14
233:7,20 234:3
242:20,21 243:11
249:5 262:15,17
262:17 266:4
273:9,21 274:5,7
**timecards** 275:19
**times** 234:9 273:2
**title** 25:8,12 39:8
105:1 172:17
**titled** 22:13
**titles** 251:9,12
**today** 13:3 27:13
165:16 188:11
**together** 36:8 44:10
45:12 47:23

100:14 101:4
145:11 169:14
170:5,9 178:21,23
179:10
**told** 75:8 76:17
80:8 81:16 82:16
82:23,23 84:1,7
84:15 88:17 96:7
97:7 135:13
137:22 142:7
147:10,11 150:8
155:12 160:12
179:15 184:6
190:4 204:9,18
206:10 207:9
209:8,17,18
210:17 212:6,9
214:13 217:19
218:6,7 219:14
221:9,20,21
222:12,16 229:13
233:20 234:2
247:19 248:7,8
252:12,13 256:12
256:21,22 267:2
267:17
**TOMLINSON** 4:4
12:4 91:7 101:23
154:4,8 168:6
183:4 205:22
262:14 264:2,12
268:11 278:22
**tomorrow** 147:21
**top** 56:4 112:2
117:7 154:10
231:5
**topic** 91:4
**topics** 13:13
**total** 31:22 223:1
250:14,16,17
**totally** 37:23 38:7
62:19 83:6 141:14

American Court Reporting
toll-free (877) 320-1050

| | | | | |
|---|---|---|---|---|
| **touch** 107:10 | 178:19 181:18 | **Transport** 201:14 | 133:17,19 134:20 | **trying** 86:1 98:15 |
| **Toward** 99:21 | 197:1 235:8 | **transportation** | 136:6 137:2,7 | 111:8 123:14 |
| 134:7 | **transactions** | 10:4 18:20 19:8 | 140:2 154:12,15 | 127:16 142:8 |
| **towards** 134:7 | 178:22 180:14 | 131:9 210:7 | 154:20 155:15,19 | 149:13 150:4 |
| **Tower** 2:11 4:14 | 267:15 | 275:16,18 | 156:1,6,7 162:3 | 155:20 169:10 |
| 11:11 | **transcribed** 280:8 | **transporting** 17:10 | 163:12 164:13 | 190:5 204:1 |
| **town** 53:10 71:17 | **transcript** 3:17 | **travels** 131:8 210:6 | 168:22 171:9 | 209:19 218:16,20 |
| 112:10 209:15 | 12:21 55:22 63:22 | **treated** 157:23 | 174:7 178:4 191:7 | 219:15 227:11 |
| **track** 215:8 | 66:8 67:4,15 | 160:2 | 196:15 198:16 | **Tuesday** 186:8 |
| **tractor** 185:19 | 68:13,21 101:18 | **tremendous** 94:2 | 200:17 209:22 | 251:6 |
| 187:4 | 111:2,22 113:3,11 | 125:22 | 210:2,4 216:1,2,8 | **turn** 40:19 87:13 |
| **tractors** 22:4 31:8 | 113:20 116:9,19 | **trial** 3:7 | 216:14 237:2 | 243:16 264:17 |
| 31:14 32:14,21 | 118:9,22 119:9,22 | **trick** 149:13 150:5 | 239:16 240:15 | **turned** 147:8 152:2 |
| 33:1,6,16,20 | 120:20 121:10 | **tried** 47:18 121:16 | 242:19 243:13 | 152:16 203:15 |
| 40:16 41:18 52:16 | 122:2,13 123:4 | 149:17 150:12 | 266:23 274:4 | **twice** 221:19 |
| 52:16,20 155:2 | 150:22 153:18 | 152:15 207:1 | 277:15 | **Twin** 15:15 |
| 202:1 203:21 | 163:9 165:10 | **trouble** 215:10 | **Trucking's** 110:12 | **two** 17:2 19:4 56:23 |
| 277:14,22 | 167:9,21 170:19 | **truck** 21:17 26:4 | 236:2 | 57:2 74:21 75:9 |
| **traffic** 74:23 87:23 | 183:22 185:10 | 27:23 49:9 52:23 | **Truckline** 97:21 | 76:21 85:11 96:18 |
| 161:16 | 186:6 189:13 | 57:8,11,13 124:19 | **truckload** 18:19 | 137:22 138:4 |
| **trail** 215:9 | 213:14 225:20 | 124:23 209:18 | 19:7 20:1 23:5 | 151:12,22 155:6 |
| **trailer** 8:11,17 | 226:17 228:4 | 247:13 | 160:21 | 193:8 221:11 |
| 21:17 28:12,12 | 231:1 237:12 | **truckers** 155:16 | **trucks** 19:10,13,19 | 239:8 277:23 |
| 30:17,20,20 31:2 | 238:17 241:15 | **trucking** 1:8 6:20 | 30:13 49:2,5,9,10 | **two-year** 273:3 |
| 31:2 35:2 51:7 | 242:10 245:21 | 8:18 13:1 18:23 | 49:14,15 52:4 | **type** 18:17 19:5 |
| 124:19 185:20 | 249:22 251:1 | 20:23 21:1,3,9 | 57:21 79:13 87:12 | 23:2 49:6 126:20 |
| 187:12 244:2,13 | 252:4 260:13 | 23:2,9,19,22 27:5 | 87:13 89:14,18 | 131:23 160:17 |
| **trailers** 22:18,22 | 263:13,21 268:4 | 27:14,18 29:21 | 125:10 140:7 | **types** 163:18 |
| 28:14 30:9,19 | 269:12 270:4 | 35:9,11,21 37:7 | 142:22 149:22,23 | **t's** 69:13 |
| 33:8 35:1 42:7,10 | 271:3 272:2 | 40:17 51:19 52:12 | 150:7 162:18 | |
| 51:4,20,22,23 | 274:17 275:11 | 53:3,17 55:3 | 201:21 203:17,21 | _____ |
| 52:3,6 84:21 | 276:14 277:10 | 57:16 62:18,21 | 209:20 222:23 | **U** |
| 125:10 140:7 | 278:4 280:11 | 64:15,21 68:5 | 223:2 243:9,10 | **U** 2:1 |
| 142:21 202:2 | **transcription** 280:9 | 74:11 91:15,16 | 246:4 249:1 | **uh-huh** 16:14 |
| 222:23 223:2 | **transfer** 17:18 | 93:22 94:4,9,12 | 250:10 255:7 | 17:14 60:20 78:9 |
| 242:16 244:4,16 | 35:23 | 94:14 97:18 | **true** 232:16 280:11 | 121:3 177:12 |
| 244:20 245:7 | **transferred** 37:10 | 100:21 102:7,12 | **trust** 74:6 95:4 | 186:10 277:18 |
| 251:10,13 255:8 | 37:13 42:21,23 | 103:6,7 104:20 | 207:20 | **uh-uh** 16:14 233:17 |
| **trained** 85:13 | 43:11 192:18 | 105:15 107:18 | **try** 13:19 16:11 | **ultimatum** 219:17 |
| **transaction** 166:14 | 255:19 | 108:18 110:2 | 22:21 90:1 110:9 | **uncertain** 233:15 |
| 169:15,19 170:6 | **transition** 157:8 | 111:5 126:8 | 137:4 161:8 | **uncertainty** 234:8 |
| 170:10 173:18 | 159:22 210:23 | 129:21 132:12 | 190:22 242:2 | **undecided** 82:13 |
| | | | | **under** 49:15 54:14 |

www.AmericanCourtReporting.com
January 15, 2007

174:20 194:17
202:6 253:15
**understand** 13:5
16:6 31:6 95:17
178:10 180:19
199:12 202:21
203:23 240:13
256:19 265:11
**understanding**
34:15 35:8 84:19
166:16 256:8
**understood** 169:4
174:19 193:1
240:22
**uneasy** 76:6 82:17
84:12
**unfortunately**
272:6
**unit** 244:4
**UNITED** 1:1
**units** 33:7
**unless** 161:13
180:10 229:22
**until** 88:13 104:2
182:20 261:3
265:6
**unusable** 245:7
**updating** 164:8
**upper** 81:6
**upset** 94:19 95:2
97:10
**usable** 245:12
**use** 25:1 30:14 40:1
61:13 91:10 140:8
140:9 255:7 256:1
256:13,23
**used** 52:20,22
128:9
**using** 44:5 133:5
134:1
**usual** 12:1 200:21
**usually** 90:10

**USX** 171:13,15
172:12 173:11,21
174:4,9,17 177:19
178:11 181:15,19
181:21 182:10
191:4 193:1 194:1
194:10 195:2,6
196:2 199:1
**USX's** 177:16
188:6 204:2
205:20 206:4
**Utility** 35:2
**U.S** 1:12 8:5,21 9:4
9:19 32:8,23 33:4
33:9 55:2 56:13
61:6,10 63:4,4
64:4,21 65:13,17
66:16 69:1,10,18
69:23 71:3 72:12
72:17 75:7,18
76:1,5,9,16 77:5,9
79:15,21 80:6
81:16 82:4,11,12
83:2 84:2,7 85:14
85:20,22 87:1,16
87:20 88:2,8 89:8
91:18,20 92:17
93:9 95:20 97:13
98:17,21 99:13
101:10 103:9,15
107:6 121:16
123:19 127:9
130:13 131:15,19
134:16 135:7
136:4 137:8
142:23 152:2,9,14
152:22 155:10
156:9,23 157:11
157:14,21,22
160:9 164:13
165:22,23 167:14
171:7 173:6

175:22 178:13
192:7 195:21
197:2 200:1,4,13
202:5,7,9 203:2
203:10 206:11,23
207:8 208:4
209:11 212:7
219:22 227:9,13
228:9 230:8,13
232:12 233:13
235:11,14,21
237:23 239:15,20
240:4,14,14 241:3
241:5 246:5
247:17 253:15
254:8,9,15,17
255:18 257:17
258:2,9 266:16,22

**V**

**valuation** 57:8
**value** 123:10
185:19,20 187:6,8
223:11 256:11
**values** 179:2
**vehicles** 8:12 129:6
**vendor** 271:10
**vendors** 209:8
**verbal** 228:13,14
228:15 229:9,11
230:14 232:5
248:16 266:14
267:1
**verbatim** 236:22
247:19
**verification** 104:15
**version** 186:16
**very** 31:11 85:1,10
85:15 87:4 93:11
99:12 101:4
107:21,22 126:15
135:21 200:8

207:20 273:5,11
**via** 107:11
**viable** 126:15
**vice-president**
25:20 40:5 52:8
105:2
**view** 145:12
**violation** 272:6
**Virginia** 161:7
**visit** 137:23
**Volvo** 59:10 60:1
61:18 212:2
277:21
**Volvos** 277:23
**vs** 1:11
**V.J** 207:7

**W**

**Wabash** 49:4 76:2
76:20 78:2,11,13
78:15 79:7,16
80:4 82:15 83:18
85:18,21,22 93:16
97:10 98:18 130:4
131:23 132:1
227:6,7 244:19
**Wabash's** 98:11,12
98:19
**Wachovia** 2:11
4:14 11:11
**Wade** 70:3,3
103:21 187:19
228:21,21,22
235:6
**Wadley** 14:23 15:2
20:8 28:4,6,7 39:5
40:3 50:1,2 58:15
71:18 73:2 74:17
74:20 133:11
136:14 138:13
193:9 200:8
209:15 240:2

247:10,13 254:1,5
**wait** 265:13
**waited** 261:3 265:6
265:15
**waived** 2:18
**waiver** 229:19
**Waldon** 7:4 151:18
**walk** 72:20,23
75:10 126:22
156:17
**walked** 83:5 90:13
206:10 252:10
**Wal-Marts** 132:9
**want** 25:14 77:1
82:5,9 125:16
139:20 148:1
161:16 190:22,23
198:6 201:20
208:12,19 220:10
220:19 223:6
231:23 240:12,20
240:21
**wanted** 18:9,10
76:19 82:13 105:6
107:17 108:16
138:2 139:20
143:15 191:1
221:8 223:1,8
271:15
**wanting** 128:19
156:19 191:10
**wants** 264:12
**Wardeberg** 94:21
96:2 144:4,8
148:15,19,23
149:1 188:14
200:6
**warranties** 261:15
261:18 262:13
**warranty** 260:21
261:10,22 262:6
**wasn't** 42:19 76:13

81:12 97:1,3
148:20 154:9
164:10 179:8
189:22 197:7
202:23 218:13
224:15 233:10
243:6 253:4
273:11
**water** 85:9
**way** 22:14 24:23
30:23 74:12 76:8
76:16 81:8 82:4
91:12 104:14
107:4 111:6
124:22 137:1,2,6
137:7 139:17
142:1 156:14
159:12 161:6,13
169:11 170:11,12
174:10 179:11
221:18 232:3
247:12 280:17
**ways** 37:3,5 189:23
**wear** 85:13
**weather** 117:12
**web** 275:6
**Wednesday** 246:18
**Wedowee** 159:6
**week** 8:15 30:22
72:20,21,21 73:1
73:7,11,12 89:18
90:13,15 96:12
104:11,13 105:20
117:21 143:13,22
146:1 156:17
202:4 203:7,8
206:7,8,15 214:16
214:16,19,20
222:16 239:16
240:11 246:2
248:22,23 250:11
257:8

**weekend** 75:2,5
156:20 160:11,22
161:2,17,19
207:17 208:5
209:3 220:1
**weekends** 207:13
208:16 233:22
234:1
**Weekly** 9:10
**weeks** 75:9 107:23
108:11,16 137:23
138:4
**well** 22:14,23 30:8
33:13 34:16,18
69:7 72:4 74:10
95:7 111:10
112:16 123:9
124:14 143:21
147:20 148:19,19
164:15 172:8
175:5 190:12,15
204:5,9 206:7
214:1,10,23 216:5
218:1 224:15
232:17 248:12
251:6,11 261:5,13
262:2 270:7
**Wells** 61:1,20
**went** 16:1 32:4 80:4
103:1 124:14
156:11,14 187:19
221:2
**were** 11:17 18:12
19:14,21,23 20:9
22:9 24:4 25:10
26:1,7,10 32:6
33:19 35:1 40:20
42:14,20,22 43:10
44:21 45:4,6 46:5
49:3 53:22 54:2
54:19 55:20 62:11
62:14,16 63:15,20

64:3 65:11,17,20
71:23 72:22 73:1
73:4 74:6,8,19
75:11 76:6,13
78:6 79:13 82:12
82:17,19 83:11,19
84:12,19 86:23
87:10 89:6,11
90:23 92:2,4
94:10 96:5 101:2
103:2,4 109:15,22
110:1 114:12,13
115:6 116:23
118:2,11 120:10
123:18 127:3
131:4 135:11,16
137:1,14,15
139:21 140:8,9,20
140:22,23 141:2,6
141:11,12 143:18
144:21 145:11,16
150:4,20 151:19
151:22 152:1,17
155:18 156:6,8,22
157:1 159:2,12,20
160:23 161:1
162:2,5,18 175:5
178:8 182:10
183:12 184:12,23
191:12 192:1
194:13 198:15
199:6 200:7,10
203:16 205:6
207:11 209:10
218:16 219:4,19
224:7 227:17
228:19 234:3
235:20 236:1,3
239:6 241:4
243:10,12 246:3,9
246:10,11,23
247:4 248:7,10

252:12,23 254:1,5
255:6,23 256:1
257:1 261:23
263:2 264:9 265:9
265:12,20 273:2,4
274:3,5,7 280:8
**weren't** 22:15
40:23 83:3 97:2
218:18 247:7
**wet** 85:8
**while** 26:6 150:14
162:2 253:23
254:5
**whole** 74:15 83:13
84:13 91:23
138:19 143:16
174:11 218:22
219:2 234:3
252:21
**wife** 15:11 37:20
48:17 51:12
128:23 146:11,21
147:15,16
**windup** 62:23
**wish** 181:16
**witness** 2:18 11:15
50:3 144:8,14
145:2 146:21
183:6 205:18
206:2 217:1,7
262:18,20 263:23
264:4,14 276:20
280:12
**witnesses** 135:22
**wondering** 270:8
**word** 90:7 105:5
125:17 131:8
135:15 149:11
173:14,16 178:7
208:6 210:6
232:11 257:21
**words** 27:20 83:7

219:20
**work** 10:10 16:18
17:1 19:3 21:13
24:20 25:15 27:20
27:22 39:11 44:15
44:23 46:1,15
53:7,13 78:10
91:5 94:4,5 105:7
105:15 157:13
161:20 162:3
179:16 198:17
202:20,22 203:15
203:18 235:1,13
257:14 267:4
274:8 276:16
278:12,16
**worked** 17:17
18:23 19:12 44:13
46:6 50:8 53:17
64:14 97:19
104:20 105:9,10
105:17 106:4,7,15
124:22 204:21
222:14
**working** 22:4 94:8
94:9,11,13 100:18
104:9 106:10
142:5 156:23
198:16
**works** 139:9
**worried** 82:7
**worry** 135:17 176:4
204:6,10,11,18
205:2,3 214:13,23
222:13 234:23
257:12 267:3
**worse** 75:12
**worth** 56:10 129:14
**worthy** 224:15,16
**wouldn't** 58:17
81:8 140:6 148:20
156:11,16 255:3,4

American Court Reporting
toll-free (877) 320-1050

Page 32

256:23
wound 23:23
Wow 47:12
write 16:15 186:22
 223:3 231:4
writes 181:15 251:9
writing 165:22
 179:19 184:18
 259:15 270:14
written 56:5 69:9
 69:15 100:7 108:5
 184:5 208:2
 221:17 228:11,11
 228:11,12 229:22
 236:13 259:9
 260:5,18
wrong 16:9 135:8
wrote 226:7
W-a-d-e 70:4

___X___
X 5:1,6 6:1 7:1 8:1
 9:1 10:1 248:9
Xpress 1:12 6:22
 8:5,21 9:4 32:8,23
 33:4,10 55:2
 56:11,13,17 61:6
 61:10 63:4,4 64:4
 64:21 65:13,18
 69:1,10,18,23
 71:3 72:12,17
 75:7,18 76:1,5,9
 76:16 77:5,9
 79:15,21 80:7
 81:16 82:4,11,12
 83:2 84:2,7 85:14
 85:20,23 87:1,16
 87:21 88:2,8 89:9
 91:18,21 92:17
 93:9 95:20 97:13
 98:17,21 99:13
 101:10 103:9,16

107:6 121:16
123:19 127:9
130:13 131:15,19
134:16 135:8
136:4 137:8
142:23 152:2,9,15
152:22 155:11
156:9,23 157:11
157:14,21,22
160:10 164:14
165:22,23 167:15
171:7 173:6
175:23 178:13
192:7 195:21
197:2 200:1,4,13
202:6,7,9 203:3
203:10 206:11,23
207:8 208:4
209:11 212:7
219:22 227:9,13
228:9 230:9,13
232:12 233:13
235:11,14,21
237:23 239:16,20
240:4,14,14 241:3
241:5 246:5
247:17 253:15
254:9,15,17
255:18 257:17
258:2,9 266:16,22

___Y___
yard 30:21
yards 91:23
yeah 54:21 58:2
 66:19 72:5 73:12
 86:15 98:12 106:1
 134:7 143:23
 151:7 154:3 158:5
 159:15 162:14
 166:18,19,23
 167:13 175:15

198:22 200:5,12
201:20 203:11
206:2 210:15,18
211:10 212:13
216:12 218:5
223:10 225:9
226:7,19 249:10
258:21 262:7
275:23 277:23
year 14:16 17:17
 18:13,14 20:16
 21:21 72:3 99:3
 120:1 121:13
 135:3 190:21
 244:5,6
years 17:2 19:4
 54:17 65:1 74:21
 76:21 85:11 106:3
 106:14 129:8
 236:4
year's 273:21
Yellow 16:20 17:16
 18:7 19:10,14
Yep 213:16
yesterday 188:2
y'all 148:18 154:7
 216:23 276:17

___Z___
Zellner 17:17 18:1
 18:12,22 19:11,18
 20:4,10
zero 222:23
zone 17:11
Z-e-l-l-n-e-r 17:21

___$___
$100,000 206:15
$160,000 249:7
$20,000 248:14
$200,000 129:16
 250:13
$3,000 206:14

$400,000 221:21
 248:23
$600 60:11
$740,000 220:23
 221:20

___0___
02 5:15 108:21
 109:17 274:22
 275:3
03 5:14 6:5,6 29:23
 113:6,15 274:23
 275:1,3
04 5:12,17,18,19
 6:7,8,9 29:23
 33:18 67:7,18
 105:16,19 114:3
 115:21 116:12,21
 118:16
05 5:13,16 6:12,13
 6:15 23:14 34:9
 34:18 37:4,11
 50:20 56:9 61:15
 80:19 81:11 89:7
 100:5 104:2,13,22
 109:22 110:3,13
 111:12 115:1,10
 115:22 119:1,13
 120:1,22 121:13
 130:14 134:5,8
 135:3 151:16
 154:20 167:15
 184:3,15,19
 198:17 200:14
 201:9 226:4
06 23:15 35:15
 36:19 37:4,12
 50:20 71:14 72:3
 72:4 78:4 80:21
 81:2 86:5 89:7
 99:3,4,21 117:21
 126:23 196:18,20

196:20,22 224:13
224:23 232:20
277:16,17
07 117:21

___1___
1 5:9 12:16,19
 13:13 102:8
 172:12 186:12
1st 195:18 226:4
10 5:18 67:9,13
101 5:22
1099 6:11,16
11 5:19 68:7,11
 182:18 259:21
11.3 229:2 266:10
 266:18
11.4 267:10
11.6 229:14 267:19
110 5:23
111 6:4
112 6:5
113 6:6,7
116 6:8,10 270:20
118 6:11,12
119 6:13,14
12 5:4,9,20 9:10
 68:16,19 122:16
12th 138:5 142:15
 160:19 184:4
12:49 168:13
120 42:9 227:3,4
121 6:16,17
122 6:19
123 6:22
13 5:22 9:4 101:9
 101:16 128:3
130 234:18 235:12
 261:1 265:5,10
139 270:20
14 5:23 110:18,23
 111:14,15

www.AmericanCourtReporting.com
January 15, 2007

American Court Reporting
toll-free (877) 320-1050

Page 33

**145** 193:19
**15** 1:19 2:14 3:13
  3:18 6:4 11:13
  15:16 111:17,20
  112:8 129:8
  233:14,16 234:10
  235:18
**15th** 83:11 136:20
  143:18 182:16
  212:10 214:18
  252:19
**150** 6:23 7:4 30:10
**153** 7:5
**16** 6:5 112:20 113:1
  183:17 259:20
**16th** 151:15
**1600** 2:12 4:15
  11:12
**163** 7:6
**164** 7:7
**167** 7:9,10
**17** 6:6 113:9,13
  183:17 259:21
**170** 7:12
**18** 6:7 113:18,23
  259:22,23
**18th** 167:15
**183** 7:13
**185** 7:14
**186** 7:15
**189** 7:16
**19** 6:8 7:23 9:19
  116:3,7 266:12
**19th** 232:7,13
  233:12 235:19
**1988** 3:13
**1990** 20:18 24:4
**1994** 34:3
**1996** 25:21 26:7

___2___
**2** 5:10 55:16,20

56:16 260:1,1
**2:27** 217:16
**20** 6:9 24:15 38:6
  100:21 116:14,17
**20th** 2:12 4:15
  11:11 73:11
  145:23 148:6
  168:13 232:8,9
**200** 33:5,17 52:15
  52:19 155:2,4
**2000** 143:20 145:8
**2001** 244:14
**2003** 102:8
**2004** 22:3,19 31:18
  32:18 33:17 35:19
**2005** 7:16,17,23 8:4
  8:6,10,14,21 9:5,8
  9:10,19 24:15
  32:4 35:16,20
  40:18 52:14 53:18
  61:15,17 62:15
  71:8 102:13
  119:12 122:5
  136:23 137:5,20
  156:8 168:13
  175:21 186:1
  191:21,23 202:4
  209:7 210:20
  217:16 227:21
  234:13 235:15,19
  238:22 240:5
  251:7 265:23
**2007** 1:19 2:14 3:18
  11:13
**21** 6:11 118:3,7
  230:4 267:5
**21st** 73:11
**213** 7:17
**217** 243:19
**22** 6:12 7:10 8:4
  31:22 42:4 118:17
  118:20 143:20

145:8 240:5
**22nd** 73:11 96:2
  136:12,23 137:5
  137:20 145:18
  148:14 160:19
  166:18,19 167:1
  187:21 202:4
  203:8,12 204:16
  206:9 209:7
  210:20 220:2,4
  239:17 241:6
  246:2 250:11
**220** 6:15
**225** 7:20
**226** 7:21
**228** 7:22
**23** 6:13 7:14 8:6,10
  8:14,16 119:7,11
  119:14,15 236:4
**23rd** 72:21 73:8,12
  238:22 251:7
**230** 7:23
**237** 8:5
**238** 8:8
**24** 6:14 30:22
  119:17,20 124:14
  125:4,22
**24th** 140:19 141:6
  212:16 228:19
**241** 8:11 244:1
**242** 8:13
**245** 8:15
**249** 8:19
**25** 6:15 8:21 91:5
  120:15,18 198:19
  201:21 273:22
**25th** 83:2 234:13
  252:11 258:12,13
  261:2
**250** 8:17 250:15
**252** 8:20
**26** 6:16 7:7 121:5,8

**26th** 165:14 186:1
**260** 8:22
**263** 9:6,9
**268** 9:12
**269** 9:15
**27** 6:17 7:16 121:19
  121:23
**27th** 218:2
**270** 9:17,18
**271** 9:20
**274** 9:22
**275** 10:5
**276** 10:6
**277** 10:9
**278** 10:11
**28** 6:18 122:7,11
**29** 6:20 7:11,17
  122:20 123:2
**29th** 147:2,14
  182:13 217:16
  222:7 228:17,22
  232:11 257:21

___3___
**3** 5:11 55:16,20
  56:12 176:7,8
  177:22,23 178:11
  243:2 255:16
  256:17 260:1
  264:6
**3.2** 192:16 255:12
  255:17 256:17
**3.6** 193:16 234:17
**3.8** 194:8
**3.9** 194:15
**3:06-CV-351-MEF**
  1:6
**3:22** 154:11
**30** 6:23 9:8 150:16
  150:20 155:7,8,9
  247:2 249:1
**30th** 175:21

**30-minute** 20:7
**31** 7:4 150:16,20
  155:7,8,9
**31st** 231:10,12
  261:4 265:6,8
**32** 7:5 42:4 153:13
  153:16
**33** 7:6 115:4 163:2
  163:7
**34** 7:7 165:4,8
  166:12
**35** 7:8 72:19,22
  73:4 133:11
  156:16,21 167:3,7
  202:3 206:9,12,22
  234:11 246:8
**35203** 2:13 4:16
  11:13
**36** 7:10 167:19,23
  168:1,3,11
**36103-4160** 4:8
**37** 7:11 170:14,17
**38** 7:13 183:15,20
  221:18
**39** 7:14 185:5,8

___4___
**4** 5:12 63:13,20
  65:11 176:15
  177:23 180:7
  191:19 227:21
  260:1,2
**4th** 222:17,20
  265:23
**40** 7:15 37:22 38:7
  42:18 43:2,6
  103:1 185:22
  186:4 212:17,18
  212:20 220:7,8,15
  220:21 221:23
  234:14
**400,000** 184:8

American Court Reporting
toll-free (877) 320-1050

Page 34

**41** 7:16 189:8,11
    195:15 204:15
    212:21
**4160** 4:7
**42** 7:17 213:8,12
**420** 2:12 4:15 11:11
**421** 244:17
**4264** 15:8
**43** 7:18 225:12,18
**44** 7:21 226:11,15
**45** 7:22 227:20
    228:2 234:16
    235:4 255:12
**46** 7:23 230:18,22
**47** 8:4 237:6,10
**48** 8:6 238:11,15
    245:3
**49** 8:10 143:3
    241:10,13 242:14
    245:3,4,5

— **5** —
**5** 5:13 63:13,20
    65:11 180:7 181:1
    181:8 192:6
    222:22
**5(d)** 3:10
**50** 8:12 22:6 32:14
    32:16,19,21,23
    33:16,20 34:2
    51:9 242:5,8
**500** 33:11
**51** 8:14 245:15,19
**52** 8:16 250:19,22
**53** 8:18 249:17,20
    250:3
**53366** 244:13
**54** 8:20 251:21
    252:2
**55** 5:10,11 8:21
    43:17 44:2,10
    260:7,11

**56** 9:4 263:7,11
**57** 9:7 263:16,19
**58** 9:10 268:2,7
**59** 9:14 269:6,10

— **6** —
**6** 5:14 63:13,20
    65:11 191:18
    234:17 255:17
**6/30/05** 171:4
**6:15** 279:5
**60** 9:16 269:23
    270:2
**600** 149:22 215:16
**61** 9:18 15:8 270:19
    271:1
**62** 9:19 271:19,23
**63** 5:12,13,14,15
    9:21 44:12 274:15
    274:20
**64** 10:4 275:9,15
**65** 10:6 276:8,12
**66** 5:16 10:7 277:5
    277:8,19
**67** 5:17,18 10:10
    278:2,7
**68** 5:19,21

— **7** —
**7** 5:15 63:14,20
    65:11 222:19
**7/23/05** 154:11
**700** 19:22 184:8
**74** 225:14
**740,000** 184:8
**75** 226:12
**77** 237:18

— **8** —
**8** 5:16 66:2,6
    191:20,23
**8/13/05** 7:21
**8/25/05** 8:20

**80** 42:20 43:10
**85** 14:17 17:3
    239:10
**87** 17:3 18:15
**88** 18:15 19:4

— **9** —
**9** 5:17 66:21 67:2
**9th** 276:22,23
**9/13/08** 280:23
**9:00** 1:20 2:14
    11:14
**9:30** 83:6
**90** 19:4 20:17 21:22
    21:23 124:20
    239:10 268:10
**92** 26:8 151:2
**93** 151:2
**94** 33:19,19 34:4
**96** 24:10,19 25:15
    26:8,9,11 34:1,4
    104:21,22