# EXHIBIT 8

# American Court Reporting
## toll-free (877) 320-1050

---

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


CIVIL ACTION NUMBER: 3:06-CV-351-MEF

G.F. KELLY TRUCKING, INC.; and GUY
KELLY, individually,
          Plaintiffs,
vs.
U.S. XPRESS ENTERPRISES, INC., et al.,
          Defendants.


DEPOSITION TESTIMONY OF
NELSON CHASTAIN

January 19, 2007
11:00 a.m.

COURT REPORTER:
MELANIE L. PETIX, CSR, CLR

---

Page 2

1       STIPULATIONS
2          It is hereby stipulated and
3   agreed, by and between the parties
4   through their counsel, that the
5   deposition of NELSON CHASTAIN may be
6   taken before Melanie L. Petix,
7   Certified Shorthand Reporter, Certified
8   LiveNote Reporter and Notary Public for
9   the State of Alabama at Large, at the
10  offices of Baker, Donelson, Bearman,
11  Caldwell & Berkowitz, Wachovia Tower,
12  420 20th Street North, Suite 1600,
13  Birmingham, Alabama 35203 on January
14  19, 2007, commencing at 11:00 a.m.
15         It is further stipulated and
16  agreed that the signature to and the
17  reading of the deposition by the
18  witness are waived, the deposition to
19  have the same force and effect as if
20  full compliance had been had with all
21  laws and rules of Court relating to the
22  taking of depositions.
23         It is further stipulated and

---

Page 3

1   agreed that it shall not be necessary
2   for any objections to be made by
3   counsel as to any questions except as
4   to form or leading questions, and that
5   counsel for the parties may make
6   objections and assign grounds at the
7   time of trial, or at the time said
8   deposition is offered in evidence, or
9   prior thereto.
10         In accordance with Rule 5(d)
11  of The Alabama Rules of Civil
12  Procedure, as amended, effective
13  May 15, 1988, I, Melanie L. Petix,
14  Certified Shorthand Reporter and
15  Certified LiveNote Reporter, am hereby
16  delivering to David B. Hall the
17  original transcript of the oral
18  testimony taken on January 19, 2007.
19         Please be advised that this is
20  the same and not retained by the Court
21  Reporter, nor filed with the Court.
22         --oOo--
23

---

Page 4

1       APPEARANCES
2
3   FOR THE PLAINTIFF:
4       JOHN EVERETT TOMLINSON, Esq.
5       BEASLEY, ALLEN, CROW, METHVIN,
6       PORTIS & MILES, P.C.
7       P.O. BOX 4160
8       MONTGOMERY, ALABAMA 36103-4160
9
10  FOR THE DEFENDANTS:
11      DAVID B. HALL, Esq.
12      BAKER, DONELSON, BEARMAN,
13      CALDWELL & BERKOWITZ, P.C.
14      Wachovia Tower
15      420 20th Street North, Suite 1600
16      Birmingham, Alabama 35203
17
18  ALSO PRESENT (via teleconference):
19      Lisa Pate
20      Melissa Kell
21
22
23

1 (Pages 1 to 4)

## www.AmericanCourtReporting.com
## January 19, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 5

1    I N D E X
2
3    EXAMINATION BY:          PAGE
4    MR. HALL          7
5
6        E X H I B I T S
7
8
9    (There were no exhibits
10   marked for identification.)
11
12      --oOo--
13
14
15
16
17
18
19
20
21
22
23

Page 6

1    I, Melanie L. Petix, a
2    Certified Shorthand Reporter, Certified
3    LiveNote Reporter and Notary Public for
4    the State of Alabama at Large, acting
5    as Commissioner, certify that on this
6    date, pursuant to the Alabama Rules of
7    Civil Procedure, and the foregoing
8    stipulations of counsel, there came
9    before me at the offices of Baker,
10   Donelson, Bearman, Caldwell &
11   Berkowitz, Wachovia Tower, 420 20th
12   Street North, Suite 1600, Birmingham,
13   Alabama 35203, on January 19, 2007,
14   commencing at or about 11:00 a.m.,
15   NELSON CHASTAIN, witness in the above
16   cause, for oral examination, whereupon,
17   the following proceedings were had:
18
19        NELSON CHASTAIN,
20   having been first duly sworn
21   (affirmed), was examined and testified
22   as follows:
23

Page 7

1        COURT REPORTER:  Usual
2    stipulations?
3        MR. HALL:  Please, ma'am.
4        MR. TOMLINSON:  Sure.
5
6    EXAMINATION BY MR. HALL:
7        Q.  Mr. Chastain, if you could,
8    please state your full name?
9        A.  Nelson Chastain.
10       Q.  C-h-a-s-t-a-i-n?
11       A.  That's correct.
12       Q.  Where do you live, Mr.
13   Chastain?
14       A.  Opelika, Alabama.
15       Q.  What's the address there?
16       A.  4205 Saugahatchee Hills Court.
17       Q.  How long have you lived at
18   that address?
19       A.  Seven and a half years.
20       Q.  What do you currently do for a
21   living?
22       A.  I have a specialized trucking
23   operation.

Page 8

1        Q.  What does that mean?
2        A.  It's a spotting service at
3    paper mills.
4        Q.  What is the name of that
5    company?
6        A.  K.C. Spotting.
7        Q.  Do you own that by yourself?
8        A.  Yes.
9        Q.  Have you always owned that by
10   yourself?
11       A.  No.
12
13       (Discussion off the record.)
14
15       A.  The answer was no.
16       Q.  (BY MR. HALL:)  No.  Okay.
17       How long have you owned that
18   by yourself?
19       A.  Approximately two years.
20       Q.  Do you currently own any other
21   companies?
22       A.  No.
23       Q.  Have you ever owned any other

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 9

1  companies?
2      A.  Partially.
3      Q.  I guess a better way to put
4  that, have you been an investor in any
5  closely held companies?
6      A.  Not financially.
7      Q.  We will go back to the first
8  way I asked.
9          At one point in time, you
10 owned part of Kelly Trucking?
11     A.  That's correct.
12     Q.  When I say Kelly Trucking, you
13 know we are on the same page?
14     A.  Right.
15     Q.  You know, which company I'm
16 talking about?
17     A.  Right.
18     Q.  Have you owned any part of any
19 other companies?
20     A.  Yes.
21     Q.  All right.  What are those
22 companies, the names of those
23 companies?

Page 10

1      A.  G & N Spotting.
2      Q.  All right.
3      A.  NAC Trucking.
4      Q.  N-A-T?
5      A.  C.
6      Q.  Oh, okay.
7      A.  CWC Trucking.
8      Q.  All right.
9      A.  And Zellner Transfer.
10     Q.  What is a spotting service?
11     A.  We take empty trailers at a
12 paper mill, take them to the dock.
13 They load them and we bring them back.
14 A road driver will bring a trailer in,
15 drop his empty, and then he will pick
16 up a load and leave.  And my guys just
17 shuttle them back and forth from the
18 yard to the dock and handle the
19 check-in and computer work.
20     Q.  Is that the only thing that
21 K.C. Spotting does?
22     A.  A little maintenance, but it's
23 related to that.

Page 11

1      Q.  Who was the other owner of
2  K.C. Spotting or owners?
3      A.  Was?
4      Q.  Yes.  Was.
5      A.  Guy Kelly.  Guy Kelly.
6      Q.  I assume that G & N Spotting
7  is in the spotting business as well or
8  was?
9      A.  Yes.
10     Q.  Did you own that by yourself?
11     A.  No.
12     Q.  Did you own that with
13 Mr. Kelly?
14     A.  Yes.
15     Q.  Anybody else?
16     A.  No.
17     Q.  Was that a corporation?
18     A.  Yes.
19     Q.  Is it still in existence?
20     A.  No.
21     Q.  It dissolved?
22     A.  Yes.
23     Q.  When did it dissolve?

Page 12

1      A.  About a year ago, a little
2  over a year ago.
3      Q.  What is -- is it N-A -- is it
4  NAC?
5      A.  NAC.
6      Q.  What is NAC?
7      A.  That was a spotting service
8  also.
9      Q.  What about CWC Trucking?
10     A.  Same thing.
11     Q.  Zellner?
12     A.  It was a trucking company.
13     Q.  The spotting companies, were
14 they set up around a specific location?
15     A.  Yes.
16     Q.  K.C. Spotting did spotting at
17 a paper company; is that what you said?
18     A.  Yes.
19     Q.  Which one was that?
20     A.  International Paper.
21     Q.  Was that in Alabama?
22     A.  Augusta.
23     Q.  Augusta.  What about G & N

3  (Pages 9 to 12)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

1  Spotting, where was it?
2      A.  MeadWestvaco in Mahrt,
3  Alabama.  M-a-h-r-t.  And Smurfit-Stone
4  in Stevenson, Alabama.
5      Q.  What about NAC?
6      A.  International Paper in
7  Prattville.
8      Q.  And CWC?
9      A.  Nabisco in Atlanta.
10     Q.  Did you own NAC and CWC with
11  Mr. Kelly?
12     A.  I believe NAC was.  I can't
13  remember if CWC was or not.
14     Q.  What is the current status of
15  NAC?
16     A.  It's closed.
17     Q.  Closed?  Did it cease
18  operation and still exist or was it
19  dissolved?
20     A.  It was dissolved.
21     Q.  Did you own it by yourself
22  when it dissolved?
23     A.  Yes, I believe.  Yes.

Page 14

1      Q.  When did Mr. Kelly get out of
2  it?
3      A.  Probably about two years ago.
4      MR. HALL:  Melissa, can you
5  hear okay?
6      MS. KELL:  Oh, yeah.  I can
7  hear fine.
8      Q.  (BY MR. HALL:)  What is the
9  status of CWC Trucking?
10     A.  It's dissolved.
11     Q.  Were each of these Alabama
12  companies?
13     A.  Yes.
14     Q.  Was Mr. Kelly an investor or
15  owner in Zellner Transfer?
16     A.  Yes.
17     Q.  Is it still in operation?
18     A.  No.  It's been bought out
19  several times.
20     Q.  Were you and Mr. Kelly owners
21  of Zellner when it was purchased from
22  you?
23     A.  Try that again.  Because this

Page 15

1  goes back to the early '90s.  We were
2  small partners compared to the other
3  ones in the firm.
4      Q.  I was going to ask, maybe we
5  can start back to when it was
6  purchased.
7      A.  Yeah.  '88.
8      Q.  '88.  Was it a stock purchase?
9  Do you know what kind of purchase it
10  was?
11     A.  Asset.
12     Q.  Asset.  And there were other
13  owners of the company besides yourself
14  and Mr. Kelly?
15     A.  Correct.
16     Q.  What type of trucking company
17  was it?
18     A.  General commodity, truckload.
19     Q.  Regional?
20     A.  Yes.
21     Q.  How many tractors do they have
22  or operate?
23     A.  About 80.

Page 16

1      Q.  Is that owner/operators?
2      A.  Company.
3      Q.  Did it have any
4  owner/operators?
5      A.  A few.
6      Q.  Were you involved at all in
7  the sale of the assets of Zellner?
8      A.  No.
9      Q.  Was that handled by someone
10  other than you and Mr. Kelly?
11     A.  Yes.
12     Q.  Have you ever sold a company
13  that you owned?
14     A.  No.
15     Q.  Have you ever purchased a
16  company?
17     A.  No.
18     Q.  I'm going to ask you about
19  your education background and your work
20  history.
21     A.  Okay.
22     Q.  Just for simplicity's sake,
23  I'm going to start with education and

4 (Pages 13 to 16)

# American Court Reporting
## toll-free (877) 320-1050

Page 17

1   just go chronologically forward, if
2   that's all right.
3      A.  Okay.
4      Q.  Where did you finish high
5   school?
6      A.  I finished in Atlanta in '66.
7      Q.  Did you have any education
8   after high school?
9      A.  Yes.
10     Q.  Where at?
11     A.  University of Georgia.
12     Q.  Did you graduate?
13     A.  Yes.
14     Q.  What type of degree did you
15  obtain?
16     A.  DBA in finance.
17     Q.  Any postgraduate?
18     A.  No.
19     Q.  Where did you go to work after
20  college?
21     A.  Overnite Transportation
22  Company.
23     Q.  What year was that?

Page 18

1      A.  Well, I was there part time
2   for five years and started full time in
3   '71.
4      Q.  Did you work there part time
5   in college?
6      A.  Yes.
7      Q.  What did you do?
8      A.  Dock work.
9      Q.  What did you do when you went
10  to work for them full time?
11     A.  Really, I was in their
12  management training program.  So I did
13  everything.
14     Q.  Learned the ropes in the
15  trucking industry?
16     A.  Yes.
17     Q.  Is Overnite less than load?
18     A.  Yes, less than truckload.
19     Q.  Didn't FedEx or somebody just
20  buy them?
21     A.  UPS.
22     Q.  UPS.  How long did you work
23  with Overnite?

Page 19

1      A.  Nine years full time.
2      Q.  Until roughly 1980?
3      A.  Yes, approximately.
4      Q.  You mentioned a management
5   training program.  I assume that at
6   some point in time, you finished that;
7   is that right?
8      A.  Yes.
9      Q.  After you finished the
10  management training program, what was
11  your job title?
12     A.  I don't know if I had a title.
13     Q.  What did you do?  Maybe that
14  would be a better way.
15     A.  I ended up as assistant
16  manager.
17     Q.  Of a terminal?
18     A.  Yes.  In Baltimore.
19     Q.  What other things did you do
20  with Overnite?
21     A.  Everything except drive and
22  mechanic.
23     Q.  Sales?

Page 20

1      A.  Safety personnel, operations,
2   dispatch, rating, collections.
3      Q.  Where did you go after you
4   left Overnite?
5      A.  I came back home to Atlanta
6   with a company called National Freight.
7      Q.  How long were you with
8   National Freight?
9      A.  About six months.
10     Q.  What did you do for National
11  Freight?
12     A.  Terminal manager.
13     Q.  Where did you go after --
14     A.  McClendon Trucking.
15     Q.  Was that still in 1980?
16     A.  '81, I believe.
17     Q.  '81?
18     A.  Somewhere right around there.
19     Q.  How long did you stay with
20  McClendon?
21     A.  About eight years.
22     Q.  What did you do at McClendon?
23     A.  I was VP of operations, and

5  (Pages 17 to 20)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 21

1   was in sales initially.
2       Q.  Where were you located?
3       A.  La Fayette, Alabama.
4       Q.  Did Mr. Kelly work for you
5   there?
6       A.  Yes.
7       Q.  What did he do there?
8       A.  Sales.
9       Q.  How long did he work for you
10  there?
11      A.  I would say about two years.
12      Q.  Were you his boss?
13      A.  Not directly.
14      Q.  Is that where met Mr. Kelly?
15      A.  Yes.
16      Q.  Did you do anything besides VP
17  of operations and sales while you were
18  with McClendon?
19      A.  That's it.
20      Q.  That's enough?
21      A.  That was enough.
22      Q.  After McClendon, what did you
23  do?

Page 22

1       A.  Zellner Transfer.
2       Q.  How long were you with
3   Zellner?
4       A.  About two and a half years.
5       Q.  Was that roughly --
6       A.  '90, '91, somewhere.
7       Q.  Until '90, '91?
8       A.  Yeah.
9       Q.  What did you do with Zellner?
10      A.  VP-operations, and sales.
11      Q.  Did Mr. Kelly work at Zellner?
12      A.  Yes.
13      Q.  Did he work for you there?
14      A.  Yes.
15      Q.  What was his job there?
16      A.  Sales.
17      Q.  Anything besides sales?
18      A.  Whatever we needed done.  He
19  drove a truck.  He -- whatever.
20      Q.  When you went to Zellner, did
21  you buy in or were you given some
22  ownership?
23      A.  I was given ownership.

Page 23

1       Q.  Was that the same thing with
2   Mr. Kelly?
3       A.  Yes.
4       Q.  I may have misunderstood you.
5   My notes reflect that Zellner was --
6   the asset purchase was in '88?
7       A.  Uh-huh.
8       Q.  Did you go to work after the
9   asset purchase?
10      A.  The same time.  September of
11  '88 is when the deal went down.
12      Q.  You worked at Zellner until
13  '90, '91?
14      A.  Yes.
15      Q.  Were you an owner in Zellner
16  in '88?
17      A.  When Zellner was bought out, I
18  was given some ownership in the
19  company.
20      Q.  Okay.  It was bought out in
21  '88?
22      A.  Yes.
23      Q.  And you were given ownership

Page 24

1   at that time?
2       A.  At that time.
3       Q.  I'm sorry.  I thought we were
4   talking about when you got out of
5   Zellner.
6       A.  No.  No.  I gave back the
7   ownership at that time.
8       Q.  When you left, you gave your
9   ownership --
10      A.  Yes.
11      Q.  To your knowledge, was
12  Mr. Kelly in the same ownership plan?
13      A.  Yes.
14      Q.  So when he left, he gave back
15  his ownership as well?
16      A.  (Nods head.)
17      Q.  You have to say yes or no,
18  please.
19      A.  Yes.
20      Q.  After Zellner, what did you
21  do?
22      A.  Sunbelt Transfer.
23      Q.  Where is that?

6  (Pages 21 to 24)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 25

1    A. Waco, Georgia.
2    Q. What did you do at Waco?
3    A. I started off in sales.
4    Q. I assumed something, that you
5    were in Waco, Georgia; is that right?
6    A. That's where the office was,
7    yes.
8    Q. You were in sales. Anything
9    else?
10   A. And ended up as VP-operations
11   and sales.
12   Q. What does a VP of operations
13   do?
14   A. Runs the place.
15   Q. How long were you with
16   Sunbelt?
17   A. A year.
18   Q. So you left in roughly '92?
19   A. Yeah.
20   Q. Where did you go then?
21   A. Builders Transport, Camden,
22   South Carolina.
23   Q. Are all these carriers

Page 26

1    truckload carriers?
2    A. Yes. Except Overnite.
3    Q. Except Overnite?
4    A. Uh-huh.
5
6    (Discussion off the record.)
7
8    Q. (BY MR. HALL:)
9    O-v-e-r-n-i-t-e; is that right?
10   A. Yes.
11   Q. How long were you with
12   Builders Transport?
13   A. Three and a half years,
14   approximately.
15   Q. Again, what did you do with
16   Builders Transport?
17   A. I was director of customer
18   service and planning.
19   Q. You said Builders Transport
20   was in South Carolina?
21   A. Camden, South Carolina.
22   Q. Was your job title pretty much
23   the same the entire time you were

Page 27

1    there?
2    A. The whole time.
3    Q. Where did you go after
4    Builders Transport?
5    A. Kelly Trucking.
6    Q. Do you remember what year you
7    started?
8    A. '95.
9    Q. How did you get from Builders
10   to Kelly Trucking?
11   A. Guy Kelly.
12   Q. Did Mr. Kelly work with you at
13   Sunbelt or Builders Transport?
14   A. No.
15   Q. So y'all were separated
16   roughly between '91 and '95?
17   A. Right.
18   Q. Did he recruit you to come
19   back?
20   A. Yes.
21   Q. Why did he want you to come
22   back?
23   A. He needed help.

Page 28

1    Q. What kind of help did he need?
2    A. Basically, somebody to run --
3    Q. The company?
4    A. -- run the company.
5    Q. Were you given ownership in
6    Kelly Trucking when you came back?
7    That's not right. When you came to
8    work with --
9    A. Shortly thereafter.
10   Q. What condition was Kelly
11   Trucking in when you went to work there
12   in '95?
13   A. Small.
14   Q. How many tractors?
15   A. I think there were five
16   company and 20 owner/operators.
17   Q. Was there a plan to grow the
18   company?
19   A. No, no written plan or formal
20   plan.
21   Q. Was that something that -- you
22   coming back, was that part of your job,
23   was to grow it?

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 29

1    A.  Yes.  The game plan was to
2    grow as long as we enjoyed what we were
3    doing.
4    Q.  What was the financial
5    condition of the company when you came
6    back in '95?
7    A.  I couldn't tell you.
8    Q.  Did you have anything to do
9    with the finances?
10   A.  No.
11        MR. HALL:  Off the record.
12
13        (Discussion off the record.)
14
15   Q.  (BY MR. HALL:)  Did that stay
16   that way until the time -- until the
17   end of '95?
18   A.  Yes.
19   Q.  You stayed out of the
20   finances?
21   A.  Yes.
22   Q.  What was your title?
23   A.  VP-operations.

Page 30

1    Q.  I'm talking about Kelly
2    Trucking specifically.  What things did
3    you do?
4    A.  I oversaw sales, oversaw
5    dispatch.
6    Q.  Okay.
7    A.  That's specifically.  And
8    being a vice-president, was involved in
9    AR, billing.
10   Q.  Did you have anything to do
11   with drivers or safety?
12   A.  Initially, yes.  But as we
13   grew out, I got out of it.
14   Q.  But 1994 -- 2004, excuse me.
15   A.  Okay.
16   Q.  By 2004, were you involved
17   with drivers or safety at all?
18   A.  No.
19   Q.  Who was in charge of that?
20   A.  Frank Childers.
21   Q.  How long had Mr. Childers been
22   with -- how long was Mr. Childers with
23   Kelly Trucking?

Page 31

1    A.  He was there two different
2    times, and I couldn't give you an exact
3    time frame or the length on either.
4    Q.  He was there in 2004 and 2005,
5    though?
6    A.  I believe so.  2005, yes.
7    2004, I can't -- I'm not sure what the
8    time frame was.
9    Q.  You said Mr. Childers was
10   there two times?
11   A.  Yes.
12   Q.  Who was Mr. Childers'
13   predecessor the second time he came or
14   the second time he worked for Kelly?
15   A.  Bill Callahan, I believe, was
16   his name.
17   Q.  I take it, you haven't kept up
18   with Mr. Callahan?
19   A.  No.
20   Q.  Do you have any idea where
21   he's working today?
22   A.  No.
23   Q.  Why did Mr. Callahan leave?

Page 32

1    A.  He was terminated.
2    Q.  Why?
3    A.  We had a conditional safety
4    rating.  Mr. Callahan's position -- job
5    was to get us out from under it, which
6    he failed to do.
7    Q.  What does a conditional safety
8    rating mean?
9    A.  The Department of
10   Transportation will evaluate your
11   compliance with their rules.  There's
12   three degrees:  There's satisfactory,
13   conditional and closure.  Conditional
14   gives you an opportunity to get your
15   programs in place to come up to
16   standard.
17   Q.  What things did the DOT
18   indicate that Kelly Trucking had to
19   bring up to standard?
20   A.  Logs.
21   Q.  Anything else?
22   A.  I believe that was the major
23   issue.

8 (Pages 29 to 32)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 33

1    Q. There was some testimony about
2 drug testing. Was that any part of it?
3    A. There may have been. I don't
4 recall.
5    Q. Okay. What was the issue with
6 the logs?
7    A. Falsification.
8    Q. Falsification?
9    A. (Nods head.)
10    Q. Sorry. You have to say yes or
11 no.
12    A. Yes.
13    Q. Was that by the drivers?
14    A. Yes.
15    Q. So was this a matter of Kelly
16 Trucking auditing those or making sure
17 that they were accurate?
18    A. Yes.
19    Q. Why was Mr. Childers brought
20 back?
21    A. To resolve the issue of the
22 rating.
23       MR. HALL: By the way, this is

Page 34

1 off the record.
2
3    (Discussion off the record.)
4
5    Q. (BY MR. HALL:) Do you
6 remember roughly how long Mr. Childers
7 had been back when U.S. Xpress and
8 Kelly started talking?
9    A. A year or so.
10    Q. During that time, did Kelly
11 Trucking's safety rating change --
12    A. Yes.
13    Q. -- to satisfactory?
14    A. Yes.
15    Q. If you know, what were Kelly
16 Trucking's hiring criteria for drivers
17 in 2004 and 2005?
18    A. Specifically, I couldn't tell
19 you.
20    Q. Okay. Would Mr. Childers know
21 that?
22    A. He should know, yes.
23    Q. Were they written down

Page 35

1 anywhere?
2    A. I don't know.
3    Q. Driver's issue, Mr. Childers?
4    A. What?
5    Q. It's a driver's issue, so that
6 would be for Mr. Childers?
7    A. Yes. Yes.
8    Q. Did you have anything to do
9 with accounts payable?
10    A. No.
11    Q. Did you have anything to do
12 with the purchase of equipment or --
13    A. No.
14    Q. -- leasing equipment?
15       That's no for both?
16    A. Right.
17    Q. Did you have any conversations
18 with any of Kelly Trucking's debtors
19 such as Volvo Finance?
20    A. No.
21    Q. Did you have anything to do
22 with -- I understand there was a
23 factoring agreement on the accounts

Page 36

1 receivable?
2    A. Yes.
3    Q. Were you involved with that?
4    A. Very little.
5    Q. Who handled that?
6    A. Dennis Hamlet.
7    Q. What was his title at Kelly
8 Trucking?
9    A. He was the controller.
10    Q. And I understand, in 2005,
11 that Randall Fant replaced him?
12    A. That's correct.
13    Q. Why did Mr. Hamlet leave?
14    A. Really, I don't know. He
15 found another job, but I don't know if
16 it --
17    Q. He wasn't terminated?
18    A. No.
19    Q. Who terminated Mr. Callahan?
20    A. Frank Childers.
21    Q. What was Frank's job when
22 Mr. Callahan was terminated?
23    A. I think he was the director of

9 (Pages 33 to 36)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 37

1  safety and personnel at that time.
2      Q.  So Mr. Callahan was still
3  there when Mr. Childers was brought
4  back?
5      A.  Yes.
6      Q.  You were over sales.  Who were
7  the salespeople.
8      A.  We had a guy named Don Johnson
9  and Gary Profitt.
10
11      (Discussion off the record.)
12
13      Q.  (BY MR. HALL:)  What did Gary
14  Hopper do?
15      A.  He was an agent.
16      Q.  Did you have any other agents
17  besides Gary Hopper?
18      A.  Yes.
19      Q.  I'm sorry.  I'm talking about
20  in the 2004-2005 time frame.
21      A.  Yes.
22      Q.  Who was that?
23      A.  John Kennedy.

Page 38

1      Q.  When you say agent, you mean
2  they are independent contractors?
3      A.  Yes.
4      Q.  Was Mr. Hopper's -- was his
5  company Rainbow Logistics?
6      A.  That's correct.
7      Q.  What was Mr. Kennedy's
8  company?
9      A.  I don't know if he had a name.
10      Q.  What is the current status of
11  Kelly Trucking, if you know?
12      A.  I don't.
13      Q.  When did you leave Kelly
14  Trucking?
15      A.  November of '05.
16      Q.  Why did you leave?
17      A.  We were going in different
18  directions.
19      Q.  You say we, is that in
20  reference to Mr. Kelly?
21      A.  Yes.
22      Q.  Were you the sole owners of
23  Kelly Trucking?

Page 39

1      A.  Yes.  Yes, I believe so.
2      Q.  Okay.
3      A.  At one time, there was
4  somebody else, but --
5      Q.  On the Purchase Agreement with
6  U.S. Xpress, it has Mr. Kelly as 80
7  percent and you as 20 percent.  Is that
8  the way you recall it?
9      A.  Yes.
10      Q.  When you say, we were going in
11  different directions, is that
12  directions with the company or
13  directions -- maybe a better way, what
14  do you mean by that?
15      A.  Guy was involved in some other
16  things.
17      Q.  All right.  And you didn't
18  want to be involved in those?
19      A.  No.
20      Q.  What was Mr. Kelly involved
21  in?
22      A.  Logging was a big part of it.
23      Q.  Was there anything else?

Page 40

1      A.  He had some other interests.
2      Q.  You mean business interests?
3      A.  Yes.
4      Q.  Were those -- I'm going to try
5  to understand this.  And if I, in my
6  feeble way of understanding it, get it
7  wrong, you clear it up.  Okay?
8      A.  Okay.
9      Q.  Did Kelly Trucking own these
10  companies?
11      A.  No.
12      Q.  Was it that he was devoting
13  more time to these other companies than
14  to Kelly Trucking?
15      A.  Yes.
16      Q.  What I'm trying to get to is,
17  how did these other interests affect
18  Kelly Trucking and your decision to
19  split up?
20      A.  The growth of Kelly Trucking
21  stopped, and Guy's direction was to get
22  more heavily involved in logging, the
23  grocery store.

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 41

1   Q.  When did the growth begin to
2  stop?
3   A.  Probably about 2004.  Sometime
4  that year, I would imagine.
5   Q.  What were Mr. Kelly's -- what
6  was his title at Kelly Trucking?
7   A.  President.
8   Q.  President.  What did he do for
9  Kelly Trucking?
10   A.  He handled the -- equipment
11  purchasing was Guy's.  The finance was
12  his to a degree with Dennis, and I'm
13  not sure how they broke that up.
14   Q.  Okay.  Anything else?
15   A.  For the most part, that was
16  his.
17   Q.  That's it?  Beginning, say,
18  from January 2004, how involved was
19  Mr. Kelly with Kelly Trucking?
20   A.  I couldn't give you a
21  percentage-wise.
22   Q.  Was he there enough, in your
23  opinion?

Page 42

1   A.  He was there enough to do what
2  he needed to do.
3   Q.  Do you know whether he made a
4  conscious decision to stop the growth
5  of Kelly Trucking?
6   A.  I couldn't tell you.
7   Q.  The other interests, were they
8  pulling him away from Kelly Trucking?
9   A.  Yes.  Yes, they would.
10   Q.  Who made the decision to hire
11  Mr. Fant?
12   A.  I did.
13   Q.  You did?  Was Mr. Hamlet still
14  there?
15   A.  No -- yes, he was.
16   Q.  What was the purpose of hiring
17  Mr. Fant?
18   A.  Mr. Hamlet had given us a
19  notice, two-week notice.
20   Q.  Mr. Fant wasn't brought back
21  for any specific project?
22   A.  No.  No.  Just as a
23  replacement.

Page 43

1   Q.  I may have asked you this.
2   You don't know what the
3  financial condition of Kelly Trucking
4  was beginning in 2005 or do you know?
5   A.  I couldn't tell you exactly,
6  no.  I mean, I have seen some
7  financials, but I really couldn't say.
8   Q.  At that time, what was your
9  opinion as to the health of Kelly
10  Trucking?
11   A.  Since we ended up factoring,
12  I'm going to say it wasn't the best.
13   Q.  When did Kelly Trucking enter
14  into the Factoring Agreement?
15   A.  It was probably sometime in
16  2004.  I'm not exactly sure.
17   Q.  Was that to help with cash
18  flow?
19   A.  Yes.
20   Q.  If you know, how did U.S.
21  Xpress and Kelly Trucking get together?
22   A.  Specifically, I don't know.
23   Q.  Was Kelly Trucking looking to

Page 44

1  sell?
2   A.  I would say yes.
3   Q.  Had there been discussions
4  prior to 2005 about selling?
5   A.  Yes.
6   Q.  I assume discussions between
7  yourself and Mr. Kelly?
8   A.  Yes.
9   Q.  When did those discussions
10  first start, if you remember?
11   A.  Probably around sometime in
12  2004.
13   Q.  Why?
14   A.  I think Guy wanted to get out,
15  pursue some other interests.
16   Q.  Were you involved in the
17  negotiations with U.S. Xpress?
18   A.  No.
19   Q.  Prior to April of 2005, had
20  Kelly Trucking entered into any
21  discussions with any other potential
22  purchaser?
23   A.  Yes.  Yes.

11  (Pages 41 to 44)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 45

1    Q.  Who?
2    A.  Ken Smith.
3    Q.  Do you know if he had a
4    trucking company or was it an
5    individual?
6    A.  It was an individual.
7    Q.  Where is Mr. Smith from?
8    A.  Scottsdale, Arizona.
9    Q.  When were these discussions?
10   A.  2004, I believe.
11   Q.  Do you know how far they got?
12   A.  Pretty far.
13   Q.  Obviously, it didn't close?
14   A.  Did not close.
15   Q.  Do you know when the
16   discussions ended?
17   A.  A guess would be the winter of
18   2005.
19   Q.  Was Kelly Trucking negotiating
20   with Mr. Smith throughout 2005?
21   A.  No.
22   Q.  When did --
23   A.  Latter part of 2004.

Page 46

1    Q.  Okay.
2    A.  It ended in 2005, first of the
3    year.
4    Q.  First of the year. Okay. I'm
5    sorry.
6    A.  Winter.
7    Q.  I got you. Early 2005?
8    A.  Right.
9    Q.  Were you involved at all in
10   those negotiations?
11   A.  Limited.
12   Q.  Do you know what type of
13   purchase was contemplated?
14   A.  It was an asset purchase, I
15   believe.
16   Q.  Was it similar to the
17   negotiations with U.S. Xpress? I'm
18   talking about an asset purchase. Same
19   type of --
20   A.  I believe so.
21   Q.  Do you know why those
22   negotiations with Mr. Smith terminated?
23   A.  Yes.

Page 47

1    Q.  Why?
2    A.  He failed to come up with the
3    funds.
4    Q.  Did Kelly Trucking have any
5    negotiations with any other potential
6    or interested buyer?
7    A.  What time frame?
8    Q.  2004, 2005.
9    A.  There was discussion with
10   Floyd & Beasley. There was discussion
11   with, I think it's H.O. Smith. And I
12   believe those are the only two that I
13   can recall.
14   Q.  Where is Floyd & Beasley from?
15   A.  Sycamore, Alabama.
16   Q.  What about H.O. Smith?
17   A.  Cullman.
18   Q.  Floyd & Beasley is a trucking
19   company. H.O. Smith, is that a
20   trucking company?
21   A.  Trucking company.
22   Q.  Is that James R.
23   A.  James R. I don't know where I

Page 48

1    got H.O.
2    Q.  I got you.
3    A.  Okay.
4    Q.  When did Kelly Trucking talk
5    with Floyd & Beasley?
6    A.  I'm going to say spring of
7    2005.
8    Q.  Before U.S. Xpress?
9    A.  I believe it was.
10   Q.  Did Floyd & Beasley and Kelly
11   Trucking reach the point where they
12   entered into a letter of intent?
13   A.  No. I think it was just
14   discussions.
15   Q.  What about with James R.
16   Smith?
17   A.  It was fall of 2005.
18   Q.  Do you know whether Kelly
19   Trucking and James R. Smith entered
20   into any kind of letter of intent?
21   A.  I don't believe so. I don't
22   think so, no.
23   Q.  When do you first recall U.S.

12  (Pages 45 to 48)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 49

1  Xpress -- learning of U.S. Xpress'
2  interest in purchasing Kelly Trucking?
3      A.  I believe it was the first of
4  June of '05.
5      Q.  How did you learn about it?
6      A.  Guy told me.
7      Q.  What did he say?
8      A.  He said he was thinking about
9  selling out to U.S. Xpress and they
10  were coming in for a meeting.
11      MR. HALL:  Let me take a break
12  for just a second.
13
14      (Discussion off the record.)
15
16      Q.  (BY MR. HALL:)  What was your
17  first contact with anyone from U.S.
18  Xpress?
19      A.  It was Dennis Farnsworth in
20  June.  I believe it was June.
21      Q.  Was that in person, over the
22  phone?
23      A.  In person.

Page 50

1      Q.  What was that about?
2      A.  Acquiring the company.
3      Q.  Do you remember the
4  discussion?
5      A.  They had basically three plans
6  that they used in acquiring other firms
7  and went over each one of them, and
8  wanted to go back and decide which
9  would be best for U.S. Xpress.
10      Q.  Prior to that discussion, had
11  you had any discussions with Mr. Kelly
12  about the sale?  I know you said, on
13  June 1st, Mr. Kelly said he was
14  thinking about selling or something to
15  that effect.
16      A.  Yeah.
17      Q.  Did you have any meetings or
18  anything with Mr. Kelly prior to your
19  meeting with Mr. Farnsworth?
20      A.  Not a meeting.  Just he
21  mentioned that he was coming in, to be
22  available.
23      Q.  Y'all didn't discuss details?

Page 51

1      A.  No.
2      Q.  And as best you recall, that
3  was the substance of your conversation
4  with Mr. Farnsworth on that first
5  occasion?
6      A.  Yeah, initially.  Yes.
7      Q.  When was your next discussion
8  with anyone from U.S. Xpress?
9      A.  A few weeks later, they came
10  back in with a proposal, I believe it
11  was.
12      Q.  Was that in the form of a
13  letter of intent?
14      A.  I don't recall.
15      Q.  Okay.  Do you recall whether
16  it was in written form?
17      A.  I don't recall.
18      Q.  Did you have a conversation
19  with anybody with U.S. Xpress?
20      A.  No.
21      Q.  Were you at a meeting with
22  folks from Kelly Trucking and U.S.
23  Xpress?

Page 52

1      A.  No.
2      Q.  Do you remember what the
3  proposal was?
4      A.  No.
5      Q.  How did you learn about the
6  proposal?
7      A.  Guy told me later.
8      Q.  Do you recall what Guy told
9  you?
10      A.  They had a proposal in, and
11  they wanted to acquire the company and
12  they wanted to move fairly rapidly and
13  needed some information from each of
14  us.  And I had to get some stuff
15  together to send to them.
16      Q.  Was this July?
17      A.  Probably.
18      Q.  Do you recall whether it was
19  before or after the holiday, the
20  Fourth?
21      A.  I couldn't recall.
22      Q.  Do you remember what
23  information that you needed to gather?

13  (Pages 49 to 52)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 53

1    A.  I got information on sales,
2    customers, revenue per truck by month,
3    turnover ratios, I think some age --
4    employment ages, length of service, and
5    a few other operational statistics.
6        Q.  You said turnover ratios, is
7    that --
8        A.  Drivers.
9        Q.  -- drivers?
10       A.  Yes.
11       Q.  How long did it take you to
12   gather that information?
13       A.  Half a day, day.
14       Q.  When was the next discussion
15   with anyone about the purchase -- for
16   purposes of this deposition, I'm going
17   to call it the purchase negotiations,
18   something along those lines. You will
19   know what I'm talking about?
20       A.  Yes.
21       Q.  When was the next discussion
22   with anyone about the negotiations?
23       A.  Probably with Dennis, as far

Page 54

1    as I remember.
2        Q.  Dennis Farnsworth?
3        A.  Farnsworth.
4        Q.  Dennis Hamlet is gone by this
5    time?
6        A.  Yes.
7        Q.  Do you remember what time
8    frame?
9        A.  No.  I would say late July,
10   but I couldn't say specifically.
11       Q.  Do you remember what it was
12   about?
13       A.  That they were going to go
14   ahead and move forward.  They wanted me
15   to -- they were going to retain me as
16   general manager in charge of the
17   operation.  They were going to leave it
18   there in Wadley.
19       Q.  Was there any discussion about
20   a closing date?
21       A.  Soon.
22       Q.  By that, do you mean they were
23   going to try to close soon?

Page 55

1        A.  As soon as they could, yes.
2        Q.  Did you have any discussions
3    about the terms of the purchase?
4        A.  No, not really.
5        Q.  Anything about conditions to
6    closing?
7        A.  The main thing was, they were
8    wanting to be able to secure as many
9    drivers as possible.
10       Q.  Do you remember a specific
11   number that they needed?
12       A.  No.  Well, no, I can't
13   remember.  I mean, I have some numbers
14   in my mind, but I can't honestly say I
15   can remember the exact number they were
16   looking for.
17       Q.  Okay.  How many drivers did
18   Kelly Trucking have in July of '05?
19       A.  Let's see, 160, 170, somewhere
20   in that range.
21       Q.  And were these drivers
22   actually driving under Kelly Trucking's
23   authority?

Page 56

1        A.  Company and owner/operators,
2    yes.
3        Q.  Did any of these drivers --
4    I'm going to put owner/operators and
5    employee drivers under the same
6    heading, and I'm going to call them the
7    Kelly drivers.
8        Did any of the Kelly drivers
9    drive for any of Mr. Kelly's other
10   businesses?
11       A.  On a part-time basis.
12       Q.  Which entities?
13       A.  The logging, chip business.
14       Q.  Did any of them drive for any
15   of the spotting companies?
16       A.  No.
17       Q.  Were any of these spotting
18   drivers included in --
19       A.  No.
20       Q.  Let me finish my question.
21       A.  Sorry.
22       Q.  That's all right.
23       Were they included in the

**www.AmericanCourtReporting.com**
**January 19, 2007**

Page 57

1 total number of drivers with Kelly
2 Trucking?
3    A.  No.
4    Q.  So this estimate, and I
5 understand it is an estimate, of 160 to
6 170 is just Kelly employees and/or
7 Kelly owner/operators?
8    A.  That's what I believe.
9    Q.  Okay.  Mr. Childers would be
10 probably the right person to talk to
11 about that?
12    A.  That's correct.
13    Q.  Did you ever review any of the
14 Purchase Agreements between Kelly
15 Trucking and/or between -- who was it
16 between?
17      U.S. Xpress and -- between
18 U.S. Xpress and Kelly Trucking, Guy
19 Kelly or yourself?
20    A.  Yes.
21    Q.  When is the first time you saw
22 a copy of the Asset Purchase Agreement?
23    A.  Probably July, I guess.

Page 58

1    Q.  Was it before your discussion
2 with Mr. Farnsworth in late July?
3    A.  I couldn't say.  I don't
4 remember.
5
6      (Discussion off the record.)
7
8    Q.  (BY MR. HALL:)  I will show
9 you what was previously marked as
10 Defendant's Exhibit 35.  Do you recall
11 seeing that before?
12    A.  I don't.  I have seen
13 something, but I can't honestly say
14 that was it.  It's been so long.
15    Q.  Okay.  I will show you what's
16 been marked as Defendant's Exhibit 37,
17 which is a letter to Mr. Kelly.
18    A.  Okay.
19    Q.  Do you recall if you ever saw
20 that?
21    A.  Yes.
22    Q.  I'm going to show you two
23 additional documents; one is marked

Page 59

1 Defendant's Exhibit 40 and the other is
2 marked Defendant's Exhibit 45, and ask
3 if you remember seeing those two copies
4 of the Asset Purchase Agreement?
5    A.  There is some information in
6 here that I remember.  Whether it's the
7 exact document or not, I couldn't
8 answer that.
9    Q.  Okay.  I understand the one
10 marked 40 --
11    A.  Okay.
12    Q.  -- was a version sent to
13 Mr. Kelly in July, and the one marked
14 45 was sent the first week of August
15 with some changes in it.
16      Do you recall there being two
17 versions?
18    A.  No.
19    Q.  On the last page of Exhibit
20 45, there is a signature line, and
21 above it there is a signature where
22 it's typewritten Nelson Chastain.  Is
23 that your signature?

Page 60

1    A.  That's it.
2    Q.  Did you have a meeting with
3 Mr. Kelly about the Purchase Agreement
4 before you signed it?
5    A.  Yes.
6    Q.  Was anybody else at that
7 meeting?
8    A.  I don't recall.
9    Q.  I shouldn't have assumed that.
10      Was there more than one
11 discussion about the Purchase Agreement
12 before you signed it?
13    A.  I don't remember that.
14    Q.  Do you remember your
15 discussions with Mr. Kelly or otherwise
16 about the Purchase Agreement?
17    A.  No.
18    Q.  Did you seek any type of legal
19 counsel with regard to the Purchase
20 Agreement?
21    A.  No.
22    Q.  Do you know if Mr. Kelly did?
23    A.  I would say yes, but I can't

15  (Pages 57 to 60)

# American Court Reporting
## toll-free (877) 320-1050

Page 61

1  definitely answer that. I would think
2  so, but I can't say that I know he
3  actually called somebody.
4      Q.  Do you recall when you signed
5  Defendant's Exhibit 45, a copy of it?
6      A.  No.
7      Q.  What was your understanding of
8  what you were agreeing to in the
9  Purchase Agreement about whether or not
10 there was going to be a closing?
11     A.  As I understood, we were going
12 to close. It was going to be soon.
13     Q.  Were you aware that there were
14 conditions --
15     A.  Yes.
16     Q.  Okay. Just so it's clear on
17 the record, I know what you mean and
18 you know what I mean, but I want it to
19 make sure it's clear on the record.
20     A.  Okay.
21     Q.  You understood that there were
22 conditions that had to be met before
23 there could be a closing?

Page 62

1      A.  Yes.
2      Q.  At any time, did anyone from
3  U.S. Xpress guarantee to you that there
4  would be a closing no matter what?
5      A.  I received a call one Sunday
6  night from Dennis saying, we were going
7  to close on Tuesday. The statement, no
8  matter what, was not involved.
9      Q.  It was just, we are going to
10 close on Tuesday?
11     A.  Yes. I feel confident we are
12 going to close on Tuesday.
13     Q.  Do you remember what month?
14     A.  August.
15     Q.  And that call was on a Sunday
16 night?
17     A.  Yes.
18     Q.  I understand that a group from
19 USX or U.S. Xpress came to Wadley to, I
20 guess, qualify Kelly drivers in August.
21 Do you remember that?
22     A.  Yes.
23     Q.  And some other folks from U.S.

Page 63

1  Xpress came down and were inspecting
2  some equipment?
3      A.  Yes.
4      Q.  That was the week of August
5  22nd is my understanding?
6      A.  Late August.
7      Q.  Was the telephone call on the
8  Sunday night in reference to a closing
9  on Tuesday, was it that week?
10     A.  No. It was prior.
11     Q.  Prior to that. Okay.
12         Do you know why he called you
13 that Sunday night?
14     A.  Because it kept being delayed,
15 people were getting skeptical, and I
16 needed something definite from a
17 customer standpoint, because I was
18 getting a lot of calls from concerned
19 customers.
20     Q.  Which customers were calling
21 you?
22     A.  I had a conversation with
23 Kanoff Fiberglass, Bowater Paper,

Page 64

1  MeadWestvaco, Nabisco, the agents and
2  his representation.
3      Q.  Mr. Hopper?
4      A.  Yes.
5      Q.  Any others?
6      A.  Those are the ones I recall
7  right now.
8      Q.  How did they know about -- not
9  Mr. Hopper, but how did the customers:
10 Kanoff, Bowater, Mead, Nabisco and the
11 others that you mentioned, how did they
12 know about the negotiations?
13     A.  Some I had mentioned to, and I
14 think some might have picked it up just
15 maybe through a dispatcher. I had to
16 have a contract in place with each one
17 of them at time of sale that wasn't
18 presently doing business with U.S.
19     Q.  Okay. As part of the
20 agreement U.S. Xpress, you,
21 Mr. Chastain, were supposed to approach
22 the customers and get a contract that
23 U.S. Xpress would provide

16  (Pages 61 to 64)

## www.AmericanCourtReporting.com
## January 19, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 65

1 transportation services for them?
2   A. They were taking over Kelly.
3   Q. And basically you had to get
4 the agreement from the customers?
5   A. Yeah. We had a contract that
6 we provided and they had to sign it.
7   Q. Okay. Did any of these
8 customers object to that?
9   A. Yes, sir.
10   Q. Which ones?
11   A. Bowater was the first, Kanoff
12 was the second. Those were the main
13 two that I recall.
14   Q. So, in other words, they
15 didn't want to use U.S. Xpress?
16   A. They were not going to use
17 U.S. Xpress if we sold.
18   Q. You said not use if your sold?
19   A. If U.S. Xpress acquired the
20 company, Kelly, they would not use us
21 anymore.
22   Q. Did they say why?
23   A. Yes, sir.

Page 66

1   Q. Why?
2   A. Bad service in the past.
3   Q. Why were they calling you?
4 You said that you received some
5 calls --
6   A. Yes.
7   Q. -- and you needed to get some
8 answers from U.S. Xpress, and
9 Mr. Farnsworth was calling you back on
10 that Sunday night.
11     Why were the customers calling
12 you? What did they want you to do?
13   A. They wanted me to give them
14 what was happening, they wanted to know
15 if we were going to sell, if we were
16 not going to sell, when was the sale
17 going down, and basically their
18 feelings.
19   Q. After that phone conversation
20 with Mr. Farnsworth, did you have any
21 other conversations with Mr. Farnsworth
22 about closing?
23   A. No specific dates.

Page 67

1   Q. It obviously did not close
2 that Tuesday?
3   A. No.
4   Q. What did you do, if anything,
5 about that?
6   A. Nothing.
7   Q. To your knowledge, did U.S.
8 Xpress have any unauthorized contact
9 with Kelly Trucking clients?
10   A. Yes.
11   Q. When?
12   A. After I provided the list.
13   Q. Which clients?
14   A. The main one I can recall was
15 Wabash Alloys and Delphi.
16   Q. Do you know who had the
17 contact with them?
18   A. Some of their sales reps.
19   Q. Do you remember what time
20 period this was?
21   A. No.
22   Q. Do you know whether it was
23 after August of '05?

Page 68

1   A. No. It was prior to the sale,
2 prior to the -- mid-August, I would
3 say.
4   Q. How did you know they had had
5 contact with them?
6   A. Customers told us.
7   Q. What did they say?
8   A. That U.S. Xpress had been in
9 to talk to them.
10   Q. What I'm getting to is, did
11 they say, U.S. Xpress was in here and
12 said that they were looking at buying
13 Kelly or were they there on a sales
14 call for U.S. Xpress unrelated to --
15   A. The first.
16   Q. The first. Okay. So they
17 said, we are looking into buying out
18 Kelly Trucking?
19   A. Yes.
20   Q. What effect, if anything, did
21 that have on Kelly Trucking's
22 relationship with Wabash or Delphi?
23   A. Wabash, we lost. The customer

17 (Pages 65 to 68)

# American Court Reporting
## toll-free (877) 320-1050

Page 69

1  got antsy on what was going to
2  transpire and subsequently found
3  another provider of transportation. On
4  Delphi, that was through the agent
5  also, and he started looking.
6      Q.  What do you mean, he started
7  looking?
8      A.  For another carrier.
9      Q.  Oh, okay.
10     A.  And basically, he replaced us
11  with another of his clients.
12     Q.  When did Wabash quit using
13  Kelly Trucking?
14     A.  Probably September.
15     Q.  After U.S. Xpress had called
16  off negotiations?
17     A.  Yes.
18     Q.  Do you know who picked up the
19  Wabash account?
20     A.  I knew at the time. I can't
21  remember their name. It was not
22  through the agent, though.
23     Q.  It wasn't U.S. Xpress, was it?

Page 70

1      A.  No. No.
2      Q.  I assume, when we are talking
3  about the agent, we are talking about
4  Mr. Hopper?
5      A.  Yes.
6      Q.  When did Mr. Hopper steer the
7  work to another carrier?
8      A.  Probably September, I believe.
9      Q.  Was there an agreement in
10  place that Kelly Trucking would not
11  have any contact with the customers on
12  the Kelly Trucking customer list? Did
13  you follow that?
14     A.  I think you meant with U.S.
15  Xpress not having any contact with the
16  customers, right?
17     Q.  Yes, I did. I was testing
18  you.
19     A.  Okay.
20     Q.  No, I messed that up.
21         Was there an agreement?
22     A.  No, I don't recall an
23  agreement on that.

Page 71

1      Q.  Did you know that they were --
2      A.  No.
3      Q.  -- they were going to contact
4  customers?
5      A.  I didn't know that.
6      Q.  Do you know if Mr. Kelly did?
7      A.  I don't know if he knows.
8      Q.  Do you remember if the
9  Purchase Agreement covered that at all?
10     A.  I don't recall.
11     Q.  Were you involved at all with
12  the U.S. Xpress employees that came to
13  Wadley in late August to qualify the
14  drivers?
15     A.  My involvement was to bring
16  the drivers in, as many as I could,
17  without disrupting business.
18     Q.  Did any Kelly drivers quit
19  during the negotiations with U.S.
20  Xpress?
21     A.  I don't recall.
22     Q.  Do you know if any quit the
23  week that U.S. Xpress was coming in to

Page 72

1  fill out applications?
2      A.  I don't recall. I don't
3  recall that.
4      Q.  Do you remember how many you
5  were able to route into Wadley?
6      A.  Specific number, no. The
7  first day, we probably had 40 percent.
8      Q.  Did you know what U.S. Xpress
9  was doing?
10     A.  They were going to do a review
11  of the drivers and an orientation and
12  they would have them in and out the
13  same day.
14     Q.  Did they?
15     A.  No.
16     Q.  Do you know why not?
17     A.  No.
18     Q.  When you say review of the
19  drivers, fill out applications?
20     A.  Yes.
21     Q.  Drug tests, road tests, things
22  of that nature?
23     A.  Yes.

18 (Pages 69 to 72)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 73

1    Q.  Did you have any conversations
2  or were you present when there was any
3  conversations about drivers meeting or
4  not meeting U.S. Xpress' hiring
5  requirements?
6    A.  Yes.
7    Q.  Can you tell me about those,
8  please?
9    A.  This goes back to the first
10  part of August, I believe.  There was a
11  conference call with U.S. Xpress; Guy
12  was present, I was present, Frank
13  Childers was present and Randall, I
14  think might have been present.  And
15  they had questions on a number of
16  drivers.  And Dennis Farnsworth may
17  have been there also.
18      But there was review of
19  certain drivers, on their records, that
20  they were trying to disqualify or
21  trying to get qualified.  Dennis'
22  comment was to force the issue and some
23  of these drivers should be able to make

Page 74

1  it through as long as you would
2  question the safety department at U.S.
3  Xpress.
4    Q.  Could you say that again?  I'm
5  not sure I followed you.
6    A.  There are some that they had
7  some questions on, they were going to
8  originally be disqualified.  And Dennis
9  told us to question their safety
10  department or discuss the driver, that
11  he should be able to make it on the
12  circumstances of the driving record.
13    Q.  Do you know what they were
14  questioning them based off of?  Was it
15  Kelly drivers' files or --
16    A.  Yes.
17    Q.  -- was it applications that
18  they filled out with U.S. Xpress?
19    A.  It was the driver files.  This
20  was prior to them filling out an
21  application.
22    Q.  To your knowledge, did Kelly
23  Trucking have drivers' files for all of

Page 75

1  its drivers?
2    A.  Yes.
3    Q.  So U.S. Xpress had reviewed
4  the Kelly drivers' files and had
5  questions about some of the drivers?
6    A.  That's correct.
7    Q.  And Dennis told y'all, the
8  Kelly people, to question the U.S.
9  Xpress people about whatever their
10  issues were?
11    A.  That's correct.
12    Q.  Do you know if U.S. Xpress
13  ever sent applications to Kelly
14  Trucking to have the drivers fill out
15  and send to U.S. Xpress prior to the
16  U.S. Xpress representatives coming to
17  Wadley in August?
18    A.  No.
19    Q.  Then you don't know how many
20  of those applications may have been
21  filled out and sent back to U.S.
22  Xpress?
23    A.  No.

Page 76

1    Q.  Did you have any conversations
2  with anybody from U.S. Xpress about the
3  drivers who did not meet U.S. Xpress'
4  hiring standards the week of August
5  22nd?
6    A.  I did not.
7    Q.  Do you know if anybody else
8  did?
9    A.  Frank and Guy.
10    Q.  You were not present?
11    A.  Let me just say, I was in and
12  out.
13    Q.  Do you recall anything while
14  you were in?
15    A.  Small office.
16    Q.  I mean, do you recall anything
17  that was said?
18    A.  No.
19    Q.  Did you have any conversations
20  with Frank or Guy about what was said?
21    A.  No.  Well, let me put it this
22  way.  We discussed they were having a
23  conversation, they were going over the

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 77

1  drivers' files and these were not
2  qualified. But just kind of a
3  generality of what was happening. It
4  wasn't my area of expertise, so I
5  stayed out of it.
6      Q.  Did anybody from U.S. Xpress
7  say that U.S. Xpress was not going to
8  be able to qualify enough drivers to
9  meet the condition to closing in the
10  Purchase Agreement?
11     A.  I have heard that. I can't
12  tell you who or when.
13     Q.  Do you know who Al Hingst is?
14     A.  I believe I do.
15     Q.  Did you meet him the week of
16  August 22nd?
17     A.  Yes.
18     Q.  Did you have any conversations
19  with anybody from U.S. Xpress about
20  their inspection of Kelly Trucking
21  tractors and trailers?
22     A.  No, I did not.
23     Q.  Do you know if anybody from

Page 78

1  Kelly Trucking did?
2      A.  Yes.
3      Q.  Who?
4      A.  Guy.
5      Q.  Anybody besides Guy?
6      A.  Not without venturing a guess,
7  no.
8      Q.  Who was over maintenance of
9  equipment at Kelly Trucking?
10     A.  Charles Lance.
11     Q.  I understand nobody currently
12  works for Kelly Trucking.
13         Do you know where Charles
14  Lance is now?
15     A.  No.
16     Q.  Do you know if he still works
17  for a company owned by Mr. Kelly?
18     A.  I think so.
19     Q.  Do you know which one?
20     A.  No.
21     Q.  Do you recall any discussions
22  about U.S. Xpress finding that the
23  equipment was not to their

Page 79

1  satisfaction, the condition of the
2  equipment was not to their
3  satisfaction?
4      A.  I was told by Guy that
5  Thursday afternoon, I think, when
6  Allen, Mr. Hingst, came down and had
7  told Guy that it's not working out and
8  they are pulling out.
9      Q.  Guy told you that Al said that
10  the equipment wasn't --
11     A.  It wasn't going to go through,
12  it wasn't working out.
13     Q.  You didn't hear Mr. Hingst say
14  that?
15     A.  I wasn't in that meeting.
16     Q.  Did Guy say whether or not
17  Mr. Hingst said anything about not
18  enough employees qualifying at that
19  time?
20     A.  I really couldn't say.
21     Q.  You heard it sometime, but you
22  are not sure?
23     A.  Yeah.

Page 80

1      Q.  Was that before U.S. Xpress
2  said it wasn't going to work out?
3      A.  Uh-huh.
4      Q.  Was that a yes?
5      A.  It was during that week.
6      Q.  Okay. What was your reaction
7  when you learned that Kelly Trucking or
8  U.S. Xpress was going to pull out, they
9  weren't going to close?
10     A.  Time to regroup.
11         MR. HALL:  Speaking of
12  regrouping, I need to take about a
13  five-minute break.
14
15         (Short recess.)
16
17     Q.  (BY MR. HALL:)  I was asking
18  you some questions about Defendant's
19  Exhibit 45, the Asset Purchase
20  Agreement, and asked if you had sought
21  the advice of an accountant or an
22  attorney.
23         Did you seek anyone's advice

20  (Pages 77 to 80)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 81

1  on the Purchase Agreement before
2  signing it?
3      A.  No.
4      Q.  Who is Tucker McKinney?
5      A.  He is an office person that we
6  have that was a jack of all trades.  He
7  did our computer work, he worked in the
8  shop, worked in the dispatch, wherever
9  we needed him.
10     Q.  Do you know where he is?
11     A.  He is still with Guy.
12     Q.  Do you know what entity he
13 works for?
14     A.  No.
15     Q.  When did you quit working with
16 Kelly Trucking?
17     A.  Last week of November 2005.
18     Q.  Do you know if -- you
19 mentioned a couple of -- Bowater and
20 Kanoff, do you know whether any of the
21 companies that Mr. Kelly now operates
22 services those customers?
23     A.  I couldn't say.  I don't know.

Page 82

1      Q.  Did you have anything to do
2  with the Kelly Trucking general ledger?
3      A.  No.
4      Q.  You wouldn't know where that
5  would be?
6      A.  No.
7      Q.  I will show you what has been
8  marked as Defendant's Exhibit 13, which
9  is some interrogatories or questions
10 that the defendants in this case sent
11 to Kelly Trucking.
12         Did you have any involvement
13 in answering any of those questions?
14     A.  Let me see.  I don't recall
15 doing this.
16     Q.  Okay.  Did you have any
17 written communications; e-mail,
18 letters, notes to U.S. Xpress during
19 the negotiations?
20     A.  No.
21     Q.  Or after?
22     A.  No.
23     Q.  Did you have any written

Page 83

1  communications with Guy Kelly about the
2  negotiations?
3      A.  No.
4      Q.  Did you have any involvement
5  in the preparation of Kelly Trucking's
6  financial statements?
7      A.  No.  I just made the money and
8  they figured out how to spend it and
9  put it on a piece of paper.
10     Q.  I take it, you didn't have any
11 involvement in the preparation of the
12 tax returns?
13     A.  No.
14     Q.  You are not giving me many
15 things to ask you about.
16     A.  Good.
17     Q.  Have you seen the Complaint
18 that was filed in this case?
19     A.  I don't think so.
20     Q.  How did you learn that U.S.
21 Xpress was not going to go forward with
22 the deal?
23     A.  From Guy.

Page 84

1      Q.  Is that the same day that he
2  had his meeting with Al?
3      A.  Yes.
4      Q.  Did Mr. Kelly ever tell you
5  that U.S. Xpress had breached a
6  contract with him?
7      A.  I don't recall.
8      Q.  Do you recall if he ever said
9  anything about them, U.S. Xpress,
10 misrepresenting anything to him?
11     A.  I don't recall that.
12     Q.  Were you involved at all with
13 the negotiations with James R. Smith?
14     A.  Very little.
15     Q.  How were you involved?
16     A.  Just discussion on it.  He
17 wanted to purchase equipment or the
18 company, had some questions concerning
19 the operation and bringing some people
20 down.  That was basically the extent of
21 it.
22     Q.  And that was after U.S. Xpress
23 had pulled out?

21 (Pages 81 to 84)

**www.AmericanCourtReporting.com**
**January 19, 2007**

Page 85

1    A.  Yes.
2    Q.  Had you ever talked with
3  Mr. Kelly about Kelly Trucking selling
4  -- entering into either an Asset
5  Purchase Agreement or some type of sale
6  prior to U.S. Xpress pulling out?
7    A.  Yes.
8    Q.  When?
9    A.  Wait a minute.
10    Q.  I'm talking about with James
11  R. Smith.
12    A.  Oh.  No.
13    Q.  I will show you what has been
14  marked as Defendant's Exhibit 42.  It's
15  an e-mail from Mr. Kelly to
16  Mr. Farnsworth.  In the second
17  paragraph of that e-mail, Mr. Kelly
18  writes, I have basically sucked the
19  cash out of the company and backed off
20  my payments anticipating a sale, so I
21  am not dead, period.
22      Did you have any discussions
23  with Mr. Kelly about taking cash out of

Page 86

1  Kelly Trucking?
2    A.  No.
3    Q.  Did you know that he had taken
4  cash out of the company?
5    A.  Directly, no.
6    Q.  Indirectly, did you know?
7    A.  I wouldn't say cash.
8    Q.  What are you referring to?
9    A.  Some maintenance, using some
10  company people to do some work on his
11  other equipment.
12    Q.  Were you involved in the
13  decision to back off on payments to
14  creditors?
15    A.  No.
16    Q.  You were not?
17    A.  (Shakes head.)
18    Q.  Were you aware that that was
19  happening?
20    A.  I knew we were late on
21  payments.
22    Q.  Was Kelly Trucking late on
23  payments in April of 2005?

Page 87

1    A.  I don't recall.
2    Q.  Would Mr. Hamlet or
3  Mr. Fant --
4    A.  Yes.  Whoever that was at the
5  time.
6    Q.  Back to the question about the
7  cash being taken out of the company.
8      You weren't aware that that
9  had happened?
10    A.  I wasn't aware that he took
11  cash out of the company at all.
12    Q.  So you wouldn't know where
13  that cash may have gone?
14    A.  No.
15    Q.  I will put that back, unless
16  you want to talk about it.
17      I will show you what has been
18  marked as Defendant's Exhibit 44.  It's
19  a note dated August 13th, 2005, 3:45
20  p.m.  It says, conversation with Greg
21  Fields giving notice to Kelly for 120
22  days notice, said the U.S. Xpress
23  situation had a big influence on their

Page 88

1  decision to cut our services.
2      And there are three names at
3  the top: Nelson Chastain, Mary Kelly,
4  Guy Kelly.
5      Do you know what this is in
6  reference to?
7    A.  Wabash.
8    Q.  Wabash.  Okay.  Greg Fields,
9  who is Greg Fields?
10    A.  He is with Wabash.
11    Q.  Were you all present during
12  this conversation?
13    A.  It was an ongoing, I believe.
14  But I don't remember exactly a specific
15  conversation.  They were separate, if I
16  can recall, because I remember talking
17  by myself one time.
18    Q.  With Mr. Fields?
19    A.  Yeah.
20    Q.  You don't recall a meeting
21  with yourself, Mrs. Kelly --
22    A.  No.
23    Q.  -- and Mr. Kelly with Greg

22  (Pages 85 to 88)

# American Court Reporting
## toll-free (877) 320-1050

Page 89

1    Fields?
2      A.  I don't recall that.
3      Q.  Conference call?
4      A.  Don't recall that.  Let me put
5    it this way.  It didn't happen if Mary
6    was involved.  I didn't have any
7    conference calls with her.
8      Q.  Was she ever in on any of the
9    business meetings?
10     A.  No.
11     Q.  Did you have any conversations
12   with U.S. Xpress about it paying Kelly
13   Trucking's expenses associated with the
14   driver qualification and the equipment
15   inspection the week of August 22nd?
16     A.  I don't recall.
17     Q.  Okay.  Did you have any
18   conversations with Guy Kelly about
19   that?
20     A.  Yes.
21     Q.  When was that?
22     A.  That was that week of.
23     Q.  What did he say?

Page 90

1      A.  I don't remember what he said,
2    I remember what I said.
3      Q.  What did you say?
4      A.  They are killing me.  I
5    expected trucks to be in and out the
6    same day and I had booked freight for
7    all of them, and some didn't get out
8    until Thursday.
9      Q.  Was that the only conversation
10   that you had about that?
11     A.  That's basically what I
12   remember.
13     Q.  I will show you what has been
14   marked as Defendant's Exhibit 57 and
15   ask if you have seen that letter
16   before.
17     A.  I have seen this.
18     Q.  There is an attachment to it.
19   Have you seen that before?
20     A.  I don't recall that one.  I do
21   remember the cover.
22     Q.  Did you have any involvement
23   in the preparation of the attachment,

Page 91

1    the second page to it?
2      A.  No, I don't believe I did.  I
3    just don't remember it.
4      Q.  I will show you what has been
5    marked as Defendant's Exhibit 58.  It's
6    an e-mail from Gary Hopper, and you are
7    CCed on it.  Do you recall this e-mail?
8      A.  I don't remember the e-mail.
9    I do remember him saying that you were
10   going to be out.  And I didn't remember
11   -- I mean, when.
12     Q.  Do you remember who replaced
13   Kelly Trucking on this account?
14     A.  No.  There was a carrier out
15   of Florence, Alabama, but I don't know
16   the name of them, and I was told that's
17   who it was going to be, but I don't
18   know for sure if they did or not.
19     Q.  Do you know, was this a Kelly
20   Trucking account or was it another
21   company?
22     A.  It was through Gary Hopper,
23   the agent.

Page 92

1      Q.  Which carrier, which trucking
2    company was actually performing the
3    work?
4      A.  Kelly Trucking.
5      Q.  Were you present when some of
6    the Kelly equipment, either leased or
7    financed, was repossessed?
8      A.  I was present when it was
9    happening.
10     Q.  Were you involved in any of
11   that?
12     A.  No.
13     Q.  I will show you Defendant's
14   Exhibit 81.  At the bottom of it, there
15   is an e-mail from Mr. Kelly to a Danny
16   Frankel or Frankel.  It indicates that
17   Mr. Kelly is going to James R. Smith.
18        Do you recall that at all?
19     A.  No.
20     Q.  Is it your opinion that U.S.
21   Xpress' decision not to go forward with
22   closing was a breach of the Purchase
23   Agreement?

23  (Pages 89 to 92)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 93

1    MR. TOMLINSON: Object to the
2 form. Calls for a legal conclusion.
3 You can answer, if you can.
4    A.  I don't know what it would be
5 called.  Misrepresentation.
6    Q.  How so?
7    A.  We provided all the
8 information that they required.  They
9 had a chance to look at it.  And it was
10 drug on and on.  And something -- every
11 time, it was something more each time,
12 especially with the driver files.  We
13 had given them every single one of
14 them, and they have made a
15 determination at that time, after
16 reviewing them, what they could do and
17 what they couldn't do.  We are talking
18 a month and a half later deciding we
19 didn't have enough drivers.  And the
20 files were DOT certified being correct
21 and accurate and up to date.  So there
22 shouldn't have been any problems
23 whatsoever in reviewing them.

Page 94

1    Q.  Do you think that U.S. Xpress
2 never intended to close the deal?
3    A.  No.  I don't see what they
4 would gain by not.  We had made
5 decisions based on them buying it out
6 and held off on some other decisions
7 that they -- that we needed to have
8 made.
9    Q.  What decisions did you make
10 anticipating that they would close on
11 the deal?
12    A.  I went back and contacted all
13 the customers and trying to maintain a
14 customer base, which I wouldn't have
15 had to do.  It was lot of wasted time
16 trying to realign what we were going to
17 have and what we were going to do and
18 how we were going to operate.
19    Q.  Were you able to retain
20 customers?
21    A.  With a few exceptions.
22    Q.  Bowater?
23    A.  Bowater, we got back.  Wabash

Page 95

1 was a casualty and Delphi was a
2 casualty.
3    Q.  I didn't hear that.
4    A.  Wabash and Bowater -- Wabash
5 and Delphi ended up being causalities.
6 You know, the company had a good
7 reputation on the street,
8 customer-wise.
9    Q.  Did you ever have a meeting
10 with Mr. Hamlet or Mr. Fant regarding
11 the financial health of Kelly Trucking?
12    A.  Not without Guy there.  Just
13 when we -- yeah, when we do a monthly
14 financial, I mean, it was discussed.
15    Q.  Did either of them ever tell
16 you that it was their opinion that
17 Kelly Trucking needed to either sell or
18 restructure?
19    A.  Not directly.  The game plan
20 was to sell some equipment, trailers,
21 because we had too many for the amount
22 of tractors we had on the road.  And
23 U.S. Xpress was in a need for trailers

Page 96

1 and asked us not to do that.
2    Q.  Were you unable to sell the
3 trailers?
4    A.  We didn't try at the time.
5    Q.  How long were you held off
6 from selling them?
7    A.  Well, I think this was
8 probably in April or May, we had talked
9 about it.  And so we really didn't do
10 anything, dispose of any equipment, I
11 think, until September.  We normally
12 run a three to one ratio of tractors to
13 trailers and we were at a balance or
14 less.
15    Q.  After U.S. Xpress pulled out,
16 there were negotiations with James R.
17 Smith, and you sold some trailers, you
18 went around and contacted the customer
19 base.
20      What else did you do?
21    A.  After U.S. Xpress --
22    Q.  After U.S. Xpress pulled out.
23    A.  Basically, trying to figure

24  (Pages 93 to 96)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 97

1 ways we could cut costs and where we
2 were going.
3     Q.  Who did you sell the trailers
4 to?
5     A.  I don't recall.  Guy did that
6 or turned them in.  I'm not sure what
7 he did with them.
8     Q.  When did you decide -- I know
9 you left in November '05.
10        When did you start considering
11 leaving Kelly Trucking?
12     A.  Probably the first of
13 November.
14     Q.  What prompted that?
15     A.  Just discussions with Guy.
16     Q.  What were those discussions?
17     A.  Basically, where he was going,
18 what direction he was headed in, what
19 his interests were, what mine were.
20     Q.  What were his interests?
21     A.  His -- logging was becoming a
22 big part of his area.
23     Q.  Did he want to get out of the

Page 98

1 spotting business?
2     A.  No.
3     Q.  Did he want to race?
4     A.  Yes.
5     Q.  Did y'all enter into any kind
6 of a written separation agreement?
7     A.  Yes.  Uh-huh.
8     Q.  You took the spotting
9 companies and --
10     A.  Took some of them.  He got
11 some, I got some.
12     Q.  Was that an amicable split?
13     A.  As well as could be expected.
14        MR. HALL:  Let me talk with
15 Melissa and look over my notes.
16
17        (Short recess.)
18
19     Q.  (BY MR. HALL:)  You mentioned
20 that you were aware that Mr. Kelly was
21 borrowing drivers on a part-time basis.
22     A.  Uh-huh.
23     Q.  You have to say yes.

Page 99

1     A.  Yes.
2     Q.  Were those drivers driving for
3 other companies?
4     A.  They were driving for some of
5 his entities.
6     Q.  Mr. Kelly's entities?
7     A.  Yes.
8     Q.  Do you know whether or not
9 they were keeping separate driver
10 files?
11     A.  I don't know.
12     Q.  Did you have any management
13 responsibilities for any of Mr. Kelly's
14 other companies?
15     A.  No.
16     Q.  Did Mr. Kelly's other
17 companies borrow Kelly Trucking
18 equipment?
19     A.  May have.  Guy had trucks
20 leased to the company in addition to
21 owning some, the company owning some.
22 So the ownership sometimes is kind of
23 vague.

Page 100

1     Q.  You said Mr. Kelly had an
2 interest -- his interest was more in
3 the logging?
4     A.  That's my opinion.
5     Q.  Was that Riverwood?
6     A.  I don't know what the name of
7 it was.
8     Q.  Did Kelly Trucking keep an
9 accident log?
10     A.  Yes.
11     Q.  Do you know if it still
12 exists?
13     A.  It should.  It's required by
14 the DOT.
15        MR. HALL:  That's all the
16 questions I have.
17        MR. TOMLINSON:  I don't have
18 any questions.
19
20        (Further Deponent Saith Not)
21
22        (Whereupon, deposition
23        concluded at 2:30 p.m.)

25 (Pages 97 to 100)

**www.AmericanCourtReporting.com**
**January 19, 2007**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 101

```
 1          CERTIFICATE
 2   STATE OF ALABAMA)
 3   JEFFERSON COUNTY)
 4
 5       I hereby certify that the above
 6   and foregoing deposition was taken down
 7   by me in stenotype, and the questions
 8   and answers thereto were transcribed by
 9   means of computer-aided transcription,
10   and that the foregoing represents a
11   true and correct transcript of the
12   testimony given by said witness upon
13   said hearing.
14       I further certify that I am
15   neither of counsel, nor kin to the
16   parties to the action, nor am I in any
17   way interested in the result of said
18   cause named in said caption.
19
20
21       MELANIE L. PETIX, CSR, CLR
22       Certificate Number: AL-CSR-516
23       My Commission expires 9/13/08
```

**www.AmericanCourtReporting.com**
**January 19, 2007**

American Court Reporting
toll-free (877) 320-1050

Page 1

---

## A

able 55:8 72:5 73:23 74:11 77:8 94:19

about 6:14 9:16 12:1,9,23 13:5 14:3 15:23 16:18 20:9,21 21:11 22:4 24:4 30:1 33:1 37:19 41:3 44:4 46:18 47:16 48:15 49:5,8 50:1 50:12,14 52:5 53:15,19,22 54:12 54:19 55:3,5 57:11 60:3,11,16 61:9 64:8,12 66:22 67:5 70:3,3 73:3,7 75:5,9 76:2 76:20 77:19 78:22 79:17 80:12,18 83:1,15 84:9 85:3 85:10,23 87:6,16 89:12,18 90:10 96:9

above 6:15 59:21 101:5

accident 100:9

accordance 3:10

account 69:19 91:13,20

accountant 80:21

accounts 35:9,23

accurate 33:17 93:21

acquire 52:11

acquired 65:19

acquiring 50:2,6

acting 6:4

action 1:6 101:16

actually 55:22 61:3 92:2

addition 99:20

additional 58:23

address 7:15,18

advice 80:21,23

advised 3:19

affect 40:17

affirmed 6:21

after 17:8,19 19:9 20:3,13 21:22 23:8 24:20 27:3 52:19 66:19 67:12 67:23 69:15 82:21 84:22 93:15 96:15 96:21,22

afternoon 79:5

again 14:23 26:15 74:4

age 53:3

agent 37:15 38:1 69:4,22 70:3 91:23

agents 37:16 64:1

ages 53:4

ago 12:1,2 14:3

agreed 2:3,16 3:1

agreeing 61:8

agreement 35:23 39:5 43:14 57:22 59:4 60:3,11,16 60:20 61:9 64:20 65:4 70:9,21,23 71:9 77:10 80:20 81:1 85:5 92:23 98:6

Agreements 57:14

ahead 54:14

al 1:12 77:13 79:9 84:2

Alabama 1:2 2:9 2:13 3:11 4:8,16 6:4,6,13 7:14 12:21 13:3,4

14:11 21:3 47:15 91:15 101:2

Allen 4:5 79:6

Alloys 67:15

along 53:18

always 8:9

AL-CSR-516 101:22

amended 3:12

amicable 98:12

amount 95:21

and/or 57:6,15

another 36:15 69:3 69:8,11 70:7 91:20

answer 8:15 59:8 61:1 93:3

answering 82:13

answers 66:8 101:8

anticipating 85:20 94:10

antsy 69:1

anybody 11:15 51:19 60:6 76:2,7 77:6,19,23 78:5

anymore 65:21

anyone 49:17 51:8 53:15,22 62:2

anyone's 80:23

anything 21:16 22:17 25:8 29:8 30:10 32:21 35:8 35:11,21 39:23 41:14 50:18 55:5 67:4 68:20 76:13 76:16 79:17 82:1 84:9,10 96:10

anywhere 35:1

application 74:21

applications 72:1 72:19 74:17 75:13 75:20

approach 64:21

approximately 8:19 19:3 26:14

April 44:19 86:23 96:8

AR 30:9

area 77:4 97:22

Arizona 45:8

around 12:14 20:18 44:11 96:18

asked 9:8 43:1 80:20 96:1

asking 80:17

asset 15:11,12 23:6 23:9 46:14,18 57:22 59:4 80:19 85:4

assets 16:7

assign 3:6

assistant 19:15

associated 89:13

assume 11:6 19:5 44:6 70:2

assumed 25:4 60:9

Atlanta 13:9 17:6 20:5

attachment 90:18 90:23

attorney 80:22

auditing 33:16

August 59:14 62:14 62:20 63:4,6 67:23 71:13 73:10 75:17 76:4 77:16 87:19 89:15

Augusta 12:22,23

authority 55:23

available 50:22

aware 61:13 86:18 87:8,10 98:20

away 42:8

a.m 1:20 2:14 6:14

---

## B

B 3:16 4:11 5:7

back 9:7 10:13,17 15:1,5 20:5 24:6 24:14 27:19,22 28:6,22 29:6 33:20 34:7 37:4 42:20 50:8 51:10 66:9 73:9 75:21 86:13 87:6,15 94:12,23

backed 85:19

background 16:19

Bad 66:2

Baker 2:10 4:12 6:9

balance 96:13

Baltimore 19:18

base 94:14 96:19

based 74:14 94:5

basically 28:2 50:5 65:3 66:17 69:10 84:20 85:18 90:11 96:23 97:17

basis 56:11 98:21

Bearman 2:10 4:12 6:10

Beasley 4:5 47:10 47:14,18 48:5,10

becoming 97:21

before 2:6 6:9 48:8 52:19 58:1,11 60:4,12 61:22 80:1 81:1 90:16 90:19

begin 41:1

beginning 41:17 43:4

being 30:8 59:16 63:14 87:7 93:20 95:5

believe 13:12,23

---

www.AmericanCourtReporting.com
January 19, 2007

American Court Reporting
toll-free (877) 320-1050

20:16 31:6,15
32:22 39:1 45:10
46:15,20 47:12
48:9,21 49:3,20
51:10 57:8 70:8
73:10 77:14 88:13
91:2
**Berkowitz** 2:11
4:13 6:11
**besides** 15:13 21:16
22:17 37:17 78:5
**best** 43:12 50:9
51:2
**better** 9:3 19:14
39:13
**between** 2:3 27:16
44:6 57:14,15,16
57:17
**big** 39:22 87:23
97:22
**Bill** 31:15
**billing** 30:9
**Birmingham** 2:13
4:16 6:12
**booked** 90:6
**borrow** 99:17
**borrowing** 98:21
**boss** 21:12
**both** 35:15
**bottom** 92:14
**bought** 14:18 23:17
23:20
**Bowater** 63:23
64:10 65:11 81:19
94:22,23 95:4
**BOX** 4:7
**breach** 92:22
**breached** 84:5
**break** 49:11 80:13
**bring** 10:13,14
32:19 71:15
**bringing** 84:19

**broke** 41:13
**brought** 33:19 37:3
42:20
**Builders** 25:21
26:12,16,19 27:4
27:9,13
**business** 11:7 40:2
56:13 64:18 71:17
89:9 98:1
**businesses** 56:10
**buy** 18:20 22:21
**buyer** 47:6
**buying** 68:12,17
94:5

**C**
**C** 4:1 10:5
**Caldwell** 2:11 4:13
6:10
**call** 53:17 56:6 62:5
62:15 63:7 68:14
73:11 89:3
**Callahan** 31:15,18
31:23 36:19,22
37:2
**Callahan's** 32:4
**called** 20:6 61:3
63:12 69:15 93:5
**calling** 63:20 66:3,9
66:11
**calls** 63:18 66:5
89:7 93:2
**Camden** 25:21
26:21
**came** 6:8 20:5 28:6
28:7 29:5 31:13
51:9 62:19 63:1
71:12 79:6
**caption** 101:18
**Carolina** 25:22
26:20,21
**carrier** 69:8 70:7

91:14 92:1
**carriers** 25:23 26:1
**case** 82:10 83:18
**cash** 43:17 85:19
85:23 86:4,7 87:7
87:11,13
**casualty** 95:1,2
**causalities** 95:5
**cause** 6:16 101:18
**CCed** 91:7
**cease** 13:17
**certain** 73:19
**Certificate** 101:1
101:22
**certified** 2:7,7 3:14
3:15 6:2,2 93:20
**certify** 6:5 101:5,14
**chance** 93:9
**change** 34:11
**changes** 59:15
**charge** 30:19 54:16
**Charles** 78:10,13
**Chastain** 1:17 2:5
6:15,19 7:7,9,13
59:22 64:21 88:3
**check-in** 10:19
**Childers** 30:20,21
30:22 31:9,12
33:19 34:6,20
35:3,6 36:20 37:3
57:9 73:13
**chip** 56:13
**chronologically**
17:1
**circumstances**
74:12
**Civil** 1:6 3:11 6:7
**clear** 40:7 61:16,19
**clients** 67:9,13
69:11
**close** 45:13,14
54:23 61:12 62:7

62:10,12 67:1
80:9 94:2,10
**closed** 13:16,17
**closely** 9:5
**closing** 54:20 55:6
61:10,23 62:4
63:8 66:22 77:9
92:22
**closure** 32:13
**CLR** 1:23 101:21
**collections** 20:2
**college** 17:20 18:5
**come** 27:18,21
32:15 47:2
**coming** 28:22 49:10
50:21 71:23 75:16
**commencing** 2:14
6:14
**comment** 73:22
**Commission**
101:23
**Commissioner** 6:5
**commodity** 15:18
**communications**
82:17 83:1
**companies** 8:21 9:1
9:5,19,22,23
12:13 14:12 40:10
40:13 56:15 81:21
98:9 99:3,14,17
**company** 8:5 9:15
12:12,17 15:13,16
16:2,12,16 17:22
20:6 23:19 28:3,4
28:16,18 29:5
38:5,8 39:12 45:4
47:19,20,21 50:2
52:11 56:1 65:20
78:17 84:18 85:19
86:4,10 87:7,11
91:21 92:2 95:6
99:20,21

**compared** 15:2
**Complaint** 83:17
**compliance** 2:20
32:11
**computer** 10:19
81:7
**computer-aided**
101:9
**concerned** 63:18
**concerning** 84:18
**concluded** 100:23
**conclusion** 93:2
**condition** 28:10
29:5 43:3 77:9
79:1
**conditional** 32:3,7
32:13,13
**conditions** 55:5
61:14,22
**conference** 73:11
89:3,7
**confident** 62:11
**conscious** 42:4
**considering** 97:10
**contact** 49:17 67:8
67:17 68:5 70:11
70:15 71:3
**contacted** 94:12
96:18
**contemplated**
46:13
**contract** 64:16,22
65:5 84:6
**contractors** 38:2
**controller** 36:9
**conversation** 51:3
51:18 63:22 66:19
76:23 87:20 88:12
88:15 90:9
**conversations**
35:17 66:21 73:1
73:3 76:1,19

Case 3:06-cv-00351-MEF-WC     Document 34-12     Filed 03/21/2007     Page 31 of 40
American Court Reporting
toll-free (877) 320-1050

Page 3

77:18 89:11,18
copies 59:3
copy 57:22 61:5
corporation 11:17
correct 7:11 9:11
  15:15 36:12 38:6
  57:12 75:6,11
  93:20 101:11
costs 97:1
counsel 2:4 3:3,5
  6:8 60:19 101:15
COUNTY 101:3
couple 81:19
Court 1:1,22 2:21
  3:20,21 7:1,16
cover 90:21
covered 71:9
creditors 86:14
criteria 34:16
CROW 4:5
CSR 1:23 101:21
Cullman 47:17
current 13:14
  38:10
currently 7:20 8:20
  78:11
customer 26:17
  63:17 68:23 70:12
  94:14 96:18
customers 53:2
  63:19,20 64:9,22
  65:4,8 66:11 68:6
  70:11,16 71:4
  81:22 94:13,20
customer-wise 95:8
cut 88:1 97:1
CWC 10:7 12:9
  13:8,10,13 14:9
C-h-a-s-t-a-i-n 7:10

**D**

D 5:1

Danny 92:15
date 6:6 54:20
  93:21
dated 87:19
dates 66:23
David 3:16 4:11
day 53:13,13 72:7
  72:13 84:1 90:6
days 87:22
DBA 17:16
dead 85:21
deal 23:11 83:22
  94:2,11
debtors 35:18
decide 50:8 97:8
deciding 93:18
decision 40:18 42:4
  42:10 86:13 88:1
  92:21
decisions 94:5,6,9
defendants 1:13
  4:10 82:10
Defendant's 58:10
  58:16 59:1,2 61:5
  80:18 82:8 85:14
  87:18 90:14 91:5
  92:13
definite 63:16
definitely 61:1
degree 17:14 41:12
degrees 32:12
delayed 63:14
delivering 3:16
Delphi 67:15 68:22
  69:4 95:1,5
Dennis 36:6 41:12
  49:19 53:23 54:2
  54:4 62:6 73:16
  73:21 74:8 75:7
department 32:9
  74:2,10
Deponent 100:20

deposition 1:16 2:5
  2:17,18 3:8 53:16
  100:22 101:6
depositions 2:22
details 50:23
determination
  93:15
devoting 40:12
different 31:1
  38:17 39:11
direction 40:21
  97:18
directions 38:18
  39:11,12,13
directly 21:13 86:5
  95:19
director 26:17
  36:23
discuss 50:23 74:10
discussed 76:22
  95:14
discussion 8:13
  26:6 29:13 34:3
  37:11 47:9,10
  49:14 50:4,10
  51:7 53:14,21
  54:19 58:1,6
  60:11 84:16
discussions 44:3,6
  44:9,21 45:9,16
  48:14 50:11 55:2
  60:15 78:21 85:22
  97:15,16
dispatch 20:2 30:5
  81:8
dispatcher 64:15
dispose 96:10
disqualified 74:8
disqualify 73:20
disrupting 71:17
dissolve 11:23
dissolved 11:21

13:19,20,22 14:10
DISTRICT 1:1,2
DIVISION 1:3
dock 10:12,18 18:8
document 59:7
documents 58:23
doing 29:3 64:18
  72:9 82:15
Don 37:8
done 22:18
Donelson 2:10 4:12
  6:10
DOT 32:17 93:20
  100:14
down 23:11 34:23
  63:1 66:17 79:6
  84:20 101:6
drive 19:21 56:9,14
driver 10:14 74:10
  74:19 89:14 93:12
  99:9
drivers 30:11,17
  33:13 34:16 53:8
  53:9 55:9,17,21
  56:3,5,7,8,18 57:1
  62:20 71:14,16,18
  72:11,19 73:3,16
  73:19,23 74:15,23
  75:1,4,5,14 76:3
  77:1,8 93:19
  98:21 99:2
driver's 35:3,5
driving 55:22 74:12
  99:2,4
drop 10:15
drove 22:19
drug 33:2 72:21
  93:10
duly 6:20
during 34:10 71:19
  80:5 82:18 88:11

**E**

E 4:1,1 5:1,7
each 14:11 50:7
  52:13 64:16 93:11
early 15:1 46:7
EASTERN 1:3
education 16:19,23
  17:7
effect 2:19 50:15
  68:20
effective 3:12
eight 20:21
either 31:3 85:4
  92:6 95:15,17
employee 56:5
employees 57:6
  71:12 79:18
employment 53:4
empty 10:11,15
end 29:17
ended 19:15 25:10
  43:11 45:16 46:2
  95:5
enjoyed 29:2
enough 21:20,21
  41:22 42:1 77:8
  79:18 93:19
enter 43:13 98:5
entered 44:20
  48:12,19
entering 85:4
ENTERPRISES
  1:12
entire 26:23
entities 56:12 99:5
  99:6
entity 81:12
equipment 35:12
  35:14 41:10 63:2
  78:9,23 79:2,10
  84:17 86:11 89:14
  92:6 95:20 96:10

American Court Reporting
toll-free (877) 320-1050

Page 4

99:18
**especially** 93:12
**Esq** 4:4,11
**estimate** 57:4,5
**et** 1:12
**evaluate** 32:10
**ever** 8:23 16:12,15
  57:13 58:19 75:13
  84:4,8 85:2 89:8
  95:9,15
**EVERETT** 4:4
**every** 93:10,13
**everything** 18:13
  19:21
**evidence** 3:8
**exact** 31:2 55:15
  59:7
**exactly** 43:5,16
  88:14
**examination** 5:3
  6:16 7:6
**examined** 6:21
**except** 3:3 19:21
  26:2,3
**exceptions** 94:21
**excuse** 30:14
**Exhibit** 58:10,16
  59:1,2,19 61:5
  80:19 82:8 85:14
  87:18 90:14 91:5
  92:14
**exhibits** 5:9
**exist** 13:18
**existence** 11:19
**exists** 100:12
**expected** 90:5
  98:13
**expenses** 89:13
**expertise** 77:4
**expires** 101:23
**extent** 84:20
**e-mail** 82:17 85:15

85:17 91:6,7,8
92:15

———————
**F**
**factoring** 35:23
  43:11,14
**failed** 32:6 47:2
**fairly** 52:12
**fall** 48:17
**Falsification** 33:7,8
**Fant** 36:11 42:11
  42:17,20 87:3
  95:10
**far** 45:11,12 53:23
**Farnsworth** 49:19
  50:19 51:4 54:2,3
  58:2 66:9,20,21
  73:16 85:16
**Fayette** 21:3
**FedEx** 18:19
**feeble** 40:6
**feel** 62:11
**feelings** 66:18
**few** 16:5 51:9 53:5
  94:21
**Fiberglass** 63:23
**Fields** 87:21 88:8,9
  88:18 89:1
**figure** 96:23
**figured** 83:8
**filed** 3:21 83:18
**files** 74:15,19,23
  75:4 77:1 93:12
  93:20 99:10
**fill** 72:1,19 75:14
**filled** 74:18 75:21
**filling** 74:20
**finance** 17:16 35:19
  41:11
**financed** 92:7
**finances** 29:9,20
**financial** 29:4 43:3

83:6 95:11,14
**financially** 9:6
**financials** 43:7
**finding** 78:22
**fine** 14:7
**finish** 17:4 56:20
**finished** 17:6 19:6
  19:9
**firm** 15:3
**firms** 50:6
**first** 6:20 9:7 44:10
  46:2,4 48:23 49:3
  49:17 51:4 57:21
  59:14 65:11 68:15
  68:16 72:7 73:9
  97:12
**five** 18:2 28:15
**five-minute** 80:13
**Florence** 91:15
**flow** 43:18
**Floyd** 47:10,14,18
  48:5,10
**folks** 51:22 62:23
**follow** 70:13
**followed** 74:5
**following** 6:17
**follows** 6:22
**force** 2:19 73:22
**foregoing** 6:7 101:6
  101:10
**form** 3:4 51:12,16
  93:2
**formal** 28:19
**forth** 10:17
**forward** 17:1 54:14
  83:21 92:21
**found** 36:15 69:2
**Fourth** 52:20
**frame** 31:3,8 37:20
  47:7 54:8
**Frank** 30:20 36:20
  73:12 76:9,20

**Frankel** 92:16,16
**Frank's** 36:21
**freight** 20:6,8,11
  90:6
**from** 10:17 14:21
  27:9 32:5 41:18
  42:8 45:7 47:14
  49:17 51:8,22
  52:13 62:2,6,18
  62:23 63:16,18
  65:4 66:8 76:2
  77:6,19,23 83:23
  85:15 91:6 92:15
  96:6
**full** 2:20 7:8 18:2
  18:10 19:1
**funds** 47:3
**further** 2:15,23
  100:20 101:14

———————
**G**
**G** 10:1 11:6 12:23
**gain** 94:4
**game** 29:1 95:19
**Gary** 37:9,13,17
  91:6,22
**gather** 52:23 53:12
**gave** 24:6,8,14
**general** 15:18
  54:16 82:2
**generality** 77:3
**Georgia** 17:11 25:1
  25:5
**getting** 63:15,18
  68:10
**give** 31:2 41:20
  66:13
**given** 22:21,23
  23:18,23 28:5
  42:18 93:13
  101:12
**gives** 32:14

**giving** 83:14 87:21
**go** 9:7 17:1,19 20:3
  20:13 23:8 25:20
  27:3 50:8 54:13
  79:11 83:21 92:21
**goes** 15:1 73:9
**going** 15:4 16:18,23
  38:17 39:10 40:4
  43:12 48:6 53:16
  54:13,15,17,23
  56:4,6 58:22
  61:10,11,12 62:6
  62:9,12 65:16
  66:15,16,17 69:1
  71:3 72:10 74:7
  76:23 77:7 79:11
  80:2,8,9 83:21
  91:10,17 92:17
  94:16,17,18 97:2
  97:17
**gone** 54:4 87:13
**good** 83:16 95:6
**graduate** 17:12
**Greg** 87:20 88:8,9
  88:23
**grew** 30:13
**grocery** 40:23
**grounds** 3:6
**group** 62:18
**grow** 28:17,23 29:2
**growth** 40:20 41:1
  42:4
**guarantee** 62:3
**guess** 9:3 45:17
  57:23 62:20 78:6
**guy** 1:8 11:5,5
  27:11 37:8 39:15
  44:14 49:6 52:7,8
  57:18 73:11 76:9
  76:20 78:4,5 79:4
  79:7,9,16 81:11
  83:1,23 88:4

---

89:18 95:12 97:5 97:15 99:19
guys 10:16
Guy's 40:21 41:11
G.F 1:8

**H**
H 5:7
half 7:19 22:4 26:13 53:13 93:18
Hall 3:16 4:11 5:4 7:3,6 8:16 14:4,8 26:8 29:11,15 33:23 34:5 37:13 49:11,16 58:8 80:11,17 98:14,19 100:15
Hamlet 36:6,13 42:13,18 54:4 87:2 95:10
handle 10:18
handled 16:9 36:5 41:10
happen 89:5
happened 87:9
happening 66:14 77:3 86:19 92:9
having 6:20 70:15 76:22
head 24:16 33:9 86:17
headed 97:18
heading 56:6
health 43:9 95:11
hear 14:5,7 79:13 95:3
heard 77:11 79:21
hearing 101:13
heavily 40:22
held 9:5 94:6 96:5
help 27:23 28:1 43:17

her 89:7
high 17:4,8
Hills 7:16
him 36:11 42:8 77:15 81:9 84:6 84:10 91:9
Hingst 77:13 79:6 79:13,17
hire 42:10
hiring 34:16 42:16 73:4 76:4
history 16:20
holiday 52:19
home 20:5
honestly 55:14 58:13
Hopper 37:14,17 64:3,9 70:4,6 91:6 91:22
Hopper's 38:4
H.O 47:11,16,19 48:1

**I**
idea 31:20
identification 5:10
imagine 41:4
INC 1:8,12
included 56:18,23
independent 38:2
indicate 32:18
indicates 92:16
Indirectly 86:6
individual 45:5,6
individually 1:9
industry 18:15
influence 87:23
information 52:13 52:23 53:1,12 59:5 93:8
initially 21:1 30:12 51:6

inspecting 63:1
inspection 77:20 89:15
intended 94:2
intent 48:12,20 51:13
interest 49:2 100:2 100:2
interested 47:6 101:17
interests 40:1,2,17 42:7 44:15 97:19 97:20
International 12:20 13:6
interrogatories 82:9
investor 9:4 14:14
involved 16:6 30:8 30:16 36:3 39:15 39:18,20 40:22 41:18 44:16 46:9 62:8 71:11 84:12 84:15 86:12 89:6 92:10
involvement 71:15 82:12 83:4,11 90:22
issue 32:23 33:5,21 35:3,5 73:22
issues 75:10

**J**
jack 81:6
James 47:22,23 48:15,19 84:13 85:10 92:17 96:16
January 1:19 2:13 3:18 6:13 41:18
JEFFERSON 101:3
job 19:11 22:15

26:22 28:22 32:4 36:15,21
John 4:4 37:23
Johnson 37:8
July 52:16 54:9 55:18 57:23 58:2 59:13
June 49:4,20,20 50:13
just 10:16 16:22 17:1 18:19 42:22 48:13 49:12 50:20 57:6 61:16 62:9 64:14 76:11 77:2 83:7 84:16 91:3 95:12 97:15

**K**
Kanoff 63:23 64:10 65:11 81:20
keep 100:8
keeping 99:9
Kell 4:20 14:6
Kelly 1:8,9 9:10,12 11:5,5,13 13:11 14:1,14,20 15:14 16:10 21:4,14 22:11 23:2 24:12 27:5,10,11,12 28:6,10 30:1,23 31:14 32:18 33:15 34:8,10,15 35:18 36:7 38:11,13,20 38:23 39:6,20 40:9,14,18,20 41:6,9,19,19 42:5 42:8 43:3,9,13,21 43:23 44:7,20 45:19 47:4 48:4 48:10,18 49:2 50:11,13,18 51:22 55:18,22 56:7,8

57:1,6,7,14,18,19 58:17 59:13 60:3 60:15,22 62:20 65:2,20 67:9 68:13,18,21 69:13 70:10,12 71:6,18 74:15,22 75:4,8 75:13 77:20 78:1 78:9,12,17 80:7 81:16,21 82:2,11 83:1,5 84:4 85:3,3 85:15,17,23 86:1 86:22 87:21 88:3 88:4,21,23 89:12 89:18 91:13,19 92:4,6,15,17 95:11,17 97:11 98:20 99:17 100:1 100:8
Kelly's 41:5 56:9 99:6,13,16
Ken 45:2
Kennedy 37:23
Kennedy's 38:7
kept 31:17 63:14
killing 90:4
kin 101:15
kind 15:9 28:1 48:20 77:2 98:5 99:22
knew 69:20 86:20
know 9:13,15 15:9 19:12 34:15,20,22 35:2 36:14,15 38:9,11 42:3 43:2 43:4,20,22 45:3 45:11,15 46:12,21 47:23 48:18 50:12 53:19 60:22 61:2 61:17,18 63:12 64:8,12 66:14 67:16,22 68:4

69:18 71:1,5,6,7
71:22 72:8,16
74:13 75:12,19
76:7 77:13,23
78:13,16,19 81:10
81:12,18,20,23
82:4 86:3,6 87:12
88:5 91:15,18,19
93:4 95:6 97:8
99:8,11 100:6,11
**knowledge** 24:11
67:7 74:22
**knows** 71:7
**K.C** 8:6 10:21 11:2
12:16

_____
**L**
**L** 1:23 2:1,6 3:13
6:1 101:21
**La** 21:3
**Lance** 78:10,14
**Large** 2:9 6:4
**last** 59:19 81:17
**late** 54:9 58:2 63:6
71:13 86:20,22
**later** 51:9 52:7
93:18
**Latter** 45:23
**laws** 2:21
**leading** 3:4
**learn** 49:5 52:5
83:20
**learned** 18:14 80:7
**learning** 49:1
**leased** 92:6 99:20
**leasing** 35:14
**leave** 10:16 31:23
36:13 38:13,16
54:17
**leaving** 97:11
**ledger** 82:2
**left** 20:4 24:8,14

25:18 97:9
**legal** 60:18 93:2
**length** 31:3 53:4
**less** 18:17,18 96:14
**let** 49:11 56:20
76:11,21 82:14
89:4 98:14
**letter** 48:12,20
51:13 58:17 90:15
**letters** 82:18
**Let's** 55:19
**Limited** 46:11
**line** 59:20
**lines** 53:18
**Lisa** 4:19
**list** 67:12 70:12
**little** 10:22 12:1
36:4 84:14
**live** 7:12
**lived** 7:17
**LiveNote** 2:8 3:15
6:3
**living** 7:21
**load** 10:13,16 18:17
**located** 21:2
**location** 12:14
**log** 100:9
**logging** 39:22 40:22
56:13 97:21 100:3
**Logistics** 38:5
**logs** 32:20 33:6
**long** 7:17 8:17
18:22 20:7,19
21:9 22:2 25:15
26:11 29:2 30:21
30:22 34:6 53:11
58:14 74:1 96:5
**look** 93:9 98:15
**looking** 43:23
55:16 68:12,17
69:5,7
**lost** 68:23

**lot** 63:18 94:15

_____
**M**
**made** 3:2 42:3,10
83:7 93:14 94:4,8
**Mahrt** 13:2
**main** 55:7 65:12
67:14
**maintain** 94:13
**maintenance** 10:22
78:8 86:9
**major** 32:22
**make** 3:5 61:19
73:23 74:11 94:9
**making** 33:16
**management** 18:12
19:4,10 99:12
**manager** 19:16
20:12 54:16
**many** 15:21 28:14
55:8,17 71:16
72:4 75:19 83:14
95:21
**marked** 5:10 58:9
58:16,23 59:2,10
59:13 82:8 85:14
87:18 90:14 91:5
**Mary** 88:3 89:5
**matter** 33:15 62:4,8
**may** 2:5 3:5,13 23:4
33:3 43:1 73:16
75:20 87:13 96:8
99:19
**maybe** 15:4 19:13
39:13 64:1
**ma'am** 7:3
**McClendon** 20:14
20:20,22 21:18,22
**McKinney** 81:4
**Mead** 64:10
**MeadWestvaco**
13:2 64:1

**mean** 8:1 32:8 38:1
39:14 40:2 43:6
54:22 55:13 61:17
61:18 69:6 76:16
91:11 95:14
**means** 101:9
**meant** 70:14
**mechanic** 19:22
**meet** 76:3 77:9,15
**meeting** 49:10
50:19,20 51:21
60:2,7 73:3,4
79:15 84:2 88:20
95:9
**meetings** 50:17
89:9
**Melanie** 1:23 2:6
3:13 6:1 101:21
**Melissa** 4:20 14:4
98:15
**mentioned** 19:4
50:21 64:11,13
81:19 98:19
**messed** 70:20
**met** 21:14 61:22
**METHVIN** 4:5
**MIDDLE** 1:2
**mid-August** 68:2
**might** 64:14 73:14
**MILES** 4:6
**mill** 10:12
**mills** 8:3
**mind** 55:14
**mine** 97:19
**minute** 85:9
**Misrepresentation**
93:5
**misrepresenting**
84:10
**misunderstood**
23:4
**money** 83:7

**MONTGOMERY**
4:8
**month** 53:2 62:13
93:18
**monthly** 95:13
**months** 20:9
**more** 40:13,22
60:10 93:11 100:2
**most** 41:15
**move** 52:12 54:14
**much** 26:22
**myself** 88:17
**M-a-h-r-t** 13:3

_____
**N**
**N** 2:1 4:1 5:1 10:1
11:6 12:23
**Nabisco** 13:9 64:1
64:10
**NAC** 10:3 12:4,5,6
13:5,10,12,15
**name** 7:8 8:4 31:16
38:9 69:21 91:16
100:6
**named** 37:8 101:18
**names** 9:22 88:2
**National** 20:6,8,10
**nature** 72:22
**necessary** 3:1
**need** 28:1 80:12
95:23
**needed** 22:18 27:23
42:2 52:13,23
55:11 63:16 66:7
81:9 94:7 95:17
**negotiating** 45:19
**negotiations** 44:17
46:10,17,22 47:5
53:17,22 64:12
69:16 71:19 82:19
83:2 84:13 96:16
**neither** 101:15

Nelson 1:17 2:5 6:15,19 7:9 59:22 88:3
never 94:2
next 51:7 53:14,21
night 62:6,16 63:8 63:13 66:10
Nine 19:1
nobody 78:11
Nods 24:16 33:9
normally 96:11
North 2:12 4:15 6:12
Notary 2:8 6:3
note 87:19
notes 23:5 82:18 98:15
Nothing 67:6
notice 42:19,19 87:21,22
November 38:15 81:17 97:9,13
number 1:6 55:11 55:15 57:1 72:6 73:15 101:22
numbers 55:13
N-A 12:3
N-A-T 10:4

### O

O 2:1
object 65:8 93:1
objections 3:2,6
obtain 17:15
obviously 45:13 67:1
occasion 51:5
off 8:13 25:3 26:6 29:11,13 34:1,3 37:11 49:14 58:6 69:16 74:14 85:19 86:13 94:6 96:5

offered 3:8
office 25:6 76:15 81:5
offices 2:10 6:9
Oh 10:6 14:6 69:9 85:12
okay 8:16 10:6 14:5 16:21 17:3 23:20 30:6,15 33:5 34:20 39:2 40:7,8 41:14 46:1,4 48:3 51:15 55:17 57:9 58:15,18 59:9,11 61:16,20 63:11 64:19 65:7 68:16 69:9 70:19 80:6 82:16 88:8 89:17
one 9:9 12:19 39:3 50:7 58:23 59:9 59:13 60:10 62:5 64:16 67:14 78:19 88:17 90:20 93:13 96:12
ones 15:3 64:6 65:10
ongoing 88:13
only 10:20 47:12 90:9
oOo 3:22 5:12
Opelika 7:14
operate 15:22 94:18
operates 81:21
operation 7:23 13:18 14:17 54:17 84:19
operational 53:5
operations 20:1,23 21:17 25:12
opinion 41:23 43:9 92:20 95:16 100:4
opportunity 32:14

oral 3:17 6:16
orientation 72:11
original 3:17
originally 74:8
other 8:20,23 9:19 11:1 15:2,12 16:10 19:19 37:16 39:15 40:1,13,17 42:7 44:15,21 47:5 50:6 53:5 56:9 59:1 62:23 65:14 66:21 86:11 94:6 99:3,14,16
others 64:5,11
otherwise 60:15
out 14:1,18 23:17 23:20 24:4 29:19 30:13,13 32:5 44:14 49:9 68:17 72:1,12,19 74:18 74:20 75:14,21 76:12 77:5 79:7,8 79:12 80:2,8 83:8 84:23 85:6,19,23 86:4 87:7,11 90:5 90:7 91:10,14 94:5 96:15,22 97:23
over 12:2 37:6 49:21 50:7 65:2 76:23 78:8 98:15
Overnite 17:21 18:17,23 19:20 20:4 26:2,3
oversaw 30:4,4
own 8:7,20 11:10 11:12 13:10,21 40:9
owned 8:9,17,23 9:10,18 16:13 78:17
owner 11:1 14:15

23:15
owners 11:2 14:20 15:13 38:22
ownership 22:22 22:23 23:18,23 24:7,9,12,15 28:5 99:22
owner/operators 16:1,4 28:16 56:1 56:4 57:7
owning 99:21,21
O-v-e-r-n-i-t-e 26:9

### P

P 2:1 4:1,1
page 5:3 9:13 59:19 91:1
paper 8:3 10:12 12:17,20 13:6 63:23 83:9
paragraph 85:17
part 9:10,18 18:1,4 28:22 33:2 39:22 41:15 45:23 64:19 73:10 97:22
Partially 9:2
parties 2:3 3:5 101:16
partners 15:2
part-time 56:11 98:21
past 66:2
Pate 4:19
payable 35:9
paying 89:12
payments 85:20 86:13,21,23
people 63:15 75:8,9 84:19 86:10
per 53:2
percent 39:7,7 72:7
percentage-wise

41:21
performing 92:2
period 67:20 85:21
person 49:21,23 57:10 81:5
personnel 20:1 37:1
Petix 1:23 2:6 3:13 6:1 101:21
phone 49:22 66:19
pick 10:15
picked 64:14 69:18
piece 83:9
place 25:14 32:15 64:16 70:10
PLAINTIFF 4:3
Plaintiffs 1:10
plan 24:12 28:17 28:19,20 29:1 95:19
planning 26:18
plans 50:5
please 3:19 7:3,8 24:18 73:8
point 9:9 19:6 48:11
PORTIS 4:6
position 32:4
possible 55:9
postgraduate 17:17
potential 44:21 47:5
Prattville 13:7
predecessor 31:13
preparation 83:5 83:11 90:23
present 4:18 73:2 73:12,12,13,14 76:10 88:11 92:5 92:8
presently 64:18
President 41:7,8

pretty 26:22 45:12
previously 58:9
prior 3:9 44:4,19
  50:10,18 63:10,11
  68:1,2 74:20
  75:15 85:6
probably 14:3 41:3
  43:15 44:11 52:17
  53:23 57:10,23
  69:14 70:8 72:7
  96:8 97:12
problems 93:22
Procedure 3:12 6:7
proceedings 6:17
Profitt 37:9
program 18:12
  19:5,10
programs 32:15
project 42:21
prompted 97:14
proposal 51:10
  52:3,6,10
provide 64:23
provided 65:6
  67:12 93:7
provider 69:3
Public 2:8 6:3
pull 80:8
pulled 84:23 96:15
  96:22
pulling 42:8 79:8
  85:6
purchase 15:8,9
  23:6,9 35:12 39:5
  46:13,14,18 53:15
  53:17 55:3 57:14
  57:22 59:4 60:3
  60:11,16,19 61:9
  71:9 77:10 80:19
  81:1 84:17 85:5
  92:22
purchased 14:21

15:6 16:15
purchaser 44:22
purchasing 41:11
  49:2
purpose 42:16
purposes 53:16
pursuant 6:6
pursue 44:15
put 9:3 56:4 76:21
  83:9 87:15 89:4
P.C 4:6,13
p.m 87:20 100:23
P.O 4:7

_____
            Q
qualification 89:14
qualified 73:21
  77:2
qualify 62:20 71:13
  77:8
qualifying 79:18
question 56:20 74:2
  74:9 75:8 87:6
questioning 74:14
questions 3:3,4
  73:15 74:7 75:5
  80:18 82:9,13
  84:18 100:16,18
  101:7
quit 69:12 71:18,22
  81:15

_____
            R
R 4:1 47:22,23
  48:15,19 84:13
  85:11 92:17 96:16
race 98:3
Rainbow 38:5
Randall 36:11
  73:13
range 55:20
rapidly 52:12
rating 20:2 32:4,8

33:22 34:11
ratio 96:12
ratios 53:3,6
reach 48:11
reaction 80:6
reading 2:17
realign 94:16
really 18:11 36:14
  43:7 55:4 79:20
  96:9
recall 33:4 39:8
  47:13 48:23 51:2
  51:14,15,17 52:8
  52:18,21 58:10,19
  59:16 60:8 61:4
  64:6 65:13 67:14
  70:22 71:10,21
  72:2,3 76:13,16
  78:21 82:14 84:7
  84:8,11 87:1
  88:16,20 89:2,4
  89:16 90:20 91:7
  92:18 97:5
receivable 36:1
received 62:5 66:4
recess 80:15 98:17
record 8:13 26:6
  29:11,13 34:1,3
  37:11 49:14 58:6
  61:17,19 74:12
records 73:19
recruit 27:18
reference 38:20
  63:8 88:6
referring 86:8
reflect 23:5
regard 60:19
regarding 95:10
Regional 15:19
regroup 80:10
regrouping 80:12
related 10:23

relating 2:21
relationship 68:22
remember 13:13
  27:6 34:6 44:10
  50:3 52:2,22 54:1
  54:7,11 55:10,13
  55:15 58:4 59:3,6
  60:13,14 62:13,21
  67:19 69:21 71:8
  72:4 88:14,16
  90:1,2,12,21 91:3
  91:8,9,10,12
replaced 36:11
  69:10 91:12
replacement 42:23
Reporter 1:22 2:7,8
  3:14,15,21 6:2,3
  7:1
repossessed 92:7
representation
  64:2
representatives
  75:16
represents 101:10
reps 67:18
reputation 95:7
required 93:8
  100:13
requirements 73:5
resolve 33:21
responsibilities
  99:13
restructure 95:18
result 101:17
retain 54:15 94:19
retained 3:20
returns 83:12
revenue 53:2
review 57:13 72:10
  72:18 73:18
reviewed 75:3
reviewing 93:16,23

right 9:14,17,21
  10:2,8 17:2 19:7
  20:18 25:5 26:9
  27:17 28:7 35:16
  39:17 46:8 56:22
  57:10 64:7 70:16
Riverwood 100:5
road 10:14 72:21
  95:22
ropes 18:14
roughly 19:2 22:5
  25:18 27:16 34:6
route 72:5
Rule 3:10
rules 2:21 3:11 6:6
  32:11
run 28:2,4 96:12
Runs 25:14

_____
            S
S 2:1,1 4:1 5:7
safety 20:1 30:11
  30:17 32:3,7
  34:11 37:1 74:2,9
Saith 100:20
sake 16:22
sale 16:7 50:12
  64:17 66:16 68:1
  85:5,20
sales 19:23 21:1,8
  21:17 22:10,16,17
  25:3,8,11 30:4
  37:6 53:1 67:18
  68:13
salespeople 37:7
same 2:19 3:20
  9:13 12:10 23:1
  23:10 24:12 26:23
  46:18 56:5 72:13
  84:1 90:6
satisfaction 79:1,3
satisfactory 32:12

34:13
Saugahatchee 7:16
saw 57:21 58:19
saying 62:6 91:9
says 87:20
school 17:5,8
Scottsdale 45:8
second 31:13,14
  49:12 65:12 85:16
  91:1
secure 55:8
see 55:19 82:14
  94:3
seeing 58:11 59:3
seek 60:18 80:23
seen 43:6 58:12
  83:17 90:15,17,19
sell 44:1 66:15,16
  95:17,20 96:2
  97:3
selling 44:4 49:9
  50:14 85:3 96:6
send 52:15 75:15
sent 59:12,14 75:13
  75:21 82:10
separate 88:15 99:9
separated 27:15
separation 98:6
September 23:10
  69:14 70:8 96:11
service 82:10 10:10
  12:7 26:18 53:4
  66:2
services 65:1 81:22
  88:1
set 12:14
Seven 7:19
several 14:19
Shakes 86:17
shop 81:8
Short 80:15 98:17
Shorthand 2:7 3:14

6:2
Shortly 28:9
show 58:8,15,22
  82:7 85:13 87:17
  90:13 91:4 92:13
shuttle 10:17
sign 65:6
signature 2:16
  59:20,21,23
signed 60:4,12 61:4
signing 81:2
similar 46:16
simplicity's 16:22
Since 43:11
single 93:13
sir 65:9,23
situation 87:23
six 20:9
skeptical 63:15
small 15:2 28:13
  76:15
Smith 45:2,7,20
  46:22 47:11,16,19
  48:16,19 84:13
  85:11 92:17 96:17
Smurfit-Stone 13:3
sold 16:12 65:17,18
  96:17
sole 38:22
some 19:6 22:21
  23:18 33:1 39:15
  40:1 43:6 44:15
  52:13,14 53:3
  55:13 59:5,15
  62:23 63:2 64:13
  64:14 66:4,7
  67:18 73:22 74:6
  74:7 75:5 80:18
  82:9 84:18,19
  85:5 86:9,9,10
  90:7 92:5 94:6
  95:20 96:17 98:10

98:11,11 99:4,21
  99:21
somebody 18:19
  28:2 39:4 61:3
someone 16:9
something 25:4
  28:21 50:14 53:18
  58:13 63:16 93:10
  93:11
sometime 41:3
  43:15 44:11 79:21
sometimes 99:22
somewhere 20:18
  22:6 55:19
soon 54:21,23 55:1
  61:12
sorry 24:3 33:10
  37:19 46:5 56:21
sought 80:20
South 25:22 26:20
  26:21
Speaking 80:11
specialized 7:22
specific 12:14
  42:21 55:10 66:23
  72:6 88:14
specifically 30:2,7
  34:18 43:22 54:10
spend 83:8
split 40:19 98:12
spotting 8:2,6 10:1
  10:10,21 11:2,6,7
  12:7,13,16,16
  13:1 56:15,17
  98:1,8
spring 48:6
standard 32:16,19
standards 76:4
standpoint 63:17
start 15:5 16:23
  44:10 97:10
started 18:2 25:3

27:7 34:8 69:5,6
state 2:9 6:4 7:8
  101:2
statement 62:7
statements 83:6
STATES 1:1
statistics 53:5
status 13:14 14:9
  38:10
stay 20:19 29:15
stayed 29:19 77:5
steer 70:6
stenotype 101:7
Stevenson 13:4
still 11:19 13:18
  14:17 20:15 37:2
  42:13 78:16 81:11
  100:11
stipulated 2:2,15
  2:23
stipulations 6:8 7:2
stock 15:8
stop 41:2 42:4
stopped 40:21
store 40:23
street 2:12 4:15
  6:12 95:7
stuff 52:14
subsequently 69:2
substance 51:3
sucked 85:18
Suite 2:12 4:15
  6:12
Sunbelt 24:22
  25:16 27:13
Sunday 62:5,15
  63:8,13 66:10
supposed 64:21
sure 7:4 31:7 33:16
  41:13 43:16 61:19
  74:5 79:22 91:18
  97:6

sworn 6:20
Sycamore 47:15

_____

**T**

T 2:1,1 5:7
take 10:11,12 31:17
  49:11 53:11 80:12
  83:10
taken 2:6 3:18 86:3
  87:7 101:6
taking 2:22 65:2
  85:23
talk 48:4 57:10
  68:9 87:16 98:14
talked 85:2 96:8
talking 9:16 24:4
  30:1 34:8 37:19
  46:18 53:19 70:2
  70:3 85:10 88:16
  93:17
tax 83:12
teleconference 4:18
telephone 63:7
tell 29:7 34:18 42:6
  43:5 73:7 77:12
  84:4 95:15
terminal 19:17
  20:12
terminated 32:1
  36:17,19,22 46:22
terms 55:3
testified 6:21
testimony 1:16
  3:18 33:1 101:12
testing 33:2 70:17
tests 72:21,21
their 2:4 18:11
  32:11 66:17 67:18
  69:21 73:19 74:9
  75:9 77:20 78:23
  79:2 87:23 95:16
thereto 3:9 101:8

thing 10:20 12:10 23:1 55:7
things 19:19 30:2 32:17 39:16 72:21 83:15
think 28:15 36:23 44:14 47:11 48:13 48:22 53:3 61:1 64:14 70:14 73:14 78:18 79:5 83:19 94:1 96:7,11
thinking 49:8 50:14
though 31:5 69:22
thought 24:3
three 26:13 32:12 50:5 88:2 96:12
through 2:4 64:15 69:4,22 74:1 79:11 91:22
throughout 45:20
Thursday 79:5 90:8
time 3:7,7 9:9 18:1 18:2,4,10 19:1,6 23:10 24:1,2,7 26:23 27:2 29:16 31:3,8,13,14 34:10 37:1,20 39:3 40:13 43:8 47:7 54:5,7 57:21 62:2 64:17 67:19 69:20 79:19 80:10 87:5 88:17 93:11 93:11,15 94:15 96:4
times 14:19 31:2,10
title 19:11,12 26:22 29:22 36:7 41:6
today 31:21
together 43:21 52:15

told 49:6 52:7,8 68:6 74:9 75:7 79:4,7,9 91:16
TOMLINSON 4:4 7:4 93:1 100:17
top 88:3
total 57:1
Tower 2:11 4:14 6:11
tractors 15:21 28:14 77:21 95:22 96:12
trades 81:6
trailer 10:14
trailers 10:11 77:21 95:20,23 96:3,13 96:17 97:3
training 18:12 19:5 19:10
transcribed 101:8
transcript 3:17 101:11
transcription 101:9
Transfer 10:9 14:15 22:1 24:22
transpire 69:2
Transport 25:21 26:12,16,19 27:4 27:13
transportation 17:21 32:10 65:1 69:3
trial 3:7
truck 22:19 53:2
trucking 1:8 7:22 9:10,12 10:3,7 12:9,12 14:9 15:16 18:15 20:14 27:5,10 28:6,11 30:2,23 32:18 33:16 36:8 38:11 38:14,23 40:9,14

40:18,20 41:6,9 41:19 42:5,8 43:3 43:10,13,21,23 44:20 45:4,19 47:4,18,20,21 48:4,11,19 49:2 51:22 55:18 57:2 57:15,18 67:9 68:18 69:13 70:10 70:12 74:23 75:14 77:20 78:1,9,12 80:7 81:16 82:2 82:11 85:3 86:1 86:22 91:13,20 92:1,4 95:11,17 97:11 99:17 100:8
Trucking's 34:11 34:16 35:18 55:22 68:21 83:5 89:13
truckload 15:18 18:18 26:1
trucks 90:5 99:19
true 101:11
try 14:23 40:4 54:23 96:4
trying 40:16 73:20 73:21 94:13,16 96:23
Tucker 81:4
Tuesday 62:7,10,12 63:9 67:2
turned 97:6
turnover 53:3,6
two 8:19 14:3 21:11 22:4 31:1,10 47:12 58:22 59:3 59:16 65:13
two-week 42:19
type 15:16 17:14 46:12,19 60:18 85:5
typewritten 59:22

**U**

U 2:1
Uh-huh 23:7 26:4 80:3 98:7,22
unable 96:2
unauthorized 67:8
under 32:5 55:22 56:5
understand 35:22 36:10 40:5 57:5 59:9 62:18 78:11
understanding 40:6 61:7 63:5
understood 61:11 61:21
UNITED 1:1
University 17:11
unless 87:15
unrelated 68:14
until 19:2 22:7 23:12 29:16,16 90:8 96:11
UPS 18:21,22
use 65:15,16,18,20
used 50:6
using 69:12 86:9
Usual 7:1
USX 62:19
U.S 1:12 34:7 39:6 43:20 44:17 46:17 48:8,23 49:1,9,17 50:9 51:8,19,22 57:17,18 62:3,19 62:23 64:18,20,23 65:15,17,19 66:8 67:7 68:8,11,14 69:15,23 70:14 71:12,19,23 72:8 73:4,11 74:2,18 75:3,8,12,15,16 75:21 76:2,3 77:6 77:7,19 78:22

80:1,8 82:18 83:20 84:5,9,22 85:6 87:22 89:12 92:20 94:1 95:23 96:15,21,22

**V**

vague 99:23
venturing 78:6
version 59:12
versions 59:17
Very 36:4 84:14
via 4:18
vice-president 30:8
Volvo 35:19
VP 20:23 21:16 25:12
VP-operations 22:10 25:10 29:23
vs 1:11

**W**

Wabash 67:15 68:22,23 69:12,19 88:7,8,10 94:23 95:4,4
Wachovia 2:11 4:14 6:11
Waco 25:1,2,5
Wadley 54:18 62:19 71:13 72:5 75:17
Wait 85:9
waived 2:18
want 27:21 39:18 61:18 65:15 66:12 87:16 97:23 98:3
wanted 44:14 50:8 52:11,12 54:14 66:13,14 84:17
wanting 55:8
wasn't 36:17 42:20 43:12 64:17 69:23

American Court Reporting
toll-free (877) 320-1050

Page 11

| | | | | |
|---|---|---|---|---|
| 77:4 79:10,11,12 | 76:10,14,22,23 | 39:6 43:21 44:17 | **0** | **3:06-CV-351-MEF** |
| 79:15 80:2 87:10 | 77:1 84:12,15 | 46:17 48:8 49:1,1 | 05 38:15 49:4 55:18 | 1:6 |
| **wasted** 94:15 | 86:12,16,18,20 | 49:9,18 50:9 51:8 | 67:23 97:9 | **3:45** 87:19 |
| **way** 9:3,8 19:14 | 88:11,15 91:9 | 51:19,23 57:17,18 | | **35** 58:10 |
| 29:16 33:23 39:8 | 92:5,10 93:20 | 62:3,19 63:1 | **1** | **35203** 2:13 4:16 |
| 39:13 40:6 76:22 | 94:16,17,18,19 | 64:20,23 65:15,17 | **1st** 50:13 | 6:13 |
| 89:5 101:17 | 96:2,5,13,16 97:2 | 65:19 66:8 67:8 | **11:00** 1:20 2:14 | **36103-4160** 4:8 |
| **ways** 97:1 | 97:16,19,19,20 | 68:8,11,14 69:15 | 6:14 | **37** 58:16 |
| **week** 59:14 63:4,9 | 98:20 99:2,4,9 | 69:23 70:15 71:12 | **120** 87:21 | |
| 71:23 76:4 77:15 | 101:8 | 71:20,23 72:8 | **13** 82:8 | **4** |
| 80:5 81:17 89:15 | **weren't** 80:9 87:8 | 73:4,11 74:3,18 | **13th** 87:19 | **40** 59:1,10 72:7 |
| 89:22 | **whatsoever** 93:23 | 75:3,9,12,15,16 | **15** 3:13 | **4160** 4:7 |
| **weeks** 51:9 | **while** 21:17 76:13 | 75:22 76:2,3 77:6 | **160** 55:19 57:5 | **42** 85:14 |
| **well** 11:7 18:1 | **whole** 27:2 | 77:7,19 78:22 | **1600** 2:12 4:15 6:12 | **420** 2:12 4:15 6:11 |
| 24:15 55:12 76:21 | **winter** 45:17 46:6 | 80:1,8 82:18 | **170** 55:19 57:6 | **4205** 7:16 |
| 96:7 98:13 | **witness** 2:18 6:15 | 83:21 84:5,9,22 | **19** 1:19 2:14 3:18 | **44** 87:18 |
| **went** 18:9 22:20 | 101:12 | 85:6 87:22 89:12 | 6:13 | **45** 59:2,14,20 61:5 |
| 23:11 28:11 50:7 | **words** 65:14 | 92:21 94:1 95:23 | **1980** 19:2 20:15 | 80:19 |
| 94:12 96:18 | **work** 10:19 16:19 | 96:15,21,22 | **1988** 3:13 | |
| **were** 5:9 6:17 12:13 | 17:19 18:4,8,10 | | **1994** 30:14 | **5** |
| 14:11,20 15:1,12 | 18:22 21:4,9 | **Y** | | **5(d)** 3:10 |
| 16:6 20:7 21:2,12 | 22:11,13 23:8 | **yard** 10:18 | **2** | **57** 90:14 |
| 21:17 22:2,21 | 27:12 28:8,11 | **yeah** 14:6 15:7 22:8 | **2:30** 100:23 | **58** 91:5 |
| 23:15,23 24:3 | 70:7 80:2 81:7 | 25:19 50:16 51:6 | **20** 28:16 39:7 | |
| 25:5,8,15 26:11 | 86:10 92:3 | 65:5 79:23 88:19 | **20th** 2:12 4:15 6:11 | **6** |
| 26:23 27:15 28:5 | **worked** 23:12 | 95:13 | **2004** 30:14,16 31:4 | **66** 17:6 |
| 28:15 29:2 30:16 | 31:14 81:7,8 | **year** 12:1,2 17:23 | 31:7 34:17 41:3 | |
| 33:17 34:15,23 | **working** 31:21 79:7 | 25:17 27:6 34:9 | 41:18 43:16 44:12 | **7** |
| 36:3 37:6,6 38:17 | 79:12 81:15 | 41:4 46:3,4 | 45:10,23 47:8 | **7** 5:4 |
| 38:22 39:10 40:4 | **works** 78:12,16 | **years** 7:19 8:19 | **2004-2005** 37:20 | **71** 18:3 |
| 41:5 42:7 44:16 | 81:13 | 14:3 18:2 19:1 | **2005** 31:4,6 34:17 | |
| 45:9 46:9 49:10 | **wouldn't** 82:4 86:7 | 20:21 21:11 22:4 | 36:10 43:4 44:4 | **8** |
| 51:21 54:13,15,17 | 87:12 94:14 | 26:13 | 44:19 45:18,20 | **80** 15:23 39:6 |
| 54:22 55:7,15,21 | **writes** 85:18 | **y'all** 27:15 50:23 | 46:2,7 47:8 48:7 | **81** 20:16,17 92:14 |
| 56:17,23 61:8,11 | **written** 28:19 34:23 | 75:7 98:5 | 48:17 81:17 86:23 | **88** 15:7,8 23:6,11 |
| 61:13,13,21 62:6 | 51:16 82:17,23 | | 87:19 | 23:16,21 |
| 63:1,15,20 64:21 | 98:6 | **Z** | **2007** 1:19 2:14 3:18 | |
| 65:2,12,16 66:3 | **wrong** 40:7 | **Zellner** 10:9 12:11 | 6:13 | **9** |
| 66:11,15,15 68:12 | | 14:15,21 16:7 | **22nd** 63:5 76:5 | **9/13/08** 101:23 |
| 68:13 71:1,3,11 | **X** | 22:1,3,9,11,20 | 77:16 89:15 | **90** 22:6,7 23:13 |
| 72:5,10 73:2,20 | **X** 5:1,7 | 23:5,12,15,17 | | **90s** 15:1 |
| 74:7,13 75:10 | **Xpress** 1:12 34:7 | 24:5,20 | **3** | **91** 22:6,7 23:13 |
| | | | | 27:16 |

American Court Reporting
toll-free (877) 320-1050

Page 12

**92** 25:18
**95** 27:8,16 28:12
   29:6,17