# EXHIBIT 9

# GF KELLY DRIVER ROSTER

## COMPANY DRIVERS

| NAME | |
|---|---|
| PATRICK | ACKLES |
| JAMES | ABNEY |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| RICHARD | BOWIE |
| [redacted] | BRACEWELL |
| LEE | BRACEWELL |
| MICHAEL | BROWN |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | BURNS |
| [redacted] | [redacted] |
| MARVIN | CATRETT |
| JOSEPH | CAMPBELL |
| [redacted] | COOPER |
| JOHNNY | COX |
| EVERETT | CROWDER |
| TAYLOR | CROWE JR |
| [redacted] | CUNNINGHAM |
| AMY | DEVINE |
| [redacted] | [redacted] |
| THOMAS | [redacted] |
| [redacted] | DURDEN |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

NO FILE notations appear alongside several entries.

G.F. Kelly v. U.S. Xpress
D 002552
Defendant's Doc Production

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RONNIE | | STEVENN | MITCH | CHRISTOPHER | ROBERT | | DAVID | JIMMY | DENNIS | WALTER | ERNEST | JAMES | RANDALL | ANDREW | WILLIE | KEITH | HAROLD | | JESSE | | CURTIS | RANDY | JOEL | STEVEN | | CURTIS | | | NATHAN | JIMMY | LOUIE | WILLIAM | LES | TONY |
| | | WILKINS | | | | | | | WADLEY | VOORHEES | VICKERS | VANN III | TUCKER | THORPE | THOMPSON | THOMAS | THOMAS | | | | | SORRELLS | | STEWART | STEPHENSON | | | | | | SAITO | ROTH | ROGERS | POOLE |

G.F. Kelly v. U.S. Xpress
D 0025554
Defendant's Doc. Production

| First Name | Last Name |
|---|---|
| TONY | POOLE |
| LES | ROGERS |
| WILLIAM | |
| LOUIE | ROTH |
| (redacted) | SAITO |
| NATHAN | |
| (redacted) | SCREWS |
| (redacted) | SIMS |
| CURTIS | |
| RANDY | SORRELLS |
| STEVEN | STEPHENSON |
| JOEL | STEWART |
| (redacted) | |
| JESSE | |
| HAROLD | THOMAS |
| KEITH | THOMPSON |
| WILLIE | |
| ANDREW | THORPE |
| RANDALL | TUCKER |
| JAMES | VANN III |
| (redacted) | VOORHEES |
| WALTER | |
| DENNIS | WADLEY |
| JIMMY | WALTERS |
| (redacted) | MASTERBY (?) |
| CHRISTOPHER | WEBBER |
| (redacted) | |
| MITCH | |
| STEVEN | WILKINS |
| (redacted) | |
| RONNIE | |

FILE

G.F. Kelly v. U.S. Xpress
D 0002554
Defendant's Doc. Production

| OWNER/OPERATORS | |
|---|---|
| ROBERT | WRIGHT |
| JAMES | MAVE? |
| BEN | BRANTLEY |
| HENRY | BURWELL |
| EUGENE | BYRD |
| KEITH | CLEVELAND |
| MELVIN | COOPER |
| MONROE | CORBETT |
| THOMAS | CURRY SR |
| RANDALL | DEAN |
| CHARLES | DEWBERRY |
| RONALD | DUDLEY |
| VICTOR | ENGLISH |
| FRED | GORDON |
| CEDRIC | GRAYER |
| J? | P? |
| JOHNNY | HARDY |
| NORMAN | HESTER |
| DAVID | HUDSON |
| HOMER | JACKSON |
| CHARLES | JOHNSON |
| KENNETH | JOHNSON |
| CARL | JONES |
| ROGER | KITTRELL |
| SHERROD | McGHEE |
| L? | MOSLEY |
| JERRY | NORWOOD |

G.F. Kelly v. U.S. Xpress
D 002555
Defendant's Doc. Production

| First | Last |
|---|---|
| ROOSEVELT | NORWOOD JR |
| KENNETH | PAYNE |
| RAYMOND | PHILLIPS |
| JOHN | RICHARDSON JR |
| CHARLES | ROBINSON |
| ~~~~~ | ~~~~~ |
| MEVEN | STRINGER |
| ~~~~~ | ~~~~~ |
| ~~~~~ | ~~~~~ |
| DARRELL | WALDON |
| ANTHONY | WALKER |
| JASON | WALKER |
| JAMES | WATKINS |
| ~~~~~ | WATKINS |
| RODRICK | WILLIAMS |
| WALTER | WILLIAMS JR |
| RONNIE | WOODS |
| GEORGE | WRIGHT |
| ~~~~~ | WYATT |
| ???? | 10 | These files were not [on ...] /05 and/or not on original employee list |
| YES | 68 | |
| NO | 27 | |
| MAYBE | 18 | |
| NO FILE | 12 | |
| TOTAL | 167 | |
| updated 8/17/05 | | |

G.F. Kelly v. U.S. Xpress
D 002556
Defendant's Doc. Production