# EXHIBIT 11

# U.S. XPRESS, INC.

### U.S. Xpress: Miles, Home Time & Industry-Leading Pay Packages! Change Your Life Today! Call Our Recruiting Dept., 800-879-7737

39
9214

Darrell Waldon
102 Eagle Hl
Wetumpka, AL 36092-6066



Dear Professional Driver:

U.S. Xpress believes that driving a truck is more than a job or a career. It's a lifestyle that demands special attention and an understanding of your needs as a driver. At U.S. Xpress, our "We Care!" philosophy is focused on making a difference for our drivers. U.S. Xpress is committed to delivering success to our drivers by offering a wide range of opportunities that fit your lifestyle. Right now, U.S. Xpress is offering a **$2,000 sign-on bonus** for solo OTR drivers along with our **$5,000 sign-on bonus** for teams. Also, we have **a $2,000 sign-on bonus** for certain dedicated accounts.

Miles, with pay scales among the best in the industry, and home time schedules that keep drivers close to their families are just part of the U.S. Xpress commitment to driver satisfaction. That commitment begins with the first phone call you make to U.S. Xpress. It continues through Driver Orientation and is backed up each day by an operations and management structure that **focuses on our drivers' needs. We do care about your success!**

U.S. Xpress does indeed offer one of **the best pay packages** in the transportation industry. U.S. Xpress has a **driver-friendly policy on home time**. We have long been known for our great equipment that is focused on driver comfort and safety. The U.S. Xpress fleet is one of most technologically-advanced on the road today, featuring **the newest models.**

In addition to pay, home time and equipment, there are numerous advantages to becoming part of our U.S. Xpress Driving Community. We offer **BlueCross BlueShield insurance,** which is one of the largest and most respected insurance providers for employee health care. U.S. Xpress features one of the most progressive **detention pay** policies in the industry. New York City and Canada are now optional. U.S. Xpress continues to develop **more regional, dedicated and local opportunities** that fit the lifestyles of our drivers.

As you can see, U.S. Xpress is constantly redefining the industry by raising the bar on the opportunities and benefits available to our drivers. We would like to talk to you about becoming a part of U.S. Xpress and experiencing a difference in your life. Please give us a call at **1-800-879-7737** to discuss how much you have to gain as a driver for U.S. Xpress.

Sincerely,

U.S. Xpress Recruiting Department
www.xpressdrivers.com


DEFENDANT'S EXHIBIT
31

November 16, 2005

Kelly-000092