# EXHIBIT 12

Aug. 25. 2005  4:21PM                                        No.0503   P. 1

# U. S. XPRESS ENTERPRISES, INC.

Reply To: Ms. Lisa Pate, Esq.
423.510.3241
Fax: 423.510.3318
E-mail: lpate@usxpress.com

August 25, 2005

Mr. Guy Kelley
242 Main Street Box 29
Wadley, Alabama 36276

Dear Guy:

As we have discussed, and pursuant to the terms of the Asset Purchase Agreement, we have determined that it is not in the parties' best interest to move forward with the proposed business arrangement.

In consideration of your company's cooperation with our due diligence efforts and the time and effort involved, we agree to pay you $20,000.00. In return, you acknowledge and agree that both U.S. Xpress and G.F. Kelley are released from any further obligations under the Asset Purchase Agreement dated August 4, 2005, or under any other written or unwritten agreements.

Although the proposed business arrangement did not come to fruition, we have enjoyed meeting you and your staff. Please do not hesitate to call us if we can be of further assistance to you in the future.

Sincerely,

Ray M. Harlin
Executive Vice President – Finance

The parties' signature below signifies agreement with the statements set forth in this letter.

U.S. Xpress, Inc.                          G.F. Kelley Trucking, Inc.

By: _____               By: _____

Corporate Headquarters • 4080 Jenkins Rd. • Chattanooga, TN 37421 • (423) 510-3000 • (800) 251-6291

Kelly-000086