# EXHIBIT 13

# U. S. XPRESS ENTERPRISES, INC.

*Reply To:*

Ms. Lisa Pate, Esq.
423.510.3241
Fax: 423.510.3318
E-mail: lpate@usxpress.com

September 13, 2005

Attorney Michael J. Cohan
425 South Perry Street
Montgomery, Alabama 36104

Re: G.F. Kelly Trucking, Inc.

Dear Attorney Cohan:

This letter is in response to yours dated August 30, 2005. As Mr. Kelley is aware, the Asset Purchase Agreement entered into by the parties on August 4, 2005 clearly sets forth the parties' understanding that closing the transaction was contingent upon G.F. Kelly Trucking, Inc. meeting certain conditions. The conditions set forth in Article III of the Agreement, including but not limited to Compliance with Covenants, satisfactory equipment inspection, and qualifying at least 130 drivers, were not met.

At this point in time, U.S. Xpress, Inc. is unable to determine what claims Mr. Kelly and/or G.F. Kelly Trucking, Inc. have related to this transaction; particularly in light of misrepresentations made by G.F. Kelly Trucking during negotiations and our due diligence efforts. Certainly (with the exception of the permits and tags) the expenses enclosed with your letter were never included in the Asset Purchase Agreement and at no time did U.S. Xpress agree to be liable for such expenses. Any responsibility for permits and tags arose only in the event the transaction closed.

If you have any questions or feel that further discussion is warranted, please do not hesitate to call.

Sincerely,

Lisa Pate
Vice President and General Counsel

cc: Mr. Ray Harlin