# EXHIBIT 15

Orientation Date: _Kelly_

First NM: _Larry_    **ACCOUNTABILITY CHECKLIST**    M.I.: _B_ Last NM: _Burns    SR_    S.S.

Req
SIG

NDITIONAL OFFER TO BE MADE: YES OR NO
QUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____    DATE _____

AFETY MANAGER SIGNATURE: _____    DATE _____

D 000839
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000736
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000736

G.F. Kelley v. U.S. Xpress
D 000736
Defendant's Doc. Production

AUG-08-2005 MON 02:15 PM  KELLY TRUCKING

## ACCIDEN

List and explain in detail giving dates and location of all accidents that you have
and regardless of whether you feel they were chargeable or nonchargeable. **FAI**
**QUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage | |
|------|--------------|-------------|----------------------|---------------------|------------------------|--|
|  |  |  |  |  |  | D |
| Describe Accident |  |  |  |  |  | O |
|  |  | N/A |  |  |  |  |

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage | |
|------|--------------|-------------|----------------------|---------------------|------------------------|--|
|  |  |  |  |  |  | D |
| Describe Accident |  |  |  |  |  | D |
|  |  | N/A |  |  |  |  |

## TRAFFIC VIOL

I certify that the following is a true and complete list of traffic violations
or forfeited bond or collateral during the past 5 years. **FAILURE TO LIST AL**
**FICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST F**

| Traffic Conviction(s): Describe | Date |
|---------------------------------|------|
|  |  |
| N/A |  |
|  |  |
|  |  |
|  |  |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driv
or other tests, as a term and condition of qualification and from time to time thereafter to submit to a
and condition of continued qualification. I hereby knowingly and freely give my consent to submit to b
submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I
as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consists
credit history, work habits, performance, experience, accident history, drug and alcohol test results, inc
reasons for termination of past employment obtained from previous employers. Further, I understand t
information from various state agencies that furnish records concerning crash record, criminal history
previous driving record requests made by others from such state agencies. I understand that I have a
additional detailed information about the nature and scope of this investigation. I hereby authorize U.S
information, and agree that such information, and my experience history with you if I am qualified, will

I further consent to you furnishing to consumer reporting services information concerning my character
reasons for termination of my qualifications, including drug and alcohol test results, and further cons
companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete
significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpres
system which includes the imaging and storing of employment applications. Therefore, my original pap
will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion

In accordance with Section(s) 383.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulat
relevant information, including my alcohol and controlled substances testing/training and accident hist
them from any and all liability for supplying said information.