# EXHIBIT 17

*Michelle ext. 378*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME  GREGORY    Chris    A
      LAST      FIRST    MIDDLE        SOCIAL SECURITY

Kelley v. U.S. Xpress
D 000751
Defendant's Doc. Production

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 000752
Defendant's Doc. Production

USX-DA-Rev. P-05

9

G.F. Kelley v. U.S. Xpress
D 000753
Defendant's Doc. Production

Signature

Date  8-8-05

G.F. Kelley v. U.S. Xpress
D 000754
Defendant's Doc. Production

USX-DA-Rev. 2-05