# EXHIBIT 18

Orientation Date: Kelly

First NM: Tommy    M.I.: A    Last NM: Hall

## ACCOUNTABILITY CHECKLIST

[body of form redacted]

CONDITIONAL OFFER TO BE MADE: (YES) OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____ DATE _____

SAFETY MANAGER SIGNATURE: _____ DATE

D 000843
Defendant's Doc. Production

Orientation Date: Kelly

First NM: Tommy   M.I.: CL   Last NM: Hail

## ACCOUNTABILITY CHECKLIST

[page body redacted]

Requires two signatures to be completed: YES OR NO
SIGNATURE:_____ DATE:_____

G.F. Kelley v. U.S. Xpress
D 000795
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE:_____DATE_____

SAFETY MANAGER SIGNATURE:_____DATE_____

AUG-08-2005 MON 02:58 PM KELLY TRUCKING 912563952272 P. 001/004

( Michelle ext. 3782
fax 423510-6138

**U. S. XPRESS, INC**
4080 Jenkins Road • Chattanooga, TN 374..

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NA or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE

## PERSONAL

NAME Hall Tommy Allen

G.F. Kelley v. U.S. Xpress
D 000755
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000756
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000757
Defendant's Doc. Production

## ACCIDENTS

Mid 4/16 6 13782 FAX 423 510 4138

List and explain in detail giving dates and location of all accidents that you have been involved i[n] during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. **FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DIS-QUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS WRITE "NO[NE."]**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

## TRAFFIC VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than p[ar]king violations) for which I have been convicted or forfeited bond or collateral during the past 5 years. **FAILURE TO LIST ALL TRAFFIC V[I]OLATIONS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST 5 YEARS, WRI[T]E "NONE."**

| Traffic Conviction(s): Describe | Date | City | State | Penalty | Circle One | |
|---|---|---|---|---|---|---|
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFU[LL]Y)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants t[o] successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, [drug] test, alcohol test, or other tests upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, [drug] tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand th[at an]y job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) [is be]ing requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results [fro]m any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be [re]questing information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic citations [an]d accidents, as well as information concerning any previous driving record requests made by others from such state agencies. I understand that I have a right to make [a wr]itten request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Ent[erpri]ses, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to [o]ther companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, [perf]ormance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these ser[vices] furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best o[f m]y knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, [In]c. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either th[e co]mpany or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authori[ze] any and all persons and institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history, that may b[e re]quested to complete my qualification and I agree to release them from any and all liability for supplying said information.

Tammy A. Hall
Signature

8-15-05
Date

USX is an Equal Opportunity Employ[er] USX-DA-Rev 8-00

G.F. Kelley v. U.S. Xpress
D 000758
Defendant's Doc. Production