# EXHIBIT 20

Orientation Date: Kelly

First NM: Roosevelt    M.I.: ____    Last NM: Norwood

## ACCOUNTABILITY CHECKLIST

[body of form redacted]

Requires two signatures to be completed: YES  OR  NO
SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES OR NO
DISQUALIFIED FROM ORIENTATION:  YES OR NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000803
Defendant's Doc. Production

AUG-10-2005 WED 02:45 PM  KELLY TRUCKING                                           STAPLES                                       PAGE  03/04

Michelle ext 3782        212563952272                       P. 002/004
                                                   fax 423 510-6138

| Unemployed | From: | To: | To verify call: | Name: | | |
|---|---|---|---|---|---|---|
| From: | | To: | | | Phone #: | |
| | | | | | ( ) | |
| Name of Company | | | | | Area Code — Phone # | |
| Address of Company | | | Your Job Classification | | | |
| City | State | Zip | Reason for Leaving | | | |
| Accidents  YES OR NO  HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE | | | | | | |
| Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other | | | | | Miles Per Week | |

| Unemployed | From: | To: | To verify call: | Name: | | |
|---|---|---|---|---|---|---|
| From: | | To: | | | Phone #: | |
| | | | | | ( ) | |
| Name of Company | | | | | Area Code — Phone # | |
| Address of Company | | | Your Job Classification | | | |
| City | State | Zip | Reason for Leaving | | | |
| Accidents  YES OR NO  HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE | | | | | | |
| Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other | | | | | Miles Per Week | |

| Unemployed | From: | To: | To verify call: | Name: | | |
|---|---|---|---|---|---|---|
| From: | | To: | | | Phone #: | |
| | | | | | ( ) | |
| Name of Company | | | | | Area Code — Phone # | |
| Address of Company | | | Your Job Classification | | | |
| City | State | Zip | Reason for Leaving | | | |
| Accidents  YES OR NO  HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE | | | | | | |
| Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other | | | | | | |

G.F. Kelley v. U.S. Xpress
D 000769
Defendant's Doc. Production
UBX-DA-Rev. 8-05

AUG-10-2005 WED 02:43 PM  KELLY TRUCKING                STAPLES                                              PAGE  03/04

*Michelle ext 3782*          ☎12563952272              Fax 11235 W 38         P. 002/004

G.F. Kelley v. U.S. Xpress
D 000769
Defendant's Doc. Production
UBX-DA-Rpt. 2-05

AUG-10-2005 WED 02:43 PM  KELLY TRUCKING          STAPLES                                          PAGE  03/04

Michelle ext 3782    2125639572272                P. 002/004
                                          fax 423 510-6138

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
| From: | | To: | | | | |

Name of Company
Address of Company                              Your Job Classification
City           State      Zip                   Reason for Leaving
Accidents  YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE
Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other
                                                                              Miles Per Week

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
| From: | | To: | | | | |

Name of Company
Address of Company                              Your Job Classification
City           State      Zip                   Reason for Leaving
Accidents  YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE
Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other
                                                                              Miles Per Week

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
| From: | | To: | | | | |

Name of Company
Address of Company                              Your Job Classification
City           State      Zip                   Reason for Leaving
Accidents  YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE
Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other

                                     POV  CMV
                                     POV  CMV
* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 000769
Defendant's Doc. Production                    UBX-DA-Rev. 2-05

AUG-10-2005 WED 02:44 PM KELLY TRUCKING                    STAPLES                                              PAGE 04/04

michyle
ext 3782  fax 423 510-6138
☎ 12563952272
P. 004/004

## ACCIDENTS

List and explain in detail giving dates and location of all accidents that you have been involved in during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. **FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DIS-QUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS, WRITE "NONE."**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident: None

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident:

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident:

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident:

## TRAFFIC VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 5 years. **FAILURE TO LIST ALL TRAFFIC VIOLATIONS MAY RESULT IN YOUR DISQUALI-FICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST 5 YEARS, WRITE "NONE."**

| Traffic Conviction(s): Describe | Date | City & State | Penalty | Circle One |
|---|---|---|---|---|
| None | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests. Upon request, as a term and condition of continued qualification, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature: _[signature]_                    Date: 8-11-05

USX is an Equal Opportunity Employer

USDLDA-Rev. 5-05

G.F. Kelley v. U.S. Xpress
D 000770