# EXHIBIT 22

Orientation Date: Kelly

First NM: James    M.I.: E    Last NM: Watkins

## ACCOUNTABILITY CHECKLIST

_____ State _____

list actual con_____(s) _____(s) of conviction(s)

_____ UITER: _____ DATE _____

or anything related, please attach

3) clear

tatement concerning the above
attach a criminal report or

G.F. Kelley v. U.S. Xpress
D 000853
Defendant's Doc. Production

SAFETY MANAGER SIGNATURE: _____ DATE _____

Orientation Date: Kelly

First NM: James    M.I.: E    Last NM: Watkins

## ACCOUNTABILITY CHECKLIST

[body of form redacted]

SIGNATURE:_____  DATE:_____

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000806
Defendant's Doc. Production

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

fax 423 510-6138

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME  Watkins         James        Edwin                    SOCIAL SECUR[ITY]
       LAST           FIRST        MIDDLE

ARE YOU C[...]
LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED

G.F. Kelley v. U.S. Xpress
D 000776
Defendant's Doc. Production

## DRIVING EXPERIENCE — (Student must complete this section also)

| TYPE OF EQUIPMENT | LENGTH OF EXPERIENCE | APPROXIMATE # OF MILES |
|---|---|---|
| TRACTOR AND SEMI TRAILER | | |
| STRAIGHT TRUCK | | |
| OTHERS | | |

IN WHAT STATES HAVE YOU DRIVEN REGULARLY?

| Equipment | | | | To verify call: | Name: | | Phone # | |
|---|---|---|---|---|---|---|---|---|
| Unemployed | From: | To: | | | | | ( ) | |

G.F. Kelley v. U.S. Xpress
D 000777

| LIST ALL DRIVERS LICENSES THAT YOU PRESENTLY HOLD OR HAVE HELD IN THE PAST. | POV | CMV | | | |
|---|---|---|---|---|---|
| | POV | CMV | | | |
| | POV | CMV | | | |

G.F. Kelley v. U.S. Xpress
D 000778
Defendant's Doc. Production

USX-DA-Rev. 3-05

## ACCIDENTS  043782

List and explain in detail giving dates and location of all accidents that you have been involved in during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. **FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS, WRITE "NONE."**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident: N/A

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident:

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident:

| Date | Type Vehicle | Whose Fault | | | |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident:

## TRAFFIC VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 5 years. **FAILURE TO LIST ALL TRAFFIC VIOLATIONS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST 5 YEARS, WRITE "NONE."**

| Traffic Conviction(s): Describe | Date | City & State | Penalty | Circle One |
|---|---|---|---|---|
| 3rd lane Violation | | Gordon GA | 2 pnts/fine | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |
| | | | | POV / CMV |

G.F. Kelley v. U.S. Xpress
D 000779
Defendant's Doc. Production

### AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification, and from time to time thereafter to submit to a DOT physical, drug test, alcohol test or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification and successful completion of the information.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I further authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the encoding and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as a handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 392.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_signature_                                           8-15-05
                                                      Date