# EXHIBIT 23

# Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:     DER

Re:     Name: Henry- faite Brantley

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000473
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. 106553033

ATN

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-9560  FX: 423-510-9180

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

B. MRO Name, Address, Phone and Fax No.

Profile # 53025
DFMD-Robert DeJong, MD
8138 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

| | Primary Specimen Bottle Seal Intact | SPECIMEN BOTTLE(S) RELEASED TO: |
|---|---|---|
| X _____ Signature of Accessioner | ☐ Yes | |
| (PRINT) Accessioner's Name (First, MI, Last)     Date (Mo./Day/Yr.) | ☐ No. Enter Remark Below | |

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Faite Brantley_    _Faite Brantley_    08/25/05
   Signature of Donor      (PRINT)

SPECIMEN ID NO. **106553033**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.   150858

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-310-3560  FX: 423-310-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 653022
DFMI-Robert Pelug, MD
8550 Hwy. 23, Ste. J
Belle Chasse, LA 70037
PH: 504-394-0151  FX: 214-361-5200

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                     ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
**D 000625**
Defendant's Doc. Production

REMARKS _____

X _____    _____    __/__/__
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED       ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    __/__/__
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME: Henry Faite Brantley

ADDRESS: 2170 Skylark Dr Ext.   CITY: Alexander City   STATE: AL   ZIP: 35010

SOCIAL SECURITY NO.: [REDACTED]

DATE OF EMPLOYMENT: 8-25-05

G.F. Kelley v. U.S. Xpress
D 001387
Defendant's Doc. Production

# ONFIDENTIAL EMPLOYEE HISTORY



| ployee Name | Employment Date | Status |
|---|---|---|
|  |  | ☐ Regular   ☐ Part Time   ☐ Temporary |

| dress | City | State | Zip |
|---|---|---|---|
|  |  |  |  |

## YROLL DATA

| thday | Gender | Social Security No. | Marital Status | Domicile Terminal |
|---|---|---|---|---|
|  |  |  |  |  |

## Emergency Notify

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Spouse | City | State | Zip | Phone |
|  | Child | City | State | Zip | Phone |
|  | Child | City | State | Zip | Phone |
|  | Child | City | State | Zip | Phone |
|  | Parent | City | State | Zip | Phone |
|  | Parent | City | State | Zip | Phone |
|  | Sibling | City | State | Zip | Phone |
|  | Sibling | City | State | Zip | Phone |
|  | Other | City | State | Zip | Phone |
|  | Other | City | State | Zip | Phone |

G.F. Kelley v. U.S. Xpress
D 001388
Defendant's Doc. Production

U.S. Xpress, Inc.

## Equal Employment Opportunity Questionnaire

To ensure compliance with state and federal government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Please Print

Name _Henry F Brantley_ Application Date _8-25-05_

Address _2176 Skylark Dr Ext._

Social Security Number [REDACTED] Position Applied For: **Driver**

> I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please circle or fill in appropriate response to each section.

A. Birthday: [REDACTED]

B. Gender: (Male)    Female

C. Race/Ethnic Groups:
   (0. White)   White persons not of Hispanic origin and having origins in any of the original people of Europe, North Africa, or the Middle East
   1. Black   Black persons not of Hispanic origin and having origins in any of the black racial groups of Africa
   2. Asian or   Asian or Pacific Islander persons having origins in any of the original peoples of the Far East, Southeast, Asia, the Indian Subcontinent of the Pacific Island (i.e. China, Japan, Korea, the Philippines, Hawaii and Samoa)
   3. American   American Indian or Alaskan native persons having origins in any of the original people of North America and who maintain cultural identification through tribal affiliation or community recognition
   4. Hispanic   Hispanic persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race
   5. Other   Other persons who cannot be categorized into any of the above categories. Specify: _____

D. Method of Referral:

G.F. Kelley v. U.S. Xpress
D 001389
Defendant's Doc. Production

## U.S. Xpress. Inc.

## Authorization for Compensation Deduction For Physical Provided to U.S. Xpress.

I understand that I am responsible for the payment of my physical. I authorize any company owned by and/or affiliated and/or contracted to U.S. Xpress. Inc. to withhold the amount listed below from my compensation upon my contract start date.

Physical: $45.00

Print Name _Henry Faite Brantley_

Social Security Number ███████████

Signature _Faite Brantley_

_____         Date _____
U.S. Xpress Representative Signature

*(Use this form only when we have paid for driver's physical.)*

G.F. Kelley v. U.S. Xpress
D 001390
Defendant's Doc. Production

U.S. XPRESS  ☐ New I/C  ☐ Re-contracted
INDEPENDENT CONTRACTOR DATA SHEET  ☐ Change from Company Driver to I/C
*PLEASE PRINT CLEARLY*  ☐ Info Change only

ORIENTATION COMPLETED AT ___THL___ SERVICE CENTER

POSITION:
☐ Independent contractor   ☒ Driver for Independent Contractor *   ☐ Other _____
*Name of Independent Contractor Fleet Owner: _Guy Kelly_

Domicile at _____ Terminal

SOCIAL SECURITY #: [REDACTED] DATE OF CONTRACT _8-25-05_ DATE OF BIRTH: [REDACTED]

NAME _Henry Faite Brantley_  NAME CALLED _Faite Brantley_

ADDRESS: _2170 Skylark Dr Ext._

CITY, STATE, & ZIP: _Alexander City AL 35010_

HOME TELEPHONE #: [REDACTED]

GENDER  ☐ MALE  ☐ FEMALE     MARITAL STATUS: ☐ MARRIED  ☐ SINGLE

G.F. Kelley v. U.S. Xpress
D 001391
Defendant's Doc. Production

U.S. Xpress. Inc.
Acknowledgment of Responsibility

This confirms that ___Guy Kelly___ is an Independent Contractor
(Owner's Name)
Leased to U.S. Xpress, Inc. The Independent Contractor owns·controls Unit # _2158_.

All parties involved understand that ___Faith Brantley___. Independent
(Driver's Name)
Contractor Driver Employee operates Unit # _2158_ for the referenced Independent

Contactor.

Both the Independent Contractor and the Independent Contractor Driver Employee understands and confirm that the Independent Contactor is responsible for payment of all wages, tax withholdings and any compensation paid to the Independent Contactor Driver Employee.

Independent Contactor agrees that Independent Contractor is responsible for informing Independent Contractor's insurance company that an additional Independent Contractor Driver Employee has been added.

Date _8-25-05_    Signature _Faith Brantley_

(The original signed copy of this form is to be retained in the Independent Contactor Driver Employee's Driver Qualification File.)

G.F. Kelley v. U.S. Xpress
D 001392
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name __Faite Brantley__

Address __2176 Skylark Dr Ext Alexander City AL__

License: State __AL__  Class __A__  License # __297598 2__

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____  Class _____  License # _____

State _____  Class _____  License # _____

Driver's Signature: __Faite Brantley__

G.F. Kelley v. U.S. Xpress
D 001401
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name __Faite Brantley__

Address __2176 Skylark Dr Ext. Alexander City AL.__

License: State __AL__ Class __A__ License # __297598 2__

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: __Faite Brantley__

G.F. Kelley v. U.S. Xpress
D 001401
Defendant's Doc. Production

U.S. Xpress, Inc.

## Disclosure and Release

In connection with my application for employment or contracting with U.S. Xpress, Inc., I understand that consumer reports, which may contain public record information, may be requested from DAC Services, Tulsa, Oklahoma. These reports may include that following types of information: names and dates of previous employers, reasons for termination of employment or contracting, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies, which maintain such records, as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies and state provided driving records.

I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information, and the recipients of any reports on me which DAC has previously furnished within the two-year period preceding my request. I hereby consent to information which DAC has or obtains, and my employment or contract history with you if I am hired or qualified as an independent contractor driver, to be supplied by DAC to other companies which subscribe to DAC Services.

I hereby authorize procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for you to procure consumer reports at any time during my employment or contract period.

Print Name _Faite Brantley_

Social Security Number ███████████

Signature _Faite Brantley_   Date _8-25-05_

G.F. Kelley v. U.S. Xpress
D 001395
Defendant's Doc. Production

U.S. Xpress, Inc.

## Notice to Drivers

Trucking companies are regulated by the Federal Highway Administration of the Department of Transportation (DOT), which has the authority to oversee hiring, employment and contracting standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring and contracting process and ongoing employment and contracting criteria at U.S. Xpress and are a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (Whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

U.S. Xpress, Inc. will conduct an investigation into these areas prior to hire or qualification annually as required by the FMCSR, and intermittently as safety, factors (citation, accidents, medical, etc.) arise. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph.

U.S. Xpress, Inc. will also contact former employees and carriers, and order whatever information deemed relevant to make a decision as to the hiring or qualification or retention or qualification of a driver.

In making a hiring or qualification decision, it is the intent of U.S. Xpress, Inc. to rely on (1) the company's need for drivers; (2) the pool of qualified applicants; and (3) the qualifications of a driver who is applying measured against a minimum established by law, prudence or company policy.

U.S. Xpress, Inc. does not rely solely on consumer-reporting agencies in making a hiring or qualification decision. It is felt that by going to the information source directly, the driver or previous employer or carrier for instance, we can get a complete and accurate account of the safety history. U.S. Xpress, Inc. does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment, prior contracts and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire or qualification, this information will be disclosed to the driver in question, and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. U.S. Xpress, Inc. will reconsider new information if it is pertinent to the hiring, retention or qualification decision. However, any issue, which is resolved between DAC Services and the applicant, may not require U.S. Xpress, Inc. to alter the original decision.

I understand that it is my responsibility to report information to U.S. Xpress, Inc. concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Print Name _Faite Brantley_

Social Security Number ▮▮▮▮▮▮▮▮▮

Signature _Faith Brantley_   Date _____

G.F. Kelley v. U.S. Xpress
D 001396
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | |
|---|---|
| GENERAL AWARENESS | SAFETY TRAINING |
| FUNCTION SPECIFIC | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | |

| Name (last First Middle) | Employer |
|---|---|
| Brantley Henry Faitc | USXpress Enterprises |
| Social Security # | Address |
| [REDACTED] | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR Driver | Chattanooga   TN             37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(a) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (aX3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1 — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
|  | Haz-mat 126/181 | USXpress Enterprises |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### Section 2 — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001397
Defendant's Doc. Production

## U.S. Xpress, Inc.

### A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distractions are constant companions. The time away from my family is difficult. However, as a professional, I understand that others have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Frate Brantley_  Date _8/25/05_

G.F. Kelley v. U.S. Xpress
D 001398
Defendant's Doc. Production

# U.S. Xpress, Inc.

## Cargo Security
## Policy Guidelines

### "The Driver's Role in Cargo Security and Loss Prevention"

1.) Never leave your vehicle unattended with the engine running or the keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress, Inc.

2.) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3.) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4.) Park in only well-lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5.) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with these restrictions. If you do not, notify Operations immediately prior to picking up the load.

6.) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7.) Follow assigned routing. Notify Operations of any necessary deviations.

8.) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9.) Know where you are going. Avoid unnecessary stops or detours.

10.) If something does not feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.


Print Name _Faith Brantley_

Signature _Faith Brantley_   Date _8-25-05_

G.F. Kelley v. U.S. Xpress
D 001399
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
# TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _____, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Inc. | 5-7-99 |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Facte Brantley_                                    8-25-05
Signature of applicant                              DATE

G.F. Kelley v. U.S. Xpress
D 001400
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name __Faite Brantley__

Address __2176 Skylark Dr Ext. Alexander City AL__

License: State __AL__   Class __A__   License # __297598 2__

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____   Class _____   License # _____

State _____   Class _____   License # _____

Driver's Signature: __Faite Brantley__

G.F. Kelley v. U.S. Xpress
D 001401
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Henry Faite Brantley_

Social Security Number: ███████████

Motor Vehicle Operators License Number: _2975982_

Type of License: _A_   Issuing State: _AL_   Exp. Date: _11-5-07_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | 8/24/05 | |
| Hours worked | 8 | 5 | 0 | 9.75 | 7C | 10.25 | 11 | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __/__/__ through _____ am/pm __/__/__.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:
_8:00_, _8-25-05_, _8_, _05_.
Time        Day        Month        Year

_Faite Brantley_                    _8-25-05_
Driver's Signature                  Date

G.F. Kelley v. U.S. Xpress
D 001402
Defendant's Doc. Production