# EXHIBIT 24

# Result Report

***Confidential***

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: [redacted] Name:Everette Crowder
[redacted]

[redacted]

G.F. Kelley v. U.S. Xpress
**D 000532**
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

ATN

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

SPECIMEN ID NO. 106553034

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

130808
[illegible] General
P.O. Box 425
[illegible] 7274[illegible]
PH: 423-[illegible]-[illegible] FX: 423-510-3782

B. MRO Name, Address, Phone and Fax No.

Profile # [illegible]
[illegible]-Robert Pflug, MD
8558 [illegible]
[illegible] Chase, [illegible] 70037
PH: 504-[illegible] [illegible] 387-3206

OMB N

J0158

C
D
E
F
ST
ST
ST
RE
X
STE
STEP
In
REM
X
STEP
In
X



# DRIVER CERTIFICATION FILE

DRIVER NAME Everett T. Crowder

ADDRESS 1555 Davis Rd CITY La Grange STATE Ga ZIP 30241

SOCIAL SECURITY NO. [redacted]

DATE OF EMPLOYMENT 8-23-2005

G.F. Kelley v. U.S. Xpress
D 001403
Defendant's Doc. Production

RECORD OF ROAD TEST
(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks.)

ne Everett Cobb Address 15555 Davis Rd Jacksonville, Ga.

[redacted] Equipment Driven: Tractor FLCONV VOLVO Trailer 53'

Driven From: Walley To Walley Date Aug 24, 05

Part 1 - Pre-Trip Inspection and Emergency Equipment

- Checks general condition approaching unit ____
- Checks for leakage of coolants, fuel and lubricants ____
- Checks under the hood - oil, water, general condition of engine compartment and steering ____
- Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) ____
- Tests brake action, tractor protection valve, and parking (hand) brake ____
- Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four way flashers ____
- Checks Instruments ____
- Cleans windshield, windows, mirrors, lights, and reflectors ____

Part 2 - Placing vehicle in motion and use of controls

Engine
- Starts engine without difficulty ____
- Allows proper warm-up ____
- Understands gauges on instrument panel ____
- Maintains proper engine speed while driving ____
- Basic Knowledge of motors - gas, diesel ____
- Abuse of motor ____

Clutch and Transmission
- Starts loaded unit smoothly ____
- Uses clutch properly ____
- Times gearshifts properly ____
- Shifts gears smoothly ____
- Uses proper gear sequence ____

Brakes
- Understands operating principles of air brakes ____
- Knows proper use of tractor protection valve ____
- Understands low air warning ____
- Tests brakes before starting trip ____

- Fails to check traffic conditions & signal when pulling out from parked position ____
- Parks in illegal or unsafe location ____

C. Parking (road)
- Parks off pavement ____
- Avoids parking on soft shoulder ____
- Uses emergency warning signals when required ____
- Secured unit properly ____

D. Steering
- Fights steering wheel ____
- Allows truck to wander ____

E. Lights
- Knows lighting regulations ____
- Uses proper headlight beam ____
- ~~Dim lights when meeting or following other vehicles~~ ____
- Adjust speed to range of headlights ____
- Proper use of auxiliary lights ____

Part 3 - Coupling and Uncoupling

- Lines up units ____
- Hooks brake and light lines properly ____
- Secures trailer against movement ____
- Backs under slowly ____
- Tests hookup with power ____
- Checks hookups visually ____
- Handles landing gear properly ____
- Proper hook-up of full trailer ____
- Secures power unit against movement ____

Part 4 - Backing and Parking

A. Backing
- Gets out and checks before backing ____
- Looks back as well as uses mirror ____
- Gets out and rechecks conditions on long back ____
- Avoids backing from blind spot ____
- Signals when backing ____
- Controls speed and direction properly while backing ____

B. Parking (city)
- Takes too many pull ups ____
- Hits nearby vehicles or stationary objects ____
- Hits curb ____
- Parks too far from curb ____

D. Grade Crossings
- Adjusts speed to conditions ____
- Makes safe stop, if required ____
- Selects proper gear ____

F. Speed
- Speed consistent with basic ability ____
- Adjusts speed properly to road, weather, traffic conditions, legal limits ____
- Slows down for rough roads
- Slows down in advance of curves.

rt 5 - Slowing and Stopping

es gears properly ascending ________
an down properly ________
ps and restarts without rolling back ________
st brakes at top of hills ________
es brakes properly on grades ________
es mirrors to check traffic to rear ________
gnals following traffic ________
oids sudden stops ________
ps smoothly without excessive
anning ________
ps before crossing sidewalk when
oming out of driveway or alley ________
ps clear of pedestrian crosswalk ________

rt 6 - Operating in traffic Passing and Turning

Turning

ts in proper lane well in advance ________
gnals well in advance ________
ecks traffic conditions and turns only when
way is clear ________
es not swing wide or cut short while turning ________

Traffic Signs and Signals

es not approach signal prepared to stop if
ecessary ________
olates traffic signal ________
ns yellow light ________
rts up too fast or too slow on green ________
ls to notice or heed traffic signs ________
ns "stop" signs ________

Intersections

justs speed to permit stopping if necessary ________
ecks for cross traffic regardless of traffic controls ________
elds right-of-way for safety ________

Passing

sses with insufficient clear space
ahead ________
sses in unsafe location hill, curve,
ntersection ________
ils to signal change of lanes ________
lls out and back - uncertain ________
ilgates waiting chance to pass ________
ocks traffic with slow pass ________
ts in too short returning to right lane ________

Maintains consistent speed ________

G. Courtesy and Safety

Depends on others for safety ________
Yields right-of-way for safety ________
Fails to go ahead when given right-of-way by others ________
Tends to crowd other drivers or force way through traffic ________
Fails to allow faster traffic to pass ________
Fails to keep right and in own lane ________
Unnecessary use of horn ________
Other discourtesy or improper conduct ________

Part 7- Miscellaneous

A. General Driving Ability and Habits

Consistently alert and attentive ________
Consistently aware of changing traffic conditions ________
Adjusts driving to meet changing conditions ________
Performs routine functions without taking eyes from road ________
Checks instruments regularly ________
Willing to take instructions & suggestions ________
Adequate self-confidence in driving ________
Nervous, apprehensive ________
Easily angered ________
Complains too much ________
Personal appearance, manner, cleanliness ________
Physical Stamina ________

B. Handling of Freight

Checks freight properly ________
Handles and loads freight properly ________
Handles bills properly ________
Breaks down load as required ________

C. Rules and Regulations

Knowledge of company rules ________
Knowledge of regulations, federal, state local ________
Knowledge of special truck routes ________

D. Use of Special Equipment (specify)

________________

Remarks:

OK For 1st seat

________________

________________

neral Performance: Satisfactory ____X____ Needs Training __________ Unsatisfactory __________

alified for: Truck __X__ Tractor-Semi trailer _4_X______ Other ____________________

nature of Examiner Wallace L. Beard ____________

G.F. Kelley v. U.S. Xpress
D 001405
Defendant's Doc. Production

U.S. XPRESS, INC. XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name Everett T Crowder

Social Security No. ______

Commercial Driver's License No. ______

State AL Location of Test: Wadley

Type of Power Unit Volvo Type of Trailer(s) 53'

This is to certify that the above driver was given a road test under my supervision on Aug 30 20 05 consisting of approximately 30 miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

Wallace L Beard SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date 8-29-05 Driver's Signature ______

Everett T Carpenter SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001406
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001407
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001408
Defendant's Doc. Production

**U. S. XPRESS, INC.**

4080 Jenkins Road • Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Crowder (LAST) Everett (FIRST) Talton (MIDDLE) SOCIAL SECURITY # ______

OTHER NAMES USED ______

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED ______

IN THE PAST.

| POV | CMV |
|---|---|
| POV | CMV |

G.F. Kelley v. U.S. Xpress
D 001410
Defendant's Doc. Production



Your Job Classification

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001411
Defendant's Doc. Production

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

## ACCIDENTS

List and explain in detail giving dates and location of all accidents that you have been involved in during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. **FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS, WRITE "NONE."**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

## TRAFFIC VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 5 years. **FAILURE TO LIST ALL TRAFFIC VIOLATIONS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST 5 YEARS, WRITE "NONE."**

| Traffic Conviction(s): Describe | Date | City & State | Penalty | Circle One | |
|---|---|---|---|---|---|
| Speed | | AL. | Fine | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |

**AGREEMENT** (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

[signature] 8-24-05

# EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE

To ensure compliance with State and Federal Government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Name Everett T. Crowder Application date

Address Social Security Number - -

City State Position Applied For: 1.

2.

☐ I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please check or fill in appropriate response to each section.

A. Birthdate Month Day Year

B. Sex ☐Male ☐Female

C. Race/Ethnic Groups

0 ☐ WHITE — White-Persons not of Hispanic origin and having origins in any of the original peoples of Europe, North Africa, or the Middle East.

1 ☐ BLACK — Black-Persons not of Hispanic origin and having origins in any of the Black Racial groups of Africa.

2 ☐ ASIAN OR PACIFIC ISLANDER — Asian or Pacific Islander-persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, of the Pacific Island (i.e., China, Japan, Korea, the Philippines, Hawaii, and Samoa).

3 ☐ AMERICAN INDIAN OR ALASKAN NATIVE — American Indian or Alaskan Native-Persons having origins in any of the original peoples of North America and who maintain cultural identification through tribal affiliation or community recognition.

4 ☐ HISPANIC — Hispanic-Persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of Race

5 ☐ OTHER — Other - Persons who cannot be categorized into any of the above categories. Specify:

D. Method of Referral

1 ☐ Advertisement 2 ☐ School/College 3 ☐ Agency or Organization
4 ☐ Campus Recruitment 5 ☐ Self Referral 6 ☐ Relative
7 ☐ State EDDReferral 8 ☐ Other - Specify

# THOMAS & THORNGREN, INC. - WOTC WORKSHEET

*This side to be completed by individual*

Your answers on this form are strictly confidential and will only be used to secure a tax credit for your employer and will have no effect on past or present benefits received from the government.

Employee Name Everett T Crowder SSN ____________

Employer Name ____________ City ____________ State ______

Hire Date ______ Start Date ______ POSITION ____________ PAY RATE ______

| | Yes | No |
|---|---|---|
| 1) Are you a member of a family that has received Aid to Families with Dependent Children (AFDC) or a successor program for: | | |
| Any 9 month period within the last 18 months? | ☐ | ☐ |
| At least the last 18 months? | ☐ | ☐ |
| Did you previously receive AFDC but exhausted the benefits after 8/5/97? | ☐ | ☐ |
| 2) Are you a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months? (If yes, attach a copy of your DD-214) Branch of Service ______ | ☐ | ☐ |
| 3) Have you completed a vocational rehabilitation program approved by the state or the Department of Veterans Affairs? | ☐ | ☐ |
| 4) Are you at least age 18 but not over age 24 and a member of a family that received: Food stamps for the last six months, OR Food stamps for at least 3 of the last 5 months, BUT is no longer receiving them? | ☐ | ☐ |
| 5) Have you been convicted of a felony within the last year OR released from prison within the last year? If yes, please list the following information regarding the family members living in your household: | ☐ | ☐ |
| 6) Did you receive supplemental security income (SSI) benefits for any month ending within the 60 day period ending on your hire date? | ☐ | ☐ |

| Name | Relationship | Gross Income for Last 6 Months |
|---|---|---|
| | | |
| | | |

Please complete the following regarding your AFDC, food stamps, vocational rehabilitation, parole or SSI:

Recipient Name ____________ Relationship to you ____________

Counselor Name ____________ Phone ______ Fax ______

Counselor Address ____________

*I hereby authorize the information be released to Thomas & Thorngren, Inc. for WOTC purposes only.*

Employee Signature ____________ Date ______

G.F. Kelley v. U.S. Xpress
D 001414
Defendant's Doc. Production

Parent/Guardian (If employee under age 18) ____________ Date ______

*Employer: If the individual accepts an offer of work, the individual should complete this side of this form.*

*This side for use by Thomas & Thorngren, Inc.*
*and state agency rep only*

Request for Verification

To obtain a Work Opportunity Tax Credit for the employee listed on the opposite side of this form, the Treasury Department requires verification of the services assistance described below. Please complete, sign, and return in the enclosed prepaid envelope.

**Social/Human Services Agency:** Was the employee a member of a household which received AFDC or a successor program for any 9 month period during the previous 18 months? ☐YES; OR at least the last 18 months prior to the start date on the opposite side? ☐YES; OR previously received AFDC but exhausted benefits after 8/5/97? ☐YES. If answer to any is yes, please attach printout showing benefit history. If no to all the above, check here ☐.

**Vocational Rehabilitation:** Has the employee completed a vocational rehabilitation program approved by the State or the Department of Veteran Affairs?
☐ YES ☐ No

**Felony Conviction/Prison:** Within the 12 months prior to the employment start date, was the employee convicted of a felony or released from prison? ☐ YES ☐ NO

**Food Stamp Agency:** Was the employee continuously receiving food stamps for the 6 months prior to the start date OR for at least 3 of the last 5 months prior to the start date and is no longer eligible to receive them?
☐ YES (Please attach printout showing benefit history) ☐ NO

**SSI Agency:** Did the individual receive SSI for any month within the last 60 day period ending on the hire date shown on the opposite side?
☐ YES (Please attach printout showing benefit history) ☐ NO

Thank you for your assistance in verifying this information. Should you have any questions regarding this request, please contact Thomas & Thorngren at 1-800-310-8546. Otherwise, please complete the information below and return this form to our office.

Agency Representative Signature ______________________

Name(Please Print) ______________________ Title ______________

Date __________ Phone # ______________ Fax # ______________

Please affix agency stamp here: ______________________
(If Applicable)

G.F. Kelley v. U.S. Xpress
D 001415
Defendant's Doc. Production

# U.S. XPRESS INC.

DRIVER DATA SHEET ☐ NEW HIRE ☐ REHIRE ☐ INFO. CHANGE ONLY

PLEASE PRINT CLEARLY ORIENTATION COMPLETED AT ______________ TERMINAL

☐ OTR ☑ REGIONAL ______________ ☐ FLEX FLEET

HIRE POSITION: ☐ 1ST SEAT ☐ 2ND SEAT ☐ 10K HOUR TRAINEE ☐ LOCAL ☐ MENTOR

DOMICILE AT ______________ TERMINAL (TERMINAL MUST BE TERMINAL CLOSEST TO HOME ADDRESS)

SOCIAL SECURITY #: [redacted] DATE OF HIRE: ______ ______/______

LAST NAME: Crowder FIRST NAME: Everett MI: ______

MAIDEN NAME: ______________ NAME CALLED: ______________

ADDRESS: 1558 S Davis Rd La Grange / Ga / 30241
City/Town State Zip

[redacted]

GENDER: ☑ MALE ☐ FEMALE MARITAL STATUS: ☐ MARRIED ☑ SINGLE

EMERGENCY CONTACT INFORMATION

[redacted]

*HUMAN RESOURCE USE ONLY* EMPLOYEE #: ______________

☐ ENTERED ☐ PROFILE HANBOOK ☐ TEAM W. M/F ☐ TEAM W. M ONLY ☐ TEAM W/F ONLY ☐ PROFILED DS

☐ W-4 ______ ☐ STATE TAX ______ ☐ ORIEN. PD ☐ RECRUITER ☐ REFERRAL CK ☐ LEGAL PLAN: YES / NO

☐ THOMAS & THORNGREN FORM 8850 ☐ THOMAS & THORNGREN WOTC WORKSHEET ☐ US ADMIN

*** REHIRE REINSTATEMENT *ORIGINAL HIRE DATE ______ ______ ______ ORIGINAL TERM DATE ______ ______ ______

FLEET MANAGER ASSIGNED: ______________

U.S. Xpress Enterprises, Inc. and Subsidiaries

## Acknowledgment of Policies

I, the undersigned, have received copies of the following. I understand that it is my responsibility to read and familiarize myself with its contents, and to abide by its prescribed rules and policies.

1. Medical Plan Compliance with the Women's Health Cancer Rights Act and COBRA Rights Notice
2. FMLA policy
3. Harassment at work policy
4. U.S. Xpress Enterprises, Inc. Employee Handbook
5. Hazmat Book
6. Federal Regulation Guidelines

Name(Print) Everett T. Crowder Social Security #: [redacted]

Signature: Everett T. Crowder Date: 8/24/05

G.F. Kelley v. U.S. Xpress
D 001417
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Driver Acknowledgment and Consent

During the normal course of business, US Xpress Enterprises, and or all subsidiaries may require drivers to operate as teams. This arrangement will require the team to be on the road together without other persons present, for an extended period of time. The length of time will vary, and may exceed one month (such as the Driver Training Program). The pairing of members of the opposite sex for over the road assignments raises questions about issues such as personal privacy, personal morals, and marital/family tranquility.

For this reason US Xpress Enterprises and/or all subsidiaries will attempt to pair drivers, co-drivers, trainers, and trainees of the same sex when situations allow. The company however, wants to emphasize that it utilizes qualified drivers without regard to sex, race, religion, national origin or handicap. It may therefore become necessary to pair drivers of the opposite sex, provided that (1) Neither driver objects to the pairing (and can prove that such a refusal is only due to concerns about personal privacy, personal morals, or family/marital tranquility) and (2) both drivers have consented to such pairing in writing.

US Xpress Enterprises and/or all subsidiaries maintain a strict policy on harassment and discrimination in the workplace. All drivers are expected to abide by said policies. The company reserves the right to apply sanctions or combinations of sanctions to deal with harassments, discriminations, or unreasonable behavior.

I acknowledge that I have received and read a copy of the company's policy regarding driver assignments, harassment and discrimination, and I understand and agree to abide by its contents. I understand that teaming with another driver means we will be on the road together for an extended period of time, without other persons present. I understand that such a period may exceed one month, I also understand that as a team, we will share the closed, confined quarters of the tractor cab and that the cab is used both as a living and sleeping quarters.

PLEASE CHECK ONE AND GIVE REASON

✓ *I HEREBY CONSENT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.*

_____ *I OBJECT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX. DURING OVER THE ROAD DRIVING OR TRAINING.*

*REASON:* ____________________

Driver signature: Everett T. Crowder    Date: 8-24-05

G.F. Kelley v. U.S. Xpress
D 001418
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

Disclosure and Release

In connection with my application for employment (including contract for services) with US Xpress and/or subsidiaries, I understand that consumer reports which may contain public record information may be requested from DAC Services, Tulsa Oklahoma. These reports may include the following types of information: names and dates of previous employers, reasons for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies, and state provided driving records.

**I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.**

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished within the two year period preceding my request. I hereby consent to your information, which DAC has or obtains, and my employment history with you if I am hired, will be supplied by DAC to other companies, which subscribe to DAC Services.

I hereby authorized procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for company to obtain consumer reports at any time during my employment or contract period.

Everett T. Crowder
Print Name

Everett T. Crowder
Signature

8 / 24 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001419
Defendant's Doc. Production

NOTICE AS TO JURISDICTION AND NOTICE AS TO TENNESSEE WORKER'S COMPENSTION LAW

THIS NOTICE CONTAINS LANGUAGE, WHICH WILL BECOME PART OF A SEPARATE CONTRACT, WHICH YOU WILL SIGN AS A CONDITION OF EMPLOYMENT DURING ORIENTATION WITH U.S. XPRESS. THIS NOTICE AND CONTRACT REFERRED TO IN THE PRECEDING SENTENCE EFFCT YOUR RIGHTS, LIABILITIES, AND OBLIGATIONS IN THE EVENT THAT YOU SUSTAIN AN INJURY BY ACCIDENT ARISING OUT OF AND IN THE COURSE OF YOUR EMPLOYMENT WITH U.S. XPRESS. YOU ARE URGED TO READ THIS NOTICE AND CONTRACT CAREFULLY AND IN ITS ENTIRETY.

U.S. Xpress is a Nevada corporation with its principle place of business and corporate offices in Chattanooga, Tennessee. Therefore, a Tennessee employer is hiring you in Tennessee. Although your job duties with and for U.S. Xpress may principally be located in states other than Tennessee and though any injury giving rise to Workers' Compensation claims may occur in a state other than Tennessee you hereby agree that any claim you hereby submit for Workers' Compensation benefits will be governed, both substantively and procedurally, by Tennessee law and in accordance with the provisions of the Tennessee Workers' Compensation law, 50-6-101.

THIS CONTRACT IS NOT INTENDED TO, AND IT DOES NOT, ALTER YOUR STATUS AS AN EMPLOYEE AT WILL.

Employee Initials GTC

NOTICE

The following is a brief explanation of some of your rights and obligations under Tennessee Workers' Compensation law. The information provided below is not intended to be an exhaustive survey of the law nor a limitation on or extension of the law as it applies in Tennessee.

The workers' compensation law of Tennessee provides, among other things, that if you are injured in an accident arising out of and in the course of your employment with U.S. Xpress, you will be entitled to certain benefits. One of the benefits you will be entitled to is the payment of medical expenses for treatment made necessary by your injury, provided that the expenses are necessary, reasonable, and related to the accident and resulting injury.

Before any medical expenses will be recoverable or paid for your treatment, however you must promptly inform the U.S. Xpress Workers' Compensation Claims Analyst of your accident and need for medical attention.

Under Tennessee law, U.S. Xpress has the right to direct you to whom you may go for treatment and medical care. If you choose to seek medical treatment and care from a hospital, physician, or other healthcare provider, other that those provided below you will be responsible for your own medical expenses.

After giving notice of your need for treatment to the Workers' Compensation Department, you may seek medical attention or care from one of the hospitals, physicians, or healthcare providers listed below. The following providers are in the Chattanooga area. If you are not in the Chattanooga area at the time of your injury and need immediate care, or you do not live in the Chattanooga area, you MUST call the Workers' Compensation Department to get a list of three hospitals, physicians or other healthcare providers in your area from which you may choose to obtain treatment.

If one of the above hospitals, physicians, or healthcare providers or any member of their staff, attempts to refer you to a specialist, other physician or healthcare provider not listed above, you MUST first inform the Workers' Compensation Department of U.S. Xpress and obtain its approval before seeing or receiving any treatment from the unlisted specialist, physician or healthcare provider. If you do not YOU will be responsible for the medical expenses you incur as the result of unauthorized treatment or medical attention.

U.S. Xpress Enterprises, Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1) Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4) Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7) Follow assigned routing. Notify Operations of any necessary deviations.

8) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9) Know where you are going. Avoid unnecessary stops or detours.

10) If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Everett T. Crowder
Print Name

[signature]
Driver Signature

8-24-05
Date

Uxpress, INC.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature Everett J Chowsda Date 8-24-05

USA
Services, LLC

**HIPAA/COBRA Initial Notice**
**Form for New Hires and New Spouse/Dependent(s)**
~Please print clearly and complete form fully~

Event __ New Hire __ Employee's New Spouse __ Employee's New Dependent (18 or older)

| Date: | Employer Name: | Group Number |
|---|---|---|
| 8-24-05 | USXpress | |

**Employee Information**

Name (Last, First, MI)

Crowder  Everett  Salton

Street Address

1558 S Davis Rd

| City | State | ZipCode | SS# |
|---|---|---|---|
| La Grange, Ga. | Ga. | 30241 | ████████ |

**Spouse Information**

| Name (Last, First, MI) | SS# |
|---|---|
| | |

| Street Address -- Only if different from employee | | | |
|---|---|---|---|
| | | | |

| City -- Only if different from employee | State | ZipCode | Date of Birth |
|---|---|---|---|
| | | | /    / |

**Dependent Information -- Only if address is different from both employee and spouse**

| Name (Last, First MI) | SS# |
|---|---|
| | |

Street Address

G.F. Kelley v. U.S. Xpress
D 001423
Defendant's Doc. Production

# DRIVERS

Legal Plan

*The Protection You Need ...*

*...a Price You Can Afford*

Dear USX Driver:

USXpress, Inc. has been associated with Drivers Legal Plan since 1993. During this time, DLP attorneys have proven invaluable in protecting the driving records of our drivers, and consequently, the safety record of our company. You should strongly consider the value of this program against the nominal cost of joining.

The benefits of this plan include:

The most affordable legal plan on the market today ($2.98 per week).

Knowledgeable "Trucker" Attorneys, experienced in all 48 states. You report violations directly to Law office via toll-free number.

Not an insurance/referral agency that might use a lawyer unfamiliar with CDL defense.

These attorneys have provided us good results in the past; they handle your case start to finish (no limit on hours), for an agreed in-advance that is at a fraction of normal charges. You CAN afford to fight

DLP Attorneys handle your moving and non-moving violations, including "serious CDL offenses," for only $100, ($250 for simple accidents not involving loss of life or limb). Other legal matters, including alleged alcohol and drug violations, can be handled by the attorneys at a 1/3 off discount; which could save thousands in legal fees.

This program will be available to all USX drivers for a nominal fee (payroll deducted) of $2.98 per week. Team drivers would pay $2.98 each. This coverage extends to any vehicle you operate, on or off the job. You may also get the same protection for your non-CDL spouse for only $1.50 per week.

Your CDL is, in fact, your livelihood. We believe that Drivers Legal Plan offers a very effective and affordable way to protect your driving career.

This offer is only available while you are an ACTIVE employee with this company, if you take any type of leave you must resubmit an application. So, take a moment to fill out the application, and then return it to the Human Resource Department so we can start your legal protection as soon as possible.

Jannie Jefferson
Vice President
(800) 558-2879

USXpress

**Drivers Legal Plan**

1101 Sovereign Row, Oklahoma City, OK 73108

**800-580-8789**

The attorneys of Drivers Legal Plan dedicate entire practice to CDL defense. These la have extensive experience in every stat practically every court in the continental eight states. Former judges and prosecutor CDL holders themselves; they, and their leg have handled thousands of cases for drive like you. They are familiar with logbook hazmat standards, weight and length restri and moving violations in the various stat more importantly, the effects on your CDL.

Bad things can happen to good drivers, it ju with the job. However, do not let them your driving record and earning power. your future by ensuring that you have the quality legal protection available and that t will be nominal. Join Drivers Legal Plan to

## Serious CDL Violations Inclu

- √ Speeding 15 mph or over
- √ Reckless Driving
- √ Improper Lane Change
- √ Following Too Closely
- √ Any Accident Involving a Fatality
- √ Railroad Crossing
- √ No CDL in Possession

## Penalties Upon Convictio

All POV Convictions Count Against

In a 3 Year Period:

- 2 Convictions = 60 Day Suspension
- 3rd Conviction = Additional 120 Day Suspension
- 6 Months Total Suspension = $$$$$

G.F. Kelley v. U.S. Xpress
D 001424
Defendant's Doc. Production



- DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?
  - IF SO, WILL *DRIVERS LEGAL PLAN* SAVE YOU MONEY?

---

The following real life cases answer these questions:

Case #1: Larry W.'s tractor trailer ran into a loaded school bus in rural Colorado. Larry was given a serious violation ticket. Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

> As a DLP member, Larry paid the $250 accident fee for legal services. If he was not a member of DLP, his legal fees alone could have been over $2,500. Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

Case #2: Martin T., licensed in Illinois, received a traffic ticket in Ohio. He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points. Martin accepted and paid the fine. Thirty days later, he received a suspension notice from Illinois. The 59/55 with zero points Ohio case is still a moving violation in Illinois. DLP got the case reopened and amended to a non-moving, parking violation before the Illinois suspension took place.

> As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL. Other attorneys in Ohio had asked for fees ranging to $500.

Case #3: Richard R., was ticketed for 72/55 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States. His white truck was spotted by plane and stopped by two state trooper chase vehicles. Richard denied going 72 m.p.h. DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity. The verdict was a 6-6 "hung jury". The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed. Richard agreed to a non-moving violation rather than re-try the case.

> Cost to Richard for jury trial defense was $100 as a member of DLP.
> "Local" representation could have cost over $1500 and been much less effective.

Case #4: A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been misrouted by military shippers. DLP legal staff was able to get the ticket dismissed.

> The $100 cost to the DLP member was not the true value in this case. The driver was able to continue an award-winning safety career record and the company avoided a serious incident being noted on their motor carrier safety profile.

- LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.
  - DRIVERS LEGAL PLAN WILL SAVE YOU MONEY.

G.F. Kelley v. U.S. Xpress
D 001425



# PLAN PERFORMANCE

Even though past history is not a guarantee of future results, we thought an overview of performance by the attorneys of *Drivers Legal Plan* would be of particular interest to you as a prospective client.

The following results were obtained for drivers of a major motor carrier over a 12 month period:

| Disposition | Percent of Total | Description of Result |
|---|---|---|
| Dismissed | 8% | All charges dropped |
| Non-Moving | 14% | Charge changed and not shown on MVR |
| Probation | 24% | Probation for set time then dismissed |
| Reduction | 28% | Reduced from serious to non-serious |
| Traffic School | 15% | Take school and ticket was dismissed |
| Trial | 6% | Driver and Attorney went to trial |
| No Relief | 5% | We fought and lost |

As attorneys, we always attempt to get the violation dismissed. If dismissal is not possible, then we seek a reduction in the seriousness of the violation (to a non-serious CDL violation), if the driver agrees. If all other remedies fail, we go to trial to protect the driver and his job. Ethics prevent any guarantee of results, but our past history may help you decide that our attorneys can, indeed, prove invaluable to the professional driver.

In this case, we were able to favorably affect 89% of all cases.

*Drivers Legal Plan* concentrates on the legal defense of the driver. Our goal is to protect the driver's CDL and thereby, his career all while keeping him out of court, off the phone, and on the road.

# Notice to Drivers

Trucking companies are regulated by the Federal Highway administration through the department of Transportation (DOT) which has the authority to oversee hiring and employment standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring process and ongoing employment criteria at US Xpress and/or subsidiaries is a product of federal law, state law, and company policy.

---

Drivers are required to provide a truthful and complete accounting of citations received (whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

US Xpress and/or subsidiaries will conduct an investigation into these areas before hire, annually as required by the FMCSR, and intermittently as safety factors (citation, accidents, medical, etc.) fluctuate. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph. US Xpress and/or subsidiaries will also contact former employers, and order whatever information deemed relevant to make a decision as to the hiring or retention of a driver.

In making a hiring decision, it is the intent of US Xpress and/or subsidiaries to rely on; 1)the company's need for drivers, 2) the pool of qualified applicants, and 3)the qualifications of a driver who is applying measured against a minimum established by law, prudence, or company policy.

US Xpress and/or subsidiaries do not rely on consumer-reporting agencies in making a hiring decision. It is felt that by going to the information source directly, the driver, or previous employer for instance, we can get a complete and accurate account of the safety history. US Xpress and/or subsidiaries does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire, this information will be disclosed to the driver in question and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. US Xpress and/or subsidiaries will reconsider new information if it is pertinent to the hiring or retention decision. However, and issue which is resolved between DAC Services, and the applicant may not invoke US Xpress and/or subsidiaries to alter the original decision.

I understand that it is my responsibility to report information to US Xpress and/or subsidiaries concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Everett J. Crowder
Print Name

Everett J. Crowder
Driver's Signature

8-24-05
Date

Notice to Drivers

G.F. Kelley v. U.S. Xpress
D 001427
Defendant's Doc. Production

DRIVERS Legal Plan

PLAN APPLICATION

Effective ________

# USXPRESS, INC.

PLEASE PRINT

ID# ____________________ TR# ____________________

DRIVER ____________________ COMPANY DRIVER ______ OR OWNER OPERATOR ____________

First MI Last

ADDRESS ______________________________

CITY ______________________ STATE ______ ZIP ______

PHONE ( ) ______________ SOCIAL SECURITY # ______________

CELL PHONE ______________ E-MAIL ADDRESS ______________

DRIVER'S LICENSE NUMBER ______________ STATE ______

DATE OF BIRTH ______________ DISPATCH NUMBER ( ) ______________

*NON-CDL DRIVER'S SPOUSE OR NON-CDL EMPLOYEE PLAN*

NON-CDL DRIVER'S SPOUSE OR EMPLOYEE ______________

First MI Last

ADDRESS ______________________________

CITY ______________________ STATE ______ ZIP ______

PHONE ( ) ______________ SOCIAL SECURITY # ______________

DRIVERS LICENSE NUMBER ______________ ISSUING STATE ______

DATE OF BIRTH ______________ WORK NUMBER ( ) ______________

METHOD OF PAYMENT (Choose One) * EFFECTIVE DATE STARTS WITH NEXT PAY PERIOD.

PAYROLL OR COMMISSION STATEMENT DEDUCTION

☐ Driver only: $2.98 Weekly ☐ Non-CDL or Non-CDL Spouse: $1.50 Weekly

TO THE COMPANY NAMED ABOVE: I hereby apply to participate in DRIVERS LEGAL PLAN and AUTHORIZE you to deduct from my earnings the necessary plan fee as set forth above to be paid to DRIVERS LEGAL PLAN or its designee. This authority is to remain in effect until revoked by me in writing. I hereby authorize Drivers Legal Plan to employ any attorney to represent me with my full authority and discretion to resolve any matter in connection with any and all traffic tickets I may have. [illegible] I understand that this is only available while I am an ACTIVE employee with this company and I will need to [illegible] I also understand that if I am no longer employed by this participating company, my participation will be cancelled. [illegible]

X Signature of Driver: [signature] Date ________

Return to Safety Payroll c/o your instructor

G.F. Kelley v. U.S. Xpress
D 001428
Defendant's Doc. Production

# Entry Level Driver Training Certificate

Trained By

U.S. Xpress, Inc.
4080 Jenkins Rd. Chattanooga, TN 37421

I certify ______________________ has completed
Driver Name

The Entry Level Driver Training requirements in the following areas; driver qualifications, driver wellness, hours of service, and whistle blower protection requirements in accordance with the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.501

______________________
Date

Amy Stubbs
Name of Trainer (Print)

[signature]
Signature of Trainer

1535 New Hope Church Rd Tunnel Hill, Ga 30755
Address of Trainer

G.F. Kelley v. U.S. Xpress
D 001429
Defendant's Doc. Production

# U.S. XPRESS ENTERPRISES, INC.

# DIRECT DEPOSIT APPLICATION

Name: Everett T. Crowder SS#: [redacted]

Date: 8-24-05

Transfunds card#: [redacted]

We are pleased to offer the following options for our drivers:
(Please check the option that you want)

_____ AUTO DEPOSIT (Automatically sends your paycheck directly to one specific bank of your choice. Funds are electronically deposited each payroll depending on your bank and are usually available as of the date of your check.)

_____ MANUAL DEPOSIT Places your check on your Transfunds Card [illegible]

_____ SPLIT DEPOSIT (A flat amount or percentage of your check is automatically sent to your bank(s) and the rest goes on your Transfunds card. (Funds are usually available in your bank by the following Monday or Tuesday.)

_____ (amount or percentage to BANK)

Please complete the following information below and attach a voided check. Please do not attach a deposit slip for a checking account.

Bank name: _____

Bank telephone#: _____

Bank routing #: _____ Bank account#: _____

Account type: _____ Checking _____ Savings

Bank name: _____

Bank telephone#: _____

Bank routing #: _____ Bank account#: _____

Account type: _____ Checking _____ Savings

I THE UNDERSIGNED AUTHORIZE U.S. XPRESS TO DIRECT DEPOSIT MY PAYCHECK IN THE MANNER STATED ABOVE. I AM AWARE THAT U.S. XPRESS MAY DIRECT THE BANK TO RETURN FUNDS TO WHICH I AM NOT ENTITLED AND DEBIT MY ACCOUNT.

Signature _____

Please keep in mind that for direct deposit there is a 10-day pre-note period required before your account is active and money will be sent to your account. For manual deposit, it takes approximately 2 weeks. A [illegible] message will be sent to you with a date when your manual deposit is available for you to use. Money transferred manually takes 24-48 hours [illegible] to reach your bank account. Please call your bank and make sure that you have the correct routing number and account number or there will be a delay in processing your request.

If you have questions please call [illegible] in Payroll at Ext. [illegible]
Fax# [illegible] [illegible] Ext# [illegible]

G.F. Kelley v. U.S. Xpress
D 001430
Defendant's Doc. Production

Please do not forget to attach a voided check for checking accounts and a deposit slip for savings accounts. We cannot process your application without one. Please [illegible]
form. Thanks!

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. [illegible]

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-[illegible]

[illegible]

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. [illegible]

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

[illegible]

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. [illegible]

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

Cut here and give Form W-4 to your employer. Kee[illegible]

Form **W-4** — **Employee's Withholding All[illegible]**

Department of the Treasury
Internal Revenue Service

► Whether you are entitled to claim a certain number of all[illegible] subject to review by the IRS. Your employer may be requir[illegible]

1 Type or print your first name and middle initial: Everett T. — Last name: Crowder

Home address (number and street or rural route): 1558 S Davis Rd

City or town, state, and ZIP code: La Grange, Ga 30241

5 Total number of allowances you are claiming (from line H above or from [illegible]

6 Additional amount, if any, you want withheld from each paycheck

7 I claim exemption from withholding for 2005, and I certify that I meet both [illegible]
- Last year I had a right to a refund of all federal income tax withheld [illegible]
- This year I expect a refund of all federal income tax withheld because [illegible]

If you meet both conditions, write "Exempt" here

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(Form is not valid unless you sign it.) ► Everett T. Crowder [signature] — Date ► 8-24-05

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) — 9 Office code (optional) — 10 Employer identification number (EIN)

USXpress 4080 Jenkins Rd
Chattanooga, TN 37421

State Allowances

G.F. Kelley v. U.S. Xpress
D 001431

U.S. Department of Justice
Immigration and Naturalization Service

## Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

Print Name: Last: Crowder First: Everett Middle Initial: T. Maiden Name

Address (Street Name and Number): 1558 S Davis Apt. #

City: La Grange State: Ga. Zip Code: 30241

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, th[...]
- [ ] A citizen or national of the [...]
- [ ] A Lawful Permanent Resident (Alien # A___________
- [ ] An alien authorized to work until __/__/__ (Alien # or Admission #) ________

Employee's Signature

Date (month/day/year)

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature

Print Name: Everett T. Crowder

Address (Street Name and Number, City, State, Zip Code)

Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | | | | |
| Issuing authority: | | | | | |
| Document #: | | | | | |
| Expiration Date (if any): | __/__/__ | | __/__/__ | | __/__/__ |
| Document #: | | | | | |
| Expiration Date (if any): | __/__/__ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative: Everett T Crowder

Print Name: Everett T. Crowder

Title: Orientation Asst.

Business or Organization Name: US XPRESS, INC.

Address (Street Name and Number, City, State, Zip Code): 1535 NEW HOPE CHURCH RD TUNNEL HILL, GA 30755

Date (month/day/year)

G.F. Kelley v. U.S. Xpress
D 001432
Defendant's Doc. Production

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable)

B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: ________ Document #: ________ Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative

Form **8850**

Rev. October 2002
Department of the Treasury
Internal Revenue Service

# Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits

► See separate instructions.

OMB No. 1545-1500

Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.

Your name ______________________ Social security number ► ______

Street address where you live ______________________

City or town, state, and ZIP code ______________________

Telephone number ( ) ______

If you are under age 25, enter your date of birth (month, day, year) ___/___/___

## Work Opportunity Credit

1 ☐ Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2 ☐ Check here if any of the following statements apply to you.

- I am a member of a family that has received assistance from Temporary Assistance for Needy Families (TANF) for any 9 months during the last 18 months.
- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.
- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.
- I am at least age 18 but not age 25 or older and I am a member of a family that:
  - a Received food stamps for the last 6 months or
  - b Received food stamps for at least 3 of the last 5 months, but is no longer eligible to receive them.
- Within the past year, I was convicted of a felony or released from prison for a felony and during the last 6 months I was a member of a low-income family.
- I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

## Welfare-to-Work Credit

3 ☐ Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4 ☐ Check here if you are a member of a family that:

- Received TANF payments for at least the last 18 months, or
- Received TANF payments for any 18 months beginning after August 5, 1997, and the earliest 18-month period beginning after August 5, 1997, ended within the last 2 years, or
- Stopped being eligible for TANF payments within the last 2 years because Federal or state law limited the maximum time those payments could be made.

## All Applicants

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ► [signature]

G.F. Kelley v. U.S. Xpress
D 001433
Defendant's Doc. Production

COMPANY DRIVER FILE
LIST

| |
|---|
| MEDICAL FILE *(THIS MUST BE A SEPARATE PLAIN MANILA FILE FOLDER* |
| PHYSICAL |
| DRUG TEST RECEIPT (CHAIN OF CUSTODY) |
| |
| DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON LEFT SIDE OF FILE) |
| PHOTO WITH NAME & SS # (STAPLE ON TOP OF THE FOLLOWING FORMS) |
| COPY OF DRIVERS LICENSE / SOCIAL SECURITY CARD / RESIDENT ALIEN CARD – ETC….(PLEASE MAKE SURE THIS IS FACE DOWN) |
| |
| DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON THE RIGHT SIDE OF FILE) |
| DATA SHEET |
| INTEGRITY CHECKLIST (GET FROM THE RECRUITER) |
| ORIGINAL W-4 |
| STATE TAX FORM (IF APPLICABLE) FORMS WILL VARY (STATE MUST MATCH STATE LISTED ON FEDERAL FORM |
| AUTHORIZATION FOR PAYROLL DEDUCTION / PAYROLL DISPOSITION & PAYROLL BENEFICIARY |
| RECEIPTS / ATTACHMENT A (Drug & Alcohol Policy) |
| WORKER'S COMP. FORM |
| DRIVER ACKNOWLEDGMENT AND CONSENT |
| DISCLOSURE AND RELEASE |
| NOTICE TO DRIVERS |
| CARGO SECURITY POLICY GUIDELINES |
| ACKNOWLEDGMENT OF POLICIES |
| MISCELLANEOUS……..ANYTHING OTHER THAN WHAT IS LISTED ABOVE……. |
| |
| LOOSE FORMS |
| LEGAL PLAN ^^^^^^^^IF APPLICABLE (ADD LEGAL PLAN) FORM STAYS IN FILE |
| ORIGINAL EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE (EEO) – PUT IN FOLDERS ON FILE CLERKS DESK |
| ORIGINAL I-9 (EMPLOYMENT ELIGIBILITY VERIFICATION) - PUT IN FOLDERS ON FILE CLERKS DESK |
| THOMAS & THORNGREN 8850 & WOTC WORKSHEET (GIVE TO TERESA PELLAM) |
| US ADMIN (HIPPAA/COBRA INITIAL NOTICE) (GIVE TO KELLY OVERSTREET) |
| |
| POLICIES TO HAND OUT |
| FMLA POLICY AND ACKNOWLEDGEMENT |
| WOMEN'S HEALTH CANCER RIGHTS ACT AND COBRA RIGHTS NOTICE |
| PREVENTING HARASSMENT AT WORK |

G.F. Kelley v. U.S. Xpress
D 001434
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

# Policy on Alcohol and Drug Usage

## APPLICATION

The following policy is applicable to all persons involved in the operations of companies owned by and/or affiliated with or contracted to U.S Xpress Enterprises, Inc. All of these companies have adopted the program described herein to the ~~extent applicable to the services performed by each.~~

## PURPOSE

The company is concerned with workers safety and realizes that the state of a person's health can effect job performance and safety. Persons impaired by the use of drugs or alcohol while on the job pose serious safety and health risks to themselves, co-workers, and the public.

Our policy has been developed to help ensure the safety of each individual, co-worker, and the public. Any refusal to cooperate with the company's request for a drug screen or sobriety examination will result in immediate suspension and the ultimate disqualification or discharge of the individual, in the absence of circumstances acceptable to the company. This policy will apply to all individuals seeking employment and to all current workers.

## DEFINITIONS

With respect to drugs, "impaired" means the presence in a person's system of any detectable amount of a drug or it's metabolites, and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his/her job safely and effectively has been impaired by drugs.

The term "drugs" includes any and all controlled substances, such as but not limited to: marijuana, cocaine, opiates, amphetamines, barbiturates and phencyclidine (PCP). It also includes prescription and over-the-counter drugs, which are being abused.

For the purposes of alcohol usage, "impaired" means the retention by an individual of a blood alcohol content of .10% or more (.04% or more
if the individual is operating a company vehicle or equipment)upon testing by breathalyzer or blood test and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his or her job safely and effectively has been impaired by alcohol.

"***Alcohol***" means ethyl alcohol (ethanol) and includes any liquid containing ethyl alcohol.

"***Distribution***" means any exchange, transfer, or sharing whether for money or otherwise.

"***Possession***" means on one's person, in one's personal effects, in one's vehicle, or under one's control.

"***Consumption***" means any form of use, ingesting, inhaling, or injecting.

## INDIVIDUALS COVERED BY THE POLICY

Any employee of the company, and all individuals who are employees of a personnel leasing company leased to the company, are covered by this policy. Refusal to submit to required testing by this policy will be an assumption of testing positive, and the individual will be subject to immediate discipline up to and including termination.

Any person found to be positive will be subject to immediate discipline up to an including termination.

All applicants being considered for employment are required to pass a drug screen.

U.S. Xpress Enterprises, Inc. and Subsidiaries

Policy on Alcohol and Drug Usage

PROHIBITIONS

All persons covered by this policy are prohibited from the following:

- Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of drugs while working, while on company property or while operating company equipment;
- Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of alcoholic beverages while working, while on company property, and while operating company equipment;
- Working or reporting to work while under the influence of drugs or alcohol.
- Use of legally obtained prescription or over-the-counter drugs (including alcohol or other chemicals) which may adversely affect job performance or safety is prohibited. The company may at its discretion, require an employee to refrain from working while impaired by any drug or medication.
- Use of taking someone else's prescriptions.

Receipt & Attachment &
Revised 11 23 97

G.F. Kelley v. U.S. Xpress
D 001436
Defendant's Doc. Production

Usxpress, INC.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature Everett T. Gowder Date 8-23-05

# APPLICANTS AUTHORIZATION TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, ______________________, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

Everett T. Acosta [signature]
Signature of applicant

8-24-05
DATE

G.F. Kelley v. U.S. Xpress
D 001438
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26.000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1. 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name Everett J. Crowder [REDACTED]

Address 1558 S. Davis

License: State IA Class A License [REDACTED]

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State ________ Class __________ License # ______________

State ________ Class __________ License # ______________

Driver's Signature: Everett J. Crowder

G.F. Kelley v. U.S. Xpress
D 001439
Defendant's Doc. Production