# EXHIBIT 25

## Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:     ▮▮▮▮▮▮▮▮▮/Name:Amy Devine
        Specimen ID #:▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000524
Defendant's Doc. Production

SPECIMEN ID NO. **106565447**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.    115030

US Xpress/Laredo
P.O. Box 605
Lowell, AR 72745
PH: 427-510-3365  FX: 405-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 456397
DrNT-Robert Pflug, MD
8455 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151  FX: 214-387-5206

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO. **106565447**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.    113030

US Xpress/Laredo
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 468207
DrMi-Robert Pflug, MD
8358 Hwy. 23, Ste. 1
Belle Chasse, LA 70037
PH: 504-394-9131  FX: 213-267-9200

OMB No. 0930-0151

G.F. Kelley v. U.S. Xpress
D 000525
Defendant's Doc. Production

## DRIVER CERTIFICATION FILE

R NAME  Amy L Devine

ESS 654 McCoy Rd   CITY Pembroke   STATE GA   ZIP 31321

OF EMPLOYMENT   8/24/05

G.F. Kelley v. U.S. Xpress
D 001440
Defendant's Doc. Production

DRIVER'S ROAD TEST
(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.

Name: Amy L Devine  Address: 654 McCoy Rd Pembroke, GA 31321

State: GA  Equipment Driven: Tractor FL CONV VOLVO Trailer 53'

Checked From: LaKelley To LaKelley Date: Aug 24, 05

### Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit  _____
Looks for leakage of coolants, fuel and lubricants  _____
Checks under the hood - oil, water, general condition
  of engine compartment and steering  _____
Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper)  _____
Tests brake action, tractor protection valve, and
parking (hand) brake  _____
Knows use of jacks, tools, emergency warning devices,
tire chains, fire extinguisher, spare fuses, and
four way flashers  _____
Checks instruments  _____
Cleans windshield, windows, mirrors, lights, and
reflectors  _____

### Part 2 - Placing vehicle in motion and use of controls

A. Engine
Starts engine without difficulty  _____
Allows proper warm-up  _____
Understands gauges on instrument panel  _____
Maintains proper engine speed while driving  _____
Basic knowledge of motors - gas, diesel  _____
Abuse of motor  _____

B. Clutch and Transmission
Starts loaded unit smoothly  _____
Uses clutch properly  _____
Times gearshifts properly  _____
Shifts gears smoothly  _____
Uses proper gear sequence  _____

C. Brakes
Understands operating principles of air brakes  _____
Knows proper use of tractor protection valve  _____
Understands low air warning  _____
Test brakes before starting trip  _____

Fails to check traffic conditions & signal
when pulling out from parked position  _____
Parks in illegal or unsafe location  _____

Parking (road)
Parks off pavement  _____
Avoids parking on soft shoulder  _____
Uses emergency warning signals when
required  _____
Secured unit properly  _____

D. Steering
Fights steering wheel  _____
Allows truck to wander  _____

E. Lights
Knows lighting regulations  _____
Uses proper headlight beam  _____
Dim lights when meeting or following other vehicles  _____
Adjust speed to range of headlights  _____
Proper use of auxiliary lights  _____

### Part 3 - Coupling and Uncoupling

Lines up units  _____
Hooks brake and light lines properly  _____
Secures trailer against movement  _____
Backs under slowly  _____
Tests hookup with power  _____
Checks hookups visually  _____
Handles landing gear properly  _____
Proper hook-up of full trailer  _____
Secures power unit against movement  _____

### Part 4 - Backing and Parking

A. Backing
Gets out and checks before backing  _____
Looks back as well as uses mirror  _____
Gets out and rechecks conditions on
  long back  _____
Avoids backing from blind spot  _____
Signals when backing  _____
Controls speed and direction properly
  while backing  _____

B. Parking (city)
Takes too many pull ups  _____
Hits nearby vehicles or stationary objects  _____
Hits curb  _____
Parks too far from curb  _____

D. Grade Crossings
Adjusts speed to conditions  _____
Makes safe stop, if required  _____
Selects proper gear  _____

F. Speed
Speed consistent with basic ability  _____
Adjusts speed properly to road, weather,
  traffic conditions, legal limits  _____
Slows down for rough roads  _____
Slows down in advance of curves  _____

G.F. Kelley v. U.S. Xpress
D 001441

**Part 5 - Slowing and Stopping**

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
  fanning _____
Stops before crossing sidewalk when
  coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

**Part 6 - Operating in traffic Passing and Turning**

A. Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
  way is clear _____
Does not swing wide or cut short while turning _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if
  necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

C. Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

E. Passing
Passes with insufficient clear space
  ahead _____
Passes in unsafe location:hill, curve,
  intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
  way by others _____
Tends to crowd other drivers or force
  way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

**Part 7 - Miscellaneous**

A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
  conditions _____
Adjusts driving to meet changing
  conditions _____
Performs routine functions without taking
  eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner, cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
  local _____
Knowledge of special truck routes _____

D. Use of Special Equipment (specify)
_____

Remarks:
OK For 1st seat
_____

General Performance: Satisfactory __X__  Needs Training _____ Unsatisfactory _____
Qualified for: Truck __X__  Tractor-Semi trailer __X__  Other _____

Signature of Examiner _Wallace L. Beard_

G.F. Kelley v. U.S. Xpress
D 001442
Defendant's Doc. Production

## U.S. XPRESS, INC.   XPRESS GLOBAL SYSTEMS

### CERTIFICATION OF ROAD TEST

Driver's Name __Amy L Devine__

Social Security N[redacted]

Commercial Driver's License No __054784937 GA__

State __AK__ Location of Test __Wadley__

Type of Power Unit __Volvo__ Type of Trailer(s) __53'__

This is to certify that the above driver was given a road test under my supervision on __aug 24__ 20 __05__ consisting of approximately __20__ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

__Wallace L. Bird__ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date __8/24/05__ Driver's Signature __Amy L Devine__

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001443
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001444
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | 8-24-08 |

| Name (Last) Devine | First Amy | Middle L | Employer USXpress Enterprises |
|---|---|---|---|
| Social Security ███████ | | | Address 4080 Jenkins Road |
| Job Position OTR Driver | | | City Chattanooga  State TN  Zip 37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1 — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8-24-05 | Haz-mat 126/181 | USXpress Enterprises | | 8-24-05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Section 2 — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001445
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Devine   Amy   Louise
      LAST   FIRST   MIDDLE

SOCIAL SECURITY #: [REDACTED]

OTHER NAMES USED: (maiden name) Dickerson

DATE OF BIRTH: [REDACTED]

ADDRESS: [REDACTED] / Pembroke / GA / 31321
    STREET / CITY / STATE / ZIP

NOTIFY IN CASE OF EMERGENCY: Helen F Dickerson

ADDRESS: 654 McCoy Rd / Pembroke / GA / 3[REDACTED]
    STREET / CITY / STATE / ZIP

REFERRED TO USX BY WHOM? _____

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001446
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001447
Defendant's Doc. Production

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Equipment Driven   ☐ Tractor Trailer

G.F. Kelley v. U.S. Xpress
D 001448

A[...]

I un[...]
of c[...]

[...] and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug test, alcohol test, or other tests, upon request, as a term submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

G.F. Kelley v. U.S. Xpress
D 001449

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, __Amy L Devine__, understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking  1-800-821-0144 | 9/2004 – 8/2005 |
| Gator Logging  912-653-2422 | 11/2003 – 9/2004 |
| Super Service | 8/2003 – 11/2003 |
| Arnold Transport | 9/2002 – 7/2003 |
| Werner | 11/2001 – 8/2002 |
| Material Haulers | 2/2000 – 9/2001 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Amy L Devine_  
Signature of applicant

__8/25/05__  
DATE

G.F. Kelley v. U.S. Xpress
D 001450
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

**I. Notice to Drivers**

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name: **Amy L Devine**

Address: **654 McCoy Rd Pe[redacted]**

License: State **GA**   Class **A**   License # **[redacted]**

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: *Amy L Devine*

G.F. Kelley v. U.S. Xpress
D 001451
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Amy L Devine

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | |
| Hours Worked | 7.5 | 10 | 8 | 7 | 0 | 3.75 | 4.25 | 40.50 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __/__/__ through _____ am/pm

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

Time _____   Day 24   Month 8   Year 2005

Driver's Signature: Amy L Devine    Date: 8/24/05

G.F. Kelley v. U.S. Xpress
D 001452
Defendant's Doc. Production