# EXHIBIT 27

# Result Report

### *Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    ████████████/Name: Pedro Garcia
       Specimen ID #████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.

F. Kelley v. U.S. Xpress
D 000578
efendant's Doc. Production

8/23/2005

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. **106417729**

**AIN**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

OMB No. 0930-0158

| A. Employer Name, Address, I.D. No. 133606 | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| US Xpress/Wadley<br>P.O. Box 485<br>Lowell, AR 72745<br>PH: 423-510-3540 FX: 423-510-3592 | Profile # 680436<br>DFWI-Robert Pflug, MD<br>8658 Hwy. 23, Ste. 4<br>Belle Chasse, LA 70037<br>PH: 504-394-4161 FX: 214-387-5200 |

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

REMARKS _____

X _____   _____   ___/___/___
   Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON _____

X _____   _____   ___/___/___
   Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

AUG-10-2005 WED 04:47 PM KELLY TRUCKING    Case 3:06-cv-00351-MEF-WC    Document 35-3    Filed 03/21/2007    Page 4 of 25    P. 001/004

812563952272    P. 001/004

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 87421

*Michelle ext. 3782*
*fax 423 510-6138*

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME Garcia    Pedro    David
      LAST      FIRST    MIDDLE    SOCIAL SECURITY

OTHER NAMES USED    n/a

DATE OF BIRTH 9/13/69    EMAIL ADDRESS David garcia
              MONTH/DAY/YEAR

ADDRESS 95001 Hwy 9    Lineville
        STREET           CITY

AL                      36266
STATE                   ZIP

NOTIFY IN CASE OF EMERGENCY Andrea Garcia

ADDRESS 95001 Hwy 9    Lineville    AL    36266
        STREET         CITY         STATE  ZIP

REFERRED TO USX BY WHOM? Kelly Trucking

G.F. Kelley v. U.S. Xpress
D 000812
Defendant's Doc. Production

+ax 423510.6138. Michelle ext 3782

## DRIVING EXPERIENCE — (Student must complete this section also)

| TYPE OF EQUIPMENT | | LENGTH OF EXPERIENCE | APPROXIMATE # OF MILES |
|---|---|---|---|
| TRACTOR AND SEMI TRAILER | | | |

G.F. Kelley v. U.S. Xpress
D 000813
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000814
Defendant's Doc. Production

USX-DA-Rev. 2-05

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 391.405, 391.415 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature _____

Date  8-13-05

G.F. Kelley v. U.S. Xpress
D 000815
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Pedro David Garcia_

ADDRESS _95001 Hwy 9_    CITY _Lineville_    STATE _AL_    ZIP _36266_

SOCIAL SECURITY NO. ███████████

DATE OF EMPLOYMENT _8-22-05_

G.F. Kelley v. U.S. Xpress
D 001479
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001480
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001481
Defendant's Doc. Production

Employee Screening

# Result Report

## *Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:  DER

Re:  SSN:███████  Name:Pedro Garcia
     Specimen ID # ████████

The above referenced employee submitted a Drug Screen specimen for **DOT**,Pre-employment substance abuse testing In accordance with applicable federal regulations, Including 49 CFR part 40 and 382, on 08/22/2005.



SPECIMEN ID NO. **106417729**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.
133606

US Xpress/Wadley
P.O. Box 460
Lowell, AR 72745
PH: 423-510-3660 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 650196
GENI-Robert Diluy, MD
8550 Hwy. 23, Ste. 9
Belle Chasse, LA 70037
PH: 504-394-4151   FX: 214-387-5200

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
   ☐ DILUTE                              ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 001483
Defendant's Doc. Production

REMARKS _____

X _____   _____   ____/____/____
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED       ☐ FAILED TO RECONFIRM - REASON _____

X _____   _____   ____/____/____
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 001484
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 001485**
Defendant's Doc. Production

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road · Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  Garcia     Pedro     David
          LAST      FIRST     MIDDLE              SOCIAL SECURITY

OTHER NAMES USED    n/a

DATE OF BIRTH  9/13/69   EMAIL ADDRESS  David garcia 1 . bet/zero . net
                MONTH / DAY / YEAR

ADDRESS  95001 Hwy 9          Lineville
             STREET                CITY

AL                                    36266     CELL
STATE                                 ZIP

NOTIFY IN CASE OF EMERGENCY  Andrea Garcia

ADDRESS  95001 Hwy 9   Lineville   AL   36266
             STREET          CITY      STATE    ZIP

REFERRED TO U8X BY WHOM?  Kelly Trucking

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED    n/a

G.F. Kelley v. U.S. Xpress
D 001488
Defendant's Doc. Production

Name of Company
41489 Hwy 77

Address of Company
Ashland                    AL        36251
City                       State      Zip

Your Job Classification

Reason for Leaving
Company Closure

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven    ☑ Tractor Trailer    ☐ Straight Truck    ☐ Other:

Miles Per Week   2500 - 2900 wkly

G.F. Kelley v. U.S. Xpress
D 001489
Defendant's Doc. Production

| POV | CMV |
|-----|-----|

G.F. Kelley v. U.S. Xpress
D 001490
Defendant's Doc. Production

* Disclosure of this information does not necessarily disqualify you from consideration.

Signature

8-13-05
Date

G.F. Kelley v. U.S. Xpress
D 001491
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Pedro D Garcia_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking 1-800-821-0144 | 11-18-2003 — 2-2004 |
| Kelly trucking 1-800-821-0144 | 2-2004 — 8-2005 |
| Wellborn Cabinets 256-254-7151 | 2-2004 — 7-2004 |
| midural transit | 6-2002 — 2-18-03 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Pedro D Garcia_         ██████████         _8-22-05_
Signature of applicant           SSN             DATE

G.F. Kelley v. U.S. Xpress
D 001492
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name: Pedro Garcia   Address: 95601 Hwy 9

License No: 7019169   State: AL   Equipment Driven: Tractor _FLCONV/VOLVO_Trailer_53'_

Checked From Wadley AL   To Wadley AL   Date: 8-22-05

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

Checks general condition approaching unit   _____

Looks for leakage of coolants, fuel and lubricants

Checks under the hood - oil, water, general condition
of engine compartment and steering   _____

Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper)   _____

Test brake action, tractor protection valve, and
parking (hand) brake

Knows use of jacks, tools, emergency warning devices,
fire chains, fire extinguisher, spare fuses, and
four way flashers   _____

Checks Instruments   _____

Cleans windshield, windows, mirrors, lights, and
reflectors   _____

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**

Starts engine without difficulty   _____

Allows proper warm-up   _____

Understands gauges on instrument panel   _____

Maintains proper engine speed while driving   _____

Basic Knowledge of motors - gas, diesel   _____

Abuse of motor   _____

**B. Clutch and Transmission**

Starts loaded unit smoothly   _____

Uses clutch properly   _____

Times gearshifts properly   _____

Shifts gears smoothly   _____

Uses proper gear sequence   _____

**C. Brakes**

Understands operating principles of air brakes   _____

Knows proper use of tracot protection valve   _____

Understands low air warning   _____

Test brakes before starting trip   _____

Fails to check traffic conditions & signal
when pulling out from parked position   _____

Parks in illegal or unsafe location   _____

**C. Parking (road)**

Parks off pavement   _____

Avoids parking on soft shoulder   _____

Uses emergency warning signals when
required   _____

Secured unit properly

**D. Steering**

Fights steering wheel

Allows truck to wander   _____

**E. Lights**

Knows lighting regulations   _____

Uses proper headlight beam   _____

Dim lights when meeting or following other vehicles

Adjust speed to range of headlights

Proper use of auxiliary lights

**Part 3 - Coupling and Uncoupling**

Lines up units   _____

Hooks brake and light lines properly   _____

Secures trailer against movement

Backs under slowly

Tests hookup with power

Checks hookups visually

Handles landing gear properly

Proper hook-up of full trailer

Secures power unit against movement

**Part 4 - Backing and Parking**

**A. Backing**

Gets out and checks before backing

Looks back as well as uses mirror

Gets out and rechecks conditions on
long back

Avoids backing from blind spot   _____

Signals when backing   _____

Controls speed and direction properly
while backing   _____

**B. Parking (city)**

Takes too many pull ups

Hits nearby vehicles or stationary objects   _____

Hits curb   _____

Parks too far from curb   _____

**D. Grade Crossings**

Adjusts speed to conditions   _____

Makes safe stop, if required   _____

Selects proper gear   _____

**F. Speed**

Speed consistent with basic ability   _____

Adjusts speed properly to road, weather,
traffic conditions, legal limits

Slows down for rough roads

Slows down in advance of curves,

G.F. Kelley v. U.S. Xpress
D 001493
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
 fanning _____
Stops before crossing sidewalk when
 coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in traffic Passing and Turning
A. Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
 way is clear _____
Does not swing wide or cut short while turning _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if
 necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

C. Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

E. Passing
Passes with insufficient clear space
 ahead _____
Passes in unsafe location;hill, curve,
 intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

Intersections, etc. _____
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
 way by others _____
Tends to crowd other drivers or force
 way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7 - Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
 conditions _____
Adjusts driving to meet changing
 conditions _____
Performs routine functions without taking
 eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C: Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
 local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat
_____
_____

General Performance: Satisfactory ____X____   Needs Training _____   Unsatisfactory _____
Qualified for:Truck _____   Tractor-Semi trailer ____X____   Other _____

Signature of Examiner: _(signature)_

G.F. Kelley v. U.S. Xpress
D 001494
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Pedro David Garcia_

Address _95001 Hwy 9 Lincoille AL 36266_

License: State _AL_ Class _CDL_ License # _7019169_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____   License # _____

State _____ Class _____   License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 001495
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Pedro David Garcia

Social Security Number: ██████████

Motor Vehicle Operators License Number: 7019149

Type of License:  A    Issuing State:  AL    Exp. Date:  9-15-2009

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ████ |
| Hours Worked | 13.50 | 11.00 | 10.00 | 7.50 | 11.50 | 0 | 0 | 53.50 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from 11.00 am/(pm) 8/19/05 through 5:00 (am)/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

| 4:30 | 8 | 22 | 2005 |
|---|---|---|---|
| Time | Day | Month | Year |

Driver's Signature _____     Date  8-22-05

G.F. Kelley v. U.S. Xpress
D 001496
_____'s Doc. Production