# EXHIBIT 28

# Result Report

***Confidential***

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: SSN: [redacted] /Name:Ceddric Grayler
Specimen ID # [redacted]

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.

G.F. Kelley v. U.S. Xpress
D 000547
Defendant's Doc. Production

# Result Report

***Confidential***

This one needs to recollect

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: [redacted]Name:Ceddric Grayler
[redacted]

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.

[redacted]

Medical Review Officer

G.F. Kelley v. U.S. Xpress
D 000402
Defendant's Doc. Production

SPECIMEN ID NO. 106553022

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

130908

US Xpress/General
P.O. Box 625
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 583025

EMAX-Robert Pelog, MD
8558 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151 FX: 214 387-3200

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000644
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

AIN

SPECIMEN ID NO. 106553022

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

130808

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 553023
DFMI-Robert Ellig, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-[illegible] FX: [illegible]

*evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X [signature] — Signature of Donor
CEDRIC GLHYER — (PRINT) Donor's Name (First, MI, Last)
8/23/05 — Date (Mo./Day/Yr.)

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

REMARKS ______________________________

G.F. Kelley v. U.S. Xpress
D 000441
Defendant's Doc. Production

SPECIMEN ID NO. 106553022

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

[illegible]

B. MRO Name, Address, Phone and Fax No.

[illegible]

(PRINT) Collector's Name (First, MI, Last) Date (Mo./Day/Yr.) Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:**

X ______________________
Signature of Accessioner

(PRINT) Accessioner's Name (First, MI, Last) Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact**

☐ Yes

☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

**STEP 5: COMPLETED BY DONOR**

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X [signature]
Signature of Donor

CEDRIC GLAYER
(PRINT) Donor's Name (First, MI, Last)

8 /23 /05
Date (Mo./Day/Yr.)

THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).--DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

0/0

# DRIVER CERTIFICATION FILE

DRIVER NAME CEDRIC GRAYER

ADDRESS P.O. BOX 172. CITY MT. VERNON STATE GA ZIP 30445

SOCIAL SECURITY NO [redacted]

DATE OF EMPLOYMENT

G.F. Kelley v. U.S. Xpress
D 001497
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001498
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: Cedric Cobb Address: P.O. Box 122 ____

License N[redacted] State: GA Equipment Driven: Tractor _FLCONV/VOLVO_Trailer_53'_

Checked From: ________ To: ________ Date: ________

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

Checks general condition approaching unit ____
Looks for leakage of coolants, fuel and lubricants ____
Checks under the hood - oil, water, general condition of engine compartment and steering ____
Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) ____
Test brake action, tractor protection valve, and parking (hand) brake ____
Knows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers ____
Checks Instruments ____
Cleans windshield, windows, mirrors, lights, and reflectors ____

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**

Starts engine without difficulty ____
Allows proper warm-up ____
Understands gauges on instrument panel ____
Maintains proper engine speed while driving ____
Basic Knowledge of motors - gas, diesel ____
Abuse of motor ____

**B. Clutch and Transmission**

Starts loaded unit smoothly ____
Uses clutch properly ____
Times gearshifts properly ____
Shifts gears smoothly ____
Uses proper gear sequence ____

**C. Brakes**

Understands operating principles of air brakes ____
Knows proper use of tracol protection valve ____
Understands low air warning ____
Test brakes before starting trip ____

Fails to check traffic conditions & signal when pulling out from parked position ____
Parks in illegal or unsafe location ____

**C. Parking (road)** ____

Parks off pavement ____
Avoids parking on soft shoulder ____
Uses emergency warning signals when required ____
Secured unit properly ____

**D. Steering**

Fights steering wheel ____
Allows truck to wander ____

**E. Lights**

Knows lighting regulations ____
Uses proper headlight beam ____
Dim lights when meeting or following other vehicles ____
Adjust speed to range of headlights ____
Proper use of auxiliary lights ____

**Part 3 - Coupling and Uncoupling**

Lines up units ____
Hooks brake and light lines properly ____
Secures trailer against movement ____
Backs under slowly ____
Tests hookup with power ____
Checks hookups visually ____
Handles landing gear properly ____
Proper hook-up of full trailer ____
Secures power unit against movement ____

**Part 4 - Backing and Parking**

**A. Backing**

Gets out and checks before backing ____
Looks back as well as uses mirror ____
Gets out and rechecks conditions on long back ____
Avoids backing from blind spot ____
Signals when backing ____
Controls speed and direction properly while backing ____

**B. Parking (city)**

Takes too many pull ups ____
Hits nearby vehicles or stationary objects ____
Hits curb ____
Parks too far from curb ____

**D. Grade Crossings**

Adjusts speed to conditions ____
Makes safe stop, if required ____
Selects proper gear ____

**F. Speed**

Speed consistent with basic ability ____
Adjusts speed properly to road, weather, traffic conditions, legal limits ____
Slows down for rough roads
Slows down in advance of curves.

Part 5 - Slowing and Stopping

Uses gears properly ascending ______
Gears down properly ______
Stops and restarts without rolling back ______
Test brakes at top of hills ______
Uses brakes properly on grades ______
Uses mirrors to check traffic to rear ______
Signals following traffic ______
Avoids sudden stops ______
Stops smoothly without excessive fanning ______
Stops before crossing sidewalk when coming out of driveway or alley ______
Stops clear of pedestrian crosswalk ______

Part 6 - Operating in traffic Passing and Turning

A. Turning

Gets in proper lane well in advance ______
Signals well in advance ______
Checks traffic conditions and turns only when way is clear ______
Does not swing wide or cut short while turning ______

B. Traffic Signs and Signals

Does not approach signal prepared to stop if necessary ______
Violates traffic signal ______
Runs yellow light ______
Starts up too fast or too slow on green ______
Fails to notice or heed traffic signs ______
Runs "stop" signs ______

C. Intersections

Adjusts speed to permit stopping if necessary ______
Checks for cross traffic regardless of traffic controls ______
Yields right-of-way for safety ______

D. Passing

Passes with insufficient clear space ahead ______
Passes in unsafe location;hill, curve, intersection ______
Fails to signal change of lanes ______
Pulls out and back - uncertain ______
Tailgates waiting chance to pass ______
Blocks traffic with slow pass ______
Cuts in too short returning to right lane ______

intersections, etc. ______
Maintains consistent speed ______

G. Courtesy and Safety

Depends on others for safety ______
Yields right-of-way for safety ______
Fails to go ahead when given right-of-way by others ______
Tends to crowd other drivers or force way through traffic ______
Fails to allow faster traffic to pass ______
Fails to keep right and in own lane ______
Unnecessary use of horn ______
Other discourtesy or improper conduct ______

Part 7- Miscellaneous

A. General Driving Ability and Habits

Consistently alert and attentive ______
Consistently aware of changing traffic conditions ______
Adjusts driving to meet changing conditions ______
Performs routine functions without taking eyes from road ______
Checks instruments regularly ______
Willing to take instructions & suggestions ______
Adequate self-confidence in driving ______
Nervous, apprehensive ______
Easily angered ______
Complains too much ______
Personal appearance, manner,cleanliness ______
Physical Stamina ______

B. Handling of Freight

Checks freight properly ______
Handles and loads freight properly ______
Handles bills properly ______
Breaks down load as required ______

C. Rules and Regulations

Knowledge of company rules ______
Knowledge of regulations, federal, state local ______
Knowledge of special truck routes ______

D. Use of Special Equipment (specify)

______

Remarks:

OK For 1st seat

______

General Performance: Satisfactory ____X____ Needs Training ______ Unsatisfactory ______

Qualified for:Truck X Tractor-Semi trailer X X______ Other ______

Signature of Examiner: Wallace L Beard

G.F. Kelley v. U.S. Xpress
D 001500
Defendant's Doc. Production

# CONFIDENTIAL EMPLOYEE HISTORY

| mployee Name | Employment Date | Status | | |
|---|---|---|---|---|
| CEDRIC GLAYER | | ☑ Regular | ☐ Part Time | ☐ Temporary |

| ddress | City | State | Zip |
|---|---|---|---|
| P.O. BOX 172 | MT. VERNON | GA | 30445 |

## AYROLL DATA

| rthday | Gender | Social Security No. | Marital Status | Domicile Terminal |
|---|---|---|---|---|
| 1/26/67 | M | [redacted] | S | |

Emergency Notify

G.F. Kelley v. U.S. Xpress
D 001502
Defendant's Doc. Production

U.S. Xpress, Inc.

**Equal Employment Opportunity Questionnaire**

To ensure compliance with state and federal government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Please Print

Name CEDRIC GRAYER Application Date 8/22/05

Address P.O. BOX 172

Social Security Number [redacted] Position Applied For: **Driver**

| I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment. |
|---|

Please circle or fill in appropriate response to each section.

A. Birthday: 11/26/67

B. Gender: (Male) Female

C. Race/Ethnic Groups:

0. White — White persons not of Hispanic origin and having origins in any of the original people of Europe, North Africa, or the Middle East
1. (Black) — Black persons not of Hispanic origin and having origins in any of the black racial groups of Africa
2. Asian or — Asian or Pacific Islander persons having origins in any of the original peoples of the Far East, Southeast, Asia, the Indian Subcontinent of the Pacific Island (i.e. China, Japan, Korea, the Philippines, Hawaii and Samoa)
3. American — American Indian or Alaskan native persons having origins in any of the original people of North America and who maintain cultural identification through tribal affiliation or community recognition
4. Hispanic — Hispanic persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race
5. Other — Other-persons who cannot be categorized into any of the above categories, Specify: ______

D. Method of Referral:

PHONE: KELLY INC.

G.F. Kelley v. U.S. Xpress
D 001503
Defendant's Doc. Production

U.S. Xpress, Inc.

**Authorization for Compensation Deduction For Physical Provided to U.S. Xpress.**

I understand that I am responsible for the payment of my physical. I authorize any company owned by and/or affiliated and/or contracted to U.S. Xpress, Inc. to withhold the amount listed below from my compensation upon my contract start date.

Physical: $45.00

Print Name CEDRIC GRAYER

Social Security Number [redacted]

Signature [signature]

U.S. Xpress Representative Signature

Date ____________

*(Use this form only when we have paid for driver's physical.)*

G.F. Kelley v. U.S. Xpress
D 001504
Defendant's Doc. Production

U.S. XPRESS
INDEPENDENT CONTRACTOR DATA SHEET
*PLEASE PRINT CLEARLY*

☐ New I/C ☐ Re-contracted
☐ Change from Company Driver to I/C
☐ Info Change only

ORIENTATION COMPLETED AT THL SERVICE CENTER

POSITION:
☐ Independent contractor ☑ Driver for Independent Contractor * ☐ Other ______
*Name of Independent Contractor Fleet Owner ______

Domicile at ______ Terminal

SOCIAL SECURITY #: [redacted] DATE OF CONTRACT ______ DATE OF BIRTH: [redacted]

NAME CEDRIC GRAYER NAME CALLED CEDRIC

ADDRESS: P.O. BOX 172

CITY, STATE, & ZIP: MT. VERNON, GA. 30445

HOME TELEPHONE #: (912) 583 - 2613

GENDER ☑ MALE ☐ FEMALE MARITAL STATUS: ☐ MARRIED ☑ SINGLE

EMERGENCY CONTRACT INFORMATION
CONTACT NAME: CHARLIE RUTH GRAYER
RELATIONSHIP: MOTHER PHONE # (912) 583-2613

RACE (your response to this is optional): ☐ White ☑ Black ☐ Asian/Pacific Islander ☐ American Indian/ Alaskan Native ☐ Hispanic ☐ Other

SPOUSE NAME: ______ PHONE# (____)-______-______

COMPENSATION CHECK DISPOSITION
(YOU MUST CHOOSE ONE OF EACH OPTION)
(Please check choice)

CHECK DISPOSTION: ☐ WIRE COMDATA ☐ DIRECT DEPOSIT ☐ MAIL HOME ☐ MAIL OTHER

SETTLEMENT SHEET DISPOSITION: ☐ MAIL HOME ☐ MAIL OTHER

OTHER ADDRESS ______ / ______ / ______ / ______
City State Zip

[redacted]

COMDATA # ______ Transfund #: ______

HUMAN RESOURCE USE ONLY Log Id # ______
☐ Entered
If re-contracted; original contract date ___/___/___ Original contract end date ___/___/___

G.F. Kelley v. U.S. Xpress
D 001505
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001506
Defendant's Doc. Production

U.S. Xpress, Inc.

Independent Contractor Driver Receipt

I acknowledge receipt of the pocket guide relating to Hazardous Materials compliance. This details driver responsibilities and duties in the transportation of hazardous materials, as prescribed by the U.S. Department of Transportation in Title 49 CFR Part 171-80 and 390-397.

I acknowledge receipt of the Emergency Response guides, detailing emergency response procedures as developed under the supervision of the office of hazardous materials initiatives and training, research and special programs administration, U.S. Department of transportation.

I acknowledge receipt of and agree to familiarize myself with the Federal Motor Carriers Safety Regulations (FMCSR), as prescribed by the U.S. Department of Transportation, Parts 382, 383, 387, 390-397 and 399-400 of subchapter B, chapter 3, title 49 of the code of federal regulations. I realize that I may be disqualified as a driver and compensation may be forfeited, if I fail to comply with these regulations.

I acknowledge receipt of a copy of the drug and alcohol policy for all persons covered by D.O.T. regulations, that I have read and fully understand its contacts that I understand I may be subject to drug or alcohol testing, and that I may be disqualified for testing positive or refusing to cooperate in testing.

I acknowledge that from time to time any of the above-referenced publications, forms and regulations may be modified or update, that the company will give me notice of same, that the new documents(s) will be made available to me, and that it is my responsibility to acquire those new documents, read them and company with the contents and provisions.

****************************Note****************************************
This receipt shall be read and signed by the independent contractor driver. A responsible company supervisor shall countersign, and a copy of the receipt will be placed in contractor's personnel file.

Print Name CEDRIC GRAYER

Social Security Number [redacted]

Signature [signature] Date 8/22/05

Supervisor's Signature ______________________ Date ____________

G.F. Kelley v. U.S. Xpress
D 001507
Defendant's Doc. Production

U.S. Xpress, Inc.

Acknowledgement of Sexual Harassment Policy

I certify that I have read, that I have received, and that I understand the Sexual Harassment and Discrimination Policy of U.S. Xpress, Inc.

Print Name CEDRIC GRAYER

Signature [signature] Date 8/22/05

Witness ____________ Date ____________

G.F. Kelley v. U.S. Xpress
D 001508
Defendant's Doc. Production

U.S. Xpress, Inc.

Disclosure and Release

In connection with my application for employment or contracting with U.S. Xpress, Inc., I understand that consumer reports, which may contain public record information, may be requested from DAC Services, Tulsa, Oklahoma. These reports may include that following types of information: names and dates of previous employers, reasons for termination of employment or contracting, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies, which maintain such records, as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies and state provided driving records.

I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information, and the recipients of any reports on me which DAC has previously furnished within the two-year period preceding my request. I hereby consent to information which DAC has or obtains, and my employment or contract history with you if I am hired or qualified as an independent contractor driver, to be supplied by DAC to other companies which subscribe to DAC Services.

I hereby authorize procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for you to procure consumer reports at any time during my employment or contract period.

Print Name CEDRIC GRAYETZ

Signature [signature] Date 8/22/05

# U.S. Xpress, Inc.

## Notice to Drivers

Trucking companies are regulated by the Federal Highway Administration of the Department of Transportation (DOT), which has the authority to oversee hiring, employment and contracting standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring and contracting process and ongoing employment and contracting criteria at U.S. Xpress and are a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (Whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

U.S. Xpress, Inc. will conduct an investigation into these areas prior to hire or qualification annually as required by the FMCSR, and intermittently as safety, factors (citation, accidents, medical, etc.) arise. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph.

U.S. Xpress, Inc. will also contact former employees and carriers, and order whatever information deemed relevant to make a decision as to the hiring or qualification or retention or qualification of a driver.

In making a hiring or qualification decision, it is the intent of U.S. Xpress, Inc. to rely on (1) the company's need for drivers; (2) the pool of qualified applicants; and (3) the qualifications of a driver who is applying measured against a minimum established by law, prudence or company policy.

U.S. Xpress, Inc. does not rely solely on consumer-reporting agencies in making a hiring or qualification decision. It is felt that by going to the information source directly, the driver or previous employer or carrier for instance, we can get a complete and accurate account of the safety history. U.S. Xpress, Inc. does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment, prior contracts and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire or qualification, this information will be disclosed to the driver in question, and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. U.S. Xpress, Inc. will reconsider new information if it is pertinent to the hiring, retention or qualification decision. However, any issue, which is resolved between DAC Services and the applicant, may not require U.S. Xpress, Inc. to alter the original decision.

I understand that it is my responsibility to report information to U.S. Xpress, Inc. concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Print Name CEDRIC GRAYER

Social Security Number [redacted]

Signature [signature] Date 8/22/05

U.S. Xpress, Inc.

## A Commitment to Safety

As a truck driver, my work is challenging Frustration and distractions are constant companions. The time away from my family is difficult. However, as a professional, I understand that others have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature *[signature]* Date 8/22/05

# U.S. Xpress, Inc.

## Cargo Security
## Policy Guidelines

"The Driver's Role in Cargo Security and Loss Prevention"

1.) Never leave your vehicle unattended with the engine running or the keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress, Inc.

2.) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3.) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4.) Park in only well-lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5.) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with these restrictions. If you do not, notify Operations immediately prior to picking up the load.

6.) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7.) Follow assigned routing. Notify Operations of any necessary deviations.

8.) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9.) Know where you are going. Avoid unnecessary stops or detours.

10.) If something does not feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Print Name CEDRIC GLAYER

Signature [signature] Date 9/22/05

G.F. Kelley v. U.S. Xpress
D 001512
Defendant's Doc. Production

page

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed, if a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME GRAYER (LAST) CEDRIC (FIRST) LLEWELLYN (MIDDLE) SOCIAL SECURI[redacted]

OTHER NAMES USED ______ D.O.B. 11/26/67 (MONTH/DAY/YEAR) EMAIL ADDRESS ______

ADDRESS P.O. BOX 172 (STREET) MT. VERNON (CITY) GA. (STATE) 30445 (ZIP)

NOTIFY IN CASE OF EMERGENCY CHARLIE RUTH GRAYER

ADDRESS P.O. BOX 395 (STREET) MT. VERNON (CITY) GA (STATE) 3044[5] (ZIP)

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☑ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☑ NO DATE ______

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☑ NO IF YES, ANSWER A) AND B)

A) DATES: FROM ______ TO ______ POSITION ______

B) REASON FOR LEAVING ______

WERE YOU REFERRED TO OUR COMPANY? ☑ YES ☐ NO BY WHOM? KELLY Inc

G.F. Kelley v. U.S. Xpress
D 001513
Defendant's Doc. Production

## MILITARY STATUS

LAY OFF

Address of Company

Reason for Leaving

PACKER

Your Job Classification

Name of Supervisor

Accidents YES OR NO HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE

G.F. Kelley v. U.S. Xpress
D 001514
Defendant's Doc. Production

Name:

Address of Company

Reason for Leaving

☑ YES ☐ NO DATE 94 EXPLAIN no insurance

HAVE YOU EVER BEEN CONVICTED OF ANY MISDEMEANOR OTHER THAN A TRAFFIC VIOLATION?

☐ YES ☑ NO DATE ______ EXPLAIN

G.F. Kelley v. U.S. Xpress
D 001516

In accordance with Section(s) 382,405, 382,413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol, and controlled substances testing/training, [illegible] G.F. Kelley v. U.S. Xpress [illegible]fication and I agree to release them from any and all liability for supplying said information.

# APPLICANTS AUTHORIZATION
# TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, CEDRIC GRAYER, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| AEJ TRUCKING (KELLY, INC) | |
| WARD TRUCKING (D.M.S.I) | |
| | |
| | |
| | |
| | |

**APPLICANTS CERTIFICATION:**

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

[signature]
Signature of applicant

8/22/05
DATE

G.F. Kelley v. U.S. Xpress
D 001518
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name CEDRIC GRAYER [redacted]

Address P.O. BOX 172

License: State GA Class A [redacted]

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State ________ Class ________ License # ________

State ________ Class ________ License # ________

Driver's Signature: [signature]

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): CEDRIC LLEWELLYN GRAYER

Social Security Number [redacted]

Motor Vehicle Operator [redacted]

Type of License: A Issuing State: GA Exp. Date: 11/26/05

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | [redacted] |
| Hours Worked | 4.28 | 11.75 | 9.75 | 10 | 10.75 | 0 | 0 | 56.50 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from 2 am/pm 8/19/05 through 10 am/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

5:11 , ~~[illegible]~~ 22 , 8 , 05 .
Time Day Month Year

[signature] 8/22/05
Driver's Signature Date

G.F. Kelley v. U.S. Xpress
D 001520
Defendant's Doc. Production