# EXHIBIT 29

## Result Report

### *Confidential*

08/30/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:      ████████████/Name:David Hester
         Specimen ID # ████████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000408
Defendant's Doc. Production

SPECIMEN ID NO. **106552995**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.          130805

U S Xpress/General
P.O. Box 460
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 639825
OPMI-Robert Pflug, MD
8536 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-1151  FX: 214-567-5200

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000646
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. 106552995

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

130909

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-910-3860 FX: 423-910-3792

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

B. MRO Name, Address, Phone and Fax No.
Profile # 603035
DFWI-Robert Pflug, MD
6550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

evident seal in my presence; and that the ... to the collector, that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-

X _David W. Hester_
Signature of Donor

(PRINT) Donor's Name (First, MI, Last)  DAVID W. HESTER

8/24/05
Date (Mo./Day/Yr.)

Daytime Phone No. 434 594 5392  Evening Phone No. (    ) Same

Date of Birth 7/6/50
Mo.  Day  Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                        ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000449
Defendant's Doc. Production

REMARKS

(

Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.)  /  /

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON

Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.)  /  /

O/O



# DRIVER CERTIFICATION FILE

DRIVER NAME _David Wayne Hester_

ADDRESS _641 Evidhoven Lin._    CITY _Creedmoor_    STATE _NC_    ZIP _27522_

SOCIAL SECURITY NO. ███████████

DATE OF EMPLOYMENT

G.F. Kelley v. U.S. Xpress
D 001521
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: David Hester  Address: 641 Enidhaven Dr. Creedmoor NC. 27522

State: N C  Equipment Driven: Tractor _FL CONV VOLVO Trailer (33')

Checked From: Wadley To: Wadley  Date: Aug 24. 05

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

Checks general condition approaching unit _____

Looks for leakage of coolants, fuel and lubricants _____

Checks under the hood - oil, water, general condition of engine compartment and steering _____

Checks around the unit - tires, lights, trailer hookup _____

brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) _____

Test brake action, tractor protection valve, and parking (hand) brake _____

Knows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers _____

Checks Instruments _____

Cleans windshield, windows, mirrors, lights, and reflectors _____

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**

Starts engine without difficulty _____

Allows proper warm-up _____

Understands gauges on instrument panel _____

Maintains proper engine speed while driving _____

Basic Knowledge of motors - gas, diesel _____

Abuse of motor _____

**B. Clutch and Transmission**

Starts loaded unit smoothly _____

Uses clutch properly _____

Times gearshifts properly _____

Shifts gears smoothly _____

Uses proper gear sequence _____

**C. Brakes**

Understands operating principles of air brakes _____

Knows proper use of tractor protection valve _____

Understands low air warning _____

Test brakes before starting trip _____

Fails to check traffic conditions & signal when pulling out from parked position _____

Parks in illegal or unsafe location _____

**E. Parking (road)**

Parks off pavement _____

Avoids parking on soft shoulder _____

Uses emergency warning signals when required _____

Secured unit properly _____

**D. Steering**

Fights steering wheel _____

Allows truck to wander _____

**E. Lights**

Knows lighting regulations _____

Uses proper headlight beam _____

Dim lights when meeting or following other vehicles _____

Adjust speed to range of headlights _____

Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**

Lines up units _____

Hooks brake and light lines properly _____

Secures trailer against movement _____

Backs under slowly _____

Tests hookup with power _____

Checks hookups visually _____

Handles landing gear properly _____

Proper hook-up of full trailer _____

Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**

Gets out and checks before backing _____

Looks back as well as uses mirror _____

Gets out and rechecks conditions on long back _____

Avoids backing from blind spot _____

Signals when backing _____

Controls speed and direction properly while backing _____

**B. Parking (city)**

Takes too many pull ups _____

Hits nearby vehicles or stationary objects _____

Hits curb _____

Parks too far from curb _____

**D. Grade Crossings**

Adjusts speed to conditions _____

Makes safe stop, if required _____

Selects proper gear _____

**F. Speed**

Speed consistent with basic ability _____

Adjusts speed properly to road, weather, traffic conditions, legal limits _____

Slows down for rough roads _____

Slows down in advance of curves,

G.F. Kelley v. U.S. Xpress
D 001522
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
fanning _____
Stops before crossing sidewalk when
coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in traffic Passing and Turning
- Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
way is clear _____
Does not swing wide or cut short while turning _____

- Traffic Signs and Signals
Does not approach signal prepared to stop if
necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

- Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

- Passing
Passes with insufficient clear space
ahead _____
Passes in unsafe location; hill, curve,
intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
way by others
Tends to crowd other drivers or force
way through traffic
Fails to allow faster traffic to pass
Fails to keep right and in own lane
Unnecessary use of horn
Other discourtesy or improper conduct

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
conditions
Adjusts driving to meet changing
conditions
Performs routine functions without taking
eyes from road
Checks instruments regularly
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered
Complains too much
Personal appearance, manner, cleanliness
Physical Stamina

B. Handling of Freight
Checks freight properly
Handles and loads freight properly _____
Handles bills properly
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules
Knowledge of regulations, federal, state
local
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

General Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____
Qualified for: Truck ____X____ Tractor-Semi trailer ___X___ Other _____

Signature of Examiner: _Wallace R Beard_____

G.F. Kelley v. U.S. Xpress
D 001523
Defendant's Doc. Production

☑ **U.S. XPRESS, INC.** ☐ **XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _DAVID W. Hester_

Commercial Driver's License No. ████████ _L._

State _AL._   Location of Test _Wadley_

Type of Power Unit _VOLVO_   Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _aug 24_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace R Boud_   **SAFETY DEPT**
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/24/05_ Driver's Signature _David W. Hester_

_____ **SAFETY DEPT**
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001524
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001525
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001526
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed, if a question does not apply, write NONE or N/A. PLEASE PRINT:

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Hester_   _David_   _W._
       LAST     FIRST    MIDDLE    SOCIAL SECUR█████████

OTHER NAMES USED_____    D.O.B. _/ /_    EMAIL ADDRESS _____
                                  MONTH/DAY/YEAR

ADDRESS _641 Enidhoved Ln_   _Creedmoor_   _N.C._   _27522_
          STREET         CITY      STATE   ZIP

NOTIFY IN CASE OF EMERGENCY _Julie Washburn_

ADDRESS _2770 Rolling Acres_   _Emporia,_   _VA._
        STREET        CITY      STATE   ZIP

ARE YOU CURRENTLY EMPLOYED?  ☒ YES  ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR?  ☒ YES  ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE?  ☐ YES  ☒ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY?  ☐ YES  ☒ NO   IF YES, ANSWER A) AND B)

A) DATES:  FROM _____  TO _____  POSITION _____

B) REASON FOR LEAVING _____

## MILITARY STATUS

G.P. Kelley ███████
D 001527
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

Name of Company                                    City                    State

G.F. Kelley v. U.S. Xpress
D 001528
Defendant's Doc. Production

Address of Company                                 Reason for Leaving

Your Job Classification                            Name of Supervisor

G.F. Kelley v. U.S. Xpress
D 001529
Defendant's Doc. Production

☐ YES ☒ NO  DATE _____ EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF ANY MISDEMEANOR OTHER THAN A TRAFFIC VIOLATION?

☐ YES ☒ NO  DATE _____ EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF A FELONY?

☐ YES ☒ NO  DATE _____ EXPLAIN _____

G.F. Kelley v. U.S. Xpress
D 001530
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress

D 001531

Defendant's Doc. Production

| | | | | | | POV | CMV |
| | | | | | | POV | CMV |
| | | | | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, upon request, as a term and condition of continued physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification, as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol, and controlled substances testing/training, that may be required to complete my qualification and I agree to hold harmless and

U.S. Xpress, Inc.

## Equal Employment Opportunity Questionnaire

To ensure compliance with state and federal government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Please Print

Name **DAVID Hexter**          Application Date _____

Address **641 Enidhover LN. Creedmoor, NC, 27522**

Social Security Numb ████████████ Position Applied For: **Driver**

> I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please circle or fill in appropriate response to each section.

A.    Birthday: **7/6/50**

B.    Gender  **(Male)**          Female

C.    Race/Ethnic Groups:

**(0. White)**    White persons not of Hispanic origin and having origins in any of the original people of Europe, North Africa, or the Middle East

1. Black    Black persons not of Hispanic origin and having origins in any of the black racial groups of Africa

2. Asian or    Asian or Pacific Islander persons having origins in any of the original peoples of the Far East, Southeast, Asia, the Indian Subcontinent of the Pacific Island (i.e. China, Japan, Korea, the Philippines, Hawaii and Samoa)

3. American    American Indian or Alaskan native persons having origins in any of the original people of North America and who maintain cultural identification through tribal affiliation or community recognition

4. Hispanic    Hispanic persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race

5. Other    Other-persons who cannot be categorized into any of the above categories, Specify:
_____

D. Method of Referral:

_____

G. F. Kelley v. U.S. Xpress
D 001532
Defendant's Doc. Production

U.S. Xpress, Inc.

Authorization for Compensation Deduction For Physical Provided to U.S. Xpress.

I understand that I am responsible for the payment of my physical. I authorize any company owned by and/or affiliated and/or contracted to U.S. Xpress, Inc. to withhold the amount listed below from my compensation upon my contract start date.

Physical: <u>$45.00</u>

Print Name  DAVID Hester

Social Security Number ███████████████

Signature  David W. Hester

_____                Date _____
U.S. Xpress Representative Signature

*(Use this form only when we have paid for driver's physical.)*

G.F. Kelley v. U.S. Xpress
D 001533
Defendant's Doc. Production

**U.S. XPRESS**  ⊐ New I/C    ⊐Re-contracted
**INDEPENDENT CONTRACTOR DATA SHEET**   ⊐ Change from Company Driver to I/C
*PLEASE PRINT CLEARLY*    ⊐Info Change only

ORIENTATION COMPLETED AT    THL    SERVICE CENTER

**POSITION:**
☒ Independent contractor    ☐ Driver for Independent Contractor *    ☐ Other _____
*Name of Independent Contractor Fleet Owner _____

Domicile at _____ Terminal

SOCIAL SECURITY ███████    DATE OF CONTRACT _____ DATE OF BIRTH ██████

NAME David W. Hester    NAME CALLED _____

ADDRESS: 641 Enidhores Lr.

CITY, STATE, & ZIP: Creedmoor N.C. 27522

HOME TELEPHONE # :(919) 575 - D731

GENDER ☒ MALE ☐FEMALE    MARITAL STATUS: ☐ MARRIED ☒SINGLE

**EMERGENCY CONTRACT INFORMATION**
CONTACT NAME: Julie Washburn
RELATIONSHIP: Friend    PHONE # 434-594-5392

RACE (your response to this is optional): ☒White ☐ Black ☐ Asian/Pacific Islander ☐ American Indian/ Alaskan Native ☐ Hispanic ☐ Other

SPOUSE NAME: _____    PHONE# (____)-____-____

**COMPENSATION CHECK DISPOSITION**
**(YOU MUST CHOOSE ONE OF EACH OPTION)**
**(Please check choice)**
CHECK DISPOSTION:  ☐ WIRE COMDATA  ☐ DIRECT DEPOSIT  ☒MAIL HOME  ☐ MAIL OTHER
SETTLEMENT SHEET DISPOSITION: ☒ MAIL HOME  ☐ MAIL OTHER
OTHER ADDRESS _____ / _____ / _____
                                    City          State          Zip

U.S. Xpress, Inc.
## Acknowledgment of Responsibility

This confirms that _David W. Hester_ is an Independent Contractor
(Owner's Name)
Leased to U.S. Xpress, Inc.  The Independent Contractor owns/controls Unit # _219_ .

All parties involved understand that _____. Independent
(Driver's Name)
Contractor Driver Employee operates Unit # _____ for the referenced Independent

Contactor.

　　　Both the Independent Contractor and the Independent Contractor Driver
Employee understands and confirm that the Independent Contactor is responsible for
payment of all wages, tax withholdings and any compensation paid to the Independent
Contactor Driver Employee.

　　　Independent Contactor agrees that Independent Contractor is responsible for
informing Independent Contractor's insurance company that an additional Independent
Contractor Driver Employee has been added.

　　　　Date _8/24/05_　　　　Signature _David W. Hester_

(The original signed copy of this form is to be retained in the Independent Contactor Driver
Employee's Driver Qualification File.)

G.F. Kelley v. U.S. Xpress
D 001535
Defendant's Doc. Production

U.S. Xpress, Inc.

### Independent Contractor Driver Receipt

I acknowledge receipt of the pocket guide relating to Hazardous Materials compliance. This details driver responsibilities and duties in the transportation of hazardous materials, as prescribed by the U.S. Department of Transportation in Title 49 CFR Part 171-80 and 390-397.

I acknowledge receipt of the Emergency Response guides, detailing emergency response procedures as developed under the supervision of the office of hazardous materials initiatives and training, research and special programs administration, U.S. Department of transportation.

I acknowledge receipt of and agree to familiarize myself with the Federal Motor Carriers Safety Regulations (FMCSR), as prescribed by the U.S. Department of Transportation, Parts 382, 383, 387, 390-397 and 399-400 of subchapter B, chapter 3, title 49 of the code of federal regulations. I realize that I may be disqualified as a driver and compensation may be forfeited, if I fail to comply with these regulations.

I acknowledge receipt of a copy of the drug and alcohol policy for all persons covered by D.O.T. regulations, that I have read and fully understand its contacts that I understand I may be subject to drug or alcohol testing, and that I may be disqualified for testing positive or refusing to cooperate in testing.

I acknowledge that from time to time any of the above-referenced publications, forms and regulations may be modified or update, that the company will give me notice of same, that the new documents(s) will be made available to me, and that it is my responsibility to acquire those new documents, read them and company with the contents and provisions.

*****************************Note*****************************************
This receipt shall be read and signed by the independent contractor driver. A responsible company supervisor shall countersign, and a copy of the receipt will be placed in contractor's personnel file.

Print Name D A V I D   Hester

Social Security Number ████████████

Signature ~David W. Heats~          Date 8/24/05

Supervisor's Signature _____          Date _____

G.F. Kelley v. U.S. Xpress
D 001536
Defendant's Doc. Production

U.S. Xpress, Inc.

**Acknowledgement of Sexual Harassment Policy**

I certify that I have read, that I have received, and that I understand the Sexual Harassment and Discrimination Policy of U.S. Xpress, Inc.

Print Name _DAVID Hester_____

Signature _David Hest_____   Date _8/24/05___

Witness _____   Date_____

G.F. Kelley v. U.S. Xpress
D 001537
Defendant's Doc. Production

U.S. Xpress, Inc.

## Disclosure and Release

In connection with my application for employment or contracting with U.S. Xpress, Inc.,
I understand that consumer reports, which may contain public record information, may be
requested from DAC Services, Tulsa, Oklahoma. These reports may include that
following types of information: names and dates of previous employers, reasons for
termination of employment or contracting, work experience, accidents, etc. I further
understand that such reports may contain public record information concerning my
driving record, worker's compensation claims, criminal records, etc., from federal, state
and other agencies, which maintain such records, as well as information from DAC
Services concerning previous driving record requests, made by others from such state
agencies and state provided driving records.

I authorize, without reservation, any party or agency contacted by DAC to furnish the
above-mentioned information.

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to
request the nature and substance of all information in its files on me at the time of my
request, including the sources of information, and the recipients of any reports on me
which DAC has previously furnished within the two-year period preceding my request. I
hereby consent to information which DAC has or obtains, and my employment or
contract history with you if I am hired or qualified as an independent contractor driver, to
be supplied by DAC to other companies which subscribe to DAC Services.

I hereby authorize procurement of consumer report(s). This authorization shall remain on
file and shall serve as ongoing authorization for you to procure consumer reports at any
time during my employment or contract period.

Print Name $\underline{D A V I D \ \ Hester}$

Social Security Number ▮▮▮▮▮▮▮▮▮▮

Signature $\underline{David Hests}$        Date $\underline{8/24/05}$

G.F. Kelley v. U.S. Xpress
D 001538
Defendant's Doc. Production

U.S. Xpress, Inc.

### Notice to Drivers

Trucking companies are regulated by the Federal Highway Administration of the Department of Transportation (DOT), which has the authority to oversee hiring, employment and contracting standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring and contracting process and ongoing employment and contracting criteria at U.S. Xpress and are a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (Whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

U.S. Xpress, Inc. will conduct an investigation into these areas prior to hire or qualification annually as required by the FMCSR, and intermittently as safety, factors (citation, accidents, medical, etc.) arise. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph.

U.S. Xpress, Inc. will also contact former employees and carriers, and order whatever information deemed relevant to make a decision as to the hiring or qualification or retention or qualification of a driver.

In making a hiring or qualification decision, it is the intent of U.S. Xpress, Inc. to rely on (1) the company's need for drivers; (2) the pool of qualified applicants; and (3) the qualifications of a driver who is applying measured against a minimum established by law, prudence or company policy.

U.S. Xpress, Inc. does not rely solely on consumer-reporting agencies in making a hiring or qualification decision. It is felt that by going to the information source directly, the driver or previous employer or carrier for instance, we can get a complete and accurate account of the safety history. U.S. Xpress, Inc. does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment , prior contracts and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire or qualification, this information will be disclosed to the driver in question, and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. U.S. Xpress, Inc. will reconsider new information if it is pertinent to the hiring, retention or qualification decision. However, any issue, which is resolved between DAC Services and the applicant, may not require U.S. Xpress, Inc. to alter the original decision.

I understand that it is my responsibility to report information to U.S. Xpress, Inc. concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Print Name DAVID Dexter

Social Security Number ████████████

Signature _____    Date 8/24/05

G.F. Kelley v. U.S. Xpress
D 001539
Defendant's Doc. Production

U.S. Xpress, Inc.

### A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distractions are constant companions. The time away from my family is difficult. However, as a professional, I understand that others have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _____ Date _8/24/05_____

# U.S. Xpress, Inc.

## Cargo Security
## Policy Guidelines

### "The Driver's Role in Cargo Security and Loss Prevention"

1.) Never leave your vehicle unattended with the engine running or the keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress, Inc.

2.) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3.) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4.) Park in only well-lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5.) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with these restrictions. If you do not, notify Operations immediately prior to picking up the load.

6.) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7.) Follow assigned routing. Notify Operations of any necessary deviations.

8.) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9.) Know where you are going. Avoid unnecessary stops or detours.

10.) If something does not feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Print Name _David Hester_

Signature _____    Date _8/24/05_

G.F. Kelley v. U.S. Xpress
D 001541
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
# TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _David Hester_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Inc.  800 821-0144 | 8/97 - 8/2005 |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_(signature)_                                        8/24/05
Signature of applicant                    DATE

G.F. Kelley v. U.S. Xpress
D 001542
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

## Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name *David Hester*

Address *641 Enidhoven Ln. Creedmoor, NC. 27522*

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 001543
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _DAVID WAYNE Hester_

Social Security Number: ▮▮▮▮▮▮▮▮

Motor Vehicle Operators License Number: _28195 85_

Type of License:   A   Issuing State: _N.C._ Exp. Date: _7/6/2010_

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | ▮▮▮ |
| Hours Worked | | | | | | | | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/___ through _____ am/pm ___/___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_____, _____, _____, _____
Time        Day         Month        Year

_David Hester_          Date _8/24/05_
Driver's Signature

G.F. Kelley v. U.S. Xpress
D 001544
Defendant's Doc. Production