# EXHIBIT 30

# Result Report

### *Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    ███████████/Name:Allan Knight
       Specimen ID██████████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000450
Defendant's Doc. Production

*Michelle ext. 378.*
*fax 423 510-6138.*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  __Knight        Alan        Lee__
         LAST        FIRST      MIDDLE      SOCIAL SECURITY # ███████████

OTHER NAMES USED _____

DATE OF BIRTH ██████████ EMAIL ADDRESS __LEEPatsyKnight @ Yahoo. com.__

ADDRESS  __415    TwinLakes Dr.  Roanoke__    PHONE # __(334) 863-4726__
        STREET        CITY                   AREA CODE

__AL.__                 __36274__    CELL PHONE # __(334) 436-0898__
   STATE                 ZIP                  AREA CODE

NOTIFY IN CASE OF EMERGENCY __Patsy   Knight__    PHONE # __(  ) Same__
                                                   AREA CODE

ADDRESS __Same__                       # __888-294-1285 cell__
       STREET         CITY        STATE        ZIP

REFERRED TO USX BY WHOM? __Kelly  Trucking__

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1)FROM _____ TO _____ __Same__
                         STREET           CITY         BTATE        ZIP

(2)FROM _____ TO _____
                         STREET           CITY         STATE        ZIP

(3)FROM _____ TO _____
                         STREET           CITY         STATE        ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☒ NO    GRADUATION DATE _____

NAME _____    LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH _____    DATES:  FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 000816
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000817
Defendant's Doc. Production

• Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 000818
Defendant's Doc. Production

UEX-DA-Rev. 2-05

I understand that U.B. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of this orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 392.405, 392.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substance testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Alan Lee Knight_                                                    _8 - 8 - 05_
Signature                                                                Date

USX is an Equal Opportunity Employer                    G.F. Kelley v. U.S. Xpress                USX-DA-Rev. 2-05

D 000819
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000820
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 000821**
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Alan Lee Knight_

ADDRESS _415 Twin Lakes, DC._  CITY _Roanoke_  STATE _Ac_  ZIP _36274_

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮

DATE OF EMPLOYMENT _____

G.F. Kelley v. U.S. Xpress
D 001546
Defendant's Doc. Production

*n accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:

☐ DILUTE  ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 001547
…dant's Doc. Production

# CONFIDENTIAL EMPLOYEE HISTORY

| Employee Name | Employment Date | Status |
|---|---|---|
| Alan Lee Knight | | ☑ Regular  ☐ Part Time  ☐ Temporary |

| Address | City | State | Zip |
|---|---|---|---|
| 415 Twin Lakes Dr. | Roanoke | AL | 36274 |

## PAYROLL DATA

| | Gender | Social Security No. | Marital Status | Domicile Terminal |
|---|---|---|---|---|
| ███ | M | ███ | M | |

## In Emergency Notify

| | | City | State | Zip | Phone |
|---|---|---|---|---|---|
| Patsy P. Knight | Spouse | Roanoke | AL | 362██ | |
| | Child | City | State | Zip | |
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Parent | City | State | Zip | Phone |
| | Parent | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |

G.F. Kelley v. U.S. Xpress
D 001548
Defendant's Doc. Production

# EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE

To ensure compliance with State and Federal Government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Name  Alan L. Knight                                   Application date 8-22-05

Address  415 Twin Lakes Dr.

City Roanoke,                          State AL      Position Applied For: 1.

                                                          2. _____

☐ I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please check or fill in appropriate response to each section.

A. Birthdate    Month ████████████

B. Sex ☒Male ☐Female ████████

C. Race/Ethnic Groups

0 ☒ WHITE          White-Persons not of Hispanic origin and having origins in any of the original peoples of Europe, North Africa, or the Middle East.

1 ☐ BLACK          Black-Persons not of Hispanic origin and having origins in any of the Black Racial groups of Africa.

2 ☐ ASIAN OR       Asian or Pacific Islander-persons having origins in any of the
    PACIFIC ISLANDER    original peoples of the Far East, Southeast Asia, the Indian Subcontinent, of the Pacific Island (i.e., China, Japan, Korea, the Philippines, Hawaii, and Samoa).

3 ☐ AMERICAN INDIAN OR     American Indian or Alaskan Native-Persons having origins in
    ALASKAN NATIVE          any of the original peoples of North America and who maintain cultural identification through tribal affiliation or community recognition.

4 ☐ HISPANIC       Hispanic-Persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of. Race

5 ☐ OTHER          Other - Persons who cannot be categorized into any of the above categories. Specify: _____

G. Method of Referral

1 ☐ Advertisement          2 ☐ School/College          3 ☐ Agency or Organization
4 ☐ Campus Recruitment      5 ☐ Self Referral            6 ☐ Relative
7 ☐ State/EDD Referral      8 ☐ Other - Specify _____

G.F. Kelley v. U.S. Xpress
D 001549
Defendant's Doc. Production

# THOMAS & THORNGREN, INC. - WOTC WORKSHEET

### This side to be completed by individual

Your answers on this form are strictly confidential and will only be used to secure a tax credit for your employer and will have no effect on past or present benefits received from the government.

Employee Name __Alan L Knight__

Employer Name __Kelly Trucking__    City __Wadley__    State __AL__

Hire Date _____    Start Date _____    POSITION _____    PAY RATE _____

|  | Yes | No |
|---|---|---|
| 1) Are you a member of a family that has received Aid to Families with Dependent Children (AFDC) or a successor program for: | | |
| Any 9 month period within the last 18 months? | ☐ | ☑ |
| At least the last 18 months? | ☐ | ☑ |
| Did you previously receive AFDC but exhausted the benefits after 8/5/97? | ☐ | ☑ |
| 2) Are you a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months?   (If yes, attach a copy of your DD-214) Branch of Service _____ | ☐ | ☑ |
| 3) Have you completed a vocational rehabilitation program approved by the state or the Department of Veterans Affairs? | ☐ | ☑ |
| 4) Are you at least age 18 but not over age 24 and a member of a family that received: Food stamps for the last six months, OR Food stamps for at least 3 of the last 5 months, BUT is no longer receiving them? | ☐ | ☑ |
| 5) Have you been convicted of a felony within the last year OR released from prison within the last year?  If yes, please list the following information regarding the family members living in your household: | ☐ | ☑ |

|  Name | Relationship | Gross Income for Last 6 Months |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

|  | Yes | No |
|---|---|---|
| 6) Did you receive supplemental security income (SSI) benefits for any month ending within the 60 day period ending on your hire date? | ☐ | ☑ |

Please complete the following regarding your AFDC, food stamps, vocational rehabilitation, parole or SSI:

Recipient Name _____    Relationship to you _____

Counselor Name _____    Phone _____    Fax _____

Counselor Address _____

G.F. Kelley v. U.S. Xpress
D 001550
Defendant's Doc. Production

I hereby authorize the information be released to Thomas & Thorngren, Inc. for WOTC purposes only.

Employee Signature __Alan L Knight__    Date __8-22-05__

Parent/Guardian (If employee under age 18) _____    Date _____

Employer: If the individual accepts an offer of work, the individual should complete this side of the form.
Mail this along with any documentation as indicated on this form with the completed Form 8850 to the office

Date_____ Phone #_____ Fax #_____

Please affix agency stamp here: _____
   (If Applicable)

G.F. Kelley v. U.S. Xpress
D 001551
Defendant's Doc. Production

Thomas & Thorngren, Inc. PO Box 280160 Nashville TN 37228

# U.S. XPRESS INC.

DRIVER DATA SHEET     ☐ NEW HIRE   ☐ REHIRE   ☐ INFO. CHANGE ONLY
PLEASE PRINT CLEARLY     ORIENTATION COMPLETED AT _____ TERMINAL

☐ OTR   ☑ REGIONAL _____   ☐ FLEX FLEET

HIRE POSITION: ☐ 1ST SEAT   ☐ 2ND SEAT   ☐ 200 HOUR TRAINEE   ☐ LOCAL   ☐ MEIJER

DOMICILE AT _____ TERMINAL (TERMINAL MUST BE TERMINAL CLOSEST TO HOME ADDRESS)

SOCIAL SECURITY ███████████     DATE OF HIRE: _____ / _____ / _____

LAST NAME: Knight          FIRST NAME: Alan          MI: Lee

MAIDEN NAME: _____     NAME CALLED: _____

ADDRESS: 415 Twin Lakes, Dr.   / Roanoke   / AL / 36274
                                   City/Town      State    Zip

HOME TELEPHONE ███████████████████

GENDER: ☑ MALE   ☐ FEMALE          MARITAL STATUS: ☐ MARRIED   ☐ SINGLE

## EMERGENCY CONTACT INFORMATION

CONTACT NAME: Patsy Knight

RELATIONSHIP: Wife          CONTACT PHONE #: (334) 843-6225

RACE: 0☑ WHITE  1☐ BLACK  2☐ ASIAN/PACIFIC ISLANDER  3☐ AMERICAN INDIAN/ALASKAN NATIVE  4☐ HISPANIC  5☐ OTHER

SPOUSE NAME: Patsy Knight          PHONE: (334) 843-6225

## PAYROLL **CHECK** DISPOSITION
(YOU MUST CHOOSE ONE OF EACH OPTION)
*(Please check choice)*

CHECK DISPOSTION: ☐ WIRE-COMDATA   ☑ MHOM-MAIL HOME   **☐ MOAD-MAIL OTHER   ☐ SEND TO HOME TERM.
*(IF YOU CHOOSE DIRECT DEPOSIT PLEASE CHOOSE AN ALTERNIVE METHOD UNTIL DIRECT DEPOSIT GOES INTO EFFECT)*

SETTLEMENT SHEET DISPOSITION: ☑ MHOM-MAIL HOME.   **☐ MOAD-MAIL OTHER   ☐ SEND TO HOME TERM.

**MAIL OTHER ADDRESS: _____ / _____ / _____
   (MOAD)     Address                    CITY/STATE          ZIP

CDL LICENSE #: ████████████████

ENDORSMENTS ████████████████

TRANSFUNDS ADM ████████████████

IF TEAMING PL██████████████████████████████████

## *HUMAN RESOURCE USE ONLY*     EMPLOYEE #: _____

☐ ENTERED   ☐ PROFILE HANBOOK   ☐ TEAM W/ M/F   ☐ TEAM W/ M ONLY   ☐ TEAM W/ F ONLY   ☐ PROFILED DS
☐ W-4 _____   ☐ STATE TAX _____   ☐ ORIEN. PD   ☐ RECRUITER   ☐ REFERRAL CK.   ☐ LEGAL PLAN: YES / NO
☐ THOMAS & THORNGREN FORM 8850   ☐ THOMAS & THORNGREN WOTC WORKSHEET   ☐ US ADMIN
*** REHIRE / REINSTATMENT **ORIGINAL HIRE DATE _____ / _____ / _____   ORIGINAL TERM DATE _____ / _____ / _____
FLEET MANAGER ASSIGNED: _____

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Acknowledgment of Policies

I, the undersigned, have received copies of the following. I understand that it is my responsibility to read and familiarize myself with its contents, and to abide by its prescribed rules and policies.

1. Medical Plan Compliance with the Women's Health Cancer Rights Act and COBRA Rights Notice
2. FMLA policy
3. Harassment at work policy
4. U.S. Xpress Enterprises, Inc. Employee Handbook
5. Hazmat Book
6. Federal Regulation Guidelines

Name(Print) Alan Lee Knight _____ Social Security ████████

Signature: Alan L Knight _____ Date: 8 / 22 / 05

G.F. Kelley v. U.S. Xpress
D 001553
Defendant's Doc. Production

*Acknowledgement of Policies*
*Revised 8/1/03*

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Driver Acknowledgment and Consent

During the normal course of business, US Xpress Enterprises, and/or all subsidiaries may require drivers to operate as teams. This arrangement will require the team to be on the road together without other persons present, for an extended period of time. The length of time will vary, and may exceed one month (such as the Driver Training Program). The pairing of members of the opposite sex for over the road assignments raises questions about issues such as personal privacy, personal morals, and marital/family tranquility.

For this reason US Xpress Enterprises and/or all subsidiaries will attempt to pair drivers, co-drivers, trainers, and trainees of the same sex when situations allow. The company however, wants to emphasize that it utilizes qualified drivers without regard to sex, race, religion, national origin or handicap. It may therefore become necessary to pair drivers of the opposite sex, provided that (1) Neither driver objects to the pairing (and can prove that such a refusal is only due to concerns about personal privacy, personal morals, or family/marital tranquility) and (2) both drivers have consented to such pairing in writing.

US Xpress Enterprises and/or all subsidiaries maintain a strict policy on harassment and discrimination in the workplace. All drivers are expected to abide by said policies. The company reserves the right to apply sanctions or combinations of sanctions to deal with harassments, discriminations, or unreasonable behavior.

I acknowledge that I have received and read a copy of the company's policy regarding driver assignments, harassment and discrimination, and I understand and agree to abide by its contents. I understand that teaming with another driver means we will be on the road together for an extended period of time, without other persons present. I understand that such a period may exceed one month, I also understand that as a team, we will share the closed, confined quarters of the tractor cab and that the cab is used both as a living and sleeping quarters.

### PLEASE CHECK ONE AND GIVE REASON

_____  I HEREBY CONSENT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.

___✓___  I OBJECT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.

REASON:_____

_____

Driver signature: *Alan C Knight*          Date: 8 / 22 / 05

G.F. Kelley v. U.S. Xpress
D 001554
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc. and Subsidiaries

## Disclosure and Release

In connection with my application for employment (including contract for services) with US Xpress and/or subsidiaries, I understand that consumer reports which may contain public record information may be requested from DAC Services, Tulsa Oklahoma. These reports may include the following types of information: names and dates of previous employers, reasons for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies, and state provided driving records.

**I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.**

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished within the two year period preceding my request. I hereby consent to your information, which DAC has or obtains, and my employment history with you if I am hired, will be supplied by DAC to other companies, which subscribe to DAC Services.

I hereby authorized procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for company to obtain consumer reports at any time during my employment or contract period.

Alan L Knight
Print Name

████████████
Social Security Number

Alan L. Knight
Signature

8 / 22 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001555
Defendant's Doc. Production

*Disclosure and Release*

## Notice to Drivers

Trucking companies are regulated by the Federal Highway administration through the department of Transportation (DOT) which has the authority to oversee hiring and employment standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring process and ongoing employment criteria at US Xpress and/or subsidiaries is a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

US Xpress and/or subsidiaries will conduct an investigation into these areas before hire, annually as required by the FMCSR, and intermittently as safety factors (citation, accidents, medical, etc.) fluctuate. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph. US Xpress and/or subsidiaries will also contact former employers, and order whatever information deemed relevant to make a decision as to the hiring or retention of a driver.

In making a hiring decision, it is the intent of US Xpress and/or subsidiaries to rely on; 1)the company's need for drivers, 2) the pool of qualified applicants, and 3)the qualifications of a driver who is applying measured against a minimum established by law, prudence, or company policy.

US Xpress and/or subsidiaries do not rely on consumer-reporting agencies in making a hiring decision. It is felt that by going to the information source directly, the driver, or previous employer for instance, we can get a complete and accurate account of the safety history. US Xpress and/or subsidiaries does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire, this information will be disclosed to the driver in question and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. US Xpress and/or subsidiaries will reconsider new information if it is pertinent to the hiring or retention decision. However, and issue which is resolved between DAC Services, and the applicant may not invoke US Xpress and/or subsidiaries to alter the original decision.

I understand that it is my responsibility to report information to US Xpress and/or subsidiaries concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Alan L. Knight
Print Name

██████████████████
Social Security Number

Alan L. Knight
Driver's Signature

8 / 22 / 05
Date

Notice to Drivers
Revised 1977/68

G.F. Kelley v. U.S. Xpress
D 001556
Defendant's Doc. Production

NOTICE AS TO JURISDICTION AND NOTICE AS TO
TENNESSEE WORKER'S COMPENSATION LAW

THIS NOTICE CONTAINS LANGUAGE, WHICH WILL BECOME PART OF A SEPARATE CONTRACT,
WHICH YOU WILL SIGN AS A CONDITION OF EMPLOYMENT DURING ORIENTATION WITH U.S.
XPRESS. THIS NOTICE AND CONTRACT REFERRED TO IN THE PRECEDING SENTENCE EFFCT YOUR
RIGHTS, LIABILITIES, AND OBLIGATIONS IN THE EVENT THAT YOU SUSTAIN AN INJURY BY
ACCIDENT ARISING OUT OF AND IN THE COURSE OF YOUR EMPLOYMENT WITH U.S. XPRESS. YOU
ARE URGED TO READ THIS NOTICE AND CONTRACT CAREFULLY AND IN ITS ENTIRETY.

U.S. Xpress is a Nevada corporation with its principle place of business and corporate offices in Chattanooga,
Tennessee. Therefore, a Tennessee employer is hiring you in Tennessee. Although your job duties with and for U.S.
Xpress may principally be located in states other than Tennessee and though any injury giving rise to Workers'
Compensation claims may occur in a state other than Tennessee you hereby agree that any claim you hereby submit
for Workers' Compensation benefits will be governed, both substantively and procedurally, by Tennessee law and in
accordance with the provisions of the Tennessee Workers' Compensation law, 50-6-101.

THIS CONTRACT IS NOT INTENDED TO, AND IT DOES NOT, ALTER YOUR STATUS AS AN
EMPLOYEE AT WILL.

Employee Initials  _L_K_ .

NOTICE

The following is a brief explanation of some of your rights and obligations under Tennessee Workers'
Compensation law. The information provided below is not intended to be an exhaustive survey of the law nor a
limitation on or extension of the law as it applies in Tennessee.

The workers' compensation law of Tennessee provides, among other things, that if you are injured in an accident
arising out of and in the course of your employment with U.S. Xpress, you will be entitled to certain benefits. One of
the benefits you will be entitled to is the payment of medical expenses for treatment made necessary by your injury,
provided that the expenses are necessary, reasonable, and related to the accident and resulting injury.

Before any medical expenses will be recoverable or paid for your treatment, however you must promptly inform the
U.S. Xpress Workers' Compensation Claims Analyst of your accident and need for medical attention.

Under Tennessee law, U.S. Xpress has the right to direct you to whom you may go for treatment and medical care. If
you choose to seek medical treatment and care from a hospital, physician, or other healthcare provider, other that
those provided below you will be responsible for your own medical expenses.

After giving notice of your need for treatment to the Workers' Compensation Department, you may seek medical
attention or care from one of the hospitals, physicians, or healthcare providers listed below. The following providers
are in the Chattanooga area. If you are not in the Chattanooga area at the time of your injury and need immediate
care, or you do not live in the Chattanooga area, you MUST call the Workers' Compensation Department to get a
list of three hospitals, physicians or other healthcare providers in your area from which you may choose to obtain
treatment.

If one of the above hospitals, physicians, or healthcare providers or any member of their staff, attempts to refer you
to a specialist, other physician or healthcare provider not listed above, you MUST first inform the Workers'
Compensation Department of U.S. Xpress and obtain its approval before seeing or receiving any treatment from the
unlisted specialist, physician or healthcare provider. If you do not YOU will be responsible for the medical expenses
you incur as the result of unauthorized treatment or medical attention.

G.F. Kelley v. U.S. Xpress
D 001557
ant's Doc. Production

U.S. Xpress Enterprises. Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1) Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4) Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7) Follow assigned routing. Notify Operations of any necessary deviations.

8) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9) Know where you are going. Avoid unnecessary stops or detours.

10) If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Alan L. Knight
Print Name

Alan L. Knight
Driver Signature

8-22-05
Date

G.F. Kelley v. U.S. Xpress
D 001558
Defendant's Doc. Production

Usxpress, INC.

## A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Alan L Kenyato_ Date _8·22·05_

G.F. Kelley v. U.S. Xpress
D 001559
Defendant's Doc. Production



**USA** Services, LLC

# HIPAA/COBRA Initial Notice
## Form for New Hires and New Spouse/Dependent(s)
~Please print clearly and complete form fully~

Event __ New Hire __ Employee's New Spouse __ Employee's New Dependent (18 or older)

| Date: | Employer Name: US Xpress | Group Number: |
|---|---|---|

## Employee Information

Name (Last, First, MI)

Knight  Alan  Lee

SS#

Street Address

Ro 415 Twin Lakes Dr.

| City | State | ZipCode |
|---|---|---|
| Roanoke | AL | 36274 |

## Spouse Information

Name (Last, First, MI)

Knight ~~Alan~~ L P Knight Patsy P.

SS#  -  -

Street Address – Only if different from employee

| City – Only if different from employee | State | ZipCode | Date of Birth  /  / |
|---|---|---|---|

## Dependent Information – Only if address is different from both employee and spouse

Name (Last, First, MI)

SS#

Street Address

City

G.F. Kelley v. U.S. Xpress
D 001560
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001561
Defendant's Doc. Production

The attorneys on Drivers Legal Plan dedicate their entire practice to CDL defense. These lawyers have extensive experience in every state - practically every court in the continental United States. Former judges and prosecutors, CDL holders themselves, they, and their lawyers have handled thousands of cases for drivers like you. They are familiar with logbooks, hazmat standards, weight and length restrictions and moving violations in the various states and more importantly, the effects on your CDL.

Bad things can happen to good drivers, it comes with the job. However, do not let them destroy your driving record and earning power. Protect your future by ensuring that you have the best quality legal protection available and that the cost will be nominal. Join Drivers Legal Plan today.

## Serious CDL Violations Include:

✓ Speeding 15 mph or over
✓ Reckless Driving
✓ Improper Lane Change
✓ Following Too Closely
✓ Any Accident Involving a Fatality
✓ Railroad Crossing
✓ No CDL In Possession

## Penalties Upon Conviction:

All POV Convictions Count Against You

In a 3 Year Period:

- 2 Convictions = 60 Day Suspension
- 3rd Conviction = Additional 120 Day Suspension
- 6 Months Total Suspension = $$$$$$

---

This program will be available to all USX drivers for a nominal fee (payroll deducted) of $2.98 per week. Team drivers would pay $2.98 each. This coverage extends to any vehicle you operate, on or off the job. You may also get the same protection for your non-CDL spouse for only $1.50 per week.

Your CDL is, in fact, your livelihood. We believe that Drivers Legal Plan offers a very effective and affordable way to protect your driving career.

This offer is only available while you are an ACTIVE employee with this company, if you take any type of leave you must resubmit an application. So, take a moment to fill out the Human Resource Department so we can start your legal protection as soon as possible.

Jennie Jefferson
Vice President
(800) 558-2879

# USXpress

## Drivers Legal Plan

1101 Sovereign Row, Oklahoma City, OK 73108

# 800-580-8789

---



....a Price You Can Afford

The Protection You Need ....

Dear USX Driver:

USXpress, Inc. has been associated with Drivers Legal Plan since 1993. During this time, DLP attorneys have proven invaluable in protecting the driving records of our drivers, and consequently, the safety record of our company. You should simply consider the value of this program against its nominal cost of joining.

The benefits of this plan include:

The most affordable legal plan on the market today ($2.98 per week).

Knowledgeable Truckers' Attorneys, experienced in all 48 states. You report violations directly to Law office via toll-free number.

Not an insurance/referral agency that might use a lawyer unfamiliar with CDL defense.

These attorneys have provided us good results in the past; they handle your case start to finish (no limit on bonus), for an agreed-in-advance flat fee at a fraction of normal charges. You CAN afford to fight.

DLP Attorneys handle your moving and non-moving violations, including "serious CDL offenses," for only $100, ($250 for simple accidents not involving loss of life or limb). Other legal matters, including alleged alcohol and drug violations, can be handled by the attorneys at a 1/3 off discount, which could save thousands in legal fees.



1111 Sovereign Row, Suite A
Oklahoma City, OK 73108
1 800/590-5789
FAX 405/943-7227

## DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?
## IF SO, WILL *DRIVERS LEGAL PLAN* SAVE YOU MONEY?

### The following real life cases answer these questions:

**Case #1:** Larry W.'s tractor/trailer ran into a loaded school bus in rural Colorado. Larry was given a serious violation ticket. Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

As a DLP member, Larry paid the $250 accident fee for legal services. If he was not a member of DLP, his legal fees alone could have been over $2,500. Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

**Case #2:** Martin T., licensed in Illinois, received a traffic ticket in Ohio. He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points. Martin accepted and paid the fine. Thirty days later, he received a suspension notice from Illinois. The 59/55 with zero points Ohio case is still a moving violation in Illinois. DLP got the case reopened and amended to a non-moving, parking violation _before_ the Illinois suspension took place.

As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL. Other attorneys in Ohio had asked for fees ranging to $500.

**Case #3:** Richard R. was ticketed for 72/55 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States. His white truck was spotted by plane and stopped by two state trooper chase vehicles. Richard denied going 72 m.p.h. DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity. The verdict was a 6-6 "hung jury". The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed. Richard agreed to a non-moving violation rather than re-try the case.

Cost to Richard for jury trial defense was $100 as a member of DLP.
"Local" representation could have cost over $1500 and been much less effective.

**Case #4:** A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been misrouted by military shippers. DLP legal staff was able to get the ticket dismissed.

The $100 cost to the DLP member was not the true value in this case. The driver was able to continue an award-winning safety career record and the company avoided a serious incident being noted on their motor carrier safety profile.

- LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.
- *DRIVERS LEGAL PLAN* WILL SAVE YOU MONEY.

G.F. Kelley v. U.S. Xpress
Production
D 001562



PO Box 471920
Oklahoma City, OK 73147-1920
Phone: (405) 348-6576
Fax: (405) 348-7297
www.driverslegalplan.com

## PLAN PERFORMANCE

Even though past history is not a guarantee of future results, we thought an overview of performance by the attorneys of *Drivers Legal Plan* would be of particular interest to you, as a prospective client.

The following results were obtained for drivers of a major motor carrier over a 12 month period:

| Disposition | Percentage obtained | Description of Results |
|---|---|---|
| Dismissed | 8% | All charges dropped |
| Non-Moving | 14% | Charge changed and not shown on MVR |
| Probation | 24% | Probation for set time then dismissed |
| Reduction | 28% | Reduced from serious to non-serious |
| Traffic School | 15% | Take school and ticket was dismissed |
| Trial | 6% | Driver and Attorney went to trial |
| No Relief | 5% | We fought and lost |

As attorneys, we always attempt to get the violation dismissed. If dismissal is not possible, then we seek a reduction in the seriousness of the violation (to a non-serious CDL violation), if the driver agrees. If all other remedies fail, we go to trial to protect the driver and his job. Ethics prevent any guarantee of results, but our past history may help you decide that our attorneys can, indeed, prove invaluable to the professional driver.

In this case, we were able to favorably affect _95%_ of all cases.

_Drivers Legal Plan_ concentrates on the legal defense of the driver. Our goal is to protect the driver's CDL and thereby, his career, all while keeping him out of court, off the phone, and on the road.

G.F. Kelley v. U.S. Xpress
D 001563
Defendant's Doc. Production

 PLAN APPLICATION



# USXPRESS, INC.

*PLEASE PRINT*

ID#_____ TR#_____

DRIVER_____ COMPANY DRIVER _____ OR OWNER OPERATOR _____
            First                MI              Last

ADDRESS_____

CITY_____ STATE_____ ZIP_____

PHONE (_____)_____ SOCIAL SECURITY #_____

CELL PHONE_____ E-MAIL ADDRESS_____

DRIVER'S LICENSE NUMBER_____ STATE_____

DATE OF BIRTH_____ DISPATCH NUMBER (_____)_____

## *NON-CDL DRIVER'S SPOUSE OR NON-CDL EMPLOYEE PLAN*

NON-CDL DRIVER'S SPOUSE OR EMPLOYEE_____

ADDRESS_____
                            First              MI              Last

CITY_____ STATE_____ ZIP_____

PHONE (_____)_____ SOCIAL SECURITY #_____

DRIVERS LICENSE NUMBER (NON-CDL)_____ ISSUING STATE_____

DATE OF BIRTH_____ WORK NUMBER (_____)_____

METHOD OF PAYMENT (Choose One)    EFFECTIVE DATE STARTS WITH NEXT PAY PERIOD.

# PAYROLL OR COMMISSION STATEMENT DEDUCTION

☐ Driver only: $2.98 Weekly      ☐ Non-CDL or Non-CDL Spouse: $1.50 Weekly

TO THE COMPANY NAMED ABOVE: I hereby apply to participate in DRIVERS LEGAL PLAN and AUTHORIZE you to deduct from my earnings the necessary plan fee as set forth above to be paid to DRIVERS LEGAL PLAN or its designees. This authority is to remain in effect until revoked by me in writing. I hereby authorize Drivers Legal Plan to employ any attorney to represent me with my full authority and discretion to resolve any matter in connection with any and all traffic tickets I may have. I understand that this is only available while I am an ACTIVE employee with this company and I will need to reactivate an application upon my return from any type of leave if I wish to participate. I also understand that if I am no longer employed by this participating company, my participation will be cancelled. Please cancel my present Legal Plan, if any, and replace it with DRIVERS LEGAL PLAN.

X _Signature of Driver_ _____ Date _____

G.F. Kelley v. U.S. Xpress
D 001564
Defendant's Doc. Production

# Return to Safety/Payroll c/o your instructor

# Entry Level Driver Training Certificate

## Trained By

U.S. Xpress, Inc.

4080 Jenkins Rd. Chattanooga, TN 37421

I certify _____Sean L Kingfer_____ has completed
_____Driver Name_____

The Entry Level Driver Training requirements in the following areas; driver qualifications, driver wellness, hours of service, and whistle blower protection requirements in accordance with the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.503.

8-22-05
_____Date_____

_____Signature if Trainer_____

_____Name of Trainer(Print)_____

1535 New Hope Church Rd Tunnel Hill, Ga 30755

_____Address of Trainer_____

G.F. Kelley v. U.S. Xpress
D 001565
Defendant's Doc. Production

# U.S. XPRESS ENTERPRISES, INC.

## DIRECT DEPOSIT APPLICATION

Name: Alan L. Knight

G.F. Kelley v. U.S. Xpress
**D 001566**
Defendant's Doc. Production

...roll in Payroll at Ext. 3709
...orm Ext# 3709

...g accounts and a deposit slip for savings
... Please staple to the BOTTOM of th...

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 15, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding

earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line differs from that shown



| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0010 |
|---|---|---|

Department of the Treasury
Internal Revenue Service
► Whether you are entitled to claim a certain number of allowances or exemption subject to review by the IRS. Your employer may be required to send a copy of this

| 1 Type or print your first name and middle initial | Last name |
|---|---|
| Alan L. | Knight |

Home address (number and street or rural route)

3 ☐ Single ☑ Married

8 Employer's name and address (Employer: Complete lines 9 and 10 only if sending to the IRS)

USXpress 4080 Jenkins Rd
Chattanooga, TN 37421

State/
Allowances/

Date ► 8-22-05

9 Office code (optional)   10 Employer Identification number (EIN)

G.F. Kelley v. U.S. Xpress

D 001567

For Privacy Act and Paperwork Reduction Act Not

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0136

## Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Knight | Alan | L | |

| Address (Street Name and Number) | Apt. # |
|---|---|
| 415 Twin Lakes Dr. | |

| City | State | Zip Code |
|---|---|---|
| Roanoke | AL | 36274 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☑ A citizen or national of the ■■■■
☐ A Lawful Permanent Resident (Alien # A___
☐ An alien authorized to work until ___/___/___
(Alien # or Admission #)___

| Employee's Signature | Date (month/day/year) |
|---|---|
| Alan L. Knight | 8-22-05 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

### Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| | List A | OR | | List B | AND | | List C |
|---|---|---|---|---|---|---|---|
| Document title: | | | | | | | |
| Issuing authority: | | | | | | | |
| Document #: | | | | | | | |
| Expiration Date (if any): | ___/___/___ | | ___/___/___ | | | ___/___/___ | |
| Document #: | | | | | | | |
| Expiration Date (if any): | ___/___/___ | | | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | | Orientation Asst. |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| US XPRESS, INC. | 1535 NEW HOPE CHURCH RD TUNNEL HILL, GA 30755 | |

### Section 3. Updating and Reverification. To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): ___/___/___ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative

G.F. Kelley v. U.S. Xpress

D 001568

| Form **8850** | Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits | OMB No. 1545-1500 |
|---|---|---|
| (Rev. October 2002) Department of the Treasury Internal Revenue Service | ➤ See separate instructions. | |

Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.

Your name  Alan L. Knight

Social security number ➤ ██████████

Street address where you live  415 Twin Lakes Dr.

City or town, state, and ZIP code  Roanoke, Al. 36274

Telephone number  (334) 863-6725

**All Applicants**

G.F. Kelley v. U.S. Xpress
D 001569
Defendant's Doc. Production

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ➤ Alan L. Knight                              Date ✗ 9/22/05

COMPANY DRIVER FILE
LIST

MEDICAL FILE  *(THIS MUST BE A SEPARATE PLAIN MANILLA FILE FOLDER)*
PHYSICAL

DRUG TEST RECEIPT (CHAIN OF CUSTODY)


DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON LEFT SIDE OF FILE)
PHOTO WITH NAME & SS # (STAPLE ON TOP OF THE FOLLOWING FORMS)
COPY OF DRIVERS LICENSE / SOCIAL SECURITY CARD / RESIDENT ALIEN CARD –
ETC...(PLEASE MAKE SURE THIS IS FACE DOWN)


DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON THE RIGHT SIDE OF FILE)
DATA SHEET
INTEGRITY CHECKLIST (GET FROM THE RECRUITER)
ORIGINAL W-4
STATE TAX FORM (IF APPLICABLE)      FORMS WILL VARY (STATE MUST MATCH
STATE LISTED ON FEDERAL FORM
AUTHORIZATION FOR PAYROLL DEDUCTION / PAYROLL DISPOSITION &
PAYROLL BENEFICIARY
RECEIPTS / ATTACHMENT A (Drug & Alcohol Policy)
WORKER'S COMP. FORM
DRIVER ACKNOWLEDGMENT AND CONSENT
DISCLOSURE AND RELEASE
NOTICE TO DRIVERS
CARGO SECURITY POLICY GUIDELINES
ACKNOWLEDGMENT OF POLICIES
MISCELLANEOUS........ANYTHING OTHER THAN WHAT IS LISTED ABOVE.......

LOOSE FORMS
LEGAL PLAN ^^^^^^^IF APPLICABLE (ADD LEGAL PLAN) FORM STAYS IN FILE
ORIGINAL EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE (EEO) – PUT IN
FOLDERS ON FILE CLERKS DESK
ORIGINAL I-9 (EMPLOYMENT ELIGIBILITY VERIFICATION) - PUT IN FOLDERS ON
FILE CLERKS DESK
THOMAS & THORNGREN 8850 & WOTC WORKSHEET (GIVE TO TERESA PELLAM)
US ADMIN (HIPPAA/COBRA INITIAL NOTICE)  (GIVE TO KELLY OVERSTREET)


POLICIES TO HAND OUT
FMLA POLICY AND ACKNOWLEDGEMENT
WOMEN'S HEALTH CANCER RIGHTS ACT AND COBRA RIGHTS NOTICE
PREVENTING HARASSMENT AT WORK

G.F. Kelley v. U.S. Xpress
D 001570
Defendant's Doc. Production

8/8/2005

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Policy on Alcohol and Drug Usage

### APPLICATION

The following policy is applicable to all persons involved in the operations of companies owned by and/or affiliated with or contracted to: US Xpress Enterprises, Inc. All of these companies have adopted the program described herein to the extent applicable to the services performed by each.

### PURPOSE

The company is concerned with workers safety and realizes that the state of a person's health can effect job performance and safety. Persons impaired by the use of drugs or alcohol while on the job pose serious safety and health risks to themselves, co-workers, and the public.

Our policy has been developed to help ensure the safety of each individual, co-worker, and the public. Any refusal to cooperate with the company's request for a drug screen or sobriety examination will result in immediate suspension and the ultimate disqualification or discharge of the individual, in the absence of circumstances acceptable to the company. This policy will apply to all individuals seeking employment and to all current workers.

### DEFINITIONS

With respect to drugs, "impaired" means the presence in a person's system of any detectable amount of a drug or it's metabolites, and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his/her job safely and effectively has been impaired by drugs.

The term "drugs" includes any and all controlled substances, such as but not limited to: marijuana, cocaine, opiates, amphetamines, barbiturates and phencyclidine (PCP). It also includes prescription and over-the-counter drugs, which are being abused.

For the purposes of alcohol usage, "impaired" means the retention by an individual of a blood alcohol content of .10% or more (.04% or more if the individual is operating a company vehicle or equipment)upon testing by breathalyzer or blood test and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his or her job safely and effectively has been impaired by alcohol.

*"Alcohol"* means ethyl alcohol (ethanol)and includes any liquid containing ethyl alcohol.

*"Distribution"* means any exchange, transfer, or sharing whether for money or otherwise.

*"Possession"* means on one's person, in one's personal effects, in one's vehicle, or under one's control.

*"Consumption"* means any form of use, ingesting, inhaling, or injecting.

### INDIVIDUALS COVERED BY THE POLICY

Any employee of the company, and all individuals who are employees of a personnel leasing company leased to the company, are covered by this policy. Refusal to submit to required testing by this policy will be an assumption of testing positive, and the individual will be subject to immediate discipline up to and including termination.

Any person found to be positive will be subject to immediate discipline up to an including termination.

All applicants being considered for employment are required to pass a drug screen.

G.F. Kelley v. U.S. Xpress
D 001571
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc. and Subsidiaries

## Policy on Alcohol and Drug Usage

### PROHIBITIONS

All persons covered by this policy are prohibited from the following:

> Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of drugs while working, while on company property or while operating company equipment;

> Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of alcoholic beverages while working, while on company property, and while operating company equipment;

> Working or reporting to work while under the influence of drugs or alcohol.

> Use of legally obtained prescription or over-the-counter drugs (including alcohol or other chemicals) which may adversely affect job performance or safety is prohibited. The company may at its discretion, require an employee to refrain from working while impaired by any drug or medication.

> Use of taking someone else's prescriptions.

G.F. Kelley v. U.S. Xpress
D 001572
Defendant's Doc. Production

Usxpress, INC.

## A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

       Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

       Never let anger, depression or any emotion divert my attention from responsibilities.

       Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

       Never make a U-turn on a roadway.

       Avoid following other vehicles too closely.

       Never change lanes without using a "direct look" to ensure safe movement.

       Never Pass on two lane roads where there is more to lose than gain.

       Avoid bobtailing when road conditions are hazardous.

       Never block the roadway with my trailer without help in controlling traffic.

       Never assume the other person will see my truck and stop.

       Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Alan Knight_ Date _8-22-05_

G.F. Kelley v. U.S. Xpress
D 001573
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name: Alan L Knight    Address: 415 Twin Lakes, Dr Roanoke, AL 36274

License No. _____ State: AL Equipment Driven: Tractor _FLCONV/VOLVO_Trailer_53'_

Checked From: Wadley To: Wadley    Date: 8-24-05

Part 1 - Pre-Trip Inspection and Emergency
        Equipment

Checks general condition approaching unit _____
Looks for leakage of coolants, fuel and lubricants
Checks under the hood - oil, water, general condition
of engine compartment and steering _____
Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper) _____
Test brake action, tractor protection valve, and
parking (hand) brake
Knows use of jacks, tools, emergency warning devices,
fire chains, fire extinguisher, spare fuses, and
four way flashers _____
Checks Instruments _____
Cleans windshield, windows, mirrors, lights, and
reflectors _____

Part 2 – Placing vehicle in motion and use of controls

A. Engine
Starts engine without difficulty _____
Allows proper warm-up _____
Understands gauges on instrument panel _____
Maintains proper engine speed while driving _____
Basic Knowledge of motors - gas, diesel _____
Abuse of motor _____

B. Clutch and Transmission
Starts loaded unit smoothly _____
Uses clutch properly _____
Times gearshifts properly _____
Shifts gears smoothly _____
Uses proper gear sequence _____

C. Brakes
Understands operating principles of air brakes _____
Knows proper use of tracot protection valve _____
Understands low air warning _____
Test brakes before starting trip _____

Fails to check traffic conditions & signal
when pulling out from parked position _____
Parks in illegal or unsafe location _____

C. Parking (road)
Parks off pavement _____
Avoids parking on soft shoulder _____
Uses emergency warning signals when
required _____
Secured unit properly _____

D. Steering
Fights steering wheel
Allows truck to wander _____

E. Lights
Knows lighting regulations
Uses proper headlight beam
Dim lights when meeting or following other vehicles
Adjust speed to range of headlights
Proper use of auxiliary lights _____

Part 3 - Coupling and Uncoupling

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

Part 4 - Backing and Parking

A. Backing
Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on
long back _____
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly
while backing _____

B. Parking (city)
Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

D. Grade Crossings
Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

F. Speed
Speed consistent with basic ability _____
Adjusts speed properly to road, weather,
traffic conditions, legal limits
Slows down for rough roads
Slows down in advance of curves,

G.F. Kelley v. U.S. Xpress
D 001574
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
  fanning _____
Stops before crossing sidewalk when
  coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in traffic Passing and Turning
A. Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
  way is clear _____
Does not swing wide or cut short while turning _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if
  necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

C. Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

E. Passing
Passes with insufficient clear space
  ahead _____
Passes in unsafe location;hill, curve,
  intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

intersections, etc.

Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
  way by others _____
Tends to crowd other drivers or force
  way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
  conditions _____
Adjusts driving to meet changing
  conditions _____
Performs routine functions without taking
  eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C..Rules.and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
  local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat
_____
_____
_____

General Performance: Satisfactory____X____ Needs Training _____Unsatisfactory _____
Qualified for:Truck ___X___ Tractor-Semi trailer _X_X_____ Other _____

Signature of Examiner: *Wallace R. Beard*

G.F. Kelley v. U.S. Xpress
D 001575
Defendant's Doc. Production

☒ **U.S. XPRESS, INC.** ☐ **XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name ___Alan L. Knight___

Social Security No. ___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___

Commercial Driver's License No. ___5183952 AL___

State ___AL___ Location of Test ___Wadley___

Type of Power Unit ___Volvo___ Type of Trailer(s) ___53'___

This is to certify that the above driver was given a road test under my supervision

on ___aug 24___ 20 ___05___

consisting of approximately ___20___ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

___Wallace L. Beard___ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date ___8-24-05___ Driver's Signature ___Alan L. Knight___

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001576
Defendant's Doc. Production





G.F. Kelley v. U.S. Xpress
D 001577
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, Alan Knight , understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

**Company name and phone number**          **Dates worked for/applied:**

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver.

Alan L. Knight
Signature of applicant                    SSN                    DATE

G.F. Kelley v. U.S. Xpress
D 001578
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

## I. Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name  Alan L. Knight          SS# [REDACTED]

Address  415 Twin Lakes Dr  Roanoke, AL 36274

License: State [REDACTED]          License # [REDACTED]

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature:  Alan L. Knight

G.F. Kelley v. U.S. Xpress
D 001579
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Alan L. Knight_

Social Security Number: ███████████

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ███ |
| Hours Worked | 12 | 12 | 12 | 12 | 12 | 0 | 0 | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/___ through _____ am/pm ___/___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_____, _22_, _8_, _05_.
Time            Day        Month        Year

_Alan L. Knight_                                    _8-22-05_
Driver's Signature                              Date

G.F. Kelley v. U.S. Xpress
D 001580
Defendant's Doc. Production