# EXHIBIT 31

## Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:    SSN: ▮▮▮▮  Name: Macon Mauldin III
       Specimen ID #: ▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000461
Defendant's Doc. Production

SPECIMEN ID NO. **106553019**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.
130808

US Xpress/General
P.O. Box 425
Lowell, AR 72745
Ph: 423-510-3560 ext. 603-510-2200

B. MRO Name, Address, Phone and Fax No.
Profile # 663025
DFUS-Robert Ming, MD
6598 Hwy. 83, Ste. 4
Belle Chasse, LA 70037

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000630
Defendant's Doc. Production

REMARKS _____

X _____  _____  ___/___/___
   Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____  _____  ___/___/___
   Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. **106553019**

**ATN**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130602 <br> US Xpress/General <br> P.O. Box 460 <br> Jowell, AR 72740 <br> PH: 423-510-3360  F: 423-510-3392 | [illegible] |

...evident seal in my presence, and that the information provided on this form and on the label affixed to each specimen bottle is correct.

| X [signature] | Mason Mauldin III | 8/25/05 |
|---|---|---|
| Signature of Donor | (PRINT) Donor's Name (First, MI, Last) | Date (Mo/Day/Yr) |

**STEP**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

G.F. Kelley v. U.S. Xpress
D 000462
Defendant's Doc. Production

*Michelle ext. 378*
*fax 423-510-6138*

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Mauldin, III  Macon  "Ralph"  SOCIAL SECURITY #: [redacted]
       LAST       FIRST    MIDDLE

OTHER NAMES USED: _____

DATE OF BIRTH: 03/08/69  EMAIL ADDRESS: tmauldin38@yahoo.com
               MONTH/DAY/YEAR

ADDRESS: 716 Morris Stevens Rd.  Macon     PHONE #: [redacted]
         STREET                    CITY
         GA.                       31217    CELL PHONE #: [redacted]
         STATE                     ZIP

NOTIFY IN CASE OF EMERGENCY: Tammy C. Mauldin    PHONE #: [redacted]

ADDRESS: 716 Morris Stevens Rd. Macon, GA. 31217
         STREET                  CITY   STATE  ZIP

REFERRED TO USX BY WHOM? _____

### RESIDENCE ADDRESS

Same as above    LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM ___ TO ___  STREET ___ CITY ___ STATE ___ ZIP ___
(2) FROM ___ TO ___  STREET ___ CITY ___ STATE ___ ZIP ___
(3) FROM ___ TO ___  STREET ___ CITY ___ STATE ___ ZIP ___

### EDUCATION

**TRUCK DRIVING SCHOOL**

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES  ☒ NO   GRADUATION DATE ___

NAME ___   LOCATION: ___

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH ___  DATES: FROM ___ TO ___

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED ___

G.F. Kelley v. U.S. Xpress
D 000822
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000823
Defendant's Doc. Production

- Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 000824
Defendant's Doc. Production

[Page heavily redacted with black boxes]

system which includes the integrity of a binding of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substance testing history and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature: [signature]        Date: 8-12-05

USX is an Equal Opportunity Employer        USX-DA-Rev. 8-05

G.F. Kelley v. U.S. Xpress
D 000825
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000826
Defendant's Doc. Production