# EXHIBIT 32

<u>U.S. Xpress Enterprises. Inc.</u>

Cargo Security
Policy Guidelines

<u>*"The Driver's Role in Cargo Security and Loss Prevention"*</u>

1)   Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2)   Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3)   Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4)   Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5)   Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6)   Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7)   Follow assigned routing. Notify Operations of any necessary deviations.

8)   Do not pick up hitchhikers or allow unauthorized persons in your truck.

9)   Know where you are going. Avoid unnecessary stops or detours.

10)  If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

_Mark Mc Daniel_
Print Name

_Mark McDaniel_
Driver Signature

_8 / 24 / 05_
Date

G.F. Kelley v. U.S. Xpress
D 001604
Defendant's Doc. Production

U.S. Xpress Enterprises. Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1)  Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2)  Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3)  Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4)  Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5)  Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6)  Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7)  Follow assigned routing. Notify Operations of any necessary deviations.

8)  Do not pick up hitchhikers or allow unauthorized persons in your truck.

9)  Know where you are going. Avoid unnecessary stops or detours.

10) If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Mark McDaniel
_____
Print Name

Mark McDaniel
_____
Driver Signature

8/24/05
_____
Date

G.F. Kelley v. U.S. Xpress
D 001604
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**AIN**

SPECIMEN ID NO. **106552998**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

130308

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560 FAX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 653023
OPMI-Robert Pflug, MD
8506 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151   FAX: 310-887-6200

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.P. Kelley v. U.S. Xpress
D 000443
Defendant's Doc. Production

REMARKS _____

X _____        _____        ___/___/___
   Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

X _____        _____        ___/___/___
   Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

AUG-09-2005 TUE 03:14 PM  KELLY TRUCKING      ☏12563852272      P. 002/005

*Michelle ext. 3782*
*fax 423 510-6138*

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Mc Daniel  Mark  Douglas_
    LAST        FIRST        MIDDLE       SOCIAL SECURITY ██████████

OTHER NAMES USED _____

DATE OF BIRTH _4 / 3 /56_ EMAIL ADDRESS _NONE_
    MONTH/DAY/YEAR

ADDRESS _204  Briarmeade #54  Glencoe_      PHONE # ( )
    STREET          CITY                AREA CODE

_Alabama_      _35905_
    STATE             ZIP

NOTIFY IN CASE OF EMERGENCY _Pat  Mc Daniel_

ADDRESS _North 6th St, Gadsden  Ala  35903_
    STREET         CITY       STATE    ZIP

REFERRED TO USX BY WHOM? _____

(1) F

(2) F

(3) F

HAV

NAM

HAVE

BRAN

ARE

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 000827
Defendant's Doc. Production

Aug. 09 2004 07:30PM  P1





- DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?
- IF SO, WILL *DRIVERS LEGAL PLAN* SAVE YOU MONEY?

The following real life cases answer these questions:

Case #1: Larry W.'s tractor/trailer ran into a loaded school bus in rural Colorado. Larry was given a serious violation ticket. Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

As a DLP member, Larry paid the $250 accident fee for legal services. If he was not a member of DLP, his legal fees alone could have been over $2,500. Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

Case #2: Martin T., licensed in Illinois, received a traffic ticket in Ohio. He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points. Martin accepted and paid the fine. Thirty days later, he received a suspension notice from Illinois. The 59/55 with zero points Ohio case is still a moving violation in Illinois. DLP got the case reopened and amended to a non-moving, parking violation *before* the Illinois suspension took place.

As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL. Other attorneys in Ohio had asked for fees ranging to $500.

Case #3: Richard R. was ticketed for 72/55 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States. His white truck was spotted by plane and stopped by two state trooper chase vehicles. Richard denied going 72 m.p.h. DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity. The verdict was a 6-6 "hung jury". The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed. Richard agreed to a non-moving violation rather than re-try the case.

Cost to Richard for jury trial defense was $100 as a member of DLP. "Local" representation could have cost over $1500 and been much less effective.

Case #4: A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been misrouted by military shippers. DLP legal staff was able to get the ticket dismissed.

The $100 cost to the DLP member was not the true value in this case. The driver was able to continue an award-winning safety career record and the company avoided a serious incident being noted on their motor carrier safety profile.

- LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.
- *DRIVERS LEGAL PLAN* WILL SAVE YOU MONEY.

G.F. Kelley v. U.S. Xpress
D 001600



1111 Sovereign Row, Suite A
Oklahoma City, OK 73108
1-800/580-5783
FAX 405/946-7297

- **DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?**
- **IF SO, WILL *DRIVERS LEGAL PLAN* SAVE YOU MONEY?**

### The following real life cases answer these questions:

Case #1:  Larry W.'s tractor/trailer ran into a loaded school bus in rural Colorado. Larry was given a serious violation ticket. Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

As a DLP member, Larry paid the $250 accident fee for legal services. If he was not a member of DLP, his legal fees alone could have been over $2,500. Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

Case #2:  Martin T., licensed in Illinois, received a traffic ticket in Ohio. He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points. Martin accepted and paid the fine. Thirty days later, he received a suspension notice from Illinois. The 59/55 with zero points Ohio case is still a moving violation in Illinois. DLP got the case reopened and amended to a non-moving, parking violation <u>before</u> the Illinois suspension took place.

As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL. Other attorneys in Ohio had asked for fees ranging to $500.

Case #3:  Richard R. was ticketed for 72/55 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States. His white truck was spotted by plane and stopped by two state trooper chase vehicles. Richard denied going 72 m.p.h. DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity. The verdict was a 6-6 "hung jury". The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed. Richard agreed to a non-moving violation rather than re-try the case.

Cost to Richard for jury trial defense was $100 as a member of DLP.
"Local" representation could have cost over $1500 and been much less effective.

Case #4:  A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been misrouted by military shippers. DLP legal staff was able to get the ticket dismissed.

The $100 cost to the DLP member was not the true value in this case. The driver was able to continue an award-winning safety career record and the company <u>avoided a serious incident</u> being noted on their motor carrier safety profile.

- **LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.**
- **_DRIVERS LEGAL PLAN_ WILL SAVE YOU MONEY.**

G.F. Kelley v. U.S. Xpress
D 001600

Signature

Date

UBX-DA-Rev. 8-99

USX is an Equal Opportunity Employer

G.F. Kelley v. U.S. Xpress

D 000830

Aug. 09 2004 07:32PM    P4

FAX NO. :4531210

# CONFIDENTIAL EMPLOYEE HISTORY



Mark McDaniel                    8/24/05

Employee Name _____    Employment Date _____

**Status**
☑ Regular  ☐ Part Time  ☐ Temporary

Address
104 Briarmeade #54     City Glencoe     State Al     Zip 35905

## PAYROLL DATA

| Birthday | Gender | Social Security N | Marital Status | Domicile Terminal |
|---|---|---|---|---|
| ██████████████████████ | | | Single | Wadley, Ala |

## Emergency Notify

| | Relation | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | Spouse | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| t McDaniel | Parent | City Glencoe | State Ala | Zip 35903 | Phone 256-547-3724 |
| | Parent | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |

G.F. Kelley v. U.S. Xpress
D 001581
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE



VER NAME _Mark McDaniel_

RESS _204 Briarmeade #54_  CITY _Glencoe_  STATE _Ala_ ZIP _35905_

G.F. Kelley v. U.S. Xpress
D 001585
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 001586**
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

## I.  Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

## Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Mark McDaniel_          SS# ██████████████

Address _204 Briarmeade # 54_

███████████████████████████████████████ that I have surrendered the following licenses to the states indicated.

State _____  Class _____  License # _____

State _____  Class _____  License # _____

Driver's Signature: _Mark McDaniel_

G.F. Kelley v. U.S. Xpress
D 001587
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Mark McDaniel*, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| **Company name and phone number** | **Dates worked for/applied:** |
|---|---|
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

| *Mark McDaniel* | | *8/24/05* |
|---|---|---|
| Signature of applicant | SSN | DATE |

G.F. Kelley v. U.S. Xpress
D 001588
Defendant's Doc. Production

Usxpress, INC.

## A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature ___Mark McDaniel___ Date ___8/24/05___

G.F. Kelley v. U.S. Xpress
D 001589
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Policy on Alcohol and Drug Usage

### PROHIBITIONS

All persons covered by this policy are prohibited from the following:

> Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of drugs while working, while on company property or while operating company equipment;

> Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of alcoholic beverages while working, while on company property, and while operating company equipment;

> Working or reporting to work while under the influence of drugs or alcohol.

> Use of legally obtained prescription or over-the-counter drugs (including alcohol or other chemicals) which may adversely affect job performance or safety is prohibited. The company may at its discretion, require an employee to refrain from working while impaired by any drug or medication.

> Use of taking someone else's prescriptions.

G.F. Kelley v. U.S. Xpress
D 001590
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Policy on Alcohol and Drug Usage

## APPLICATION

The following policy is applicable to all persons involved in the operations of companies owned by and/or affiliated with or contracted to: US Xpress Enterprises, Inc. All of these companies have adopted the program described herein to the extent applicable to the services performed by each.

## PURPOSE

The company is concerned with workers safety and realizes that the state of a person's health can effect job performance and safety. Persons impaired by the use of drugs or alcohol while on the job pose serious safety and health risks to themselves, co-workers, and the public.

Our policy has been developed to help ensure the safety of each individual, co-worker, and the public. Any refusal to cooperate with the company's request for a drug screen or sobriety examination will result in immediate suspension and the ultimate disqualification or discharge of the individual, in the absence of circumstances acceptable to the company. This policy will apply to all individuals seeking employment and to all current workers.

## DEFINITIONS

With respect to drugs, "impaired" means the presence in a person's system of any detectable amount of a drug or it's metabolites, and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his/her job safely and effectively has been impaired by drugs.

The term "drugs" includes any and all controlled substances, such as but not limited to: marijuana, cocaine, opiates, amphetamines, barbiturates and phencyclidine (PCP). It also includes prescription and over-the-counter drugs, which are being abused.

For the purposes of alcohol usage, "impaired" means the retention by an individual of a blood alcohol content of .10% or more (.04% or more
if the individual is operating a company vehicle or equipment)upon testing by breathalyzer or blood test and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his or her job safely and effectively has been impaired by alcohol.

"*Alcohol*" means ethyl alcohol (ethanol)and includes any liquid containing ethyl alcohol.

"*Distribution*" means any exchange, transfer, or sharing whether for money or otherwise.

"*Possession*" means on one's person, in one's personal effects, in one's vehicle, or under one's control.

"*Consumption*" means any form of use, ingesting, inhaling, or injecting.

## INDIVIDUALS COVERED BY THE POLICY

Any employee of the company, and all individuals who are employees of a personnel leasing company leased to the company, are covered by this policy. Refusal to submit to required testing by this policy will be an assumption of testing positive, and the individual will be subject to immediate discipline up to and including termination.

Any person found to be positive will be subject to immediate discipline up to an including termination.

All applicants being considered for employment are required to pass a drug screen.

G.F. Kelley v. U.S. Xpress
D 001591
Defendant's Doc. Production

COMPANY DRIVER FILE
LIST

| |
|---|
| MEDICAL FILE *(THIS MUST BE A SEPARATE PLAIN MANILLA FILE FOLDER)* PHYSICAL |
| DRUG TEST RECEIPT (CHAIN OF CUSTODY) |
| |
| DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON LEFT SIDE OF FILE) PHOTO WITH NAME & SS # (STAPLE ON TOP OF THE FOLLOWING FORMS) |
| COPY OF DRIVERS LICENSE / SOCIAL SECURITY CARD / RESIDENT ALIEN CARD – ETC...(PLEASE MAKE SURE THIS IS FACE DOWN) |
| |
| DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON THE RIGHT SIDE OF FILE) DATA SHEET |
| INTEGRITY CHECKLIST (GET FROM THE RECRUITER) |
| ORIGINAL W-4 |
| STATE TAX FORM (IF APPLICABLE)    FORMS WILL VARY (STATE MUST MATCH STATE LISTED ON FEDERAL FORM |
| AUTHORIZATION FOR PAYROLL DEDUCTION / PAYROLL DISPOSITION & PAYROLL BENEFICIARY |
| RECEIPTS / ATTACHMENT A (Drug & Alcohol Policy) |
| WORKER'S COMP. FORM |
| DRIVER ACKNOWLEDGMENT AND CONSENT |
| DISCLOSURE AND RELEASE |
| NOTICE TO DRIVERS |
| CARGO SECURITY POLICY GUIDELINES |
| ACKNOWLEDGMENT OF POLICIES |
| MISCELLANEOUS.......ANYTHING OTHER THAN WHAT IS LISTED ABOVE....... |
| |
| LOOSE FORMS |
| LEGAL PLAN ^^^^^^^IF APPLICABLE (ADD LEGAL PLAN) FORM STAYS IN FILE |
| ORIGINAL EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE (EEO) – PUT IN FOLDERS ON FILE CLERKS DESK |
| ORIGINAL I-9 (EMPLOYMENT ELIGIBILITY VERIFICATION) - PUT IN FOLDERS ON FILE CLERKS DESK |
| THOMAS & THORNGREN 8850 & WOTC WORKSHEET (GIVE TO TERESA PELLAM) |
| US ADMIN (HIPPAA/COBRA INITIAL NOTICE)   (GIVE TO KELLY OVERSTREET) |
| |
| POLICIES TO HAND OUT |
| FMLA POLICY AND ACKNOWLEDGEMENT |
| WOMEN'S HEALTH CANCER RIGHTS ACT AND COBRA RIGHTS NOTICE |
| PREVENTING HARASSMENT AT WORK |

G.F. Kelley v. U.S. Xpress
D 001592
Defendant's Doc. Production

8/8/2005

Form **8850**
(Rev. October 2003)
Department of the Treasury
Internal Revenue Service

## Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits

➤ See separate instructions.

OMB No. 1545-1500

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name   Mark McDaniel

Social security number

Street address where you live   204 Briarmeade #54

City or town, state, and ZIP code   Glencoe, Ala, 35905

If you are under age 25, enter your date of birth (month, day, year)   /   /

### Work Opportunity Credit

1  ☐ Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2  ☐ Check here if any of the following statements apply to you.

- I am a member of a family that has received assistance from Temporary Assistance for Needy Families (TANF) for any 9 months during the last 18 months.
- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.
- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.
- I am at least age 18 but not age 25 or older and I am a member of a family that:
  - a Received food stamps for the last 6 months or
  - b Received food stamps for at least 3 of the last 5 months, but is no longer eligible to receive them.
- Within the past year, I was convicted of a felony or released from prison for a felony and during the last 6 months I was a member of a low-income family.
- I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

### Welfare-to-Work Credit

3  ☐ Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4  ☐ Check here if you are a member of a family that:

- Received TANF payments for at least the last 18 months, or
- Received TANF payments for any 18 months beginning after August 5, 1997, and the earliest 18-month period beginning after August 5, 1997, ended within the last 2 years, or
- Stopped being eligible for TANF payments within the last 2 years because Federal or state law limited the maximum time those payments could be made.

G.F. Kelley v. U.S. Xpress
D 001593
Defendant's Doc. Production

**All Applicants**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ▶   Mark McD...

U.S. Department of Justice

Immigration and Naturalization Service

**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| McDaniel | Mark | D. | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 204 Briarmede #54 | | |

| City | State | Zip Code |
|---|---|---|
| Glencoe, Alabama | | 35905 |

I am aware that federal law provides for
im...
us...
co...

Emp...

Sec...
exam...
docu...

Doc...

Issui...

Docu...

Expiration Date (if any): ___/___/___

Document #:

Expiration Date (if any): ___/___/___

G.F. Kelley v. U.S. Xpress
D 001594
Defendant's Doc. Production

## Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 15, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding

earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | | OMB No. 1545-0010 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | **2005** |

| 1 Type or print your first name and middle initial | Last name | | |
|---|---|---|---|
| Mark D. | McDaniel | | |

Home address (number and street or rural route)
204 Briarmeade #54

3 ☑ Single   Married   Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code
Glencoe  Ala  35905

4 If your last name differs from that shown on your social security card, check here. ▶

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)

6 Additional amount, if any, you want withheld from each paycheck

7 I claim exemption from withholding for 2005, and I certify that I meet both of the following conditions for exemption.
 • Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
 • This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
 If you meet both conditions, write "Exempt" here . . . . . . ▶

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(Form is not valid unless you sign it.) ▶  *Mark McDaniel*     Date ▶ 8/24/05

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| USXpress 4080 Jenkins Rd  Chattanooga, TN 37421 | State/ Allowances/ | |

G.F. Kelley v. U.S. Xpress
D 001595

# U.S. XPRESS ENTERPRISES, INC.

# DIRECT DEPOSIT APPLICATION

Name: Mark McDaniel    SS#: ▇▇▇▇▇▇▇▇

Date: 8/24/05    Transfunds card#: _____

### We are pleased to offer the following options for our drivers:
(Please check the option that you want)

✓ **AUTO DEPOSIT**    Automatically sends your paycheck directly to one specific bank of your choice. (Funds are electronically deposited each payroll depending on your bank and are usually available as of the date of your check.)

_____ **MANUAL DEPOSIT**    Places your check on your Transfunds Card

_____ **SPLIT DEPOSIT**    A flat amount or percentage of your check is automatically sent to your bank(s) and the rest goes on your Transfunds card. (Funds are usually available in your bank by the following Monday or Tuesday.)
_____ (amount or percentage to BANK)

Please complete the following information below and attach a voided check. Please do not attach a deposit slip for a checking

G.F. Kelley v. U.S. Xpress
D 001596
Defendant's Doc. Production

⑆262287195⑆    0241104⑈ 0249

# Entry Level Driver Training Certificate

Trained By

U.S. Xpress, Inc.

4080 Jenkins Rd. Chattanooga, TN 37421

I certify Mark McDaniel has completed

_Driver Name_

The Entry Level Driver Training requirements in the following areas; driver qualifications, driver wellness, hours of service, and whistle blower protection requirements in accordance with the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.503.

8/24/05

_Date_

_Name of Trainer (Print)_

_Signature if Trainer_

1535 New Hope Church Rd Tunnel Hill, Ga 30755

_Address of Trainer_

G.F. Kelley v. U.S. Xpress
D 001597
Defendant's Doc. Production



PLAN APPLICATION

**Effective**

# USXPRESS, INC.

*PLEASE PRINT*

D# **3441241**_____    TR#_____

DRIVER **Mark    P.    McDaniel**_____ COMPANY DRIVER **✓**___ OR OWNER OPERATOR_____
             Fist           MI           Last

ADDRESS **204    Briarmeade #54**_____

CITY **Glencoe**_____    STATE **Ala**  ZIP **35905**

**X** Signature of Driver **Mark McDaniel**_____    Date_____

G.F. Kelley v. U.S. Xpress
D 001598
Defendant's Doc. Production

Return to Safety/Payroll c/o your instructor.



PO Box 271122
Oklahoma City, OK 73127-1220
Phone: (405) 549-5075
Fax: (405) 548-7257
www.driverslegalplan.com

## PLAN PERFORMANCE

Even though past history is not a guarantee of future results, we thought an overview of performance by the attorneys of *Drivers Legal Plan* would be of particular interest to you, as a prospective client.

The following results were obtained for drivers of a major motor carrier over a 12 month period:

| | | |
|---|---|---|
| Dismissed | 8% | All charges dropped |
| Non-Moving | 14% | Charge changed and not shown on MVR |
| Probation | 24% | Probation for set time then dismissed |
| Reduction | 28% | Reduced from serious to non-serious |
| Traffic School | 15% | Take school and ticket was dismissed |
| Trial | 6% | Driver and Attorney went to trial |
| No Relief | 5% | We fought and lost |

As attorneys, we always attempt to get the violation dismissed. If dismissal is not possible, then we seek a reduction in the seriousness of the violation (to a non-serious CDL violation), if the driver agrees. If all other remedies fail, we go to trial to protect the driver and his job. Ethics prevent any guarantee of results, but our past history may help you decide that our attorneys can, indeed, prove invaluable to the professional driver.

In this case, we were able to favorably affect *95%* of all cases.

*Drivers Legal Plan* concentrates on the legal defense of the driver. Our goal is to protect the driver's CDL and thereby, his career, all while keeping him out of court, off the phone, and on the road.

G.F. Kelley v. U.S. Xpress
D 001599
Defendant's Doc. Production



1111 Sovereign Row, Suite A
Oklahoma City, OK. 73108
1/800/580-3785
FAX 405/946-7297

- DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?
- IF SO, WILL *DRIVERS LEGAL PLAN* SAVE YOU MONEY?

### The following real life cases answer these questions:

Case #1:  Larry W.'s tractor/trailer ran into a loaded school bus in rural Colorado.  Larry was given a serious violation ticket.  Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

   As a DLP member, Larry paid the $250 accident fee for legal services.  If he was not a member of DLP, his legal fees alone could have been over $2,500.  Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

Case #2:  Martin T., licensed in Illinois, received a traffic ticket in Ohio.  He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points.  Martin accepted and paid the fine.  Thirty days later, he received a suspension notice from Illinois.  The 59/55 with zero points Ohio case is still a moving violation in Illinois.  DLP got the case reopened and amended to a non-moving, parking violation before the Illinois suspension took place.

   As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL.  Other attorneys in Ohio had asked for fees ranging to $500.

Case #3:  Richard R. was ticketed for 72/55 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States.  His white truck was spotted by plane and stopped by two state trooper chase vehicles.  Richard denied going 72 m.p.h.  DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity.  The verdict was a 6-6 "hung jury".  The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed.  Richard agreed to a non-moving violation rather than re-try the case.

   Cost to Richard for jury trial defense was $100 as a member of DLP.
   "Local" representation could have cost over $1500 and been much less effective.

Case #4:  A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been misrouted by military shippers.  DLP legal staff was able to get the ticket dismissed.

   The $100 cost to the DLP member was not the true value in this case.  The driver was able to continue an award-winning safety career record and the company avoided a serious incident being noted on their motor carrier safety profile.

- LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.
- *DRIVERS LEGAL PLAN* WILL SAVE YOU MONEY.

G.F. Kelley, U.S. Xpress
D 001600

# DRIVERS LEGAL PLAN

**The Protection You Need ....**

**....At Price You Can Afford**

Dear USX Driver:

TcXpress, Inc. has been associated with Drivers Legal Plan since 1993. During this time, DLP attorneys have proven invaluable in protecting the driving records of our drivers, and consequently, the safety record of our company. You should strongly consider the value of this program against the notional cost of joining.

The benefits of this plan include:

The most affordable legal plan on the market today ($2.98 per week).

Knowledgeable "Truckers" Attorneys, experienced in all 48 states. You report violations directly to Law office via toll-free number.

Not an insurance/referral agency that might use a lawyer unfamiliar with CDL defense.

These attorneys have provided us good results in the past; they handle your case start to finish (no limit on hours), for an agreed-in-advance flat fee at a fraction of normal charges. You CAN afford to fight.

DLP Attorneys handle your moving and non-moving violations, including "serious CDL offenses," for only $100, ($250 for simple accidents not involving loss of life or limb) Other legal matters, including alleged alcohol and drug violations, can be handled by the attorneys at a 1/3 off discount, which could save thousands in legal fees.

## USXpress

Jennie Jefferson
Vice President
(800) 558-2879

This offer is only available while you are an ACTIVE employee with this company, if you take any type of leave you must reenroll at application. So, take a moment to fill out the application, and then return it to the Human Resource Department so we can start your legal protection as soon as possible.

This program will be available to all USX drivers for a nominal fee (payroll deducted) of $2.98 per week. Team drivers would pay $2.98 each. This coverage extends to any vehicle you operate, on or off the job. You may also get the same protection for your non-CDL spouse for only $1.50 per week.

Your CDL is, in fact, your livelihood. We believe that Drivers Legal Plan offers a very effective and affordable way to protect your driving career.

## Drivers Legal Plan

1101 Sovereign Row, Oklahoma City, OK 73108

**800-580-8789**

The attorneys of Drivers Legal Plan dedica... entire practice to CDL defense. These ... have extensive experience in every sta... practically every court in the continental ... eight states. Former judges and prosecut... CDL holders themselves; they, and their le... have handled thousands of cases for driv... like you. They are familiar with, loophol... hazmat standards, weight and length-rest... and moving violations in the various stat... more importantly, the effects on your CDL.

Bad things can happen to good drivers, it j... with the job. However, do not let them ... your driving record and earning power... your future by ensuring that you have the ... quality legal protection available and that ... will be nominal. Join Drivers Legal Plan to...

### Serious CDL Violations Incl...
✓ Speeding 15 mph or over
✓ Reckless Driving
✓ Improper Lane Change
✓ Following Too Closely
✓ Any Accident Involving a Fatality
✓ Railroad Crossing
✓ No CDL In Possession

### Penalties Upon Conviction
### All POV Convictions Count Again...
In a 3 Year Period:
• 2 Convictions = 60 Day Suspension
• 3rd Conviction = Additional 120 Day Suspension
• 6 Months Total Suspension = $$$$$

G.F. Kelley v. U.S. Xpress
D 001601
Defendant's Doc. Production

**USA** Services, LLC

# HIPAA/COBRA Initial Notice
# Form for New Hires and New Spouse/Dependent(s)
~Please print clearly and complete form fully~

Event: ✓ New Hire __ Employee's New Spouse __ Employee's New Dependent (18 or older)

| Date: | Employer Name: | Group Number: |
|---|---|---|
| 8/24/05 | USXpress | |

**Employee Information**

Name (Last, First, MI)

McDaniel  Mark  D

Street Address

204 Briarmeade Li #54

| City | State | ZipCode | Date of Birth |
|---|---|---|---|
| Glencoe | Ala | 35905 | 4 / 3 / 56 |

**Spouse Information**

Name (Last, First, MI)                                    SS#

Street Address – Only if different from employee

| City – Only if different from employee | State | ZipCode | Date of Birth |
|---|---|---|---|
| | | | / / |

**Dependent Information** – Only if address is different from both employee and spouse

Name (Last, First, MI)                                    SS#

Street Address

City

G.F. Kelley v. U.S. Xpress
D 001602
Defendant's Doc. Production

Usxpress, INC.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Mark McDaniel_ Date _8/24/05_

G.F. Kelley v. U.S. Xpress
D 001603
Defendant's Doc. Production

U.S. Xpress Enterprises. Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1)   Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2)   Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3)   Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4)   Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5)   Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6)   Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7)   Follow assigned routing. Notify Operations of any necessary deviations.

8)   Do not pick up hitchhikers or allow unauthorized persons in your truck.

9)   Know where you are going. Avoid unnecessary stops or detours.

10)  If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Mark McDaniel
_____
Print Name

Mark McDaniel
_____
Driver Signature

8/24/05
_____
Date

G.F. Kelley v. U.S. Xpress
D 001604
Defendant's Doc. Production

NOTICE AS TO JURISDICTION AND NOTICE AS TO
TENNESSEE WORKER'S COMPENSTION LAW

THIS NOTICE CONTAINS LANGUAGE, WHICH WILL BECOME PART OF A SEPARATE CONTRACT,
WHICH YOU WILL SIGN AS A CONDITION OF EMPLOYMENT DURING ORIENTATION WITH U.S.
XPRESS. THIS NOTICE AND CONTRACT REFERRED TO IN THE PRECEDING SENTENCE EFFCT YOUR
RIGHTS, LIABILITIES, AND OBLICATIONS IN THE EVENT THAT YOU SUSTAIN AN INJURY BY
ACCIDENT ARISING OUT OF AND IN THE COURSE OF YOUR EMPLOYMENT WITH U.S. XPRESS. YOU
ARE URGED TO READ THIS NOTICE AND CONTRACT CAREFULLY AND IN ITS ENTIRETY.

U.S. Xpress is a Nevada corporation with its principle place of business and corporate offices in Chattanooga,
Tennessee. Therefore, a Tennessee employer is hiring you in Tennessee. Although your job duties with and for U.S.
Xpress may principally be located in states other than Tennessee and though any injury giving rise to Workers'
Compensation claims may occur in a state other than Tennessee you hereby agree that any claim you hereby submit
for Workers' Compensation benefits will be governed, both substantively and procedurally, by Tennessee law and in
accordance with the provisions of the Tennessee Workers' Compensation law, 50-6-101.

THIS CONTRACT IS NOT INTENDED TO, AND IT DOES NOT, ALTER YOUR STATUS AS AN
EMPLOYEE AT WILL.

Employee Initials _M.M._

## NOTICE

The following is a brief explanation of some of your rights and obligations under Tennessee Workers'
Compensation law. The information provided below is not intended to be an exhaustive survey of the law nor a
limitation on or extension of the law as it applies in Tennessee.

The workers' compensation law of Tennessee provides, among other things, that if you are injured in an accident
arising out of and in the course of your employment with U.S. Xpress, you will be entitled to certain benefits. One of
the benefits you will be entitled to is the payment of medical expenses for treatment made necessary by your injury,
provided that the expenses are necessary, reasonable, and related to the accident and resulting injury.

Before any medical expenses will be recoverable or paid for your treatment, however you must promptly inform the
U.S. Xpress Workers' Compensation Claims Analyst of your accident and need for medical attention.

Under Tennessee law, U.S. Xpress has the right to direct you to whom you may go for treatment and medical care. If
you choose to seek medical treatment and care from a hospital, physician, or other healthcare provider, other that
those provided below you will be responsible for your own medical expenses.

After giving notice of your need for treatment to the Workers' Compensation Department, you may seek medical
attention or care from one of the hospitals, physicians, or healthcare providers listed below. The following providers
are in the Chattanooga area. If you are not in the Chattanooga area at the time of your injury and need immediate
care, or you do not live in the Chattanooga area, you MUST call the Workers' Compensation Department to get a
list of three hospitals, physicians or other healthcare providers in your area from which you may choose to obtain
treatment.

If one of the above hospitals, physicians, or healthcare providers or any member of their staff, attempts to refer you
to a specialist, other physician or healthcare provider not listed above, you MUST first inform the Workers'
Compensation Department of U.S. Xpress and obtain its approval before seeing or receiving any treatment from the
unlisted specialist, physician or healthcare provider. If you do not YOU will be responsible for the medical expenses
you incur as the result of unauthorized treatment or medical attention.

G.F. Kelley v. U.S. Xpress
D 001605
Defendant's Doc. Production

## Notice to Drivers

Trucking companies are regulated by the Federal Highway administration through the department of Transportation (DOT) which has the authority to oversee hiring and employment standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring process and ongoing employment criteria at US Xpress and/or subsidiaries is a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of <u>citations</u> received (whether they appear on an MVR or not), of <u>accidents</u> (regardless of fault and on public or private property regardless of magnitude), of <u>employment history</u> which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of <u>medical condition</u>, both past and present.

US Xpress and/or subsidiaries will conduct an investigation into these areas <u>before hire, annually</u> as required by the FMCSR, and <u>intermittently</u> as safety factors (citation, accidents, medical, etc.) fluctuate. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph. US Xpress and/or subsidiaries will also contact former employers, and order whatever information deemed relevant to make a decision as to the hiring or retention of a driver.

In making a hiring decision, it is the intent of US Xpress and/or subsidiaries to rely on; 1)the company's need for drivers, 2) the pool of qualified applicants, and 3)the qualifications of a driver who is applying measured against a minimum established by law, prudence, or company policy.

US Xpress and/or subsidiaries do not rely on consumer-reporting agencies in making a hiring decision. It is felt that by going to the information source directly, the driver, or previous employer for instance, we can get a complete and accurate account of the safety history. US Xpress and/or subsidiaries does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire, this information will be disclosed to the driver in question and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. US Xpress and/or subsidiaries will reconsider new information if it is pertinent to the hiring or retention decision. However, and issue which is resolved between DAC Services, and the applicant may not invoke US Xpress and/or subsidiaries to alter the original decision.

I understand that it is my responsibility to report information to US Xpress and/or subsidiaries concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Mark McDaniel
Print Name

Mark McDaniel
Driver's Signature

Social Security Number

8 / 24 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001606
Defendant's Doc. Production

Notice to Drivers

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

Disclosure and Release

In connection with my application for employment (including contract for services) with US Xpress and/or subsidiaries, I understand that consumer reports which may contain public record information may be requested from DAC Services, Tulsa Oklahoma. These reports may include the following types of information: names and dates of previous employers, reasons for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies, and state provided driving records.

**I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.**

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished within the two year period preceding my request. I hereby consent to your information, which DAC has or obtains, and my employment history with you if I am hired, will be supplied by DAC to other companies, which subscribe to DAC Services.

I hereby authorized procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for company to obtain consumer reports at any time during my employment or contract period.

Mark McDaniel
Print Name

Mark McDaniel
Signature

Social Security Number

8 / 24 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001607
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Driver Acknowledgment and Consent

During the normal course of business, US Xpress Enterprises, and/or all subsidiaries may require drivers to operate as teams. This arrangement will require the team to be on the road together without other persons present, for an extended period of time. The length of time will vary, and may exceed one month (such as the Driver Training Program). The pairing of members of the opposite sex for over the road assignments raises questions about issues such as personal privacy, personal morals, and marital/family tranquility.

For this reason US Xpress Enterprises and/or all subsidiaries will attempt to pair drivers, co-drivers, trainers, and trainees of the same sex when situations allow. The company however, wants to emphasize that it utilizes qualified drivers without regard to sex, race, religion, national origin or handicap. It may therefore become necessary to pair drivers of the opposite sex, provided that (1) Neither driver objects to the pairing (and can prove that such a refusal is only due to concerns about personal privacy, personal morals, or family/marital tranquility) and (2) both drivers have consented to such pairing in writing.

US Xpress Enterprises and/or all subsidiaries maintain a strict policy on harassment and discrimination in the workplace. All drivers are expected to abide by said policies. The company reserves the right to apply sanctions or combinations of sanctions to deal with harassments, discriminations, or unreasonable behavior.

I acknowledge that I have received and read a copy of the company's policy regarding driver assignments, harassment and discrimination, and I understand and agree to abide by its contents. I understand that teaming with another driver means we will be on the road together for an extended period of time, without other persons present. I understand that such a period may exceed one month. I also understand that as a team, we will share the closed, confined quarters of the tractor cab and that the cab is used both as a living and sleeping quarters.

## PLEASE CHECK ONE AND GIVE REASON

___√___    *HEREBY CONSENT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.*

_____    *I OBJECT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.*

*REASON:* _____

_____

Driver signature: ___Mark McDaniel___          Date: __8__ / __14__ / __05__

G.F. Kelley v. U.S. Xpress
D 001608
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

Acknowledgment of Policies

I, the undersigned, have received copies of the following. I understand that it is my responsibility to read and familiarize myself with its contents, and to abide by its prescribed rules and policies.

1. Medical Plan Compliance with the Women's Health Cancer Rights Act and COBRA Rights Notice
2. FMLA policy
3. Harassment at work policy
4. U.S. Xpress Enterprises, Inc. Employee Handbook
5. Hazmat Book
6. Federal Regulation Guidelines

Name(Print) Mack McDaniel          Social Security #: ▮▮▮▮▮▮

Signature: Mark McDaniel          Date: 8 / 24 / 05

G.F. Kelley v. U.S. Xpress
D 001609
Defendant's Doc. Production

Acknowledgement of Policies

# U.S. XPRESS INC.

**DRIVER DATA SHEET**          ☐ NEW HIRE   ☐ REHIRE   ☐ INFO. CHANGE ONLY
PLEASE PRINT CLEARLY          ORIENTATION COMPLETED AT _____ TERMINAL

☐ OTR   ☐ REGIONAL _____   ☐ FLEX FLEET

HIRE POSITION: ☐ 1ST SEAT   ☐ 2ND SEAT   ☐ 200 HOUR TRAINEE   ☐ LOCAL   ☐ MEIJER

DOMICILE AT **Wadley Ala** TERMINAL (TERMINAL MUST BE TERMINAL CLOSEST TO HOME ADDRESS)

SOCIAL SECURITY # ████████████          DATE OF HIRE: **8 / 24 / 05**

LAST NAME: **McDaniel**          FIRST NAME: **Mark**          MI: **D**

MAIDEN NAME: _____          NAME CALLED: **Mark**

ADDRESS: **204 Briarmeade #54 / Glencoe / Ala / 35905**
                                              City/Town            State       Zip

████████████████████████████████

GENDER: ☑ MALE  ☐ FEMALE          MARITAL STATUS: ☐ MARRIED  ☑ SINGLE

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

IF TEAMING PLEASE INDICATE CO-DRIVERS NAME & PRO # _____

### HUMAN RESOURCE USE ONLY    EMPLOYEE #: _____

☐ ENTERED  ☐ PROFILE HANBOOK  ☐ TEAM W/ M/F  ☐ TEAM W/ M ONLY  ☐ TEAM W/ F ONLY  ☐ PROFILED DS

☐ W-4 _____  ☐ STATE TAX _____  ☐ ORIEN. PD  ☐ RECRUITER  ☐ REFERRAL CK  ☐ LEGAL PLAN: YES / NO

☐ THOMAS & THORNGREN FORM 8850   ☐ THOMAS & THORNGREN WOTC WORKSHEET   ☐ US ADMIN

*** REHIRE / REINSTATMENT  **ORIGINAL HIRE DATE _____ / _____ / _____  ORIGINAL TERM DATE _____ / _____ / _____

FLEET MANAGER ASSIGNED: _____

Date_____ Phone #_____ Fax #_____

Please affix agency stamp here: _____
   (If Applicable)

G.F. Kelley v. U.S. Xpress
D 001611
Defendant's Doc. Production

# THOMAS & THORNGREN, INC. - WOTC WORKSHEET

### This side to be completed by individual

Your answers on this form are strictly confidential and will only be used to secure a tax credit for your employer and will have no effect on past or present benefits received from the government.

Employee Name **Mark McDaniel**

Employer Name **U.S. Xpress**          City_____          State_____

Hire Date_____    Start Date_____    POSITION **Driver**    PAY RATE_____

Counselor Address_____

G.F. Kelley v. U.S. Xpress
D 001612
Defendant's Doc. Production

I hereby authorize the information be released to Thomas & Thorngren, Inc. for WOTC purposes only.

Employee Signature **Mark McDaniel**                    Date_____

Parent/Guardian (If employee under age 18)_____    Date_____

*Employer: If the individual accepts an offer of work, the individual should complete this side of this form.*
*Mail this along with any documentation as indicated on this form with the completed Form 8850 to our office*

# EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE

To ensure compliance with State and Federal Government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Name Mark McDaniel                                          Application date 8/24/05

Address 204 Briarmeade # 54                 Social Security Number ▮▮▮▮▮▮

City Glencoe          State Ala    Position Applied For: 1.

2. Driver

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Mark McDaniel_

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | 8/24/05 | |
| Hours Worked | 10 | 5.25 | 2.5 | 9.75 | 9.5 | 9 | 5.5 | 51.5 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/___ through _____ am/pm ___/___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

2:00 pm, 8/24, 8, 05.
Time        Day        Month        Year

Driver's Signature _Mark McDaniel_

Date _8/25/05_

G.F. Kelley v. U.S. Xpress
D 001614
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001615
Defendant's Doc. Production

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME McDaniel   Mark   Douglas                SOCIAL SECURITY # ████████████
       LAST        FIRST      MIDDLE

OTHER NAMES USED _____

DATE OF BIRTH  4 / 3 / 56   EMAIL ADDRESS  NONE
              MONTH / DAY / YEAR

ADDRESS 204  Briarmeade #54, GlenCoE              PHONE # ( )
         STREET              CITY                        AREA CODE

Alabama              35905              ████████████
STATE                ZIP

NOTIFY IN CASE OF EMERGENCY  Pat McDaniel

ADDRESS  North 6th St, Gadsden   Ala   35███
         STREET         CITY      STATE  ZIP

REFERRED TO USX BY WHOM? _____

fax 423 510·6138  Michelle ext 3782

# DRIVING EXPERIENCE — (Student must complete this section also)

| | |
|---|---|
| Name of Company | Your use consideration |
| Address of Company | Reason for Leaving |

G.F. Kelley v. U.S. Xpress
D 001517
Defendant's Doc. Production

| City | | State | Zip | |
|---|---|---|---|---|
| Accidents | YES OR NO | HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE | | |
| Equipment Driven | ☐Tractor Trailer  ☐Straight Truck  ☐Other_____ | | Miles Per Week | |

Michelle ext 3782    fax 423510-6138

| IN THE PAST. | POV | CMV | | |
|---|---|---|---|---|
| | POV | CMV | | |

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 001618
Defendant's Doc. Production

Case 3:06-cv-00351-MEF-WC   Document 35-8   Filed 03/21/2007   Page 45 of 45

ACCIDENTS michelle 0473782 fax 423510-6138

them from any and all liability for supplying said information.

Mark McDaniel

Signature

Date

G.F. Kelley v. U.S. Xpress
D 001619
Defendant's Doc. Production