# EXHIBIT 33

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN▆▆▆▆▆▆▆Name:Rodney Mclain
       Specimen ID #▆▆▆▆▆▆

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 000572**
Defendant's Doc. Production

SPECIMEN ID NO. **106552991**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130508 | Profile # 683023 |
| US Xpress/General | DFWI-Robert Pring, MD |
| P.O. Box 405 | 9669 Hwy. 23, Ste 4 |
| Lowell, AR 72745 | Belle Chasse, LL 70037 |
| PH: 423-510-3560 FX: 423-510-0732 | PH: 504-394-419 FAX: 710-167-3060 |

OMB No. 0930-0158

G.F. Kelley v. U.S. Xpress
D 000604
Defendant's Doc. Production

SPECIMEN ID NO. 106552991

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress

**D 000488**

Defendant's Doc. Production

REMARKS _____

X _____      _____      ___/___/___
   Signature of Medical Review Officer         (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED       ☐ FAILED TO RECONFIRM - REASON _____

X _____      _____      ___/___/___
   Signature of Medical Review Officer         (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:   DER

Re:     SSN: ███████ Name: Rodney Mclain
        Specimen ID #: ███████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



SPECIMEN ID NO. **106552991**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.    130803

US Xpress/General
P.O. Box 629
Lowell, AR 72745
PH: 423-510-3660  CX: 422-510-3792

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

B. MRO Name, Address, Phone and Fax No.
Profile # 653029
SBMD-Robert Pflug, MD
9550 Hwy. 23, Ste. 9
Belle Chasse, LA  70037
PH: 504-394-6154  CX: 214-367-3200

C.

D.

E.

F.

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                              ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 001584
Defendant's Doc. Production

REMARKS _____

_____

_____    _____    ___/___/___
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

_____    _____    ___/___/___
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME *Rodney McLain*

ADDRESS *P.O. Box 351*    CITY *Wadley*    STATE *AL*  ZIP *36276*

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮▮▮

DATE OF EMPLOYMENT ▮▮▮▮▮▮▮▮▮

G.F. Kelley v. U.S. Xpress
D 001620
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

ame: *Rodney Medan* Address: *P. O. Box 351 Wadley, Al 36276*

icense No. _____ State: *Al* Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer _53'_

hecked From: *Wadley, Al* To: *Wadley, Al* Date: *8-22-05*

art 1 – Pre-Trip Inspection and Emergency
       Equipment

| | |
|---|---|
| hecks general condition approaching unit | _____ |
| ooks for leakage of coolants, fuel and lubricants | |
| hecks under the hood - oil, water, general condition | |
| of engine compartment and steering | |
| hecks around the unit - tires, lights, trailer hookup | |
| brake and light lines, body, doors, horn, windshield | |
| wipers, rear end protection (bumper) | |
| est brake action, tractor protection valve, and | |
| parking (hand) brake | _____ |
| nows use of jacks, tools, emergency warning devices, | |
| fire chains, fire extinguisher, spare fuses, and | |
| four way flashers | _____ |
| hecks Instruments | _____ |
| leans windshield, windows, mirrors, lights, and | |
| reflectors | _____ |

art 2 – Placing vehicle in motion and use of controls

_ Engine

| | |
|---|---|
| tarts engine without difficulty | _____ |
| llows proper warm-up | _____ |
| Inderstands gauges on instrument panel | _____ |
| Maintains proper engine speed while driving | _____ |
| Jasic Knowledge of motors - gas, diesel | _____ |
| buse of motor | _____ |

. Clutch and Transmission

| | |
|---|---|
| tarts loaded unit smoothly | _____ |
| Jses clutch properly | _____ |
| imes gearshifts properly | _____ |
| hifts gears smoothly | _____ |
| Jses proper gear sequence | _____ |

. Brakes

| | |
|---|---|
| Jnderstands operating principles of air brakes | _____ |
| Knows proper use of tracot protection valve | _____ |
| Jnderstands low air warning | _____ |
| est brakes before starting trip | _____ |
| ails to check traffic conditions & signal | |
| when pulling out from parked position | _____ |
| arks in illegal or unsafe location | _____ |

. Parking (road)

| | |
|---|---|
| arks off pavement | _____ |
| voids parking on soft shoulder | _____ |
| Jses emergency warning signals when | |
| required | _____ |
| Jecured unit properly | _____ |

D. Steering

| | |
|---|---|
| Fights steering wheel | _____ |
| Allows truck to wander | _____ |

E. Lights

| | |
|---|---|
| Knows lighting regulations | |
| Uses proper headlight beam | |
| Dim lights when meeting or following other vehicles | |
| Adjust speed to range of headlights | |
| Proper use of auxiliary lights | |

Part 3 – Coupling and Uncoupling

| | |
|---|---|
| Lines up units | _____ |
| Hooks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

Part 4 – Backing and Parking

A. Backing

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | _____ |
| Gets out and rechecks conditions on | |
| long back | _____ |
| Avoids backing from blind spot | _____ |
| Signals when backing | _____ |
| Controls speed and direction properly | |
| while backing | _____ |

B. Parking (city)

| | |
|---|---|
| Takes too many pull ups | _____ |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

D. Grade Crossings

| | |
|---|---|
| Adjusts speed to conditions | |
| Makes safe stop, if required | |
| Selects proper gear | _____ |

F. Speed

| | |
|---|---|
| Speed consistent with basic ability | |
| Adjusts speed properly to road, weather, | |
| traffic conditions, legal limits | |
| Slows down for rough roads | |
| Slows down in advance of curves. | |

G.F. Kelley v. U.S. Xpress
D 001621
Defendant's Doc. Production

Part 5 - Slowing and Stopping | Maintains consistent speed | _____

| | | |
|---|---|---|
| Uses gears properly ascending | _____ | **G. Courtesy and Safety** |
| Gears down properly | | Depends on others for safety |
| Stops and restarts without rolling back | _____ | Yields right-of-way for safety |
| Test brakes at top of hills | | Fails to go ahead when given right-of- |
| Uses brakes properly on grades | _____ | way by others |
| Uses mirrors to check traffic to rear | | Tends to crowd other drivers or force |
| Signals following traffic | _____ | way through traffic |
| Avoids sudden stops | | Fails to allow faster traffic to pass |
| Stops smoothly without excessive | | Fails to keep right and in own lane |
| fanning | _____ | Unnecessary use of horn |
| Stops before crossing sidewalk when | | Other discourtesy or improper conduct |
| coming out of driveway or alley | _____ | |
| Stops clear of pedestrian crosswalk | _____ | **Part 7- Miscellaneous** |

**A. General Driving Ability and Habits**

Part 6 - Operating in traffic Passing and Turning

| | | |
|---|---|---|
| **A. Turning** | | Consistently alert and attentive |
| Gets in proper lane well in advance | _____ | Consistently aware of changing traffic |
| Signals well in advance | _____ | conditions |
| Checks traffic conditions and turns only when | | Adjusts driving to meet changing |
| way is clear | _____ | conditions |
| Does not swing wide or cut short while turning | _____ | Performs routine functions without taking |
| | | eyes from road | _____ |
| **B. Traffic Signs and Signals** | | Checks instruments regularly | _____ |
| Does not approach signal prepared to stop if | | Willing to take instructions & suggestions | _____ |
| necessary | _____ | Adequate self-confidence in driving | _____ |
| Violates traffic signal | _____ | Nervous, apprehensive | _____ |
| Runs yellow light | _____ | Easily angered | _____ |
| Starts up too fast or too slow on green | _____ | Complains too much | _____ |
| Fails to notice or heed traffic signs | _____ | Personal appearance, manner, cleanliness | _____ |
| Runs "stop" signs | | Physical Stamina | _____ |

**B. Handling of Freight**

| | | |
|---|---|---|
| **C. Intersections** | | Checks freight properly |
| Adjusts speed to permit stopping if necessary | _____ | Handles and loads freight properly |
| Checks for cross traffic regardless of traffic controls | _____ | Handles bills properly | _____ |
| Yields right-of-way for safety | _____ | Breaks down load as required | _____ |

| | | |
|---|---|---|
| **D. Passing** | | **C. Rules and Regulations** |
| Passes with insufficient clear space | | Knowledge of company rules |
| ahead | _____ | Knowledge of regulations, federal, state |
| Passes in unsafe location; hill, curve, | | local |
| Intersection | _____ | Knowledge of special truck routes | _____ |
| Fails to signal change of lanes | _____ | **D. Use of Special Equipment (specify)** |
| Pulls out and back - uncertain | _____ | |
| Tailgates waiting chance to pass | _____ | **Remarks:** |
| Blocks traffic with slow pass | _____ | OK For 1st seat |
| Cuts in too short returning to right lane | _____ | |

General Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____

Qualified for: Truck _____ Tractor-Semi trailer ___X___ Other _____

Signature of Examiner: _____

G.F. Kelley v. U.S. Xpress
D 001622
Defendant's Doc. Production

☐ U.S. XPRESS, INC.   ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name  Rodney McLain

Social Secu███████████████████████

Commercial  ███████████████████████

State  A████████████████████████

Type of Power Unit __Conv__   Type of Trailer(s) __53' van__

This is to certify that the above driver was given a road test under my supervision on __8-22__ 20__05__ consisting of approximately __20__ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____  SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date __8-22-05__  Driver's Signature  Rodney McLain

_____  SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001623
Defendant's Doc. Production

If you have questions please call Lisa Troxell in Payroll at Ext 3709

Fax# 423-510-6271    Sat-comm Ext# 3709

Please do not forget to attach a voided check for checking accounts and a deposit slip for savings accounts, we cannot process your application without one. Please staple to the bottom of this form. Thanks

D 001624
Defendant's Doc. Production

# CONFIDENTIAL EMPLOYEE HISTORY

Rodney H McClain

| Employee Name | Employment Date | Status |
|---|---|---|
| P.O. Box 351 | | ☑ Regular  ☐ Part Time  ☐ Tem |

| Address | City | State | Zip |
|---|---|---|---|
| P.O. Box 351 | Wadley | Al | 36271 |

## PAYROLL DATA

| | | Marital Status | Domicile Terminal |
|---|---|---|---|
| ███████████████ | | | |

| | | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Parent | City | State | Zip | Phone |
| | Parent | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |

G.F. Kelley v. U.S. Xpress
D 001625
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME McClain       Rodney      Hugh       SOCIAL SECURITY
         LAST        FIRST       MIDDLE

OTHER NAMES USED

ADDRESS P.O. Box 351        Wadley
              STREET                CITY

Co Al                           36276        CE
   STATE                         ZIP

NOTIFY IN CASE OF EMERGENCY

ADDRESS P.O. Box ~        Wadley       Al      36
              STREET              CITY         STATE    ZIP

REFERRED TO USX BY WHOM?

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED

G.F. Kelley v. U.S. Xpress
D 001626
Defendant's Doc. Production

1.

2.

3.

4.

HA
SC

| | | POV | CMV | | | |
| | | POV | CMV | | | |

G.F. Kelley v. U.S. Xpress
D 001627
Defendant's Doc. Production

LIS

PRESENTLY HOLD OR HAVE HELD
IN THE PAST.

**DRIVING EXPERIENCE** (on also)

OXIMATE # OF MILES

d time.

LIST BELOW PAST AND
UNEMPLOYMENT!

/44

G.F. Kelley v. U.S. Xpress
D 001628
Defendant's Doc. Production

siness

**ACCIDENTS**

AGI

I unde
or oth
and co
submi
as we

In con
credit
reaso
inform
previo
additio
inform

I furth
reason
compu

This ce
signific
system
will be

I under

in acco
relevan
them b

Defendant's Doc. Production



Signature of applicant

G.F. Kelley v. U.S. Xpress
D 001630
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

I. **Notice to Drivers**

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name **Rodney McLain**

Address **P.O. Box 351   Wadley**

License: State **Al**    Class **Al**    License # _____

I further certify that the above commercial vehicle ███████████████ I have surrendered the following licenses to the states indicated.

State **Al**    Class **A**    License # **4**█████

State _____    Class _____    License # _____

Driver's Signature **Rodney McLain**             **8-27-05**

G.F. Kelley v. U.S. Xpress
D 001631
Defendant's Doc. Production

## NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

### 7-Day Backlog

Full Name of Driver (Print): _Rodney McLain_

Social Security Number: _____

Motor Vehicle Operators L_____

Type of License:    A    Issuing State: _Al_    Exp. Date: _11-12-05_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | |
| Hours Worked | | | | | | | | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/____ through _____ am/pm ____/____/____.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_____,  _____,  _____,  _____

Time            Day            Month            Year

Driver's Signature: _Rodney McLain_

Date: _8-22-05_

G.F. Kelley v. U.S. Xpress
D 001632
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001633
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001634
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001635
Defendant's Doc. Production

U.S. XPRESS INC.
DRIVER DATA SHEET        ☐ NEW HIRE  ☐ REHIRE  ☐ INFO. CHANGE ONLY
PLEASE PRINT CLEARLY        ORIENTATION COMPLETED AT _____ TERMINAL

☐ ... FLEX FLEET
☐ TRAINEE  ☐ LOCAL  ☐ MEIJER
(TERMINAL MUST BE TERMINAL CLOSEST TO HOME ADDRESS)

S... DATE OF HIRE: _____ / _____ / _____

LAST NAME: _McLain_           FIRST NAME: _Rodney_        MI: _H_

MAIDEN NAME:
AD...
HO...
G...
CO...
RE...
RA...
SP...

CH...
...
**M...

CD...
EN...
TRA...
D...

*** ...SSIGNMENT  ORIGINAL HIRE DATE _____ / _____ / _____  ORIGINAL TERM DATE _____

FLEET MANAGER ASSIGNED: _____

G.F. Kelley v. U.S. Xpress
D 001636
Defendant's Doc. Production

Form **8850**
(Rev. October 2003)
Department of the Treasury
Internal Revenue Service

**Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits**

▶ See separate instructions.

OMB No. 1545-1500

Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.

Your name  Rodney H McLain

Street address where you live  P.O. Box 351

City or town, state, and ZIP code  Wadley  AL

G.F. Kelley v. U.S. Xpress
D 001637
Defendant's Doc. Production

these other payments could be made.

**All Applicants**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ▶  Rodney McL...

U.S. Department of Justice
Immigration and Naturalization Service

## Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| McClain | Rodney | H | |

Address (Street Name and Number)

Document #:

Expiration Date *(if any):* ___/___/___

G.F. Kelley v. U.S. Xpress
D 001638
Defendant's Doc. Production

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 15, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing

| | | |
|---|---|---|
| Type or print your first name and middle initial | Last name | |
| Rodney H | McClain | |
| Home address (number and street or rural route) | | 3 ☑ Single ☐ Married |
| P.O. Box 351 | | Note. If married, but legally separated |
| City or town, state, and ZIP code | | 4 If your last name differs |
| Wadley Al 36276 | | card, check here. You m |

5 Total number of allowances you are claiming (from line H above or from the applicable works

6 Additional amount, if any, you want withheld from each paycheck

7 I claim exemption from withholding for 2005, and I certify that I meet both of the following conditions for exemption.
 • Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
 • This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
 If you meet both conditions, write "Exempt" here ▶ | 7 |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(Form is not valid
unless you sign it.) ▶ *Rodney A McClain*    Date ▶ 8-22-05

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number

USXpress 4080 Jenkins Rd
Chattanooga, TN 37421    State/
                         Allowances/

G.F. Kelley v. U.S. Xpress
D 001639

# EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE

To ensure compliance with State and Federal Government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Name **Rodney H McLain**    Application date _____

Address **P.O. Box 351**    Social Security Numb████████████

City **Wadley**    State **Al**    Position Applied For ███████████
**36274**

███████████████████████████████████████████████████████

4 ☐ Campus Recruitment    5 ☐ Self Referral    6 ☐ Relative
7 ☐ State/EDD Referral    8 ☐ Other - Specify _____

G.F. Kelley v. U.S. Xpress
D 001640
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001641
Defendant's Doc. Production

Please affix agency stamp here: _____
    (If Applicable)

G.F. Kelley v. U.S. Xpress
D 001642
Defendant's Doc. Production

Name(Print) Rodney McLain                Social Security #:

Signature: Rodney McLain                 Date:

G.F. Kelley v. U.S. Xpress
D 001643
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

## Driver Acknowledgment and Consent

During the normal course of business, US Xpress Enterprises, and/or all subsidiaries may require drivers to operate as teams. This arrangement will require the team to be on the road together without other persons present, for an extended period of time. The length of time will vary, and may exceed one month (such as the Driver Training Program). The pairing of members of the opposite sex for over the road assignments raises questions about issues such as personal privacy, personal morals, and marital/family tranquility.

For this reason US Xpress Enterprises and/or all subsidiaries will attempt to pair drivers, co-drivers, trainers, and trainees of the same sex when situations allow. The company however, wants to emphasize that it utilizes qualified drivers without regard to sex, race, religion, national origin or handicap. It may therefore become necessary to pair drivers of the opposite sex, provided that (1) Neither driver objects to the pairing (and can prove that such a refusal is only due to concerns about personal privacy, personal morals, or family/marital tranquility) and (2) both drivers have consented to such pairing in writing.

US Xpress Enterprises and/or all subsidiaries maintain a strict policy on harassment and discrimination in the workplace. All drivers are expected to abide by said policies. The company reserves the right to apply sanctions or combinations of sanctions to deal with harassments, discriminations, or unreasonable behavior.

I acknowledge that I have received and read a copy of the company's policy regarding driver assignments, harassment and discrimination, and I understand and agree to abide by its contents. I understand that teaming with another driver means we will be on the road together for an extended period of time, without other persons present. I understand that such a period may exceed one month, I also understand that as a team, we will share the closed, confined quarters of the tractor cab and that the cab is used both as a living and sleeping quarters.

## PLEASE CHECK ONE AND GIVE REASON

✓  *I HEREBY CONSENT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.*

_____  *I OBJECT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.*

*REASON:* _____

_____

Driver signature: *Rodney Mc Lain*          Date: *8 / 22 / 05*

G.F. Kelley v. U.S. Xpress
D 001644
Defendant's Doc. Production

*Driver Acknowledgment and Consent*

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

### Disclosure and Release

In connection with my application for employment (including contract for services) with US Xpress and/or subsidiaries, I understand that consumer reports which may contain public record information may be requested from DAC Services, Tulsa Oklahoma. These reports may include the following types of information: names and dates of previous employers, reasons for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies, and state provided driving records.

I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished within the two year period preceding my request. I hereby consent to your information, which DAC has or obtains, and my employment history with you if I am hired, will be supplied by DAC to other companies, which subscribe to DAC Services.

I hereby authorized procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for company to obtain consumer reports at any time during my employment or contract period.

Rodney McLain
Print Name

Rodney McLain
Signature

8 / 22 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001645
Defendant's Doc. Production

## Notice to Drivers

Trucking companies are regulated by the Federal Highway administration through the department of Transportation (DOT) which has the authority to oversee hiring and employment standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring process and ongoing employment criteria at US Xpress and/or subsidiaries is a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

US Xpress and/or subsidiaries will conduct an investigation into these areas before hire, annually as required by the FMCSR, and intermittently as safety factors (citation, accidents, medical, etc.) fluctuate. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph. US Xpress and/or subsidiaries will also contact former employers, and order whatever information deemed relevant to make a decision as to the hiring or retention of a driver.

In making a hiring decision, it is the intent of US Xpress and/or subsidiaries to rely on; 1) the company's need for drivers, 2) the pool of qualified applicants, and 3) the qualifications of a driver who is applying measured against a minimum established by law, prudence, or company policy.

US Xpress and/or subsidiaries do not rely on consumer-reporting agencies in making a hiring decision. It is felt that by going to the information source directly, the driver, or previous employer for instance, we can get a complete and accurate account of the safety history. US Xpress and/or subsidiaries does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire, this information will be disclosed to the driver in question and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. US Xpress and/or subsidiaries will reconsider new information if it is pertinent to the hiring or retention decision. However, and issue which is resolved between DAC Services, and the applicant may not invoke US Xpress and/or subsidiaries to alter the original decision.

I understand that it is my responsibility to report information to US Xpress and/or subsidiaries concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Rodney McLain
Print Name

Rodney McLain
Driver's Signature

8/22/05
Date

G.F. Kelley v. U.S. Xpress
D 001646
Defendant's Doc. Production

## NOTICE AS TO JURISDICTION AND NOTICE AS TO TENNESSEE WORKER'S COMPENSATION LAW

THIS NOTICE CONTAINS LANGUAGE, WHICH WILL BECOME PART OF A SEPARATE CONTRACT, WHICH YOU WILL SIGN AS A CONDITION OF EMPLOYMENT DURING ORIENTATION WITH U.S. XPRESS. THIS NOTICE AND CONTRACT REFERRED TO IN THE PRECEDING SENTENCE EFFCT YOUR RIGHTS, LIABILITIES, AND OBLIGATIONS IN THE EVENT THAT YOU SUSTAIN AN INJURY BY ACCIDENT ARISING OUT OF AND IN THE COURSE OF YOUR EMPLOYMENT WITH U.S. XPRESS. YOU ARE URGED TO READ THIS NOTICE AND CONTRACT CAREFULLY AND IN ITS ENTIRETY.

U.S. Xpress is a Nevada corporation with its principle place of business and corporate offices in Chattanooga, Tennessee. Therefore, a Tennessee employer is hiring you in Tennessee. Although your job duties with and for U.S. Xpress may principally be located in states other than Tennessee and though any injury giving rise to Workers' Compensation claims may occur in a state other than Tennessee you hereby agree that any claim you hereby submit for Workers' Compensation benefits will be governed, both substantively and procedurally, by Tennessee law and in accordance with the provisions of the Tennessee Workers' Compensation law, 50-6-101.

THIS CONTRACT IS NOT INTENDED TO, AND IT DOES NOT, ALTER YOUR STATUS AS AN EMPLOYEE AT WILL.

Employee Initials _RHM_

### NOTICE

The following is a brief explanation of some of your rights and obligations under Tennessee Workers' Compensation law. The information provided below is not intended to be an exhaustive survey of the law nor a limitation on or extension of the law as it applies in Tennessee.

The workers' compensation law of Tennessee provides, among other things, that if you are injured in an accident arising out of and in the course of your employment with U.S. Xpress, you will be entitled to certain benefits. One of the benefits you will be entitled to is the payment of medical expenses for treatment made necessary by your injury, provided that the expenses are necessary, reasonable, and related to the accident and resulting injury.

Before any medical expenses will be recoverable or paid for your treatment, however you must promptly inform the U.S. Xpress Workers' Compensation Claims Analyst of your accident and need for medical attention.

Under Tennessee law, U.S. Xpress has the right to direct you to whom you may go for treatment and medical care. If you choose to seek medical treatment and care from a hospital, physician, or other healthcare provider, other that those provided below you will be responsible for your own medical expenses.

After giving notice of your need for treatment to the Workers' Compensation Department, you may seek medical attention or care from one of the hospitals, physicians, or healthcare providers listed below. The following providers are in the Chattanooga area. If you are not in the Chattanooga area at the time of your injury and need immediate care, or you do not live in the Chattanooga area, you MUST call the Workers' Compensation Department to get a list of three hospitals, physicians or other healthcare providers in your area from which you may choose to obtain treatment.

If one of the above hospitals, physicians, or healthcare providers or any member of their staff, attempts to refer you to a specialist, other physician or healthcare provider not listed above, you MUST first inform the Workers' Compensation Department of U.S. Xpress and obtain its approval before seeing or receiving any treatment from the unlisted specialist, physician or healthcare provider. If you do not YOU will be responsible for the medical expenses you incur as the result of unauthorized treatment or medical attention.

G.F. Kelley v. U.S. Xpress
D 001647
Defendant's Doc. Production

U.S. Xpress Enterprises. Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1)  . Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2)  Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3)  Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4)  Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5)  Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6)  Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7)  Follow assigned routing. Notify Operations of any necessary deviations.

8)  Do not pick up hitchhikers or allow unauthorized persons in your truck.

9)  Know where you are going. Avoid unnecessary stops or detours.

10)  If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Rodney McLain
Print Name

Rodney McLain
Driver Signature

8-22-05
Date

G.F. Kelley v. U.S. Xpress
D 001648

Usxpress, INC.

## A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Rodney McClain_ Date _8- 22-05_

G.F. Kelley v. U.S. Xpress
D 001649



Services, LLC

# HIPAA/COBRA Initial Notice
## Form for New Hires and New Spouse/Dependent(s)

*~Please print clearly and complete form fully~*

Event: __ New Hire __ Employee's New Spouse __ Employee's New Dependent (18 or older)

| Date: 9-22-05 | Employer Name: USXpress | Group Number: |
|---|---|---|

### Employee Information

Name:

Street:

City:

### Spouse

Name:

Street:

City:

### Dependent Information – *Only if address is different from both employee and spouse*

Name (Last, First, MI)                                    SS#

Street Address

G.F. Kelley v. U.S. Xpress
D 001650
Defendant's Doc. Production



PLAN APPLICATION

Effective

# USXPRESS, INC.

PLEASE PRINT

ID# _____    TR# _____

DRIVER **Rodney    H    McLain**    COMPANY DRIVER ✓ OR OWNER OPERATOR
        First      MI      Last

ADDRESS **P.O. Box 351**

CITY **Wadley**    STATE **Al**    ZIP **36276**

PHONE **(256) 395- 0029**

CELL PHONE **334  538  1796**

DRIVERS LEGAL PLAN or its assignees. This authority is to remain in effect until revoked by me in writing. I hereby authorize Drivers Legal Plan to employ any attorney to represent me with my full authority and discretion to resolve any matter in connection with any and all traffic claims I may have. I understand that this is only available while I am an ACTIVE employee with this company and I will need to re-enroll an application upon my return from any type of leave if I wish to participate. I also understand that if I am no longer employed by this participating company, my participation will be cancelled. Please cancel my previous Legal Plan, if any, and replace it with DRIVERS LEGAL PLAN.

X Signature of Driver **Rodney McLain**    Date **8-22-05**

Return to Safety/Payroll c/o your instructor

# Entry Level Driver Training Certificate

## Trained By

U.S. Xpress, Inc.

4080 Jenkins Rd. Chattanooga, TN 37421

I certify _____ has completed

_____
Driver Name

_____
Date

The Entry Level Driver Training requirements in the following areas; driver qualifications, driver wellness, hours of service, and whistle blower protection requirements in accordance with the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.501.

_____
Name of Trainer (Print)

_____
Signature of Trainer

1535 New Hope Church Rd Tunnel Hill, Ga 30755

_____
Address of Trainer

G.F. Kelley v. U.S. Xpress
D 001652
Defendant's Doc. Production

Usxpress, INC.

## A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Rodney McClain_      Date _8-22-05_

G.F. Kelley v. U.S. Xpress
D 001653
Defendant's Doc. Production