# EXHIBIT 34

# Result Report

***Confidential***

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: SSN: [redacted] Name:tony Poole
Specimen ID # [redacted]

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.

G.F. Kelley v. U.S. Xpress
D 000568
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

ATN

SPECIMEN ID NO. 106417738

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No. 133606

[illegible] Express/Wadley
P.O. Box 495
Lowell, AR [illegible]
PH. [illegible] FX: 423-[illegible]-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 680436

[illegible]-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA [illegible]
PH. [illegible] FX: 214-387-52[illegible]

SPECIMEN ID NO. 106417738

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)2

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

G.F. Kelley v. U.S. Xpress
D 000495
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME Tony Poole

ADDRESS P.O. Box 237 CITY Ft. Deposit STATE AL ZIP 36032

SOCIAL SECURI

DATE OF EMPLO

G.F. Kelley v. U.S. Xpress
D 001654
Defendant's Doc. Production

# Result Report

***Confidential***

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: [redacted]/Name:tony Poole
Specimen ID #: [redacted]

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.

...ley v. U.S. Xpress
D 001655
Defendant's Doc. Production

SPECIMEN ID NO. 106417738

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

EP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

OMB No. 0930-0158

. Employer Name, Address, I.D. No. 133606

[illegible] Xpress/[illegible]
[illegible] Box 40[illegible]
[illegible] AR 72[illegible]
[illegible] 423-510-[illegible] FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 6R0[illegible]
DFMI-Robert Pflug, MD
8350 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151 FX: 214-387-5200

[redacted]

Signature of Medical Review Officer

G.F. Kelley v. U.S. Xpress
D 001656
Defendant's Doc. Production

(PRINT) Medical Review Officer's Name (First, MI, Last)

Date (Mo./Day/Yr.) / /

Part 5 - Slowing and Stopping

Uses gears properly ascending ______
Gears down properly ______
Stops and restarts without rolling back ______
Test brakes at top of hills ______
Uses brakes properly on grades ______
Uses mirrors to check traffic to rear ______
Signals following traffic ______
Avoids sudden stops ______
Stops smoothly without excessive fanning ______
Stops before crossing sidewalk when coming out of driveway or alley ______
Stops clear of pedestrian crosswalk ______

Part 6 - Operating in traffic Passing and Turning

A. Turning

Gets in proper lane well in advance ______
Signals well in advance ______
Checks traffic conditions and turns only when way is clear ______
Does not swing wide or cut short while turning ______

B. Traffic Signs and Signals

Does not approach signal prepared to stop if necessary ______
Violates traffic signal ______
Runs yellow light ______
Starts up too fast or too slow on green ______
Fails to notice or heed traffic signs ______
Runs "stop" signs ______

C. Intersections

Adjusts speed to permit stopping if necessary ______
Checks for cross traffic regardless of traffic controls ______
Yields right-of-way for safety ______

D. Passing

Passes with insufficient clear space ahead ______
Passes in unsafe location;hill, curve, intersection ______
Fails to signal change of lanes ______
Pulls out and back - uncertain ______
Tailgates waiting chance to pass ______
Blocks traffic with slow pass ______
Cuts in too short returning to right lane ______

intersections, etc.
Maintains consistent speed ______

G. Courtesy and Safety

Depends on others for safety ______
Yields right-of-way for safety ______
Fails to go ahead when given right-of-way by others ______
Tends to crowd other drivers or force way through traffic ______
Fails to allow faster traffic to pass ______
Fails to keep right and in own lane ______
Unnecessary use of horn ______
Other discourtesy or improper conduct ______

Part 7- Miscellaneous

A. General Driving Ability and Habits

Consistently alert and attentive ______
Consistently aware of changing traffic conditions ______
Adjusts driving to meet changing conditions ______
Performs routine functions without taking eyes from road ______
Checks instruments regularly ______
Willing to take instructions & suggestions ______
Adequate self-confidence in driving ______
Nervous, apprehensive ______
Easily angered ______
Complains too much ______
Personal appearance, manner,cleanliness ______
Physical Stamina ______

B. Handling of Freight

Checks freight properly ______
Handles and loads freight properly ______
Handles bills properly ______
Breaks down load as required ______

C. Rules and Regulations

Knowledge of company rules ______
Knowledge of regulations, federal, state local ______
Knowledge of special truck routes ______

D. Use of Special Equipment (specify)

______

Remarks:

OK For 1st seat

General Performance: Satisfactory __X__ Needs Training ______ Unsatisfactory ______

Qualified for:Truck __X__ Tractor-Semi trailer _X_ X___ Other ______

Signature of Examiner: Wallace L Beard

G.F. Kelley v. U.S. Xpress
D 001657
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

ame: Tony Poole Address: P.O. Box 237 Ft. Deposit, AL

cense No: [redacted] AL Equipment Driven: Tractor _FLCONV/VOLVO_Trailer_53'_

hecked From: Woodley To: Woodley AL Date: 8-22-05

art 1 - Pre-Trip Inspection and Emergency Equipment

- hecks general condition approaching unit ______
- ooks for leakage of coolants, fuel and lubricants ______
- hecks under the hood - oil, water, general condition of engine compartment and steering ______
- hecks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) ______
- est brake action, tractor protection valve, and parking (hand) brake ______
- nows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers ______
- hecks Instruments ______
- leans windshield, windows, mirrors, lights, and reflectors ______

art 2 - Placing vehicle in motion and use of controls

. Engine

- tarts engine without difficulty ______
- llows proper warm-up ______
- nderstands gauges on instrument panel ______
- laintains proper engine speed while driving ______
- asic Knowledge of motors - gas, diesel ______
- buse of motor ______

. Clutch and Transmission

- tarts loaded unit smoothly ______
- ses clutch properly ______
- imes gearshifts properly ______
- hifts gears smoothly ______
- ses proper-gear sequence ______

. Brakes

- nderstands operating principles of air brakes ______
- nows proper use of tracot protection valve ______
- nderstands low air warning ______
- est brakes before starting trip ______

- ails to check traffic conditions & signal when pulling out from parked position ______
- arks in illegal or unsafe location ______

C. Parking (road)

______

- Parks off pavement ______
- Avoids parking on soft shoulder ______
- Uses emergency warning signals when required ______
- Secured unit properly

D. Steering

- Fights steering wheel ______
- Allows truck to wander ______

E. Lights

- Knows lighting regulations ______
- Uses proper headlight beam ______
- Dim lights when meeting or following other vehicles ______
- Adjust speed to range of headlights ______
- Proper use of auxiliary lights ______

Part 3 - Coupling and Uncoupling

- Lines up units ______
- Hooks brake and light lines properly ______
- Secures trailer against movement ______
- Backs under slowly ______
- Tests hookup with power ______
- Checks hookups visually ______
- Handles landing gear properly ______
- Proper hook-up of full trailer ______
- Secures power unit against movement ______

Part 4 - Backing and Parking

A. Backing

- Gets out and checks before backing ______
- Looks back as well as uses mirror ______
- Gets out and rechecks conditions on long back ______
- Avoids backing from blind spot ______
- Signals when backing ______
- Controls speed and direction properly while backing ______

B. Parking (city)

- Takes too many pull ups ______
- Hits nearby vehicles or stationary objects ______
- Hits curb ______
- Parks too far from curb ______

D. Grade Crossings

- Adjusts speed to conditions ______
- Makes safe stop, if required ______
- Selects proper gear ______

F. Speed

- Speed consistent with basic ability ______
- Adjusts speed properly to road, weather, traffic conditions, legal limits ______
- Slows down for rough roads ______
- Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 001660
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001661
Defendant's Doc. Production

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

fax 423 510-6138

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Poole (LAST) Tony (FIRST) Lemond (MIDDLE) SOCIAL SECURITY #

Repairer Course

Accidents YES OR (NO) HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE

Equipment Driven ☑ Tractor Trailer ☐ Straight Truck ☐ Other__ Miles Per Week 2500

G.F. Kelley v. U.S. Xpress



IN THE PAST.

| POV | CMV |
|---|---|
| POV | CMV |

G.F. Kelley v. U.S. Xpress
D 001664
Defendant's Doc. Production

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 001665
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001666
Defendant's Doc. Production

ACCIDENTS

D 001667
Defendant's Doc. Production

Signature

8-22-05
Date

# ONFIDENTIAL EMPLOYEE HISTORY

| ployee Name | Employment Date | Status |
| --- | --- | --- |
| Tony Poole | | ☑ Regular ☐ Part Time ☐ Temporary |

TERMINATION RECORD: REHIRE: YES ______ NO ______

G.F. Kelley v. U.S. Xpress
D 001668
Defendant's Doc. Production

# EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE

To ensure compliance with State and Federal Government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Name Tony Poole Application date 8-22-05

Address P.O. Box 237

City Ft. Deposit State AL

2.

☐ I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please check or fill in appropriate response to each section.

A

B

C.

f

f

n

G. M

1

4

7

8 ☐ Other - Specify

G.F. Kelley v. U.S. Xpress
D 001669
Defendant's Doc. Production

C WORKSHEET

e a tax credit for your employer and
the government.

SS

State

PAY RATE

WOTC purposes only.

Date 8-22-05

Date

te this side of this form.

Please affix agency stamp here: ____________________
(If Applicable)

G.F. Kelley v. U.S. Xpress
D 001671
Defendant's Doc. Production

Thomas & Thorngren, Inc. PO Box 280100 Nashville TN

# U.S. XPRESS INC.

DRIVER DATA SHEET
PLEASE PRINT CLEARLY

☐ NEW HIRE ☐ REHIRE ☐ INFO. CHANGE ONLY

ORIENTATION COMPLETED AT ____________ TERMINAL

☐ OTR ☐ REGIONAL ____________ ☐ FLEX FLEET

HIRE POSITION: ☐ 1ST SEAT ☐ 2ND SEAT ☐ 200 HOUR TRAINEE ☐ LOCAL ☐ MENTOR

DOMICILE AT ____________ TERMINAL (TERMINAL MUST BE TERMINAL CLOSEST TO HOME ADDRESS)

FLEET MANAGER ASSIGNED: ____________

G.F. Kelley v. U.S. Xpress
D 001672
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc. and Subsidiaries

## Acknowledgment of Policies

I, the undersigned, have received copies of the following. I understand that it is my responsibility to read and familiarize myself with its contents, and to abide by its prescribed rules and policies.

1. Medical Plan Compliance with the Women's Health Cancer Rights Act and COBRA Rights Notice
2. FMLA policy
3. Harassment at work policy
4. U.S. Xpress Enterprises, Inc. Employee Handbook
5. Hazmat Book
6. Federal Regulation Guidelines

Name(Print) Tony Poole Social Security #: [redacted]

Signature: Tony Poole Date: 8 / 22 / 05

G.F. Kelley v. U.S. Xpress
D 001673
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc. and Subsidiaries

# Driver Acknowledgment and Consent

During the normal course of business, US Xpress Enterprises, and/or all subsidiaries may require drivers to operate as teams. This arrangement will require the team to be on the road together without other persons present, for an extended period of time. The length of time will vary, and may exceed one month (such as the Driver Training Program). The pairing of members of the opposite sex for over the road assignments raises questions about issues such as personal privacy, personal morals, and marital/family tranquility.

For this reason US Xpress Enterprises and/or all subsidiaries will attempt to pair drivers, co-drivers, trainers, and trainees of the same sex when situations allow. The company however, wants to emphasize that it utilizes qualified drivers without regard to sex, race, religion, national origin or handicap. It may therefore become necessary to pair drivers of the opposite sex, provided that (1) Neither driver objects to the pairing (and can prove that such a refusal is only due to concerns about personal privacy, personal morals, or family/marital tranquility) and (2) both drivers have consented to such pairing in writing.

US Xpress Enterprises and/or all subsidiaries maintain a strict policy on harassment and discrimination in the workplace. All drivers are expected to abide by said policies. The company reserves the right to apply sanctions or combinations of sanctions to deal with harassments, discriminations, or unreasonable behavior.

I acknowledge that I have received and read a copy of the company's policy regarding driver assignments, harassment and discrimination, and I understand and agree to abide by its contents. I understand that teaming with another driver means we will be on the road together for an extended period of time, without other persons present. I understand that such a period may exceed one month, I also understand that as a team, we will share the closed, confined quarters of the tractor cab and that the cab is used both as a living and sleeping quarters.

PLEASE CHECK ONE AND GIVE REASON

____ *HEREBY CONSENT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX DURING OVER THE ROAD DRIVING OR TRAINING.*

✓ *I OBJECT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.*

*REASON:* I enjoy driving solo

Driver signature: [signature]

Date: 8 / 22 / 05

G.F. Kelley v. U.S. Xpress
D 001674
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc. and Subsidiaries

Disclosure and Release

In connection with my application for employment (including contract for services) with US Xpress and/or subsidiaries, I understand that consumer reports which may contain public record information may be requested from DAC Services, Tulsa Oklahoma. These reports may include the following types of information: names and dates of previous employers, reasons for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies, and state provided driving records.

**I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.**

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished within the two year period preceding my request. I hereby consent to your information, which DAC has or obtains, and my employment history with you if I am hired, will be supplied by DAC to other companies, which subscribe to DAC Services.

I hereby authorized procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for company to obtain consumer reports at any time during my employment or contract period.

Tony Poole

Print Name

[REDACTED]

Social Security Number

Tony Poole

Signature

8 / 22 / 05

Date

G.F. Kelley v. U.S. Xpress
D 001675
Defendant's Doc. Production

# Notice to Drivers

Trucking companies are regulated by the Federal Highway administration through the department of Transportation (DOT) which has the authority to oversee hiring and employment standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring process and ongoing employment criteria at US Xpress and/or subsidiaries is a product of federal law, state law, and company policy.

---

Drivers are required to provide a truthful and complete accounting of citations received (whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

US Xpress and/or subsidiaries will conduct an investigation into these areas before hire, annually as required by the FMCSR, and intermittently as safety factors (citation, accidents, medical, etc.) fluctuate. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph. US Xpress and/or subsidiaries will also contact former employers, and order whatever information deemed relevant to make a decision as to the hiring or retention of a driver.

In making a hiring decision, it is the intent of US Xpress and/or subsidiaries to rely on; 1)the company's need for drivers, 2) the pool of qualified applicants, and 3)the qualifications of a driver who is applying measured against a minimum established by law, prudence, or company policy.

US Xpress and/or subsidiaries do not rely on consumer-reporting agencies in making a hiring decision. It is felt that by going to the information source directly, the driver, or previous employer for instance, we can get a complete and accurate account of the safety history. US Xpress and/or subsidiaries does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire, this information will be disclosed to the driver in question and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. US Xpress and/or subsidiaries will reconsider new information if it is pertinent to the hiring or retention decision. However, and issue which is resolved between DAC Services, and the applicant may not invoke US Xpress and/or subsidiaries to alter the original decision.

I understand that it is my responsibility to report information to US Xpress and/or subsidiaries concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Tony Poole
Print Name

[REDACTED]
Social Security Number

Tony Poole
Driver's Signature

8 / 22 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001676
Defendant's Doc. Production

NOTICE AS TO JURISDICTION AND NOTICE AS TO TENNESSEE WORKER'S COMPENSTION LAW

THIS NOTICE CONTAINS LANGUAGE, WHICH WILL BECOME PART OF A SEPARATE CONTRACT, WHICH YOU WILL SIGN AS A CONDITION OF EMPLOYMENT DURING ORIENTATION WITH U.S. XPRESS. THIS NOTICE AND CONTRACT REFERRED TO IN THE PRECEDING SENTENCE EFFCT YOUR RIGHTS, LIABILITIES, AND OBLICATIONS IN THE EVENT THAT YOU SUSTAIN AN INJURY BY ACCIDENT ARISING OUT OF AND IN THE COURSE OF YOUR EMPLOYMENT WITH U.S. XPRESS. YOU ARE URGED TO READ THIS NOTICE AND CONTRACT CAREFULLY AND IN ITS ENTIRETY.

U.S. Xpress is a Nevada corporation with its principle place of business and corporate offices in Chattanooga, Tennessee. Therefore, a Tennessee employer is hiring you in Tennessee. Although your job duties with and for U.S. Xpress may principally be located in states other than Tennessee and though any injury giving rise to Workers' Compensation claims may occur in a state other than Tennessee you hereby agree that any claim you hereby submit for Workers' Compensation benefits will be governed, both substantively and procedurally, by Tennessee law and in accordance with the provisions of the Tennessee Workers' Compensation law, 50-6-101.

THIS CONTRACT IS NOT INTENDED TO, AND IT DOES NOT, ALTER YOUR STATUS AS AN EMPLOYEE AT WILL.

Employee Initials TLP

NOTICE

The following is a brief explanation of some of your rights and obligations under Tennessee Workers' Compensation law. The information provided below is not intended to be an exhaustive survey of the law nor a limitation on or extension of the law as it applies in Tennessee.

The workers' compensation law of Tennessee provides, among other things, that if you are injured in an accident arising out of and in the course of your employment with U.S. Xpress, you will be entitled to certain benefits. One of the benefits you will be entitled to is the payment of medical expenses for treatment made necessary by your injury, provided that the expenses are necessary, reasonable, and related to the accident and resulting injury.

Before any medical expenses will be recoverable or paid for your treatment, however you must promptly inform the U.S. Xpress Workers' Compensation Claims Analyst of your accident and need for medical attention.

Under Tennessee law, U.S. Xpress has the right to direct you to whom you may go for treatment and medical care. If you choose to seek medical treatment and care from a hospital, physician, or other healthcare provider, other that those provided below you will be responsible for your own medical expenses.

After giving notice of your need for treatment to the Workers' Compensation Department, you may seek medical attention or care from one of the hospitals, physicians, or healthcare providers listed below. The following providers are in the Chattanooga area. If you are not in the Chattanooga area at the time of your injury and need immediate care, or you do not live in the Chattanooga area, you MUST call the Workers' Compensation Department to get a list of three hospitals, physicians or other healthcare providers in your area from which you may choose to obtain treatment.

If one of the above hospitals, physicians, or healthcare providers or any member of their staff, attempts to refer you to a specialist, other physician or healthcare provider not listed above, you MUST first inform the Workers' Compensation Department of U.S. Xpress and obtain its approval before seeing or receiving any treatment from the unlisted specialist, physician or healthcare provider. If you do not YOU will be responsible for the medical expenses you incur as the result of unauthorized treatment or medical attention.

G.F. Kelley v. U.S. Xpress
D 001677
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1) Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress.

2) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4) Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to picking up the load.

6) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7) Follow assigned routing. Notify Operations of any necessary deviations.

8) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9) Know where you are going. Avoid unnecessary stops or detours.

10) If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Tony Poole
Print Name

[signature]
Driver Signature

8-22-05
Date

G.F. Kelley v. U.S. Xpress
D 001678
... Production

Usxpress, INC.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature [signature] Date 8-22-05



DRIVERS
Legal Plan

*...the Protection You Need ...*

*...a Price You Can Afford*

Dear USX Driver:

USXpress, Inc. has been associated with Drivers Legal Plan since 1993. During this time, DLP attorneys have proven invaluable in protecting the driving records of our drivers, and consequently, the safety record of our company. You should strongly consider the value of this program against the nominal cost of joining.

The benefits of this plan include:

The most affordable legal plan on the market today ($2.98 per week).

Knowledgeable "Truckers" Attorneys, experienced in all 48 states. You report violations directly to Law office via toll-free number.

Not an insurance/referral agency that might use a lawyer unfamiliar with CDL defense.

These attorneys have provided us good results in the past; they handle your case start to finish (no limit on hours), for an agreed-in-advance flat fee at a fraction of normal charges. You CAN afford to fight.

DLP Attorneys handle your moving and non-moving violations, including "serious CDL offenses," for only $100, ($250 for simple accidents not involving loss of life or limb). Other legal matters, including alleged alcohol and drug violations, can be handled by the attorneys at a 1/3 off discount, which could save thousands in legal fees.

This program will be available to all USX drivers for a nominal fee (payroll deducted) of $2.98 per week. Team drivers would pay $2.98 each. This coverage extends to any vehicle you operate, on or off the job. You may also get the same protection for your non-CDL spouse for only $1.50 per week.

Your CDL is, in fact, your livelihood. We believe that Drivers Legal Plan offers a very effective and affordable way to protect your driving career.

This offer is only available while you are an ACTIVE employee with this company, if you take any type of leave you must resubmit an application. So, take a moment to fill out the application, and then return it to the Human Resource Department so we can start your legal protection as soon as possible.

Jennie Jefferson
Vice President
(800) 558-2879

USXpress

**Drivers Legal Plan**

1101 Sovereign Row, Oklahoma City, OK 73108

**800-580-8789**

The attorneys of Drivers Legal Plan dedicat[e] entire practice to CDL defense. These la[wyers] have extensive experience in every stat[e] practically every court in the continental [forty-]eight states. Former judges and prosecutor[s] CDL holders themselves; they, and their lega[l] have handled thousands of cases for driver[s] like you. They are familiar with logbook[s] hazmat standards, weight and length restric[tions] and moving violations in the various state[s] more importantly, the effects on your CDL.

Bad things can happen to good drivers, it jus[t] with the job. However, do not let them c[ost] your driving record and earning power. your future by ensuring that you have the h[ighest] quality legal protection available and that th[e cost] will be nominal. Join Drivers Legal Plan tod[ay]

## Serious CDL Violations Includ[e]

- √ Speeding 15 mph or over
- √ Reckless Driving
- √ Improper Lane Change
- √ Following Too Closely
- √ Any Accident Involving a Fatality
- √ Railroad Crossing
- √ No CDL in Possession

## Penalties Upon Conviction:

All POV Convictions Count Against C[DL]

In a 3 Year Period:

- 2 Convictions = 60 Day Suspension
- 3rd Conviction = Additional 120 Day Suspension
- 6 Months Total Suspension = $$$$$$$

G.F. Kelley v. U.S. Xpress
D 001680
Defendant's Doc. Production


- DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?
  - IF SO, WILL *DRIVERS LEGAL PLAN* SAVE YOU MONEY?

The following real life cases answer these questions:

Case #1: Larry W.'s tractor/trailer ran into a loaded school bus in rural Colorado. Larry was given a serious violation ticket. Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

> As a DLP member, Larry paid the $250 accident fee for legal services. If he was not a member of DLP, his legal fees alone could have been over $2,500. Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

Case #2: Martin T., licensed in Illinois, received a traffic ticket in Ohio. He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points. Martin accepted and paid the fine. Thirty days later, he received a suspension notice from Illinois. The 59/55 with zero points Ohio case is still a moving violation in Illinois. DLP got the case reopened and amended to a non-moving, parking violation before the Illinois suspension took place.

> As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL. Other attorneys in Ohio had asked for fees ranging to $500.

Case #3: Richard R.. was ticketed for 72/55 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States. His white truck was spotted by plane and stopped by two state trooper chase vehicles. Richard denied going 72 m.p.h. DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity. The verdict was a 6-6 "hung jury". The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed. Richard agreed to a non-moving violation rather than re-try the case.

> Cost to Richard for jury trial defense was $100 as a member of DLP.
> "Local" representation could have cost over $1500 and been much less effective.

Case #4: A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been misrouted by military shippers. DLP legal staff was able to get the ticket dismissed.

> The $100 cost to the DLP member was not the true value in this case. The driver was able to continue an award-winning safety career record and the company avoided a serious incident being noted on their motor carrier safety profile.

- LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.
  - *DRIVERS LEGAL PLAN* WILL SAVE YOU MONEY

G.F. Kelley v. U.S. Xpress
D 001681
Defendant's Doc. Production

DRIVERS Legal Plan

PO Box [illegible]
[illegible] City, OK [illegible]
Phone: (405) [illegible]
Fax: (405) [illegible]
www.[illegible].com

# PLAN PERFORMANCE

Even though past history is not a guarantee of future results, we thought an overview of performance by the attorneys of *Drivers Legal Plan* would be of particular interest to you, as a prospective client.

The following results were obtained for drivers of a major motor carrier over a 12 month period:

| Disposition | Percent of Total | Description of Result |
|---|---|---|
| Dismissed | 8% | All charges dropped |
| Non-Moving | 14% | Charge changed and not shown on MVR |
| Probation | 24% | Probation for set time then dismissed |
| Reduction | 28% | Reduced from serious to non-serious |
| Traffic School | 15% | Take school and ticket was dismissed |
| Trial | 6% | Driver and Attorney went to trial |
| No Relief | 5% | We fought and lost |

As attorneys, we always attempt to get the violation dismissed. If dismissal is not possible, then we seek a reduction in the seriousness of the violation (to a non-serious CDL violation), if the driver agrees. If all other remedies fail, we go to trial to protect the driver and his job. Ethics prevent any guarantee of results, but our past history may help you decide that our attorneys can, indeed, prove invaluable to the professional driver.

In this case, we were able to favorably affect *95%* of all cases.

*Driver's Legal Plan* concentrates on the legal defense of the driver. Our goal is to protect the driver's CDL and thereby, his career, all while keeping him out of court, off the phone, and on the road.

G.F. Kelley v. U.S. Xpress
D 001682
Defendant's Doc. Production



PLAN APPLICATION

Effective

# USXPRESS, INC.

PLEASE PRINT

ID# ____________ TR# ____________

DRIVER ____________ (First, MI, Last) COMPANY DRIVER ______ OR OWNER OPERATOR ______

ADDRESS ____________

CITY ____________ STATE ______ ZIP ______

PHONE ( ) - ____________ SOCIAL SECURITY # ____________

CELL PHONE ____________ E-MAIL ADDRESS ____________

DRIVER'S LICENSE NUMBER ____________ STATE ______

DATE OF BIRTH ____________ DISPATCH NUMBER ( ) ____________

## NON-CDL DRIVER'S SPOUSE OR NON-CDL EMPLOYEE PLAN

NON-CDL DRIVER'S SPOUSE OR EMPLOYEE ____________ (First, MI, Last)

ADDRESS ____________

CITY ____________ STATE ______ ZIP ______

PHONE ( ) ____________ SOCIAL SECURITY # ____________

DRIVERS LICENSE NUMBER (NON-CDL) ____________ ISSUING STATE ______

DATE OF BIRTH ____________ WORK NUMBER ( ) ____________

METHOD OF PAYMENT (Choose One) *EFFECTIVE DATE STARTS WITH NEXT PAY PERIOD.

PAYROLL OR COMMISSION STATEMENT DEDUCTION

☐ Driver only: $2.98 Weekly ☐ Non-CDL or Non-CDL Spouse: $1.50 Weekly

TO THE COMPANY NAMED ABOVE: I hereby apply to participate in DRIVERS LEGAL PLAN and AUTHORIZE you to deduct from my earnings the necessary plan fee as set forth above to be paid to DRIVERS LEGAL PLAN or its designee. This authority is to remain in effect until revoked by me in writing. I hereby authorize Drivers Legal Plan to employ any attorney to represent me with my [illegible] authority and discretion to resolve any matter in connection with any and all traffic tickets I may have. I understand that this is only available while I am an ACTIVE employee with this company and I will need to [illegible] any [illegible] upon my [illegible] from any type of leave if I wish to participate. I also understand that if I am no longer employed by this participating company, my participation will be cancelled. Please cancel my present Legal Plan, if any, and replace it with DRIVERS LEGAL PLAN.

X Signature of Driver ____________ Date ______

Return to Safety/Payroll c/o your instructor

G.F. Kelley v. U.S. Xpress
D 001683
Defendant's Doc. Production

# Entry Level Driver Training Certificate

Trained By

U.S. Xpress, Inc.
4080 Jenkins Rd. Chattanooga, TN 37421

I certify ______________________ has completed
Driver Name

The Entry Level Driver Training requirements in the following areas; driver qualifications, driver wellness, hours of service, and whistle blower protection requirements in accordance with the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.503.

______________________
Date

Amy Stubbs
Name of Trainer(Print)

Amy Stubbs
Signature of Trainer

1535 New Hope Church Rd Tunnel Hill, Ga 30755

Address of Trainer

G.F. Kelley v. U.S. Xpress
D 001684
Defendant's Doc. Production

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise,

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change

Form W-4 — Employee's Withholding Allowance Certificate — OMB No. 1545-0010 — 2005

Department of the Treasury
Internal Revenue Service

► Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

1 Type or print your first name and middle initial: Tony L. — Last name: Poole

Home address (number and street or rural route): P.O. Box 237.

City or town, state, and ZIP code: Ft. Deposit, AL

3 ☑ Single ☐ Married ☐
Note. If married, but legally separated, or

4 If your last name differs fr[om] card, check here. You must

5 Total number of allowances you are claiming (from line H above or from the applicable workshe[et]

6 Additional amount, if any, you want withheld from each paycheck

7 I claim exemption from withholding for 2005, and I certify that I meet both of the following condi[tions]
- Last year I had a right to a refund of all federal income tax withheld because I had no tax lia[bility]
- This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here ► 7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Form is not valid unless you sign it.) ► [signature] Date ► 8-22-05

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)
USXpress 4080 Jenkins Rd
Chattanooga, TN 37421
State/ Allowances/

9 Office code (optional) 10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

U.S. Department of Justice
Immigration and Naturalization Service

# Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Poole | Tony | L. | |

Address (Street Name and Number)

City

I am [redacted]
impris[redacted]
use o[redacted]
comp[redacted]

Employ[redacted]

Sectio[redacted]
examine[redacted]
documen[redacted]

Docume[redacted]

Issuing [redacted]

Docume[redacted]

Exp[redacted]

Documen[redacted]

Exp[redacted]

CERTIFI[redacted]
employe[redacted]
employe[redacted]
is eligib[redacted]
employm[redacted]

Signature[redacted]

Business[redacted]

US XP[redacted]

Section[redacted]

A. New N[redacted]

C. If emp[redacted]
eligibil[redacted]

I attest, u[redacted]
document[redacted] I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative

G.F. Kelley v. U.S. Xpress
D 001686



USA Services, LLC

HIPAA/COBRA Initial Notice

Form for New Hires and New Spouse/Dependent(s)

~Please print clearly and complete form fully~

Event ___ New Hire ___ Employee's New Spouse ___ Employee's New Dependent (18 or older)

| Date: | Employer Name: | Group Number: |
|---|---|---|
| 8-22-05 | USXpress | |

Employee Information

| Name (Last, First, MI) | | | |
|---|---|---|---|
| Poole Tony L. | | | |
| Street Address | | | |
| P.O. Box 237 230 Village Circle | | | |
| City | State | ZipCode | Date of Birth |
| Ft. Deposit | AL | 36032 | 1/18/75 |

Date of Birth / /

spouse

G.F. Kelley v. U.S. Xpress
D 001687
Defendant's Doc. Production

Form 8850 (Rev. October 2002) Department of the Treasury Internal Revenue Service

# Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits

➤ See separate instructions.

OMB No. 1545-1500

Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.

Your name Tony Poole Social security number ➤

Street address where you live 230 Village Circle

City or town, state, and ZIP code ... , AL 36032

) / /

...unity Credit

...cy (SESA) or a participating

...eedy Families (TANF) for any

...th period within the last 15

... Veterans Affairs.

...eceive them.

... during the last 6 months.

...t 60 days.

...gency for the

...8-month period beginning

... law limited the maximum

G.F. Kelley v. U.S. Xpress
D 001688
Defendant's Doc. Production

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ➤ Tony Poole

COMPANY DRIVER FILE
LIST

| |
|---|
| MEDICAL FILE *(THIS MUST BE A SEPARATE PLAIN MANILLA FILE FOLDER)* |
| PHYSICAL |
| DRUG TEST RECEIPT (CHAIN OF CUSTODY) |
| |
| DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON LEFT SIDE OF FILE) |
| PHOTO WITH NAME & SS # (STAPLE ON TOP OF THE FOLLOWING FORMS) |
| COPY OF DRIVERS LICENSE / SOCIAL SECURITY CARD / RESIDENT ALIEN CARD – ETC…(PLEASE MAKE SURE THIS IS FACE DOWN) |
| |
| DRIVER PERSONNEL FILE (FORMS TO BE PLACED ON THE RIGHT SIDE OF FILE) |
| DATA SHEET |
| INTEGRITY CHECKLIST (GET FROM THE RECRUITER) |
| ORIGINAL W-4 |
| STATE TAX FORM (IF APPLICABLE) FORMS WILL VARY (STATE MUST MATCH STATE LISTED ON FEDERAL FORM |
| AUTHORIZATION FOR PAYROLL DEDUCTION / PAYROLL DISPOSITION & PAYROLL BENEFICIARY |
| RECEIPTS / ATTACHMENT A (Drug & Alcohol Policy) |
| WORKER'S COMP. FORM |
| DRIVER ACKNOWLEDGMENT AND CONSENT |
| DISCLOSURE AND RELEASE |
| NOTICE TO DRIVERS |
| CARGO SECURITY POLICY GUIDELINES |
| ACKNOWLEDGMENT OF POLICIES |
| MISCELLANEOUS........ANYTHING OTHER THAN WHAT IS LISTED ABOVE....... |
| |
| LOOSE FORMS |
| LEGAL PLAN ^^^^^^^IF APPLICABLE (ADD LEGAL PLAN) FORM STAYS IN FILE |
| ORIGINAL EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE (EEO) – PUT IN FOLDERS ON FILE CLERKS DESK |
| ORIGINAL I-9 (EMPLOYMENT ELIGIBILITY VERIFICATION) - PUT IN FOLDERS ON FILE CLERKS DESK |
| THOMAS & THORNGREN 8850 & WOTC WORKSHEET (GIVE TO TERESA PELLAM) |
| US ADMIN (HIPPAA/COBRA INITIAL NOTICE) (GIVE TO KELLY OVERSTREET) |
| |
| POLICIES TO HAND OUT |
| FMLA POLICY AND ACKNOWLEDGEMENT |
| WOMEN'S HEALTH CANCER RIGHTS ACT AND COBRA RIGHTS NOTICE |
| PREVENTING HARASSMENT AT WORK |

G.F. Kelley v. U.S. Xpress
D 001689
Defendant's Doc. Production

## APPLICATION

The following policy is applicable to all persons involved in the operations of companies owned by and/or affiliated with or contracted to: US Xpress Enterprises, Inc. All of these companies have adopted the program described herein to the extent applicable to the services performed by each.

## PURPOSE

The company is concerned with workers safety and realizes that the state of a person's health can effect job performance and safety. Persons impaired by the use of drugs or alcohol while on the job pose serious safety and health risks to themselves, co-workers, and the public.

Our policy has been developed to help ensure the safety of each individual, co-worker, and the public. Any refusal to cooperate with the company's request for a drug screen or sobriety examination will result in immediate suspension and the ultimate disqualification or discharge of the individual, in the absence of circumstances acceptable to the company. This policy will apply to all individuals seeking employment and to all current workers.

## DEFINITIONS

With respect to drugs, "impaired" means the presence in a person's system of any detectable amount of a drug or it's metabolites, and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his/her job safely and effectively has been impaired by drugs.

The term "drugs" includes any and all controlled substances, such as but not limited to: marijuana, cocaine, opiates, amphetamines, barbiturates and phencyclidine (PCP). It also includes prescription and over-the-counter drugs, which are being abused.

For the purposes of alcohol usage, "impaired" means the retention by an individual of a blood alcohol content of .10% or more (.04% or more
if the individual is operating a company vehicle or equipment)upon testing by breathalyzer or blood test and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his or her job safely and effectively has been impaired by alcohol.

"***Alcohol***"- means ethyl alcohol (ethanol)and includes any liquid containing ethyl alcohol.

"***Distribution***" means any exchange, transfer, or sharing whether for money or otherwise.

"***Possession***" means on one's person, in one's personal effects, in one's vehicle, or under one's control.

"***Consumption***" means any form of use, ingesting, inhaling, or injecting.

## INDIVIDUALS COVERED BY THE POLICY

Any employee of the company, and all individuals who are employees of a personnel leasing company leased to the company, are covered by this policy. Refusal to submit to required testing by this policy will be an assumption of testing positive, and the individual will be subject to immediate discipline up to and including termination.

Any person found to be positive will be subject to immediate discipline up to an including termination.

All applicants being considered for employment are required to pass a drug screen.

G.F. Kelley v. U.S. Xpress
D 001690
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc. and Subsidiaries

Policy on Alcohol and Drug Usage

PROHIBITIONS

All persons covered by this policy are prohibited from the following:

- Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of drugs while working, while on company property or while operating company equipment;
- Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of alcoholic beverages while working, while on company property, and while operating company equipment;
- Working or reporting to work while under the influence of drugs or alcohol.
- Use of legally obtained prescription or over-the-counter drugs (including alcohol or other chemicals) which may adversely affect job performance or safety is prohibited. The company may at its discretion, require an employee to refrain from working while impaired by any drug or medication.
- Use of taking someone else's prescriptions.

Receipts & Attachment A
Revised 10/23/98

G.F. Kelley v. U.S. Xpress
D 001691
Defendant's Doc. Production

Usxpress, INC.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature Toby Poole Date 8-22-05

# APPLICANTS AUTHORIZATION
# TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, ________________________, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |

APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

Signature of applicant [redacted] 8-22-05
DATE

G.F. Kelley v. U.S. Xpress
D 001693
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name Tony Poole SS# [redacted]

Address P.O. Box 237 Ft. Deposit, AL 36032

License: State AL Class A License # 7442969

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State ________ Class ________ License # ________

State ________ Class ________ License # ________

Driver's Signature: Tony Poole

G.F. Kelley v. U.S. Xpress
D 001694
Defendant's Doc. Production

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

1 Type or print your first name and middle initial: Tony L. — Last name: Poole

Home address (number and street or rural route): 230 Village Circle P.O. Box 237

3 ☒ Single ☐ Married ☐

Note. If married, but legally separated, o

City or town, state, and ZIP code: Ft. Deposit, AL 36032

4 If your last name differs from card, check here. You must cal

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . .

7 I claim exemption from withholding for 2005, and I certify that I meet both of the following conditio

- Last year I had a right to a refund of all federal income tax withheld because I had no tax liabili
- This year I expect a refund of all federal income tax withheld because I expect to have no tax li

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ 7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Form is not valid unless you sign it.) ▶ Tony Poole — Date ▶ 8-22-05

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

G.F. Kelley v. U.S. Xpress
D 001695
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001696
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Tony Poole

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from 15:15 am/pm 8/20/05 through 05:45 am/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

15:15, 20, 8, 05
Time, Day, Month, Year

Tony Poole
Driver's Signature

8-22-05
Date

G.F. Kelley v. U.S. Xpress
D 001697
Defendant's Doc. Production