# EXHIBIT 35

# Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:      SSN: ▮▮▮▮▮▮▮ /Name: Mevan Stringer
         Specimen ID #: ▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000526
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/esp/der/printMRO... 8/25/2005

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. 106565445

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.   115030

US Xpress/Laredo
P.O. Box 625
Lowell, AR 72745
PH: 423-510-3560  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 456327
D/MI-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-0151  FX: 214-387-5204

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER – PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                                ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000527
Defendant's Doc. Production

REMARKS _____

X _____     _____     ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER – SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM – REASON _____

X _____     _____     ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

SPECIMEN ID NO. **106565445**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.    115030

US Xpress/Laredo
P.O. Box 405
Lowell, AR 72745
PH: 423-510-3560  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 406357
DTMI-Robert Pilug, MD
9558 Hwy. 23, Ste. J
Belle Chasse, LA 70037
PH: 504-394-6161   FX: 214-367-5200

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                          ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S.
D 000658
Defendant's Doc. Production

REMARKS _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

O/O

# DRIVER CERTIFICATION FILE



DRIVER NAME  Marion L Stringer

ADDRESS  220 Covington Ave   CITY  Thomasville   STATE  OH   ZIP  31792

SOCIAL SECURITY NO.  [redacted]

DATE OF EMPLOYMENT  8/24/05

G.F. Kelley v. U.S. Xpress
D 001698
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: Ickes ? 54... Address: 130 Coushn rh Apt 35 Thomasville AL 36761
Case No: [redacted]  State: AL  Equipment Driver: Tractor _FLCONV VOLVO_ Trailer _53'_
Tested From: Walley  To: Walley  Date: aug 24 05

### Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit  _____
Checks for leakage of coolants, fuel and lubricants  _____
Checks under the hood - oil, water, general condition
of engine compartment and steering  _____
Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper)  _____
In brake action, tractor protection valve, and
parking (hand) brake  _____
Knows use of jacks, tools, emergency warning devices,
tire chains, fire extinguisher, spare fuses, and
four way flashers  _____
Checks instruments  _____
Cleans windshield, windows, mirrors, lights, and
reflectors  _____

### Part 2 - Placing vehicle in motion and use of controls

**Engine**
Starts engine without difficulty  _____
Allows proper warm-up  _____
Understands gauges on instrument panel  _____
Maintains proper engine speed while driving  _____
Basic Knowledge of motors - gas, diesel  _____
Use of motor  _____

**Clutch and Transmission**
Starts loaded unit smoothly  _____
Uses clutch properly  _____
Times gearshifts properly  _____
Shifts gears smoothly  _____
Uses proper gear sequence  _____

**Brakes**
Understands operating principles of air brakes  _____
Knows proper use of tractor protection valve  _____
Understands low air warning  _____
Test brakes before starting trip  _____

Fails to check traffic conditions & signal
when pulling out from parked position  _____
Parks in illegal or unsafe location  _____

**Parking (road)**
Parks off pavement  _____
Avoids parking on soft shoulder  _____
Uses emergency warning signals when
required  _____
Secured unit properly  _____

**D. Steering**
Fights steering wheel  _____
Allows truck to wander  _____

**E. Lights**
Knows lighting regulations  _____
Uses proper headlight beam  _____
Dim lights when meeting or following other vehicles  _____
Adjust speed to range of headlights  _____
Proper use of auxiliary lights  _____

### Part 3 - Coupling and Uncoupling

Lines up units  _____
Hooks brake and light lines properly  _____
Secures trailer against movement  _____
Backs under slowly  _____
Tests hookup with power  _____
Checks hookups visually  _____
Handles landing gear properly  _____
Proper hook-up of full trailer  _____
Secures power unit against movement  _____

### Part 4 - Backing and Parking

**A. Backing**
Gets out and checks before backing  _____
Looks back as well as uses mirror  _____
Gets out and rechecks conditions on
long back  _____
Avoids backing from blind spot  _____
Signals when backing  _____
Controls speed and direction properly
while backing  _____

**B. Parking (city)**
Takes too many pull ups  _____
Hits nearby vehicles or stationary objects  _____
Hits curb  _____
Parks too far from curb  _____

**D. Grade Crossings**
Adjusts speed to conditions  _____
Makes safe stop, if required  _____
Selects proper gear  _____

**F. Speed**
Speed consistent with basic ability  _____
Adjusts speed properly to road, weather,
traffic conditions, legal limits  _____
Slows down for rough roads  _____
Slows down in advance of curves  _____

G.F. Kelley v. U.S. Xpress
D 001699
Defendant's Doc. Production

t 5 - Slowing and Stopping

s gears properly ascending _____
ts down properly _____
ps and restarts without rolling back _____
i brakes at top of hills _____
s brakes properly on grades _____
s mirrors to check traffic to rear _____
nals following traffic _____
ids sudden stops _____
ps smoothly without excessive
    nning _____
ps before crossing sidewalk when
    oming out of driveway or alley _____
ps clear of pedestrian crosswalk _____

rt 6 - Operating in traffic Passing and Turning
Turning
is in proper lane well in advance _____
nals well in advance _____
ecks traffic conditions and turns only when
    way is clear _____
es not swing wide or cut short while turning _____

Traffic Signs and Signals
es not approach signal prepared to stop if
    ecessary _____
olates traffic signal _____
ns yellow light _____
ns up too fast or too slow on green _____
ils to notice or heed traffic signs _____
ns "stop" signs _____

Intersections
djusts speed to permit stopping if necessary _____
ecks for cross traffic regardless of traffic controls _____
elds right-of-way for safety _____

Passing
sses with insufficient clear space
    ahead _____
sses in unsafe location;hill, curve,
    intersection _____
ils to signal change of lanes _____
ulls out and back - uncertain _____
ailgates waiting chance to pass _____
ocks traffic with slow pass _____
uts in too short returning to right lane _____

intersections, etc
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
    way by others _____
Tends to crowd other drivers or force
    way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
    conditions _____
Adjusts driving to meet changing
    conditions _____
Performs routine functions without taking
    eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner, cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
    local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)
_____

Remarks:
OK For 1st seat
_____
_____

neral Performance: Satisfactory __X__ Needs Training _____ Unsatisfactory _____
ualified for Truck _X_, Tractor-Semi trailer _A X_____ Other _____

gnature of Examiner: _Wallace L. Beard_

G.F. Kelley v. U.S. Xpress
D 001700
Defendant's Doc. Production

☑ U.S. XPRESS, INC.  ☐ XPRESS GLOBAL SYSTEMS

### CERTIFICATION OF ROAD TEST

Driver's Name ___Marcus Stringer___

State __AZ__ Location of Test: __Warley__

Type of Power Unit: __Volvo__ Type of Trailer(s) __53'__

This is to certify that the above driver was given a road test under my supervision

on ___Aug 24___ 20 _05_

consisting of approximately ___20___ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

___Wallace A. Beard___ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/24/05_ Driver's Signature ___Marcus Stringer___
_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001701
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001702
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | 5-31-05 | |

| Name  (last    First    Middle) | Employer |
|---|---|
| Stringer   Brian   L. | USXpress Enterprises |

G.F. Kelley v. U.S. Xpress
D 001703
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME ____Stanger____ ____Marvin____ ____L.____    SOCIAL SECURITY ████████

OTHER NAMES USED _____    D.O.[████]    MAIL ADDRESS _____

ADDRESS __221 Cashpin Ave Apt 23__ __Thomasville__ __GA__ __31792__    PHONE # (229) 228-6602
         STREET                      CITY            STATE  ZIP              AREA CODE

NOTIFY IN CASE OF EMERGENCY __Melissa Stanger__    PHONE # (229) 225-____
                                                            AREA CODE

ADDRESS __221 Cashpin Ave__ __Thomasville__ __GA__ __31792__
         STREET              CITY            STATE  ZIP

ARE YOU CURRENTLY EMPLOYED?  ☒ YES  ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR?  ☒ YES  ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE?  ☐ YES  ☒ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY?  ☐ YES  ☒ NO    IF YES, ANSWER A) AND B)

A) DATES: FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY?  ☐ YES  ☒ NO    BY WHOM? _____

G.F. Kelley v. U.S. Xpress
D 001704
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH _____    DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

F. Kelley v. U.S. Xpress
D 001705
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001706



G.F. Kelley v. U.S. Xpress
D 001708
Defendant's Doc. Production

| | | POV | CMV |
|---|---|---|---|
| | | POV | CMV |
| | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any disputes relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Section 91.382.413, 390.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances test results, that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _____, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Keystone Freight | 4/01 – 1/04 |
| Kelly | 2/04 – 8/05 |
| | |
| | |
| | |

### APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_____          _3/22/04_
Signature of applicant                    DATE

G.F. Kelley v. U.S. Xpress
D 001709
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _____

Address _____

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 001710
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _____

Type of License: A   Issuing State: ____   Exp. Date: ____

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/23/05 | 8/24/05 | |
| Hours Worked | 4 | 8.4 | 3 | 0 | 4 | 5 | 8 | 28 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from ____ am/pm 8/17/05 through ____ am/pm 8/21/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_____   _____   _____   _____
Time            Day     Month    Year

_____        _____
Driver's Signature                     Date

G.F. Kelley v. U.S. Xpress
D 001711
Defendant's Doc. Production