# EXHIBIT 36

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN █████████/Name: Harold Thomas
      Specimen ID # ████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 000566**
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000500
Defendant's Doc. Production

SPECIMEN ID NO. **106417725**

**AIN**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

A. Employer Name, Address, I.D. No.      133605

US Xpress/Wadley
P.O. Box 489
Lowell, AR 72745
PH: 423-510-0580  FX: 423-510-8792

B. MRO Name, Address, Phone and Fax No.

Profile # 885406
LTWT-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4161   FX: 214-387-5209

OMB No. 0930-0158

G.F. Kelley v. U.S. Xpress
D 000614
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Harold C Thomas_

ADDRESS _1536 Hines Rd._        CITY _LaGrange_        STATE _Ga._  ZIP _30241_

SO█████████████████████████

DATE OF EMPLOYMENT _8·22·05_



G.F. Kelley v. U.S. Xpress
D 001712
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001713
Defendant's Doc. Production

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:     SSN ███████ Name: Harold Thomas
        Specimen ID # ████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.

Robert Pflug, M.D.
Medical Review Officer

G.F. Kelley v. U.S. Xpress
D 001714
Defendant's Doc. Production

SPECIMEN ID NO. 106417725

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.    193606

US Xpress/Kedley
P.O. Box 489
Lowell, PA 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 880496
DRWI-Robert Sflug, MD
6556 Hwy. 23, Ste. 4
Belle Chasse, LA 30037
PH: 504-394-6151    FX: 214-387-5206

G.F. Kelley v. U.S. Xpress

D 001715

Defendant's Doc. Production

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                          ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

_____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

_____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

RECORD OF ROAD TEST
(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: Harold C Thomas  Address: 1536 Hines Rd.
License No. ▓▓▓▓▓  State: Ga  Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer '53'_ ✓
Checked From: Wadley, AL  To: Wadley, AL  Date: 8-22-05

**Part 1 - Pre-Trip Inspection and Emergency** ✓
**Equipment**

Checks general condition approaching unit _____
Looks for leakage of coolants, fuel and lubricants _____
Checks under the hood - oil, water, general condition
  of engine compartment and steering _____
Checks around the unit - tires, lights, trailer hookup
  brake and light lines, body, doors, horn, windshield
  wipers, rear end protection (bumper) _____
Test brake action, tractor protection valve, and
  parking (hand) brake _____
Knows use of jacks, tools, emergency warning devices,
  fire chains, fire extinguisher, spare fuses, and
  four way flashers _____
Checks Instruments _____
Cleans windshield, windows, mirrors, lights, and
  reflectors _____

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**
Starts engine without difficulty _____
Allows proper warm-up _____
Understands gauges on instrument panel _____
Maintains proper engine speed while driving _____
Basic Knowledge of motors - gas, diesel _____
Abuse of motor _____

**B. Clutch and Transmission**
Starts loaded unit smoothly _____
Uses clutch properly _____
Times gearshifts properly _____
Shifts gears smoothly _____
Uses proper gear sequence _____

**C. Brakes**
Understands operating principles of air brakes _____
Knows proper use of tractor protection valve _____
Understands low air warning _____
Test brakes before starting trip _____

Fails to check traffic conditions & signal
  when pulling out from parked position _____
Parks in illegal or unsafe location _____

**D. Parking (road)**
Parks off pavement _____
Avoids parking on soft shoulder _____
Uses emergency warning signals when
  required _____
Secured unit properly _____

**D. Steering**
Fights steering wheel _____
Allows truck to wander _____

**E. Lights**
Knows lighting regulations _____
Uses proper headlight beam _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights _____
Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**
Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on
  long back _____
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly
  while backing _____

**B. Parking (city)**
Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

**D. Grade Crossings**
Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

**F. Speed**
Speed consistent with basic ability _____
Adjusts speed properly to road, weather,
  traffic conditions, legal limits _____
Slows down for rough roads _____
Slows down in advance of curves, _____

G.F. Kelley v. U.S. Xpress
D 001716
Defendant's Doc. Production

Part 5 - Showing and Stopping

Uses gears properly ascending  _____
Gears down properly  _____
Stops and restarts without rolling back  _____
Test brakes at top of hills  _____
Uses brakes properly on grades  _____
Uses mirrors to check traffic to rear  _____
Signals following traffic  _____
Avoids sudden stops  _____
Stops smoothly without excessive
  fanning  _____
Stops before crossing sidewalk when
  coming out of driveway or alley  _____
Stops clear of pedestrian crosswalk  _____

Part 6 - Operating in traffic Passing and Turning
A. Turning
Gets in proper lane well in advance  _____
Signals well in advance  _____
Checks traffic conditions and turns only when
  way is clear  _____
Does not swing wide or cut short while turning  _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if
  necessary  _____
Violates traffic signal  _____
Runs yellow light  _____
Starts up too fast or too slow on green  _____
Fails to notice or heed traffic signs  _____
Runs "stop" signs  _____

C. Intersections
Adjusts speed to permit stopping if necessary  _____
Checks for cross traffic regardless of traffic controls  _____
Yields right-of-way for safety  _____

E. Passing
Passes with insufficient clear space
  ahead  _____
Passes in unsafe location; hill, curve,
  intersection  _____
Fails to signal change of lanes  _____
Pulls out and back - uncertain  _____
Tailgates waiting chance to pass  _____
Blocks traffic with slow pass  _____
Cuts in too short returning to right lane  _____

Intersections, etc.  _____
Maintains consistent speed  _____

G. Courtesy and Safety
Depends on others for safety  _____
Yields right-of-way for safety  _____
Fails to go ahead when given right-of-
  way by others  _____
Tends to crowd other drivers or force
  way through traffic  _____
Fails to allow faster traffic to pass  _____
Fails to keep right and in own lane  _____
Unnecessary use of horn  _____
Other discourtesy or improper conduct  _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive  _____
Consistently aware of changing traffic
  conditions  _____
Adjusts driving to meet changing
  conditions  _____
Performs routine functions without taking
  eyes from road  _____
Checks instruments regularly  _____
Willing to take instructions & suggestions  _____
Adequate self-confidence in driving  _____
Nervous, apprehensive  _____
Easily angered  _____
Complains too much  _____
Personal appearance, manner, cleanliness  _____
Physical Stamina  _____

B. Handling of Freight
Checks freight properly  _____
Handles and loads freight properly  _____
Handles bills properly  _____
Breaks down load as required  _____

C. Rules and Regulations
Knowledge of company rules  _____
Knowledge of regulations, federal, state
  local  _____
Knowledge of special truck routes  _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat
_____
_____

General Performance: Satisfactory ____X____ Needs Training _____ Unsatisfactory _____
Qualified for: Truck _X_    Tractor-Semi trailer _X_    Other _____

Signature of Examiner: *Wallace Ben*

G.F. Kelley v. U.S. Xpress
D 001717

*Michelle ext. 32*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

# PERSONAL

NAME *Thomas    Harold    Charles*    SOCIAL SECURITY ████████
      LAST      FIRST      MIDDLE

OTHER NAMES USED _____

████████ EMAIL ADDRESS _____

ADDRESS *1536 Hines Rd,    La Grange*
           STREET         CITY
*Ga,*        *30241*
STATE          ZIP

NOTIFY IN CASE OF EMERGENCY *Shirley    Thomas*

ADDRESS *1536 Hines Rd, LaGrange    Ga.    30___*
           STREET        CITY       STATE    ZIP

REFERRED TO USX BY WHOM? ████████

(1)FR████████

(2)FR████████

(3)FR████████

HAVE████████

NAM████████

HAVE████████

BRAN████████

ARE ████████

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001718
Defendant's Doc. Production

Address is Company

City

Available    YES  OR  NO    State    Zip    HOW MANY (PLEASE CIRCLE)  1   2   3   4   / MORE

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001719
Defendant's Doc. Production

| IN THE PAST. | POV | CMV | | | |
|---|---|---|---|---|---|
| | POV | CMV | | | |

G.F. Kelley v. U.S. Xpress
D 001720
Defendant's Doc. Production

**ACCIDENTS**

relevant information, including my alcohol and controlled substance testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

G.F. Kelley v. U.S. Xpress
D 001721

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Harold C Thomas_ , understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking 1800 821 0144 | 6-29-04 - Present |
| Tible H | 6-2-03  6-29-04 |
| Vaughan Transport | 7-1987 - 7-2002 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver ~~during the past two years~~.

_Harold C Thomas_                           ████████                    _8-22-05_
Signature of applicant                                                   DATE

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

## I. Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Harold C Thomas_

Address _1536 Hines St._

have surrendered the

State _____     Class _____     License # _____

Driver's Signature: _Harold C Thomas_

G.F. Kelley v. U.S. Xpress
D 001723
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): *Harold C Thomas*

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | |
| Hours Worked | 3 | 11.75 | 12.75 | 11.75 | 10.75 | 1.5 | 0 | 51.5 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from *9:15* (am)/pm *8 / 20 / 05* through *8* (am)/pm *8 /22/05*.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

*9:15* , *8 20 05* , *8* , *05* .
Time , Day , Month , Year

*Harold C Thomas*
Driver's Signature

*8 22 05*
Date

G.F. Kelley v. U.S. Xpress
D 001724
Defendant's Doc. Production

# ONFIDENTIAL EMPLOYEE HISTORY

*arold C Thomas*

| ployee Name | Employment Date | Status |
|---|---|---|
| *Harold C Thomas* | *8·22·05* | ☑ Regular ☐ Part Time ☐ Temporary |

| dress | City | State | Zip |
|---|---|---|---|
| *536 Hines Rd.* | *LaGrange* | *Ga.* | *30241* |

## YROLL DATA

| | Zip | Phone |
|---|---|---|
| | Zip | Phone |
| | Zip | Phone |
| | Zip | Phone |
| | Zip | Phone |
| | Zip | Phone |
| | Zip | Phone |

Kelley v. U.S. Xpress
D 001725
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001726
Defendant's Doc. Production

FLEET MANAGER ASSIGNED: _____

G.F. Kelley v. U.S. Xpress
D 001727
Defendant's Doc. Production

# Form W-4 (2005)

Harold C Thomas

1536 Hines Rd.

LaGrange, Ga. 30244

☐ Single  ☑ Married  ☐
Note: If married but legally separated...

4  If your last name differs from...
   card, check here. You must call 1-...

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on...)
6  Additional amount, if any, you want withheld from each paycheck .........
7  I claim exemption from withholding for 2005 and I certify that I meet both of the following conditions...
   • Last year I had a right to a refund of all federal income tax withheld because I had no tax liability...
   • This year I expect a refund of all federal income tax withheld because I expect to have no tax liability...
   If you meet both conditions, write "Exempt" here ..........

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(Form is not valid
unless you sign it.) ► Harold C Thomas                 Date ► 8.22.05

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS)        9 Office code    10 Employer identification number (EIN)
   (optional)

   U.S. Xpress 4080 Jenkins Rd.                    State
   Chattanooga, TN 37421                           Allowances

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

G.F. Kelley v. U.S. Xpress

D 001728

Defendant's Doc. Production

U.S. Department of Justice
Immigration and Naturalization Service

## Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

U.S. XPRESS, INC.    1535 NEW HOPE CHURCH RD TUNNEL HILL GA 30755    8/22/05

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable)                                           B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title:                    Document #:                    Expiration Date (if any):

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative

G.F. Kelley v. U.S. Xpress
D 001729

**8850**

Pre-Screening Notice and Certification Request for
the Work Opportunity and Welfare-to-Work Credits

Department of the Treasury
Internal Revenue Service

▶ See separate instructions

Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.

Your name ▶ *Harold C Thomas*

Social Security number ▶ ████████

Street address where you live *1536 Hines Rd.*

City or town, state, and ZIP code *La Grange, Ga. 30741*

Telephone number ████████

If you are under age ████████    Your date of birth (month, day, year)

## Work Opportunity Credit

1 ☐ Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2 ☐ Check here if any of the following statements apply to you.

- I am a member of a family that has received assistance from Temporary Assistance for Needy Families (TANF) for any 9 months during the last 18 months.

- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.

- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.

- I am at least age 18 but not age 25 or older and I am a member of a family that:
  - a Received food stamps for the last 6 months, or
  - b Received food stamps for at least 3 of the last 5 months, but is no longer eligible to receive them.

- Within the past year, I was convicted of a felony or released from prison for a felony and during the last 6 months I was a member of a low-income family.

- I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

## Welfare-to-Work Credit

3 ☐ Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4 ☐ Check here if you are a member of a family that:
- Received TANF payments for at least the last 18 months, or
- Received TANF payments for any 18 months beginning after August 5, 1997, and the earliest 18-month period beginning after August 5, 1997, ended within the last 2 years, or
- Stopped being eligible for TANF payments within the last 2 years because Federal or state law limited the maximum time those payments could be made.

## All Applicants

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job and it is, to the best of my knowledge and belief, the correct and complete.

Job applicant's signature ▶ *Harold C Thomas*

G.F. Kelley v. U.S. Xpress
D 001730
Defendant's Doc. Production

# EQUAL EMPLOYMENT OPPORTUNITY QUESTIONNAIRE

To ensure compliance with State and Federal Government regulations, we request that you provide the following information. Your submission of the information is optional. This information the application form will not be used to confidential, and use it only in accordance with regulations.

Name _Harold C Thomas_      Application date _8.11.05_

Address _1576 Hines Rd_      Social Security Number ██████████

City _La Grange_     State _Ga_    Position Applied For 1. _Truck Driver_

2. _____

☐ I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please check or fill in

having origins in any of
rica, or the Middle East.
having origins in any of

g origins in any of the
East Asia, the Indian
China, Japan, Korea, the

ersons having origins in
merica and who maintain
liation or community

can, Cuban, Central or
or origin, regardless

ed into any of the above

Organization

G.F. Kelley v. U.S. Xpress
D 001731
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001732
Defendant's Doc. Production

*I hereby authorize the information be released to Tanner & Thorngren, Inc. for IWTC purposes only.*

Employee Signature *Harold C Thomas*                                    Date 8·22·05

Parent/Guardian: If employee under age 18, _____  Date _____

*Employer: If the individual accepts an offer of work, the individual should complete this side of this form.*
*Mail this along with any documentation as indicated on this form with the completed Form I-9 to our office.*
*Thank you for your cooperation.*

Please affix agency stamp here:
If Applicable.

G.F. Kelley v. U.S. Xpress
**D 001733**
Defendant's Doc. Production

Thomas & Thorngren, Inc. P.O. Box 280100  Nashville, TN 37228  615-242-8246  615-242-5926 Fax

U.S. Xpress Enterprises, Inc. and Subsidiaries

Acknowledgment of Policies

I, the undersigned, have received copies of the following. I understand that it is my responsibility to read and familiarize myself with its contents, and to abide by its prescribed rules and policies.

1. Medical Plan Compliance with the Women's Health Cancer Rights Act and COBRA Rights Notice

2. FMLA policy

3. Harassment at work policy

4. U.S. Xpress Enterprises, Inc. Employee Handbook

5. Hazmat Book

6. Federal Regulation Guidelines

Name(Print) _Harold C Thomas_          Social Security # ███████████

Signature: _Harold C Thomas_          Date: _8 / 22 / 05_

G.F. Kelley v. U.S. Xpress
D 001734
Defendant's Doc. Production

## U.S. Xpress Enterprises, Inc. and Subsidiaries

### Driver Acknowledgment and Consent

During the normal course of business, US Xpress Enterprises, and or all subsidiaries may require drivers to operate as teams. This arrangement will require the team to be on the road together without other persons present, for an extended period of time. The length of time will vary, and may exceed one month, such as the Driver Training Program). The pairing of members of the opposite sex for over the road assignments raises questions about issues such as personal privacy, personal morals, and marital/family tranquility.

For this reason US Xpress Enterprises and or all subsidiaries, will attempt to pair drivers, co-drivers, trainers, and trainees of the same sex when situations allow. The company however, wants to emphasize that it utilizes qualified drivers without regard to sex, race, religion, national origin or handicap. It may therefore become necessary to pair drivers of the opposite sex, provided that (1) Neither driver objects to the pairing (and can prove that such a refusal is only due to concerns about personal privacy, personal morals, or family/marital tranquility) and (2) both drivers have consented to such pairing in writing.

US Xpress Enterprises and/or all subsidiaries maintain a strict policy on harassment and discrimination in the workplace. All drivers are expected to abide by said policies. The company reserves the right to apply sanctions or combinations of sanctions to deal with harassments, discriminations, or unreasonable behavior.

I acknowledge that I have received and read a copy of the company's policy regarding driver assignments, harassment and discrimination, and I understand and agree to abide by its contents. I understand that teaming with another driver means we will be on the road together for an extended period of time, without other persons present. I understand that such a period may exceed one month, I also understand that as a team, we will share the closed, confined quarters of the tractor cab and that the cab is used both as a living and sleeping quarters.

## PLEASE CHECK ONE AND GIVE REASON

✓  I HEREBY CONSENT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.

_____  I OBJECT TO BE PAIRED WITH AN INDIVIDUAL OF THE OPPOSITE SEX, DURING OVER THE ROAD DRIVING OR TRAINING.

REASON: _____

_____

Driver signature: *Harold C Thomas*                    Date: *8-22-05*

G.F. Kelley v. U.S. Xpress
D 001735
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

**Disclosure and Release**

In connection with my application for employment (including contract for services) with US Xpress and or subsidiaries. I understand that consumer reports which may contain public record information may be requested from DAC Services. Tulsa Oklahoma. These reports may include the following types of information: names and dates of previous employers, reasons for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies, and state provided driving records.

**I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.**

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished within the two year period preceding my request. I hereby consent to your information, which DAC has or obtains, and my employment history with you if I am hired, will be supplied by DAC to other companies, which subscribe to DAC Services.

I hereby authorized procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for company to obtain consumer reports at any time during my employment or contract period.

*Harold C. Thomas*
Print Name

*Harold C. Thomas*
Signature

8 / 22 / 05
Date

G.F. Kelley v. U.S. Xpress
D 001736
Defendant's Doc. Production

## Notice to Drivers

Trucking companies are regulated by the Federal Highway administration through the department of Transportation DOT which has the authority to oversee hiring and employment standards published in the Federal Motor Carrier's Safety Regulations FMCSR. All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring process and ongoing employment criteria at US Xpress and/or subsidiaries is a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (whether they appear on an MVR or not), of accidents regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

US Xpress and/or subsidiaries will conduct an investigation into these areas before hire, annually as required by the FMCSR, and intermittently as safety factors (citation, accidents, medical, etc.) fluctuate. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph. US Xpress and/or subsidiaries will also contact former employers, and order whatever information deemed relevant to make a decision as to the hiring or retention of a driver.

In making a hiring decision, it is the intent of US Xpress and/or subsidiaries to rely on: 1)the company's need for drivers, 2) the pool of qualified applicants, and 3)the qualifications of a driver who is applying measured against a minimum established by law, prudence, or company policy.

US Xpress and/or subsidiaries do not rely on consumer-reporting agencies in making a hiring decision. It is felt that by going to the information source directly, the driver, or previous employer for instance, we can get a complete and accurate account of the safety history. US Xpress and/or subsidiaries does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire, this information will be disclosed to the driver in question and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. US Xpress and/or subsidiaries will reconsider new information if it is pertinent to the hiring or retention decision. However, and issue which is resolved between DAC Services, and the applicant may not invoke US Xpress and/or subsidiaries to alter the original decision.

I understand that it is my responsibility to report information to US Xpress and/or subsidiaries concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

_Harold C Thomas_
Print Name

_Harold C Thomas_
Driver's Signature

8 22 05
Date

G.F. Kelley v. U.S. Xpress
D 001737
Defendant's Doc. Production

## NOTICE AS TO JURISDICTION AND NOTICE AS TO
## TENNESSEE WORKER'S COMPENSATION LAW

THIS NOTICE CONTAINS LANGUAGE, WHICH WILL BECOME PART OF A SEPARATE CONTRACT, WHICH YOU WILL SIGN AS A CONDITION OF EMPLOYMENT DURING ORIENTATION WITH U.S. XPRESS. THIS NOTICE AND CONTRACT REFERRED TO IN THE PRECEDING SENTENCE EFFECT YOUR RIGHTS, LIABILITIES, AND OBLIGATIONS IN THE EVENT THAT YOU SUSTAIN AN INJURY BY ACCIDENT ARISING OUT OF AND IN THE COURSE OF YOUR EMPLOYMENT WITH U.S. XPRESS. YOU ARE URGED TO READ THIS NOTICE AND CONTRACT CAREFULLY AND IN ITS ENTIRETY

U.S. Xpress is a Nevada corporation with its principle place of business and corporate offices in Chattanooga, Tennessee. Therefore, a Tennessee employer is hiring you in Tennessee. Although your job duties with and for U.S Xpress may principally be located in states other than Tennessee and though any injury giving rise to Workers' Compensation claims may occur in a state other than Tennessee you hereby agree that any claim you hereby submit for Workers' Compensation benefits will be governed, both substantively and procedurally, by Tennessee law and in accordance with the provisions of the Tennessee Workers' Compensation law, 50-6-101.

THIS CONTRACT IS NOT INTENDED TO, AND IT DOES NOT, ALTER YOUR STATUS AS AN EMPLOYEE AT WILL.

Employee Initials _Hct_

## NOTICE

The following is a brief explanation of some of your rights and obligations under Tennessee Workers' Compensation law. The information provided below is not intended to be an exhaustive survey of the law nor a limitation on or extension of the law as it applies in Tennessee.

The workers' compensation law of Tennessee provides, among other things, that if you are injured in an accident arising out of and in the course of your employment with U.S. Xpress, you will be entitled to certain benefits. One of the benefits you will be entitled to is the payment of medical expenses for treatment made necessary by your injury, provided that the expenses are necessary, reasonable, and related to the accident and resulting injury.

Before any medical expenses will be recoverable or paid for your treatment, however you must promptly inform the U.S. Xpress Workers' Compensation Claims Analyst of your accident and need for medical attention.

Under Tennessee law, U.S. Xpress has the right to direct you to whom you may go for treatment and medical care. If you choose to seek medical treatment and care from a hospital, physician, or other healthcare provider, other than those provided below you will be responsible for your own medical expenses.

After giving notice of your need for treatment to the Workers' Compensation Department, you may seek medical attention or care from one of the hospitals, physicians, or healthcare providers listed below. The following providers are in the Chattanooga area. If you are not in the Chattanooga area at the time of your injury and need immediate care, or you do not live in the Chattanooga area, you MUST call the Workers' Compensation Department to get a list of three hospitals, physicians or other healthcare providers in your area from which you may choose to obtain treatment.

If one of the above hospitals, physicians, or healthcare providers or any member of their staff, attempts to refer you to a specialist, other physician or healthcare provider not listed above, you MUST first inform the Workers' Compensation Department of U.S. Xpress and obtain its approval before seeing or receiving any treatment from the unlisted specialist, physician or healthcare provider. If you do not YOU will be responsible for the medical expenses you incur as the result of unauthorized treatment or medical attention.

G.F. Kelley v. U.S. Xpress
D 001738
Defendant's Doc. Production

U.S. Xpress Enterprises, Inc.

Cargo Security
Policy Guidelines

*"The Driver's Role in Cargo Security and Loss Prevention"*

1)   Never leave your vehicle unattended with the engine running or keys inside. Lock your vehicle.
Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in
jeopardy, and are not covered by company insurance of U.S. Xpress.

2)   Do not drop a trailer without permission from Operations, and then, only at an authorized secure
location. Permission must be obtained from Operations to Bobtail.

3)   Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel
when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the
tractor brake.

4)   Park in only well lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a
highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your
emergency warning devices must be used.

5)   Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles.
With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do
not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours
and fuel available to comply with this restriction. If you don't, notify Operations immediately prior to
picking up the load.

6)   Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if
you find the seal broken or missing. Never break a seal without getting authorization from the Claims
Department.

7)   Follow assigned routing. Notify Operations of any necessary deviations.

8)   Do not pick up hitchhikers or allow unauthorized persons in your truck.

9)   Know where you are going. Avoid unnecessary stops or detours.

10)  If something doesn't feel right or you are suspicious of a situation out on the road, notify Operations and
contact local law enforcement.


*Harold C Thomas*
_____
Print Name

*Harold C Thomas*
_____
Driver Signature

8-23-05
_____
Date

G.F. Kelley v. U.S. Xpress
D 001739
Defendant's Doc. Production

Unipress, INC.

### A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that others have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Harold C. Harris_    Date _8-27-05_

G.F. Kelley v. U.S. Xpress
D 001740
Defendant's Doc. Production



Services, LLC

## HIPAA/COBRA Initial Notice
## Form for New Hires and New Spouse Dependent(s)
~Please print clearly and complete form fully~

Check ___ New Hire ✓ Employee's New Spouse ___ Employee's New Dependent (18 or older)

| Date: | Employer Name: | Group Number |
|---|---|---|
| 8.22.05 | USXPress | |

Employee Information

G.F. Kelley v. U.S. Xpress
D 001741
Defendant's Doc. Production

Street Address

State      Zipcode



# USXpress

# Drivers Legal Plan

**1101 Sovereign Row, Oklahoma City, OK 73108**

# 800-580-8789

This program will be available to all USX drivers for a nominal fee (payroll deducted) of $2.98 per week. Team drivers would pay $2.98 each. This coverage extends to any vehicle you operate, on or off the job. You may also get the same protection for your non-CDL spouse for only $1.50 per week.

Your CDL is, in fact, your livelihood. We believe that Drivers Legal Plan offers a very effective and affordable way to protect your driving career.

This offer is only available while you are an ACTIVE employee with this company. If you take any type of leave you must resubmit an application. So, take a moment to fill out the application, and then return it to the Human Resource Department so we can start your legal protection as soon as possible.

The attorneys of Drivers Legal Plan dedicate their entire practice to CDL defense. They have extensive experience in every state. They practically every court in the continental eight states. Known judges and prosecutors, CDL holders themselves, they, and their legal teams, have handled thousands of cases for drivers like you. They are familiar with federal hazmat standards, weight and length-restriction and moving violations in the various states, and, more importantly, the effects on your CDL.

Bad things can happen to good drivers, it just comes with the job. However, do not let them ruin your driving record and earning power. If your future is by ensuring that you have the highest quality legal protection available, and that the plan will be notified. Join Drivers Legal Plan today.

## Serious CDL Violations Include:
- ✓ Speeding 15 mph or over
- ✓ Reckless driving
- ✓ Improper Lane Change
- ✓ Following Too Closely
- ✓ Any Accident Involving a Fatality
- ✓ Suicidal Speeding
- ✓ No CDL in Possession

## Penalties Upon Conviction:

**All FMCS Convictions Count Against CDL In a 3 Year Period:**
- 2 Convictions = 60 Day Suspension
- 3rd Conviction = Additional 120 Day Suspension
- 6 Months Total Suspension = $$$$$$

G.F. Kelley v. U.S. Xpress
D 001742
Defendant's Doc. Production

Jennie Jefferson
Vice President
(800) 558-5879

## ... Protection You Need

Drivers Legal Plan, Inc. has been associated with Drivers Legal Plan since 1991. During this time, DLP attorneys have proven invaluable in protecting the legal rights of our drivers, and consequently, that of our company. You should highly regard the value of this program against a nominal cost of joining.

## ... Price You Can Afford

The most affordable legal plan on the market today at $2.98 per week.

Coverage under Drivers Legal Plan include:
- Attorney consultation in all 48 states application.
- An insurance-deferred agency that might be obtained directly by law office.
- Advice directly to law office via toll free number.

The service you have provided has good results on the part; they handle your cases and to finish too fast to beat, for an appeal to advance that is at a fraction of normal charges. You CDL afford to fight.

If you always handle your moving and non-moving violations, including Pacific CDL offenses. For only $100, $250 for simple accidents and involving loss of life or body, other legal endless, including alleged alcohol and drug violations can be handled by this plan as a 1% off discount, which is cost affordable as a 1% off discount, which is cost $$ charged in legal fees.

# DRIVERS
## Legal Plan

- DO PROFESSIONAL DRIVERS REALLY NEED LEGAL ASSISTANCE?
- IF SO, WILL *DRIVERS LEGal PLAN* SAVE YOU MONEY?

### The following real life cases answer these questions:

**Case #1:** Larry W.'s tractor trailer ran into a loaded school bus in rural Colorado. Larry was given a serious violation ticket. Fast legal action by the DLP staff got the ticket dismissed and avoided further civil suits which surely would have happened if he had been convicted.

As a DLP member, Larry paid the $150 accident fee for legal services. If he was not a member of DLP, his legal fees alone could have been over $2,500. Also, Larry's company was placed in a much more favorable position to settle the civil issues after his citation was no longer a factor.

**Case #2:** Martin T., licensed in Illinois, received a traffic ticket in Ohio. He called a local Ohio attorney who negotiated a "plea" to an amended charge of 59/55 with zero points. Martin accepted and paid the fine. Thirty days later, he received a suspension notice from Illinois. The 59/55 with zero points Ohio case is still a moving violation in Illinois. DLP got the case reopened and amended to a non-moving, parking violation *before* the Illinois suspension took place.

As a DLP member, Martin paid the $100 moving violation fee for legal services. Martin almost lost his job because he used an attorney that was not familiar with the CDL. Other attorneys in Ohio had asked for fees ranging to $500.

**Case #3:** Richard R., was ticketed for 72/65 on a stretch of highway in Missouri cited by Federal DOT as one of the eight most dangerous traffic spots in the United States. His white truck was spotted by plane and stopped by two state trooper chase vehicles. Richard denied going 72 m.p.h. DLP took this matter to jury trial and challenged the speed based on the time it took pursuit vehicles to catch our client driver, and the fact that Richard was one of three white trucks in proximity. The verdict was a 6-6 "hung jury". The judge noted that while he was a former prosecutor and would have convicted at a bench trial, it was the best traffic defense he had ever witnessed. Richard agreed to a non-moving violation rather than re-try the case.

Cost to Richard for jury trial defense was $100 as a member of DLP.
"Local" representation could have cost over $1500 and been much less effective.

**Case #4:** A driver was cited for hauling hazardous materials through a tunnel in Everett, PA. The load had been miscoded by military shippers. DLP legal staff was able to get the ticket dismissed.

The $100 cost to the DLP member was not the true value in this case. The driver was able to continue an award-winning safety career record and the company avoided a serious incident being noted on their motor carrier safety profile.

- LEGAL ASSISTANCE CAN SAVE YOUR RECORD & YOUR JOB.
- *DRIVERS LEGal PLAN* WILL SAVE YOU MONEY.

G.F. Kelley v. U.S. Xpress
D 001743



P.O. Box 32128
Phoenix, AZ 85064-2128
Phone: 602.274.4577
Fax: 602.234.9131
www.driverslegalplan.com

## PLAN PERFORMANCE

Even though past history is not a guarantee of future results, we thought an overview of performance by the attorneys of *Drivers Legal Plan* would be of particular interest to you as a prospective client.

The following results were obtained for drivers of a major motor carrier over a 12 month period

| DISPOSITION | Percent of Total | Description of Result |
|---|---|---|
| Dismissed | 19% | All charges dropped |
| Non-Moving | 16% | Charge changed and not shown on MVR |
| Probation | 16% | Probation for set time then dismissed |
| Reduction | 28% | Reduced from serious to non-serious |
| Traffic School | 10% | Traffic school and ticket was dismissed |
| Trial | 5% | Driver and Attorney went to trial |
| No Relief | 6% | We fought and lost |

As attorneys, we always attempt to get the violation dismissed. If dismissal is not possible, then we seek a reduction in the seriousness of the violation to a non-serious (non) violation, if the driver agrees. If all other remedies fail, we go to trial to protect the driver and his job. Ethics prevent any guarantee of results, but our past history may help you decide that our attorneys can, indeed, prove invaluable to the professional driver

In this case, we were able to favorably affect 94% of all cases.

*Drivers Legal Plan* concentrates on the legal defense of the driver. Our goal is to protect the driver's CDL and therefore his career all while keeping him out of court, off the phone and on the road

G.F. Kelley v. U.S. Xpress
D 001744
Defendant's Doc. Production

# DRIVERS
*Legal Plan*

PLAN APPLICATION

Effective

# USXPRESS, INC.

PLEASE PRINT

DATE _____ TM _2 ( 6___

NAME _Harell    C    Thomas___ COMPANY DRIVER _✓_ OR OWNER OPERATOR _____

ADDRESS _1536 Hines Rd._____

CITY _La Grange_____ STATE _Ga_ ZIP _3(2?1_

X Signature of Driver _Harell C Thomas_____    DATE _8 22 05_

Return to Safety Payroll c/o your instructor.

# Entry Level Driver Training Certificate

### Trained By

U.S. Xpress, Inc.
4080 Jenkins Rd. Chattanooga, TN 37421

I certify _Harold Thomas_ has completed
                        Driver Name

Entry Level Driver Training requirements in the following areas: driver qualifications, driver wellness, hours of service, and whistle blower protections requirements in accordance with the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.503.

_[signature]_
Name of Training Party

_[signature]_ 5/30/05
                  Date

_[signature]_
Signature of Trainer

1535 New Hope Church Rd Tunnel Hill, GA 30755

Address of Trainer

G.F. Kelley v. U.S. Xpress
D 001746
Defendant's Doc. Production

*U.S. Xpress Enterprises, Inc. and Subsidiaries*

*Policy on Alcohol and Drug Usage*

## APPLICATION

The following policy is applicable to all persons involved in the operations of companies owned by and or affiliated with or contracted to US Xpress Enterprises, Inc.. All of these companies have adopted the program described herein to the extent applicable to the services performed by each.

## PURPOSE

The company is concerned with workers safety and realizes that the state of a person's health can effect job performance and safety. Persons impaired by the use of drugs or alcohol while on the job pose serious safety and health risks to themselves, co-workers, and the public.

Our policy has been developed to help ensure the safety of each individual, co-worker, and the public. Any refusal to cooperate with the company's request for a drug screen or sobriety examination will result in immediate suspension and the ultimate disqualification or discharge of the individual, in the absence of circumstances acceptable to the company. This policy will apply to all individuals seeking employment and to all current workers.

## DEFINITIONS

With respect to drugs, "impaired" means the presence in a person's system of any detectable amount of a drug or it's metabolites, and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his/her job safely and effectively has been impaired by drugs.

The term "drugs" includes any and all controlled substances, such as but not limited to: marijuana, cocaine, opiates, amphetamines, barbiturates and phencyclidine (PCP). It also includes prescription and over-the-counter drugs, which are being abused.

For the purposes of alcohol usage, "impaired" means the retention by an individual of a blood alcohol content of .10% or more 0.04% or more

if the individual is operating a company vehicle or equipment upon testing by breathalyzer or blood test and/or speech, actions or an appearance that lead a supervisor to reasonably suspect that a person's ability to perform his or her job safely and effectively has been impaired by alcohol.

   *"Alcohol"* means ethyl alcohol (ethanol) and includes any liquid containing ethyl alcohol.

   *"Distribution"* means any exchange, transfer, or sharing whether for money or otherwise.

   *"Possession"* means on one's person, in one's personal effects, in one's vehicle, or under one's control.

   *"Consumption"* means any form of use, ingesting, inhaling, or injecting.

## INDIVIDUALS COVERED BY THE POLICY

Any employee of the company, and all individuals who are employees of a personnel leasing company leased to the company, are covered by this policy. Refusal to submit to required testing by this policy will be an assumption of testing positive, and the individual will be subject to immediate discipline up to and including termination.

Any person found to be positive will be subject to immediate discipline up to and including termination.

All applicants being considered for employment are required to pass a drug screen.

G.F. Kelley v. U.S. Xpress
D 001747
Defendant's Doc. Production

*...prises Enterprises, Inc. and Subsidiaries*

*Policy on Alcohol and Drug Usage*

## PROHIBITIONS

All persons covered by this policy are prohibited from the following:

➢ Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of drugs while working, while on company property or while operating company equipment.

➢ Manufacturing, distributing, dispensing, possessing, consuming, transferring or transporting of alcoholic beverages while working, while on company property, and while operating company equipment.

➢ Working or reporting to work while under the influence of drugs or alcohol.

➢ Use of legally obtained prescription or over-the-counter drugs (including alcohol or other chemicals) which may adversely affect job performance or safety is prohibited. The company may at its discretion, require an employee to refrain from working while impaired by any drug or medication.

➢ Use of taking someone else's prescriptions.

G.F. Kelley v. U.S. Xpress
D 001748
Defendant's Doc. Production

Uxpress. INC.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distraction are constant companions. The time away from my family is difficult. However, as a professional, I understand that other have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _Harold C Thomas_ Date _8-22-05_

G.F. Kelley v. U.S. Xpress
D 001749
Defendant's Doc. Production