# EXHIBIT 37

# Result Report

### *Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN ▮▮▮▮▮▮▮/Name:Anthony Walker
       Specimen ID # ▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000477
Defendant's Doc. Production

ps://safetysystems.transplace.com/drugAlcoholTesti...

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

ATN

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

SPECIMEN ID NO  **106565433**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE
A. Employer Name, Address, I.D. No.                    175030

US Xpress/Laredo
P.O. Box 425
Lowell, AR 72745
PH: 423-910-3560  FX: 423-910-3752

B. MRO Name, Address, Phone and Fax No.
Profile # 466337
DEWI-Robert Pillug, MD
9558 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 569-392-6113  FX: 314-362-6414

the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Anthony Walker_                    Anthony C WALKER                    8/25/05
    Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)            Date (Mo./Day/Yr.)

Daytime Phone No. (912) 210-3761    Evening Phone No. ( SAME            Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask
about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records.
THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT
PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                                ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000478
Defendant's Doc. Production

REMARKS _____

X _____            _____            __/__/__
    Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____            _____            __/__/__
    Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

SPECIMEN ID NO. **106565433**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. 115030 | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| US Xpress/Laredo<br>P.O. Box 425<br>Lowall, AR 72748<br>PH: 423-510-3560 FX: 423-510-3792 | Profile # 406357<br>DOWN-Robert Pfing, MD<br>8939 Hwy. 23, Ste. 4<br>Belle Chasse, LA 70037<br>PH: 504-394-4151    FX: 314-367-5860 |

_evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct._

X _Chris Walker_                        _Anthony C Walker_                        _8/25/05_
Signature of Donor                      (PRINT) Donor's Name (First, MI, Last)                    Date (Mo./Day/Yr.)

Daytime Phone No. ( _912_ ) _210-3761_    Evening Phone No. ( _SAME_ )    Date of Birth ▮▮▮
                                                                    Mo.    Day    Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

_In accordance with applicable Federal requirements, my determination/verification is:_

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                                            ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000622
Defendant's Doc. Production

REMARKS _____

X _____    _____    ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

_In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:_

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

CV 0



# DRIVER CERTIFICATION FILE

DRIVER NAME  *Anthony Walker*

ADDRESS  *1178 Flora St*        CITY  *Mt. Vernon*       STATE  *Ga*    ZIP  *30445*

SOCIAL SECURITY NO.  ███████████

DATE OF EMPLOYMENT

G.F. Kelley v. U.S. Xpress
D 001794
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | |
|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING |
| FUNCTION SPECIFIC | | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | |

| Name    (last         First         Middle) | Employer |
|---|---|
| WALKER   Anthony   Charles | USXpress  Enterprises |
| Social Security # | Address |
| ██████████ | 4080 Jenkins Road |
| Job Position | City        State        Zip |
| OTR  Driver | Chattanooga   TN      37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                                    Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| | Haz-mat 126/181 | USXpress Enterprises | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | G.F. Kelley v. U.S. Xpress D 001795 Defendant's Doc. Production | |

## Section 2                                    Relevant Training

Provide information from previous Hazmat employment training. Attach appendate:

144

# CONFIDENTIAL EMPLOYEE HISTORY

| Employee Name  *Anthony Walker* | Employment Date | Status |
|---|---|---|
| | | ☐ Regular  ☐ Part Time  ☐ Temporary |
| Address | City | State    Zip |

## PAYROLL DATA

G.F. Kelley v. U.S. Xpress
D 001796
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form.
**Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.**

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME **Walker    Anthony    Charles**
LAST      FIRST      MIDDLE                    SOCIAL SECURITY # ███████

OTHER NAMES USED _____ D.O.B. _____ EMAIL ADDRESS _____
                                              MONTH/DAY/YEAR

ADDRESS **1178 Flora        Mt. Vernon        Ga    30445**    PHONE # ███████
         STREET           CITY          STATE   ZIP

NOTIFY IN CASE OF EMERGENCY **Shannon    Walker**                    PHONE # ███████

ADDRESS **247 Findley Cemetry Rd    Lyon        Ga** _____
         STREET              CITY          STATE   ZIP

ARE YOU CURRENTLY EMPLOYED? ☑ YES  ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☑ YES  ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES  ☑ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES  ☑ NO   IF YES, ANSWER A) AND B)

A) DATES:  FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY?  ☐ YES  .  ☐ NO    BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _____ TO **PRESENT    1178 Flora St    Mt. Vernon    Ga    30445**
                                STREET          CITY       STATE   ZIP

(2) FROM _____ TO _____ _____
                          STREET          CITY       STATE   ZIP

(3) FROM _____ TO _____ _____
                          STREET          CITY       STATE   ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES  ☐ NO    GRADUATION DATE **9/94**

NAME **Accident Free America**

                              LOCATION: **Columbus Ga**

## MILITARY STATUS

G.F. Kelley v. U.S. Xpress
D 001797
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES  ☐ NO

BRANCH **US Army**                    DATES:  FROM **6/91** _____ TO **8/94**

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES  ☑ NO

G.F. Kelley v. U.S. Xpress
n 001798

Name of Company

By

Address of Company

G.F. Kelley v. U.S. Xpress
D 001799
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001800
Defendant's Doc. Production

ENDORSEMENTS

G.F. Kelley v. U.S. Xpress
D 001801
Defendant's Doc. Production

| | POV | CMV |
|---|---|---|
| | POV | CMV |
| | POV | CMV |

AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information, as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may cause my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, the original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to resolve any claims relating to the qualification process or any disputes arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Sections 382.415, 391 and § 391.23 of the Federal Motor Carrier Safety Regulations, I authorize and give consent to release information, including my record, and permit the prospective motor carrier to ...

G.F. Kelley v. U.S. Xpress
D 001802
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001803
Defendant's Doc. Production

U.S. Xpress, Inc.

## Equal Employment Opportunity Questionnaire

To ensure compliance with state and federal government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Please Print

Name _Anthony WALKER_____ Application Date ___8/25/05___

Address _____

Social Security Number [REDACTED] Position Applied For: **Driver**

> I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please circle or fill in appropriate response to each section.

A.     Birthday: [REDACTED] .

B.     Gender: (Male)          Female

C.     Race/Ethnic Groups:
- 0. White      White persons not of Hispanic origin and having origins in any of the original people of Europe, North Africa, or the Middle East
- 1.(Black)      Black persons not of Hispanic origin and having origins in any of the black racial groups of Africa
- 2. Asian or      Asian or Pacific Islander persons having origins in any of the original peoples of the Far East, Southeast, Asia, the Indian Subcontinent of the Pacific Island (i.e. China, Japan, Korea, the Philippines, Hawaii and Samoa)
- 3. American      American Indian or Alaskan native persons having origins in any of the original people of North America and who maintain cultural identification through tribal affiliation or community recognition
- 4. Hispanic      Hispanic persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race
- 5. Other      Other persons who cannot be categorized into any of the above categories, Specify:
_____

D. Method of Referral:

_____

G.F. Kelley v. U.S. Xpress
D 001804
Defendant's Doc. Production

U.S. Xpress, Inc.

Authorization for Compensation Deduction For Physical Provided to U.S. Xpress.

I understand that I am responsible for the payment of my physical. I authorize any company owned by and. or affiliated and·or contracted to U.S. Xpress, Inc. to withhold the amount listed below from my compensation upon my contract start date.

Physical: $45.00

Print Name  _Anthony  WAlKER_

Social Security Number  ___███████████___

Signature  _Anthony  Walker_

_____          Date _____

U.S. Xpress Representative Signature

*(Use this form only when we have paid for driver's physical.)*

G.F. Kelley v. U.S. Xpress
D 001805
Defendant's Doc. Production

U.S. XPRESS                                    ⁻ New I C    . Re-contracted
INDEPENDENT CONTRACTOR DATA SHEET    : Change from Company Driver to I C
*PLEASE PRINT CLEARLY*                          ⁻ Info Change only

ORIENTATION COMPLETED AT    THL    SERVICE CENTER

POSITION:
  Independent contractor        Driver for Independent Contractor *    Other _____
*Name of Independent Contractor/Fleet Owner _____

Domicile at _____    Terminal _____

SOCIAL SECURITY #: ██████████    DATE OF CONTRACT  8/25/05  DATE OF BIRTH: ██████

NAME  Anthony Walker _____    NAME CALLED  Anthony ____

ADDRESS:  178 Flor _____

CITY, STATE, & ZIP:  Mt Vernon  Ga  30445 _____

HOME TELEPHONE # : ( 912 )  526  -  6692 ____

GENDER  ✓MALE  FEMALE        MARITAL STATUS: ✓MARRIED . SINGLE

EMERGENCY CONTACT INFORMATION
CONTACT NAME:  Shannon Walker _____
RELATIONSHIP:  Wife ____    PHONE #  912. 526 - 6692 ____

RACE (your response to this is optional):  : White  ✓Black ⁻ Asian/Pacific Islander ⁻ American Indian/ Alaskan
Native :' Hispanic  ⁻ Other

SPOUSE NAME:  Shannon Walker _____    PHONE#( 912 )- 526 - 6692

COMPENSATION CHECK DISPOSITION
(YOU MUST CHOOSE ONE OF EACH OPTION)
(Please check choice)
CHECK DISPOSTION:    WIRE COMDATA  ✓DIRECT DEPOSIT ⁻ MAIL HOME    MAIL OTHER
SETTLEMENT SHEET DISPOSITION:  ✓MAIL HOME    MAIL OTHER
OTHER ADDRESS _____
                                    City          State          Zip

CDL LICENSE #: 032401981    STATE: Ga  EXP DATE: 9/20/06  ENDORSMENTS: ____

DOT PHYSICAL EXP DATE:  3 ; 7 ; 07 VERIFIED EXPERENCE: ____YRS____MOS

COMDATA # _____    Transfund #: ____

HUMAN RESOURCE USE ONLY          Log Id # _____
  Entered
If re-contracted; original contract date _____;____;____    Original contract end date ____;____;____

G.F. Kelley v. U.S. Xpress
D 001806
Defendant's Doc. Production

U.S. Xpress, Inc.
Acknowledgment of Responsibility

This confirms that _Anthony Walker_ is an Independent Contractor
(Owner's Name)
Leased to U.S. Xpress, Inc. The Independent Contractor owns controls Unit # _1390_.

All parties involved understand that _Anthony Walker_. Independent
(Driver's Name)
Contractor Driver Employee operates Unit # _1390_ for the referenced Independent

Contactor.

Both the Independent Contractor and the Independent Contractor Driver
Employee understands and confirm that the Independent Contactor is responsible for
payment of all wages, tax withholdings and any compensation paid to the Independent
Contactor Driver Employee.

Independent Contactor agrees that Independent Contractor is responsible for
informing Independent Contractor's insurance company that an additional Independent
Contractor Driver Employee has been added.

Date _8/25/05_          Signature _Anthy Walker_

(The original signed copy of this form is to be retained in the Independent Contactor Driver
Employee's Driver Qualification File.)

G.F. Kelley v. U.S. Xpress
D 001807
Defendant's Doc. Production

U.S. Xpress, Inc.

Independent Contractor Driver Receipt

I acknowledge receipt of the pocket guide relating to Hazardous Materials compliance. This details driver responsibilities and duties in the transportation of hazardous materials, as prescribed by the U.S. Department of Transportation in Title 49 CFR Part 171-80 and 390-397.

I acknowledge receipt of the Emergency Response guides, detailing emergency response procedures as developed under the supervision of the office of hazardous materials initiatives and training, research and special programs administration, U.S. Department of Transportation.

I acknowledge receipt of and agree to familiarize myself with the Federal Motor Carriers Safety Regulations (FMCSR), as prescribed by the U.S. Department of Transportation, Parts 382, 383, 387, 390-397 and 399-400 of subchapter B, chapter 3, title 49 of the code of federal regulations. I realize that I may be disqualified as a driver and compensation may be forfeited, if I fail to comply with these regulations.

I acknowledge receipt of a copy of the drug and alcohol policy for all persons covered by D.O.T. regulations, that I have read and fully understand its contacts that I understand I may be subject to drug or alcohol testing, and that I may be disqualified for testing positive or refusing to cooperate in testing.

I acknowledge that from time to time any of the above-referenced publications, forms and regulations may be modified or update, that the company will give me notice of same, that the new documents(s) will be made available to me, and that it is my responsibility to acquire those new documents, read them and company with the contents and provisions.

*****************************Note*********************************
This receipt shall be read and signed by the independent contractor driver. A responsible company supervisor shall countersign, and a copy of the receipt will be placed in contractor's personnel file.

Print Name _Anthony   WALKER_

Social Security Number ███████████████

Signature _Anthony   Walker_                    Date _8/25/05_

Supervisor's Signature _____   Date _____

G.F. Kelley v. U.S. Xpress
D 001808
Defendant's Doc. Production

U.S. Xpress. Inc.

Acknowledgement of Sexual Harassment Policy

I certify that I have read. that I have received. and that I understand the Sexual Harassment and Discrimination Policy of U.S. Xpress. Inc.

Print Name _Anthony Walker_____

Signature _Anthony Walker___ Date _8/25/05____

Witness _____ Date _____

G.F. Kelley v. U.S. Xpress
D 001809
Defendant's Doc. Production

U.S. Xpress. Inc.

Disclosure and Release

In connection with my application for employment or contracting with U.S. Xpress, Inc., I understand that consumer reports, which may contain public record information, may be requested from DAC Services, Tulsa, Oklahoma. These reports may include that following types of information: names and dates of previous employers, reasons for termination of employment or contracting, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, worker's compensation claims, criminal records, etc., from federal, state and other agencies, which maintain such records, as well as information from DAC Services concerning previous driving record requests, made by others from such state agencies and state provided driving records.

I authorize, without reservation, any party or agency contacted by DAC to furnish the above-mentioned information.

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information, and the recipients of any reports on me which DAC has previously furnished within the two-year period preceding my request. I hereby consent to information which DAC has or obtains, and my employment or contract history with you if I am hired or qualified as an independent contractor driver, to be supplied by DAC to other companies which subscribe to DAC Services.

I hereby authorize procurement of consumer report(s). This authorization shall remain on file and shall serve as ongoing authorization for you to procure consumer reports at any time during my employment or contract period.

Print Name _Anthony WAlKeR_

Social Security Number _███████████_

Signature _Anthony WalKer_ Date _8/25/05_

G.F. Kelley v. U.S. Xpress
D 001810
Defendant's Doc. Production

U.S. Xpress, Inc.

## Notice to Drivers

Trucking companies are regulated by the Federal Highway Administration of the Department of Transportation (DOT), which has the authority to oversee hiring, employment and contracting standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring and contracting process and ongoing employment and contracting criteria at U.S. Xpress and are a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (Whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition, both past and present.

U.S. Xpress, Inc. will conduct an investigation into these areas prior to hire or qualification annually as required by the FMCSR, and intermittently as safety, factors (citation, accidents, medical, etc.) arise. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph.

U.S. Xpress, Inc. will also contact former employees and carriers, and order whatever information deemed relevant to make a decision as to the hiring or qualification or retention or qualification of a driver.

In making a hiring or qualification decision, it is the intent of U.S. Xpress, Inc. to rely on (1) the company's need for drivers; (2) the pool of qualified applicants; and (3) the qualifications of a driver who is applying measured against a minimum established by law, prudence or company policy.

U.S. Xpress, Inc. does not rely solely on consumer-reporting agencies in making a hiring or qualification decision. It is felt that by going to the information source directly, the driver or previous employer or carrier for instance, we can get a complete and accurate account of the safety history. U.S. Xpress, Inc. does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment, prior contracts and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire or qualification, this information will be disclosed to the driver in question, and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. U.S. Xpress, Inc. will reconsider new information if it is pertinent to the hiring, retention or qualification decision. However, any issue, which is resolved between DAC Services and the applicant, may not require U.S. Xpress, Inc. to alter the original decision.

I understand that it is my responsibility to report information to U.S. Xpress, Inc. concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Print Name __Anthony   Walker__

Social Security Number ___████████___

Signature __Anthony   Walker__               Date __8/25/05__

G.F. Kelley v. U.S. Xpress
D 001811
Defendant's Doc. Production

U.S. Xpress, Inc.

A Commitment to Safety

As a truck driver, my work is challenging. Frustration and distractions are constant companions. The time away from my family is difficult. However, as a professional, I understand that others have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself, my family, my customers, my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger, depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature  _Andy Walker_     Date  _8/25/05_

G.F. Kelley v. U.S. Xpress
D 001812
Defendant's Doc. Production

U.S. Xpress, Inc.

Cargo Security
Policy Guidelines

"The Driver's Role in Cargo Security and Loss Prevention"

1.) Never leave your vehicle unattended with the engine running or the keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress, Inc.

2.) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3.) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4.) Park in only well-lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5.) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup, or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with these restrictions. If you do not, notify Operations immediately prior to picking up the load.

6.) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7.) Follow assigned routing. Notify Operations of any necessary deviations.

8.) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9.) Know where you are going. Avoid unnecessary stops or detours.

10.) If something does not feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Print Name ___Anthony Walker_____

Signature ___Antty Walka_____ Date ___8/25/05_____

G.F. Kelley v. U.S. Xpress
D 001813
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Anthony WAlKER_ , understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly | 1/05  present |
| Jennings logistics | 8/04 to 12/04 |
| Kelly | 3/02 to 8/04 |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Anthony Walker_                    ████████              _8/25/05_
Signature of applicant                    SSN                    DATE

G.F. Kelley v. U.S. Xpress
D 001814
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Anthony WALKER_    SS# ████████

Address _1178 Flora mt. VERNON GA 30445_

License: State _GA_    Class _A_    License # _03240198/_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: _Anthony Walka_

G.F. Kelley v. U.S. Xpress
D 001815
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

                                                            Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Anthony Walker_

Social Security Number: ███████████

Motor Vehicle Operators License Number: _032401981_

Type of License: _A_    Issuing State: _Ga_    Exp. Date: _9/20/06_

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | 8/24/05 | ███ |
| Hours Worked | 0 | 0 | 0 | 8 | 8 | 5 | 6 | 27 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __:__/____ through _____ am/pm __/__.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_0925_ : _8/25/05_    _8_    _05_
Time        Day        Month        Year

_Anthony Walker_                              _9/25/05_
Driver's Signature                           Date

                                    G.F. Kelley v. U.S. Xpress
                                    D 001816
                                    Defendant's Doc. Production