# EXHIBIT 38

# Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    SSN:███████Name:Jimmy Walters
       Specimen ID #███████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
**D 000518**
Defendant's Doc. Production

SPECIMEN ID NO. **106553016**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Jimmy Chube_                          _Jimmy Charles Walter_   8/24/05
   Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. ( 9/0 )234 0900    Evening Phone No. ( 9/0 )234 0900   Date of Birth _____
                                                                                   Mo.   Day   Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
          ☐ DILUTE                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000661
Defendant's Doc. Production

REMARKS _____

X _____    _____    ___/___/___
   Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
   Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO.  **106553016**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

130808

US Xpress/General
P.O. Box 185
Lowell, AR 72745
PH: 023-510-3360 FX: 023-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 653023
OFME-Robert Pflug, MD
8554 Hwy. 23, ste. 4
Belle Chasse, LA 70037

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Signature of Donor

*Jimmy Charles Walton*  8/24/05

Daytime Phone No. (901) 234 0900      Evening Phone No. (901) 234 0900      Date of Birth ████ (PRINT) Donor's Name (First, MI, Last)

Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
            ☐ DILUTE                          ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000519

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  WAlter (LAST)  Jimmy (FIRST)  Charles (MIDDLE)     SOCIAL SECURITY # ▮▮▮▮

OTHER NAMES USED ▮▮▮▮

DATE OF BIRTH _____ (MONTH / DAY / YEAR)     E-MAIL ADDRESS _____

ADDRESS  3535 Cleardon-Cleardowia Rd. (STREET)  Chadbourn N.C. (CITY)     PHONE # ▮▮▮▮

N.C. (STATE)     28431 (ZIP)     CELL PHONE # _____

NOTIFY IN CASE OF EMERGENCY  Deborah  Walters     PHONE # ▮▮▮▮

ADDRESS  3535 Cleardon-chadbouwn Rd (STREET)     (CITY)  N.C. (STATE)     28431 (ZIP)

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM  20 yves  TO ____  3535 Cheardow-chadbouwn Rd. (STREET)  Chadbouwn (CITY)  N.C. (STATE)  28431 (ZIP)

(2) FROM ____ TO ____   (STREET)   (CITY)   (STATE)   (ZIP)

(3) FROM ____ TO ____   (STREET)   (CITY)   (STATE)   (ZIP)

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☑ YES  ☐ NO     GRADUATION DATE  1970

NAME  Charlotte Driving     LOCATION:  Charlotte N.C.

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☑ NO

BRANCH _____  DATES:  FROM _____  TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 000831
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000832
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000833
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of the company or myself.

In accordance with Section(s) 391.205, 531.415 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature: _Jimmy Charles Watts_    Date: 8/10/05

-- USX is an Equal Opportunity Employer --    USXDA-Rev. 2-00

G.F. Kelley v. U.S. Xpress
D 000834
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000835
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Jimmy Charles Walters_

ADDRESS _3535 Clarendon - Chadbourn Rd._  CITY _Chadbourn_  STATE _N C_  ZIP _28431_

SOCIAL SECURITY NO. ████████████

DATE OF EMPLOYMENT _____

G.F. Kelley v. U.S. Xpress
D 001817
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks.)

Name: _____  Address: _____

License No. 7804535  State: AL  (Equipment Driven, Tractor FREON VOLVO, Trailer  NC. 08431

Checked From Wadley  To Wadley  Date Aug 24 05

### Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit

Looks for leakage of coolants, fuel and lubricants

Checks under the hood - oil, water, general condition of engine compartment and steering

Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper)

Test brake action, tractor protection valve, and parking (hand) brake

Knows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers

Checks Instruments

Cleans windshield, windows, mirrors, lights, and reflectors

### Part 2 - Placing vehicle in motion and use of controls

#### Engine

Starts engine without difficulty

Allows proper warm-up

Understands gauges on instrument panel

Maintains proper engine speed while driving

Basic Knowledge of motors - gas, diesel

Abuse of motor

#### Clutch and Transmission

Starts loaded unit smoothly

Uses clutch properly

Times gearshifts properly

Shifts gears smoothly

Uses proper gear sequence

#### Brakes

Understands operating principles of air brakes

Knows proper use of tractor protection valve

Understands low air warning

Tests brakes before starting trip

#### Looks to check traffic conditions & signal when pulling out from parked position

Stops in illegal or unsafe location

#### Parking (road)

Gets off pavement

Avoids parking on soft shoulder

Uses emergency warning signals when required

Parked unit properly

### D. Steering

Fights steering wheel

Allows truck to wander

### E. Lights

Knows lighting regulations

Uses proper headlight beam

Dim lights when meeting or following other vehicles

Adjust speed to range of headlights

Proper use of auxiliary lights

### Part 3 - Coupling and Uncoupling

Lines up units

Hooks brake and light lines properly

Secures trailer against movement

Backs under slowly

Tests hookup with power

Checks hookups visually

Handles landing gear properly

Proper hook-up of full trailer

Secures power unit against movement

### Part 4 - Backing and Parking

#### A. Backing

Gets out and checks before backing

Looks back as well as uses mirror

Gets out and rechecks conditions on long back

Avoids backing from blind spot

Signals when backing

Controls speed and direction properly while backing

#### B. Parking (city)

Takes too many pull ups

Hits nearby vehicles or stationary objects

Hits curb

Parks too far from curb

#### D. Grade Crossings

Adjusts speed to conditions

Makes safe stop, if required

Selects proper gear

#### F. Speed

Speed consistent with basic ability

Adjusts speed properly to road, weather, traffic conditions, legal limits

Slows down for rough roads

Slows down in advance of curves

G.F. Kelley v. U.S. Xpress
D 001818
Dr. Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly ascending
Gears down properly
Stops and restarts without rolling back          ——————
Test brakes at top of hills                       ——————
Uses brake properly on grades                     ——————
Uses mirrors to check traffic in rear             ——————
Signals following traffic                         ——————
Avoids sudden stops                               ——————
Stops smoothly without excessive                  ——————
  fanning
Stops before crossing sidewalk when               ——————
  coming out of driveway or alley
Stops clear of pedestrian crosswalk               ——————

Part 6 - Operating in traffic Passing and Turning

A. Turning
Gets in proper lane well in advance               ——————
Signals well in advance                           ——————
Checks traffic conditions and turns only when     ——————
  way is clear
Does not swing wide or cut short while turning    ——————

B. Traffic Signs and Signals
Does not approach signal prepared to stop if      ——————
  necessary
Violates traffic signal                           ——————
Runs yellow light                                 ——————
Starts up too fast or too slow on green           ——————
Fails to notice or heed traffic signs             ——————
Runs "stop" signs                                 ——————

C. Intersections
Adjusts speed to permit stopping if necessary     ——————
Checks for cross traffic regardless of traffic controls  ——————
Yields right-of-way for safety                    ——————

Passing
Passes with insufficient clear space              ——————
  ahead
Passes in unsafe location;hill, curve,            ——————
  intersection
Fails to signal change of lanes                   ——————
Pulls out and back - uncertain                    ——————
Obligates waiting chance to pass                   ——————
Picks traffic with slow pass                      ——————
Pulls in too short returning to right lane        ——————

General Performance: Satisfactory___X___   Needs Training _____   Unsatisfactory _____
Qualified for:Truck __X__   Tractor-Semi trailer _X_ X___   Other _____

Signature of Examiner  *Wallace R. Bird*  _____

intersections, etc.                               ——————
Maintains consistent speed                        ——————

G. Courtesy and Safety
Depends on others for safety                      ——————
Yields right-of-way for safety                    ——————
Fails to go ahead when given right-of-            ——————
  way by others
Tends to crowd other drivers or force             ——————
  way through traffic
Fails to allow faster traffic to pass             ——————
Fails to keep right and in own lane               ——————
Unnecessary use of horn                           ——————
Other discourtesy or improper conduct             ——————

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive
Consistently aware of changing traffic            ——————
  conditions
Adjusts driving to meet changing                  ——————
  conditions
Performs routine functions without taking         ——————
  eyes from road
Checks instruments regularly                      ——————
Willing to take instructions & suggestions        ——————
Adequate self-confidence in driving               ——————
Nervous, apprehensive                             ——————
Easily angered                                    ——————
Complains too much                                ——————
Personal appearance, manner,cleanliness           ——————
Physical Stamina                                  ——————

B. Handling of Freight
Checks freight properly                           ——————
Handles and loads freight properly                ——————
Handles bills properly                            ——————
Breaks down load as required                      ——————

C. Rules and Regulations
Knowledge of company rules
Knowledge of regulations, federal, state
  local
Knowledge of special truck routes
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

G.F. Kelley v. U.S. Xpress
D 001819
Defendant's Doc. Production

☰ U.S. XPRESS, INC.  ☰ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Jimmy Chuks Licen_

Social Security No. ▓▓▓▓▓▓▓▓▓▓

Commercial Driver's License No. _5 C 4 1 3 4 C_

State _L.A._  Location of Test _Wadley_

Type of Power Unit _POL EC_  Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision

on _Aug 24_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace L Bird_ _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as 'off duty' time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book

Date _8-24-05_  Driver's Signature _Jimmy Chuks Licen_

_____ Instructor's Signature _____ SAFETY DEPT

G.F. Kelley v. U.S. Xpress
D 001820



G.F. Kelley v. U.S. Xpress
D 001821
Defendant's Doc. Production

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road · Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME __Walter__ __Jimmy__ __Charles__    SOCIAL SECURITY # ███████
LAST    FIRST    MIDDLE

OTHER NAMES USED _____

DATE OF BIRTH ███████    EMAIL ADDRESS _____

ADDRESS __3535 Chadbourn-Chadbourn Rd.__ __Chadbourn__ __N.C.__    PHONE ███████
STREET    CITY

__N.C.__    __28431__    CELL PHONE ███████
STATE    ZIP

NOTIFY IN CASE OF EMERGENCY __Deborah Walters__    PHONE ███████

ADDRESS __3535 Chadbourn-Chadbourn Rd.__    __N.C.__    __28431__
STREET    CITY    STATE    ZIP

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _____ TO __20 yrs__    __3535 Chadbourn-Chadbourn Rd.__ __Chadbourn__ __N.C.__ __28431__
STREET    CITY    STATE    ZIP

(2) FROM _____ TO _____    _____
STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____    _____
STREET    CITY    STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☑ YES  ☐ NO    GRADUATION DATE __1990__

NAME __Charlotte Driving__    LOCATION: __Charlotte N.C.__

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?    ☐ YES  ☑ NO

BRANCH _____  DATES:  FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001822
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001823
Defendant's Doc. Production

| | | | POV | CMV | | | |
|---|---|---|---|---|---|---|---|

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 001824
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature _____    Date  X /10/ 05

G.F. Kelley v. U.S. Xpress
- 001025

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | |
|---|---|
| GENERAL AWARENESS | SAFETY TRAINING |
| FUNCTION SPECIFIC | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | 8-24-05 |

| Name    (last)      First        (Middle) | Employer |
|---|---|
| Walters  Jimmy (Chili) | USXpress Enterprises |
| Social Security # ▉▉▉▉▉▉ | Address |
|  | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR  Driver | Chattanooga    TN          37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (aX3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1                 Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8-24-05 | Haz-mat 126/181 | USXpress Enterprises |  | 8-24-05 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### Section 2                 Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001826
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

1. _Timmy Charles Walker_ understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years: (ii) all alcohol test results of 0.04 or greater during the past three (3) years: (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years: (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| _Kelly Trucking_ | _4-10-2005 · Now - 8. 0 5_ |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Timmy Charles Walker_                  ▉▉▉▉▉▉▉▉                  _8-24-05_
Signature of applicant                        SSN                              DATE

G.P. Kelley v. U.S. Xpress
D 001827
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Jimmy Charles Walters_ SS# ███████████

Address _3535 Cheadow Chatham Rd., Chatham N.C. 28437_

License: State _N.C._ Class _A_ License # _3045580_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____     License # _____

State _____ Class _____     License # _____

Driver's Signature: _Jimmy Charley Walters_

G.F. Kelley v. U.S. Xpress
D 001828
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Jimmy Charles Withers_

Social Security Number: ████████████

Motor Vehicle Operators License Number: _3045550_

Type of License: A   Issuing State: NC   Exp. Date: 8-23-09

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|-----|---|---|---|---|---|---|---|-------|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | ████ |
| Hours Worked | 0 | 0 | 0 | 0 | 3¾ | 10½ | 10½ | 22¾ |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __/__/__ through _____ am/pm __/__/__.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_11 pm_   _23_   _8_   _05_
Time   Day   Month   Year

_Jimmy Charles Withers_          _8-24-05_
Driver's Signature              Date

G.F. Kelley v. U.S. Xpress
D 001829
Defendant's Doc. Production