# EXHIBIT 39

# Result Report

### *Confidential*

08/30/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    SSN:⬛⬛⬛    Name:Darrell Weldon
       Specimen ID #⬛⬛⬛

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000409
Defendant's Doc. Production

SPECIMEN ID NO. **106552996**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130603 | Profile # 953023 |
| US Xpress/General | SFWI-Robert Pling, MD |
| P.O. Box 186 | 8556 Hwy. 23, Ste. 4 |
| Lowell, AR 72746 | Belle Chasse, LA 70037 |
| PH: 423-518-3560 FX: 423-510-3792 | PH: 504-394-3151 FX: 216-587-1200 |

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Darrell Waldon_    (PRINT) Donor's Name (First, MI, Last) _Darrell Wayne Wolden_    Date (Mo./Day/Yr.) _8/24/05_
Signature of Donor

Daytime Phone No. _(334)567-3535_    Evening Phone No. _(334)467-3084_    Date of Birth ▬▬▬

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000660
Defendant's Doc. Production

REMARKS _____

X _____    _____    _____
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. **106552996**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.                    130808

US Xpress/General
P.O. Box 425
Lowell, AR 72746
PH: 423-510-3560  FX: 423-510-3792

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

B. MRO Name, Address, Phone and Fax No.
Profile # 653023
DRMI-Robert Oflug, MD
8158 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle used was sealed with a temper-

X _Darrell Waldon_                    Darrell Wayne Weldon                    8/24/05
    Signature of Donor                 (PRINT) Donor's Name (First, MI, Last)              Date (Mo./Day/Yr.)

Daytime Phone No. **(334)567-3575**        Evening Phone No. **(334)467-3084**        Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
     ☐ DILUTE                                              ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

G.F. Kelley v. U.S. Xpress
D 000448
Defendant's Doc. Production

X _____
    Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          ___/___/___
                                                                                                                    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

X _____
    Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          ___/___/___
                                                                                                                    Date (Mo./Day/Yr.)



# DRIVER CERTIFICATION FILE

DRIVER NAME _Darrell Walden_

ADDRESS _102 Eagle Hill_     CITY _Wetiempka_     STATE _AL_     ZIP _36092_

SOCIAL SECURITY NO. ███████████

DATE OF EMPLOYMENT _____

G.F. Kelley v. U.S. Xpress
D 001770
Defendant's Doc. Production

# NFIDENTIAL EMPLOYEE HISTORY

| ee Name | Employment Date | Status |
|---|---|---|
| rrell Walden | | ☒ Regular  ☐ Part Time  ☐ Temporary |

| | City | State | Zip |
|---|---|---|---|
| Eagle Hill | WeTumpka | AL. | 36C42 |

## OLL DATA

| | Gender | Social Security No. | Marital Status | Domicile Terminal |
|---|---|---|---|---|
| ▇▇▇ | M | ▇▇▇▇▇▇▇ | M | Waddey AL. |

## ergency Notify

| | | City | State | Zip | Phone |
|---|---|---|---|---|---|
| erly Walden | Spouse Wife | WeTumpka | AL. | 36C42 | 334-562-25 |
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Child | City | State | Zip | Phone |
| | Parent | City | State | Zip | Phone |
| | Parent | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Sibling | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |
| | Other | City | State | Zip | Phone |

G.F. Kelley v. U.S. Xpress
D 001771
Defendant's Doc. Production

# RECORD OF ROAD TEST

Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.

Name: _Darrell Walden_  Address: _1026 Eagle Hill wY Tumpky AL 36092_
License No. _7226131_ State: _AL_ Equipment Driven, Tractor _FL CONV_ (VOLVO) Trailer _35_
Checked From: _Wadley_ To: _Lindsey_ Date: _Aug 24, 05_

## Part 1 - Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| Checks general condition approaching unit | _____ |
| Looks for leakage of coolants, fuel and lubricants | _____ |
| Checks under the hood - oil, water, general condition | |
| of engine compartment and steering | _____ |
| Checks around the unit - tires, lights, trailer hookup | |
| brake and light lines, body, doors, horn, windshield | _____ |
| wipers, rear end protection (bumper) | _____ |
| Test brake action, tractor protection valve, and | |
| parking (hand) brake | _____ |
| Knows use of jacks, tools, emergency warning devices, | |
| fire chains, fire extinguisher, spare fuses, and | |
| four way flashers | _____ |
| Checks Instruments | _____ |
| Cleans windshield, windows, mirrors, lights, and | |
| reflectors | _____ |

## Part 2 - Placing vehicle in motion and use of controls

### Engine

| | |
|---|---|
| Starts engine without difficulty | _____ |
| Allows proper warm-up | _____ |
| Understands gauges on instrument panel | _____ |
| Maintains proper engine speed while driving | _____ |
| Basic knowledge of motors - gas, diesel | _____ |
| Abuse of motor | _____ |

### Clutch and Transmission

| | |
|---|---|
| Starts loaded unit smoothly | _____ |
| Uses clutch properly | _____ |
| Times gearshifts properly | _____ |
| Shifts gears smoothly | _____ |
| Uses proper gear sequence | _____ |

### Brakes

| | |
|---|---|
| Understands operating principles of air brakes | _____ |
| Knows proper use of tractor protection valve | _____ |
| Understands low air warning | _____ |
| Test brakes before starting trip | _____ |
| Fails to check traffic conditions & signal | |
| when pulling out from parked position | _____ |
| Parks in illegal or unsafe location | _____ |

### Parking (road)

| | |
|---|---|
| Parks off pavement | _____ |
| Avoids parking on soft shoulder | _____ |
| Uses emergency warning signals when | |
| required | _____ |
| Secured unit properly | _____ |

### D. Steering

| | |
|---|---|
| Fights steering wheel | _____ |
| Allows truck to wander | _____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | _____ |
| Uses proper headlight beam | _____ |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed to range of headlights | _____ |
| Proper use of auxiliary lights | _____ |

## Part 3 - Coupling and Uncoupling

| | |
|---|---|
| Lines up units | _____ |
| Hooks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

## Part 4 - Backing and Parking

### A. Backing

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | |
| Gets out and rechecks conditions on | |
| long back | |
| Avoids backing from blind spot | _____ |
| Signals when backing | |
| Controls speed and direction properly | |
| while backing | |

### B. Parking (city)

| | |
|---|---|
| Takes too many pull ups | _____ |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

### D. Grade Crossings

| | |
|---|---|
| Adjusts speed to conditions | _____ |
| Makes safe stop, if required | _____ |
| Selects proper gear | _____ |

### F. Speed

| | |
|---|---|
| Speed consistent with basic ability | |
| Adjusts speed properly to road, weather, | |
| traffic conditions, legal limits | _____ |
| Slows down for rough roads | |
| Slows down in advance of curves. | |

G.F. Kelley v. U.S. Xpress
D 001772
Defendant's Doc. Production

**art 5 - Slowing and Stopping**

| | |
|---|---|
| es gears properly ascending | _____ |
| cars down properly | _____ |
| ops and restarts without rolling back | _____ |
| st brakes at top of hills | _____ |
| ces brakes properly on grades | _____ |
| es mirrors to check traffic to rear | _____ |
| gnals following traffic | _____ |
| voids sudden stops | _____ |
| ops smoothly without excessive | _____ |
| anning | _____ |
| ops before crossing sidewalk when | _____ |
| coming out of driveway or alley | |
| ops clear of pedestrian crosswalk | _____ |

**rt 6 - Operating in traffic Passing and Turning**

**Turning**

| | |
|---|---|
| ns in proper lane well in advance | _____ |
| gnals well in advance | _____ |
| ecks traffic conditions and turns only when | |
| way is clear | _____ |
| es not swing wide or cut short while turning | _____ |

**Traffic Signs and Signals**

| | |
|---|---|
| oes not approach signal prepared to stop if | |
| necessary | _____ |
| olates traffic signal | _____ |
| ms yellow light | _____ |
| ans up too fast or too slow on green | _____ |
| ils to notice or heed traffic signs | _____ |
| ms "stop" signs | _____ |

**Intersections**

| | |
|---|---|
| ljusts speed to permit stopping if necessary | _____ |
| ecks for cross traffic regardless of traffic controls | _____ |
| elds right-of-way for safety | _____ |

**Passing**

| | |
|---|---|
| sses with insufficient clear space | |
| ahead | _____ |
| sses in unsafe location;hill, curve. | |
| ntersection | _____ |
| ils to signal change of lanes | _____ |
| ills out and back - uncertain | _____ |
| ilgates waiting chance to pass | _____ |
| ocks traffic with slow pass | _____ |
| lls in too short returning to right lane | _____ |

neral Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____

alified for:Truck __X____ Tractor-Semi trailer _X_____ Other _____

nature of Examiner: *Wallace L Beard* _____

---

intersections, etc          _____

Maintains consistent speed     _____

**G. Courtesy and Safety**

| | |
|---|---|
| Depends on others for safety | _____ |
| Yields right-of-way for safety | _____ |
| Fails to go ahead when given right-of- | |
| way by others | _____ |
| Tends to crowd other drivers or force | |
| way through traffic | _____ |
| Fails to allow faster traffic to pass | _____ |
| Fails to keep right and in own lane | _____ |
| Unnecessary use of horn | _____ |
| Other discourtesy or improper conduct | _____ |

**Part 7- Miscellaneous**

**A. General Driving Ability and Habits**

| | |
|---|---|
| Consistently alert and attentive | _____ |
| Consistently aware of changing traffic | |
| conditions | _____ |
| Adjusts driving to meet changing | |
| conditions | _____ |
| Performs routine functions without taking | |
| eyes from road | _____ |
| Checks instruments regularly | _____ |
| Willing to take instructions & suggestions | _____ |
| Adequate self-confidence in driving | _____ |
| Nervous, apprehensive | _____ |
| Easily angered | _____ |
| Complains too much | _____ |
| Personal appearance, manner,cleanliness | _____ |
| Physical Stamina | _____ |

**B. Handling of Freight**

| | |
|---|---|
| Checks freight properly | _____ |
| Handles and loads freight properly | _____ |
| Handles bills properly | _____ |
| Breaks down load as required | _____ |

**C. Rules and Regulations**

| | |
|---|---|
| Knowledge of company rules | _____ |
| Knowledge of regulations, federal, state | |
| local | _____ |
| Knowledge of special truck routes | _____ |

**D. Use of Special Equipment (specify)**

_____

**Remarks:**

OK For 1st seal

_____

_____

_____

G.F. Kelley v. U.S. Xpress
D 001773
Defendant's Doc. Production

☑ U.S. XPRESS, INC. ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Darrell Holden_

Social Security No. ███████

Commercial Driver's License No. _722693 1 AC_

State _AL_  Location of Test: _Whitley_

Type of Power Unit: _Volvo_  Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision

on _Aug  24_  20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_William L Bird_ _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your rebel shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 4S, pars 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/24/c_ Driver's Signature _Darrell Holden_ _____

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
**D 001774**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001775**
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001776
Defendant's Doc. Production

*Michelle ext 3*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Walden  Derrell  W_
LAST     FIRST     MIDDLE

SOCIAL SECURITY ███████████

OTHER NAMES USED _____

DATE OF BIRTH ████████  MAIL ADDRESS _____

ADDRESS _102 Eagle Hill    Wetumpka_     PHONE ███████
STREET               CITY

_AL._               _36092_     CELL PHONE # ███████
STATE               ZIP

NOTIFY IN CASE OF EMERGENCY _Beverly Waldon_     PHONE ███████

ADDRESS _102 Eagle Hill  Wetumpka  AL. 36092_
STREET         CITY         STATE   ZIP

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _88_ TO _present_   _102 Eagle Hill  Wetumpka   AL. 36092._
STREET         CITY         STATE   ZIP

(2) FROM ____ TO ____   _____
STREET         CITY         STATE   ZIP

(3) FROM ____ TO ____   _____
STREET         CITY         STATE   ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO   GRADUATION DATE _____

NAME _____   LOCATION: _____

## MILITARY STATUS

G.F. Kelley v. U.S. Xpress
D 001777
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH _Marine Corps_     DATES:   FROM _10/78_   TO _10/82_

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _Heavy Equipment school_

| | | | | | POV | CMV |
|---|---|---|---|---|---|---|
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_signature_         8/13/05

G.F. Kelley v. U.S. Xpress

D 001778

Name of Company

Address of Company

City                          State          Zip

Accidents    YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Equipment Driven        ☐ Tractor Trailer    ☐ Straight Truck    ☐ Other

Your Job Classification

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001779
Defendant's Doc. Production

| PRESENTLY HOLD OR HAVE HELD IN THE PAST. | POV | CMV | | | | |
|---|---|---|---|---|---|---|
| | POV | CMV | | | | |
| | POV | CMV | | | | |

G.F. Kelley v. U.S. Xpress
D 001780
Defendant's Doc. Production

* Disclosure of this information does not necessarily disqualify you from consideration.

U.S. Xpress, Inc.

### Equal Employment Opportunity Questionnaire

To ensure compliance with state and federal government regulations, we request that you provide the following information. Your submission of the information is optional. This portion of the application form will not be used for employment decisions. It will not become a part of your applicant file. Persons receiving this information will keep it confidential and use it only in accordance with regulations.

Please Print

Name ~~Darrell Walden~~ ——— Application Date 5/24/05

Address 102 Eagle Hill Wetumpka AL 36092

Social Security Number ████████ Position Applied For: **Driver**

> I prefer not to provide this information. Refusal to provide this information will not subject you to any adverse treatment.

Please circle or fill in appropriate response to each section.

A.    Birthday: ████████

B.    Gender: (Male)        Female

C.    Race/Ethnic Groups:

| | |
|---|---|
| 0. (White) | White persons not of Hispanic origin and having origins in any of the original people of Europe, North Africa, or the Middle East |
| 1. Black | Black persons not of Hispanic origin and having origins in any of the black racial groups of Africa |
| 2. Asian or | Asian or Pacific Islander persons having origins in any of the original peoples of the Far East, Southeast, Asia, the Indian Subcontinent of the Pacific Island (i.e. China, Japan, Korea, the Philippines, Hawaii and Samoa) |
| 3. American | American Indian or Alaskan native persons having origins in any of the original people of North America and who maintain cultural identification through tribal affiliation or community recognition |
| 4. Hispanic | Hispanic persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race |
| 5. Other | Other-persons who cannot be categorized into any of the above categories, Specify: |

D.    Method of Referral:

G.F. Kelley v. U.S. Xpress
D 001781
Defendant's Doc. Production

U.S. Xpress, Inc.

Authorization for Compensation Deduction For Physical Provided to U.S. Xpress:

I understand that I am responsible for the payment of my physical. I authorize any company owned by and/or affiliated and/or contracted to U.S. Xpress, Inc. to withhold the amount listed below from my compensation upon my contract start date.

Physical: <u>$45.00</u>

Print Name <u>Darrell Walden</u>

Social Security Number ██████████

Signature <u>Darrell Walden</u>

_____          Date _____
U.S. Xpress Representative Signature

*(Use this form only when we have paid for driver's physical.)*

G.F. Kelley v. U.S. Xpress
D 001782
Defendant's Doc. Production

**U.S. XPRESS**
**INDEPENDENT CONTRACTOR DATA SHEET**
*PLEASE PRINT CLEARLY*

☐ New IC    ☐ Re-contracted
☐ Change from Company Driver to IC
☐ Info Change only

ORIENTATION COMPLETED AT    THL    SERVICE CENTER

POSITION:
✓ Independent contractor    Driver for Independent Contractor *    Other _____
* Name of Independent Contractor Fleet Owner _____

Domicile at _____ Terminal

SOCIAL SECURITY #: ██████████    DATE OF CONTRACT 8/24/05    DATE OF BIRTH: ██████

NAME Derrell Walden _____    NAME CALLED _____

ADDRESS: 102 Eagle Hill _____

CITY, STATE, & ZIP: Wetumpka   AL.  36092

HOME TELEPHONE #: (334) 567 - 3535

GENDER  ✓ MALE  FEMALE        MARITAL STATUS: ✓ MARRIED    SINGLE

G.F. Kelley v. U.S. Xpress
D 001783
Defendant's Doc. Production

U.S. Xpress. Inc.
## Acknowledgment of Responsibility

This confirms that ___Darrell Walden___ is an Independent Contractor
(Owner's Name)
Leased to U.S. Xpress. Inc. The Independent Contractor owns controls Unit # __1233__.

All parties involved understand that ___Darrell walden___ Independent
(Driver's Name)
Contractor Driver Employee operates Unit = __1233__ for the referenced Independent

Contactor.

Both the Independent Contractor and the Independent Contractor Driver Employee understands and confirm that the Independent Contactor is responsible for payment of all wages, tax withholdings and any compensation paid to the Independent Contactor Driver Employee.

Independent Contactor agrees that Independent Contractor is responsible for informing Independent Contractor's insurance company that an additional Independent Contractor Driver Employee has been added.

Date __8/24/05__          Signature ___Darrell Walden___

(The original signed copy of this form is to be retained in the Independent Contactor Driver Employee's Driver Qualification File.)

G.F. Kelley v. U.S. Xpress
D 001784
Defendant's Doc. Production

U.S. Xpress. Inc.

Independent Contractor Driver Receipt

I acknowledge receipt of the pocket guide relating to Hazardous Materials compliance. This details driver responsibilities and duties in the transportation of hazardous materials, as prescribed by the U.S. Department of Transportation in Title 49 CFR Part 171-80 and 390-397.

I acknowledge receipt of the Emergency Response guides. detailing emergency response procedures as developed under the supervision of the office of hazardous materials initiatives and training. research and special programs administration, U.S. Department of transportation.

I acknowledge receipt of and agree to familiarize myself with the Federal Motor Carriers Safety Regulations (FMCSR), as prescribed by the U.S. Department of Transportation. Parts 382, 383, 387, 390-397 and 399-400 of subchapter B, chapter 3. title 49 of the code of federal regulations. I realize that I may be disqualified as a driver and compensation may be forfeited. if I fail to comply with these regulations.

I acknowledge receipt of a copy of the drug and alcohol policy for all persons covered by D.O.T. regulations, that I have read and fully understand its contacts that I understand I may be subject to drug or alcohol testing. and that I may be disqualified for testing positive or refusing to cooperate in testing.

I acknowledge that from time to time any of the above-referenced publications. forms and regulations may be modified or update. that the company will give me notice of same, that the new documents(s) will be made available to me, and that it is my responsibility to acquire those new documents, read them and company with the contents and provisions.

***************************Note**************************************
This receipt shall be read and signed by the independent contractor driver. A responsible company supervisor shall countersign. and a copy of the receipt will be placed in contractor's personnel file.

Print Name Darrell Walden

Social Security Number ███████████

Signature Darrell Walden          Date 8/24/05

Supervisor's Signature _____ Date _____

G.F. Kelley v. U.S. Xpress
D 001785
Defendant's Doc. Production

U.S. Xpress. Inc.

## Acknowledgement of Sexual Harassment Policy

I certify that I have read. that I have received. and that I understand the Sexual Harassment and Discrimination Policy of U.S. Xpress. Inc.

Print Name  *Darrell Walden*

Signature  *Darrell Walden*  Date  *8/24/05*

Witness _____  Date_____

G.F. Kelley v. U.S. Xpress
D 001786
Defendant's Doc. Production

U.S. Xpress. Inc.

### Disclosure and Release

In connection with my application for employment or contracting with U.S. Xpress, Inc..
I understand that consumer reports. which may contain public record information. may be
requested from DAC Services, Tulsa. Oklahoma. These reports may include that
following types of information: names and dates of previous employers. reasons for
termination of employment or contracting, work experience, accidents. etc. I further
understand that such reports may contain public record information concerning my
driving record, worker's compensation claims, criminal records, etc., from federal, state
and other agencies, which maintain such records, as well as information from DAC
Services concerning previous driving record requests. made by others from such state
agencies and state provided driving records.

I authorize, without reservation, any party or agency contacted by DAC to furnish the
above-mentioned information.

I have the right to make a request to DAC 1-800-381-0645, upon proper identification, to
request the nature and substance of all information in its files on me at the time of my
request, including the sources of information, and the recipients of any reports on me
which DAC has previously furnished within the two-year period preceding my request. I
hereby consent to information which DAC has or obtains, and my employment or
contract history with you if I am hired or qualified as an independent contractor driver, to
be supplied by DAC to other companies which subscribe to DAC Services.

I hereby authorize procurement of consumer report(s). This authorization shall remain on
file and shall serve as ongoing authorization for you to procure consumer reports at any
time during my employment or contract period.

Print Name _Dorreil Walden_

Social Security Number ███████████

Signature _Darril Walden_        Date _8/24/05_

G.F. Kelley v. U.S. Xpress
D 001787
Defendant's Doc. Production

U.S. Xpress, Inc.

## Notice to Drivers

Trucking companies are regulated by the Federal Highway Administration of the Department of Transportation (DOT), which has the authority to oversee hiring, employment and contracting standards published in the Federal Motor Carrier's Safety Regulations (FMCSR). All drivers are issued and must sign for a copy of the FMCSR and are mandated under federal regulation to become familiar with the contents of the regulation. Likewise, the hiring and contracting process and ongoing employment and contracting criteria at U.S. Xpress and are a product of federal law, state law, and company policy.

Drivers are required to provide a truthful and complete accounting of citations received (Whether they appear on an MVR or not), of accidents (regardless of fault and on public or private property regardless of magnitude), of employment history which accounts for all companies with which work has been performed for any period of time within the period covered by the DOT, both full and part time, and of medical condition..both past and present.

U.S. Xpress, Inc. will conduct an investigation into these areas prior to hire or qualification annually as required by the FMCSR, and intermittently as safety, factors (citation, accidents, medical, etc.) arise. The primary information source will be data supplied by the driver, which he or she will certify to be true and complete as discussed in the preceding paragraph.

U.S. Xpress, Inc. will also contact former employees and carriers, and order whatever information deemed relevant to make a decision as to the hiring or qualification or retention or qualification of a driver.

In making a hiring or qualification decision, it is the intent of U.S. Xpress, Inc. to rely on (1) the company's need for drivers; (2) the pool of qualified applicants; and (3) the qualifications of a driver who is applying measured against a minimum established by law, prudence or company policy.

U.S. Xpress, Inc. does not rely solely on consumer-reporting agencies in making a hiring or qualification decision. It is felt that by going to the information source directly, the driver or previous employer or carrier for instance, we can get a complete and accurate account of the safety history. U.S. Xpress, Inc. does utilize DAC Services, a third party consumer reporting agency, with regards to cross checking employment , prior contracts and other types of information obtained from the driver.

In the event that DAC supplies information which is adverse to an applicant's hire or qualification, this information will be disclosed to the driver in question, and he or she will have the opportunity to reconcile or contest disputed information by calling DAC Services and discussing the issue with them. U.S. Xpress, Inc. will reconsider new information if it is pertinent to the hiring, retention or qualification decision. However, any issue, which is resolved between DAC Services and the applicant, may not require U.S. Xpress, Inc. to alter the original decision.

I understand that it is my responsibility to report information to U.S. Xpress, Inc. concerning accidents, citations, employment, and medical issues. This data should be forwarded to the appropriate department, usually my Driver Manager, the Safety Department, or Driver Personnel, as soon as is practical. I understand that I have the prerogative to dispute inaccurate or incomplete information.

Print Name Darrell Walden

Social Security Number ████████████

Signature Darrell Walden        Date 8/24/05

G.F. Kelley v. U.S. Xpress
D 001788
Defendant's Doc. Production

U.S. Xpress. Inc.

## A Commitment to Safety

As a truck driver. my work is challenging Frustration and distractions are constant companions. The time away from my family is difficult. However. as a professional, I understand that others have the right to expect me to always be at my very best. Every move or judgment I make could determine if someone lives or dies. Therefore, I make the following commitment to myself. my family. my customers. my company and those who share the road with me.

I will:

Never operate my vehicle when under the influence of drugs, alcohol or fatigue.

Never let anger. depression or any emotion divert my attention from responsibilities.

Never leave with a load that is not properly secured or operate a truck that has not been inspected and determined to be in safe operating condition.

Never make a U-turn on a roadway.

Avoid following other vehicles too closely.

Never change lanes without using a "direct look" to ensure safe movement.

Never Pass on two lane roads where there is more to lose than gain.

Avoid bobtailing when road conditions are hazardous.

Never block the roadway with my trailer without help in controlling traffic.

Never assume the other person will see my truck and stop.

Never forget that the life I save may be the other drivers or pedestrians on the road.

Signature _____ Date _8/24/05_

G.F. Kelley v. U.S. Xpress
D 001789
Defendant's Doc. Production

# U.S. Xpress, Inc.

## Cargo Security
## Policy Guidelines

### "The Driver's Role in Cargo Security and Loss Prevention"

1.) Never leave your vehicle unattended with the engine running or the keys inside. Lock your vehicle. Remember: as well as the potential for loss of equipment and cargo, your personal belongings are in jeopardy, and are not covered by company insurance or U.S. Xpress, Inc.

2.) Do not drop a trailer without permission from Operations, and then, only at an authorized secure location. Permission must be obtained from Operations to Bobtail.

3.) Conduct a vehicle inspection after any extended stop. To avoid someone releasing your fifth wheel when parked, set the trailer parking brake, then slowly pull forward against the kingpin and then set the tractor brake.

4.) Park in only well-lighted and highly visible areas. Avoid parking on surface streets, the shoulder of a highway or in such a manner that a hazard is created. If you must park on the shoulder of the road, your emergency warning devices must be used.

5.) Do not discuss the contents of your trailer with anyone. Be aware of suspicious persons or vehicles. With High Risk/High Value loads, be especially alert shortly after pickup; or when nearing delivery. Do not stop for breaks within 200 miles of picking up a High Value load. Make sure you have the hours and fuel available to comply with these restrictions. If you do not, notify Operations immediately prior to picking up the load.

6.) Seal every load. Maintain an accurate seal manifest. Notify Claims immediately at, (800-601-5500), if you find the seal broken or missing. Never break a seal without getting authorization from the Claims Department.

7.) Follow assigned routing. Notify Operations of any necessary deviations.

8.) Do not pick up hitchhikers or allow unauthorized persons in your truck.

9.) Know where you are going. Avoid unnecessary stops or detours.

10.) If something does not feel right or you are suspicious of a situation out on the road, notify Operations and contact local law enforcement.

Print Name _Derrell Walden_____

Signature _Derrell Walden_____ Date _8/24/05_____

G.F. Kelley v. U.S. Xpress
D 001790
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _____, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking 8005310144 | 04 To Present |
| S&M Transport 8885962013 | 03/97 To 04/2003 |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

| _____ | ████████████ | 8/24/05 |
|---|---|---|
| Signature of applicant | SSN | DATE |

G.F. Kelley v. U.S. Xpress
D 001791
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Darrell Walden_          SS# ███████████

Address _102 Eagle Hill_

License: State _AL_   Class _A_   License # _9226931_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _Darrell Walden_

G.F. Kelley v. U.S. Xpress
D 001792

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Darrell Wayne Weldon

Social Security Number: ████████████

Motor Vehicle Operators License Number: 9226931 AL,

Type of License:   A    Issuing State: AL,  Exp. Date: 5-20-07

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|-----|---|---|---|---|---|---|---|-------|
| Date | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | |
| Hours Worked | | | | | | | | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __/__/__ through _____ am/pm __/__/__.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

____:____  _____  _____  _____
Time       Day       Month      Year      8/24/05

_____                 Date
Driver's Signature

G.F. Kelley v. U.S. Xpress
D 001793
Defendant's Doc. Production