# EXHIBIT 40

## Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:     SSN: ███████     Name: Victory Adams
        Specimen ID #: ██████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000557
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN** ADVANCED TOXICOLOGY NETWORK

SPECIMEN ID NO. 106417723

3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No.    133606 | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| US Xpress-Wedley<br>P.O. Box 463<br>Lowell, AR 72748<br>PH: 423-510-7560 FX: 423-510-3732 | Profile # 660436<br>DEMI-Robert Pflug, MD<br>8558 Hwy. 23, Ste. 9<br>Belle Chasse, LA 70037<br>PH: 866-344-4151  FX: 214-387-5206 |

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Victory J. Adams_    **Victory J. Adams**    8/22/05

Signature of Donor    [PRINT] Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. ( 770 ) 656-4464    Evening Phone No. ( ) Same    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE    ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____    _____    ___/___/___

Signature of Medical Review Officer    [PRINT] Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___

Signature of Medical Review Officer    [PRINT] Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000615
Defendant's Doc. Production

requires two signatures to be completed: YES  OR  NO

SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES  OR  NO
DISQUALIFIED FROM ORIENTATION:  YES  OR   NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000785
Defendant's Doc. Production

NDITIONAL OFFER TO BE MADE:   YES OR NO
QUALIFIED FROM ORIENTATION:  YES OR NO

ECRUITING MANAGER SIGNATURE:_____   DATE_____

IFETY MANAGER SIGNATURE:_____   DATE

G.F. Kelley v. U.S. Xpress
D 000836
Defendant's Doc. Production

O/O

# DRIVER CERTIFICATION FILE

DRIVER NAME *Victory Jack Adams*

ADDRESS *2886 Oak Rd*   CITY *Whitesburr*   STATE *GA*   ZIP *30185*

SOCIAL SECURITY NO. ████████

DATE OF EMPLOYMENT *8-22-05*

G.F. Kelley v. U.S. Xpress
D 001275
Defendant's Doc. Production



G.r. Kelley v. U.S. Apress
D 001276
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001277
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001278
Defendant's Doc. Production

Aug. 24. 2005  8:51AM
Employee Screening

No. 5497   P. 24

# Result Report

### _Confidential_

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:    SSN▮▮▮▮▮▮/Name:Victory Adams
       Specimen ID #:▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 001279
Defendant's Doc. Production

SPECIMEN ID NO. **106417723**

ATN

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

P 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

Employer Name, Address, I.D. No.        133606

B. MRO Name, Address, Phone and Fax No.

8 Xpress/Wesley
.0. Box 688
owell, AR 72745
8: 423-510-3560  FX: 423-510-3792

MRO-Robert Pflug, MD
8558 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-6151  FX: 214-387-5200

*(large black redaction area)*

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Victor J. Pigram_        Victory J. Adams        5/23/06
Signature of Donor        (PRINT) Donor's Name (First, MI, Last)        Date (Mo./Day/Yr.)

Daytime Phone No. ( )        Evening Phone No. ( )  Same        Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

EP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                         ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 001280
Defendant's Doc. Production

REMARKS

X _____        _____        / /
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

EP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

_____        _____        / /
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)



G.F. Kelley v. U.S. Xpress
D 001281
Defendant's Doc. Production

AUG-11-2005 THU 12:26 PM  KELLY TRUCKING

Company
c/o

**GA MVR**
**PAC**

**U.S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

#12563952272         P. 001/004

*Michelle ekt 3782*
*fax 423 510-6138*

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME **ADAMS VICTORY JACK**          SOCIAL SECURITY # ███████
     LAST    FIRST    MIDDLE

OTHER NAMES USED **V.J. Adams**

DATE OF BIRTH ████████  MAIL ADDRESS _____

ADDRESS **28 Big Oak Rd Whitesburg,** **AL** PHONE # ███████
        STREET              CITY

**GA**                    **30185**
STATE                     ZIP     CELL PHONE # ███████

NOTIFY IN CASE OF EMERGENCY **Doris Michens**    PHONE # ███

ADDRESS **28 Big Oak Rd Whitesburg GA 30185**
        STREET         CITY      STATE    ZIP

REFERRED TO UBX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM **9-1-90** TO **Present**  **28 Big Oak Rd  Whitesburg  GA      30185**
                                      STREET           CITY      STATE    ZIP

(2) FROM ___ TO ___ _____  _____ _____ ___
                    STREET    CITY    STATE   ZIP

(3) FROM ___ TO ___ _____  _____ _____ ___
                    STREET    CITY    STATE   ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☒ NO   GRADUATION DATE _____

NAME _____  LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH _____  DATES:  FROM _____  TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001282
Defendant's Doc. Production

Name of Company

Address of Company

City _____ State _____ Zip _____

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other

Reason for Leaving

Miles Per Week _____

G.F. Kelley v. U.S. Xpress
D 001283
Defendant's Doc. Production

IN THE PAST.

| | POV | CMV |
|---|---|---|
| | POV | CMV |

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 001284
Defendant's Doc. Production

UBX-DA-Rev. 2-08

G.F. Kelley v. U.S. Xpress
D 001285
Defendant's Doc. Production

| | POV | CMV |
|---|---|---|
| | POV | CMV |
| | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning crash record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to those services furnishing such information in the future to other companies which subscribe to those services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature _____     Date  8-1-05

USX-DA-REV. 8-03

USX is an Equal Opportunity Employer

for your family and ours.

BI's signature _____Sukie Hetke_____ Date __8/19/05___

G.F. Kelley v. U.S. Xpress
D 001286
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001287
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001288
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001289**
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Victory Jack Adams_ understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| _Kelly   800 821-0144_ | _301 - 805_ |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Victory J. Adams_                        ██████████               _8-22-05_
Signature of applicant                         SSN                        DATE

G.F. Kelley v. U.S. Xpress
D 001290
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: *Victory Adams* Address: *Qt 8, R 0 xx Rd Whitasville*

License No: *00129 1286* State: *Ga* Equipment Driven: Tractor _FLCONV/VOLVO_Trailer_53'_

Checked From: *Wadley, AL* To: *Wadley, AL* Date: *8-22-05*

### Part 1 - Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| Checks general condition approaching unit | _____ |
| Looks for leakage of coolants, fuel and lubricants | _____ |
| Checks under the hood - oil, water, general condition of engine compartment and steering | _____ |
| Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) | _____ |
| Test brake action, tractor protection valve, and parking (hand) brake | _____ |
| Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four way flashers | _____ |
| Checks Instruments | _____ |
| Cleans windshield, windows, mirrors, lights, and reflectors | _____ |

### Part 2 - Placing vehicle in motion and use of controls

**Engine**

| | |
|---|---|
| Starts engine without difficulty | _____ |
| Allows proper warm-up | _____ |
| Understands gauges on instrument panel | _____ |
| Maintains proper engine speed while driving | _____ |
| Basic Knowledge of motors - gas, diesel | _____ |
| Use of motor | _____ |

**Clutch and Transmission**

| | |
|---|---|
| Starts loaded unit smoothly | _____ |
| Uses clutch properly | _____ |
| Times gearshifts properly | _____ |
| Shifts gears smoothly | _____ |
| Uses proper gear sequence | _____ |

**Brakes**

| | |
|---|---|
| Understands operating principles of air brakes | _____ |
| Knows proper use of tractor protection valve | _____ |
| Understands low air warning | _____ |
| Test brakes before starting trip | _____ |

| | |
|---|---|
| Fails to check traffic conditions & signal when pulling out from parked position | _____ |
| Parks in illegal or unsafe location | _____ |

**Parking (road)**

| | |
|---|---|
| Checks off pavement | _____ |
| Avoids parking on soft shoulder | _____ |
| Uses emergency warning signals when required | _____ |
| Secured unit properly | _____ |

### D. Steering

| | |
|---|---|
| Fights steering wheel | _____ |
| Allows truck to wander | _____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | _____ |
| Uses proper headlight beam | _____ |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed to range of headlights | _____ |
| Proper use of auxiliary lights | _____ |

### Part 3 - Coupling and Uncoupling

| | |
|---|---|
| Lines up units | _____ |
| Hooks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

### Part 4 - Backing and Parking

**A. Backing**

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | _____ |
| Gets out and rechecks conditions on long back | _____ |
| Avoids backing from blind spot | _____ |
| Signals when backing | _____ |
| Controls speed and direction properly while backing | _____ |

**B. Parking (city)**

| | |
|---|---|
| Takes too many pull ups | _____ |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

**D. Grade Crossings**

| | |
|---|---|
| Adjusts speed to conditions | _____ |
| Makes safe stop, if required | _____ |
| Selects proper gear | _____ |

**F. Speed**

| | |
|---|---|
| Speed consistent with basic ability | _____ |
| Adjusts speed properly to road, weather, traffic conditions, legal limits | _____ |
| Slows down for rough roads | |
| Slows down in advance of curves, | |

G.F. Kelley v. U.S. Xpress
D 001291
Doc Production

**art 5 - Slowing and Stopping**

ses gears properly ascending _____

ears down properly _____

ops and restarts without rolling back _____

est brakes at top of hills _____

ses brakes properly on grades _____

ses mirrors to check traffic to rear _____

gnals following traffic _____

voids sudden stops _____

ops smoothly without excessive _____
fanning

ops before crossing sidewalk when _____
coming out of driveway or alley

ops clear of pedestrian crosswalk _____

**art 6 - Operating in traffic Passing and Turning**

**. Turning**

ets in proper lane well in advance _____

goals well in advance _____

necks traffic conditions and turns only when _____
way is clear

oes not swing wide or cut short while turning _____

**Traffic Signs and Signals**

oes not approach signal prepared to stop if
necessary _____

olates traffic signal _____

uns yellow light _____

arts up too fast or too slow on green _____

ails to notice or heed traffic signs _____

uns "stop" signs _____

**Intersections**

djusts speed to permit stopping if necessary _____

necks for cross traffic regardless of traffic controls _____

elds right-of-way for safety _____

**Passing**

asses with insufficient clear space
ahead _____

asses in unsafe location;hill, curve,
intersection _____

ails to signal change of lanes _____

ulls out and back - uncertain _____

ailgates waiting chance to pass _____

ocks traffic with slow pass _____

uts in too short returning to right lane _____

intersections, etc _____

Maintains consistent speed _____

**G. Courtesy and Safety**

Depends on others for safety _____

Yields right-of-way for safety _____

Fails to go ahead when given right-of- _____
way by others

Tends to crowd other drivers or force _____
way through traffic

Fails to allow faster traffic to pass _____

Fails to keep right and in own lane _____

Unnecessary use of horn _____

Other discourtesy or improper conduct _____

**Part 7- Miscellaneous**

**A. General Driving Ability and Habits**

Consistently alert and attentive _____

Consistently aware of changing traffic _____
conditions

Adjusts driving to meet changing _____
conditions

Performs routine functions without taking _____
eyes from road

Checks instruments regularly _____

Willing to take instructions & suggestions _____

Adequate self-confidence in driving _____

Nervous, apprehensive _____

Easily angered _____

Complains too much _____

Personal appearance, manner,cleanliness _____

Physical Stamina _____

**B. Handling of Freight**

Checks freight properly _____

Handles and loads freight properly _____

Handles bills properly _____

Breaks down load as required _____

**C. Rules and Regulations**

Knowledge of company rules _____

Knowledge of regulations, federal, state _____
local

Knowledge of special truck routes _____

**D. Use of Special Equipment (specify)**

_____

**Remarks:**

OK For 1st seat

_____

_____

_____

neral Performance: Satisfactory ___X___ Needs Training _____ Unsatisfactory _____

alified for:Truck _____ Tractor-Semi trailer ___X___ Other _____

gnature of Examiner:

G.F. Kelley v. U.S. Xpress
D 001292
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Victory Jack Adams_____  SS# █████████

Address _28 R.R Oak Rd  Whitesburg Ga 30185_

License: State _Ga_  Class _B_  License # _001250286_____

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____  License # _____

State _____ Class _____  License # _____

Driver's Signature: _Victory J. Adams_____

G.F. Kailey v. U.S. Xpress
D 001293

☑ **U.S. XPRESS, INC.** ☐ **XPRESS GLOBAL SYSTEMS**

### CERTIFICATION OF ROAD TEST

Driver's Name _Victory J Adams_

Social Security No. ▮▮▮▮▮▮

Commercial Driver's License No. _001291286_

State _GA_ Location of Test _Wadley, AZ_

Type of Power Unit _Conv_ Type of Trailer(s) _53 van_

This is to certify that the above driver was given a road test under my supervision

on _8-22_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _____

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001294
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Victory Jack Adams_

Social Security Number: ▮▮▮▮▮▮▮▮

Motor Vehicle Operators License Number: _0012901286_

Type of License:   A   Issuing State: _CA_   Exp. Date: _9-2-08_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ▮▮▮ |
| Hours Worked | 0 | 0 | 8.5 | 10.5 | 9.75 | 0 | 0 | 28.75 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _2:45_ am/pm _8/19/05_ through _12:45_ am/pm _8/21/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_2:45_ , _8-15-05_ ; _8_ , _05_

Time    Day    Month    Year

_Victory J. Adams_

Driver's Signature

_8-22-05_

Date

G.F. Kelley v. U.S. Xpress
D 001295
Defendant's Doc. Production