# EXHIBIT 41

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:      SSN: ▮▮▮▮▮▮    Name: ronnie Allen
         Specimen ID #: ▮▮▮▮▮

G.F. Kelley v. U.S. Xpress
D 000571
Defendant's Doc. Production

*Kelly*

Orientation Date:

# ACCOUNTABILITY CHECKLIST

First NM: _Ronnie_ M.I.: _W_ Last NM: _allen_ S.S.:

ADDRESS: _551 Lee Rd 307_ City: _Phenix City_ State: _Al_ Zip: _36867_

BIRTH DATE ▮▮▮▮ AP DATES _____

*Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH:

SIGNATURE: _____ DATE: _____

G.F. Kelley v. U.S. Xpress
D 000786
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____ DATE _____

SAFETY MANAGER SIGNATURE: _____ DATE _____

*Kelly*

Orientation Date: ~~[scribbled]~~

## ACCOUNTABILITY CHECKLIST

First NM: _Ronnie_    M.I.: _W_    Last NM: _Allen_    S.S.: [redacted]

ADDRESS: _551 Lee Rd 307_ City: _Phenix City_    State: _Al_ / Zip: _36867_

BIRTH DATE: [redacted]    GAP DATES _____    *Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH: _____    RECRUITED

[large redacted black area]

Requires two signatures to be completed: YES OR NO

SIGNATURE: _Angela Whitted_    DATE: _8-19-05_

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____ DATE _____

SAFETY MANAGER SIGNATURE: _____ DATE _____

G.F. Kelley v. U.S. Xpress
D 000672
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. **106417741**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No. 133606

UT Xpress/Wadley
P.O. Box 409
Lowell, AR 72745
PH: 423-510-5560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 680406
DFWT-Robert Pélug, MD
8550 Hwy. 23, Ste. 9
Belle Chasse, LA 70037
PH: 904-854-4135   FAX: 214-867-5800

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Ronnie J Alle_  _Ronnie J Allen_  _8/22/05_
Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. _334 297-9789_  Evening Phone No. ( ) _Same_  Date of Bi___

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5) –DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                          ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____   _____   __/__/__
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____   _____   __/__/__
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000606
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000506
Defendant's Doc. Production

*Kelly*

Orientation Date: ⬤⬤⬤⬤⬤

## ACCOUNTABILITY CHECKLIST

First NM: _Ronnie_    M.I.: _W_    Last NM: _Allen_    S.S.: ▮▮▮▮

ADDRESS: _551 Lee Rd 307_ City: _Phenix City_    State: _A_ / Zip: _36867_

BIRTH DATE: _1-4-71_ GAP DATES _____    *Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH: _____    RECRUITER: _____  Date:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Requires two signatures to be completed: YES  OR  (NO)

SIGNATURE: _Ingle White_  DATE: _8-19-05_

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

G.F. Kelley v. U.S. Xpress
D 000837
Defendant's Doc. Production

RECRUITING MANAGER SIGNATURE: _____    DATE _____

SAFETY MANAGER SIGNATURE: _____    DATE _____



G.F. Kelley v. U.S. Xpress
D 001201
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001202
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | |
|---|---|
| GENERAL AWARENESS | SAFETY TRAINING |
| FUNCTION SPECIFIC | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | 8/23/08 |

| Name (last) First Middle)  Allen, Ronnie Wayne | Employer  USXpress Enterprises |
|---|---|
| Social Security # ▇▇▇▇▇▇▇ | Address  4080 Jenkins Road |
| Job Position  OTR Driver | City            State            Zip  Chattanooga    TN            37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(a) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1                    Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8/28/05 | Haz-mat 126/181 | USXpress Enterprises | _(signature)_ | 8/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Section 2                    Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001203
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001204
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001205
Defendant's Doc. Production

Employee Screening

# Result Report

### Confidential

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   SSN:███████/Name:ronnie Allen
       Specimen ID #:█████████

G.F. Kelley v. U.S. Xpress
D 001206
Defendant's Doc. Production

Jul. 6. 2005 1:55PM    USXPRESS                                    No. 2577   P. 7

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Allen, Ronnie Wayne_   SOCIAL SECURITY # ███████████
      LAST    FIRST    MIDDLE

OTHER NAMES USED _none_

DATE OF BIRTH ████████   MAIL ADDRESS _GWRAallenl.aol.com_

ADDRESS _551 Lee Rd 307 Phenix City,_   PHONE #
        STREET            CITY

_Alabama_                  _36867_   CELL PHONE # ████████
STATE                      ZIP

NOTIFY IN CASE OF EMERGENCY _Ann + Wayne Allen_   PHONE # ████████

ADDRESS _551 Lee Rd 307 Phenix City, Al 36867_
        STREET       CITY       STATE   ZIP

REFERRED TO USX BY WHOM? _Kelly Trucking_

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _84_ TO _now_ _551 Lee Rd 307 Phenix City, Al, 36867_
                        STREET        CITY        STATE    ZIP

(2) FROM _84_ TO _now_ _551 Lee Rd 307 Phenix City Al, 36867_
                        STREET        CITY       STATE   ZIP

(3) FROM _84_ TO _now_ _551 Lee Rd 307 Phenix city, Al, 36867_
                        STREET        CITY       STATE   ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☒ YES  ☐ NO   GRADUATION DATE _Oct, 28, 1998_

NAME _M.S. Carriers_   LOCATION: _Memphis, Tn_

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH _____   DATES:  FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001207
Defendant's Doc. Production

| IN THE PAST. | POV | CMV | | | G.F. Kelley v. U.S. Xpress |
| | POV | CMV | | | D 001208 Defendant's Doc. Production |

G.F. Kelley v. U.S. Xpress
D 001209
Defendant's Doc. Production

IN THE PAST 3 YEARS, STATE NONE.

| Traffic Conviction(s): Describe | Date | City & State | Penalty | Circle One |
|---|---|---|---|---|
| | | | | POV CMV |
| | | | | POV CMV |
| | | | | POV CMV |
| | | | | PCV CMV |
| | | | | POV CMV |
| | | | G.F. Kelley v. U.S. Xpress<br>D 001210<br>Defendant's Doc. Production | POV CMV |
| | | | | POV CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

U.P. Kelley v. U.S. Xpress
D 001211
Defendant's Doc. Production

G.r. Kelley v. U.S. Xpress
D 001212
Defendant's Doc. Production

...ing a commercial vehicle.)
G.F. Kelley v. U.S. Xpress
D 001213
Defendant's Doc. Production

SPECIMEN ID NO. **106417741**



ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 133806 | Profile # 660436 |
| US Xpress/Hadley | DRMI-Robert Riley, MD |
| P.O. Box 460 | 6858 Hwy. 23, Ste. 4 |
| Lowell, AR 72748 | Belle Chasse, LA 70037 |
| PH: 423-510-3560 FX: 423-510-3790 | PH: 504-354-4151    FX: 214-387-5200 |

OMB No. 0930-0158

I certify that I provided my urine specimen to the collector, that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Ronnie J Allen_    _Ronnie J Allen_    8/22/05
Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. _334 297-9289_ Evening Phone No. (   ) _Same_    Date of Birth ▬▬▬

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                        ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____    _____    __/__/__
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    __/__/__
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress

G.F. Kelley v. U.S. Xpress
D 001215
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001216
Defendant's Doc. Production

# DRIVER QUALIFICATION CHECK LIST

[✓]    APPLICATION

[ ]    REQUEST FOR DRIVING RECORD

[✓]    REQUEST FOR INFORMATION FROM PREVIOUS EMPLOYER

[✓]    DRIVERS' PHYSICAL EXAM AND CERTIFICATE

[✓]    RECORD AND CERTIFICATE OF ROAD TEST

[ ]    RECORD OF VIOLATIONS / ANNUAL REVIEW CERTIFICATE

[✓]    CERTIFICATE OF COMPLIANCE

[ ]    DRIVER STATEMENT OF ON-DUTY HOURS NEW HIRE

G.F. Kelley v. U.S. Xpress
D 001217
Defendant's Doc. Production

OMB No. 0930-0158

G.F. Kelley v. U.S. Xpress
D 001218
Defendant's Doc. Production

Date (Mo/Day/Yr.)

FROM : G.W.ALLEN                    FAX NO. : 3342979789         Aug. 12 2005 02:41PM P1

AUG-08-2005 MON 12:48 PM  KELLY TRUCKING

( Michelle ext 3782

DOC

MVR TN, AL

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

fax 423 510-6138

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  ALLen, Ronnie  Wayne      SOCIAL SECURITY # ▮▮▮
         LAST    FIRST    MIDDLE

OTHER NAMES USED ▮▮▮  None

DATE OF BIRTH ▮▮▮  EMAIL ADDRESS  GWRAallen@aol.com

ADDRESS  551 Lee Rd 307   Phenix City   PHONE # ▮▮▮
         STREET           CITY

Alabama            36867       CELL PHONE # ▮▮▮
  STATE             ZIP

NOTIFY IN CASE OF EMERGENCY  Wayne or Ann Allen   PHONE # ▮▮▮

ADDRESS  551 Lee Rd 307  Phenix City, AL  36867
         STREET           CITY        STATE   ZIP

REFERRED TO USX BY WHOM?  Kelly Trucking

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM Oct 85 TO Now  551 Lee Rd 307  Phenix City, AL  36867
                        STREET            CITY      STATE   ZIP

(2) FROM Oct 85 TO Now  551 Lee Rd 307  Phenix City, AL  36867
                        STREET            CITY      STATE   ZIP

(3) FROM Oct 85 TO Now  551 Lee Rd 307  Phenix City, AL  36867
                        STREET            CITY      STATE   ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO   GRADUATION DATE 10/28/1998

NAME M. S. Carriers              LOCATION: Memphis, TN

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

DATES: FROM _____ TO _____

BRANCH _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001219
Defendant's Doc. Production

G.P. Kelley v. U.S. Xpress
D 001220

G.F. Kelley v. U.S. Xpress
D 001221
Defendant's Doc. Production

**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug test, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies and maintain records concerning credit record, criminal history, traffic offense and accident, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 390.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substance and/or drug/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_(signature)_

Signature                                                                Date    8/12/05

USX is an Equal Opportunity Employer

G.F. Kelley v. U.S. Xpress
D 001222
Production

Aug. 19. 2005  2:46PM                                    No. 7768    P. 2

## PREVIOUS EMPLOYMENT VERIFICATION

[black redacted area]

this person refused a required test for drugs or alcohol
within the preceding three years?                    ___YES  ✓NO
**In the last three years, has this person violated any Dot agency drug
and alcohol testing regulations**                    ___YES  ✓NO

➡ VERIFIED BY: *Eddie Adams*   POSITION *Recruiting*   DATE *8/21/05*
          **Print Name**
Please complete as much information as possible so that we can assure that are roads are safe
for your family and ours.
BT's signature _____ Sara Romero_____ Date ___8/19/05___

**US XPRESS | Sara Romero | 800.251.6291 x3350 | 423-510-6082 Fax | aromero@usxpress.com**

G.F. Kelley v. U.S. Xpress
D 001223
Doc. Production

G.F. Kelley v. U.S. Xpress
D 001224
Defendant's Doc. Production

**STATUS** Company Driver

**DRIVER'S EXPERIENCE** Over the Road

**DRIVER'S EXPERIENCE** Single Driver

**EQUIPMENT OPERATED** Van

**LOADS HAULED** Gen. Commodity

**WORK RECORD** Satisfactory

Comments:

G.F. Kelley v. U.S. Xpress
D 001225
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001226
Defendant's Doc. Production

**STATUS** Company Driver

**DRIVER'S EXPERIENCE** Over the Road

**DRIVER'S EXPERIENCE** Single Driver

**EQUIPMENT OPERATED** Van

**LOADS HAULED** Gen. Commodity

**WORK RECORD** Satisfactory

Comments:

G.F. Kelley v. U.S. Xpress
D 001227
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001228
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Ronnie Allen_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| _Kelly Trucking 1-800-821-0144_ | _July 02 to now_ |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_[signature]_                                                      **8-22-05**
Signature of applicant                                            DATE

G.F. Kelley v. U.S. Xpress
D 001229
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name: _Ronnie Allen_ Address: _551 Lee Rd 307 Phenix City,_ _AL, 36860_
License No: _579063_ State: _AL_ Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer _53'_
Checked From: _Wadley, AL_ To: _Wadley, AL_ Date: _8/22/05_

| Part 1 - Pre-Trip Inspection and Emergency Equipment | | D. Steering | |
|---|---|---|---|
| | | Fights steering wheel | |
| Checks general condition approaching unit | | Allows truck to wander | |
| Looks for leakage of coolants, fuel and lubricants | | | |
| Checks under the hood - oil, water, general condition | | E. Lights | |
| of engine compartment and steering | | Knows lighting regulations | |
| Checks around the unit - tires, lights, trailer hookup | | Uses proper headlight beam | |
| brake and light lines, body, doors, horn, windshield | | Dim lights when meeting or following other vehicles | |
| wipers, rear end protection (bumper) | | Adjust speed to range of headlights | |
| Test brake action, tractor protection valve, and | | Proper use of auxiliary lights | |
| parking (hand) brake | | | |
| Knows use of jacks, tools, emergency warning devices, | | Part 3 - Coupling and Uncoupling | |
| fire chains, fire extinguisher, spare fuses, and | | | |
| four way flashers | | Lines up units | |
| Checks Instruments | | Hooks brake and light lines properly | |
| Cleans windshield, windows, mirrors, lights, and | | Secures trailer against movement | |
| reflectors | | Backs under slowly | |
| | | Tests hookup with power | |
| Part 2 - Placing vehicle in motion and use of controls | | Checks hookups visually | |
| | | Handles landing gear properly | |
| A. Engine | | Proper hook-up of full trailer | |
| Starts engine without difficulty | | Secures power unit against movement | |
| Allows proper warm-up | | | |
| Understands gauges on instrument panel | | Part 4 - Backing and Parking | |
| Maintains proper engine speed while driving | | | |
| Basic Knowledge of motors - gas, diesel | | A. Backing | |
| Abuse of motor | | Gets out and checks before backing | |
| | | Looks back as well as uses mirror | |
| B. Clutch and Transmission | | Gets out and rechecks conditions on | |
| Starts loaded unit smoothly | | long back | |
| Uses clutch properly | | Avoids backing from blind spot | |
| Times gearshifts properly | | Signals when backing | |
| Shifts gears smoothly | | Controls speed and direction properly | |
| Uses proper gear sequence | | while backing | |
| | | | |
| C. Brakes | | B. Parking (city) | |
| Understands operating principles of air brakes | | Takes too many pull ups | |
| Knows proper use of tractor protection valve | | Hits nearby vehicles or stationary objects | |
| Understands low air warning | | Hits curb | |
| Test brakes before starting trip | | Parks too far from curb | |
| | | | |
| Fails to check traffic conditions & signal | | D. Grade Crossings | |
| when pulling out from parked position | | Adjusts speed to conditions | |
| Parks in illegal or unsafe location | | Makes safe stop, if required | |
| | | Selects proper gear | |
| | | | |
| C. Parking (road) | | F. Speed | |
| Parks off pavement | | Speed consistent with basic ability | |
| Avoids parking on soft shoulder | | Adjusts speed properly to road, weather, | |
| Uses emergency warning signals when | | traffic conditions, legal limits | |
| required | | Slows down for rough roads | |
| Secured unit properly | | Slows down in advance of curves. | |

G.F. Kelley v. U.S. Xpress
D 001230
Defendant's Doc. Production

**Part 5 - Slowing and Stopping**

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
fanning _____
Stops before crossing sidewalk when
coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

**Part 6 - Operating in traffic Passing and Turning**

**A. Turning**

Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
way is clear _____
Does not swing wide or cut short while turning _____

**B. Traffic Signs and Signals**

Does not approach signal prepared to stop if
necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

**C. Intersections**

Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

**E. Passing**

Passes with insufficient clear space
ahead _____
Passes in unsafe location;hill, curve,
intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

intersections, etc. _____
Maintains consistent speed _____

**G. Courtesy and Safety**

Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
way by others _____
Tends to crowd other drivers or force
way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

**Part 7- Miscellaneous**

**A. General Driving Ability and Habits**

Consistently alert and attentive _____
Consistently aware of changing traffic
conditions _____
Adjusts driving to meet changing
conditions _____
Performs routine functions without taking
eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

**B. Handling of Freight**

Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

**C. Rules and Regulations**

Knowledge of company rules _____
Knowledge of regulations, federal, state
local _____
Knowledge of special truck routes _____

**D. Use of Special Equipment (specify)**

_____

Remarks:
OK For 1st seat

General Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____
Qualified for:Truck _____ Tractor-Semi trailer ____X____ Other _____

Signature of Examiner: _____

G.F. Kelley v. U.S. Xpress
D 001231
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

### I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### I. Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Ronnie Allen_    SS# ▮▮▮▮▮▮

Address _551 Lee Rd 307 Phenix City, AL_

License: State _AL_  Class _A_  License # _5719063_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 001232
Doc. Production

☐ **U.S. XPRESS, INC.**   ☐ **XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _____

Social Security No. ████████████

Commercial Driver's License No. _5 11 9 0 6 3_

State _AL_   Location of Test _Wedley, AL_

Type of Power Unit _Side Dump_  Type of Trailer(s) _Axles 53' van_

This is to certify that the above driver was given a road test under my supervision

on _8-22_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/22/05_  Driver's Signature _____

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001233
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Ronnie G Allen_

Social Security Number: ██████████████

Motor Vehicle Operators License Number: _5 7 1 9 0 6 3_

Type of License:    A    Issuing State: _AL_    Exp. Date: _11/2/06_

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 6/16/05 | 6/17/05 | 8/18/05 | 6/19/05 | 8/20/05 | 6/21/05 | 8/22/05 | ████ |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _6:60_ am/pm _6/16/05_ through _10:00_ am/pm _8/22/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_10:00 Am_ , _22_ , _Aug_ , _2005_ .
　Time 　　　　Day 　　　Month 　　　Year

Driver's Signature _Ronnie G Allen_    Date _8/22/05_

G.F. Kelley v. U.S. Xpress
D 001234
Defendant's Doc. Production

REPORT TYPE:          B FELONY/MISDEMEANOR
SEARCH DATE:          09/28/1998
STATE/COUNTY:         AL RUSSELL COUNTY

G.F. Kelley v. U.S. Xpress
D 001235
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001236
Defendant's Doc. Production