# EXHIBIT 42

## Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: Tunnel Hill, GA

Attn:   DER

Re:   SSN: ███████ /Name:Eugene Burwell
       Specimen ID #: ███████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000509
Defendant's Doc. Production