# EXHIBIT 43

# Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN ▮▮▮▮▮▮    Name:Iteago Banks
       Specimen ID # ▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000588
Defendant's Doc. Production

190

53

tion(s)

tach

Requires two signatures to be completed: YES  OR  NO

SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES OR NO
DISQUALIFIED FROM ORIENTATION:  YES OR  NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000787
Defendant's Doc. Production

SPECIMEN ID NO.   **106417734**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)2...

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

---

**STEP 5: COMPLETED BY DONOR**

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X _Ltengo Bankw_
   Signature of Donor

_Ltengo Banks_
(PRINT) Donor's Name (First, MI, Last)

8 /22 /05
Date (Mo./Day/Yr.)

Daytime Phone No. ( 256 ) 215-3981       Evening Phone No. ( ) Same       Date of Bi...

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Office...
about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own re...
THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5) –DO NO
PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
      ☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____
   Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

____/____/____
Date (Mo./Day/...

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED       ☐ FAILED TO RECONFIRM - REASON _____

X _____
   Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

____/____/____
Date (Mo./Day/...

G.F. Kelley v. U.S. Xpress
D 000492
Defendant's Doc. Production

OMB No. 0930-0158

G.F. Kelley v. U.S. Xpress
D 000511
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Iteago  Chante  Banks_

ADDRESS _1308 Springhill Rd_    CITY _Alex City_    STATE _Al_    ZIP _35010_

SOCIAL SECURITY NO ████████

DATE OF EMPLOYMENT _8-22-05_



GSF: Kelley v. U.S. Xpress
D 001296
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001297
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001298
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001298
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001301
Defendant's Doc. Production

Employee Screening

G.F. Kelley v. U.S. Xpress
D 001302
Defendant's Doc. Production

P 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

accordance with applicable Federal requirements, my determination/verification is:

G.F. Kelley v. U.S. Xpress
D 001303
Defendant's Doc. Production

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                               ☐ ADULTERATED   ☐ SUBSTITUTED

:MARKS _____

_____          _____          ____/____/____
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

P 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED          ☐ FAILED TO RECONFIRM - REASON _____

_____          _____          ____/____/____
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME **Banks** (LAST) **Iteaga** (FIRST) **Chante** (MIDDLE)    SOCIAL SECURITY # ███████

OTHER NAMES USED **NONE**

DATE OF BIRTH ███████    EMAIL ADDRESS _____

ADDRESS **1308 Springhill Rd Alexander City** (STREET) (CITY)    PHONE # ███████

**Ala** (STATE)    **35010** (ZIP)    CELL PHONE # ███████

NOTIFY IN CASE OF EMERGENCY **Rhonda Banks**    PHONE # ███████

ADDRESS **1308 Springhill Rd** (STREET) **Alexander City, Al, 35010** (CITY) (STATE) (ZIP)

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM **2-05** TO **Current** **1308 Springhill Rl.** (STREET) **Alex City** (CITY) **Ala** (STATE) **35010** (ZIP)

(2) FROM **3-97** TO **2-05** **2765 CAshley Rd** (STREET) **Alex City** (CITY) **Ala** (STATE) **3500** (ZIP)

(3) FROM ___ TO ___ (STREET) (CITY) (STATE) (ZIP)

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO    GRADUATION DATE **2-19-99**

NAME **CAT**    LOCATION: **Oxford, Al**

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH _____    DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001304

G.F. Kelley v. U.S. Xpress
D 001305
Defendant's Doc. Production

Name of Company

Address of Company

City

State                                    Zip

Area Code — Phone #

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001306



IN THE PAST.

| | POV | CMV | | | |
| --- | --- | --- | --- | --- | --- |
| | POV | CMV | | | |

G.F. Kelley v. U.S. Xpress
D 001307
Defendant's Doc. Production

| | | | | | POV | CMV |
|---|---|---|---|---|---|---|
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |
| | | | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from my pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

G.P. Kelley v. U.S. Xpress ---

D 001308



G.F. Kelley v. U.S. Xpress
D 001309
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001310
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001311
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001312
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001313
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001314
Defendant's Doc. Production

S.F. Kelley v. U.S. Xpress
D 001315
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001316
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001317
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001318
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001319
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Iteago Banks_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Truck N  800-881-0144 | 1-05   Current |
| Trojan Transportation  800-974-2358 | 6-03 · 12-03 |
| R & R Freight Comp  256-328-0069 | 5-07   9-03   12-04  12-04 |
| JB Hunt | |
| Burlington Motor | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Iteago Banks_                                    _8-22-05_
Signature of applicant                                DATE

G.F. Kelley v. U.S. Xpress
D 001320
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: _Iteago Banks_  Address: _1308 Springhill Rd  Alex City, Al. 35010_

License No: _5753031_  State _Al_  Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer _53'_

Checked From: _Wadley_  To: _Wadley_  Date: _Aug 24, 05_

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

Checks general condition approaching unit  _____

Looks for leakage of coolants, fuel and lubricants

Checks under the hood - oil, water, general condition
  of engine compartment and steering  _____

Checks around the unit - tires, lights, trailer hookup
  brake and light lines, body, doors, horn, windshield
  wipers, rear end protection (bumper)

Test brake action, tractor protection valve, and
  parking (hand) brake  _____

Knows use of jacks, tools, emergency warning devices,
  fire chains, fire extinguisher, spare fuses, and
  four way flashers  _____

Checks Instruments  _____

Cleans windshield, windows, mirrors, lights, and
  reflectors  _____

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**

Starts engine without difficulty  _____

Allows proper warm-up  _____

Understands gauges on instrument panel  _____

Maintains proper engine speed while driving  _____

Basic Knowledge of motors - gas, diesel  _____

Abuse of motor  _____

**B. Clutch and Transmission**

Starts loaded unit smoothly  _____

Uses clutch properly  _____

Times gearshifts properly  _____

Shifts gears smoothly  _____

Uses proper gear sequence  _____

**C. Brakes**

Understands operating principles of air brakes

Knows proper use of tractor protection valve  _____

Understands low air warning  _____

Test brakes before starting trip  _____

Fails to check traffic conditions & signal
  when pulling out from parked position  _____

Parks in illegal or unsafe location  _____

**C. Parking (road)**

Parks off pavement  _____

Avoids parking on soft shoulder  _____

Uses emergency warning signals when
  required  _____

Secured unit properly  _____

**D. Steering**

Fights steering wheel

Allows truck to wander  _____

**E. Lights**

Knows lighting regulations

Uses proper headlight beam  _____

Dim lights when meeting or following other vehicles

Adjust speed to range of headlights  _____

Proper use of auxiliary lights  _____

**Part 3 - Coupling and Uncoupling**

Lines up units  _____

Hooks brake and light lines properly  _____

Secures trailer against movement  _____

Backs under slowly  _____

Tests hookup with power  _____

Checks hookups visually  _____

Handles landing gear properly  _____

Proper hook-up of full trailer  _____

Secures power unit against movement  _____

**Part 4 - Backing and Parking**

**A. Backing**

Gets out and checks before backing  _____

Looks back as well as uses mirror  _____

Gets out and rechecks conditions on
  long back  _____

Avoids backing from blind spot  _____

Signals when backing  _____

Controls speed and direction properly
  while backing  _____

**B. Parking (city)**

Takes too many pull ups  _____

Hits nearby vehicles or stationary objects  _____

Hits curb  _____

Parks too far from curb  _____

**D. Grade Crossings**

Adjusts speed to conditions  _____

Makes safe stop, if required  _____

Selects proper gear  _____

**F. Speed**

Speed consistent with basic ability

Adjusts speed properly to road, weather,
  traffic conditions, legal limits  _____

Slows down for rough roads

Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 001321

Part 5 - Slowing and Stopping

|  |  |
|---|---|
| intersections, etc. | _____ |
| Maintains consistent speed | _____ |

| | |
|---|---|
| Uses gears properly ascending | _____ |
| Gears down properly | _____ |
| Stops and restarts without rolling back | _____ |
| Test brakes at top of hills | _____ |
| Uses brakes properly on grades | _____ |
| Uses mirrors to check traffic to rear | _____ |
| Signals following traffic | _____ |
| Avoids sudden stops | _____ |
| Stops smoothly without excessive fanning | _____ |
| Stops before crossing sidewalk when coming out of driveway or alley | _____ |
| Stops clear of pedestrian crosswalk | _____ |

**Part 6 - Operating in traffic Passing and Turning**

**A. Turning**

| | |
|---|---|
| Gets in proper lane well in advance | _____ |
| Signals well in advance | _____ |
| Checks traffic conditions and turns only when way is clear | _____ |
| Does not swing wide or cut short while turning | _____ |

**B. Traffic Signs and Signals**

| | |
|---|---|
| Does not approach signal prepared to stop if necessary | _____ |
| Violates traffic signal | _____ |
| Runs yellow light | _____ |
| Starts up too fast or too slow on green | _____ |
| Fails to notice or heed traffic signs | _____ |
| Runs "stop" signs | _____ |

**C. Intersections**

| | |
|---|---|
| Adjusts speed to permit stopping if necessary | _____ |
| Checks for cross traffic regardless of traffic controls | _____ |
| Yields right-of-way for safety | _____ |

**E. Passing**

| | |
|---|---|
| Passes with insufficient clear space ahead | _____ |
| Passes in unsafe location; hill, curve, intersection | _____ |
| Fails to signal change of lanes | _____ |
| Pulls out and back - uncertain | _____ |
| Tailgates waiting chance to pass | _____ |
| Blocks traffic with slow pass | _____ |
| Cuts in too short returning to right lane | _____ |

**G. Courtesy and Safety**

| | |
|---|---|
| Depends on others for safety | _____ |
| Yields right-of-way for safety | _____ |
| Fails to go ahead when given right-of-way by others | _____ |
| Tends to crowd other drivers or force way through traffic | _____ |
| Fails to allow faster traffic to pass | _____ |
| Fails to keep right and in own lane | _____ |
| Unnecessary use of horn | _____ |
| Other discourtesy or improper conduct | _____ |

**Part 7- Miscellaneous**

**A. General Driving Ability and Habits**

| | |
|---|---|
| Consistently alert and attentive | _____ |
| Consistently aware of changing traffic conditions | _____ |
| Adjusts driving to meet changing conditions | _____ |
| Performs routine functions without taking eyes from road | _____ |
| Checks instruments regularly | _____ |
| Willing to take instructions & suggestions | _____ |
| Adequate self-confidence in driving | _____ |
| Nervous, apprehensive | _____ |
| Easily angered | _____ |
| Complains too much | _____ |
| Personal appearance, manner, cleanliness | _____ |
| Physical Stamina | _____ |

**B. Handling of Freight**

| | |
|---|---|
| Checks freight properly | _____ |
| Handles and loads freight properly | _____ |
| Handles bills properly | _____ |
| Breaks down load as required | _____ |

**C. Rules and Regulations**

| | |
|---|---|
| Knowledge of company rules | _____ |
| Knowledge of regulations, federal, state local | _____ |
| Knowledge of special truck routes | _____ |
| D. Use of Special Equipment (specify) | |
| | _____ |

Remarks:

OK For 1st seat

_____

General Performance: Satisfactory ____X____ Needs Training _____ Unsatisfactory _____

Qualified for: Truck __X__ Tractor-Semi trailer __X__ Other _____

Signature of Examiner: *Wallace L Bond*

G.F. Kelley v. U.S. Xpress
D 001322
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

## I. Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Iteago Banks_ S █████████

Address _1368 Springhill Rd    Alex City, Al 35010_

License: State _Al_ Class _A_ License # _5753031_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _Al_ Class _A_ License # _5753031_

State _____ Class _____ License # _____

Driver's Signature: _Iteago Banks_

G.F. Kelley v. U.S. Xpress
D 001323
Defendant's Doc. Production

☑ U.S. XPRESS, INC.   ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Stepen Banks_

Social Security No. ▨▨▨▨▨▨

Commercial Driver's License No. _S753031 A1_

State _AL_   Location of Test _Wadley_

Type of Power Unit _Volvo_   Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _Aug 24,_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Walker L Beard_ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-24-05_ Driver's Signature _Stepen Banks_ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001324
Defendant's Doc. Production

## NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

### 7-Day Backlog

Full Name of Driver (Print): _Teagan Banks_

Social Security Number: ████████████

Motor Vehicle Operators License Number: 575303

Type of License: A    Issuing State: 6-8-05    Exp. Date: 2-11-07

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ████ |
| Hours Worked | O | O | O | O | O | O | O | O |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __/__/__ through _____ am/pm __/__/__

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

Time _____ Day _____ Month _____ Year _____

Driver's Signature _Teagan Banks_    Date 8-22-05

G.F. Kelley v. U.S. Xpress
D 001325
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001326
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001327
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001328
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001329
Defendant's Doc. Production