# EXHIBIT 44

## Result Report

*Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421

Location: USXpress

Attn:   DER

Re:     SSN:            Name: Cleveand Batte Battle
        Specimen ID #

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000581
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/esp/der/printMROLetters.jsp        8/23/2005

G.F. Kelley v. U.S. Xpress
D 000423
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. 106417736

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

| A. Employer Name, Address, I.D. No. 133606 | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| U S Xpress-Wesley<br>P.O. Box 485<br>Lowell, AR 12345<br>PH: 423-510-3680  FX: 423-510-3792 | Profile # 650636<br>DENT-Robert Pflug, MD<br>8558 Hwy. 23, Ste. 4<br>Belle Chasse, LA 70037<br>PH: 214-352-6150  FX: 214-357-3200 |

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X Cleveland Battle  /  Cleveland BATTLE  /  8/22/05
Signature of Donor  /  (PRINT) Donor's Name (First, MI, Last)

Daytime Phone No. (   ) Same   Evening Phone No. (256) 395-4622

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)  __/__/__

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)  __/__/__

G.F. Kelley v. U.S. Xpress
D 000594
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000493
Defendant's Doc. Production