# EXHIBIT 45

# Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:     SSN:████████/Name:Vence Bell
        Specimen ID #████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000575
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000421
Defendant's Doc. Production

SPECIMEN ID NO. **106417731**

| STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE | ADVANCED TOXICOLOGY NETWORK |
| --- | --- |
| | 3560 Air Center Cove, Memphis, TN 38118 (888)222-4894 |

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
| --- | --- |

X *Vence L Bell*
Signature of Donor

*Vence B Bell*
(PRINT) Donor's Name (First, MI, Last)

*8/22/15*
Date (Mo./Day/Yr.)

Daytime Phone No. *(205) 585 2111*    Evening Phone No. *(256) 293 0623*    Date of

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Offic___
about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those med___
THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT
PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                              ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000487
Defendant's Doc. Production

REMARKS _____

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

_/ _/ _
Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER · SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM · REASON _____

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

_/ _/ _
Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000598
Defendant's Doc. Production

SIGNATURE:_____ DATE:_____

G.F. Kelley v. U.S. Xpress
D 000788
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE:  YES OR NO
DISQUALIFIED FROM ORIENTATION:  YES OR  NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

Orientation Date: _Kelly_

First NM: _Vence_    M.I.: _E_ Last NM: _Bell_    S.S.: ████

## ACCOUNTABILITY CHECKLIST

ADDRESS: _3947 Main_    City: _Altoona_    State: _AL_ Zip: _35952_

BIRTH DATE: _10-24-51_ GAP DATES _____

*Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH: _____

████████████████████████████████████████████

Requires two signatures to be completed: YES  OR  (NO)

SIGNATURE: _Angela Whitted_ DATE: _8-19-05_

CONDITIONAL OFFER TO BE MADE: (YES) OR NO
DISQUALIFIED FROM ORIENTATION:  YES  OR  NO

RECRUITING MANAGER SIGNATURE: _____ DATE _____

SAFETY MANAGER SIGNATURE: _____ DATE _____

G.F. Kelley v. U.S. Xpress
D 000671
Defendant's Doc. Production

AUG-08-2005 MON 01:42 PM KELLY TRUCKING                    6125639522772              P. 001/004

_( Michelle ext. 378_
_fax 423 510-6138_

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Bell    Vence    Edward_          SOCIAL SECURITY # ███████████
         LAST      FIRST      MIDDLE

OTHER NAMES USED _Eddy_

DATE OF BIRTH (MONTH/DAY/YEAR) _____ EMAIL ADDRESS _____

ADDRESS _3947 Main    Altoona_                    PHONE ███████
         STREET              CITY

_AL_              _35952_                          CELL PHONE ███████
STATE              ZIP

NOTIFY IN CASE OF EMERGENCY _Kathren Bell_          PHONE

ADDRESS _3947 Main    Altoona  AL  35952_
         STREET         CITY      STATE   ZIP

REFERRED TO USX BY WHOM?

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _____ TO _Same for over 25 yrs._
                      STREET          CITY          STATE        ZIP

(2) FROM _____ TO _____
                      STREET          CITY          STATE        ZIP

(3) FROM _____ TO _____
                      STREET          CITY          STATE        ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☑ NO    GRADUATION DATE _____

NAME _____                                      LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☐ NO

BRANCH _____              DATES:  FROM _____  TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 000731
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000732
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000733
Defendant's Doc. Production

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such transaction, and my experience history with you if I am qualified, will be reported to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that related information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries has an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 392.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualifications and I agree to release them from any and all liability for supplying said information.

Signature _____    Date _____

G.F. Kelley v. U.S. Xpress
D 000734
Defendant's Doc. Production

Requires two signatures to be completed: YES  OR  NO

SIGNATURE: angela whited DATE 8-19-05

NDITIONAL OFFER TO BE MADE: YES OR  NO
QUALIFIED FROM ORIENTATION: YES  OR  NO

ECRUITING MANAGER SIGNATURE:_____ DATE_____

AFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000838
Defendant's Doc. Production