# EXHIBIT 54

# Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   SSN:419721024/Name:Melvin Cleveland
      Specimen ID #:106565432

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.

The specimen was submitted to:      Wadley Cornerstone Family Care LLC, More
                                    203 Tallapossa St
                                    WADLEY, AL  36276

Testing of the specimen was performed:
in compliance with SAMHSA guidelines at: ATN
                                    3560 Air Center Cove
                                    MEMPHIS, TN  38118

The specimen was NEGATIVE for tested drugs.
Test verification was completed on 08/26/2005 12:43:04.

The specimen was tested for:      1) AMPHETAMINE 1000
                                  2) COCAINE 50
                                  3) MARIJUANA 50
                                  4) OPIATE 2000
                                  5) PHENCYCLIDINE 25

This information should be included in your confidential substance abuse testing records.

Sincerely,


Robert Pflug, M.D.
Medical Review Officer

G.F. Kelley v. U.S. Xpress
D 000475
Defendant's Doc. Production

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**SPECIMEN ID NO.** 106565432

**ATN**
ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

**A. Employer Name, Address, I.D. No.** 115030
US Xpress/Laredo
P.O. Box 429
Lowell, AR 72745
PH: 423-510-3860  FX: 423-510-3792

**B. MRO Name, Address, Phone and Fax No.**
Profile # 466337
DRMO - Robert Pflug, MD
[illegible]

**C. Donor SSN or Employee I.D. No.** 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

**D. Reason for Test:** ☒ Pre-employment  ☐ Random  ☐ Reasonable Suspicion/Cause  ☐ Post Accident
☐ Return to Duty  ☐ Follow-up  ☐ Other (specify) _____

**E. Drug Tests to be Performed:** ☒ THC, COC, PCP, OPI, AMP  ☐ THC & COC Only  ☐ Other (specify) _____

**F. Collection Site Address:**
Wadley Cornerstone Family Care
203 Thompson St
Wadley, AL 36276

**Collector Phone No.** (256)395-4150
**Collector Fax No.** (256)395-6055

## STEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes  ☐ No, Enter Remark

Specimen Collection: ☒ Split  ☐ Single  ☐ None Provided (Enter Remark)  ☐ Observed (Enter Remark)

**REMARKS**

## STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

## STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

X *Ronda Whitaker* (Signature of Collector)
RONDA WHITAKER (PRINT Collector's Name)
Time of Collection: 8:20 AM
Date: 082505

**SPECIMEN BOTTLE(S) RELEASED TO:**
Transport to Lab FedEx
(Name of Delivery Service Transferring Specimen to Lab)

**RECEIVED AT LAB:**
X _____ (Signature of Accessioner)
_____ (PRINT Accessioner's Name)
Date _____

**Primary Specimen Bottle Seal Intact**
☐ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

## STEP 5: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X *Melvin Cleveland* (Signature of Donor)
Melvin Cleveland (PRINT Donor's Name)
Date 8/25/05

**Daytime Phone No.** (256)245-4836  **Evening Phone No.** (256)872-6163  **Date of Birth** 11/18/50

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                     ☐ ADULTERATED  ☐ SUBSTITUTED

**REMARKS** _____

X _____ (Signature of Medical Review Officer)  _____ (PRINT MRO Name)  Date _____

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____ (Signature of Medical Review Officer)  _____ (PRINT MRO Name)  Date _____

G.F. Kelley v. U.S. Xpress
D 000476
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME  Melvin E. Cleveland

ADDRESS  210 Pine St         CITY  Sycacauga        STATE  AL   ZIP  35150

SOCIAL SECURITY NO.  414 72 1024

DATE OF EMPLOYMENT  8-25-05

G.F. Kelley v. U.S. Xpress
D 001362
Defendant's Doc. Production

**Alabama Commercial Driver License**

ISS: 10-15-2002
EXP: 10-15-2006

No:4876687   Director of Public Safety
James H. Alexander



MELVIN EARL CLEVELAND
103 MOUNTAIN VIEW RD
SYLACAUGA AL 35150

| CLASS | ENDORSEMENTS | RESTRICTIONS |
|---|---|---|
| AM | H | |
| D.O.B | | S.S.N. |
| 11-18-1950 | | 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 |

| SEX | HT | WT | EYES | HAIR |
|---|---|---|---|---|
| M | 5-04 | 170 | BRO | BRO |



SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

MELVIN EARL CLEVELAND

SIGNATURE

G.F. Kelley v. U.S. Xpress
D 001363
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | |
|---|---|
| GENERAL AWARENESS | SAFETY TRAINING |
| FUNCTION SPECIFIC | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | 8/25/08 |

| Name (last   First   Middle) | Employer |
|---|---|
| Cleveland Melvin E | USXpress Enterprises |
| Social Security # | Address |
| 416 72 1024 | 4080 Jenkins Road |
| Job Position | City         State         Zip |
| OTR Driver | Chattanooga   TN   37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years. In accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.
172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (aX3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

**Section 1** — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8/25/05 | Haz-mat 126/181 | USXpress Enterprises | | 8/25/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Section 2** — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001364
Defendant's Doc. Production

# U. S. XPRESS, INC.
4020 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE

### PERSONAL

NAME: Cleveland Melvin E (LAST, FIRST, MIDDLE)   SOCIAL SECURITY #: 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

OTHER NAMES USED: _____

DATE OF BIRTH: 11/18/50 (MONTH/DAY/YEAR)   EMAIL ADDRESS: _____

ADDRESS: 210 Pine St (STREET) Sylacauga (CITY)   PHONE #: (256) 245-4836
AL (STATE) 35150 (ZIP)   CELL PHONE #: (256) 872-6168

NOTIFY IN CASE OF EMERGENCY: Sandra Cleveland   PHONE #: (256) 245-4836
ADDRESS: 210 Pine St Sylacauga AL 35150

REFERRED TO USX BY WHOM? Kelly Trucking

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM Apr 04 TO Pres   210 Pine St   Sylacauga   AL   35150
(2) FROM 6-83 TO Apr 04   103 Mt. View Rd   Sylacauga   AL   35150
(3) FROM ___ TO ___

### EDUCATION

**TRUCK DRIVING SCHOOL**

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO   GRADUATION DATE: Sep 19 2002

NAME: Schneider   LOCATION: Charlotte, N.C.

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH: U.S. Army   DATES: FROM 8-26-69 TO 5-14-75

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR...

G.F. Kelley v. U.S. Xpress
D 001365
Defendant's Doc. Production

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|
| | From: JAN 04 | To: PRES | | | | (800) 821-0144 |

Name of Company: Kelly Trucking
Your Job Classification: Driver
Address of Company: PO Box 29
City: Wadley  State: AL  Zip: 36276
Reason for Leaving:

Accidents: YES or (NO)  HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven: ☒ Tractor Trailer ☐ Straight Truck ☐ Other _____ Miles Per Week _____

| Unemployed | From: 10.02 | To: 1.04 | To verify call: | Name: | Phone #: |
|---|---|---|---|---|---|
| From: | To: | | | | ( ) |

Name of Company: Schneider National
Your Job Classification:
Address of Company:
City: Green Bay  State: WI  Zip:
Reason for Leaving: NO OFF TIME

Accidents: YES or (NO)  HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven: ☒ Tractor Trailer ☐ Straight Truck ☐ Other _____ Miles Per Week _____

| Unemployed | From: | To: | To verify call: | Name: | Phone #: |
|---|---|---|---|---|---|
| From: | To: | | | | ( ) |

Name of Company:
Address of Company:
Your Job Classification:
Reason for Leaving:
City:  State:  Zip:

Accidents: YES OR NO  HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven: ☐ Tractor Trailer ☐ Straight Truck ☐ Other _____ Miles Per Week _____

## Alcohol & Controlled Substance Testing

| | YES | NO |
|---|---|---|
| 1. HAVE YOU TESTED POSITIVE FOR A CONTROLLED SUBSTANCE IN THE LAST THREE YEARS? | | ✓ |
| 2. HAVE YOU HAD AN ALCOHOL TEST WITH A BREATH ALCOHOL CONCENTRATION OF 0.04 OR GREATER IN THE LAST THREE YEARS? | | ✓ |
| 3. HAVE YOU REFUSED A REQUIRED TEST FOR DRUGS OR ALCOHOL IN THE LAST THREE YEARS? (Including verified adulterated or substituted drug test results) | | ✓ |
| 4. HAVE YOU COMMITTED OTHER VIOLATIONS OF DOT AGENCY DRUG AND ALCOHOL TESTING? | | ✓ |

* If yes to any of the above questions please attach substance professional name, address, and phone # for further reference.

HAVE YOU EVER BEEN CONVICTED OF DWI, DUI, CARELESS OR RECKLESS DRIVING, 15 MPH OVER THE POSTED SPEED LIMIT, LEAVING ACCIDENT SCENE, OR USING COMMERCIAL VEHICLE IN COMMISSION OF A FELONY?* (LIST ALL OFFENSES)
☐ YES ☒ NO  DATE _____ EXPLAIN _____

HAS YOUR LICENSE OR PRIVILEGE TO DRIVE EVER BEEN SUSPENDED OR REVOKED FOR ANY REASON?*
☐ YES ☒ NO  DATE _____ EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF ANY MISDEMEANOR OTHER THAN A TRAFFIC VIOLATION?
☐ YES ☒ NO  DATE _____ EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF A FELONY?
☐ YES ☒ NO  DATE _____ EXPLAIN _____

G.F. Kelley v. U.S. Xpress
D 001366
Defendant's Doc. Production

| LIST ALL DRIVERS LICENSES THAT YOU PRESENTLY HOLD OR HAVE HELD | CIRCLE ONE | | LICENSE # | STATE | EXPIRATION DATE | ENDORSEMENTS |
|---|---|---|---|---|---|---|
| | POV | CMV | 4876687 | AL | 10-16-2006 | AM |

## DRIVING EXPERIENCE — (Student must complete this section also)

| TYPE OF EQUIPMENT | LENGTH OF EXPERIENCE | APPROXIMATE # OF MILES |
|---|---|---|
| TRACTOR AND SEMI TRAILER _____ | | |
| STRAIGHT TRUCK _____ | | |
| OTHERS _____ | | |

IN WHAT STATES HAVE YOU DRIVEN REGULARLY?

48 — SOUTHEAST LAST 19 MONTHS

## WORK EXPERIENCE — Please include dates of unemployed time.

SHOWING THE PAST THREE (3) YEARS EMPLOYMENT, AND / OR COMMERCIAL DRIVING EXPERIENCE FOR THE PAST 10 YEARS, LIST BELOW PAST AND PRESENT EMPLOYERS, BEGINNING WITH YOUR PRESENT OR MOST RECENT. ALL TIME MUST BE ACCOUNTED FOR INCLUDING UNEMPLOYMENT!

Unemployed From: ____ To: ____ To verify call: Name: ____ Phone #: ____

From: JAN 04   To: PRES
Name of Company: Kelly Trucking
Address of Company: PO BOX 29
City: Wadley   State: AL   Zip: 36276
Your Job Classification: DRIVER
Area Code — Phone #: (800) 821-0144
Accidents YES OR (NO)  HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven: ☐ Tractor Trailer ☐ Straight Truck ☐ Other ____  Miles Per Week ____

Unemployed From: ____ To: ____ To verify call: Name: ____ Phone #: ____

From: OCT 02   To: JAN 04
Name of Company: SCHNEIDER NATIONAL
Address of Company: GREEN BAY   WI
Accidents YES OR (NO)  HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven: ☐ Tractor Trailer ☐ Straight Truck ☐ Other ____  Miles Per Week ____

Unemployed From: ____ To: ____ To verify call: Name: ____ Phone #: ____

From: MAR 02   To: SEP 02
Name of Company: Goodyear
Address of Company: Hoover   AL
Your Job Classification: AUTO MECHANIC
Reason for Leaving: DRIVING SCHOOL / JOB
Accidents YES OR NO  HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven: ☐ Tractor Trailer ☐ Straight Truck ☐ Other ____  Miles Per Week ____

Unemployed From: ____ To: ____ To verify call: Name: ____ Phone #: ____

From: ____ To: ____
Name of Company: ____

G.F. Kelley v. U.S. Xpress
D 001367
Defendant's Doc. Production

## ACCIDENTS

List and explain in detail giving dates and location of all accidents that you have been involved in during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. **FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS, WRITE "NONE."**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

## TRAFFIC VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 5 years. **FAILURE TO LIST ALL TRAFFIC VIOLATIONS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST 5 YEARS, WRITE "NONE."**

| Traffic Conviction(s): Describe | Date | City & State | Penalty | Circle One |
|---|---|---|---|---|
| | | | | POV  CMV |
| | | | | POV  CMV |
| | | | | POV  CMV |
| | | | | POV  CMV |
| | | | | POV  CMV |
| | | | | POV  CMV |
| | | | | POV  CMV |

G.F. Kelley v. U.S. Xpress
D 001368
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 332.605, 399.413 ...

# APPLICANTS AUTHORIZATION
# TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, Melvin Clark Card, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking     500-541-0400 | 1-4-03 |
| Schneider National | 10-4-02 |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

Melvin E. Card                    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             3-25-05
Signature of applicant              SSN                    DATE

G.F. Kelley v. U.S. Xpress
D 001369
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Melvin E. Cleveland_    SS# _419 72 1694_

Address _210 Pine ST    Sylacauga    AL 35150_

License: State _AL_    Class _A_    License # _4516657_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____    Class _____    License # _____

State _____    Class _____    License # _____

Driver's Signature: _Melvin E. Cleveland_

G.F. Kelley v. U.S. Xpress
D 001370
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Melvin E. Cleveland

Social Security Number: 415 72 1040

Motor Vehicle Operators License Number: 4876657

Type of License: A   Issuing State: AL   Exp. Date: 10-14-06

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 5/24/05 | 5/25/05 | 5/22/05 | 5/21/05 | 5/6/05 | 5/6/05 | 5/1/05 | |
| Hours Worked | 5 | 10.5 | 5.5 | 3 | 0 | 10.5 | 0 | 31.50 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from __6__ am/pm 5/20/05 through __3__ am/pm 5/21/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

Time _____ Day _____ Month _____ Year _____

Melvin Cleveland
Driver's Signature

Date: 5-25-05

G.F. Kelley v. U.S. Xpress
D 001371
Defendant's Doc. Production