# EXHIBIT 55

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:    SSN: ▓▓▓▓▓/Name:Monroe Cooper
       Specimen ID # ▓▓▓▓▓▓

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.



Medical Review Officer

G.F. Kelley v. U.S. Xpress
D 000420
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. **106565441**

**ATN**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. 115030 | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| US Xpress/Laredo<br>P.O. Box 425<br>Lowell, AR 72745<br>PH: 423-510-3560  FX: 423-510-3792 | Profile # 466337<br>DFWl-Robert Piper, MD<br>8550 Hwy. 23, Ste. 4<br>Belle Chasse, LA 70037<br>PH: 504-394-4151   FX: 274-587-3200 |

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

G.F. Kelley v. U.S. Xpress

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                 ☐ ADULTERATED  ☐ SUBSTITUTED

D 000434
Defendant's Doc. Production

REMARKS _____

X _____
  Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)        ___/___/___ Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____
  Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)        ___/___/___ Date (Mo./Day/Yr.)

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:     SSN:███████/Name:Monroe Cooper
        Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000556
Defendant's Doc. Production

SPECIMEN ID NO. **100565441**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|

SPECIMEN ID NO. **106565441**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4694

A. Employer Name, Address, I.D. No.          115030

US Xpress/Laredo
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

PROFILE # 46634?
DFWL-Robert Pilug, MD
8450 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4141    FX: 214-307-5200

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST-BECAUSE:
            ☐ DILUTE                          ☐ ADULTERATED   ☐ SUBSTITUTED

D 000637
Defendant's Doc. Production

REMARKS _____

X _____

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

0/0

# DRIVER CERTIFICATION FILE

DRIVER NAME _Harvon Cooper_

ADDRESS _167 Hornsville Rd_   CITY _Trinidge_   STATE _AL_   ZIP _35160_

SOCIAL SECURITY N█████████████████

DATE OF EMPLOYMENT _____

G.F. Kelley v. U.S. Xpress
D 001372
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001373
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001374
Defendant's Doc. Production

Name

Social Sec

5

Job Positi

O

172.704(d) Re
employer for
(1) The harm
materials to b
hazmat emplo
172.704(e) Lin
who does not

The training r
employee, pro

## Section

Completio
date

Section 2 Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001375
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be complete. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME  Cooper Bobbie Monroe
      LAST    FIRST    MIDDLE    SOCIAL SECURITY [redacted]

OTHER NAMES USED → NONE    D.O.B. 2/13/40    EMAIL ADDRESS  None
                                  MONTH/DAY/YEAR

ADDRESS  1637 Horns Valley Rd    Talladin AL
         STREET    CITY    STATE

NOTIFY IN CASE OF EMERGENCY  Glenn Cooper

(1) [partially redacted] ALA 31560
                                    ZIP

G.F. Kelley v. U.S. Xpress
D 001376
Defendant's Doc. Production

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?    ☐ YES    ☒ NO

Address of Company

Reason for leaving

Title Job Classification

Name of Supervisor

G.F. Kelley v. U.S. Xpress
D 001377

Name

G.F. Kelley v. U.S. Xpress
D 001378
Defendant's Doc. Production

HAVE YOU EVER BEEN CONVICTED OF ANY MISDEMEANOR OTHER THAN A TRAFFIC VIOLATION?

☐ YES  ☒ NO  DATE _____  EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF A FELONY?

☐ YES  ☒ NO  DATE _____  EXPLAIN _____

G.F. Kelley v. U.S. Xpress
D 001379
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001380
Defendant's Doc. Production

| | | | POV | CMV |
| | | | POV | CMV |
| | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

The certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge., I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In consideration of any offer of contract, I agree to, negotiate in good faith any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related hereto.

In accordance with Section 382.405, 391.21 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any, and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substance testing, that may be required to complete my qualification and I agree to release them from any and all liability for furnishing such information.

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Alfonso Clanter_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly    1 800 821 0144 | 8/4/04    8/05 |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Alfonso Clanter_                         ▉▉▉▉▉▉▉          8/23/05
Signature of applicant                         SSN                    DATE

G.F. Kelley v. U.S. Xpress
D 001381
Defendant's Doc. Production

PERFORM OF ROAD TEST
(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks

ne _Monna Co_ Address: _16.7 Hornsvaale Rd_
ense No._6747Goll_ State: _AL_ Equipment: Driven  Tractor _FLCONV VOLVO_Trailer_57_
cked From. _Wadley_ To _Wadley_  Date. _aug 23_

### t 1 - Pre-Trip Inspection and Emergency Equipment

cks general condition approaching unit          _____
oks for leakage of coolants, fuel and lubricants  _____
cks under the hood - oil, water, general condition _____
f engine compartment and steering              _____
cks around the unit - tires, lights, trailer hookup _____
ake and light lines, body, doors, horn, windshield _____
ipers, rear end protection (bumper)             _____
t brake action, tractor protection valve, and    _____
arking (hand) brake                             _____
ows use of jacks, tools, emergency warning devices, _____
re chains, fire extinguisher, spare fuses, and
our way flashers                                _____
ecks Instruments                               _____
ans windshield, windows, mirrors, lights, and    _____
eflectors                                       _____

### rt 2 - Placing vehicle in motion and use of controls

**Engine**

rns engine without difficulty                   _____
lows proper warm-up                            _____
iderstands gauges on instrument panel           _____
aintains proper engine speed while driving       _____
sic Knowledge of motors - gas, diesel           _____
use of motor                                   _____

**Clutch and Transmission**

ans loaded unit smoothly                        _____
es clutch properly                             _____
mes gearshifts properly                         _____
ifts gears smoothly                            _____
ses proper gear sequence                       _____

**Brakes**

nderstands operating principles of air brakes    _____
nows proper use of tractor protection valve      _____
nderstands low air warning                      _____
est brakes before starting trip                 _____

ails to check traffic conditions & signal
when pulling out from parked position           _____
rks in illegal or unsafe location               _____

**. Parking (road)**

arks off pavement                             _____
voids parking on soft shoulder                 _____
ses emergency warning signals when
required                                       _____
ecured unit properly                           _____

### D. Steering

Fights steering wheel                          _____
Allows truck to wander                         _____

### E. Lights

Knows lighting regulations                     _____
Uses proper headlight beam                     _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights            _____
Proper use of auxiliary lights                 _____

### Part 3 - Coupling and Uncoupling

Lines up units                                 _____
Hooks brake and light lines properly           _____
Secures trailer against movement               _____
Backs under slowly                            _____
Tests hookup with power                        _____
Checks hookups visually                        _____
Handles landing gear properly                  _____
Proper hook-up of full trailer                 _____
Secures power unit against movement            _____

### Part 4 - Backing and Parking

**A. Backing**

Gets out and checks before backing            _____
Looks back as well as uses mirror              _____
Gets out and rechecks conditions on
    long back                                 _____
Avoids backing from blind spot                 _____
Signals when backing                          _____
Controls speed and direction properly          _____
    while backing                             _____

**B. Parking (city)**

Takes too many pull ups                        _____
Hits nearby vehicles or stationary objects      _____
Hits curb                                      _____
Parks too far from curb                        _____

**D. Grade Crossings**

Adjusts speed to conditions                    _____
Makes safe stop, if required                   _____
Selects proper gear                           _____

**F. Speed**

Speed consistent with basic ability            _____
Adjusts speed properly to road, weather,
    traffic conditions, legal limits           _____
Slows down for rough roads                     _____
Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 001382

rt 5 - Slowing and Stopping | Maintains consistent speed | _____

ges gears properly ascending     _____ | G. Courtesy and Safety

ears down properly     _____ | Depends on others for safety | _____

ops and restarts without rolling back     _____ | Yields right-of-way for safety | _____

ts brakes at top of hills     _____ | Fails to go ahead when given, right-of-

es brakes properly on grades     _____ |     way by others | _____

es mirrors to check traffic to rear     _____ | Tends to crowd other drivers or force

nals following traffic     _____ |     way through traffic | _____

oids sudden stops     _____ | Fails to allow faster traffic to pass | _____

ops smoothly without excessive | Fails to keep right and in own lane | _____

anning     _____ | Unnecessary use of horn | _____

ops before crossing sidewalk when | Other discourtesy or improper conduct | _____

rning out of driveway or alley     _____

ops clear of pedestrian crosswalk     _____ | **Part 7- Miscellaneous**

  | **A. General Driving Ability and Habits**

rt 6 - Operating in traffic Passing and Turning | Consistently alert and attentive | _____

**Turning** | Consistently aware of changing traffic

as in proper lane well in advance     _____ |     conditions | _____

gnals well in advance     _____ | Adjusts driving to meet changing

necks traffic conditions and turns only when |     conditions | _____

way is clear     _____ | Performs routine functions without taking

es not swing wide or cut short while turning     _____ |     eyes from road | _____

  | Checks instruments regularly | _____

**Traffic Signs and Signals** | Willing to take instructions & suggestions | _____

es not approach signal prepared to stop if | Adequate self-confidence in driving | _____

necessary     _____ | Nervous, apprehensive | _____

olates traffic signal     _____ | Easily angered | _____

uns yellow light     _____ | Complains too much | _____

arts up too fast or too slow on green     _____ | Personal appearance, manner, cleanliness | _____

ails to notice or heed traffic signs     _____ | Physical Stamina | _____

uns "stop" signs     _____

  | **B. Handling of Freight**

**. Intersections** | Checks freight properly | _____

djusts speed to permit stopping if necessary     _____ | Handles and loads freight properly | _____

necks for cross traffic regardless of traffic controls     _____ | Handles bills properly | _____

ields right-of-way for safety     _____ | Breaks down load as required | _____

  | **C. Rules and Regulations**

**. Passing** | Knowledge of company rules | _____

asses with insufficient clear space | Knowledge of regulations, federal, state

ahead     _____ |     local | _____

asses in unsafe location;hill, curve, | Knowledge of special truck routes | _____

intersection     _____ | **D. Use of Special Equipment (specify)**

ails to signal change of lanes     _____ | _____

ulls out and back - uncertain     _____

ailgates waiting chance to pass     _____ | **Remarks:**

locks traffic with slow pass     _____ | OK For 1st seat

uts in too short returning to right lane     _____ | _____

  | _____

eneral Performance: Satisfactory _____ X _____ Needs Training _____ Unsatisfactory _____

ualified for Truck __ X __ Tractor-Semi trailer X / X __ Other _____

ignature of Examiner: *Wallace R Bush* _____

G.F. Kelley v. U.S. Xpress
D 001383
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.

2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.

3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.

4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name *Monroe Cooper*    SS# ▓▓▓▓▓▓▓

Address *167 Hornsville Road TALLAdega AL*

License: State *AL*    Class *A*    License ▓▓▓▓▓▓▓

I further certify that the above commercial veh▓▓▓▓▓▓▓ that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature *Monroe Cooper*

⊒U.S. XPRESS, INC. ⊑XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Monroe Cooper_

State _A.L._  Location of Test _Tunnel City_

Type of Power Unit _Volv_  Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _Aug 23_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace R Beird_ _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/23/05_ Driver's Signature _W Monroe Cooper_
_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001385
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Meabox Cooper_

Social Security Numb█

Motor Vehicle Opera█

Type of License: __A__    Issuing State: _AL_    Exp. Date: _1/30/09_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/6/05 | 8/7/05 | 8/13/05 | 8/14/05 | 8/20/05 | 8/21/05 | 8/22/05 | ██ |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from __12__ am/pm _8/20/05_ through _11:00_ am/pm _8/21/05_

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_5:30 pm_ _____ _19_ _____ _8_ _____ _05_
Time              Day              Month            Year

_Maabox Cooper_ _____     _8/23/05_
Driver's Signature                                        Date