# EXHIBIT 56

## Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re: _____ /Name:Randall Curby
Specimen ID #: ▇▇▇▇▇

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 000552**
Defendant's Doc. Production

SPECIMEN ID NO. **106553014**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Randall Curby_      (PRINT) Donor's Name (First, MI, Last) _Randall Curby_      Date (Mo./Day/Yr.) _9/28/05_
Signature of Donor

Daytime Phone No. _____      Evening Phone No. _____      Date of Birth ___/___/___
                                                                                    Mo.  Day  Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
            ☐ DILUTE                              ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____      (PRINT) Medical Review Officer's Name (First, MI, Last) _____      Date (Mo./Day/Yr.) ___/___/___
Signature of Medical Review Officer

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____      (PRINT) Medical Review Officer's Name (First, MI, Last) _____      Date (Mo./Day/Yr.) ___/___/___
Signature of Medical Review Officer

G.F. Kelley v. U.S. Xpress

D 000553

Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000427
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000639
Defendant's Doc. Production

O/D

# DRIVER CERTIFICATION FILE

DRIVER NAME _Randall Laverne Cirby_

ADDRESS _132 Fannin Lane_    CITY _Cairo_    STATE _Ga_    ZIP _39828_

SOCIAL SECURITY NO. ▓▓▓▓▓▓▓▓▓▓

DATE OF EMPLOYMENT _5/23/05_

G.F. Kelley v. U.S. Xpress
D 002456
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002457
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | |
|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING |
| FUNCTION SPECIFIC | | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | 8/23/05 |

| Name        (last        First        Middle) | Employer |
|---|---|
| *Cutty Ronald Lavern* | USXpress Enterprises |
| Social Security # | Address |
| [REDACTED] | 4080 Jenkins Road |
| Job Position | City | State | Zip |
| OTR Driver | Chattanooga | TN | 37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                                      Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8/23/05 | Haz-mat 126/181 | USXpress Enterprises | *[signature]* | 8/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                                      Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002458
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002459
Defendant's Doc. Production

## Result Report

### _Confidential_

09/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:        ████████     Name: Randall Curby
           Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 002460
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002461
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002462
Defendant's Doc. Producti

G.F. Kelley v. U.S. Xpress
D 002463
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form.
**Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.**

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Crosby_ _Randolph_ _Leroy_ LAST FIRST MIDDLE SOCIAL SECURITY # [REDACTED]

OTHER NAMES USED _Randy_ D.O.B. [REDACTED] EMAIL ADDRESS _N/A_

ADDRESS _135 Jimmie Jerm_ _Clio_ _Ala_ _36128_ STREET CITY STATE ZIP PHONE # [REDACTED] AREA CODE

NOTIFY IN CASE OF EMERGENCY _Chelle Crosby_ PHONE # [REDACTED] AREA CODE

ADDRESS _135 Jimmie Jerm_ _Clio_ _Ala_ _36128_ STREET CITY STATE ZIP

ARE YOU CURRENTLY EMPLOYED? ☒ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☒ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☒ NO DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☒ NO IF YES, ANSWER A) AND B)

A) DATES: FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☐ NO BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _1/95_ TO _8/05_ PRESENT _135 Jimmie Jerm_ _Clio_ _Ala_ _36128_ STREET CITY STATE ZIP

(2) FROM _____ TO _____ STREET CITY STATE ZIP

(3) FROM _____ TO _____ STREET CITY STATE ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☒ NO GRADUATION DATE _____

NAME _____ LOCATION: _____

G.F. Kelley v. U.S. Xpress
D 002464
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☒ YES ☐ NO

BRANCH _Marine Corps_ DATES: FROM _11/85_ TO _11/88_

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

G.F. Kelley v. U.S. Xpress
D 002465
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002466
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002467
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002468
Defendant's Doc. Production

| | | | | G.F. Kelley v. U.S. Xpress | POV | CMV |
| | | | | D 002469 | | |
| | | | | Defendant's Doc. Production | POV | CMV |
| | | | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification are from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit records, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information and my employment or contract history with you (if any) will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which are subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge, and agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which reduces the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to process any claims relating to the contractor process or any dispute arising out of my status as a contractor or lessee and/or the agreements related thereto.

In accordance with Section 4 390.405, 391 and 391.405.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing history that may be requested to complete my qualification and agree to release them from any and all liability for supplying said information.



G.F. Kelley v. U.S. Xpress
D 002470
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002471
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002472
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002473
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002474
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002475
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Lou Aell Ceu C._, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

_____ Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| _Reeies_  1800 821 0199- | 2/05 - 8/05 |
| _Tuskila Timber_ | 6/04 - 2/05 |
| _Baldwin Hutchison_ | 8/04   6/04 |
| _Lake Jackson Trucking_ | 1/02   6/03 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Lou Aell Ceu C._                    ████████████         _8/23/05_
Signature of applicant                        SSN                      DATE

G.F. Kelley v. U.S. Xpress
D 002476
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Randall Quigley_ SS# ████████████

Address _132 firm in fine    Cairo GA 39828_

License: State _Ga_ Class _A_ License # _605109916_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: _Randall C Quigley_

G.F. Kelley v. U.S. Xpress
D 002477
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Randall Curley_

Social Security Number: _█████████_

Motor Vehicle Operators License Number: _CC5147911_

Type of License: _A_     Issuing State: _____     Exp. Date: _7/02_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8 /15/05 | 8 /16/05 | 8 /17/05 | 8 /18/05 | 8 /19/05 | 8 /20/05 | 8 /21/05 | ████ |
| Hours Worked | 11.58 | 12.25 | 12.75 | 13.25 | 5 | 0 | 3 | 87.75 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm __/__/____ through _____ am/pm __/__/____.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_2400_ : _2_ : _8_ : _2005_
Time     Day     Month     Year

_Randall Curley_          _8/23/05_
Driver's Signature          Date

G.F. Kelley v. U.S. Xpress
D 002478
Defendant's Doc. Production

RECORD OF ROAD TEST

·Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks·

Name _Curby RL_ Address _1 52 florina Rome_

License No. _PP 1469 16_ State _FL_ Equipment Driven, Tractor _FL CONV VOLVO_ Trailer 53'

Checked From _Eudley AL_ To _Dudley AL_ Date _2/22/05_

## Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit _____

Looks for leakage of coolants, fuel and lubricants _____

Checks under the hood - oil, water, general condition
of engine compartment and steering _____

Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper) _____

Tests brake action, tractor protection valve, and
parking (hand) brake _____

Knows use of jacks, tools, emergency warning devices,
tire chains, fire extinguisher, spare fuses, and
four way flashers _____

Checks Instruments _____

Cleans windshield, windows, mirrors, lights, and
reflectors _____

## Part 2 - Placing vehicle in motion and use of controls

**Engine**

Runs engine without difficulty _____

Allows proper warm-up _____

Understands gauges on instrument panel _____

Maintains proper engine speed while driving _____

Fair Knowledge of motors - gas, diesel _____

Use of motor _____

**Clutch and Transmission**

Runs loaded unit smoothly _____

Uses clutch properly _____

Times gearshifts properly _____

Shifts gears smoothly _____

Uses proper gear sequence _____

**Brakes**

Understands operating principles of air brakes _____

Knows proper use of tractor protection valve _____

Understands low air warning _____

Test brakes before starting trip _____

Fails to check traffic conditions & signal
when pulling out from parked position _____

Parks in illegal or unsafe location _____

**Parking (road)**

Pulls off pavement _____

Avoids parking on soft shoulder _____

Uses emergency warning signals when
required _____

Secured unit properly _____

### D. Steering

Fights steering wheel _____

Allows truck to wander _____

### E. Lights

Knows lighting regulations _____

Uses proper headlight beam _____

Dim lights when meeting or following other vehicles _____

Adjust speed to range of headlights _____

Proper use of auxiliary lights _____

## Part 3 - Coupling and Uncoupling

Lines up units _____

Hooks brake and light lines properly _____

Secures trailer against movement _____

Backs under slowly _____

Tests hookup with power _____

Checks hookups visually _____

Handles landing gear properly _____

Proper hook-up of full trailer _____

Secures power unit against movement _____

## Part 4 - Backing and Parking

### A. Backing

Gets out and checks before backing _____

Looks back as well as uses mirror _____

Gets out and rechecks conditions on
long back _____

Avoids backing from blind spot _____

Signals when backing _____

Controls speed and direction properly
while backing _____

### B. Parking (city)

Takes too many pull ups _____

Hits nearby vehicles or stationary objects _____

Hits curb _____

Parks too far from curb _____

### D. Grade Crossings

Adjust speed to conditions _____

Makes safe stop, if required _____

Selects proper gear _____

### F. Speed

Speed consistent with basic ability _____

Adjusts speed properly to road, weather,
traffic conditions, legal limits _____

Slows down for rough roads _____

Slows down in advance of curves, _____

G.F. Kelley v. U.S. Xpress
D 00242a

intersections, etc.
Maintains consistent speed _____

5 - Slowing and Stopping

seats properly ascending _____
down properly _____
and restarts without rolling back _____
brakes at top of hills _____
brakes properly on grades _____
mirrors to check traffic to rear _____
als following traffic _____
nds sudden stops _____
ps smoothly without excessive _____
nning _____
pe before crossing sidewalk when _____
ming out of driveway or alley _____
ps clear of pedestrian crosswalk _____

6 - Operating in traffic Passing and Turning

Turning
s in proper lane well in advance _____
nals well in advance _____
eeks traffic conditions and turns only when
way is clear _____
es not swing wide or cut short while turning _____

Traffic Signs and Signals
es not approach signal prepared to stop if
ecessary _____
obeys traffic signal _____
ng yellow light _____
ns up too fast or too slow on green _____
ls to notice or heed traffic signs _____
ns "stop" signs _____

Intersections
justs speed to permit stopping if necessary _____
eeks for cross traffic regardless of traffic controls _____
elds right-of-way for safety _____

Passing
sses with insufficient clear space _____
ahead _____
sses in unsafe location; hill, curve, _____
intersection _____
ils to signal change of lanes _____
lls out and back - uncertain _____
ilgates waiting chance to pass _____
ocks traffic with slow pass _____
ns too short returning to right lane _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
   way by others _____
Tends to crowd other drivers or force
   way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
   conditions _____
Adjusts driving to meet changing
   conditions _____
Performs routine functions without taking
   eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner, cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
   local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

_____

Remarks:
OK For 1st seat

_____

_____

neral Performance: Satisfactory ___X___ Needs Training _____ Unsatisfactory _____

alified for Truck _____ Tractor-Semi trailer ___X___ Other _____

gnature of Examiner _____

G.F. Kelley v. U.S. Xpress
D 002480
Defendant's Doc. Production

☐ U.S. XPRESS, INC.   ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Randall L. Curley_

Social Security No. ▆▆▆▆▆▆▆▆▆▆

Commercial Driver's License No. _08574691L_

State _GA_ Location of Test _Bentley, Ala_

Type of Power Unit _CMV_ Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _9-22_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _9/22/05_ Driver's Signature _Randall L. Curley_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002481
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002482
Defendant's Doc. Production