# EXHIBIT 57

SPECIMEN ID NO. **106553013**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.
130805

US Xpress/General
P.O. Box 425
Lowell, AR 72745

B. MRO Name, Address, Phone and Fax No.
Profile # 653023
SPUU-Robert Pflug, MD
9556 Hwy. 23, Ste. 4
Bell? Chasse, LA 70037

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Thomas C Davis_     Thomas C. Davis     8/22/05

Signature of Donor     (PRINT) Donor's Name (First, MI, Last)     Date (Mo./Day/Yr.)

Daytime Phone No. (256) 825-7865     Evening Phone No. (256) 825-7865     Date of Birth _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
          ☐ DILUTE                    ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000640
Defendant's Doc. Production

REMARKS _____

X _____     _____     __/__/__
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     __/__/__
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

G.F. Kelley v. U.S. Xpress
D 000555
Defendant's Doc. Production



# DRIVER CERTIFICATION FILE

DRIVER NAME  _THOMAS CLYDE DAVIS_

ADDRESS _P.O. BOX 369_          CITY _DANVILLE_      STATE _AL_   ZIP _36853_

SOCIAL SECURITY NO. ███████████████

DATE OF EMPLOYMENT_____

G.F. Kelley v. U.S. Xpress
D 002483
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002484
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 002485**
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002486
Defendant's Doc. Production

Aug. 24. 2002. 4:30PM

No. 5371   Page 2 of 3

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:  DER

Re:     SSN▊▊▊▊▊/Name:Thomas Davis
        Specimen ID #: ▊▊▊▊▊▊

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 002487**
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Davis   Thomas   Clyde_    SOCIAL SECURITY # ███████
    LAST       FIRST     MIDDLE

OTHER NAMES USED _None_

DATE OF BIRTH ███   MAIL-ADDRESS _2740 Abricola RD_
    MONTH / DAY / YEAR

ADDRESS _P. O. Box 369    Daneville_    PHONE # _(256) 825-7865_
    STREET        CITY                        AREA CODE

_Alabama_    _36853_    CELL PHONE # _(334) 787-0639_
   STATE                 ZIP                         AREA CODE

NOTIFY IN CASE OF EMERGENCY _Sherry  Pipe._    PHONE # (   )
                                                   AREA CODE

ADDRESS _Daneville    AL    36853    256-825-7866_
    STREET             CITY        STATE       ZIP

REFERRED TO USX BY WHOM? _Kelly  Inc._

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _1981_ TO _2005_  _2740 Abricola RD  Daneville, AL 36853_
                               STREET         CITY       STATE       ZIP

(2) FROM _____ TO _____  _____
                                 STREET         CITY       STATE       ZIP

(3) FROM _____ TO _____  _____
                                 STREET         CITY       STATE       ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO    GRADUATION DATE _8-5-96_

NAME _Central Alabama Skill Center_ LOCATION: _Opelika, AL_

## MILITARY STATUS

G.P. Kelley v. U.S. Xpress
D 002488
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH _____    DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002489
Defendant's Doc. Production

Per W...

G.F. Kelley v. U.S. Xpress
D 002490
Defendant's Doc. Production

| | | | | POV | CMV |
|---|---|---|---|---|---|
| | | G.F. Kelley v. U.S. Xpress | | POV | CMV |
| | | D 002491 | | | |
| | | Defendant's Doc. Production | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Thomas Clark Dean_                              8 - 22 - 05

G.F. Kelley v. U.S. Xpress
D 002492
Defendant's Doc. Production

Page 2 of 2



G.F. Kelley v. U.S. Xpress
D 002493
Defendant's Doc. Production

Page 1 of 1



G.F. Kelley v. U.S. Xpress
D 002494
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Thomas C. Day*, understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years: (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| *Kelly Inc   800 821-6144* | *8-5-96    8-22-05* |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below. I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_____     ▮▮▮▮▮▮▮▮     *8-22-05*
Signature of applicant                              SSN                         DATE

G.F. Kelley v. U.S. Xpress
D 002495
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check may show items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: _Thomas Davis_  Address: _P.O. Box 369 2170_  ~~Prong~~ ABRICORAN DANLEY NC AL 36853

License No: _3457145_  State: _AL_  Equipment: Driver, Tractor _FLCONV VOLVO_, Trailer 53

Checked From: _Lexington_ To: _Lexington_  Date: _8-22-05_

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

| | |
|---|---|
| Checks general condition approaching unit | _____ |
| Looks for leakage of coolants, fuel and lubricants | _____ |
| Checks under the hood - oil, water, general condition of engine compartment and steering | _____ |
| Checks around the unit - tires, lights, trailer hookup | _____ |
| brake and light lines, body, doors, horn, windshield | _____ |
| wipers, rear end protection (bumper) | _____ |
| Test brake action, tractor protection valve, and parking (hand) brake | _____ |
| Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four way flashers | _____ |
| Checks instruments | _____ |
| Cleans windshield, windows, mirrors, lights, and reflectors | _____ |

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**

| | |
|---|---|
| Starts engine without difficulty | _____ |
| Allows proper warm-up | _____ |
| Understands gauges on instrument panel | _____ |
| Maintains proper engine speed while driving | _____ |
| Basic Knowledge of motors - gas, diesel | _____ |
| abuse of motor | _____ |

**B. Clutch and Transmission**

| | |
|---|---|
| Starts loaded unit smoothly | _____ |
| Uses clutch properly | _____ |
| Times gearshifts properly | _____ |
| Shifts gears smoothly | _____ |
| Uses proper gear sequence | _____ |

**C. Brakes**

| | |
|---|---|
| Understands operating principles of air brakes | _____ |
| Knows proper use of tractor protection valve | _____ |
| Understands low air warning | _____ |
| Test brakes before starting trip | _____ |
| Fails to check traffic conditions & signal when pulling out from parked position | _____ |
| Parks in illegal or unsafe location | _____ |

**C. Parking (road)**

| | |
|---|---|
| Parks off pavement | _____ |
| Avoids parking on soft shoulder | _____ |
| Uses emergency warning signals when required | _____ |
| Secured unit properly | _____ |

**D. Steering**

| | |
|---|---|
| Fights steering wheel | _____ |
| Allows truck to wander | _____ |

**E. Lights**

| | |
|---|---|
| Knows lighting regulations | _____ |
| Uses proper headlight beam | _____ |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed to range of headlights | _____ |
| Proper use of auxiliary lights | _____ |

**Part 3 - Coupling and Uncoupling**

| | |
|---|---|
| Lines up units | _____ |
| Hooks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

**Part 4 - Backing and Parking**

**A. Backing**

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | _____ |
| Gets out and rechecks conditions on long back | _____ |
| Avoids backing from blind spot | _____ |
| Signals when backing | _____ |
| Controls speed and direction properly while backing | _____ |

**B. Parking (city)**

| | |
|---|---|
| Takes too many pull ups | _____ |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

**D. Grade Crossings**

| | |
|---|---|
| Adjusts speed to conditions | _____ |
| Makes safe stop, if required | _____ |
| Selects proper gear | _____ |

**F. Speed**

| | |
|---|---|
| Speed consistent with basic ability | _____ |
| Adjusts speed properly to road, weather, traffic conditions, legal limits | _____ |
| Slows down for rough roads | _____ |
| Slows down in advance of curves. | _____ |

G.P. Kelley v. U.S. Xpress
D 002496
Defendant's Doc. Production

intersections, etc
Maintains consistent speed.

rt 5 - Slowing and Stopping

es gears properly ascending                    _____
ars down properly                              _____
ps and restarts without rolling back           _____
s brakes at top of hills                       _____
es brakes properly on grades                   _____
es mirrors to check traffic to rear            _____
nals following traffic                         _____
oids sudden stops                              _____
ps smoothly without excessive                  _____
unning
ps before crossing sidewalk when               _____
oming out of driveway or alley
ps clear of pedestrian crosswalk               _____

rt 6 - Operating in traffic Passing and Turning
Turning
ls in proper lane well in advance              _____
nals well in advance                           _____
ecks traffic conditions and turns only when    _____
way is clear
es not swing wide or cut short while turning   _____

Traffic Signs and Signals
es not approach signal prepared to stop if     _____
necessary
olates traffic signal                          _____
ns yellow light                                _____
rts up too fast or too slow on green           _____
ils to notice or heed traffic signs            _____
ns "stop" signs                                _____

Intersections
justs speed to permit stopping if necessary    _____
ecks for cross traffic regardless of traffic controls  _____
elds right-of-way for safety                   _____

Passing
sses with insufficient clear space             _____
ahead
sses in unsafe location:hill, curve,           _____
intersection
ils to signal change of lanes                  _____
lls out and back - uncertain                   _____
ilgates waiting chance to pass                 _____
ocks traffic with slow pass                    _____
ts in too short returning to right lane        _____

G. Courtesy and Safety
Depends on others for safety                   _____
Yields right-of-way for safety                 _____
Fails to go ahead when given right-of-
    way by others                              _____
Tends to crowd other drivers or forces
    way through traffic                        _____
Fails to allow faster traffic to pass          _____
Fails to keep right and in own lane            _____
Unnecessary use of horn                        _____
Other discourtesy or improper conduct          _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive               _____
Consistently aware of changing traffic
    conditions                                 _____
Adjusts driving to meet changing
    conditions                                 _____
Performs routine functions without taking
    eyes from road                             _____
Checks instruments regularly                   _____
Willing to take instructions & suggestions     _____
Adequate self-confidence in driving            _____
Nervous, apprehensive                          _____
Easily angered                                 _____
Complains too much                             _____
Personal appearance, manner,cleanliness        _____
Physical Stamina                               _____

B. Handling of Freight
Checks freight properly                        _____
Handles and loads freight properly             _____
Handles bills properly                         _____
Breaks down load as required                   _____

C. Rules and Regulations
Knowledge of company rules                     _____
Knowledge of regulations, federal, state
    local                                      _____
Knowledge of special truck routes              _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

neral Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____
alified for:Truck __X__  Tractor-Semi trailer _A_ N_____ Other _____

gnature of Examiner: _Wallace R. Bell_

G.F. Kelley v. U.S. Xpress
D 002497
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _THOMAS CLYDE DAVIS_ SS# █████████

Address _P.O. Box 369    2740 AGRICOLA RD    Dadeville, AL 36853_

License: State _AL_ Class _CMV_ License # _3457148_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _Thomas C. Davis_

G.F. Kelley v. U.S. Xpress
D 002498
Defendant's Doc. Production

⊏ U.S. XPRESS. INC. ⊏ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _THOMAS DAVIS_

Social Security No. ▓▓▓▓▓▓▓▓▓▓▓

Commercial Driver's License No. _3452148_

State _AL_    Location of Test: _Wickliley_

Type of Power Unit _Yifus_ Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision.

on _Aug 22_ _____ 20 _05_

consisting of approximately _____ _20_ _____ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle(s) listed above.

_William E Bird_ _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your rebel shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with title 49, parts 397. 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _Thom C Davis_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002499
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Thomas Clyde Davis_

Social Security Number: ██████████

Motor Vehicle Operators License Number: _3457148_

Type of License: _A_   Issuing State: _AL_   Exp. Date: _7-31-08_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ██████ |
| ours orked | 0 | 9.25 | 12.25 | 12.75 | 0 | 0 | 0 | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___ through _____ am/pm ___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

| Time | Day | Month | Year |
|---|---|---|---|
| | | | _8-22-08_ |

_Thomas Clyde Davis_
Driver's Signature                                              Date

G.F. Kelley v. U.S. Xpress
D 002500
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002501
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Gordon M Denney_

ADDRESS _2340 Co. Rd. 150_ CITY _Lafayett_ STATE _Al_ ZIP _36862_

SOCIAL SECURITY NO. ██████████

DATE OF EMPLOYMENT _8-22-05_

