# EXHIBIT 59

# Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:      SSN: ▮▮▮▮▮▮▮▮ /Name: Jimmy Dobbs
         Specimen ID # ▮▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000542
Defendant's Doc. Production

SPECIMEN ID NO. **106553032**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.     120808

US Xpress/General
P.O. Box 825
Lowell, AR 72745

B. MRO Name, Address, Phone and Fax No.
Profile # 653023
DFWI-Robert Pfling, MD
5550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

---

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _[signature]_  Signature of Donor

Jimmy L. Dobbs (PRINT) Donor's Name (First, MI, Last)

Date: 5/28/05

Daytime Phone No. (334) 863-0634    Evening Phone No. (334) 855-6604    Date of Birth: [redacted]

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                                ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000642
Defendant's Doc. Production

REMARKS _____

X _____ Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)  __/__/__

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____ Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)  __/__/__

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

AT&T

G.F. Kelley v. U.S. Xpress
D 000543
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME: Jimmy L. Dobbs

ADDRESS: P.O. Box 1431   CITY: Roanoke   STATE: AL   ZIP: 36274

SOCIAL SECURITY NO.: [redacted]

DATE OF EMPLOYMENT: 11-6-02

G.F. Kelley v. U.S. Xpress
D 002538
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002539
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002539
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002540
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | 4/23/05 |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

Name (Last _____ First _____ Middle)

Employer: USXpress Enterprises

Social Security #: [redacted]

Address: 4080 Jenkins Road

Job Position: OTR Driver

City: Chattanooga    State: TN    Zip: 37421

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified-for-use-in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1 — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 4/23/05 | Haz-mat 126/181 | USXpress Enterprises | | 4/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Section 2 — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002541
Defendant's Doc. Production

ns (including over-the-counter

G.F. Kelley v. U.S. Xpress
D 002542
Defendant's Doc. Production



G.P. Kelley v. U.S. Xpres
D 002544
Defendant's Doc. Producti

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Dobbs Jimmy L (LAST / FIRST / MIDDLE)  SOCIAL SECURITY #: [redacted]
OTHER NAMES USED: None
DATE OF BIRTH: [redacted] (MONTH/DAY/YEAR)  EMAIL ADDRESS: None
House # RR3 Box 393
ADDRESS: [illegible] Roanoke (STREET / CITY)  PHONE #: [redacted]
AL  36274 (STATE / ZIP)  CELL PHONE #: [redacted]
NOTIFY IN CASE OF EMERGENCY: Nell C. Kent  PHONE #: [redacted]
ADDRESS: Tallassee AL (STREET / CITY / STATE / ZIP)
REFERRED TO USX BY WHOM? _____

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.
(1) FROM ____ TO ____ : None
(2) FROM 1995 TO 2005: House # RR3 [illegible] Roanoke  AL  36274
(3) FROM ____ TO ____ : _____

### EDUCATION

**TRUCK DRIVING SCHOOL**

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES  ☒ NO  GRADUATION DATE: _____
NAME: _____  LOCATION: _____

G.F. Kelley v. U.S. Xpress
D 002545
Defendant's Doc. Production

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES  ☒ NO
BRANCH: _____  DATES: FROM _____ TO _____
ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES  ☒ NO
LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED: _____



G.F. Kelley v. U.S. Xpress
D 002546
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Jimmy L Webb_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Berman Drive Away | 2001 — 2002 |
| Sal-Sun Logistics | 2000 — 2001 |
| Southeastern Trans For | 1998 — 2000 |
| Kelly Trucking | ___ — ___ |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_[signature]_      ▬▬▬      5-23-05
Signature of applicant      SSN      DATE

G.F. Kelley v. U.S. Xpress
D 002547
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks.)

Name: Jimmy L Cobb   Address: PO 1431 Roanoke AL 36274
License No: 5594910   State: AL   Equipment Driven: Tractor FL COSY VOLVO   Trailer:
Checked From: LaFayette   To: LaFayette   Date: Aug 23

### Part 1 - Pre-Trip Inspection and Emergency Equipment

- Checks general condition approaching unit
- Looks for leakage of coolants, fuel and lubricants
- Checks under the hood - oil, water, general condition of engine compartment and steering
- Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper)
- Test brake action, tractor protection valve, and parking (hand) brake
- Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four-way-flashers
- Checks instruments
- Cleans windshield, windows, mirrors, lights, and reflectors

### Part 2 - Placing vehicle in motion and use of controls

**A. Engine**
- Starts engine without difficulty
- Allows proper warm-up
- Understands gauges on instrument panel
- Maintains proper engine speed while driving
- Basic knowledge of motors - gas, diesel
- Abuse of motor

**B. Clutch and Transmission**
- Starts loaded unit smoothly
- Uses clutch properly
- Times gearshifts properly
- Shifts gears smoothly
- Uses proper gear sequence

**C. Brakes**
- Understands operating principles of air brakes
- Knows proper use of tractor protection valve
- Understands low air warning
- Test brakes before starting trip

- Is to check traffic conditions & signal when pulling out from parked position
- Is in illegal or unsafe location

**Parking (road)**
- Is off pavement
- Avoids parking on soft shoulder
- Uses emergency warning signals when required
- Cured unit properly

**D. Steering**
- Fights steering wheel
- Allows truck to wander

**E. Lights**
- Knows lighting regulations
- Uses proper headlight beam
- Dim lights when meeting or following other vehicles
- Adjusts speed to range of headlights
- Proper use of auxiliary lights

### Part 3 - Coupling and Uncoupling

- Lines up units
- Hooks brake and light lines properly
- Secures trailer against movement
- Backs under slowly
- Tests hookup with power
- Checks hookups visually
- Handles landing gear properly
- Proper hook-up of full trailer
- Secures power unit against movement

### Part 4 - Backing and Parking

**A. Backing**
- Gets out and checks before backing
- Looks back as well as uses mirror
- Gets out and rechecks conditions on long back
- Avoids backing from blind spot
- Signals when backing
- Controls speed and direction properly while backing

**B. Parking (city)**
- Takes too many pull ups
- Hits nearby vehicles or stationary objects
- Hits curb
- Parks too far from curb

**D. Grade Crossings**
- Adjusts speed to conditions
- Makes safe stop, if required
- Selects proper gear

**F. Speed**
- Speed consistent with basic ability
- Adjusts speed properly to road, weather, traffic conditions, legal limits
- Slows down for rough roads
- Slows down in advance of curves

G.F. Kelley v. U.S. Xpress
D 002548
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

### To Be Retained By Motor Carrier

II. Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name: Jimmy D. Tibbs  SS# [redacted]

Address: P.O. Box 1431 Hurt SC CE K 868

License: State AL  Class A  License # 5549734

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State AL  Class A  License # 5549734

State ____  Class ____  License # ____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 002549
Defendant's Doc. Production

**U.S. XPRESS, INC. / XPRESS GLOBAL SYSTEMS**

### CERTIFICATION OF ROAD TEST

Driver's Name: Jimmy L. Dobbs

Social Security No.: [redacted]

Commercial Driver's License No.: 559493    AL

State: AR    Location of Test: Whitley

Type of Power Unit: _____    Type of Trailer: 53'

This is to certify that the above driver was given a road test under my supervision on _____ May 23, 20 05 consisting of approximately _____ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your break shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of hazardous materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date: 5-23-05    Driver's Signature: _____

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002550
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations ensure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Jimmy L Lebbs

Social Security Number: ███████████

Motor Vehicle Operators License Number: 5594175 4   AL

Type of License: A   Issuing State: AL   Exp. Date: 7-12-07

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | |
| Hours Worked | 10½ | 9 | 7½ | 0 | 0 | 4 | 9½ | 74½ |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from ___ am/pm ___ through ___ am/pm ___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

___ . 23 . 8 . 07 .
Time   Day   Month   Year

Driver's Signature    Date: 8-23-05

G.F. Kelley v. U.S. Xpress
D 002551
Defendant's Doc. Production