# EXHIBIT 61

# Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    ▮▮▮▮▮▮▮▮▮▮/Name: Demetrius Fuller
       Specimen ID #: ▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000455
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/esp/der/printMROLetters.jsp    8/26/2005

SPECIMEN ID NO. **106553038** 

### STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.          120808

US Xpress/General
P.O. Box 625
Lowell, AR 72745
Ph. 423-616-3560  F: 423-616-3792

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

B. MRO Name, Address, Phone and Fax No.
Profile # 533023
OFWI-Robert Heling, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

### STEP 5: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Demetrius Fuller_  (Signature of Donor)

(PRINT) Donor's Name (First, MI, Last): **Demetrius Fuller**

Date (Mo./Day/Yr.): 8/25/05

Daytime Phone No. (256) 310-9564   Evening Phone No. same

Date of Birth: 5 / 12 / 78

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

### STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                     ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last): _____

Date (Mo./Day/Yr.): __/__/__

### STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last): _____

Date (Mo./Day/Yr.): __/__/__

G.F. Kelley v. U.S. Xpress
D 000456
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000826
Defendant's Doc. Production