# EXHIBIT 62

## Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re: ▮▮▮▮▮▮▮▮/Name:James Fuller
        Specimen ID #: ▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000584
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000792
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY

SPECIMEN ID NO. **106417733**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No.  133606 | B. MRO Name, Address, Phone and Fax No. |
|---|---|

US Xpress Wadley
P.O. Box 485
Lowell, AR 72745
PH: 423-510-3790 FX: 423-510-3792

Profile # 60436
DFMI-Robert Delug, MD
8558 Hwy. 23  Ste. A
Bella Chasse, LA 70037

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _James E Fuller_     JAMES E FULLER     8/22/05

Daytime Phone No. (256) 839-5613   Evening Phone No. ( ) SAME   Date of Birth

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE     ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS

X

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON

X

G.F. Kelley v. U.S. Xpress
D 000603
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000666
Defendant's Doc. Production



# DRIVER CERTIFICATION FILE

R NAME _JAMES  Edwad  Fuller_

ESS _5642  PEARSON Chapel Rd_.CITY _Alexander City_  STATE _AL_  ZIP _35010_

L SECURITY NO. ████████████

G.F. Kelley v. U.S. Xpress
D 001247
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001248
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001249
Defendant's Doc. Production

| HAZMAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | 8/23/08 | |

| Name     (last      First      Middle) | Employer |
|---|---|
| Fuller    James    Edward | USXpress Enterprises |
| Social Security # | Address |
| ████████████████ | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR Driver | Chattanooga    TN        37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section.

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1                                      Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| | Haz-mat 126/181 | USXpress Enterprises | _[signature]_ | 8/23/05 |
| | | | | |
| 8-23-05 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Section 2                                      Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001250
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001251
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001252
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001253
Defendant's Doc. Production

AOV-03-2005 TUE 11:33 AM KELLY ⌐ ⌐ ⌐         NO. 326    P. 1

☎ 2272                P. 001/004

*Michelle ext. 3782*

*fax 423 510-6138*

AL MWR
DAC

## U. S. XPRESS, INC.
4080 Jenkins Road · Chattanooga, TN 87421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Fuller    James    Edward_
     LAST    FIRST    MIDDLE

SOCIAL SECURITY # ███████

OTHER NAMES USED _NONE_

DATE OF BIRTH ███████    EMAIL ADDRESS
               MONTH/DAY/YEAR

ADDRESS _5642 Pearson Chapel Rd. Alexander City_    PHONE # ███████
        STREET                        CITY

_Alabama_           _35010_           CELL PHONE # ███████
STATE                ZIP

NOTIFY IN CASE OF EMERGENCY _Kathey Sue Fuller_    PHONE # ███████

ADDRESS _5642 Pearson Chapel Rd. Alex. City, Al. 35010_
        STREET              CITY        STATE   ZIP

REFERRED TO USX BY WHOM?

## RESIDENCE ADDRESS
LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _July 22 03_ TO _8-05_ _5642 Pearson Chapel Rd. Alex. City, Al. 35010_
                                 STREET        CITY      STATE   ZIP

(2) FROM _____ TO _17 yrs_ _2625 Knight Rd. Alex. City, Al. 35010_
                            STREET        CITY      STATE   ZIP

(3) FROM _____ TO _____
                            STREET        CITY      STATE   ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO    GRADUATION DATE _3-13-98_

NAME _Alabama Driving Academy_    LOCATION: _Eastaboga Al._

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH _____    DATES! FROM _____    TO _____

ARE YOU CURRENTLY A MEMBER OR THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _Fork Lift_

G. F. Kelley v. U.S. Xpress
D 001254
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001255
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001256
Defendant's Doc. Production

AUG-09-2005 TUE 11:33 AM KELLY P    NO. 326

G.F. Kelley v. U.S. Xpress
D 001257
Defendant's Doc. Production

| | | | | | | | | POV | CMV | | |

AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested and will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies including records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and/or experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting agencies information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualification, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section 382.405, 391.419 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_James E. Fuller_        8-9-05

G.F. Kelley v. U.S. Xpress
D 001256
Defendant's Doc. Production

# US XPRESS
## PREVIOUS EMPLOYMENT VERIFICATION

NAME_____James Fuller_____

COMPANY_____Kelly Trucking_____

➡ VERIFIED BY _Eddie Silas_ POSITION _Recruiting_ DATE _8/27/05_

Print Name

Please complete as much information as possible so that we can assure that are roads are safe for your family and ours.

BI's signature _____Sukie Hetke_____ Date __8/19/05___

G.F. Kelley v. U.S. Xpress
D 001259
Defendant's Doc. Production

US XPRESS | Sukie Hetke | 800 251 8291 x3705 | 423 510 6014 Fax | sukie.hetke@

G.F. Kelley v. U.S. Xpress
D 001260
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001261
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001262
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001263
Defendant's Doc. Production

# D.A.C. Services Employment History Report

**Date Received by USX: 8/19/2005 14:36**

## SSN Check

**Valid State:** Y
**Valid Year:** Y
**State:** AL
**Desc. of Year(s):** 1976
**Deceased:** N
Name of



G.F. Kelley v. U.S. Xpress
D 001264
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001265
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001266
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001267
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _James E. Fuller_ ; understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking | 7-13-05 |
| The Wagoners | 3-28-05 to 6-6-05 |
| J&M Tank Lines | 8-19-04 to 3-24-05 |
| Kelly Trucking | 4-11-2000 to 8-13-04 |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_James E. Fuller_
Signature of applicant

████████████
SSN

_8-22-05_
DATE

G.F. Kelley v. U.S. Xpress
D 001268
Defendant's Doc. Production

# R___RD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: *James Fuller* Address: *5642 Pearson Chapel Rd, Alexander City, AL 35010*

License No: *3913447* State: *AL* Equipment Driven: Tractor *FLCONV/VOLVO* Trailer *53'*

Checked From: *Wadley, AL* To: *Wadley, AL* Date: *8-22-05*

## Part 1 – Pre-Trip Inspection and Emergency Equipment

- Checks general condition approaching unit _____
- Looks for leakage of coolants, fuel and lubricants _____
- Checks under the hood - oil, water, general condition of engine compartment and steering _____
- Checks around the unit - tires, lights, trailer hookup _____
- Brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) _____
- Test brake action, tractor protection valve, and parking (hand) brake _____
- Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four way flashers _____
- Checks Instruments _____
- Cleans windshield, windows, mirrors, lights, and reflectors _____

## Part 2 – Placing vehicle in motion and use of controls

### Engine
- Starts engine without difficulty _____
- Allows proper warm-up _____
- Understands gauges on instrument panel _____
- Maintains proper engine speed while driving _____
- Basic Knowledge of motors - gas, diesel _____
- Use of motor _____

### Clutch and Transmission
- Starts loaded unit smoothly _____
- Uses clutch properly _____
- Times gearshifts properly _____
- Shifts gears smoothly _____
- Uses proper gear sequence _____

### Brakes
- Understands operating principles of air brakes _____
- Knows proper use of tractor protection valve _____
- Understands low air warning _____
- Test brakes before starting trip _____

- Fails to check traffic conditions & signal when pulling out from parked position _____
- Parks in illegal or unsafe location _____

### Parking (road)
- Parks off pavement _____
- Avoids parking on soft shoulder _____
- Uses emergency warning signals when required _____
- Secured unit properly _____

### D. Steering
- Fights steering wheel
- Allows truck to wander _____

### E. Lights
- Knows lighting regulations
- Uses proper headlight beam
- Dim lights when meeting or following other vehicles
- Adjust speed to range of headlights
- Proper use of auxiliary lights

## Part 3 - Coupling and Uncoupling
- Lines up units _____
- Hooks brake and light lines properly _____
- Secures trailer against movement _____
- Backs under slowly _____
- Tests hookup with power _____
- Checks hookups visually _____
- Handles landing gear properly _____
- Proper hook-up of full trailer _____
- Secures power unit against movement _____

## Part 4 - Backing and Parking

### A. Backing
- Gets out and checks before backing
- Looks back as well as uses mirror _____
- Gets out and rechecks conditions on long back
- Avoids backing from blind spot _____
- Signals when backing _____
- Controls speed and direction properly while backing _____

### B. Parking (city)
- Takes too many pull ups
- Hits nearby vehicles or stationary objects
- Hits curb _____
- Parks too far from curb _____

### D. Grade Crossings
- Adjusts speed to conditions
- Makes safe stop, if required _____
- Selects proper gear _____

### F. Speed
- Speed consistent with basic ability
- Adjusts speed properly to road, weather, traffic conditions, legal limits
- Slows down for rough roads
- Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 001269

art 5 - Slowing and Stopping

...ics gears properly ascending
...ars down properly
...ops and restarts without rolling back
...st brakes at top of hills
...ses brakes properly on grades
...ses mirrors to check traffic to rear
...gnals following traffic
...oids sudden stops
...ops smoothly without excessive
...'anning
...ops before crossing sidewalk when
...coming out of driveway or alley
...ops clear of pedestrian crosswalk

art 6 - Operating in traffic Passing and Turning
Turning
...ts in proper lane well in advance
...gnals well in advance
...ecks traffic conditions and turns only when
...way is clear
...es not swing wide or cut short while turning

Traffic Signs and Signals
...es not approach signal prepared to stop if
...ecessary
...olates traffic signal
...ns yellow light
...rts up too fast or too slow on green
...ils to notice or heed traffic signs
...ns "stop" signs

Intersections
...justs speed to permit stopping if necessary
...ecks for cross traffic regardless of traffic controls
...elds right-of-way for safety

Passing—
...sses with insufficient clear space
...head
...sses in unsafe location;hill, curve,
...ntersection
...ils to signal change of lanes
...lls out and back - uncertain
...iigates waiting chance to pass
...cks traffic with slow pass
...ts in too short returning to right lane

intersections, etc.
Maintains consistent speed

G. Courtesy and Safety
Depends on others for safety
Yields right-of-way for safety
Fails to go ahead when given right-of-
   way by others
Tends to crowd other drivers or force
   way through traffic
Fails to allow faster traffic to pass
Fails to keep right and in own lane
Unnecessary use of horn
Other discourtesy or improper conduct

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive
Consistently aware of changing traffic
   conditions
Adjusts driving to meet changing
   conditions
Performs routine functions without taking
   eyes from road
Checks instruments regularly
Willing to take instructions & suggestions
Adequate self-confidence in driving
Nervous, apprehensive
Easily angered
Complains too much
Personal appearance, manner, cleanliness
Physical Stamina

B. Handling of Freight
Checks freight properly
Handles and loads freight properly
Handles bills properly
Breaks down load as required

C. Rules and Regulations
Knowledge of company rules
Knowledge of regulations, federal, state
   local
Knowledge of special truck routes
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

...neral Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____
...alified for:Truck _____ Tractor-Semi trailer ___X___ Other _____

...nature of Examiner:

G.F. Kelley v. U.S. Xpress
D 001270
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _JAMES E. FULLER_  SS# █████████

Address _5642 PEARSON Chapel Rd. ALEXANDER City Al. 35010_

License: State _Al_  Class _AM_  License # _391344 7_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _James E Fuller_

G.F. Kelley v. U.S. Xpress
D 001271
Defendant's Doc. Production

☐ U.S. XPRESS, INC. ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _James Fuller_

Social Security No. ▓▓▓▓▓▓▓▓▓

Commercial Driver's License No. _391 3447_

State _AL_     Location of Test _Wadley_

Type of Power Unit _3Axle Conv_ Type of Trailer(s) _2 Axle 53' van_

This is to certify that the above driver was given a road test under my supervision

on _8-22_ _____ 20_05_

consisting of approximately_____ _20_ _____ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _James E. Fuller_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001272
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _JAMES    Edward    Fuller_

Social Security Number: _▓▓▓▓▓▓_

Motor Vehicle Operators License Number: _3913447    Al_

Type of License: _CDL_ A/M    Issuing State: _Al._    Exp. Date: _3-11-2006_

| y | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| ate | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ▓▓▓ |
| ours rked | 1.25 | 6.25 | 11.25 | 7.50 | 0 | 0 | 10.25 | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/____ through _____ am/pm ___/___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_____, _Tues_ , _8_ , _2005_.
Time        Day        Month        Year

_James E. Fuller_ _____        _8-22-05_
Driver's Signature        Date

G.F. Kelley v. U.S. Xpress
D 001273
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001274
Defendant's Doc. Production