# EXHIBIT 64

# Result Report

**Confidential**

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:_____SSN:_____Name:Randall Gleaton_____
         Specimen ID #:_____

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000576
Defendant's Doc. Production

Orientation Date: _Kelly_

First NM: _Randall_    M.I.: _S_    Last NM: _Gleaton_    S.S.: ▮▮▮▮

# ACCOUNTABILITY CHECKLIST

ADDRESS: _6850 US Hwy 29_ City: _Opelika_    State: _AL_    Zip: _36804_

BIRTH DATE: _10-1-61_    GAP DATES _____    *Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH: _____    RECRUITER: _____    DATE _____

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Requires two signatures to be completed: YES OR (NO)

SIGNATURE: _____    DATE: _8-23-05_

G.F. Kelley v. U.S. Xpress
D 000842
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____    DATE _____

SAFETY MANAGER SIGNATURE: _____    DATE _____

G.F. Kelley v. U.S. Xpress
D 000794
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000667
Defendant's Doc. Production

SPECIMEN ID NO. **106565449**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 115030 | Profile # 000537 |
| US Xpress/Laredo | SEMI-Robert Pflug, MD |
| P.O. Box 425 | 8550 Hwy. 23, Ste. 4 |
| Lowell, AR 72745 | Belle Chasse, LA 70037 |
| PH: 423-510-3560 FX: 423-510-3792 | PH: 866-384-4151   FX: 504-391-0200 |

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Rickey A. Gleaton_     _Rickey A. Gleaton_     Aug / 24 / 2005
Signature of Donor     (PRINT)     Date (Mo./Day/Yr.)

Daytime Phone No. _____     Evening Phone No. _____     Date of Birth ____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE     ☐ POSITIVE     ☐ TEST CANCELLED     ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                              ☐ ADULTERATED     ☐ SUBSTITUTED

G.T. Kelley v. U.S. Xpress
D 000643
Defendant's Doc. Production

REMARKS _____

X _____     _____     __ / __ / __
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     __ / __ / __
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



G.F. Kelley v. U.S. Xpress
D 000599
Defendant's Doc. Production

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    SSN: ████████ Name:Rickey Gleaton
       Specimen ID # ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
**D 000512**
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. **106565449**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

OMB No. 09300150

A. Employer Name, Address, I.D. No.    115030

US Xpress/Laredo
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 466337
Dr. Robert Pitug, MD
8659 Hwy. 23, Ste. 1
Suite Chase, AR 72321
PH: 800-394-3131   FX: 314-567-5230

I certify that I provided my urine specimen to the collector, that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Rickey A. Gleaton_    Rickey A. Gleaton    Aug/24/2005
Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. ▮▮▮    Evening Phone No. ▮▮▮    Date of Birth ▮▮▮

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of these medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE    ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000513
Defendant's Doc. Production



# DRIVER CERTIFICATION FILE

DRIVER NAME _Randall S Morrow_

ADDRESS _6850 Co Hwy 28 #42_  CITY _Pillika_  STATE _AL_  ZIP _J304_

SOCIAL SECURITY NO. ████████

DATE OF EMPLOYMENT _8 22 05_

G.F. Kelley v. U.S. Xpress
D 002342
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002343
Defendant's Doc. Production

## U.S. XPRESS, INC.  EXPRESS GLOBAL SYSTEMS

### CERTIFICATION OF ROAD TEST

Driver's Name _Randell Glecton_

Social Security No. _____

Commercial Driver's License No. _4521775_

State _AL_     Location of Test: _Lindley_

Type of Power Unit _Conv_     Type of Trailer(s) _53' van_

This is to certify that the above driver was given a road test under my supervision

on _8-22-05_     20 _05_

consisting of approximately _2.0_     miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _Randell E. Glecton_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002344
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002345
Defendant's Doc. Production

SPECIMEN ID NO. **106417727**

**SPECIMEN ID NO.**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**EP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

.. Employer Name, Address, I.D. No.       133606

US Xpress/Radley
P.O. Box 489
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Procalle & Cordero
DTNI-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 503-514-8753   FX: 214-307-1976

OMB No. 0930-0158

**EP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-
evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _P. Randall S. Gleaton_                    _RANDALL S. GLEATON_            _8/22/05_
Signature of Donor                           (PRINT) Donor's Name (First, MI, Last)        Date (Mo./Day/Yr.)

Daytime Phone No. (___)_____     Evening Phone No. (___)___ _SAME_      Date of Birth ___/___/___
                                                                                              Mo.   Day   Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask
about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records.
THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT
PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**EP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

I accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE .    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                    ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 002346
Defendant's Doc. Production

REMARKS _____

_____          _____          ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**EP 7: COMPLETED BY MEDICAL REVIEW OFFICER.- SPLIT SPECIMEN**

I accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON_____

_____          _____          ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

## Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:      SSN: ▮▮▮▮▮ /Name: Randall Gleaton
         Specimen ID #: ▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.

G.F. Kelley v. U.S. Xpress
D 002347
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002348
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002349
Defendant's Doc. Production

AUG-10-2005 WED 06:30 AM KELLY TRUCKING                    ☎ 2563352272        P. 001/004

ALMVR
DAC

*Michelle ext. 378.*
*fax 4235106138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

### DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be complete, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME _GLEATON  RANDALL  (STEVE)_    SOCIAL SECURITY # ███████
    LAST      FIRST     MIDDLE

OTHER NAMES USED _NONE_

DATE OF ██████  MAIL ADDRESS _NONE_
    MONTH/DAY/YEAR

ADDRESS _6850 US HWY 29N #42_ ████    PHONE # _(334) 741-0215_
    STREET            CITY                 AREA CODE

_OPELIKA, ALABAMA_     _36804_    CELL PHONE # _(334) 444-0513_
    STATE                    ZIP                  AREA CODE

NOTIFY IN CASE OF EMERGENCY _BETTY GLEATON_    PHONE # _(334) 741-0215_
                                                    AREA CODE

ADDRESS _SAME AS ABOVE_
    STREET            CITY           STATE       ZIP

REFERRED TO USX BY WHOM? _Kelly_

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

| | | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| (1)FROM _1998_ TO _PRESENT_ | _6850 US HWY 29N #42_ | | _OPELIKA, AL_ | | _36804_ |
| (2)FROM ___ TO ___ | | | | | |
| (3)FROM ___ TO ___ | | | | | |

### EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO    GRADUATION DATE _1996_

NAME _SHNEIDER_           LOCATION: _CHARLOTTE, N.C._

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH _____ DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002383
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002384
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002385
Defendant's Doc. Production

UBX-DA-Rev. 2-03

G.F. Kelley v. U.S. Xpress

D 002386

Defendant's Doc. Production

| | POV | CMV |
| | POV | CMV |
| | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with any application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, crash history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any preemployment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning driving record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumers regarding service information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services I have which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsities information and significant omissions may result in my disqualification, now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the keeping and storing of employment applications. Therefore, any original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.403, and 419 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or businesses to provide any relevant information, including my alcohol and controlled substances testing and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Date: 8-10-05

Signature: _Randall S. Christian_

USX-DRIVAL 16 03

UBX is an Equal Opportunity Employer



G.F. Kelley v. U.S. Xpress
D 002387
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002388
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002389
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Randall S. Slater* , understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and·or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| KELLY TRUCKING | 2-1-02 PRESENT |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

*Randall S. Slater*                                                              8-22-05
Signature of applicant                                    SSN                    DATE

G.F. Kelley v. U.S. Xpress
D 002390
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

*Randall S Gleaton* Address *6850 US Hwy 23 #42 Opelika, AL 36804*

ose No. *4821735* State: *AL* Equipment: Driven Tractor _FL CONV VOLVO_ Trailer *52*

ed From *Opelika, AL* To: *Wetley, AL* Date *8-22-05*

| | | |
|---|---|---|
| **1 - Pre-Trip Inspection and Emergency Equipment** | | |
| ks general condition approaching unit | _____ | |
| s for leakage of coolants, fuel and lubricants | _____ | |
| ks under the hood - oil, water, general condition | _____ | |
| engine compartment and steering | _____ | |
| ks around the unit - tires, lights, trailer hookup | | |
| ke and light lines, body, doors, horn, windshield | | |
| ners, rear end protection (bumper) | _____ | |
| brake action, tractor protection valve, and | | |
| king (hand) brake | _____ | |
| ws use of jacks, tools, emergency warning devices, | | |
| e chains, fire extinguisher, spare fuses, and | | |
| ur way flashers | _____ | |
| cks Instruments | _____ | |
| ns windshield, windows, mirrors, lights, and | | |
| lectors | _____ | |
| | | |
| **2 - Placing vehicle in motion and use of controls** | | |
| | | |
| **Engine** | | |
| ts engine without difficulty | _____ | |
| ows proper warm-up | _____ | |
| erstands gauges on instrument panel | _____ | |
| ntains proper engine speed while driving | _____ | |
| ic Knowledge of motors - gas, diesel | _____ | |
| use of motor | _____ | |
| | | |
| **Clutch and Transmission** | | |
| ns loaded unit smoothly | _____ | |
| s clutch properly | _____ | |
| es gearshifts properly | _____ | |
| fts gears smoothly | _____ | |
| s proper gear sequence | _____ | |
| | | |
| **Brakes** | | |
| derstands operating principles of air brakes | _____ | |
| ows proper use of tractor protection valve | _____ | |
| derstands low air warning | _____ | |
| st brakes before starting trip | _____ | |
| | | |
| ils to check traffic conditions & signal | _____ | |
| when pulling out from parked position | _____ | |
| rks in illegal or unsafe location | _____ | |
| | | |
| **Parking (road)** | | |
| cks off pavement | _____ | |
| oids parking on soft shoulder | _____ | |
| es emergency warning signals when | | |
| required | _____ | |
| cured unit properly | _____ | |

| | | |
|---|---|---|
| **D. Steering** | | |
| Fights steering wheel | | |
| Allows truck to wander | _____ | |
| | | |
| **E. Lights** | | |
| Knows lighting regulations | | |
| Uses proper headlight beam | | |
| Dim lights when meeting or following other vehicles | _____ | |
| Adjust speed to range of headlights | _____ | |
| Proper use of auxiliary lights | _____ | |
| | | |
| **Part 3 - Coupling and Uncoupling** | | |
| | | |
| Lines up units | | |
| Hooks brake and light lines properly | _____ | |
| Secures trailer against movement | _____ | |
| Backs under slowly | _____ | |
| Tests hookup with power | _____ | |
| Checks hookups visually | _____ | |
| Handles landing gear properly | _____ | |
| Proper honk-up of full trailer | _____ | |
| Secures power unit against movement | _____ | |
| | | |
| **Part 4 - Backing and Parking** | | |
| | | |
| **A. Backing** | | |
| Gets out and checks before backing | _____ | |
| Looks back as well as uses mirror | _____ | |
| Gets out and rechecks conditions on | | |
| long back | _____ | |
| Avoids backing from blind spot | _____ | |
| Signals when backing | _____ | |
| Controls speed and direction properly | | |
| while backing | _____ | |
| | | |
| **B. Parking (city)** | | |
| Takes too many pull ups | _____ | |
| Hits nearby vehicles or stationary objects | _____ | |
| Hits curb | _____ | |
| Parks too far from curb | _____ | |
| | | |
| **D. Grade Crossings** | | |
| Adjusts speed to conditions | _____ | |
| Makes safe stop, if required | _____ | |
| Selects proper gear | _____ | |
| | | |
| **F. Speed** | | |
| Speed consistent with basic ability | _____ | |
| Adjusts speed properly to road, weather, | | |
| traffic conditions, legal limits | _____ | |
| Slows down for rough roads | _____ | |
| Slows down in advance of curves. | _____ | |

G.F. Kelley v. U.S. Xpress
D 002391
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Sets gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Set brakes at top of hills _____
Tests brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
jinning _____
Stops before crossing sidewalk when
coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in traffic Passing and Turning

Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
way is clear _____
Does not swing wide or cut short while turning _____

Traffic Signs and Signals

Does not approach signal prepared to stop if
necessary _____
Violates traffic signal _____
Jumps yellow light _____
Runs up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

Intersections

Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

Passing

Passes with insufficient clear space
ahead _____
Passes in unsafe location:hill, curve,
intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Miligates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

intersections, etc. _____
Maintains consistent speed _____

G. Courtesy and Safety

Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
way by others _____
Tends to crowd other drivers or force
way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous

A. General Driving Ability and Habits

Consistently alert and attentive _____
Consistently aware of changing traffic
conditions _____
Adjusts driving to meet changing
conditions _____
Performs routine functions without taking
eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner.cleanliness _____
Physical Stamina _____

B. Handling of Freight

Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations

Knowledge of company rules _____
Knowledge of regulations, federal, state
local _____
Knowledge of special truck routes _____

D. Use of Special Equipment (specify)

_____

Remarks:

OK For 1st seat

_____

General Performance: Satisfactory ____ X ____ Needs Training _____ Unsatisfactory _____
Qualified for:Truck ____ __ Tractor-Semi-Trailer ____ X ____ ) Other _ _ _____

Signature of Examiner _____

G.F. Kelley v. U.S. Xpress
D 002392
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _RANDALL S. GILLATUN_     SS# ▮▮▮▮▮▮▮

Address _6850 US HWY 231 # 42 OPELIKA, AL 36804_

License: State _AL_   Class _A_   License # _4521735_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____   Class _____   License # _____

State _____   Class _____   License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 002393
Defendant's Doc. Production

≡ U.S. XPRESS, INC.  ≡ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Kendill Gleeton_

Social Security No. _____

Commercial Driver's License No. _4521275_

State _AL_   Location of Test _Nulley_

Type of Power Unit _Conv_   Type of Trailer(s) _53' van_

This is to certify that the above driver was given a road test under my supervision

on _5-22-05_ _____ 20 _05_

consisting of approximately _20_ _____ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT

Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _5-22-05_ Driver's Signature _Randell P. Gleeton_

_____ SAFETY DEPT

Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002394
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): *RANDALL STEVE STRATON*

Social Security Number: ███████████

Motor Vehicle Operators License Number: *4521735*

Type of License:  A    Issuing State:        Exp. Date:

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | |
| Hours Worked | | | | | | | | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from ___4___ am/pm *8:12 '05* through *8:45* am/pm *8/22 05*.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

*4 PM*     *THURS*     *AUGUST*     *12*

Time          Day          Month          Year  *8-22-0*

*Randall S Straton*

Driver's Signature                                    Date

G.F. Kelley v. U.S. Xpress
D 002395
Defendant's Doc. Production