# EXHIBIT 66

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: Tunnel Hill, GA

Attn:    DER

Re:——————SSN:▮▮▮▮▮▮▮▮Name:Keith-Gentry————————————————————————
         Specimen ID #▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000546
Defendant's Doc. Production

Orientation Date: _Kelly_

First NM: _Keith_     M.I.: _E_   Last NM: _Gentry_     S.S.: ███████

## ACCOUNTABILITY CHECKLIST

ADDRESS: _1498 CR 243_    City: _Fort Payne_    State: _AL_ Zip: _35967_

BIRTH DATE: _6-25-5_ GAP DATES _____

*Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH: _____     RECRUITER: _____   DATE _____

Requires two signatures to be completed: YES  OR  (NO)

SIGNATURE: _Quin Moore-2_ DATE: _5-23-05_

CONDITIONAL OFFER TO BE MADE: YES OR NO
QUALIFIED FROM ORIENTATION: YES OR  NO

RECRUITING MANAGER SIGNATURE: _____     DATE _____

SAFETY MANAGER SIGNATURE: _____     DATE _____

G.F. Kelley v. U.S. Xpress
D 000841
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000793
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000668
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000415
Defendant's Doc. Production

AUG-10-2005 WED 08:25 AM KELLY TRUCKING                                 2 2563952272                    P. 001/004

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
6083 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment you must fill out a new application.
All information must be completed. If a question does not apply write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  GENTRY   KEITH   ERWIN     SOCIAL SECURITY # ███████
        LAST      FIRST     MIDDLE

OTHER NAMES USED _____

DATE OF BIRTH ████ EMAIL ADDRESS S GENTRY 54 ct NETSCAPE.com
          MONTH/DAY/YEAR

ADDRESS 1498 CR 243   FORT PAYNE
           STREET          CITY                PHONE # ████████

AL                  35967                        CELL PHONE # ████████
STATE                   ZIP

NOTIFY IN CASE OF EMERGENCY Shelia Gentry      PHONE # ████████
                                                ZIP

ADDRESS    SAME
           STREET        CITY        STATE        ZIP

REFERRED TO U3X BY WHOM? KELLY TRUCKING

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 1989 TO NOW 1498 CR 243  FORT PAYNE  AL  35967
                          STREET          CITY        STATE    ZIP

(2) FROM _____ TO _____ _____
                          STREET          CITY        STATE    ZIP

(3) FROM _____ TO _____ _____
                          STREET          CITY        STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☒ NO    GRADUATION DATE _____

NAME _____    LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH _____   DATES:  FROM _____  TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 000747
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000748
Defendant's Doc. Production

AUG-10-2005 WED 08:25 AM  KELLY TRUCKING                                    P. 3

G.F. Kelley v. U.S. Xpress
D 000749
Defendant's Doc. Production

AUG-10-2005 WED 08:26 AM KELLY TRUCKING                    812563952272      P.004/004

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time the matter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reports for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies. The receiving agents concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by phone from such state agencies. I understand that I have a right to make a written request within a reasonable period of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to your furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, served as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic (i.e. pen) signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 390.415 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing including and analyzers history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Keith E. Gentry_                                    _8/10/05_
Signature                                             Date

                                                                        USX-DA-Rev. 1-03

G.F. Kelley v. U.S. Xpress
D 000750
Defendant's Doc. Production