# EXHIBIT 67

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:   DER

Re:    SSN: ▮▮▮▮▮▮/Name: James Griffin Jr.
       Specimen ID #: ▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000585
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO. **106417718**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 133606 | Profile # 6R0436 |
| Dr Spears/Wadley | DFWI-Robert Pflug, MD |
| P.O. Box 489 | 8858 Hwy. 23, Ste. 4 |
| Lowell, AR 72745 | Belle Chasse, LA 70037 |

OMB No. 0930-0158

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _James A. Griffin Jr._    (PRINT) Donor's Name (First, MI, Last) _JAMES A. GRIFFIN JR._    Date (Mo./Day/Yr.) _8/22/05_
Signature of Donor

Daytime Phone No. (_800_) _821-0144_    Evening Phone No. (___) _same_    Date of Birth _ _

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                              ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____    _____    _/_ _/_
  Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    _/_ _/_
  Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000605
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000505
Defendant's Doc. Production

O/O

# DRIVER CERTIFICATION FILE

DRIVER NAME  _James A. Griffin      (Jimmy)_

ADDRESS _3276 Cland Rd._          CITY _Eclectic_          STATE _Ala_  ZIP _36024_

SOCIAL SECURITY NO. ▓▓▓▓▓▓▓▓

DATE OF EMPLOYMENT

G.F. Kelley v. U.S. Xpress
D 002410
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002411
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002412
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | 8/23/08 |

*GRIFFIN JAMES A Jr*

| Name | (last | First | Middle) | Employer |
|---|---|---|---|---|
| *Griffin James A. Jr.* | | | | USXpress Enterprises |
| Social Security # | | | | Address |
| ███████████ | | | | 4080 Jenkins Road |
| Job Position | | | | City          State          Zip |
| OTR  Driver | | | | Chattanooga    TN          37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                                         Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8/23/05 | Haz-mat 126/181 | USXpress Enterprises | *L. F.* | 8/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                                         Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002413
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002414
Defendant's Doc. Production

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN█████/Name:James Griffin Jr.
       Specimen ID #█████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 002415
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002416
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002417
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002418
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002419
Defendant's Doc. Production

If meets standards, complete a Medical Examiner's Certificate according to 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

G.F. Kelley v. U.S. Xpres
D 002420
Defendant's Doc. Product

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form.
**Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.**

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME __GRIFFIN__ __James__ __A.__ __JR.__   SOCIAL SECURITY # ████████
           LAST       FIRST       MIDDLE

OTHER NAMES USED __Jimmy__   D.O.B. ████████  EMAIL ADDRESS __NONE__
                                    MONTH/DAY/YEAR

ADDRESS __3276 Claud Rd. Eclectic__   __ALA__ __36024__  PHONE # ████████
          STREET              CITY          STATE   ZIP

NOTIFY IN CASE OF EMERGENCY __DEE GRIFFIN__   PHONE # ████████
                                                              AREA CODE

ADDRESS __3276 Claud Rd. Eclectic__   __ALA__ __36024__
          STREET              CITY          STATE   ZIP

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☑ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☑ NO   DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☑ NO   IF YES, ANSWER A) AND B)

A) DATES:  FROM _____  TO _____  POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☐ NO   BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM __July Aug 2005__ TO PRESENT __3276 Claud Rd. Eclectic__   __ALA__ __36024__
        __1998__                          STREET              CITY       STATE   ZIP

(2) FROM _____ TO _____ _____  _____  _____  _____
                              STREET              CITY       STATE   ZIP

(3) FROM _____ TO _____ _____  _____  _____  _____
                              STREET              CITY       STATE   ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO   GRADUATION DATE _____

NAME _____   LOCATION: _____

G.F. Kelley v. U.S. Xpress
D 002421
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH __U.S. AIR FORCE__   DATES FROM __1967 July__ TO __1971 July__

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

G.F. Kelley v. U.S. Xpress
D 002422

Name

G.F. Kelley v. U.S. Xpress
D 002423

76 3

| Underwayrd | Phone: | Tax | To verify call: | Name: | | Phone #: |
| Fax: | | Tax | | ( ) | |
| | | | | Time Zone — Phone ( | |
| Name of Contact: | | | Verif Job Classification: | | |
| Method of Contact: | | | Reason for Leaving | | |
| City | | State | Ext | | |

G.F. Kelley v. U.S. Xpress
D 002424
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002425
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of recruiting contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you, if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to your furnishing to consumer reporting services information concerning my character, work habits, performance, reasons for termination of my qualification, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies when subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this certification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that further information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which involves the imaging and storing of my qualification forms. Therefore my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation (a process any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the settlement related thereto.

In accordance with Section of 382 and 382 and § 391.23 of the Federal Motor Carrier Safety Regulations, authorize any and all persons and/or institutions to provide any relevant information, including my actions, and control and substantiate records that may be required to complete my qualification and agree to release them from any and all liability for furnishing said information.

G.F. Kelley v. U.S. Xpress
D 002426
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002427
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _JAMES A. GRIFFIN JR._ , understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| G.F. KELLY, INC.  800 821-0194 | Jan 1997  Aug 2005 |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_____         ▮▮▮▮▮▮▮▮         _9/22/05_
Signature of applicant                    SSN                        DATE

G.F. Kelley v. U.S. Xpress
D 002428
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

me: _James R. Colfield_ Address: _3276 Claud RD E Eclectic ALA 36024_

rense No: _0626479_ State: _ALA_ Equipment Driven: Tractor _ELCONV VOLVO_ Trailer _53'_ /

icked From _Wadley ALA_ To _Dekalt, ALA_ Date _8/22/05_

## rt 1 - Pre-Trip Inspection and Emergency
### Equipment

ecks general condition approaching unit _____
oks for leakage of coolants, fuel and lubricants _____
ecks under the hood - oil, water, general condition _____
of engine compartment and steering _____
ecks around the unit - tires, lights, trailer hookup _____
rake and light lines, body, doors, horn, windshield _____
ripers, rear end protection (bumper) _____
st brake action, tractor protection valve, and _____
arking (hand) brake
ows use of jacks, tools, emergency warning devices, _____
ire chains, fire extinguisher, spare fuses, and
our way flashers _____
ecks Instruments _____
ans windshield, windows, mirrors, lights, and _____
eflectors _____

## rt 2 - Placing vehicle in motion and use of controls

### Engine
rts engine without difficulty _____
lows proper warm-up _____
derstands gauges on instrument panel _____
aintains proper engine speed while driving _____
sic Knowledge of motors - gas, diesel _____
use of motor _____

### Clutch and Transmission
rts loaded unit smoothly _____
es clutch properly _____
nes gearshifts properly _____
ifts gears smoothly _____
es proper gear sequence _____

### Brakes
derstands operating principles of air brakes _____
ows proper use of tractor protection valve _____
derstands low air warning _____
st brakes before starting trip _____

ts to check traffic conditions & signal _____
hen pulling out from parked position _____
rts in illegal or unsafe location _____

### Parking (road)
rks off pavement _____
oids parking on soft shoulder _____
es emergency warning signals when _____
equired
tured unit properly _____

### D. Steering
Fights steering wheel _____
Allows truck to wander _____

### E. Lights
Knows lighting regulations _____
Uses proper headlight beam _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights _____
Proper use of auxiliary lights _____

## Part 3 - Coupling and Uncoupling

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

## Part 4 - Backing and Parking

### A. Backing
Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on _____
    long back
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly _____
    while backing

### B. Parking (city)
Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

### D. Grade Crossings
Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

### F. Speed
Speed consistent with basic ability _____
Adjusts speed properly to road, weather, _____
    traffic conditions, legal limits
Slows down for rough roads _____
Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002429

intersections, etc.

.rt 5 - Slowing and Stopping
Maintains consistent speed _____

es gears properly as ending                        )
are down properly                        _____
ops and restarts without rolling back.
si brakes at top of hills                _____
es brakes properly on grades             _____
es mirrors to check traffic to rear
pals following traffic                   _____
oids sudden stops                        _____
ops smoothly without excessive
nning                                    _____
ops before crossing sidewalk when
oming out of driveway or alley           _____
ps clear of pedestrian crosswalk         _____

rt 6 - Operating in traffic Passing and Turning
Turning
ts in proper lane well in advance        _____
nals well in advance                     _____
ecks traffic conditions and turns only when
way is clear                             _____
es not swing wide or cut short while turning _____

Traffic Signs and Signals
es not approach signal prepared to stop if
ecessary                                 _____
slates traffic signal                    _____
ns yellow light                          _____
ns up too fast or too slow on green      _____
ls to notice or heed traffic signs       _____
ns "stop" signs                          _____

Intersections
justs speed to permit stopping if necessary _____
ecks for cross traffic regardless of traffic controls _____
elds right-of-way for safety             _____

Passing
sses with insufficient clear space
head
sses in unsafe location;hill, curve,     _____
ntersection                              _____
ls to signal change of lanes             _____
lls out and back - uncertain             _____
lgates waiting chance to pass            _____
cks traffic with slow pass               _____
ls in too short returning to right lane  _____

ural Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____
alified for:Truck _X____ Tractor-Semi trailer _A__X_____ Other _____

nature of Examiner: _Welliam L Bund_____

G. Courtesy and Safety
Depends on others for safety
Yields right-of-way for safety           _____
Fails to go ahead when given right-of-
way by others                            _____
Tends to crowd other drivers or force
way through traffic                      _____
Fails to allow faster traffic to pass    _____
Fails to keep right and in own lane      _____
Unnecessary use of horn                  _____
Other discourtesy or improper conduct    _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive         _____
Consistently aware of changing traffic
conditions                               _____
Adjusts driving to meet changing
conditions                               _____
Performs routine functions without taking
eyes from road                           _____
Checks instruments regularly             _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving      _____
Nervous, apprehensive                    _____
Easily angered                           _____
Complains too much                       _____
Personal appearance, manner,cleanliness  _____
Physical Stamina                         _____

B. Handling of Freight
Checks freight properly                  _____
Handles and loads freight properly       _____
Handles bills properly                   _____
Breaks down load as required             _____

C. Rules and Regulations
Knowledge of company rules               _____
Knowledge of regulations, federal, state
local                                    _____
Knowledge of special truck routes        _____
D. Use of Special Equipment (specify)
_____

Remarks:
OK For 1st seat
_____
_____
_____

G.F. Kelley v. U.S. Xpress
D 002430
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _James A Griffin Jr._    SS# ████████████

Address _3276 Claud Rd Eclectic, ALA 36024_

License: State _ALA_  Class _A_  License # _2626 478_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: _James A. Griffin_

G.F. Kelley v. U.S. Xpress
D 002431
Defendant's Doc. Production

≡ U.S. XPRESS. INC. ≡ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _JAMES A. GriFFiN Jr._

Social Security No ▓▓▓▓▓▓▓▓▓

Commercial Driver's License No. _2626479_

State _ALA_  Location of Test _WADLEY ALA_

Type-of-Power-Unit _Vol-vo_ Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _ilsy 22_ 20 _05_

consisting of approximately _5_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace L Byrd_ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/22/05_  Driver's Signature _James A. Griffin Jr._

SAFETY DEPT

Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002432
Defendant's Doc. Production

## NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

### 7-Day Backlog

Full Name of Driver (Print): _JAMES A. GRIFFIN JR._

Social Security Number: _____

Motor Vehicle Operators License Number: _2626479_

Type of License: (A)   Issuing State: _ALA_  Exp. Date: _12/04/2006_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from __6__ am/(pm) _8/18/05_ through __8__ (am)/pm _8/22/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_10:30 A.M._ _18_ , _08_ , _05_ .
Time      Day      Month      Year

_James A. Griffin Jr._          Date _8/22/05_
Driver's Signature

G.F. Kelley v. U.S. Xpress
D 002433
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002434
Defendant's Doc. Production