# EXHIBIT 68

G.F. Kelley v. U.S. Xpress
D 000706
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road · Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Griffin, James Oscar    SOCIAL SECURITY #
LAST  FIRST  MIDDLE

OTHER NAMES USED:

DATE OF BIRTH ____ EMAIL ADDRESS ____

ADDRESS 2808 Stolcer CT  Hephzibah    PHONE #
STREET  CITY

Georgia    CELL PHONE #
STATE  ZIP

NOTIFY IN CASE OF EMERGENCY Jeannette Griffin    PHONE #

ADDRESS 2808 Stolcer CT  Hephzibah  Ga  30815
STREET  CITY  STATE  ZIP

REFERRED TO USX BY WHOM? ____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 6-97 TO 8-05  2808 Stolcer CT Hephzibah  Ga  30815
STREET  CITY  STATE  ZIP

(2) FROM ____ TO ____
STREET  CITY  STATE  ZIP

(3) FROM ____ TO ____
STREET  CITY  STATE  ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO    GRADUATION DATE Jun 96

NAME ____

LOCATION: ____

G.F. Kelley v. U.S. Xpress
D 000707
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH Army    DATES. FROM Jun 75 TO Jun 95

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED Supply Management

G.F. Kelley v. U.S. Xpress
D 000708
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000709
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000710
Defendant's Doc. Production

| | | | POV | CMV |
| | | | POV | CMV |
| | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physical, drug test, alcohol test, or other tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of the investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to this same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances test/drug/alcohol and accident history, which they may be required to compile my qualification and I agree to release them from any and all liability for supplying said information.

_Steven D. Coffman_                              8-23-05

803565300053          P. 09/14