# EXHIBIT 69

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    SSN                   Name: John Hall
       Specimen ID #

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000560
Defendant's Doc. Production

SPECIMEN ID NO. **106565440**

COPY

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 115030 | Profile # 465337 |
| US Xpress/Laredo | DPHL-Robert Pflug, MD |
| P.O. Box 628 | 8658 Hwy. 23, Ste. 4 |
| Ozark, AR 72746 | Belle Chasse, LA 70037 |
| PH: 423-510-3560 FX: 423-510-3732 | PH: 504-394-6151    FX: 314-387-0304 |

(large redacted area)

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Cellie C Hall_     _John C Hall_     8/23/05

Signature of Donor     (PRINT) Donor's Name (First, MI, Last)     Date of Birth

Daytime Phone No. _(334) 705 0164_     Evening Phone No. _(334) 705 0164_     Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                                ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000645
Defendant's Doc. Production

REMARKS _____

X _____    _____    __/__/__
   Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    __/__/__
   Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

Signature of Medical Review Officer                    [PRINT] Medical Review Officer's Name [Last, M], etc.

G.F. Kelley v. U.S. Xpress
D 000561
Defendant's Doc. Production



0/0

# DRIVER CERTIFICATION FILE

DRIVER NAME _JohN. C. HAll_

ADDRESS _1740 lee rd.40C_    CITY _OpelikH_    STATE _Al_    ZIP _36804_

SOCIAL SECURITY NO. ██████████

DATE OF EMPLOYMENT _JAN 03_

G.F. Kelley v. U.S. Xpress
D 002435



G.F. Kelley v. U.S. Xpress
D 002436
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002437
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

*Hill    John    Charles*

| Name    (last          First          Middle) | Employer |
|---|---|
| | USXpress Enterprises |
| Social Security # | Address |
| | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR  Driver | Chattanooga    TN          37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section.

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1 — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| | Haz-mat 126/181 | USXpress Enterprises | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2 — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002438
Defendant's Doc. Production

Aug. 29. 2003  4.50rm
Employee Screening

# Result Report

## *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:  DER

Re:     SSN: ███████ Name: John Hall
        Specimen ID #: ███████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 002439
Defendant's Doc. Production

649-F (6045)
G.F. Kelley v. U.S. Xpres
D 002440
Defendant's Doc. Product



G.F. Kelley v. U.S. Xpress
D 002441
Defendant's Doc. Productio

G.F. Kelley v. U.S. Xpress
D 002442
Defendant's Doc. Produced

Page 1

# U. S. XPRESS. INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  Hall    John    Charles    SOCIAL SECURITY # ███████

OTHER NAMES USED  None    D.O.B. ████    MAIL ADDRESS _____

ADDRESS  1740 lee rd 406 Opelika  AL  36804  PHONE # ████
         STREET          CITY        STATE  ZIP

NOTIFY IN CASE OF EMERGENCY  Kathleen Hall    PHONE # ████

ADDRESS  1740 lee rd 400  Opelika  AL  36804
         STREET          CITY        STATE  ZIP

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☑ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☑ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☑ NO    IF YES, ANSWER A) AND B)

A) DATES: FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☑ NO    BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 1992 TO PRESENT  1740 lee rd 400  Opelika AL  36804
                          STREET        CITY      STATE  ZIP

(2) FROM _____ TO _____
                          STREET        CITY      STATE  ZIP

(3) FROM _____ TO _____
                          STREET        CITY      STATE  ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO    GRADUATION DATE _____

NAME _____    LOCATION: _____

G.F. Kelley v. U.S. Xpress
D 002443
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH _____    DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

G.F. Kelley v. U.S. Xpress
D 002444
Defendant's Doc. Production

Name of Company

Address of Company

Freight or Carrier

G.F. Kelley v. U.S. Xpress
D 002445
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002446
Defendant's Doc. Production

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | POV | CMV |
| | | | | POV | CMV |

G.F. Kelley v. U.S. Xpress
D 002447
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you, if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from whom I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Sections 382.413, 391.23 [illegible] of the Federal Motor Carrier Safety Regulations, I authorize any and all [illegible] institutions to provide any relevant information, including my alcohol and controlled substances testing history, that may be required to complete my qualification and I agree to release them from any and all liability for [illegible] information.

G.F. Kelley v. U.S. Xpress
D 002448
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002449
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _John CHall_ , understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years: (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years: (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| GE Robinson Inc 2068843001 | Aug02 Oct04 |
| Kelly Inc | Jan03 Present |
| International Trans | 5-30-97 09-02 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_John C Hall_ _____   ▮▮▮▮   _5-23-05_
Signature of applicant          SSN          DATE

G.F. Kelley v. U.S. Xpress
D 002450
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

Name: _Tobias C HH_ Address: _1740 lee rd 400 Opelika AL H/36804_

r No: _3516714_ State: _AL_ Equipment: Driven Tractor _FL CONVVOLVO_ Trailer _53__

d From _Opelika_ To _opelika_ Date _Aug 23_ C5

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

- general condition approaching unit _____
- for leakage of coolants, fuel and lubricants _____
- under the hood - oil, water, general condition
- engine compartment and steering _____
- is around the unit - tires, lights, trailer hookup
- re and light lines, body, doors, horn, windshield
- ers, rear end protection (bumper) _____
- rake action, tractor protection valve, and
- king (hand) brake
- es use of jacks, tools, emergency warning devices,
- - chains, fire extinguisher, spare fuses, and
- ir way flashers _____
- cks instruments _____
- ans windshield, windows, mirrors, lights, and
- flectors _____

**Part 2 - Placing vehicle in motion and use of controls**

**Engine**
- rts engine without difficulty _____
- ows proper warm-up _____
- derstands gauges on instrument panel _____
- aintains proper engine speed while driving _____
- sic Knowledge of motors - gas, diesel _____
- use of motor _____

**Clutch and Transmission**
- arts loaded unit smoothly _____
- ses clutch properly _____
- imes gearshifts properly _____
- hifts gears smoothly _____
- ises proper gear sequence _____

**Brakes**
- Understands operating principles of air brakes _____
- Knows proper use of tractor protection valve _____
- Understands low air warning _____
- Test brakes before starting trip _____

- Fails to check traffic conditions & signal
  when pulling out from parked position _____
- Parks in illegal or unsafe location _____

**C. Parking (road)**
- Parks off pavement _____
- Avoids parking on soft shoulder _____
- Uses emergency warning signals when
  required _____
- Secured unit properly _____

**D. Steering**
- Fights steering wheel _____
- Allows truck to wander _____

**E. Lights**
- Knows lighting regulations _____
- Uses proper headlight beam _____
- Dim lights when meeting or following other vehicles _____
- Adjust speed to range of headlights _____
- Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**
- Lines up units _____
- Hooks brake and light lines properly _____
- Secures trailer against movement _____
- Backs under slowly _____
- Tests hookup with power _____
- Checks hookups visually _____
- Handles landing gear properly _____
- Proper hook-up of full trailer _____
- Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**
- Gets out and checks before backing _____
- Looks back as well as uses mirror _____
- Gets out and rechecks conditions on
  long back _____
- Avoids backing from blind spot _____
- Signals when backing _____
- Controls speed and direction properly
  while backing _____

**B. Parking (city)**
- Takes too many pull ups _____
- Hits nearby vehicles or stationary objects _____
- Hits curb _____
- Parks too far from curb _____

**D. Grade Crossings**
- Adjusts speed to conditions _____
- Makes safe stop, if required _____
- Selects proper gear _____

**F. Speed**
- Speed consistent with basic ability _____
- Adjusts speed properly to road, weather,
  traffic conditions, legal limits _____
- Slows down for rough roads _____
- Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002451
Defendant's Doc. Production

1 5 - Slowing and Stopping

s years properly ascending    _____

t- down properly    _____

g and restarts without rolling back    _____

brakes at top of hills    _____

s brakes properly on grades    _____

s mirrors to check traffic to rear    _____

als following traffic    _____

ods sudden stops    _____

s smoothly without excessive

nning    _____

s before crossing sidewalk when

ming out of driveway or alley    _____

as clear of pedestrian crosswalk    _____

t 6 - Operating in traffic Passing and Turning

Turning\_\_\_\_\_

s in proper lane well in advance    _____

nals well in advance    _____

ecks traffic conditions and turns only when

way is clear    _____

es not swing wide or cut short while turning    _____

Traffic Signs and Signals

es not approach signal prepared to stop if

necessary    _____

plates traffic signal    _____

ns yellow light    _____

rts up too fast or too slow on green    _____

ils to notice or heed traffic signs    _____

ons "stop" signs    _____

Intersections

djusts speed to permit stopping if necessary    _____

ecks for cross traffic regardless of traffic controls    _____

ields right-of-way for safety    _____

. Passing

asses with insufficient clear space

ahead    _____

asses in unsafe location:hill, curve,

intersection    _____

ails to signal change of lanes    _____

'ulls out and back - uncertain    _____

ailgates waiting chance to pass    _____

llocks traffic with slow pass    _____

Cuts in too short returning to right lane    _____

intersections, etc.    _____

Maintains consistent speed    _____

G. Courtesy and Safety

Depends on others for safety    _____

Yields right-of-way for safety    _____

Fails to go ahead when given right-of-

way by others    _____

Tends to crowd other drivers or force

way through traffic    _____

Fails to allow faster traffic to pass    _____

Fails to keep right and in own lane    _____

Unnecessary use of horn    _____

Other discourtesy or improper conduct    _____

Part 7 - Miscellaneous

A. General Driving Ability and Habits

Consistently alert and attentive    _____

Consistently aware of changing traffic

conditions    _____

Adjusts driving to meet changing

conditions    _____

Performs routine functions without taking

eyes from road    _____

Checks instruments regularly    _____

Willing to take instructions & suggestions    _____

Adequate self-confidence in driving    _____

Nervous, apprehensive    _____

Easily angered    _____

Complains too much    _____

Personal appearance, manner,cleanliness    _____

Physical Stamina    _____

B. Handling of Freight

Checks freight properly    _____

Handles and loads freight properly    _____

Handles bills properly    _____

Breaks down load as required    _____

C. Rules and Regulations

Knowledge of company rules    _____

Knowledge of regulations, federal, state

local    _____

Knowledge of special truck routes    _____

D. Use of Special Equipment (specify)

_____

Remarks:

OK For 1st seat

_____

_____

General Performance: Satisfactory \_\_\_\_ X \_\_\_\_ Needs Training _____ Unsatisfactory _____

Qualified for Truck \_\_A\_\_ Tractor-Semi trailer \_A\_ X_____ Other \_\_\_\_ _____

Signature of Examiner _William X Bear_

G.F. Kelley v. U.S. Xpress

D 002452

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. ~~No driver may possess more than one license and no motor carrier may use a driver having more~~ than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name __John C. Hall__    SS# ███████████

Address __1740 lee rd 400   Opelika Al 36804__

License: State __Al__   Class __A__   License # __3510714__

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: __John C. Hall__

G.F. Kelley v. U.S. Xpress
D 002453
Defendant's Doc. Production

≡ U.S. XPRESS, INC. ≡ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _John C HALL_

Social Security No. ▮▮▮▮▮▮

Commercial Driver's License No. _3 5 1 0 7 1 4_

State _A1_   Location of Test _WADLEY_

Type of Power Unit _Tractor_   type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision on _Aug 23_ ___ 20 _C5_ consisting of approximately _80_ miles of driving.

It is my considered opinion that the driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace ★Bert_   SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-23-5_ Driver's Signature _John C Hall_   SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002454
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transporation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _John C Hall_

Social Security Number: ▓▓▓▓▓▓▓▓

Motor Vehicle Operators License Number: _3510714_

Type of License: _A_    Issuing State: _Al_    Exp. Date: _03-20-2008_

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | |
| Hours Worked | 6.75 | 4.5 | 9 | 2.5 | 0 | 0 | 5 | 5 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _12:00_ am/(pm) _8/19/05_ through _5:30_ (am)/pm _8/22/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_12:00 Pm_    _23_    _8_    _05_
Time         Day    Month    Year    _8-23-05_
                                      Date

_John C. Hall_
Driver's Signature

G.F. Kelley v. U.S. Xpress
D 002455
Defendant's Doc. Production