# EXHIBIT 71

# Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: Tunnel Hill, GA

Attn:   DER

Re:     SSN             /Name: Douglas Halston
        Specimen ID #

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000508
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/...

SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE: YES OR NO
QUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE

G.F. Kelley v. U.S. Xpress
D 000844
Defendant's Doc. Production

Requires two signatures to be completed: YES OR NO
SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE:_____DATE_____

SAFETY MANAGER SIGNATURE:_____DATE_____

G.F. Kelley v. U.S. Xpress
D 000796
Defendant's Doc. Production

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

Michelle ext. 3782
fax 423 510-6138

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Holston Douglas F. (LAST, FIRST, MIDDLE)   SOCIAL SECURITY #: [redacted]

OTHER NAMES USED: _____

DATE OF BIRTH: [redacted]   MAIL ADDRESS: _____

ADDRESS: 20397 Hwy. 50 Camp Hill (STREET / CITY)   PHONE #: [redacted]
Alabama   36850   CELL PHONE #: [redacted]
(STATE)   (ZIP)

NOTIFY IN CASE OF EMERGENCY: Evelyn Bennett (Aunt)   PHONE #: [redacted]
ADDRESS: 2347 Hwy 280   Camp Hill   Al.   36850
(STREET / CITY / STATE / ZIP)

REFERRED TO USX BY WHOM? Kelly Inc.

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

| | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| (1) FROM ___ TO ___ | Same as above | | | |
| (2) FROM ___ TO ___ | | | | |
| (3) FROM ___ TO ___ | | | | |

### EDUCATION

**TRUCK DRIVING SCHOOL**

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO   GRADUATION DATE: Nov. 17, 2004
NAME: Central Al. Training Center (Opelika Tech) - Southern Union   LOCATION: Opelika, Al

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH: _____   DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED: _____

G.F. Kelley v. U.S. Xpress
D 000759
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000750
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000761
Defendant's Doc. Production

**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 302.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_____          8-12-05
                                          Date