# EXHIBIT 72

# Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   SS█████████ Name: Charles Jackson-k
      Specimen ID # █████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000544
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. **106565437**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 115030 | Profile # 46633/ |
| US Xpress/Laredo | DFWL-Robert Pflug, MD |
| P.O. Box 425 | 8653 Hwy. 23, Ste. 4 |
| Lowell, AR 72745 | Belle Chasse, LA 70037 |
| PH: 423-510-3560  FX: 423-510-3792 | PH: 504-394-4151  FX: 218-501-3200 |

*evident seal in my presence, and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X ~~Charles K. Jackson~~                    C h a r l e s  K. JACKSON                    8/23/05
   Signature of Donor                        (PRINT) Donor's Name (First, MI, Last)              Date (Mo./Day/Yr.)

Daytime Phone No. (256) 447 - 6851   Evening Phone No. (256) 452 - 3020   Date of ▮▮▮▮▮

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
       ☐ DILUTE                               ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____                    _____    __/__/__
   Signature of Medical Review Officer           (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

X _____                    _____    __/__/__
   Signature of Medical Review Officer           (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000545
Defendant's Doc. Production

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.H. Kelley v. U.S. Xpress
D 000648
Defendant's Doc. Production

REMARKS _____

X _____          _____          /    /
         Signature of Medical Review Officer              [PRINT] Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____          /    /
         Signature of Medical Review Officer              [PRINT] Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME ___Charles Karry Jackson___

ADDRESS __3265 Dripping Rock Rd__ CITY __Piedmont__ STATE __Al.__ ZIP __36272__

SOCIAL SECURITY NO ███████████████

DATE OF EMPLOYMENT __6-29-05__

G.F. Kelley v. U.S. Xpress
D 002235
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002236
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 00237
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

| Name    (last    First    Middle) | Employer |
|---|---|
| Jackson Charles Kerry | USXpress Enterprises |
| Social Secu ▇▇▇▇▇▇▇▇▇▇ | Address |
|  | 4080 Jenkins Road |
| Job Position ▇▇▇▇▇▇▇▇▇▇ | City          State          Zip |
| OTR Driver | Chattanooga    TN        37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1 — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
|  | Haz-mat 126/181 | USXpress Enterprises |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Section 2 — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002238
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002239
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002240
Defendant's Doc. Production

*Fact At mil lup*

*Carol*

*Michelle ext. 378.*
*fax 423 510-6138*

p.02

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME **Jackson  Charles  Kerry**
       LAST     FIRST     MIDDLE

SOCIAL SECURITY # ████████

OTHER NAMES USED **Kerry, Jackson**

DATE OF BIRTH ████████   ADDRESS **Kjackson888@juno.com**

ADDRESS **2285  Dripping Rock Rd  Piedmont**   PHONE ████████
          STREET            CITY

**Alabama              36272**   CELL PHONE ████████
   STATE              ZIP

NOTIFY IN CASE OF EMERGENCY **Shenry Jackson**   PHONE ████████

ADDRESS **2285 Dripping Rock Rd Piedmont, A**
          STREET            CITY        STATE   ZIP

REFERRED TO USX BY WHOM? **Kelly Trucking**

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1)FROM **12/31/99** TO **8/18/05**  **2285 Dripping Rock Rd  Piedmont, AL  36272**
                              STREET          CITY          STATE    ZIP

(2)FROM _____ TO _____
                              STREET          CITY          STATE    ZIP

(3)FROM _____ TO _____
                              STREET          CITY          STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO   GRADUATION DATE **March 2001**

NAME **Osborn Transportation**   LOCATION: **Gadsden, AL**

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH _____   DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002241
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002242
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002243
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to those services furnishing such information in the future to other companies which subscribe to those services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 392.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/checking and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature _Charles K. Jackson_     Date _8-15-05_     USX-DA-Rev. 2/05

USX is an Equal Opportunity Employer
G.F. Kelley v. U.S. Xpress
D 002244

G.F. Kelley v. U.S. Xpress
D 002245
Defendant's Doc. Production

## PREVIOUS EMPLOYMENT VERIFICATION

➡ VERIFIED BY: *Eddie Adams*    POSITION *Recruiting*    DATE *8/22/05*
  Print Name

Please complete as much information as possible so that we can assure that are roads are safe
for your family and ours.

BI's signature _____ Sara Romero _____ Date ___8/19/05___

US XPRESS | Sara Romero | 800.251.6291 x3350 | 423-510-6082 Fax | sromero@usxpress.com

G.F. Kelley v. U.S. Xpress
D 002246



G.F. Kelley v. U.S. Xpress
D 002247
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002248
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002249
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002250
Defendant's Doc. Production

: 08 / 2005

G.F. Kelley v. U.S. Xpress
D 002251
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002252
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Charles Jackson_, understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| BTT | 901 696 6583    to /2004 /8 /2005 |
| S. Boyd Transportation | 256 443 2514    4 /2004 to 6 /2004 |
| Averitt Transport | 205 766 8614    6 /2004 to 2 /2004 |
| Delta Express | 662 349 1331    4 /2004 to 10 /2004 |
| Kelly Transportation | 6 /2005 to Present |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Charles K___ Jackson_ 　　　  　　　 _6-23-05_
Signature of applicant 　　　　　　　SSN 　　　　　　　　DATE

G.F. Kelley v. U.S. Xpress
D 002253
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

ame Charles Jackson    226's Dripping Rock Rd · Pinckard, AL 36275
cense Nr 5161 666    State ____    Equipment: Driver, Tractor FLCONV VOLVO Trailer 53 ·
hecked From Cudley To Cudley    Date Aug 23, 05

### art 1 · Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| hecks general condition approaching unit | _____ |
| oks for leakage of coolants, fuel and lubricants | _____ |
| hecks under the hood · oil, water, general condition | |
| of engine compartment and steering | _____ |
| hecks around the unit · tires, lights, trailer hookup | |
| brake and light lines, body, doors, horn, windshield | |
| wipers, rear end protection (bumper) | _____ |
| sts brake action, tractor protection valve, and | |
| parking (hand) brake | _____ |
| nows use of jacks, tools, emergency warning devices, | |
| fire chains, fire extinguisher, spare fuses, and | |
| four way flashers | _____ |
| hecks instruments | _____ |
| leans windshield, windows, mirrors, lights, and | |
| reflectors | _____ |

### art 2 · Placing vehicle in motion and use of controls

#### Engine

| | |
|---|---|
| arts engine without difficulty | _____ |
| lows proper warm-up | _____ |
| nderstands gauges on instrument panel | _____ |
| aintains proper engine speed while driving | _____ |
| asic Knowledge of motors · gas, diesel | _____ |
| use of motor | _____ |

#### Clutch and Transmission

| | |
|---|---|
| arts loaded unit smoothly | _____ |
| ses clutch properly | _____ |
| mes gearshifts properly | _____ |
| ifts gears smoothly | _____ |
| ses proper gear sequence | _____ |

#### Brakes

| | |
|---|---|
| nderstands operating principles of air brakes | _____ |
| nows proper use of tractor protection valve | _____ |
| nderstands low air warning | _____ |
| sts brakes before starting trip | _____ |

| | |
|---|---|
| ils to check traffic conditions & signal | |
| hen pulling out from parked position | _____ |
| rks in illegal or unsafe location | _____ |

#### Parking (road)

| | |
|---|---|
| rks off pavement | _____ |
| oids parking on soft shoulder | _____ |
| es emergency warning signals when | |
| equired | _____ |
| ured unit properly | _____ |

### D. Steering

| | |
|---|---|
| Fights steering wheel | _____ |
| Allows truck to wander | _____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | _____ |
| Uses proper headlight beam | _____ |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed to range of headlights | _____ |
| Proper use of auxiliary lights | _____ |

### Part 3 · Coupling and Uncoupling

| | |
|---|---|
| Lines up units | _____ |
| Hooks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

### Part 4 · Backing and Parking

#### A. Backing

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | _____ |
| Gets out and rechecks conditions on | |
| long back | _____ |
| Avoids backing from blind spot | _____ |
| Signals when backing | _____ |
| Controls speed and direction properly | |
| while backing | _____ |

#### B. Parking (city)

| | |
|---|---|
| Takes too many pull ups | _____ |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

#### D. Grade Crossings

| | |
|---|---|
| Adjusts speed to conditions | _____ |
| Makes safe stop, if required | _____ |
| Selects proper gear | _____ |

#### F. Speed

| | |
|---|---|
| Speed consistent with basic ability | _____ |
| Adjusts speed properly to road, weather, | |
| traffic conditions, legal limits | _____ |
| Slows down for rough roads | _____ |
| Slows down in advance of curves | _____ |

G.F. Kelley v. U.S. Xpress

Part 5 - Slowing and Stopping

| | |
|---|---|
| Uses gears properly descending | _____ |
| Gears down properly | _____ |
| Stops and restarts without rolling back | _____ |
| Test brakes at top of hills | _____ |
| Uses brakes properly on grades | _____ |
| Uses mirrors to check traffic to rear | _____ |
| Signals following traffic | _____ |
| Avoids sudden stops | _____ |
| Stops smoothly without excessive fanning | _____ |
| Stops before crossing sidewalk when coming out of driveway or alley | _____ |
| Stops clear of pedestrian crosswalk | _____ |

Part 6 - Operating in traffic Passing and Turning

A. Turning

| | |
|---|---|
| Gets in proper lane well in advance | _____ |
| Signals well in advance | _____ |
| Checks traffic conditions and turns only when way is clear | _____ |
| Does not swing wide or cut short while turning | _____ |

B. Traffic Signs and Signals

| | |
|---|---|
| Does not approach signal prepared to stop if necessary | _____ |
| Violates traffic signal | _____ |
| Runs yellow light | _____ |
| Starts up too fast or too slow on green | _____ |
| Fails to notice or heed traffic signs | _____ |
| Runs "stop" signs | _____ |

C. Intersections

| | |
|---|---|
| Adjusts speed to permit stopping if necessary | _____ |
| Checks for cross traffic regardless of traffic controls | _____ |
| Yields right-of-way for safety | _____ |

D. Passing

| | |
|---|---|
| Passes with insufficient clear space ahead | _____ |
| Passes in unsafe location;hill, curve, intersection | _____ |
| Fails to signal change of lanes | _____ |
| Pulls out and back - uncertain | _____ |
| Tailgates waiting chance to pass | _____ |
| Blocks traffic with slow pass | _____ |
| Cuts in too short returning to right lane | _____ |

| | |
|---|---|
| intersections  etc. | ____ ____ |
| Maintains consistent speed | __ _____ |

G. Courtesy and Safety

| | |
|---|---|
| Depends on others for safety | _____ |
| Yields right-of-way for safety | _____ |
| Fails to go ahead when given right-of-way by others | _____ |
| Tends to crowd other drivers or force way through traffic | _____ |
| Fails to allow faster traffic to pass | _____ |
| Fails to keep right and in own lane | _____ |
| Unnecessary use of horn | _____ |
| Other discourtesy or improper conduct | _____ |

Part 7- Miscellaneous

A. General Driving Ability and Habits

| | |
|---|---|
| Consistently alert and attentive | _____ |
| Consistently aware of changing traffic conditions | _____ |
| Adjusts driving to meet changing conditions | _____ |
| Performs routine functions without taking eyes from road | _____ |
| Checks instruments regularly | _____ |
| Willing to take instructions & suggestions | _____ |
| Adequate self-confidence in driving | _____ |
| Nervous, apprehensive | _____ |
| Easily angered | _____ |
| Complains too much | _____ |
| Personal appearance, manner,cleanliness | _____ |
| Physical Stamina | _____ |

B. Handling of Freight

| | |
|---|---|
| Checks freight properly | _____ |
| Handles and loads freight properly | _____ |
| Handles bills properly | _____ |
| Breaks down load as required | _____ |

C. Rules and Regulations

| | |
|---|---|
| Knowledge of company rules | _____ |
| Knowledge of regulations, federal, state local | _____ |
| Knowledge of special truck routes | _____ |
| D. Use of Special Equipment (specify) | _____ |

Remarks:

OK For 1st seat

_____

_____

_____

General Performance: Satisfactory_____X____  Needs Training _____  Unsatisfaction _____

Qualified for Truck __X__ , Tractor-Semi trailer X__X_____  Other _____

Signature of Examiner _Willie L Bird_ _____

G.F. Kelley v. U.S. Xpress
D 002255
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic-Violation Reporting

1. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Charles Kerry Jackson_ SS# ████

Address _2265 Dripping Rock Rd   Piedmont AL._

License: State _AL_   Class _A_   License # _5167666_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____   License # _____

State _____ Class _____   License # _____

Driver's Signature: _Charles Kerry Jackson_

G.F. Kelley V. U.S. Xpress
D 002256
Defendant's Doc. Production

**U.S. XPRESS, INC.  EXPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _Charles Kenny Jackson_

Social Security No. ▮▮▮▮▮▮▮▮▮▮▮

Commercial Driver's _____

State _AL_ Location of Test _Liuville_

Type of Power Unit _Volvo_ Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision

on ____Aug 23_____ 20 _05_

consisting of approximately ____30_____ miles of driving

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wilbur Beal_____ **SAFETY DEPT**

Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with title 49, cars 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-23-05_ Driver's Signature _Charles Kenny Jackson_

_____ **SAFETY DEPT**

Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002257
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Charles Kerry Jackson

Social Security Number: ████████████

Motor Vehicle Operators License Number: 5169 666

Type of License: A    Issuing State: AL    Exp. Date: 5 /2007

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ████ |
| Hours Worked | 10 | 11 | 8 | 10 | 6 | 0 | 8 | 47 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from 7:00 am/pm 8/19/05 through 6:00 am/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

3:00 p.m. , 23 , 8 , 05

Time        Day        Month        Year

Driver's Signature: Charles Kerry Jackson

Date: 8-23-05

G.F. Kelley v. U.S. Xpress
D 002258
Defendant's Doc. Production