# EXHIBIT 73

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re: ____ SSN: ████████ Name:Kenneth Johnson _____
        Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000548
Defendant's Doc. Production

Orientation Date: _Kelly_

First NM: _Kenneth_    M.I.: _L_  Last NM: _Johnson_

## ACCOUNTABILITY CHECKLIST

S.S.: ███████

ADDRESS: _4040 Cleveland Ave_ City: _Attalla_    State: _AL_  Zip: _35954_

BIRTH DATE: _3-12-58_  GAP DATES _____

*Must list actual conviction(s) & date(s) of conviction(s)

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

Requires two signatures to be completed: YES OR (NO)

SIGNATURE: _Angela Whittel_ DATE: _8-19-05_

G.F. Kelley v. U.S. Xpress
D 000845
Defendant's Doc. Production

NDITIONAL OFFER TO BE MADE: (YES) OR NO

SQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____  DATE _____

SAFETY MANAGER SIGNATURE: _____  DATE _____

Requires two signatures to be completed: YES  OR  NO
SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES  OR  NO
DISQUALIFIED FROM ORIENTATION:  YES  OR   NO

RECRUITING MANAGER SIGNATURE:_____DATE_____

SAFETY MANAGER SIGNATURE:_____DATE_____

G.F. Kelley v. U.S. Xpress
D 000797
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000673
Defendant's Doc. Production

SPECIMEN ID NO. **106565442**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

OMB No. 0930-0158

evident seal in my presence and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Kenneth L Johnson_    _Kenneth L. Johnson_    **8/23/05**
    Signature of Donor                   (PRINT) Donor's Name (First, MI, Last)

Daytime Phone No. ( 256 ) 442-1976    Evening Phone No. ( ) SAME    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer w about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____    _____    __/__/__
    Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    __/__/__
    Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000549
Defendant's Doc. Production

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                                        ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000440
Defendant's Doc. Production

REMARKS _____

X_____    _____    ___/___/___
    Signature of Medical Review Officer           (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON_____

X_____    _____    ___/___/___
    Signature of Medical Review Officer           (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME *Kenneth Lamar Johnson*

ADDRESS *120 EDDIE CIR*    CITY *RAINBOW CITY*   STATE *AL*   ZIP *35906*

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮▮

DATE OF EMPLOYMENT *8-22-05*

G.F. Kelley v. U.S. Xpress
D 002259
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002260
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002261
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | 23 05 |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

| Name    (last         First         Middle) | Employer |
|---|---|
| Johnson  Kenneth       L | USXpress  Enterprises |
| Social Security # | Address |
|  | 4080 Jenkins Road |
| Job Position | City                State            Zip |
| OTR  Driver | Chattanooga     TN         37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                    Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8-23-05 | Haz-mat 126/181 | USXpress Enterprises | | 8-23-05 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Section 2                    Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002262
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002263
Defendant's Doc. Production

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST, BECAUSE:

☐ DILUTE                                 ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 002264
Defendant's Doc. Production

REMARKS _____

X _____

Signature of Medical Review Officer           (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____

Signature of Medical Review Officer           (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

## Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:—DER

Re:     SSN:███████/Name:Kenneth Johnson
        Specimen ID #███████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 002285
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002266
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002267
Defendant's Doc. Production

Middin.

G.F. Kelley v. U.S...
D 002268
Defendant's Doc. Production

·2-2005 FRI 02:14 PM  XE    RUCKING                         563952272              P. 001/004

DAC, AL

Michelle ext. 3782
fax 423 510-6138

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME  Johnson    Kenneth   Lamar      SOCIAL SECURITY #  ▓▓▓▓▓▓
       LAST        FIRST     MIDDLE

OTHER NAMES USED  None

DATE OF BIRTH  ▓▓▓    MAIL ADDRESS  None

ADDRESS  406  Cleveland  Ave.   Attalla      PHONE #
              STREET             CITY
AL  35954                                    CELL PHONE #
                 ZIP

NOTIFY IN CASE OF EMERGENCY  Barbara  Johnson    PHONE #
ADDRESS  120 Eddie Cir  Same  Rainbow City  AL.  35906
         STREET           CITY       STATE   ZIP

REFERRED TO USX BY WHOM?

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 2004 TO 2005   406 Cleveland Ave   Attalla   AL   35954
        10th      8th         STREET              CITY       STATE  ZIP
(2) FROM 1998 TO 2004   6739 Main St   Noike Bluff   AL   35904
        7th      10th        STREET            CITY        STATE  ZIP
(3) FROM 1980 TO 1998   1920 Mt. Zion   Gadsden   AL.   35902
        8th      12th        STREET          CITY       STATE  ZIP
      Month    Month

### EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☒ NO     GRADUATION DATE _____

NAME _____     LOCATION: _____

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☒ YES  ☐ NO

BRANCH  Army _____ DATES: FROM  1978  TO  1982

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED  Truck Driving  54-C MOS

G.F. Kelley v. U.S. Xpress
D 002269
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002270
Defendant's Doc. Production

· Disclosure of this Information does not necessarily disqualify you from consideration.

LSX-DA-Rev. 9-05

G.F. Kelley v. U.S. Xpress
D 002271
Defendant's Doc. Production

**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experiences, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies and multiple records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-said verified information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as a handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 392.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing history and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature: *Kenneth L. Johnson*    Date: 8-13-05

USX is an Equal Opportunity Employer    USX-DA-Rev. 8-03

G.F. Kelley v. U.S. Xpress
D 002272
Defendant's Doc. Production

**PREVIOUS EMPLOYMENT VERIFICATION**

➡ VERIFIED BY: *Eddie Adams* ___ POSITION *Recruiting* ___ DATE *8/22/05*
Print Name
Please complete as much information as possible so that we can assure that are roads are safe
for your family and ours.
BI's signature _____ Sara Romero_____ Date ___8/19/05___

US XPRESS | Sara Romero | 800.251.6291 x3350 | 423-510-6082 Fax | sromero@usxpress.com

G.F. Kelley v. U.S. Xpress
D 002273
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002274
Defendant's Doc. Production

8/23/2005

G.F. Kelley v. U.S. Xpress
D 002275
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002276
Defendant's Doc. Production

8/23/2005



G.F. Kelley v. U.S. Xpress
D 002277
Defendant's Doc. Production

8/23/2005

G.F. Kelley v. U.S. Xpress
D 002278
Defendant's Doc. Production

8/23/2005



G.F. Kelley v. U.S. Xpress
D 002279
Defendant's Doc. Production

8/23/2005



G.F. Kelley v. U.S. Xpress
D 002280
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002281
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002282
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002283
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002284
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002285
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002286
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002287
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002288
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Kenneth C. Johnson*, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking Co | 1-2003    OTR Driver |
| Wal-mart | 10-2002    Sales Ass. |
| Charger Trucking Co | 6-1998    OTR Driver |
| Deaton Trucking Co | 8-1984    '' '' |
| Landstar Ranger Trucking Co | 10-1999    '' '' |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

*Kenneth L. Johnson*                                    8-22-05
Signature of applicant              SSN              DATE

G.F. Kelley v. U.S. Xpress
D 002289
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks

Name: Kenneth L Johnson Address: 120 Eddie Cir, Rainbow City, AL. 39506
License No: 367/982 State AL Equipment Driven Tractor FLCONV VOLVO Trailer 53'
Checked From: Rd leg AL To: Rd leg AL Date 8-22-05

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

Checks general condition approaching unit _____
Looks for leakage of coolants, fuel and lubricants _____
Checks under the hood - oil, water, general condition of engine compartment and steering _____
Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) _____
Test brake action, tractor protection valve, and parking (hand) brake _____
Knows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers _____
Checks instruments _____
Cleans windshield, windows, mirrors, lights, and reflectors _____

**Part 2 - Placing vehicle in motion and use of controls**

**A. Engine**
Starts engine without difficulty _____
Allows proper warm-up _____
Understands gauges on instrument panel _____
Maintains proper engine speed while driving _____
Basic Knowledge of motors - gas, diesel _____
Abuse of motor _____

**B. Clutch and Transmission**
Starts loaded unit smoothly _____
Uses clutch properly _____
Times gearshifts properly _____
Shifts gears smoothly _____
Uses proper gear sequence _____

**C. Brakes**
Understands operating principles of air brakes _____
Knows proper use of tractor protection valve _____
Understands low air warning _____
Test brakes before starting trip _____

Fails to check traffic conditions & signal when pulling out from parked position _____
Parks in illegal or unsafe location _____

**C. Parking (road)**
Parks off pavement _____
Avoids parking on soft shoulder _____
Uses emergency warning signals when required _____
Secured unit properly _____

**D. Steering**
Fights steering wheel _____
Allows truck to wander _____

**E. Lights**
Knows lighting regulations _____
Uses proper headlight beam _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights _____
Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**
Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on long back _____
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly while backing _____

**B. Parking (city)**
Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

**D. Grade Crossings**
Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

**F. Speed**
Speed consistent with basic ability _____
Adjusts speed properly to road, weather, traffic conditions, legal limits _____
Slows down for rough roads _____
Slows down in advance of curves _____

G.F. Kelley v. U.S. Xpress
D 002280
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
 fanning _____
Stops before crossing sidewalk when
 coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in traffic Passing and Turning

A. Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
 way is clear _____
Does not swing wide or cut short while turning _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if
 necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

C. Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

E. Passing
Passes with insufficient clear space
 ahead _____
Passes in unsafe location:hill, curve,
 intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

intersections, etc. _____
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
 way by others _____
Tends to crowd other drivers or force
 way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
 conditions _____
Adjusts driving to meet changing
 conditions _____
Performs routine functions without taking
 eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
 local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)
_____
Remarks:
OK For 1st seat
_____
_____
_____

General Performance  Satisfactory ____X____  Needs Training _____  Unsatisfactory _____
Qualified for Truck ___X___  Tractor-Semi trailer _X__ _X___ ____  Other ___ ___ ___ _____

Signature of Examiner  _Wiley Z. Brant_ ___ ___ ___ ___ ___ ___

G.F. Kelley v. U.S. Xpress
D 002291
Defendant's Doc. Production

## Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### I.  Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### II.  Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name  **Kenneth L. Johnson**      SS# ▊▊▊▊▊▊

Address  **120 Eddie Cir Rainbow City, AL 35906**

License: State **AL**   Class **AM**   License # **367/982**

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____   License # _____

State _____ Class _____   License # _____

Driver's Signature: **Kenneth L. Johnson**

G.F. Kelley v. U.S. Xpress
D 002292
Defendant's Doc. Production

■U.S. XPRESS. INC.  ☐XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Kenneth L. Johnson_

Social Security No. _[redacted]_

Commercial Driver's License No. _3671982_

State _AL_  Location of Test _Weldey AL_

Type of Power Unit _Volvo_  Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _May 22_ , 20 _05_

consisting of approximately _7_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_William R Bell_  **SAFETY DEPT**
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meals or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _Kenneth L Johnson_

**SAFETY DEPT**
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002293
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier. and you. the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving. you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your—continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): *Kenneth L. Johnson*

Social Security Number: ████████████

Motor Vehicle Operators License Number: *367/982*

Type of License: A *m*  Issuing State: A*L*  Exp. Date: *10-18-07*

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ████ |
| Hours Worked | Ø | Ø | Ø | Ø | Ø | Ø | Ø | Ø |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from *10:00* (am)/pm *8 / 21 / 05* through *12:00* am/(pm) *8 / 21 / 05*.

I hereby certify that the information given above is correct to the best of my knowledge and belief. and that I was last relieved from work at:

*4:00 pm* , *15* , *8* , *2005* .
     Time          Day          Month          Year

*Kenneth L. Johnson*
Driver's Signature

Date: *8-22-05*

G.F. Kelley v. U.S. Xpress
D 002294
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002295
Defendant's Doc. Production

8/23/2005