# EXHIBIT 74

# Result Report

### *Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:____SSN█████████/Name:Roy-Johnson───────────────────────
        Specimen ID # █████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000580
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

SPECIMEN ID NO.  106417740

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE
A. Employer Name, Address, I.D. No.

US Xpress/Kelley          133606
P.O. Box 987
Lowell, AR 72745

B. MRO Name, Address, Phone and Fax No.
Profile # 650436
DEHO-Robert Riley, MD
8550 Hwy. 99  Ste. 4
Belle Chasse, LA 70037



I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Roy Dale Johnson_

ROY DALE JOHNSON
(PRINT) Donor's Name (First, MI, Last)

Daytime Phone No. 256 839-6386     Evening Phone No. (____) SAME     8 /22 /85
Date of Birth (Mo./Day/Yr.)

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____
    Signature of Medical Review Officer

_____     ___ / ___ / ___
(PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED          ☐ FAILED TO RECONFIRM - REASON _____

X _____
    Signature of Medical Review Officer

_____     ___ / ___ / ___
(PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000595
Defendant's Doc. Production

SPECIMEN ID NO. 105417740

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)2

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.



I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a ta evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X ___Roy Dale Johnson___    ROY DALE JOHNSON    8 /22 /0£
Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)         Date (Mo /Yr.)

Daytime Phone No. 256 839-6386   Evening Phone No. (  )  SAME   Date of B

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Office about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own re THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate place of paper or on the back of your copy (Copy 5).–DO NC PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                          ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____
    Signature of Medical Review Officer                    (PRINT) Medical Review Officer's Name (First, MI, Last)         Date (Mo /Day)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____
    Signature of Medical Review Officer                    (PRINT) Medical Review Officer's Name (First, MI, Last)         Date (Mo /Day)

G.F. Kelley v. U.S. Xpress
D 000494
Defendant's Doc. Production

O/O

# DRIVER CERTIFICATION FILE

DRIVER NAME _Roy. DALE. Johnson_

ADDRESS _684/4 Hwy. 9-N._ CITY _Goodwater_ STATE _AL._ ZIP _35072_

SOCIAL SECURITY NO. ███████████

DATE OF EMPLOYMENT _6-6-2000_

G.F. Kelley v. U.S. Xpress
D 002317
Defendant's Doc. Production





G.F. Kelley v. U.S. Xpress
D 002318
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002319
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002320
Defendant's Doc. Production

Employee Screening

## Result Report

### _Confidential_

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN███████/Name:Roy Johnson
       Specimen ID #█████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 002321
Defendant's Doc. Production

SPECIMEN ID NO. 106417740

TEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.
133606

B. MRO Name, Address, Phone and Fax No.
Profile # 660436
MWI-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA  70037

X ~~Roy Dale Johnson~~      ROY DALE JOHNSON      8 /22 /05

Daytime Phone No. 256 839-6386   Evening Phone No. ( ) SAME      Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

TEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
   ☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTI

G.F. Kelley v. U.S. Xpress
D 002322
Defendant's Doc. Production

REMARKS _____

X _____      _____      / /
   Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

TEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____      _____      / /
   Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME *Johnson Rev Dale*

OTHER NAMES USED *Dale*  D.O.B. ███  EMAIL ADDRESS

SOCIAL SECURITY # ███

ADDRESS *68414 Hwy9   Goodwater   Al 35072*  PHONE # *(256) 859-6386*

NOTIFY IN CASE OF EMERGENCY *Dean Johnson*  PHONE # ( )  *Same*

ADDRESS *68414 Hwy9   Same   Goodwater Al 35072*

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☐ YES ☑ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☑ NO  DATE

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☑ NO  IF YES, ANSWER A) AND B)

A) DATES: FROM ____ TO ____ POSITION ____

B) REASON FOR LEAVING ____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☑ NO  BY WHOM? ____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM *8-87 8-65* TO PRESENT *68414 Hwy9   Goodwater Al 35072*

(2) FROM ____ TO ____

(3) FROM ____ TO ____

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO  GRADUATION DATE ____

NAME ____  LOCATION: ____

G.F. Kelley v. U.S. Xpress
D 002323
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH *Marines*  DATES: FROM *1969* TO *1970*

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

Former Employer _____ _____ _____ _____    Reason for Leaving _____ _____

Position Classification _____    Name of Supervisor _____

Military    YES  OR  NO    HOW MANY PLEASE CIRCLE  1   2   3   4  /MORE

G.F. Kelley v. U.S. Xpress
D 002324
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002325
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002326
Defendant's Doc. Production

EXPIRATION DATE | ENDORSEMENTS



| | | | PGV | CMV |
| | | G.F. Kelley v. U.S. Xpress | POV | CMV |
| | | D 002327 | POV | CMV |
| | | Defendant's Doc. Production | POV | CMV |

G.F. Kelley v. U.S. Xpress
D 002327
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of recruiting contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification are from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record. Requests made by you from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you, if I am qualified, will be provided to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results and further consent to these services furnishing such information in the future to other companies which subscribe to these services for which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my status of qualification now or at any time. I understand that U.S. Xpress, Inc. may use as a personnel filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In consideration of any offer of contract, I agree in mediation to arbitrate any dispute arising during the qualification process or any dispute arising out of my status as a contractor or otherwise of the agreements related thereto.

In accordance with Section 382.413 and § 391.23 Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any statement, information, including my alcohol and controlled substances testing history that may be requested to complete my qualification and agree to release them from any and all liability for supplying said information.

# U. S. APRESS, INC.

4050 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Johnson  Roy  Dale_    SOCIAL SECURITY # ████████

OTHER NAMES USED _Dale_    D.O.B. ████    MAIL ADDRESS ____

ADDRESS _654/4 Hwy9 Goldwater Al 33072_ PHONE # _(256) 839-6396_    AREA CODE

NOTIFY IN CASE OF EMERGENCY _Dean Johnson_    PHONE # _( ) same_    AREA CODE

ADDRESS _same_    STREET    STATE    ZIP

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☐ YES ☑ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☑ NO  DATE ____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☑ NO  IF YES, ANSWER A) AND B)

A) DATES:  FROM ____  TO ____  POSITION ____

B) REASON FOR LEAVING ____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☑ NO  BY WHOM? ____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _1991_ TO PRESENT _654/4 Hwy9 Goldwater Al 34072-_
    STREET    CITY    STATE    ZIP

(2) FROM ____ TO ____
    STREET    CITY    STATE    ZIP

(3) FROM ____ TO ____
    STREET    CITY    STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO  GRADUATION DATE ____

NAME ____    LOCATION: ____

G.P. Kelley v. U.S. Xpress
D 002328
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH _Marines_    DATES  FROM _1989_  TO ____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

Reasons for Summary

Your Job Classification

Increase  YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1  2  3  4  /MORE

Reason for Leaving

Name of Supervisor

G.F. Kelley v. U.S. Xpress
D 002329
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002330
Defendant's Doc. Production



## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, upon request, as a term and condition of continued physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to your furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualification, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification then or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediate to address any claims relating to the qualification process or any claims arising out of my status as a contractor or driver and/or the agreements contained therein.

In accordance with Section 8, 382 and 392 of the 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my employer, and certified substances testing handling that may be required to complete my qualification and I agree to release them from any and all liability for supplying safe information.

G.F. Kelley v. U.S. Xpress
D 002332
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002333
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002334
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Ronald Johnson_, understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking | 6-6-2000-8-05 |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Ronald Johnson_                                    8-22-05
Signature of applicant                              DATE

G.F. Kelley v. U.S. Xpress
D 002335
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

me: _Roy E Jedin So_ address: _684/4 Hile V9 (ZeeDuHTe/ A/ 36072_
enes: No/ _393.23 4 2_ State/_4_ Equipment Driven: Tractor _FLCONV VOLVO Trailer 53_
eeked From: _Hadley, A1_ To _Hadley, A11_  Date: _5 -22-07_

**rt 1 - Pre-Trip Inspection and Emergency**
**Equipment**

ecks general condition approaching unit _____
oks for leakage of previous, fuel and lubricants _____
ecks under the hood - oil, water, general condition
of engine compartment and steering _____
ecks around the unit - tires, lights, trailer hookup
rake and light lines, body, doors, horn, windshield
vipers, rear end protection (bumper) _____
st brake action, tractor protection valve, and
arking (hand) brake _____
ows use of jacks, tools, emergency warning devices.
ire chains, fire extinguisher, spare fuses, and _____
lout way flashers _____
ecks Instruments _____
eans windshield, windows, mirrors, lights, and
eflectors _____

**rt 2 - Placing vehicle in motion and use of controls**

**Engine**

arts engine without difficulty _____
lows proper warm-up _____
derstands gauges on instrument panel _____
aintains proper engine speed while driving _____
sic Knowledge of motors - gas, diesel _____
buse of motor _____

**. Clutch and Transmission**

arts loaded unit smoothly _____
ses clutch properly _____
imes gearshifts properly _____
hifts gears smoothly _____
ses proper gear sequence _____

**. Brakes**

nderstands operating principles of air brakes _____
nows proper use of tractor protection valve _____
nderstands low air warning _____
est brakes before starting trip _____

ails to check traffic conditions & signal
when pulling out from parked position _____
arks in illegal or unsafe location _____

**. Parking (road)**

arks off pavement _____
voids parking on soft shoulder _____
ses emergency warning signals when
required _____
ecured unit properly _____

**D. Steering**

Fights steering wheel _____
Allows truck to wander _____

**E. Lights**

Knows lighting regulations _____
Uses proper headlight beam _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights _____
Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**

Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on
   long back _____
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly
   while backing _____

**B. Parking (city)**

Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

**D. Grade Crossings**

Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

**F. Speed**

Speed consistent with basic ability _____
Adjusts speed properly to road, weather,
   traffic conditions, legal limits _____
Slows down for rough roads _____
Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002336
Defendant's Doc. Production

rt 5 - Slowing and Stopping

intersections, etc _____ ___
Maintains consistent speed . . _ _ .

es gears properly ascending _____

ars down properly _____ __

eps and restarts without rolling back _____

s brakes at top of hills _____

es brakes properly on grades _____ ____

es mirrors to check traffic to rear _____

grads following traffic _____ ____

oids sudden stops _____ __

ops smoothly without excessive

inning _____

ops before crossing sidewalk when

coming out of driveway or alley _____

ops clear of pedestrian crosswalk. _____ __

rt 6 - Operating in traffic Passing and Turning

Turning

as in proper lane well in advance _____

gnals well in advance _____ __

hecks traffic conditions and turns only when

way is clear _____

ies not swing wide or cut short while turning _____

Traffic Signs and Signals

oes not approach signal prepared to stop if

necessary _____

iolates traffic signal _____

uns yellow light _____

arts up too fast or too slow on green _____

ails to notice or heed traffic signs _____

uns "stop" signs _____

. Intersections

djusts speed to permit stopping if necessary _____

herbs for cross traffic regardless of traffic controls _____

ields right-of-way for safety _____

. Passing

asses with insufficient clear space

ahead _____

asses in unsafe location;hill, curve,

intersection _____

ails to signal change of lanes _____

ulls out and back - uncertain _____

aligates waiting chance to pass _____

locks traffic with slow pass _____

uts in too short returning to right lane _____

## G. Courtesy and Safety

Depends on others for safety _____ _____

Yields right-of-way for safety _ _____

Fails to go ahead when given right-of-

way by others _____

Tends to crowd other drivers or force

way through traffic _____ _____ _

Fails to allow faster traffic to pass _____

Fails to keep right and in own lane _____

Unnecessary use of horn _____

Other discourtesy or improper conduct _____

## Part 7- Miscellaneous

### A. General Driving Ability and Habits .

Consistently alert and attentive _____

Consistently aware of changing traffic

conditions _____

Adjusts driving to meet changing

conditions _____ __

Performs routine functions without taking

eyes from road _____

Checks instruments regularly _____

Willing to take instructions & suggestions _____

Adequate self-confidence in driving _____

Nervous, apprehensive _____

Easily angered _____

Complains too much _____

Personal appearance, manner,cleanliness _____

Physical Stamina _____

### B. Handling of Freight

Checks freight properly _____ __

Handles and loads freight properly _____

Handles bills properly _____ _

Breaks down load as required _____

### C. Rules and Regulations

Knowledge of company rules _____

Knowledge of regulations, federal, state

local _____

Knowledge of special truck routes _____

### D. Use of Special Equipment (specify)

_____

Remarks:

OK For 1st seat

_____

_____

ieneral Performance, Satisfactory____X____ Needs Training _____ Unsatisfactory _____

]ualified for Truck_____ Tractor-Semi Trailer____X____ Other _____

ignature of Examiner. _____

G.F. Kelley v. U.S. Xpress
D 002337
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Ray Dale Johnson_ SS ██████████

Address _68414 Hwy 9-N   Goodwater, Al, 35072_

License: State _Al_   Class _A_   License # _3932342_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____   License # _____

State _____ Class _____   License # _____

Driver's Signature: _Roy Dale Johnson_

G.P. Kelley v. U.S. Xpress
D 002338
Defendant's Doc. Production

☰ U.S. XPRESS, INC.  ☰ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Roy D. Johnson_

Social Security No. █████████████████

Commercial Driver's License No. _19 68 597_

State _AL_ Location of Test: _Tuscaloosa, AL_

Type of Power Unit _tractor_ Type of Trailer(s) _53' van_

This is to certify that the above driver was given a road test under my supervision

on _3-22-05_ 20 ____

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _Roy D. Johnson_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002339
Defendant's Doc. Production

## NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

### 7-Day Backlog

Full Name of Driver (Print): _Roy  DALE  JOHNSON_

Social Security Number: ███████████

Motor Vehicle Operators License Number: _3952342-141_

Type of License:  A    Issuing State: _AL_   Exp. Date: _10-26-2107_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 5/15/05 | 5/14/05 | 5/15/05 | 5/18/05 | 5/19/05 | 5/14/05 | 5/21/05 | ███ |
| Hours Worked | 13.50 | 11 | 13.50 | 13 | 5.50 | 2 | 0 | 52.50 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _11:30_ am/pm _5/19/05_ through _5:_ am/pm _5/22/05_ .

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_10:30 p.m._  _17th_  _8th_  _05_
Time        Day       Month       Year

_Roy Dale Johnson_                              _5-22-05_
Driver's Signature                                Date

G.F. Kelley v. U.S. Xpress
D 002340
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002341
Defendant's Doc. Production