# EXHIBIT 75

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN                    ame:Thomas Johnson
         Specimen ID #

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000591
Defendant's Doc. Production

...TING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. 106417728

**AIN**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE
A. Employer Name, Address, I.D. No.

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

133606

B. MRO Name, Address, Phone and Fax No.

Profile # 660435

T Xpress/Kinley
P.O. Box 406
.owell, AR 12743

SFWI-Robert Pflug, MD
8558 Hwy. 23, Ste. 4
Belle Chasse, L 12007

OMB no. 0930-0...

X *Thomas J Johnson*
Signature of Donor

*Thomas J Johnson*
(PRINT) Donor's Name (First, MI, Last)

*8/22/05*
Date (Mo./Day/Yr.)

Daytime Phone No. (256) 825-7386    Evening Phone No. ( ) SAME    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer w...
about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medicatio...
THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). DO NOT
PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                              ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____    _____    _____/_____/_____
Signature of Medical Review Officer         (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    _____/_____/_____
Signature of Medical Review Officer         (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000617
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Thomas Jacob Johnson_

ADDRESS _263 Shepard st._    CITY _Dadeville_    STATE _AL_    ZIP _36853_

SOCIAL SECURITY NO. ███████████████

DATE OF EMPLOYMENT _8-22-05_

G.F. Kelley v. U.S. Xpress
D 002296
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002297
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002298
Defendant's Doc. Production

Employee Screening.

## Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    SSN ██████        Name Thomas Johnson
Specimen ID # ████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 002299
Defendant's Doc. Production

SPECIMEN ID NO. 106417728

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

A. Employer Name, Address, I.D. No.
133606

J S Express/Medley
P.O. Box 459
Lowell, AR 72745
PH: 423-510-3660 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 680636
DFWI-Robert Pflug, MD
6530 Hwy. 23. Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151    FX: 214-307-5200

X _Thomas J Johnson_
Signature of Donor

_Thomas J Johnson_
(PRINT) Donor's Name (First, MI, Last)

8/22/05
Date (Mo./Day/Yr.)

Daytime Phone No. (256) 825-7386    Evening Phone No. (___) SAME    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                         ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

___/___/___
Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

G.F. Kelley v. U.S. Xpress
D 002300
Defendant's Doc. Production

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

___/___/___
Date (Mo./Day/Yr.)

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _JOHNSON    Thomas    Johnson_    SOCIAL SECURITY # ███████████
　　　　LAST　　　　FIRST　　　　MIDDLE

OTHER NAMES USED _Jake_

DATE OF BIRTH ███████████ MAIL ADDRESS _____

ADDRESS _263    Shepard    Street    Dadeville_    PHONE # ███████
　　　　　　STREET　　　　　　　　　CITY

_AL_    _36853_    CELL PHONE #
STATE    ZIP

NOTIFY IN CASE OF EMERGENCY _Shelley    Johnson_    PHONE #

ADDRESS _263    Shepard    St.    Dadeville    AL    36853_
　　　　　　STREET　　　　　CITY　　　　STATE　　ZIP

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1)FROM _1997_ TO _8/2005_    _263    Shepard    St    Dadeville    AL    36853_
　　　　　　　　　　　　　STREET　　　　　CITY　　　　　STATE　　　ZIP

(2)FROM _____ TO _____    _____
　　　　　　　　　　　　　　STREET　　　　CITY　　　　STATE　　ZIP

(3)FROM _____ TO _____    _____
　　　　　　　　　　　　　　STREET　　　　CITY　　　　STATE　　ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?　☐ YES　☒ NO　GRADUATION DATE _____

NAME _____    LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?　☐ YES　☒ NO

BRANCH _____    DATES:　FROM _____    TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?　☐ YES　☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002301
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002302
Defendant's Doc. Production

PRESENTLY HOLD OR HAVE HELD
IN THE PAST.

| | PCV | CMV | | |
|---|---|---|---|---|
| | PCV | CMV | | |
| | PCV | CMV | | |

G.F. Kelley v. U.S. Xpress
D 002303
Defendant's Doc. Production

AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Thomas L Johnson_                                                    _8-22-05_

G.F. Kelley v. U.S. Xpress
D 002304
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002305
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002306
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002307
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002308
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002309
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, __Thomas J Johnson__, understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking   800-521-0144 | 8-04 – 8-05 |
| R&R Freight | 2-03 – 8-04 |
| Sunbelt Trucking | 8-99 – 8-03 |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.



Signature of applicant

8-22-05
DATE

G.F. Kelley v. U.S. Xpress
D 002310
Defendant's Doc. Production

RECORD OF ROAD TEST

Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks

me: Thomas J. Johnson Address: 263 Shepard st Oadeville AL 36753

cense No. 5205974 State AL Equipment Driven Tractor FLCONV VOLVO Trailer 53

nted From Oakley, AL To Oakley, AL Date S. 27 '93

rt 1 - Pre-Trip Inspection and Emergency
     Equipment

ecks general condition approaching unit
.oks for leakage of coolants, fuel and lubricants
ecks under the hood - oil, water, general condition
of engine compartment and steering
ecks around the unit - tires, lights, trailer hookup
rake and light lines, body, doors, horn, windshield
vipers, rear end protection (bumper)
st brake action, tractor protection valve, and
arking (hand) brake
nows use of jacks, tools, emergency warning devices,
ire chains, fire extinguisher, spare fuses, and
four way flashers
ecks Instruments
eans windshield, windows, mirrors, lights, and
reflectors

rt 2 - Placing vehicle in motion and use of controls

     Engine

arts engine without difficulty
llows proper warm-up
nderstands gauges on instrument panel
aintains proper engine speed while driving
asic Knowledge of motors - gas, diesel
buse of motor

. Clutch and Transmission

arts loaded unit smoothly
ses clutch properly
imes gearshifts properly
hifts gears smoothly
ses proper gear sequence

. Brakes

nderstands operating principles of air brakes
nows proper use of tractor protection valve
nderstands low air warning
est brakes before starting trip

ails to check traffic conditions & signal
when pulling out from parked position
arks in illegal or unsafe location

. Parking (road)

arks off pavement
voids parking on soft shoulder
ses emergency warning signals when
required
ecured unit properly

D. Steering

Fights steering wheel
Allows truck to wander

E. Lights

Knows lighting regulations
Uses proper headlight beam
Dim lights when meeting or following other vehicles
Adjust speed to range of headlights
Proper use of auxiliary lights

Part 3 - Coupling and Uncoupling

Lines up units
Hooks brake and light lines properly
Secures trailer against movement
Backs under slowly
Tests hookup with power
Checks hookups visually
Handles landing gear properly
Proper hook-up of full trailer
Secures power unit against movement

Part 4 - Backing and Parking

A. Backing

Gets out and checks before backing
Looks back as well as uses mirror
Gets out and rechecks conditions on
     long back
Avoids backing from blind spot
Signals when backing
Controls speed and direction properly
     while backing

B. Parking (city)

Takes too many pull ups
Hits nearby vehicles or stationary objects
Hits curb
Parks too far from curb

D. Grade Crossings

Adjusts speed to conditions
Makes safe stop, if required
Selects proper gear

F. Speed

Speed consistent with basic ability
Adjusts speed properly to road, weather,
     traffic conditions, legal limits
Slows down for rough roads
Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 002311
Defendant's Doc. Production

**t 5 - Slowing and Stopping**

es years properly ascending _____
ms down properly _____
es and restain without rolling back, _____
st brakes at top of hills _____
es brakes properly on grades _____
es mirror to check traffic to rear _____
goals following traffic _____
oids sudden stops _____
ps smoothly without excessive _____
iuming _____
ps before crossing sidewalk when _____
coming out of doveway or alley _____
ps clear of pedestran crosswalk _____

**t 6 - Operating in traffic Passing and Turning**

Turning___ _____
es in proper lane well in advance _____
goals well in advance _____
eeks traffic conditions and turns only when _____
way is clear _____
oes not swing wide or cut short while turning _____

**Traffic Signs and Signals**
oes not approach signal prepared to stop if _____
necessary _____
iolates traffic signal _____
uns yellow light _____
ans up too fast or too slow on green _____
ails to notice or heed traffic signs _____
uns "stop" signs _____

**. Intersections**
djusts speed to permit stopping if necessary _____
hecks for cross traffic regardless of traffic controls _____
ields right-of-way for safety _____

**. Passing**
asses with insufficient clear space _____
ahead _____
asses in unsafe location;hill, curve, _____
intersection _____
ails to signal change of lanes _____
ulls out and back - uncertain _____
ailgates waiting chance to pass _____
locks traffic with slow pass _____
uts in too short returning to right lane _____

intersections, etc _____
Maintains consistent speed _____

**G. Courtesy and Safety**
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
way by others _____
Tends to crowd other drivers or force
way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

**Part 7- Miscellaneous**
**A. General Driving Ability and Habits**
Consistently alert and attentive _____
Consistently aware of changing traffic
conditions _____
Adjusts driving to meet changing
conditions _____
Performs routine functions without taking
eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

**B. Handling of Freight**
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

**C. Rules and Regulations**
Knowledge of company rules _____
Knowledge of regulations, federal, state
local _____
Knowledge of special truck routes _____
**D. Use of Special Equipment (specify)**
_____

**Remarks:**
OK For 1st seal
_____
_____
_____

General Performance: Satisfactory_____ X_____ Needs Training _____ Unsatisfactory _____
Qualified for Truck _____ Tractor-Semi-trailer ___X___ Other _____
ignature of Examiner _____

G.F. Kelley v. U.S. Xpress
D 002312
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Thomas J Johnson_    SS# ███████████

Address _263 Shepard St. Dadeville AL 36853_

License: State _AL_  Class _A_  License # _5205874_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____  License # _____

State _____ Class _____  License # _____

Driver's Signature: _Thomas J Johnson_

G.F. Kelley v. U.S. Xpress
D 002313
Defendant's Doc. Production

≡ U.S. XPRESS. INC.  ≡ XPRESS GLOBAL SYSTEMS

### CERTIFICATION OF ROAD TEST

Driver's Name _Thomas Johnson_

Social Security No. ▓▓▓▓▓▓▓▓▓

Commercial Driver's License No. _S205179_

State _AL___ Location of Test _Wadley, AL_

Type of Power Unit _Ken w_ Type of Trailer(s) _53' van_

This is to certify that the above driver was given a road test under my supervision

on _8-22-05_ 20_05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_ Driver's Signature _Thomas J Johnson_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002314
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): **Thomas J Johnson**

Social Security Number: ▓▓▓▓▓▓▓

Motor Vehicle Operators License Number: **5205874**

Type of License: **A**    Issuing State: **AL**    Exp. Date: **5-12-08**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|-----|---|---|---|---|---|---|---|-------|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ▓▓▓ |
| Hours Worked | 12 | 6 1/4 | 8 1/4 | 10 3/4 | 10 3/4 | 2 1/2 | 0 | 47 1/2 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from **3** am/**pm** **8/20/05** through **8** **am**/pm **8/22/05**.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

| Time | Day | Month | Year |
|------|-----|-------|------|
| *Thomas J Johnson* | | | **8-22-05** |

Driver's Signature                                                    Date

G.F. Kelley v. U.S. Xpress
D 002315
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002316
Defendant's Doc. Production