# EXHIBIT 77

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN:███████ Name: Sam Jones
        Specimen ID #:███████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000538
Defendant's Doc. Production

Orientation Date: Kelly

## ACCOUNTABILITY CHECKLIST

First NM: Sam    M.I.: E    Last NM: Jones    S.S.: ■■■■■■■

ADDRESS: 408 Rentz St    City: Swainsboro    State: GA    Zip: 30401

BIRTH DATE: 7-6-62    GAP DATES _____    *Must list actual conviction(s) & date(s) of conviction(s)

REASON FOR SEARCH:

Requires two signatures to be completed: YES OR NO

SIGNATURE: _____ DATE: 8-23-05

G.F. Kelley v. U.S. Xpress
D 000846
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE: YES OR NO

DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____ DATE _____

SAFETY MANAGER SIGNATURE: _____ DATE _____

Requires two signatures to be completed: YES   OR   NO
SIGNATURE:_____ DATE:_____

G.F. Kelley v. U.S. Xpress
D 000798
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE:  YES  OR  NO
DISQUALIFIED FROM ORIENTATION:  YES  OR   NO

RECRUITING MANAGER SIGNATURE:_____DATE_____

SAFETY MANAGER SIGNATURE:_____DATE_____

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**AIN**

SPECIMEN ID NO.  **106553026**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130808 | Profile # 653023 |
| US Xpress/General | DSMO-Robert PClug, MD |
| P.O. Box 425 | 8580 Hwy. 23, Ste. A |
| Lowell, AR 52745 | Belle Chasse, LA 70037 |
| Ph: 423-510-3360 Fax: 423-510-3792 | Ph: 504-394-4151  Fax: 316-387-5200 |

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X  *John E. Jones* (Signature of Donor)    SHN E JONES (PRINT) Donor's Name (First, MI, Last)    8/24/05 (Date (Mo/Day/Yr))

Daytime Phone No. (478) 237-3327    Evening Phone No. (478) 499-5977    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).--DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS

X _____    _____    ___/___/___
   Signature of Medical Review Officer         (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON

X _____    _____    ___/___/___
   Signature of Medical Review Officer         (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

G.F. Kelley v. U.S. Xpress
D 000539
Defendant's Doc. Production

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:

☐ DILUTE    ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000649
Defendant's Doc. Production

REMARKS _____

X _____          _____          __/__/__
  Signature of Medical Review Officer                    (PRINT) Medical Review Officer's Name (First, MI, Last)              Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED          ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____          __/__/__
  Signature of Medical Review Officer                    (PRINT) Medical Review Officer's Name (First, MI, Last)              Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME _SAM JONES_

DDRESS _408 Reutz St._ CITY _Swainsboro_ STATE _Ga_ ZIP _30401_

OCIAL SECURITY NO. ████████████

ATE OF EMPLOYMENT _8/24/05_

G.F. Kelley v. U.S. Xpress
D 002136
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002137
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002138
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | |
|---|---|
| GENERAL AWARENESS | SAFETY TRAINING |
| FUNCTION SPECIFIC | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | 8-24-08 |

| Name      (last          First          Middle) | Employer |
|---|---|
| Jones     Sam          C | USXpress Enterprises |
| Social Security # | Address |
| ███████████ | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR Driver | Chattanooga    TN         37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

### Section 1                                   Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8-24-05 | Haz-mat 126/181 | USXpress Enterprises | | 4-24-05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Section 2                                   Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer.

G.F. Kelley v. U.S. Xpress
D 002139
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002140
Defendant's Doc. Production

AUG-15-2006  12:07    Samuel County Sheriff           4762373651    P.01
AUG-03-2005  TUE 01:40 PM  JLY TRUCKING               8125639532272    P.001/004

ᗪᗩᑕ  GA NWR

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

*Michelle ext. 378.*
*fax 423 510-6138*

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  Jones  Sam  Edwin J
      LAST  FIRST  MIDDLE           SOCIAL SECURITY # ████████

OTHER NAMES USED  June

DATE OF BIRTH ████  MAIL ADDRESS  phatbaby1105@yahoo.com

ADDRESS  408 Rentz St.  Swainsboro           PHONE # ████████
         STREET           CITY
         Georgia          30401            CELL PHONE # ████████
         STATE            ZIP

NOTIFY IN CASE OF EMERGENCY  Ello Bell Jones        PHONE # ████████

ADDRESS  408 Rentz St.  Swainsboro  Ga.  30401
         STREET        CITY        STATE  ZIP

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 1965 TO Now  408 Rentz St.  Swainsboro  Geo.  30401
                      STREET          CITY        STATE  ZIP

(2) FROM _____ TO _____
                      STREET          CITY        STATE  ZIP

(3) FROM _____ TO _____
                      STREET          CITY        STATE  ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☑ YES  ☐ NO    GRADUATION DATE 4/15/1998

NAME  C.D.I           LOCATION: Columbus Ga.

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☑ NO

BRANCH _____  DATES:  FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002141
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002142
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002143
Defendant's Doc. Production

AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to resolve additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 392.405, 382.418 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Signature_ _____     _Date_ 8/10/05

USX is an Equal Opportunity Employer

USX-OA-Rev. 8-03

G.F. Kelley v. U.S. Xpress
D 002144

TOTAL P.04



G.F. Kelley v. U.S. Xpress
D 002145
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002146
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002147
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, ___Sam Jones___, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Clements Trucking | 4/02 to 12/02 |
| Kelly | 8/03 to 8/05 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_____          ▮▮▮▮▮▮▮▮          8/24/05
Signature of applicant                      SSN                         DATE

G.F. Kelley v. U.S. Xpress
D 002148
Defendant's Doc. Production

## RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

me: _John Does_ Address: _408 Route 56_

cense No: _CVCS5UGY6_ State: _GA_ Equipment Driven: Tractor _FLCONV VOLVO_ Trailer _53'_

cked From: _Wadley_ To: _Wadley_ Date _Aug. 24_5

rt 1 - Pre-Trip Inspection and Emergency
        Equipment

ecks general condition approaching unit _____

oks for leakage of coolants, fuel and lubricants _____

ecks under the hood - oil, water, general condition
of engine compartment and steering _____

ecks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield _____

vipers, rear end protection (bumper) _____

st brake action, tractor protection valve, and
arking (hand) brake _____

ows use of jacks, tools, emergency warning devices,
ire chains, fire extinguisher, spare fuses, and
our way flashers _____

ecks Instruments _____

eans windshield, windows, mirrors, lights, and
eflectors _____

rt 2 - Placing vehicle in motion and use of controls

Engine

rts engine without difficulty _____

lows proper warm-up _____

derstands gauges on instrument panel _____

aintains proper engine speed while driving _____

sic Knowledge of motors - gas, diesel _____

use of motor _____

Clutch and Transmission

rts loaded unit smoothly _____

es clutch properly _____

nes gearshifts properly _____

ifts gears smoothly _____

es proper gear sequence _____

Brakes

derstands operating principles of air brakes _____

ows proper use of tractor protection valve _____

derstands low air warning _____

sts brakes before starting trip _____

ds to check traffic conditions & signal
when pulling out from parked position _____

cks in illegal or unsafe location _____

Parking (road)

cks off pavement _____

oids parking on soft shoulder _____

es emergency warning signals when
equired _____

cured unit properly _____

D. Steering

Fights steering wheel _____

Allows truck to wander _____

E. Lights

Knows lighting regulations _____

Uses proper headlight beam _____

Dim lights when meeting or following other vehicles _____

Adjust speed to range of headlights _____

Proper use of auxiliary lights _____

Part 3 - Coupling and Uncoupling

Lines up units _____

Hooks brake and light lines properly _____

Secures trailer against movement _____

Backs under slowly _____

Tests hookup with power _____

Checks hookups visually _____

Handles landing gear properly _____

Proper hook-up of full trailer _____

Secures power unit against movement _____

Part 4 - Backing and Parking

A. Backing

Gets out and checks before backing _____

Looks back as well as uses mirror _____

Gets out and rechecks conditions on
    long back _____

Avoids backing from blind spot _____

Signals when backing _____

Controls speed and direction properly
    while backing _____

B. Parking (city)

Takes too many pull ups _____

Hits nearby vehicles or stationary objects _____

Hits curb _____

Parks too far from curb _____

D. Grade Crossings

Adjusts speed to conditions _____

Makes safe stop, if required _____

Selects proper gear _____

F. Speed

Speed consistent with basic ability _____

Adjusts speed properly to road, weather,
    traffic conditions, legal limits _____

Slows down for rough roads _____

Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002149

| | | | |
|---|---|---|---|
| rt 5 - Slowing and Stopping | | intersections, etc. | |
| | | Maintains consistent speed | _____ |
| ies gears properly ascending | | | |
| | | G. Courtesy and Safety | |
| tars down properly | _____ | Depends on others for safety | |
| ops and restarts without rolling back | _____ | Yields right-of-way for safety | _____ |
| st brakes at top of hills | _____ | Fails to go ahead when given right-of- | |
| es brakes properly on grades | _____ | way by others | _____ |
| es mirrors to check traffic to rear | _____ | Tends to crowd other drivers or force | |
| gnals following traffic | _____ | way through traffic | _____ |
| voids sudden stops | _____ | Fails to allow faster traffic to pass | _____ |
| ops smoothly without excessive | | Fails to keep right and in own lane | _____ |
| aming | _____ | Unnecessary use of horn | _____ |
| ops before crossing sidewalk when | | Other discourtesy or improper conduct | _____ |
| coming out of driveway or alley | _____ | | |
| ops clear of pedestrian crosswalk | _____ | Part 7- Miscellaneous | |
| | | A. General Driving Ability and Habits | |
| rt 6 - Operating in traffic Passing and Turning | | Consistently alert and attentive | _____ |
| Turning | | Consistently aware of changing traffic | |
| as in proper lane well in advance | _____ | conditions | _____ |
| gnals well in advance | _____ | Adjusts driving to meet changing | |
| ecks traffic conditions and turns only when | | conditions | _____ |
| way is clear | _____ | Performs routine functions without taking | |
| ies not swing wide or cut short while turning | _____ | eyes from road | _____ |
| | | Checks instruments regularly | _____ |
| Traffic Signs and Signals | | Willing to take instructions & suggestions | _____ |
| ies not approach signal prepared to stop if | | Adequate self-confidence in driving | _____ |
| necessary | _____ | Nervous, apprehensive | _____ |
| olates traffic signal | _____ | Easily angered | _____ |
| ins yellow light | _____ | Complains too much | _____ |
| ins up too fast or too slow on green | _____ | Personal appearance, manner, cleanliness | _____ |
| ils to notice or heed traffic signs | _____ | Physical Stamina | _____ |
| ins "stop" signs | _____ | | |
| | | B. Handling of Freight | |
| Intersections | | Checks freight properly | _____ |
| ljusts speed to permit stopping if necessary | _____ | Handles and loads freight properly | _____ |
| iecks for cross traffic regardless of traffic controls | _____ | Handles bills properly | _____ |
| elds right-of-way for safety | _____ | Breaks down load as required | _____ |
| | | | |
| Passing | | C. Rules and Regulations | |
| isses with insufficient clear space | | Knowledge of company rules | _____ |
| ahead | _____ | Knowledge of regulations, federal, state | |
| isses in unsafe location;hill, curve, | | local | _____ |
| ntersection | _____ | Knowledge of special truck routes | _____ |
| ils to signal change of lanes | _____ | D. Use of Special Equipment (specify) | |
| ils out and back - uncertain | _____ | _____ | |
| iilgates waiting chance to pass | _____ | Remarks: | |
| ocks traffic with slow pass | _____ | OK For 1st seat | |
| ils in too short returning to right lane | _____ | _____ | |
| | | _____ | |

eneral Performance: Satisfactory _____X_____  Needs Training _____  Unsatisfactory _____

ualified for:Truck  _X____   Tractor-Semi trailer ___X_____   Other _____

gnature of Examiner:  _Wallace L. Beard_____

G.F. Kelley v. U.S. Xpress
D 002150
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name __Sam Jones__    SS# █████████

Address __408 Reitz St. Swainsboro Ga. 30401__

License: State __Ga.__   Class __A__   License # __D499 54 db G__

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State __Ga.__   Class __A__    License # __D4995 4486__

State _____   Class _____   License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 002151
Defendant's Doc. Production

☐ U.S. XPRESS, INC.   ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _SAm Jules_

Social Security No. ▮▮▮▮▮▮▮▮▮

Commercial Driver's License No. _04454486_

State _A.L._   Location of Test _Wedley_

Type of Power Unit _Vch ycl_   Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _aug 24_   20 _05_

consisting of approximately _30_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace L Bead_   SAFETY DEPT
 Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/24/05_ Driver's Signature _Sam_

_____   SAFETY DEPT
 Instructor's Signature

G.P. Kelley v. U.S. Xpress
D 002152
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): __SAM  Jones__

Social Security Number: █████████████

Motor Vehicle Operators License Number: __D499594486   Ca.__

Type of License: __A__   Issuing State: __Ca.__  Exp. Date: __7/6/66__

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | ████ |
| Hours Worked | 7.5 | 8 | 5.25 | 0 | 0 | 7.75 | 8 | 36.5 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from ____/__ am/pm 8 / 19 / 65 through ____/__ am/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

__7:45 pm.__     __23__     __8__     __05__
Time              Day          Month        Year  __8/24/05__

__Sam J.__
Driver's Signature                                    Date

G.F. Kelley v. U.S. Xpress
D 002153
Defendant's Doc. Production



y

G.F. Kelley v. U.S. Xpress
D 002154
Defendant's Doc. Production