# EXHIBIT 78

# Result Report

## *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN:          Name:Roger Keener
       Specimen ID #:

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000586
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000799
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO. **106417732**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 133606 | Profile # 690436 |
| US Xpress/Medley | DEWI-Robert Pilug, MD |
| P.O. Box 488 | 8550 Hwy. 23, Ste. 4 |
| Lowell, AR 72745 | Belle Chasse, LA 70037 |
| Ph: 423-510-1081 FX: 423-510-3792 | PH: 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  FX: 504-261-6100 |

...in my presence, and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X *Roger Keener*    *Roger Keener*    8/22/05

Signature of Donor    (PRINT) Donor's Name (First, MI, Last)

Daytime Phone No. (256) 831-0128    Evening Phone No. (256) 282-6474    Date of Birth _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. **THIS LIST IS NOT NECESSARY.** If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000608
Defendant's Doc. Production

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000490
Defendant's Doc. Production

REMARKS _____

X_____
        Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

____/____/____
Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X_____
        Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

____/____/____
Date (Mo./Day/Yr.)



*O/O*

# DRIVER CERTIFICATION FILE

DRIVER NAME *Roger Owen Keener*

ADDRESS *108 South moor cr.* CITY *Oxford* STATE *Al* ZIP *36203*

SOCIAL SECURITY NO. ███████████████████

DATE OF EMPLOYMENT *8/1/2001*

G.F. Kelley v. U.S. Xpress
D 002155
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002156
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002157
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002158
Defendant's Doc. Production

accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                        ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 002159
Defendant's Doc. Production

EMARKS _____

_____

_____      _____      ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

**EP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

_____      _____      ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 002160
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form.
Do not use white out. All information must be completed, if a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Keener  Roger  Owen
LAST  FIRST  MIDDLE

SOCIAL SECURITY # ████████████

OTHER NAMES USED  None

D.O.B ███████

EMAIL ADDRESS Milkman846@Hotmail.com

ADDRESS 108 Southmoor CR  Oxford  Al  36203  PHONE # (256) 831-0128
STREET  CITY  STATE  ZIP

NOTIFY IN CASE OF EMERGENCY  Kathren Lynn Keener  PHONE # (256)282-6474
AREA CODE

ADDRESS 108 Southmoor CR Oxford  Al  36203
STREET  CITY  STATE  ZIP

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☑ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☑ YES ☐ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☑ YES ☐ NO  IF YES, ANSWER A) AND B)

A) DATES:  FROM 8/1/01  TO Present  POSITION O/O

5) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☑ YES ☐ NO  BY WHOM? Lamar Cough

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 8/1980  TO PRESENT  108 Southmoor CR Oxford  Al  36203
STREET  CITY  STATE  ZIP

(2) FROM _____ TO _____
STREET  CITY  STATE  ZIP

(3) FROM _____ TO _____
STREET  CITY  STATE  ZIP

## EDUCATION

TRUCK DRIVING SCHOOL
HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO  GRADUATION DATE _____

NAME _____  LOCATION: _____

## MILITARY STATUS

G.F. Kelley v. U.S. Xpress
D 002161
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH _____  DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

G.F. Kelley v. U.S. Xpress
D 002162
Defendant's Doc. Production

Name of Company

Address of Company

G.F. Kelley v. U.S. Xpress
D 002163
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002164
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests. upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you, if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to, regarding it, express any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related hereto.

In accordance with Sections 382 and 390 and 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/screening, that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

# US XPRESS
## PREVIOUS EMPLOYMENT VERIFICATION

➡ VERIFIED BY *Eddie Adams* ___ POSITION *Recruiting* ___ DATE *8/22/05*
Print Name

Please complete as much information as possible so that we can assure that are roads are safe
for your family and ours.

BI's signature _____ Sukie Hetke _____ Date __ 8/19/05___

G.F. Kelley v. U.S. Xpress
D 002166
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002167
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002168
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002169
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Roger Olven Keener* understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| *Kelly Trucking*   *800-821-0144* | *8/1/01 to Present* |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

| *Roger Keener* | | *8/22/05* |
|---|---|---|
| Signature of applicant | SSN | DATE |

G.F. Kelley v. U.S. Xpress
D 002170
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is

unsatisfactory. Explain unsatisfactory items under remarks)

Roger Keaner Address: 108 Southmoorcr Ox road Al .36203

nse No. 322 1197 State A | Equipment Driven, Tractor _FLCONV/VOLVO_Trailer_55_

cked Firm: Godley Al To: Lndley, Al Date: 8-22-05

**t 1 - Pre-Trip Inspection and Emergency**
   **Equipment**

cks general condition approaching unit _____

ks for leakage of coolants, fuel and lubricants _____

cks under the hood - oil, water, general condition _____

Eengine compartment and steering _____

cks around the unit - tires, lights, trailer hookup _____

ake and light lines, body, doors, horn, windshield _____

ipers, rear end protection (bumper) _____

t brake action, tractor protection valve, and

rking (hand) brake _____

ows use of jacks, tools, emergency warning devices, _____

re chains, fire extinguisher, spare fuses, and

our way flashers _____

cks Instruments _____

ans windshield, windows, mirrors, lights, and

flectors _____

**t 2 - Placing vehicle in motion and use of controls**

**Engine**

rts engine without difficulty _____

ows proper warm-up _____

derstands gauges on instrument panel _____

intains proper engine speed while driving _____

sic Knowledge of motors - gas, diesel _____

use of motor _____

**Clutch and Transmission**

rts loaded unit smoothly _____

es clutch properly _____

oes gearshifts properly _____

fts gears smoothly _____

es proper gear sequence _____

**Brakes**

derstands operating principles of air brakes _____

ows proper use of tractor protection valve _____

derstands low air warning _____

st brakes before starting trip _____

ils to check traffic conditions & signal _____

vhen pulling out from parked position _____

rks in illegal or unsafe location _____

**Parking (road)**

rks off pavement _____

voids parking on soft shoulder _____

es emergency warning signals when

equired _____

cured unit properly _____

**D. Steering**

Fights steering wheel _____

Allows truck to wander _____

**E. Lights**

Knows lighting regulations _____

Uses proper headlight beam _____

Dim lights when meeting or following other vehicles _____

Adjust speed to range of headlights _____

Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**

Lines up units _____

Hooks brake and light lines properly _____

Secures trailer against movement _____

Backs under slowly _____

Tests hookup with power _____

Checks hookups visually _____

Handles landing gear properly _____

Proper hook-up of full trailer _____

Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**

Gets out and checks before backing _____

Looks back as well as uses mirror _____

Gets out and rechecks conditions on

   long back _____

Avoids backing from blind spot _____

Signals when backing _____

Controls speed and direction properly

   while backing _____

**B. Parking (city)**

Takes too many pull ups _____

Hits nearby vehicles or stationary objects _____

Hits curb _____

Parks too far from curb _____

**D. Grade Crossings**

Adjusts speed to conditions _____

Makes safe stop, if required _____

Selects proper gear _____

**F. Speed**

Speed consistent with basic ability _____

Adjusts speed properly to road, weather,

   traffic conditions, legal limits _____

Slows down for rough roads _____

Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002171
Defendant's Doc. Production

art 5 - Slowing and Stopping _____

ses gears properly ascending _____
cars down properly _____
ops and restarts without rolling back _____
;est brakes at top of hills _____
ses brakes properly on grades _____
ses mirrors to check traffic to rear _____
ignals following traffic _____
voids sudden stops _____
tops smoothly without excessive
   fanning _____
tops before crossing sidewalk when
   coming out of driveway or alley _____
tops clear of pedestrian crosswalk _____

art 6 - Operating in traffic Passing and Turning

. Turning
;ets in proper lane well in advance _____
ignals well in advance _____
:hecks traffic conditions and turns only when
   way is clear _____
loes not swing wide or cut short while turning _____

.. Traffic Signs and Signals
loes not approach signal prepared to stop if
   necessary _____
'inlates traffic signal _____
.uns yellow light _____
tarts up too fast or too slow on green _____
ails to notice or heed traffic signs _____
.uns "stop" signs _____

.. Intersections
.djusts speed to permit stopping if necessary _____
:hecks for cross traffic regardless of traffic controls _____
'ields right-of-way for safety _____

.. Passing
'asses with insufficient clear space
   ahead _____
'asses in unsafe location:hill, curve.
   Intersection _____
ails to signal change of lanes _____
'ulls out and back - uncertain _____
'ailgates waiting chance to pass _____
llocks traffic with slow pass _____
:uts in too short returning to right lane _____

Intersections  etc. _____
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
   way by others _____
Tends to crowd other drivers or force
   way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
   conditions _____
Adjusts driving to meet changing
   conditions _____
Performs routine functions without taking
   eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
   local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

_____
Remarks:
OK For 1st seat
_____
_____
_____

ieneral Performance: Satisfactory ____ X ____ Needs Training _____ Unsatisfactory _____
)ualified for:Truck _____ Tractor-Semi trailer ____ X _____ Other _____

.ignature of Examiner: _____

G.P. Kelley v. U.S. Xpress
D 002172
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Roger Owen Keener_    SS# ██████████

Address _108 Southmoor Cr.   Oxford   Al   36203_

License: State _Al_    Class _A_    License # _322 1197    A1_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: _Roger Keener_

G.F. Kelley v. U.S. Xpress
D 002173
Defendant's Doc. Production

⊐ U.S. XPRESS. INC. ⊐ XPRESS GLOBAL SYSTEMS

CERTIFICATION OF ROAD TEST

Driver's Name **Roger D. Keener**

Social Security No.

Commercial Driver's License No. ~~Jed~~ 21141

State **AL** Location of Test: Wadley, AL

Type of Power Unit Conv Type of Trailer(s) 53' van

This is to certify that the above driver was given a road test under my supervision

on 8-22 20 05

consisting of approximately 20 miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as 'off duty' time.

CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date 8-22-05 Driver's Signature **Roger Keener**

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002174
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): __Roger Owen Keener__

Social Security Number: _____

Motor Vehicle Operators License Number: __322 1197  A1__

Type of License: __A__  Issuing State: __A1__  Exp. Date: __2/27/2007__

| ~~y~~ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| ~~D~~ate | 8/16/05 | 8/17/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | |
| ~~H~~ours ~~w~~orked | 11.75 | 6.75 | 4.75 | 11.25 | 2.00 | 0 | 0 | 0 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _10_ am/pm _8/19/05_ through _11:30_ am/pm _8/22/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_11/30_ , _22_ , _8_ , _2005_ .
Time      Day        Month       Year

__Roger Keener__                                    __8/22/05__
Driver's Signature                                  Date

G.F. Kelley v. U.S. Xpress
D 002175
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002176
Defendant's Doc. Production