# EXHIBIT 79

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN███████/Name: Walter Lancaster
       Specimen ID #: ███████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000536
Defendant's Doc. Production

Orientation Date: *Kelly*

First NM: *Walter*    M.I.: *L*    Last NM: *Lancaster*    S.S.: ████

## ACCOUNTABILITY CHECKLIST

ADDRESS: *7107 Co Rd 39*  City: *Selma*    State: *AL*  Zip: *36701*

BIRTH DATE: *3-23-51* GAP DATES _____    *Must list actual conviction(s) & date(s) _____(s)

████████████████████████████████████████████

Requires two signatures to be completed: YES  OR (NO)

SIGNATURE: _____ DATE: *8-23-05*

G.F. Kelley v. U.S. Xpress
D 000847
Defendant's Doc. Production

NDITIONAL OFFER TO BE MADE: YES OR NO

SQUALIFIED FROM ORIENTATION: YES OR NO

USCRUITING MANAGER SIGNATURE: _____ DATE _____

AFETY MANAGER SIGNATURE: _____ DATE _____

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. 106553029

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130808 | Profile # 653023 |
| US Xpress/General | OBMC-Robert Peing, MD |
| P.O. Box 425 | 8550 Hwy. 23, Ste. 9 |
| Lowell, AR 72745 | Bell. Chasse, LA 70037 |
| PH: 423-616-1560 FX: 423-610-3792 | |

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X **WALTer L. LANcAster** (S)    *Walter L. Lancaster* (S)    **8/24/05**
Signature of Donor          (PRINT) Donor's Name (First, MI, Last)          Date (Mo./Day/Yr.)

Daytime Phone No. **(334) 872-3474**    Evening Phone No. ( ) **Same**    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                          ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000537
Defendant's Doc. Production

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000650
Defendant's Doc. Production

REMARKS _____

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

___/___/___
Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer

_____
(PRINT) Medical Review Officer's Name (First, MI, Last)

___/___/___
Date (Mo./Day/Yr.)

Requires two signatures to be completed: YES  OR  NO
SIGNATURE:_____  DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES OR NO
DISQUALIFIED FROM ORIENTATION:  YES  OR  NO

RECRUITING MANAGER SIGNATURE:_____  DATE_____

SAFETY MANAGER SIGNATURE:_____  DATE_____

G.F. Kelley v. U.S. Xpress
D 000800
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002177
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002178
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

| Name      (last      First      Middle) | Employer |
|---|---|
| LANCASTER, WALTER L. | USXpress Enterprises |
| Social Security | Address |
| ████████████████ | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR  Driver | Chattanooga   TN      37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The  hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training material to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1 — Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8/24/05 | Haz-mat 126/181 | USXpress Enterprises | | 8/24/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2 — Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002179
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002180
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002181
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002182
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002183
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002184
Defendant's Doc. Production

DAC
AL, NC

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

Michelle ext. 378.
fax 423 510-6138

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be complete. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Lancaster   Walter   Lee
    LAST       FIRST    MIDDLE         SOCIAL SECURITY # ■■■■■■■

OTHER NAMES USED   Butch Lancaster

DATE OF BIRTH ■■■■   EMAIL ADDRESS   NA

ADDRESS 7107 Co. Rd. 39        Selma          PHONE #
        STREET               CITY

Alabama                    36701     CELL PHONE #
STATE                      ZIP

NOTIFY IN CASE OF EMERGENCY  Tina S. Lancaster (wife)   PHONE #

ADDRESS  Same as Above
              STREET        CITY      STATE    ZIP

REFERRED TO USX BY WHOM?  Working for Kelly Trucking Wadley, AL

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 1992 TO Present  7107 Co. Rd. 39   Selma   AL   36701
                           STREET          CITY    STATE  ZIP

(2) FROM ____ TO ____ _____ _____ _____ _____
                      STREET   CITY    STATE    ZIP

(3) FROM ____ TO ____ _____ _____ _____ _____
                      STREET   CITY    STATE    ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☒ NO   GRADUATION DATE ____

NAME _____  LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☐ YES  ☒ NO

BRANCH _____  DATES:  FROM ____ TO ____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002185
Defendant's Doc. Production

USX-DA-Rev. E-03

G.F. Kelley v. U.S. Xpress
D 002186
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002187
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002188
Defendant's Doc. Production

AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Walter Lee Lancaster_                                            8-12-05
Signature                                                          Date

USV is an Equal Opportunity Employer                               USX-OA-Rev. 3-06

G.F. Kelley v. U.S. Xpress
D 002169
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002190
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002191
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002192
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002193
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002194
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002195
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _WAlter LAMont L._ , understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past three (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| _Kelly Trucking    1-800 921-6944_ | _2-2002 - 8-24-0_ |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Walter L Lamont Jr._                    ▮▮▮▮▮▮                    _8-24-05_
Signature of applicant                          SSN                          DATE

G.F. Kelley v. U.S. Xpress
D 002196
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name _Walter Laviest__ Address _711 T S R 39 Selma, AL._

enter No. _993 Beck_   State _AL_   Equipment Driven Tractor _FLCONV VOLVO_, Trailer _53_

ticked From _Shelby_ To: _Shelby_   Date _Aug 24 5_

### Part 1 - Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| cks general condition approaching unit | |
| cks for leakage of coolants, fuel and lubricants | _____ |
| cks under the hood - oil, water, general condition | |
| of engine compartment and steering | _____ |
| cks around the unit - tires, lights, trailer hookup | |
| rake and light lines, body, doors, horn, windshield | |
| ipers, rear end protection (bumper) | _____ |
| a brake action, tractor protection valve, and | |
| arking (hand) brake | |
| oues use of jacks, tools, emergency warning devices, | |
| ire chains, fire extinguisher, spare fuses, and | |
| our way flashers | |
| ecks Instruments | _____ |
| eans windshield, windows, mirrors, lights, and | |
| effectors | _____ |

### Part 2 - Placing vehicle in motion and use of controls

**Engine**

| | |
|---|---|
| rts engine without difficulty | _____ |
| hows proper warm-up | |
| iderstands gauges on instrument panel | _____ |
| iintains proper engine speed while driving | _____ |
| sic Knowledge of motors - gas, diesel | _____ |
| use of motor | _____ |

**Clutch and Transmission**

| | |
|---|---|
| rts loaded unit smoothly | _____ |
| es clutch properly | |
| mes gearshifts properly | _____ |
| ifts gears smoothly | _____ |
| ses proper gear sequence | _____ |

**Brakes**

| | |
|---|---|
| iderstands operating principles of air brakes | |
| nows proper use of tractor protection valve | _____ |
| iderstands low air warning | _____ |
| sts brakes before starting trip | _____ |

| | |
|---|---|
| uils to check traffic conditions & signal | |
| when pulling out from parked position | _____ |
| rks in illegal or unsafe location | _____ |

**Parking (road)**

| | |
|---|---|
| rks off pavement | _____ |
| voids parking on soft shoulder | _____ |
| ses emergency warning signals when | |
| required | _____ |
| cured unit properly | _____ |

### D. Steering

| | |
|---|---|
| Fights steering wheel | |
| Allows truck to wander | _____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | |
| Uses proper headlight beam | |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed to range of headlights | |
| Proper use of auxiliary lights | _____ |

### Part 3 - Coupling and Uncoupling

| | |
|---|---|
| Lines up units | |
| Hooks brake and light lines properly | |
| Secures trailer against movement | |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | |
| Handles landing gear properly | |
| Proper hook-up of full trailer | |
| Secures power unit against movement | _____ |

### Part 4 - Backing and Parking

**A. Backing**

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | |
| Gets out and rechecks conditions on | |
| long back | |
| Avoids backing from blind spot | _____ |
| Signals when backing | |
| Controls speed and direction properly | |
| while backing | _____ |

**B. Parking (city)**

| | |
|---|---|
| Takes too many pull ups | |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | |
| Parks too far from curb | _____ |

**D. Grade Crossings**

| | |
|---|---|
| Adjusts speed to conditions | |
| Makes safe stop, if required | _____ |
| Selects proper gear | |

**F. Speed**

| | |
|---|---|
| Speed consistent with basic ability | |
| Adjusts speed properly to road, weather, | _____ |
| traffic conditions, legal limits | |
| Slows down for rough roads | |
| Slows down in advance of curves. | |

G.F. Kelley v. U.S. Xpress
D 002197
Defendant's Doc. Production

art 5 - Slowing and Stopping

intersections etc.
Maintains consistent speed

on grade properly descending ___
cars down properly ___
ops and restarts without rolling back ___
ts brakes at top of hills ___
ses brakes properly on grades ___
ses mirrors to check traffic to rear ___
goals following traffic ___
voids sudden stops ___
ops smoothly without excessive fanning ___
ops before crossing sidewalk when coming out of driveway or alley ___
ops clear of pedestrian crosswalk ___

G. Courtesy and Safety
Depends on others for safety ___
Yields right-of-way for safety ___
Fails to go ahead when given right-of-way by others ___
Tends to crowd other drivers or force way through traffic ___
Fails to allow faster traffic to pass ___
Fails to keep right and in own lane ___
Unnecessary use of horn ___
Other discourtesy or improper conduct ___

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive ___
Consistently aware of changing traffic conditions ___
Adjusts driving to meet changing conditions ___
Performs routine functions without taking eyes from road ___
Checks instruments regularly ___
Willing to take instructions & suggestions ___
Adequate self-confidence in driving ___
Nervous, apprehensive ___
Easily angered ___
Complains too much ___
Personal appearance, manner, cleanliness ___
Physical Stamina ___

art 6 - Operating in traffic Passing and Turning
. Turning
ts in proper lane well in advance ___
ignals well in advance ___
hecks traffic conditions and turns only when way is clear ___
oes not swing wide or cut short while turning ___

. Traffic Signs and Signals
oes not approach signal prepared to stop if necessary ___
iolates traffic signal ___
uns yellow light ___
arts up too fast or too slow on green ___
ails to notice or heed traffic signs ___
uns "stop" signs ___

. Intersections
djusts speed to permit stopping if necessary ___
hecks for cross traffic regardless of traffic controls ___
ields right-of-way for safety ___

B. Handling of Freight
Checks freight properly ___
Handles and loads freight properly ___
Handles bills properly ___
Breaks down load as required ___

. Passing
asses with insufficient clear space ahead ___
asses in unsafe location;hill, curve, intersection ___
ails to signal change of lanes ___
ulls out and back - uncertain ___
ailgates waiting chance to pass ___
locks traffic with slow pass ___
uts in too short returning to right lane ___

C. Rules and Regulations
Knowledge of company rules ___
Knowledge of regulations, federal, state local ___
Knowledge of special truck rules ___
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

eneral Performance: Satisfactory ___X___ Needs Training _____ Unsatisfactory _____
ualified for:Truck ___X___ Tractor-Semi trailer _X_____ Other _____

ignature of Examiner _Wallace L Beird_____

G.F. Kelley v. U.S. Xpress
D 002198
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Walter Lee Lancaster_     SS# ███████

Address _7107 C.R. 39   Selma, AL_     ████ 36701

License: State _AL_     Class _CDL_     License # _649 8268_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____     License # _____

State _____ Class _____     License # _____

Driver's Signature: _Walter L. Lancaster_

G.F. Kelley v. U.S. Xpress
D 002199
Defendant's Doc. Production

**U.S. XPRESS, INC.   XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _William Lumumba_

Social Security No. [redacted]

Commercial Driver's License No. _G743 265   AC_

State _AL_   Location of Test: _Whitley_

Type of Power Unit _Volvo_   Type of Trailer _53_

This is to certify that the above driver was given a road test under my supervision

on ___Aug 24___, 20 _05_

consisting of approximately ____20____ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace L. Being_   SAFETY DEPT
_____
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your rest shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/24/05_   Driver's Signature _Walli Lumumba_
_____
Instructor's Signature   SAFETY DEPT

G.F. Kelley v. U.S. Xpress
D 002200
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Walter Lee Lancaster_

Social Security Number: ███████████

Motor Vehicle Operators License Number: _6498268 · AL_

Type of License: _A_   Issuing State: _AL_   Exp. Date: _3/3/07_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | ████ |
| Hours worked | O | O | O | O | O | 7.50 | 8.75 | 16.25 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _12_ (am/pm) _8/13/05_ through _12_ (am/pm) _8/20/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_7:45_ _____ _24_ _05_
Time        Day        Month        Year

_Walter A. Lancaster_
Driver's Signature

_8-24-05_
Date

G.F. Kelley v. U.S. Xpress
D 002201
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002202
Defendant's Doc. Production