# EXHIBIT 80

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN: ███████ /Name:Eddie Lawrence
       Specimen ID #: ███████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
**D 000510**
Defendant's Doc. Production

SPECIMEN ID NO. **106565439**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.           115030

US Xpress/Laredo
P.O. Box 425
Lowell, AR 72746
PH: 423-510-0360  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 486637
DrWl-Robert Pflug, MD
8458 Hwy. 23, Ste. 1
Belle Chasse, LA 70037
PH: 504-394-4111   FX: 214-387-0060

STEP 5: COMPLETED BY DONOR

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X _Eddie Lawrence_      EDDie LAWReNce      8/23/05

Signature of Donor        (PRINT) Donor's Name (First, MI, Last)      Date (Mo./Day/Yr.)

Daytime Phone No. (203) 652-2079  Evening Phone No. (203) 652-2079   Date of Birth ▮▮▮▮
                                                                     Mo.  Day  Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
         ☐ DILUTE                    ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000651
Defendant's Doc. Production

REMARKS _____

X _____    _____    ___/___/___
  Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
  Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
              ☐ DILUTE                           ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000432
Defendant's Doc. Production

REMARKS _____

X _____

| Signature of Medical Review Officer | (PRINT) Medical Review Officer's Name (First, MI, Last) | Date (Mo./Day/Yr.) |

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____

| Signature of Medical Review Officer | (PRINT) Medical Review Officer's Name (First, MI, Last) | Date (Mo./Day/Yr.) |

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

OMB No. 0930-0158

G.F. Kelley v. U.S. Xpress
D 000511
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _EDDie Roy LAWrence_

ADDRESS _149 Birch, St._ CITY _____ STATE _S.C._ ZIP _2980?_ _2980,3_

SOCIAL SECURITY NO. ███████████████

DATE OF EMPLOYMENT _1 - - 02_



G.F. Kelley v. U.S. Xpress
**D 002203**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002204
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002205
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | |
|---|---|---|
| GENERAL AWARENESS | SAFETY TRAINING | X /32/08 |
| FUNCTION SPECIFIC | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | |

| Name        (last        First        Middle) | Employer |
|---|---|
| LAWRENCE EDDIE ROY | USXpress Enterprises |
| Social Security # | Address |
| ████████████████ | 4080 Jenkins Road |
| Job Position | City        State        Zip |
| OTR  Driver | Chattanooga    TN        37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpan.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (2X3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1
## Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 6/23/01 | Haz-mat 126/181 | USXpress Enterprises | | 1/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2
## Relevant Training

Provide information from previous Hazmal employment training. Attach appropriate current records from the previous employer

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _LAWRENCE EDDIE ROY_
LAST  FIRST  MIDDLE    SOCIAL SECURITY # ▓▓▓▓▓

OTHER NAMES USED _NONE_

DATE OF BIRTH ▓▓▓▓ EMAIL ADDRESS _NONE_
MONTH / DAY / YEAR

ADDRESS _149 Birch Street  Aiken_
STREET    CITY

_S.C._        _29803_         PHONE # _(803) 652-2079_
STATE        ZIP                         AREA CODE

CELL PHONE # _(803) 979-7673_
AREA CODE

NOTIFY IN CASE OF EMERGENCY _Gloria Jean Lawrence_ PHONE # _(  )_
AREA CODE

ADDRESS _Same 149 Birch Street    Aiken S.C. 29803_
STREET    CITY    STATE    ZIP

REFERRED TO USX BY WHOM?

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _1997_ TO _2004_ _929 Main Street  New Ellenton S.C._
STREET    CITY    STATE    ZIP

(2) FROM _7-04_ TO _8-05_ _149 Birch Street  Aiken  S.C. 29803_
STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____
STREET    CITY    STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO    GRADUATION DATE _7- -1988_

NAME _Charlotte Deisel_    LOCATION: _Newberry S.C._

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH _____ DATES:  FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002207
Defendant's Doc. Production

DRIVING EXPERIENCE — (Student must complete this

S
P

Un

Fr

Na

Add
U

City

Acc

Equ

Une

Fro

Name

Addre

City

Accid

Equip

Unem

From

Name

Address

City

Accide

Equipm

Unemp

From:

Name o

Address of Company

City          State          Zip

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 002208
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002209
Defendant's Doc. Production

ACCIDENTS

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382,405, 382,413 & 391,23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Eddie Roe Lawson

5/12/15

G.F. Kelley v. U.S. Xpress
D-002210

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Eddy Roy Lawrence*, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| KELLY   800-821-0144 | 1 - 02 - 4/0 |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

*Eddy Roy Lawrence*                                        ▮▮▮▮▮▮▮                    8 - 23 - 05
Signature of applicant                                        SS.N                              DATE

G.F. Kelley v. U.S. Xpress
D 002211
Defendant's Doc. Production

RECORD OF ROAD TEST
(Check only these items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.

Name: EDDIE R LAWRENCE   Address: 149 Birch St, Aiken SC, 29803
License No: 00190816   State: SC   Equipment Driven: Tractor _FT CONV VOLVO_ Trailer _FT_
Checked From _Wickly_ To _Wickly_   Date: _Aug 28, 05_

## Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit   _____

Looks for leakage of coolants, fuel and lubricants   _____

Checks under the hood - oil, water, general condition
of engine compartment and steering   _____

Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper)   _____

Test brake action, tractor protection valve, and
parking (hand) brake   _____

Knows use of jacks, tools, emergency warning devices,
fire chains, fire extinguisher, spare fuses, and
four way flashers   _____

Checks Instruments   _____

Cleans windshield, windows, mirrors, lights, and
reflectors   _____

## Part 2 - Placing vehicle in motion and use of controls

### A. Engine

Starts engine without difficulty   _____

Allows proper warm-up   _____

Understands gauges on instrument panel   _____

Maintains proper engine speed while driving   _____

Basic Knowledge of motors - gas, diesel   _____

Abuse of motor   _____

### B. Clutch and Transmission

Starts loaded unit smoothly   _____

Uses clutch properly   _____

Times gearshifts properly   _____

Shifts gears smoothly   _____

Uses proper gear sequence   _____

### C. Brakes

Understands operating principles of air brakes   _____

Knows proper use of tractor protection valve   _____

Understands low air warning   _____

Test brakes before starting trip   _____

Fails to check traffic conditions & signal
when pulling out from parked position   _____

Parks in illegal or unsafe location   _____

Parking (road)

Parks off pavement   _____

Avoids parking on soft shoulder   _____

Uses emergency warning signals when
required   _____

Secured unit properly   _____

### D. Steering

Fights steering wheel   _____

Allows truck to wander   _____

### E. Lights

Knows lighting regulations   _____

Uses proper headlight beam   _____

Dim lights when meeting or following other vehicles   _____

Adjust speed to range of headlights   _____

Proper use of auxiliary lights   _____

## Part 3 - Coupling and Uncoupling

Lines up units   _____

Hooks brake and light lines properly   _____

Secures trailer against movement   _____

Backs under slowly   _____

Tests hookup with power   _____

Checks hookups visually   _____

Handles landing gear properly   _____

Proper hook-up of full trailer   _____

Secures power unit against movement   _____

## Part 4 - Backing and Parking

### A. Backing

Gets out and checks before backing   _____

Looks back as well as uses mirror   _____

Gets out and rechecks conditions on
long back   _____

Avoids backing from blind spot   _____

Signals when backing   _____

Controls speed and direction properly
while backing   _____

### B. Parking (city)

Takes too many pull ups   _____

Hits nearby vehicles or stationary objects   _____

Hits curb   _____

Parks too far from curb   _____

### D. Grade Crossings

Adjusts speed to conditions   _____

Makes safe stop, if required   _____

Selects proper gear   _____

### F. Speed

Speed consistent with basic ability   _____

Adjusts speed properly to road, weather,
traffic conditions, legal limits   _____

Slows down for rough roads   _____

Slows down in advance of curves   _____

G.F. Kelley v. U.S. Xpress
D 002212
Defendant's Doc. Production

Part 5 - Slowing and Stopping

| | | | |
|---|---|---|---|
| Uses gears properly ascending | _____ | Maintains consistent speed | |
| Gears down properly | _____ | **G. Courtesy and Safety** | |
| Stops and restarts without rolling back | _____ | Depends on others for safety | |
| Test brakes at top of hills | _____ | Yields right-of-way for safety | _____ |
| Uses brakes properly on grades | _____ | Fails to go ahead when given right-of-way by others | |
| Uses mirrors to check traffic to rear | _____ | | |
| Signals following traffic | _____ | Tends to crowd other drivers or force way through traffic | _____ |
| Avoids sudden stops | _____ | | |
| Stops smoothly without excessive fanning | _____ | Fails to allow faster traffic to pass | |
| | | Fails to keep right and in own lane | |
| Stops before crossing sidewalk when coming out of driveway or alley | _____ | Unnecessary use of horn | |
| | | Other discourtesy or improper conduct | |
| Stops clear of pedestrian crosswalk | _____ | | |

**Part 6 - Operating in Traffic Passing and Turning**

Part 7 - Miscellaneous

A. General Driving Ability and Habits

**A. Turning**

| | | | |
|---|---|---|---|
| Gets in proper lane well in advance | _____ | Consistently alert and attentive | |
| Signals well in advance | _____ | Consistently aware of changing traffic conditions | _____ |
| Checks traffic conditions and turns only when way is clear | _____ | Adjusts driving to meet changing conditions | |
| Does not swing wide or cut short while turning | _____ | Performs routine functions without taking eyes from road | |

**B. Traffic Signs and Signals**

| | | | |
|---|---|---|---|
| Does not approach signal prepared to stop if necessary | _____ | Checks instruments regularly | |
| | | Willing to take instructions & suggestions | |
| Violates traffic signal | _____ | Adequate self-confidence in driving | _____ |
| Runs yellow light | _____ | Nervous, apprehensive | |
| Starts up too fast or too slow on green | _____ | Easily angered | _____ |
| Fails to notice or heed traffic signs | _____ | Complains too much | |
| Runs "stop" signs | _____ | Personal appearance, manner, cleanliness | |
| | | Physical Stamina | _____ |

**C. Intersections**

**B. Handling of Freight**

| | | | |
|---|---|---|---|
| Adjusts speed to permit stopping if necessary | _____ | Checks freight properly | _____ |
| Checks for cross traffic regardless of traffic controls | _____ | Handles and loads freight properly | _____ |
| Yields right-of-way for safety | _____ | Handles bills properly | _____ |
| | | Breaks down load as required | _____ |

**E. Passing**

**C. Rules and Regulations**

| | | | |
|---|---|---|---|
| Passes with insufficient clear space ahead | _____ | Knowledge of company rules | |
| Passes in unsafe location; hill, curve, intersection | _____ | Knowledge of regulations, federal, state local | _____ |
| Fails to signal change of lanes | _____ | Knowledge of special truck routes | |
| Pulls out and back - uncertain | _____ | D. Use of Special Equipment (specify) | |
| Tailgates waiting chance to pass | _____ | | |
| Blocks traffic with slow pass | _____ | Remarks: | |
| Cuts in too short returning to right lane | _____ | OK For 1st seat | |

General Performance: Satisfactory____ X____ Needs Training _____ Unsatisfactory _____

Qualified for: Truck _X_____ Tractor-Semi trailer _X__ X____ Other _____

Signature of Examiner: _Wallace L Benn_

G.F. Kelley v. U.S. Xpress
D 002213
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

1. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

1. Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _EDDie Roy LAWrENc_ SS# ▓▓▓▓▓▓▓

Address _149 Bitch Street Aiken, SC 29803_

License: State _S.C._ Class _A_ License # _00190816 0_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _S.C._ Class _A_ License # _00190816 0_

State _____ Class _____ License = _____

Driver's Signature _Eddie Roy Lawrence_

G.F. Kelley v. U.S. Xpress
D 002214
Defendant's Doc. Production

☰ **U.S. XPRESS, INC.** ☰ **XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _EDDiC RoY LAwreNce_

Social Security No. ▮▮▮▮▮▮▮▮▮

Commercial Driver's License No. _001908160_

State _A.L._ Location of Test _Whitley_

Type of Power Unit _VOALvO_ Type of Trailer(s) _5 j_

This is to certify that the above driver was given a road test under my supervision

on _Aug 23_ 20 _03_

consisting of approximately _30_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace R Bund_ _____ SAFETY DEPT

Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use rule 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-23-05_ Driver's Signature _Eddie Roy Lawrence_

_____ SAFETY DEPT

Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002215
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): EDDie RoY LAWrENCe

Social Security Number: ███████████

Motor Vehicle Operators License Number: 001708160

Type of License: A    Issuing State: SC    Exp. Date: 5-23-95

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 1 /05 | 1 /05 | /05 | /05 | /05 | /05 | /05 | ████ |
| Hours Worked | 13 | 12 | 13 | 9 | 8 | 6 | 0 | C |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from 8-19 am/pm 8/20/0 through 21 am/pm 8/21/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

2 Pm   19   8   05
Time   Day   Month   Year

Eddie Roy Lawrence
Driver's Signature

8-23-05
Date