# EXHIBIT 81

# Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   ▇▇▇▇▇▇▇/Name: Boisey Lewis
      Specimen ID #: ▇▇▇▇▇▇

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000416
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/esp/der/printMRO...

# U. S. XPRESS, INC.
4060 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Boisey (Last) Lewis (First) ___ (Middle)   SOCIAL SECURITY #: [redacted]
OTHER NAMES USED: ___
DATE OF BIRTH: [redacted]   EMAIL ADDRESS: ___
ADDRESS: 105 Kings Ct. (Street)  Waynesboro (City)   PHONE #: [redacted]
GA (State)   30830 (Zip)   CELL PHONE #: [redacted]
NOTIFY IN CASE OF EMERGENCY: Sabrina C. Lewis   PHONE #: [redacted]
ADDRESS: 105 Kings Ct. (Street)  Waynesboro (City)  GA (State)  30830 (Zip)
REFERRED TO USX BY WHOM? ___

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 5-95 TO ___   105 Kings ct.   Waynesboro   GA   30830
(2) FROM ___ TO ___
(3) FROM ___ TO ___

### EDUCATION

**TRUCK DRIVING SCHOOL**

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO   GRADUATION DATE: 8-11-99
NAME: CDT   LOCATION: Agusta Ga.

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO
BRANCH ___   DATES: FROM ___ TO ___
ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO
LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED ___

G.F. Kelley v. U.S. Xpress
D 000675
Defendant's Doc. Production