# EXHIBIT 83

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re: ████████/Name:Ronald Mezick
       Specimen ID #: ██████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000574
Defendant's Doc. Production

SPECIMEN ID NO. 106417720

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.          133606

US Xpress Medley
P.O. Box 188
Tunnell  TN  37748
Tel: 423-510-1360  Fx: 423-510-3791

B. MRO Name, Address, Phone and Fax No.

Profile # 562496
DFWJ-Robert Pflug, MD
3458 Hwy. 22, Ste. A
Belle Chasse, LA  70037
PH: 504-394-9175    FX: 314-387-5200

(PRINT) Accessioner's Name (First, MI, Last)          Date (Mo./Day/Yr.)          NO, Enter Remark Below

**STEP 5: COMPLETED BY DONOR**

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X Ronald Tony Meyer                Ronald Tory Mczick          8/22/05
Signature of Donor              (PRINT) Donor's Name (First, MI, Last)        Date (Mo./Day/Yr.)

Daytime Phone No. ( 334 ) 710-9931    Evening Phone No. (   )  Same          Date of Birth __ / __ / __
                                                                              Mo.    Day    Yr.

· Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*
☐ NEGATIVE     ☐ POSITIVE     ☐ TEST CANCELLED     ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                                      ☐ ADULTERATED     ☐ SUBSTITUTED

REMARKS _____

X _____          _____          __ / __ / __
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____          __ / __ / __
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000601
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000502
Defendant's Doc. Production

*010*

# DRIVER CERTIFICATION FILE

DRIVER NAME *Ronald Tory mezick*

ADDRESS *12 46 co Rd 271 lot 203* CITY *Valley* STATE *AL* ZIP *36854*

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮▮

DATE OF EMPLOYMENT *8/22/05*

G.F. Kelley v. U.S. Xpress
D 002056
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002057
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 002058**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002059
Defendant's Doc. Production

TE...                                                                    ED TOXICOLOGY NETWORK
A. ...                                                     ve, Memphis, TN 38118  (888)222-4894
                                                           nd Fax No.

OMB No. 0930-0158

. D

). R

. Dr
. Co

EP
Read
betw

REM
EP 3
EP 4
certif
accord

X

ECE

EP 5:
I c
ev

X

Da

Sh
abo
TH
PR

EP 6:
accor
☐ N

EMAR

EP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

n accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) i

☐ RECONFIRMED          ☐ FAILED TO RECONFIRM - REASON _____

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 002060
Defendant's Doc. Production

Medical Examination Report

649-F (6043-

G.F. Kelley v. U.S. Xpress
D 002061
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 002062**
Defendant's Doc. Production

If meets standards, complete a Medical Examiner's Certificate according to 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

G.F. Kelley v. U.S. Xpress
**D 002063**
Defendant's Doc. Production

**U. S. XPRESS, INC.**

fax 423 510-6138

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed. If a question does not apply, write NONE or "O". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Mezick Ronald Tory    SOCIAL SECURITY # ▮

OTHER NAMES USED Tory

DATE OF BIRTH ▮    EMAIL ADDRESS N/A

ADDRESS 1240 Co. Rd. 271 Lot 203    Valley    PHONE # (   )

Alabama    36854    CELL PHONE # ▮

NOTIFY IN CASE OF EMERGENCY Penny Hunt    PHONE # ▮

ADDRESS 1240 Co. Rd. 271 Lot 203 Valley AL 36854

REFERRED TO US BY Kelly Trucking

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS

| | | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| FROM 1/1/01 TO 1/1/02 | 62 Log Cabin Rd. | LaGrange | GA | 30240 |
| FROM 1/2/02 TO 2/1/05 | 2155 Co. Rd. 388 Lot 15 | Valley | AL | 36854 |
| FROM TO | | | | |

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO    GRADUATION DATE 7-16-01

NAME South Eastern    LOCATION Columbus, GA

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH _____ DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED

G.F. Kelley v. U.S. Xpress
D 002064
Defendant's Doc. Production

City _____    State _____    Zip _____

Accident:    YES    OR    NO      HOW MANY (PLEASE CIRCLE)    1    2    3    4    / MORE

Equipment driven:    ☐ Tractor Trailer    ☐ Straight Truck    ☐ Other

G.F. Kelley v. U.S. Xpress
D 002065
Defendant's Doc. Production

| Unemployed | From | To | To verify call: | Name: | Phone #: |

| From | | To | | ( )
Area Code - Phone # |

Name of Company:

Reason for Leaving:

Accident: **YES OR NO** HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE

Miles Per Week:

| Unemployed | From | To | To verify call: | Name: | Phone #: |

| From | | To | | ( )
Area Code - Phone # |

Name of Company:

Reason for Leaving:

State Zip

Accident: **YES OR NO** HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE

Miles Per Week:

| Unemployed | From | To | To verify call: | Name: | Phone #: |

| From | | To | | ( )
Area Code - Phone # |

Name of Company:

Reason for Leaving:

City State Zip

Accident: **YES OR NO** HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE

Miles Per Week:

IN THE PAST.

| PQV | DRY |
| PQV | CMV |

G.F. Kelley v. U.S. Xpress
D 002066
Defendant's Doc. Production

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of hiring those applicants who successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of duration, and from time to time thereafter to complete a DOT physical, drug test, alcohol test or other tests, upon request, as a term and condition of continued qualification. Thereby, knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time as requested. I understand that my job offer is contingent upon obtaining DOT certification as well as successful completion of the physical.

In connection with my application for qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies, the eight(8) records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, where supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualification, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated with or without cause at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and or institutions to provide any relevant information including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification, and I agree to release them from any and all liability for supplying said information.

G.F. Kelley v. U.S. Xpress

D 002067

Defendant's Doc. Production

8-15-15

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Ronald Lee Zeigler_ understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years: (ii) all alcohol test results of 0.04 or greater during the past three (3) years: (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking 1800821-4444 | 5/27/05 |
| | |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Ronald L. Zeigler_                                 8-22-05
Signature of applicant                                                            DATE

G.F. Kelley v. U.S. Xpress
D 002068
Defendant's Doc. Production

DRIVING or ROAD TEST

(Check only these items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name _Ezra Himes_ Address _189 Co. Rd. 2716/863_

License No. _LDL6924_ State: _AL_ Equipment: Driver: Tractor _FLCONV VOLVO_ Trailer _53'_

Checked From _Cullman_ To _Ford Night_ Date _9-22-05_

## Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit _____
Looks for leakage of coolants, fuel and lubricants _____
Checks under the hood - oil, water, general condition
  of engine compartment and steering _____
Checks around the unit - tires, lights, trailer hookup _____
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper) _____
Test brake action, tractor protection valve, and
parking (hand) brake _____
Knows use of jacks, tools, emergency warning devices,
fire chains, fire extinguisher, spare fuses, and
four way flashers _____
Checks instruments _____
Cleans windshield, windows, mirrors, lights, and
reflectors _____

## Part 2 - Placing vehicle in motion and use of controls

### Engine
Starts engine without difficulty _____
Allows proper warm-up _____
Understands gauges on instrument panel _____
Maintains proper engine speed while driving _____
Basic Knowledge of motors - gas, diesel _____
Abuse of motor _____

### Clutch and Transmission
Starts loaded unit smoothly _____
Uses clutch properly _____
Times gearshifts properly _____
Shifts gears smoothly _____
Uses proper gear sequence _____

### Brakes
Understands operating principles of air brakes _____
Knows proper use of tractor protection valve _____
Understands low air warning _____
Test brakes before starting trip _____

Fails to check traffic conditions & signal
when pulling out from parked position _____
Parks in illegal or unsafe location _____

### Parking (road)
Parks off pavement _____
Avoids parking on soft shoulder _____
Uses emergency warning signals when
required _____
Secured unit properly _____

### D. Steering
Fights steering wheel _____
Allows truck to wander _____

### E. Lights
Knows lighting regulations _____
Uses proper headlight beam _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights _____
Proper use of auxiliary lights _____

## Part 3 - Coupling and Uncoupling

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

## Part 4 - Backing and Parking

### A. Backing
Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on
  long back _____
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly
  while backing _____

### B. Parking (city)
Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

### D. Grade Crossings
Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

### F. Speed
Speed consistent with basic ability _____
Adjusts speed properly to road, weather,
  traffic conditions, legal limits _____
Slows down for rough roads _____
Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002069
Defendant's Doc. Production

art 5 - Slowing and Stopping

ses gears properly ascending _____
cars down properly _____
ops and restarts without rolling back _____
ss brakes at top of hills _____
ses brakes properly on grades _____
ses mirrors to check traffic to rear _____
goals following traffic _____
voids sudden stops _____
ops smoothly without excessive _____
fanning _____
ops before crossing sidewalk when _____
coming out of driveway or alley _____
ops clear of pedestrian crosswalk _____

art 6 - Operating in traffic Passing and Turning

. Turning

ets in proper lane well in advance _____
signals well in advance _____
hecks traffic conditions and turns only when _____
way is clear _____
oes not swing wide or cut short while turning _____

. Traffic Signs and Signals

oes not approach signal prepared to stop if _____
necessary _____
iolates traffic signal _____
uns yellow light _____
tars up too fast or too slow on green _____
ails to notice or heed traffic signs _____
uns "stop" signs _____

. Intersections

djusts speed to permit stopping if necessary _____
hecks for cross traffic regardless of traffic controls _____
ields right-of-way for safety _____

. Passing

asses with insufficient clear space _____
ahead _____
asses in unsafe location;hill, curve, _____
intersection _____
ails to signal change of lanes _____
ulls out and back - uncertain _____
ailgates waiting chance to pass _____
locks traffic with slow pass _____
uts in too short returning to right lane _____

Intersections, e _____
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of- _____
way by others _____
Tends to crowd other drivers or force _____
way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic _____
conditions _____
Adjusts driving to meet changing _____
conditions _____
Performs routine functions without taking _____
eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state _____
local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)
_____

Remarks:
OK For 1st seat
_____
_____
_____
_____

General Performance: Satisfactory ___X___ Needs Training _____ Unsatisfactory _____

Qualified for:Truck  A ____   Tractor-Semi trailer  X X _____   Other _____

Signature of Examiner: _Wallace L Baird_

G.F. Kelley v. U.S. Xpress
D 002070
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

# To Be Retained By Motor Carrier

## Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Ronald Taylor_ SS# ████████ _36854_

Address _124 CR 271 Lot 203 Valley, AL_

License: State _AL_  Class _A_  License # _6766474_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _AL_  Class _A_  License # _6766474_

State _____  Class _____  License # _____

Driver's Signature: _Ronald Taylor_

G.F. Kelley v. U.S. Xpress
D 002071
Defendant's Doc. Production

☰ U.S. XPRESS, INC. ☰ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Ronald Ter, merzick_

Social Security No. ████████████

Commercial Driver's License No. _L766874_

State _IL_ Location of Test _Findley_

Type of Power Unit _Volvo_ Type of Trailer(s) _55_

This is to certify that the above driver was given a road test under my supervision

on _aug 22_ 20 _05_

consisting of approximately _5_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_William R Bond_ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as 'off duty' time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8 22 05_ Driver's Signature _Ronald Terzich_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002072
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Ronald Tory Mezick_

Social Security Number: ███████████

Motor Vehicle Operators License Number: _███████_

Type of License: (A)    Issuing State: A(    Exp. Date: 7-16-09

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ████ |
| Hours Worked | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _5:00_ am/pm _8/16/05_ through _10:07_ am/pm _8/22/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_10:07_ , _16_ . _8_ . _05_ .
Time      Day      Month      Year

Driver's Signature ___Ronald Mezick___      Date _8-22-05_

G.F. Kelley v. U.S. Xpress
D 002073
Defendant's Doc. Production