# EXHIBIT 84

# Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:     S████████/Name:Doris Mosley
        Specimen ID # :████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000590
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. 106417737

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.    133606

US Xpress/Hadley
P.O. Box 469
Lowell, AR 72745
PH: 423-510-1666  FX: 423-510-3792

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

B. MRO Name, Address, Phone and Fax No.

Profile # 560436
DSWI-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

OMB No. 0930-0158

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Doris D Mosley_    _Doris H Mosley_    9/22/05
  Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. [redacted]    Evening Phone No. ( ) SAME    Date of Birth [redacted]

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____    _____    __/__/__
  Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    __/__/__
  Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000616
Defendant's [illegible]

# DRIVER CERTIFICATION FILE

DRIVER NAME: Doris D Mosley

ADDRESS: 3660 Vistamont Ci. CITY: Southside STATE: AL ZIP: 35907

SOCIAL SECURITY NO: [REDACTED]

DATE OF EMPLOYMENT: 8-23-05



G.F. Kelley v. U.S. Xpress
D 002074
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002075
Defendant's Doc. Production





ment
CFR part

G.F. Kelley v. U.S. Xpress
D 002077
Defendant's Doc. Production

SPECIMEN ID NO. 106417737

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.    133606

US Xpress/Mackay
P.O. Box 485
Jewell, MS 39745
PH: 423-510-1560  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 650436
MRO-Robert Oslus, MD
6559 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4161   FX: 214-387-5200

OMB No. 0930-0158

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____       _____       8/22/05
Signature of Donor            (PRINT) Donor's Name (First, MI, Last)       Date (Mo./Day/Yr.)

Daytime Phone No. (___)_____  Evening Phone No. (___) SAME     Date of Birth ___/___/___

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                     ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 002078
Defendant's Doc. Production

REMARKS _____

_____       _____       ___/___/___
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

_____       _____       ___/___/___
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Maley  Doris  D
    LAST    FIRST   MIDDLE       SOCIAL SECURITY # [redacted]

OTHER NAMES USED: NONE       D.O.B. [redacted]   EMAIL ADDRESS: [redacted]

ADDRESS: 3660 Vestemont R. So  Southside AL  35907   PHONE # [redacted]
         STREET              CITY          STATE  ZIP

NOTIFY IN CASE OF EMERGENCY: Jerry D. Mosley      PHONE # [redacted]

ADDRESS: Same as above 3660 Vestemont Q. Southside AL. 35907
         STREET              CITY          STATE  ZIP   AREA CODE

ARE YOU CURRENTLY EMPLOYED? ☒ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☒ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☒ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☒ NO   IF YES, ANSWER A) AND B)

A) DATES: FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☒ YES ☐ NO   BY WHOM? Kelley Tr. Inc.

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM Oct 22, 1992 TO PRESENT  3660 Vestemont Q. Southside AL. 35907
                                  STREET     CITY      STATE  ZIP

(2) FROM _____ TO _____  _____
                           STREET  CITY  STATE  ZIP

(3) FROM _____ TO _____  _____
                           STREET  CITY  STATE  ZIP

### EDUCATION

**TRUCK DRIVING SCHOOL**

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☒ NO   GRADUATION DATE _____

NAME _____   LOCATION: _____

### MILITARY STATUS

G.F. Kelley v. U.S. Xpress
D 002079
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☐ NO

BRANCH _____   DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

G.F. Kelley v. U.S. Xpress
D 002080
Defendant's Doc. Production

| Unemployed From: | To: | To verify call: Name: | Phone #: |

From: _____ To: _____

( ) Area Code — Phone #

Name of Company _____ City _____ State _____ Zip _____

Address of Company _____ Reason for Leaving _____

Your Job Classification _____ Name of Supervisor _____

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

---

| Unemployed From: | To: | To verify call: Name: | Phone #: |

From: _____ To: _____

( ) Area Code — Phone #

Name of Company _____ City _____ State _____ Zip _____

Address of Company _____ Reason for Leaving _____

Your Job Classification _____ Name of Supervisor _____

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

---

| Unemployed From: | To: | To verify call: Name: | Phone #: |

From: _____ To: _____

( ) Area Code — Phone #

Name of Company _____ City _____ State _____ Zip _____

Address of Company _____ Reason for Leaving _____

Your Job Classification _____ Name of Supervisor _____

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

---

| Unemployed From: | To: | To verify call: Name: | Phone #: |

From: _____ To: _____

( ) Area Code — Phone #

Name of Company _____ City _____ State _____ Zip _____

Address of Company _____ Reason for Leaving _____

Your Job Classification _____ Name of Supervisor _____

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE) 1  2  3  4 / MORE

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

---

| Unemployed From: | To: | To verify call: Name: | Phone #: |

From: _____ To: _____

( ) Area Code — Phone #

Name of Company _____ City _____

Address of Company _____ Reason for Leaving _____

G.F. Kelley v. U.S. Xpress
D 002081
Defendant's Doc. Production

| Unemployed | From: | To: | To verify call: Name: | Phone #: |

From: | To: |
( )
Area Code — Phone #

Name of Company
Your Job Classification
Address of Company
Reason for Leaving
City ___ State ___ Zip ___
Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

| Unemployed | From: | To: | To verify call: Name: | Phone #: |

From: | To: |
( )
Area Code — Phone #

Name of Company
Your Job Classification
Address of Company
Reason for Leaving
City ___ State ___ Zip ___
Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

| Unemployed | From: | To: | To verify call: Name: | Phone #: |

From: | To: |
( )
Area Code — Phone #

Name of Company
Your Job Classification
Address of Company
Reason for Leaving
City ___ State ___ Zip ___
Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

1.
2.
3.
4.

HAV
S2

US

G.F. Kelley v. U.S. Xpress
D 002082
Defendant's Doc. Production



AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you, if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the pre-"decision process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Sections 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances test information, that may be required to complete my qualification and agree to release them from any and all liability for supplying said information.

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Doris D. Mosely_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking IN | Oct. 24-2001  8-05 |
| | |
| | |
| | |
| | |
| | |

### APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Doris D Mosely_  [redacted]  _8-22-05_
Signature of applicant                                  DATE

G.F. Kelley v. U.S. Xpress
D 002084
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Doris D Mosley_   SS# ▮▮▮▮▮

Address _3660 Vestmont Cr So. Southside AL 35907_

License: State _AL_   Class _A_   License # _611 2559  AL_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _AL_   Class _CDL_   License # _611 2559-AL_

State _____   Class _____   License # _____

Driver's Signature: _Doris D Mosley_

G.F. Kelley v. U.S. Xpress
D 002085
Defendant's Doc. Production

## NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

### 7-Day Backlog

Full Name of Driver (Print): Doris G Mosley

Social Security Number: ███████████

Motor Vehicle Operators License Number: 6112559 AL

Type of License: A    Issuing State: AL    Exp. Date: 1-24-08

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| | 8-15-05 | 8-16-05 | 8-17-05 | | | | | |
| Date | 8/15/05 | 8/16/05 | 8/13/05 | 8/14/05 | 8/19/05 | 8/20/05 | 8/12/05 | |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from  12  am/pm  8/16/05  through  12  am/pm  8/18/05

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

5:00 AM,   8-  ,   22  ,   2005  .
Time       Day      Month      Year

Doris O Mosley                              8-22-05
Driver's Signature                          Date

G.F. Kelley v. U.S. Xpress
D 002086
Defendant's Doc. Production