# EXHIBIT 85

# Result Report

*Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   ▮▮▮▮▮▮▮▮/Name: Jerry Mosley
      Specimen ID #: ▮▮▮▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



records.

G.F. Kelley v. U.S. Xpress
D 000579
Defendant's Doc. Production

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

SPECIMEN ID NO. 106417735

**ADVANCED TOXICOLOGY NETWORK**
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.  133606
US Xpress/Wadley
P.O. Box 488
Lowell, AR 72745
PH: 423-510-3680  FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 660496
DTNI-Robert Delug, MD
8538 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151  FX: 214-367-5200

[Large redacted/blacked-out section covering Steps 2–5]

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Jerry D. Mosley_ (Signature of Donor)   JERRY D. MOSLEY (PRINT) Donor's Name   8/22/05 Date

Daytime Phone No. [redacted]   Evening Phone No. SAME   Date of Birth [redacted]

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE  ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____ Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name   __/__/__ Date

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____ Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name   __/__/__ Date

G.F. Kelley v. U.S. Xpress
D 000596
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000497
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME: JERRY MOSLEY

ADDRESS: 3660 VISTAMONT CIRCLE  CITY: SOUTHSIDE  STATE: AL  ZIP: 35907

SOCIAL SECURITY NO.: [redacted]

DATE OF EMPLOYMENT: 8-22-05

G.F. Kelley v. U.S. Xpress
D 002087
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002088
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002089
Defendant's Doc. Production



OMB No. 0930-0158

4894

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 002090
Defendant's Doc. Production

REMARKS _____

_____   _____   ___/___/___
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

### STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

_____   _____   ___/___/___
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 002091
Defendant's Doc. Production

## U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

### INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: MOSLEY JERRY D.     SOCIAL SECURITY #: [redacted]
OTHER NAMES USED: NONE     D.O.B.: [redacted]     EMAIL ADDRESS: Mosleyso[...]
ADDRESS: 3660 Vistamont Circle Southside AL 35907     PHONE #: [redacted]
NOTIFY IN CASE OF EMERGENCY: Doris D. Mosley     PHONE #: [redacted]
ADDRESS: SAME 3660 Vistamont Circle Southside AL 35907

ARE YOU CURRENTLY EMPLOYED? ☒ YES ☐ NO
ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☒ YES ☐ NO
HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☒ NO  DATE _____
HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☒ NO    IF YES, ANSWER A) AND B)

A) DATES: FROM _____ TO _____ POSITION _____
B) REASON FOR LEAVING _____
WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☐ NO    BY WHOM? _____

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.
(1) FROM 1993 TO PRESENT  3660 Vistamont Circle  Southside  AL  35907
(2) FROM _____ TO _____
(3) FROM _____ TO _____

### EDUCATION

**TRUCK DRIVING SCHOOL**
HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☒ NO    GRADUATION DATE _____
NAME _____    LOCATION: _____

G.F. Kelley v. U.S. Xpress
D 002092
Defendant's Doc. Production

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☒ YES ☐ NO
BRANCH: US NAVY     DATES: FROM July 1958 TO Jan. 1978
ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

Address of Company                                Reason for Leaving

Your Job Classification                           Name of Supervisor

Accidents  YES  OR  NO    HOW MANY (PLEASE CIRCLE): 1  2  3  4  / MORE

G.F. Kelley v. U.S. Xpress
D 002093
Defendant's Doc. Production

[Blank employment history form with repeated sections containing fields for: From, To, Name of Company, Address of Company, Your Job Classification, City, State, Zip, Reason for Leaving, Name of Supervisor, Accidents YES OR NO HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE, Equipment Driven: Tractor Trailer / Straight Truck / Other, Miles Per Week, Unemployed From/To, To verify call: Name, Phone #, Area Code — Phone #]

GTF Kelley v. U.S. Xpress
D 002094
Defendant's Doc. Production

PG 3

| Unemployed | From: | To: | To verify call: | Name: | Phone #: |
| From: | To: | | ( ) Area Code — Phone # | | |

Name of Company: _____   Your Job Classification: _____
Address of Company: _____   Reason for Leaving: _____
City: _____ State: _____ Zip: _____
Accidents: YES OR NO    HOW MANY (PLEASE CIRCLE) 1  2  3  4  / MORE
Equipment Driven: ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other _____    Miles Per Week _____

| Unemployed | From: | To: | To verify call: | Name: | Phone #: |
| From: | To: | | ( ) Area Code — Phone # | | |

Name of Company: _____   Your Job Classification: _____
Address of Company: _____   Reason for Leaving: _____
City: _____ State: _____ Zip: _____
Accidents: YES OR NO    HOW MANY (PLEASE CIRCLE) 1  2  3  4  / MORE
Equipment Driven: ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other _____    Miles Per Week _____

| Unemployed | From: | To: | To verify call: | Name: | Phone #: |
| From: | To: | | ( ) Area Code — Phone # | | |

Name of Company: _____   Your Job Classification: _____
Address of Company: _____   Reason for Leaving: _____
City: _____ State: _____ Zip: _____
Accidents: YES OR NO    HOW MANY (PLEASE CIRCLE) 1  2  3  4  / MORE
Equipment Driven: ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other _____    Miles Per Week _____

TRAFFIC VIOLATIONS

G.F. Kelley v. U.S. Xpress
D 002095
Defendant's Doc. Production

LIST ALL DRIVERS LICENSES THAT YOU PRESENTLY HOLD OR HAVE HELD

| CIRCLE ONE | LICENSE # | STATE | EXPIRATION DATE | ENDORSEMENTS |
|---|---|---|---|---|
| POV / (CDL) | 5903197 | AL | 01-21-08 | TANK VEHICLE |
| POV / CDL | | | | |

AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the qualification process or any dispute arising out of my status as a contractor or other and/or the agreements related thereto.

In accordance with Sections 382.405, 391.23 and 391.53 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing records, that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, __JERRY O. Mosley__, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly   800 821-3741 | 01-01 to present |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_____          __6-22-05__
/Signature of applicant                SSN                  DATE

G.F. Kelley v. U.S. Xpress
D 002097
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: _TERRY G Mosley_  Address: _3166 Usromah Cir LE_
License No: _5903497_  State _AL_  Equipment Driven: Tractor _FLCONV_ _VOLVO_ Trailer _53'_
Worked From: _Odenah_  To: _Iralu, AL_  Date _8-3-03_

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

- Checks general condition approaching unit
- Looks for leakage of coolants, fuel and lubricants
- Checks under the hood - oil, water, general condition of engine compartment and steering
- Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper)
- Test brake action, tractor protection valve, and parking (hand) brake
- Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four way flashers
- Checks Instruments
- Cleans windshield, windows, mirrors, lights, and reflectors

**Part 2 - Placing vehicle in motion and use of controls**

Engine
- Starts engine without difficulty
- Allows proper warm-up
- Understands gauges on instrument panel
- Maintains proper engine speed while driving
- Basic Knowledge of motors - gas, diesel
- Use of motor

Clutch and Transmission
- Starts loaded unit smoothly
- Uses clutch properly
- Times gearshifts properly
- Shifts gears smoothly
- Uses proper gear sequence

Brakes
- Understands operating principles of air brakes
- Knows proper use of tractor protection valve
- Understands low air warning
- Test brakes before starting trip

- Fails to check traffic conditions & signal when pulling out from parked position
- Parks in illegal or unsafe location

Parking (road)
- Parks off pavement
- Avoids parking on soft shoulder
- Uses emergency warning signals when required
- Secured unit properly

D. Steering
- Fights steering wheel
- Allows truck to wander

E. Lights
- Knows lighting regulations
- Uses proper headlight beam
- Dim lights when meeting or following other vehicles
- Adjust speed to range of headlights
- Proper use of auxiliary lights

**Part 3 - Coupling and Uncoupling**

- Lines up units
- Hooks brake and light lines properly
- Secures trailer against movement
- Backs under slowly
- Tests hookup with power
- Checks hookups visually
- Handles landing gear properly
- Proper hook-up of full trailer
- Secures power unit against movement

**Part 4 - Backing and Parking**

A. Backing
- Gets out and checks before backing
- Looks back as well as uses mirror
- Gets out and rechecks conditions on long back
- Avoids backing from blind spot
- Signals when backing
- Controls speed and direction properly while backing

B. Parking (city)
- Takes too many pull ups
- Hits nearby vehicles or stationary objects
- Hits curb
- Parks too far from curb

D. Grade Crossings
- Adjusts speed to conditions
- Makes safe stop, if required
- Selects proper gear

F. Speed
- Speed consistent with basic ability
- Adjusts speed properly to road, weather, traffic conditions, legal limits
- Slows down for rough roads
- Slows down in advance of curves

G.F. Kelley v. U.S. Xpress
D 002098
Defendant's Doc. Production

Part 5 - Slowing and Stopping

- ses gears properly ascending _____
- ears down properly _____
- ops and restarts without rolling back _____
- ses brakes at top of hills _____
- ses brakes properly on grades _____
- ses mirrors to check traffic to rear _____
- gnals following traffic _____
- voids sudden stops _____
- ops smoothly without excessive fanning _____
- ops before crossing sidewalk when coming out of driveway or alley _____
- ops clear of pedestrian crosswalk _____

Part 6 - Operating in Traffic Passing and Turning

Turning
- ets in proper lane well in advance _____
- gnals well in advance _____
- hecks traffic conditions and turns only when way is clear _____
- oes not swing wide or cut short while turning _____

Traffic Signs and Signals
- oes not approach signal prepared to stop if necessary _____
- iolates traffic signal _____
- uns yellow light _____
- ans up too fast or too slow on green _____
- ils to notice or heed traffic signs _____
- uns "stop" signs _____

Intersections
- djusts speed to permit stopping if necessary _____
- hecks for cross traffic regardless of traffic controls _____
- elds right-of-way for safety _____

Passing
- asses with insufficient clear space ahead _____
- asses in unsafe location; hill, curve, intersection _____
- ails to signal change of lanes _____
- lls out and back - uncertain _____
- ilgates waiting chance to pass _____
- ocks traffic with slow pass _____
- ts in too short returning to right lane _____

---

Maintains consistent speed _____

G. Courtesy and Safety
- Depends on others for safety _____
- Yields right-of-way for safety _____
- Fails to go ahead when given right-of-way by others _____
- Tends to crowd other drivers or force way through traffic _____
- Fails to allow faster traffic to pass _____
- Fails to keep right and in own lane _____
- Unnecessary use of horn _____
- Other discourtesy or improper conduct _____

Part 7- Miscellaneous

A. General Driving Ability and Habits
- Consistently alert and attentive _____
- Consistently aware of changing traffic conditions _____
- Adjusts driving to meet changing conditions _____
- Performs routine functions without taking eyes from road _____
- Checks instruments regularly _____
- Willing to take instructions & suggestions _____
- Adequate self-confidence in driving _____
- Nervous, apprehensive _____
- Easily angered _____
- Complains too much _____
- Personal appearance, manner, cleanliness _____
- Physical Stamina _____

B. Handling of Freight
- Checks freight properly _____
- Handles and loads freight properly _____
- Handles bills properly _____
- Breaks down load as required _____

C. Rules and Regulations
- Knowledge of company rules _____
- Knowledge of regulations, federal, state local _____
- Knowledge of special truck routes _____

D. Use of Special Equipment (specify)
_____

Remarks:
OK For 1st seat
_____

---

neral Performance: Satisfactory __X__ Needs Training _____ Unsatisfactory _____

alified for: Truck __✓__ Tractor-Semi trailer __X__ Other _____

gnature of Examiner: *Wallace Bend*

G.F. Kelley v. U.S. Xpress
D 002099
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver
I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name: __JERRY D MOSLEY__   SS#: ███████

Address: __2660 VISTAMONT CIRCLE SOUTHSIDE AL 35907__

License: State __AL__  Class __CDL__  License # __5903997__

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____  Class _____  License # __(signature)__

State _____  Class _____  License # __(signature)__

Driver's Signature: __Jerry D. Mosley__

G.F. Kelley v. U.S. Xpress
D 002100
Defendant's Doc. Production

☐ U.S. XPRESS, INC.  ☐ XPRESS GLOBAL SYSTEMS

### CERTIFICATION OF ROAD TEST

Driver's Name **JERRY D. MOSLEY**
Social Security No. ███████████
Commercial Driver's License No. **590-3997**
State **AZ**  Location of Test: **Wixley**
Type of Power Unit **Volvo**  Type of Trailer(s) **53**

This is to certify that the above driver was given a road test under my supervision on **July 22**, 20 **05**
consisting of approximately **20** miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallie E. Bruel_  SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use of title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date **7-22-05**  Driver's Signature _Jerry D. Mosley_
_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002101
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): **JERRY DALE MOSLEY**

Social Security Number: ▮▮▮▮▮▮▮▮▮

Motor Vehicle Operators License Number: **5903997**

Type of License: **CDL A**    Issuing State: **AL**    Exp. Date: **01-24-08**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 / 8-21-05 | 0 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm 8/20/05 through 2:00 am/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

8:00 AM  ,  _____  ,  Aug  ,  05  .
Time         Day           Month       Year

Driver's Signature: *Jerry D. Mosley*    Date: 7-22-05

G.F. Kelley v. U.S. Xpress
D 002102
Defendant's Doc. Production