# EXHIBIT 86

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   ██████████/Name:Johnny Newell
      Specimen ID # :████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
**D 000521**
Defendant's Doc. Production

Orientation Date: _Kelly_

## ACCOUNTABILITY CHECKLIST

First NM: _Johnny_    M.I.: _B_    Last NM: _Newell_    S.S.: ▮▮▮▮

ADDRESS: _5770 NC 561 Hwy_  City: _Louisburg_    State: _NC_  Zip _27549_

BIRTH DATE: _2-24-47_  GAP DATES _____

*Must list actual conviction(s) & date(s) of conviction(s)

ase attach

A
C
R

D
A
#
A
de

De
ev                                                                    bove
ac                                                                    or
rev

Requires two signatures to be completed: YES OR NO

SIGNATURE: _David Mize_    DATE: _8-23-05_

G.F. Kelley v. U.S. Xpress
D 000848
Defendant's Doc. Production

NDITIONAL OFFER TO BE MADE: YES OR NO

SQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE: _____    DATE _____

AFETY MANAGER SIGNATURE: _____    DATE _____

Requires two signatures to be completed: YES  OR  NO
SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES OR NO
DISQUALIFIED FROM ORIENTATION:  YES OR  NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000801
Defendant's Doc. Production

SPECIMEN ID NO. 106565438

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

-115030

US Xpress/Laredo
P.O. Box 425
Lowell, AR 72745/
PH: 423-510-3560/FX: 423-510-3702

B. MRO Name, Address, Phone and Fax No.

Profile # 465337
DFWl-Robert Pring, MD
9550 Hwy. 19, Ste. 4
Belle Chasse, LA 70037

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X *Johnny Newell*                    *Johnny B. Newell*                    08/23/05
Signature of Donor                   (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. ▮▮▮▮▮    Evening Phone No. ▮▮▮▮▮    Date of Birth ▮▮▮▮▮

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000653
Defendant's Doc. Production

REMARKS _____

X _____                 _____          ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

X _____                 _____          ___/___/___
Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

94

OMB No. 0930-0159

S

ST

G.F. Kelley v. U.S. Xpress
D 000520

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Johnny Newell_     SS# ████████████

Address _5770 N.C. 561 Hwy. Louisburg, N.C. 27549_

License: State _NC_, Class _A_   License # ████████████

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____     License # _____

State _____ Class _____     License # _____

Driver's Signature _Johnny Newell_

G.F. Kelley v. U.S. Xpress
D 002118
Defendant's Doc. Production

t History

:3

NOTE: I                          tion for the field was blank in
the re                           cannot make assumptions
abou                             s, a blank indicates a "no
                                 ployer.

o: 05 / 2002

ase)

G.F. Kelley v. U.S. Xpress
D 002112
Defendant's Doc. Production

istory

NOTE: If a                                              the field was blank in
the repo                                               make assumptions
about                                                nk indicates a "no

F                                                        2002

L

re

re

G.F. Kelley v. U.S. Xpress
D 002112
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

| Name      (last        First        (Middle) | Employer |
|---|---|
| Newell  Johnny  Briley | USXpress Enterprises |
| Social Security # | Address |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 4080 Jenkins Road |
| Job ▓ | City              State              Zip |
| OTR  Driver | Chattanooga    TN        37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                                   Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8-24-05 | Haz-mat 126/181 | USXpress Enterprises | _(signature)_ | 8-24-05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                                   Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002106
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002107
Defendant's Doc. Production

*Michelle ext 378*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME *Newell   "Johnny"   Briley*
     LAST      FIRST      MIDDLE      SOCIAL SECURITY # ▮▮▮▮▮

OTHER NAMES USED *None*

DATE OF BIRTH ▮▮▮▮ EMAIL ADDRESS *None*

ADDRESS *5770 N.C. 561 Hwy.* *Louisburg*   PHONE # (▮▮▮▮
        STREET                    CITY
*N.C.*                  *27549*   CELL PHONE # (▮▮▮▮
STATE                    ZIP

NOTIFY IN CASE OF EMERGENCY *Bobby Newell*   PHONE # (▮▮▮▮
                                              AREA CODE

ADDRESS *5770 N.C. 561 Hwy.* *Louisburg, N.C. 27549*
        STREET              CITY          STATE   ZIP

REFERRED TO USX BY WHOM? *Kelly Trucking Inc.*

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _____ TO *Same as above.*
                    STREET        CITY        STATE      ZIP
(2) FROM _____ TO *Same*
                    STREET        CITY        STATE      ZIP
(3) FROM _____ TO *Same*
                    STREET        CITY        STATE      ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?   ☐ YES   ☒ NO   GRADUATION DATE _____

NAME _____   LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?   ☒ YES   ☐ NO

BRANCH *National Guard*   DATES: FROM *06-1964* TO *05-1974*

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?   ☐ YES   ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED *Heavy Equipment - Truck*
*Infantry*                                              *Driving*

G.F. Kelley v. U.S. Xpress
D 002108
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 002109**
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002110
Defendant's Doc. Production

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation; I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature: _Johnny B. Newell_     Date: 08-09-05

USX is an Equal Opportunity Employer

USX-DA-Rev. 8-04

G.F. Kelley v. U.S. Xpress
D 002111
Defendant's Doc. Production

ory

field was blank in
ke assumptions
indicates a "no

G.F. Kelley v. U.S. Xpress
D 002112
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002113
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002114
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Johnny Newell*, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly    1-800-821-0144 | 05-20-02 - 5-05 |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

*Johnny Newell*                                           03 - 23 - 05
Signature of applicant                    SSN                    DATE

G.F. Kelley v. U.S. Xpress
D 002115
Defendant's Doc. Production

RECORD OF ROAD TEST

unsatisfactory. Explain unsatisfactory items under remarks.

Name _Johnny Newell_ Address 5770 N.C. 561 Hwy Louisburg, N.C. 27549
nse No _DDR6495_ State _N.C._ Equipment Driven Tractor FL CONV VOLVO Trailer 53'
cked From: _Wadley_ To _Wadley_ Date _aug 24.5_

## 1 - Pre-Trip Inspection and Emergency
Equipment

- cks general condition approaching unit _____
- ks for leakage of coolants, fuel and lubricants _____
- rks under the hood - oil, water, general condition
- f engine compartment and steering _____
- cks around the unit - tires, lights, trailer hookup _____
- ake and light lines, body, doors, horn, windshield
- ipers, rear end protection (bumper) _____
- t brake action, tractor protection valve, and
- rking (hand) brake _____
- ows use of jacks, tools, emergency warning devices,
- re chains, fire extinguisher, spare fuses, and
- ur way flashers _____
- cks instruments _____
- ans windshield, windows, mirrors, lights, and
- flectors _____

## t 2 - Placing vehicle in motion and use of controls

### Engine
- ns engine without difficulty _____
- ows proper warm-up _____
- derstands gauges on instrument panel _____
- intains proper engine speed while driving _____
- sic Knowledge of motors - gas, diesel _____
- use of motor _____

### Clutch and Transmission
- ns loaded unit smoothly _____
- es clutch properly _____
- nes gearshifts properly _____
- ifts gears smoothly _____
- es proper gear sequence _____

### Brakes
- derstands operating principles of air brakes _____
- ows proper use of tractor protection valve _____
- derstands low air warning _____
- st brakes before starting trip _____

- ils to check traffic conditions & signal
- when pulling out from parked position _____
- rks in illegal or unsafe location _____

### . Parking (road)
- rks off pavement _____
- voids parking on soft shoulder _____
- ses emergency warning signals when
- required _____
- ecured unit properly _____

### D. Steering
- Fights steering wheel _____
- Allows truck to wander _____

### E. Lights
- Knows lighting regulations _____
- Uses proper headlight beam _____
- Dim lights when meeting or following other vehicles _____
- Adjust speed to range of headlights _____
- Proper use of auxiliary lights _____

### Part 3 - Coupling and Uncoupling
- Lines up units _____
- Hooks brake and light lines properly _____
- Secures trailer against movement _____
- Backs under slowly _____
- Tests hookup with power _____
- Checks hookups visually _____
- Handles landing gear properly _____
- Proper hook-up of full trailer _____
- Secures power unit against movement _____

### Part 4 - Backing and Parking

#### A. Backing
- Gets out and checks before backing _____
- Looks back as well as uses mirror _____
- Gets out and rechecks conditions on
  long back _____
- Avoids backing from blind spot _____
- Signals when backing _____
- Controls speed and direction properly
  while backing _____

#### B. Parking (city)
- Takes too many pull ups _____
- Hits nearby vehicles or stationary objects _____
- Hits curb _____
- Parks too far from curb _____

#### D. Grade Crossings
- Adjusts speed to conditions _____
- Makes safe stop, if required _____
- Selects proper gear _____

#### F. Speed
- Speed consistent with basic ability _____
- Adjusts speed properly to road, weather,
  traffic conditions, legal limits _____
- Slows down for rough roads _____
- Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002116
Defendant's Doc. Production

Part 5 - Slowing and Stopping

| | |
|---|---|
| es grade properly ascending | _____ |
| are down properly | _____ |
| ps and restarts without rolling back | _____ |
| a brakes at top of hills | _____ |
| es brakes properly on grades | _____ |
| es mirrors to check traffic to rear | _____ |
| nals following traffic | _____ |
| ends sudden stops | _____ |
| ps smoothly without excessive | _____ |
| anning | |
| ps before crossing sidewalk when | _____ |
| ming out of driveway or alley | _____ |
| ps clear of pedestrian crosswalk | _____ |

Part 6 - Operating in traffic Passing and Turning

. Turning

| | |
|---|---|
| ets in proper lane well in advance | _____ |
| gnals well in advance | _____ |
| hecks traffic conditions and turns only when | |
| way is clear | _____ |
| oes not swing wide or cut short while turning | _____ |

. Traffic Signs and Signals

| | |
|---|---|
| oes not approach signal prepared to stop if | |
| necessary | _____ |
| iolates traffic signal | _____ |
| uns yellow light | _____ |
| tarts up too fast or too slow on green | _____ |
| ails to notice or heed traffic signs | _____ |
| uns "stop" signs | _____ |

. Intersections

| | |
|---|---|
| djusts speed to permit stopping if necessary | _____ |
| hecks for cross traffic regardless of traffic controls | _____ |
| ields right-of-way for safety | _____ |

E. Passing

| | |
|---|---|
| Passes with insufficient clear space | |
| ahead | _____ |
| Passes in unsafe location;hill, curve. | |
| intersection | _____ |
| Fails to signal change of lanes | _____ |
| Pulls out and back - uncertain | _____ |
| Tailgates waiting chance to pass | _____ |
| Blocks traffic with slow pass | _____ |
| Cuts in too short returning to right lane | _____ |

G. Courtesy and Safety

| | |
|---|---|
| Depends on others for safety | _____ |
| Yields right-of-way for safety | _____ |
| Fails to go ahead when given right-of- | |
| way by others | _____ |
| Tends to crowd other drivers or force | |
| way through traffic | _____ |
| Fails to allow faster traffic to pass | _____ |
| Fails to keep right and in own lane | _____ |
| Unnecessary use of horn | _____ |
| Other discourtesy or improper conduct | _____ |

Part 7 - Miscellaneous

A. General Driving Ability and Habits

| | |
|---|---|
| Consistently alert and attentive | _____ |
| Consistently aware of changing traffic | |
| conditions | _____ |
| Adjusts driving to meet changing | |
| conditions | _____ |
| Performs routine functions without taking | |
| eyes from road | _____ |
| Checks instruments regularly | _____ |
| Willing to take instructions & suggestions | _____ |
| Adequate self-confidence in driving | _____ |
| Nervous. apprehensive | _____ |
| Easily angered | _____ |
| Complains too much | _____ |
| Personal appearance. manner.cleanliness | _____ |
| Physical Stamina | _____ |

B. Handling of Freight

| | |
|---|---|
| Checks freight properly | _____ |
| Handles and loads freight properly | _____ |
| Handles bills properly | _____ |
| Breaks down load as required | _____ |

C. Rules and Regulations

| | |
|---|---|
| Knowledge of company rules | _____ |
| Knowledge of regulations. federal. state | |
| local | _____ |
| Knowledge of special truck routes | _____ |
| D. Use of Special Equipment (specify) | _____ |

Remarks:

OK For 1st seat

_____

_____

General Performance: Satisfactory ___X___  Needs Training _____  Unsatisfactory _____

Qualified for:Truck __X___  Tractor-Semi trailer  X__X___  Other _____

Signature of Examiner: *Wallace L. Beard*

G.F. Kelley v. U.S. Xpress
D 002117
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Johnny Newell_    SS# ███████████

Address _5770 N.C. 561 Hwy. Louisburg, N.C. 27549_

License: State _NC_, Class _A_    License # ███████████

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature _Johnny Newell_

G.F. Kelley v. U.S. Xpress
D 002118
Defendant's Doc. Production

# U.S. XPRESS, INC.    XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Johnny Briley Newell_

Social Security No. ████████

Commercial Driver's License No. _2206495_    _N.C._

State _Ala_    Location of Test _Wadley_

Type of Power Unit _Volvo_    Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision.

on _Aug 24_    20 _05_

consisting of approximately _20_    miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace R. Beard_    SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your rebel shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, pars 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-24-05_    Driver's Signature _Johnny Newell_

_Jone____    SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
**D 002119**
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Johnny Briley Nowell_

Social Security Number: _█████████_

Motor Vehicle Operators License Number: _█████████_

Type of License: A    Issuing State: _N.C._ Exp. Date: _02-25-07_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ███ |
| Hours Worked | 8.25 | 12.75 | 9.25 | 5 | 0 | 7 | 11 | 53.25 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _12:00_ am/~~pm~~ _Noon_ _8/19/05_ through _9:30_ am/~~pm~~ _8/21/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_11:30 AM_ , _23_ , _08_ , _05_ .
   Time           Day        Month        Year

_Johnny Nowell_                              _08-23-05_
Driver's Signature                            Date

G.F. Kelley v. U.S. Xpress
D 002120
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002121
Defendant's Doc. Production