# EXHIBIT 87

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:        ▇▇▇▇▇▇▇▇/Name:George Norton
           Specimen ID #:▇▇▇▇▇▇

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000516
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/con/der/printMROL.......jsp                8/25/2005

SPECIMEN ID NO. 106565446

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

115030

US Xpress/Lereda
P.O. BOX 425
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 465337
DFMI-Robert Mitos, MD
[illegible] Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4161 FX: [illegible]

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X [signature] — Signature of Donor

GEORGE THOMAS MARTIN — (PRINT) Donor's Name (First, MI, Last)

5/24/05 — Date (Mo./Day/Yr.)

Daytime Phone No. ( ) [redacted] Evening Phone No. ( ) [redacted] Date of Birth [redacted] Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000654
Defendant's Doc. Production

REMARKS ______

X ______ Signature of Medical Review Officer ______ (PRINT) Medical Review Officer's Name (First, MI, Last) __/__/__ Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON ______

X ______ Signature of Medical Review Officer ______ (PRINT) Medical Review Officer's Name (First, MI, Last) __/__/__ Date (Mo./Day/Yr.)

S

S
ST

R
X

ST

STE
In

RE
X

STEP
In a

X

G.F. Kelley v. U.S. Xpress
D 000517
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME GEORGE NORTON

ADDRESS 318 S. 4TH AVE CITY KURE BEACH STATE S.C. ZIP 28449

SOCIAL SECURITY NO. [redacted]

DATE OF EMPLOYMENT

[redacted]

G.F. Kelley v. U.S. Xpress
D 002122
Defendant's Doc. Production





G.F. Kelley v. U.S. Xpress
D 002123
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002124
Defendant's Doc. Production

DRIVER COPY

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| | GENERAL AWARENESS | | SAFETY TRAINING |
| | FUNCTION SPECIFIC | | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) 5-24-08 | | | |

| Name (last First Middle) | Employer |
|---|---|
| Norton George Thomas | USXpress Enterprises |
| Social Security # [redacted] | Address 4080 Jenkins Road |
| Job Position OTR Driver | City Chattanooga State TN Zip 37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1 Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 5-24-05 | Haz-mat 126/181 | USXpress Enterprises | | 5-24-05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2 Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002125
Defendant's Doc. Production

**U. S. XPRESS, INC.**
4080 Jenkins Road • Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Norton George Thomas (LAST / FIRST / MIDDLE) SOCIAL SECURITY # [redacted]

OTHER NAMES USED None

DATE OF BIRTH [redacted] (MONTH / DAY / YEAR) EMAIL ADDRESS

ADDRESS 318 S. 4TH AVE (STREET) Kure Beach (CITY) PHONE # [redacted]

N.C. (STATE) 28449 (ZIP) CELL PHONE # [redacted]

NOTIFY IN CASE OF EMERGENCY Tamara Norton PHONE # [redacted]

ADDRESS 318 S. 4TH AVE (STREET) Kure Beach (CITY) NC (STATE) 28449 (ZIP)

REFERRED TO USX BY WHOM?

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1)FROM 10-92 TO PRESENT 318 S. 4TH ST (STREET) Kure Beach (CITY) NC (STATE) 28449 (ZIP)

(2)FROM ______ TO ______ (STREET) (CITY) (STATE) (ZIP)

(3)FROM ______ TO ______ (STREET) (CITY) (STATE) (ZIP)

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO GRADUATION DATE

NAME LOCATION:

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH DATES: FROM TO

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED

IN THE PAST.

| POV | CMV |
| --- | --- |
| POV | CMV |

G.F. Kelley v. U.S. Xpress
D 002127
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002128
Defendant's Doc. Production

TRANSPLANT



## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

[signature] 8-24-05

# APPLICANTS AUTHORIZATION TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, George Norton, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| KELLY TRUCKING | 9-03 - PRESENT |
| BEST CARTAGE | 7-02 9-03 |
| | |
| | |
| | |

APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

George Norton
Signature of applicant

[redacted]

5-24-05
DATE

G.F. Kelley v. U.S. Xpress
D 002130
Defendant's Doc. Production

RECORD OF ROAD TEST

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks.)

ame: George Newton Address: 315 S. 4th Ave Kure Beach NC 28449

icense No: 3670435 State: NC Equipment Driven: Tractor _FLCONV VOLVO_ Trailer_53'_

hecked From: Wadley To: Wadley Date: Aug 24, 05

art 1 - Pre-Trip Inspection and Emergency Equipment

hecks general condition approaching unit ______

ooks for leakage of coolants, fuel and lubricants ______

hecks under the hood - oil, water, general condition of engine compartment and steering ______

hecks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) ______

est brake action, tractor protection valve, and parking (hand) brake ______

nows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers ______

hecks Instruments ______

leans windshield, windows, mirrors, lights, and reflectors ______

art 2 - Placing vehicle in motion and use of controls

Engine

arts engine without difficulty ______

llows proper warm-up ______

nderstands gauges on instrument panel ______

aintains proper engine speed while driving ______

asic Knowledge of motors - gas, diesel ______

buse of motor ______

Clutch and Transmission

arts loaded unit smoothly ______

ses clutch properly ______

mes gearshifts properly ______

ifts gears smoothly ______

ses proper gear sequence ______

Brakes

nderstands operating principles of air brakes ______

nows proper use of tracor protection valve ______

nderstands low air warning ______

st brakes before starting trip ______

ils to check traffic conditions & signal when pulling out from parked position ______

rks in illegal or unsafe location ______

Parking (road)

rks off pavement ______

oids parking on soft shoulder ______

es emergency warning signals when required ______

cured unit properly ______

D. Steering

Fights steering wheel ______

Allows truck to wander ______

E. Lights

Knows lighting regulations

Uses proper headlight beam ______

Dim lights when meeting or following other vehicles ______

Adjust speed to range of headlights ______

Proper use of auxiliary lights ______

Part 3 - Coupling and Uncoupling

Lines up units ______

Hooks brake and light lines properly ______

Secures trailer against movement ______

Backs under slowly ______

Tests hookup with power ______

Checks hookups visually ______

Handles landing gear properly ______

Proper hook-up of full trailer ______

Secures power unit against movement ______

Part 4 - Backing and Parking

A. Backing

Gets out and checks before backing ______

Looks back as well as uses mirror ______

Gets out and rechecks conditions on long back ______

Avoids backing from blind spot ______

Signals when backing ______

Controls speed and direction properly while backing ______

B. Parking (city)

Takes too many pull ups ______

Hits nearby vehicles or stationary objects ______

Hits curb ______

Parks too far from curb ______

D. Grade Crossings

Adjusts speed to conditions ______

Makes safe stop, if required ______

Selects proper gear ______

F. Speed

Speed consistent with basic ability ______

Adjusts speed properly to road, weather, traffic conditions, legal limits ______

Slows down for rough roads

Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 002131
Defendant's Doc. Production

'art 5 - Slowing and Stopping

ises gears properly ascending ______
iears down properly ______
tops and restarts without rolling back ______
est brakes at top of hills ______
ses brakes properly on grades ______
ses mirrors to check traffic to rear ______
ignals following traffic ______
voids sudden stops ______
tops smoothly without excessive fanning ______
tops before crossing sidewalk when coming out of driveway or alley ______
tops clear of pedestrian crosswalk ______

art 6 - Operating in traffic Passing and Turning

. Turning

ets in proper lane well in advance ______
ignals well in advance ______
hecks traffic conditions and turns only when way is clear ______
oes not swing wide or cut short while turning ______

. Traffic Signs and Signals

oes not approach signal prepared to stop if necessary ______
iolates traffic signal ______
uns yellow light ______
uns up too fast or too slow on green ______
ails to notice or heed traffic signs ______
uns "stop" signs ______

. Intersections

djusts speed to permit stopping if necessary ______
hecks for cross traffic regardless of traffic controls ______
ields right-of-way for safety ______

. Passing

asses with insufficient clear space ahead ______
asses in unsafe location;hill, curve, intersection ______
ails to signal change of lanes ______
ulls out and back - uncertain ______
ailgates waiting chance to pass ______
ocks traffic with slow pass ______
uts in too short returning to right lane ______

Maintains consistent speed ______

G. Courtesy and Safety

Depends on others for safety ______
Yields right-of-way for safety ______
Fails to go ahead when given right-of-way by others ______
Tends to crowd other drivers or force way through traffic ______
Fails to allow faster traffic to pass ______
Fails to keep right and in own lane ______
Unnecessary use of horn ______
Other discourtesy or improper conduct ______

Part 7- Miscellaneous

A. General Driving Ability and Habits

Consistently alert and attentive ______
Consistently aware of changing traffic conditions ______
Adjusts driving to meet changing conditions ______
Performs routine functions without taking eyes from road ______
Checks instruments regularly ______
Willing to take instructions & suggestions ______
Adequate self-confidence in driving ______
Nervous, apprehensive ______
Easily angered ______
Complains too much ______
Personal appearance, manner,cleanliness ______
Physical Stamina ______

B. Handling of Freight

Checks freight properly ______
Handles and loads freight properly ______
Handles bills properly ______
Breaks down load as required ______

C. Rules and Regulations

Knowledge of company rules ______
Knowledge of regulations, federal, state local ______
Knowledge of special truck routes ______

D. Use of Special Equipment (specify) ______

Remarks:
OK For 1st seat

eneral Performance: Satisfactory____X____ Needs Training ______ Unsatisfactory ______
ualified for:Truck X____ Tractor-Semi trailer X X______ Other ______

gnature of Examiner [signature]

G.F. Kelley v. U.S. Xpress
D 002132
Defendant's Doc. Production

# Certificate of Compliance

## Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name GEORGE NORTON SS# [redacted]

Address 315 S. 4TH AVE Kure Beach, NC 28449

License: State NC Class A License # 3670438

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State ______ Class ______ License # ______

State ______ Class ______ License # ______

Driver's Signature: [signature]

G.F. Kelley v. U.S. Xpress
D 002133
Defendant's Doc. Production

U.S. XPRESS, INC. XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name GEORGE NORTON

Social Security No. [redacted]

Commercial Driver's License No. 3673435

State AL Location of Test Wadley

Type of Power Unit VOLVO Type of Trailer(s) 53'

This is to certify that the above driver was given a road test under my supervision on aug 24, 05 20 ____ consisting of approximately 30 miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

Wallace L. Beard SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date 8-24-05 Driver's Signature George Norton

____________ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002134
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): GEORGE THOMAS NORTON

Social Security Number: [redacted]

Motor Vehicle Operators License Number: [redacted]

Type of License: A Issuing State: N.C. Exp. Date: 11-17-08

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | |
| Hours Worked | 6.75 | 7.75 | 11.50 | 6.25 | 9.00 | 6.50 | 12.50 | 60.25 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from ________ am/pm ___/___/___ through ________ am/pm ___/___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

10pm . 23 . 8 . 05 .
Time Day Month Year

[signature] 8/24/05
Driver's Signature Date

G.F. Kelley v. U.S. Xpress
D 002135
Defendant's Doc. Production