# EXHIBIT 88

# Result Report

### *Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:     DER

Re:       S████████/Name:Luther Norwood jr.
          Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000459
Defendant's Doc. Production

SPECIMEN ID NO. 105593004

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____     LUTHER  NORWOOD JR     8/25/05
   Signature of Donor                (PRINT) Donor's Name (First, MI, Last)         Date (Mo./Day/Yr.)

Daytime Phone No. _____     Evening Phone No. ( ) SAME     Date of Birth _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER · PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
       ☐ DILUTE                                   ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____     _____     / /
   Signature of Medical Review Officer       (PRINT) Medical Review Officer's Name (First, MI, Last)       Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     / /
   Signature of Medical Review Officer       (PRINT) Medical Review Officer's Name (First, MI, Last)       Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000460
Defendant's Doc. Production

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE  ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
**D 000619**
Defendant's Doc. Production

REMARKS _____

X _____     ___ / ___ / ___
   Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____     ___ / ___ / ___
   Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)