# EXHIBIT 89

## Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   ▇▇▇▇▇▇▇▇▇▇ Name: Tommy Peters
      Specimen ID # ▇▇▇▇▇▇

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



rds.

G.F. Kelley v. U.S. Xpress
D 000570
Defendant's Doc. Production

SPECIMEN ID NO. **106417722**

**ATN**
ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.
133606
G Xpress/Wesley
P.O. Box 485
Lowell, AR 72745
PH: 405-510-5563 FX: 405-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 6R0436
SAMI-Robert Pflug, MD
6550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 214-494-9193  FX: 214-387-5406

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X *Tommy A Pets* (Signature of Donor)    Tommy A Peters (PRINT) Donor's Name (First, MI, Last)    8/22/05 Date (Mo./Day/Yr.)

Daytime Phone No. [redacted]    Date of Birth [redacted]

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*
☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000607
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME: Tommy A Peters

ADDRESS: RT one Box 287   CITY: Alexander City   STATE: AL   ZIP: 35010

SOCIAL SECURITY NO.: ███████

DATE OF EMPLOYMENT: ~~Jan 6~~ Aug 22-05



G.F. Kelley v. U.S. Xpress
D 001860
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001861
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001882
Defendant's Doc. Production

Employee Screening

# Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:    ▬▬▬▬▬/Name: Tommy Peters
       ▬▬▬▬▬▬▬▬▬▬▬

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 001863
Defendant's Doc. Production

n accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 001864
Defendant's Doc. Production

REMARKS _____

_____          _____          ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**EP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

n accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

_____          _____          ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

☑ U.S. XPRESS, INC.   ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name **Tommy A Peters**

Social Security No. █████████

Commercial Driver's License No. **317934 A1**

State ███ Location of Test **Wadley**

Type of Power Unit **Volvo** Type of Trailer(s) **53'**

This is to certify that the above driver was given a road test under my supervision on **Aug 22**, 20 **05** consisting of approximately **5** miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Willie L Baird_  _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date **8-22-05** Driver's Signature _Tommy A Peters_

_____ Instructor's Signature _____ SAFETY DEPT

G.F. Kelley v. U.S. Xpress
D 001865
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Tommy D Peters

Social Security Number: ███████

Motor Vehicle Operators License Number: 3129347 A

Type of License: A    Issuing State: AL    Exp. Date: 3-23-08

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | |
| Hours Worked | 6.75 | 7.75 | 12.00 | 12.00 | 11.75 | 6.75 | 0 | 57 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from 9:00 am/pm 8/20/05 through 9:00 am/pm 8/22/05.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

9:00 AM, Sat 20, Aug, 05.
Time    Day    Month    Year

Driver's Signature: Tommy Peters

Date: 8-22-05

G.F. Kelley v. U.S. Xpress
D 001866
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME: PETERS (Last) Tommy (First) Allen (Middle)    SOCIAL SECURITY #: [redacted]

OTHER NAMES USED: NONE

DATE OF BIRTH: [redacted] (Month/Day/Year)    EMAIL ADDRESS: NONE

ADDRESS: RT one Box 287 (Street)    Alexander City (City)    PHONE #: [redacted]

Alabama (State)    35010 (Zip)    CELL PHONE #: [redacted]

NOTIFY IN CASE OF EMERGENCY: Shelia Tapley    PHONE #: [redacted]

ADDRESS: RT one Box 287 (Street)    Alexander City (City)    Al (State)    35010 (Zip)

REFERRED TO USX BY WHOM? ____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 1-25-4  TO 8-22-5 — RT one Box 287, Alexander City, Al, 35010

(2) FROM ____ TO ____ — ____

(3) FROM ____ TO ____ — ____

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO    GRADUATION DATE: March 2000

NAME: Jefferson College    LOCATION: Decatur Al

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH: ____    DATES: FROM ____ TO ____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED ____

G.F. Kelley v. U.S. Xpress
D 001867
Defendant's Doc. Production

Address of Company _____ Reason for Leaving _____

City _____ State ___ Zip ___

Accidents   YES   OR   NO      HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

G.F. Kelley v. U.S. Xpress
D 001868
Defendant's Doc. Production

| PRESENTLY HOLD OR HAVE HELD IN THE PAST. | POV | CMV | | | |
|---|---|---|---|---|---|
| | POV | CMV | | | |
| | POV | CMV | | | |

G.F. Kelley v. U.S. Xpress
D 001869
Defendant's Doc. Production

## ACCIDENTS

**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

[signature]                                                         8-17-05

G.F. Kelley v. U.S. Xpress
D 001870

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, **Tommy Peters**, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly   800 821 0144 | June 18 2001 to present |

**APPLICANTS CERTIFICATION:**

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Tommy P Peters_       [SSN redacted]      8-22-05
Signature of applicant      SSN      DATE

G.F. Kelley v. U.S. Xpress
D 001871
Defendant's Doc. Production

# RECORD OF DOCUMENT

(Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks)

Name: Tommy Peters  Address: Rt 1 Box 2 R1 Alexander City Al 35010
License No: 3127934  State: AL  Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer _53'_
Checked From: Wadley, AL  To: Wadley, AL  Date: 8-22-05

### Part 1 - Pre-Trip Inspection and Emergency Equipment
- Checks general condition approaching unit
- Looks for leakage of coolants, fuel and lubricants
- Checks under the hood - oil, water, general condition of engine compartment and steering
- Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper)
- Test brake action, tractor protection valve, and parking (hand) brake
- Knows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers
- Checks Instruments
- Cleans windshield, windows, mirrors, lights, and reflectors

### Part 2 - Placing vehicle in motion and use of controls

**A. Engine**
- Starts engine without difficulty
- Allows proper warm-up
- Understands gauges on instrument panel
- Maintains proper engine speed while driving
- Basic Knowledge of motors - gas, diesel
- Abuse of motor

**B. Clutch and Transmission**
- Starts loaded unit smoothly
- Uses clutch properly
- Times gearshifts properly
- Shifts gears smoothly
- Uses proper gear sequence

**C. Brakes**
- Understands operating principles of air brakes
- Knows proper use of tracol protection valve
- Understands low air warning
- Test brakes before starting trip

- Fails to check traffic conditions & signal when pulling out from parked position
- Parks in illegal or unsafe location

**C. Parking (road)**
- Parks off pavement
- Avoids parking on soft shoulder
- Uses emergency warning signals when required
- Secured unit properly

**D. Steering**
- Fights steering wheel
- Allows truck to wander

**E. Lights**
- Knows lighting regulations
- Uses proper headlight beam
- Dim lights when meeting or following other vehicles
- Adjust speed to range of headlights
- Proper use of auxiliary lights

### Part 3 - Coupling and Uncoupling
- Lines up units
- Hooks brake and light lines properly
- Secures trailer against movement
- Backs under slowly
- Tests hookup with power
- Checks hookups visually
- Handles landing gear properly
- Proper hook-up of full trailer
- Secures power unit against movement

### Part 4 - Backing and Parking

**A. Backing**
- Gets out and checks before backing
- Looks back as well as uses mirror
- Gets out and rechecks conditions on long back
- Avoids backing from blind spot
- Signals when backing
- Controls speed and direction properly while backing

**B. Parking (city)**
- Takes too many pull ups
- Hits nearby vehicles or stationary objects
- Hits curb
- Parks too far from curb

**D. Grade Crossings**
- Adjusts speed to conditions
- Makes safe stop, if required
- Selects proper gear

**F. Speed**
- Speed consistent with basic ability
- Adjusts speed properly to road, weather, traffic conditions, legal limits
- Slows down for rough roads
- Slows down in advance of curves,

G.F. Kelley v. U.S. Xpress
D 001872

Part 5 - Slowing and Stopping

Uses gears properly ascending  _____
Gears down properly  _____
Stops and restarts without rolling back  _____
Test brakes at top of hills  _____
Uses brakes properly on grades  _____
Uses mirrors to check traffic to rear  _____
Signals following traffic  _____
Avoids sudden stops  _____
Stops smoothly without excessive fanning  _____
Stops before crossing sidewalk when coming out of driveway or alley  _____
Stops clear of pedestrian crosswalk  _____

Part 6 - Operating in traffic Passing and Turning
A. Turning
Gets in proper lane well in advance  _____
Signals well in advance  _____
Checks traffic conditions and turns only when way is clear  _____
Does not swing wide or cut short while turning  _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if necessary  _____
Violates traffic signal  _____
Runs yellow light  _____
Starts up too fast or too slow on green  _____
Fails to notice or heed traffic signs  _____
Runs "stop" signs  _____

C. Intersections
Adjusts speed to permit stopping if necessary  _____
Checks for cross traffic regardless of traffic controls  _____
Yields right-of-way for safety  _____

E. Passing
Passes with insufficient clear space ahead  _____
Passes in unsafe location; hill, curve, intersection  _____
Fails to signal change of lanes  _____
Pulls out and back - uncertain  _____
Tailgates waiting chance to pass  _____
Blocks traffic with slow pass  _____
Cuts in too short returning to right lane  _____

Intersections, etc.
Maintains consistent speed  _____

G. Courtesy and Safety
Depends on others for safety  _____
Yields right-of-way for safety  _____
Fails to go ahead when given right-of-way by others  _____
Tends to crowd other drivers or force way through traffic  _____
Fails to allow faster traffic to pass  _____
Fails to keep right and in own lane  _____
Unnecessary use of horn  _____
Other discourtesy or improper conduct  _____

Part 7 - Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive  _____
Consistently aware of changing traffic conditions  _____
Adjusts driving to meet changing conditions  _____
Performs routine functions without taking eyes from road  _____
Checks instruments regularly  _____
Willing to take instructions & suggestions  _____
Adequate self-confidence in driving  _____
Nervous, apprehensive  _____
Easily angered  _____
Complains too much  _____
Personal appearance, manner, cleanliness  _____
Physical Stamina  _____

B. Handling of Freight
Checks freight properly  _____
Handles and loads freight properly  _____
Handles bills properly  _____
Breaks down load as required  _____

C. Rules and Regulations
Knowledge of company rules  _____
Knowledge of regulations, federal, state local  _____
Knowledge of special truck routes  _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

General Performance: Satisfactory __X__  Needs Training _____ Unsatisfactory _____
Qualified for Truck __X__  Tractor-Semi trailer __X__  Other _____

Signature of Examiner: *Walter L Bear*

G.F. Kelley v. U.S. Xpress
D 001873
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:
1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

I. Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Tommy A Peters_   SS# _____

Address _RT C4e Bcy 287 Alexander City Al 35010_

License: State _Al_  Class _A_  License # _____

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _Tommy A Peters_  8-22-05

G.F. Kelley v. U.S. Xpress
D 001874
Doc Production