# EXHIBIT 90

# Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:      ███████████/Name:Jeffrey Quick
         Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000457
Defendant's Doc. Production

SPECIMEN ID NO. **106553021**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.                    120803

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-9560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 653033
DFWI-Robert Pelug, MD
8508 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4153  FX: 914-987-4208

ter Remark)

rvice noted in

ED TO:

**STEP 5: COMPLETED BY DONOR**

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X _____     Jeffery G. Quick     3/25/05
Signature of Donor          (PRINT) Donor's Name (First, MI, Last)     Date (Mo./Day/Yr.)

Daytime Phone No. ( 256 ) 237-4511     Evening Phone No. ( ) same     Date of Birth _1_/_11_/_63_
                                                                         Mo.   Day   Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                       ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000633
Defendant's Doc. Production

REMARKS _____

X _____     _____     __/__/__
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     __/__/__
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

OMB No. 0930-01

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Jeffrey L. Q_    JeFFery G. Quick    8 / 25 / 05
    Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. ▬▬▬▬▬    Evening Phone No. (    )    SAME    Date of Birth ▬▬

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                        ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000458
Defendant's Doc. Production

REMARKS _____

X _____        _____        /   /
    Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____        _____        /   /
    Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)