# EXHIBIT 91

# Result Report

*Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    S▮▮▮▮▮▮▮/Name:Charles Robinson
Specimen ID #:▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000514
Defendant's Doc. Production

SPECIMEN ID NO. **106565448**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

116030

US Xpress/Lacede
P.O. Box 460
Lowell, AR 72745
Ph: 423-510-3560 Fax: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

ProFile # 468637
DPWI-Robert Pflug, MD
8589 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151   FX: 214-387-6208

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Charles Robinson_        CHARLES E. Robinson        8/24/05

Signature of Donor        (PRINT) Donor's Name (First, MI, Last)        Date (Mo./Day/Yr.)

Daytime Phone No. _____        Date of Birth _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
**D 000655**
Defendant's Doc. Production

REMARKS _____

X _____        _____        /    /

Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____        _____        /    /

Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000515
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Charles E Robinson._

ADDRESS _1748 Youngs Rd._    CITY _Petersburg_    STATE _VA_    ZIP _23803_

SOCIAL SECURITY NO. ████████

DATE OF EMPLOYMENT _24 Sept 05_

G.F. Kelley v. U.S. Xpress
D 001875
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001876
Defendant's Doc. Production

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 87421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME *Robinson    Charles    Edward*       SOCIAL SECURITY # ▮▮▮▮▮▮
     LAST      FIRST      MIDDLE

OTHER NAMES USED *None*

DATE OF BIRTH ▮▮▮▮▮▮   EMAIL ADDRESS *None*
              MONTH/DAY/YEAR

ADDRESS *1748 Yampa Rd*      *Petersburg*            PHONE # (▮▮▮)▮▮▮
        STREET            CITY                    AREA CODE
        *VA*              *23803*       CELL PHONE # (▮▮▮)▮▮▮
        STATE             ZIP                     AREA CODE

NOTIFY IN CASE OF EMERGENCY *Roswitha Jackson*       PHONE # (▮▮▮)
                                                    AREA CODE

ADDRESS *2581 Valor Dr    Petersburg    VA    23803*
        STREET           CITY          STATE  ZIP

REFERRED TO USX BY WHOM? *Kelly Trucking, Inc*

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1)FROM *6-1-00* TO *12-1-04*   *1732 ~~1733~~ Stuart Ave    Petersburg    VA    23803*
                                STREET              CITY          STATE  ZIP

(2)FROM *12-1-04* TO *Present*  *1748 Yampa Rd    Petersburg    VA    23803*
                                STREET           CITY          STATE  ZIP

(3)FROM _____ TO _____   _____ _____ _____ _____
                           STREET          CITY       STATE      ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☒ NO   GRADUATION DATE _____

NAME _____   LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☒ YES  ☐ NO

BRANCH *Army*       DATES: FROM *1965 Aug* TO *1985 Aug*

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED *Petroleum Lab Tech,*

G.F. Kelley v. U.S. Xpress
D 001877
Defendant's Doc. Production

Name of Company

Address of Company                                    Reason for Leaving

City

Accident                                              ORE

Equipment                                                          Miles Per Week

G.F. Kelley v. U.S. Xpress
D 001878
Defendant's Doc. Production

*Michelle ext 3782    fax 423510-6138*

| Unemployed | From: | To: | | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|---|

| From: | | To: | | | ( )  Area Code — Phone # |
|---|---|---|---|---|---|

**Name of Company** / **Your Job Classification**

**Address of Company** **Reason for Leaving**

City    State    Zip

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)  1   2   3   4  / MORE   Miles Per Week _____

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____

| Unemployed | From: | To: | | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|---|

| From: | | To: | | | Area Code — Phone # |
|---|---|---|---|---|---|

**Name of Company** **Your Job Classification**

**Address of Company** **Reason for Leaving**

City    State    Zip

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)  1   2   3   4  / MORE   Miles Per Week _____

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____

| Unemployed | From: | To: | | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|---|

| From: | | To: | | | Area Code — Phone # |
|---|---|---|---|---|---|

**Name of Company** **Your Job Classification**

**Address of Company** **Reason for Leaving**

City    State    Zip

Accidents   YES   OR   NO   HOW MANY (PLEASE CIRCLE)  1   2   3   4  / MORE   Miles Per Week _____

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____

• Disclosure of this information does not necessarily disqualify you from consideration.

**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test, or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.415 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_Charles Roberson_                                                    _8-22-05_
Signature                                                             Date

G.F. Kelley v. U.S. Xpress
D 001880

# APPLICANTS AUTHORIZATION
# TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, *Charlie E Robinson*, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| *Kelly Trucking Inc* | *FEB 01 — AUG 05* |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

*Chas L. Robin*                              ▮▮▮▮▮▮▮▮                *8/24/05*
Signature of applicant                       SSN                      DATE

G.F. Kelley v. U.S. Xpress
D 001881
Defendant's Doc. Production

RECORD OF Document
(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name: *Charlie Roberson* Address: *1748 Youngs Rd Petersburg, VA 23803*
License No: *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* State: *VA* Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer_53'_
Checked From: *Wadley* To: *Wadley* Date: *Aug 24,5*

Part 1 - Pre-Trip Inspection and Emergency
    Equipment

Checks general condition approaching unit       _____
Looks for leakage of coolants, fuel and lubricants   _____
Checks under the hood - oil, water, general condition
    of engine compartment and steering     _____
Checks around the unit - tires, lights, trailer hookup
    brake and light lines, body, doors, horn, windshield
    wipers, rear end protection (bumper)     _____
Test brake action, tractor protection valve, and
    parking (hand) brake     _____
Knows use of jacks, tools, emergency warning devices,
    fire chains, fire extinguisher, spare fuses, and
    four way flashers     _____
Checks instruments     _____
Cleans windshield, windows, mirrors, lights, and
    reflectors     _____

Part 2 - Placing vehicle in motion and use of controls

A. Engine
Starts engine without difficulty     _____
Allows proper warm-up     _____
Understands gauges on instrument panel     _____
Maintains proper engine speed while driving     _____
Basic knowledge of motors - gas, diesel     _____
Abuse of motor     _____

B. Clutch and Transmission
Starts loaded unit smoothly     _____
Uses clutch properly     _____
Times gearshifts properly     _____
Shifts gears smoothly     _____
Uses proper gear sequence     _____

C. Brakes
Understands operating principles of air brakes     _____
Knows proper use of tracot protection valve     _____
Understands low air warning     _____
Test brakes before starting trip     _____

Fails to check traffic conditions & signal
    when pulling out from parked position     _____
Parks in illegal or unsafe location     _____

E. Parking (road)
Parks off pavement     _____
Avoids parking on soft shoulder     _____
Uses emergency warning signals when
    required     _____
Secured unit properly     _____

D. Steering
Fights steering wheel     _____
Allows truck to wander     _____

E. Lights
Knows lighting regulations     _____
Uses proper headlight beam     _____
Dim lights when meeting or following other vehicles   _____
Adjust speed to range of headlights     _____
Proper use of auxiliary lights     _____

Part 3 - Coupling and Uncoupling

Lines up units     _____
Hooks brake and light lines properly     _____
Secures trailer against movement     _____
Backs under slowly     _____
Tests hookup with power     _____
Checks hookups visually     _____
Handles landing gear properly     _____
Proper hook-up of full trailer     _____
Secures power unit against movement     _____

Part 4 - Backing and Parking

A. Backing
Gets out and checks before backing     _____
Looks back as well as uses mirror     _____
Gets out and rechecks conditions on
    long back     _____
Avoids backing from blind spot     _____
Signals when backing     _____
Controls speed and direction properly
    while backing     _____

B. Parking (city)
Takes too many pull ups     _____
Hits nearby vehicles or stationary objects     _____
Hits curb     _____
Parks too far from curb     _____

D. Grade Crossings
Adjusts speed to conditions     _____
Makes safe stop, if required     _____
Selects proper gear     _____

F. Speed
Speed consistent with basic ability     _____
Adjusts speed properly to road, weather,
    traffic conditions, legal limits     _____
Slows down for rough roads     _____
Slows down in advance of curves,

G.F. Kelley v. U.S. Xpress
D 001882

Part 5 - Slowing and Stopping

| | | |
|---|---|---|
| intersection, etc. | _____ | |
| Maintains consistent speed | _____ | |

Uses gears properly ascending _____

Gears down properly _____

Stops and restarts without rolling back _____

Test brakes at top of hills _____

Uses brakes properly on grades _____

Uses mirrors to check traffic to rear _____

Signals following traffic _____

Avoids sudden stops _____

Stops smoothly without excessive

   fanning _____

Stops before crossing sidewalk when

   coming out of driveway or alley _____

Stops clear of pedestrian crosswalk _____

**Part 6 - Operating in traffic Passing and Turning**

**A. Turning**

Gets in proper lane well in advance _____

Signals well in advance _____

Checks traffic conditions and turns only when

   way is clear _____

Does not swing wide or cut short while turning _____

**B. Traffic Signs and Signals**

Does not approach signal prepared to stop if

   necessary _____

Violates traffic signal _____

Runs yellow light _____

Starts up too fast or too slow on green _____

Fails to notice or heed traffic signs _____

Runs "stop" signs _____

**C. Intersections**

Adjusts speed to permit stopping if necessary _____

Checks for cross traffic regardless of traffic controls _____

Yields right-of-way for safety _____

**E. Passing**

Passes with insufficient clear space

   ahead _____

Passes in unsafe location;hill, curve,

   intersection _____

Fails to signal change of lanes _____

Pulls out and back - uncertain _____

Tailgates waiting chance to pass _____

Blocks traffic with slow pass _____

Cuts in too short returning to right lane _____

**G. Courtesy and Safety**

Depends on others for safety _____

Yields right-of-way for safety _____

Fails to go ahead when given right-of-

   way by others

Tends to crowd other drivers or force

   way through traffic _____

Fails to allow faster traffic to pass _____

Fails to keep right and in own lane _____

Unnecessary use of horn _____

Other discourtesy or improper conduct _____

**Part 7- Miscellaneous**

**A. General Driving Ability and Habits**

Consistently alert and attentive

Consistently aware of changing traffic

   conditions _____

Adjusts driving to meet changing

   conditions _____

Performs routine functions without taking

   eyes from road _____

Checks instruments regularly _____

Willing to take instructions & suggestions _____

Adequate self-confidence in driving _____

Nervous, apprehensive _____

Easily angered _____

Complains too much _____

Personal appearance, manner,cleanliness _____

Physical Stamina _____

**B. Handling of Freight**

Checks freight properly _____

Handles and loads freight properly _____

Handles bills properly _____

Breaks down load as required _____

**C. Rules and Regulations**

Knowledge of company rules _____

Knowledge of regulations, federal, state

   local _____

Knowledge of special truck routes _____

**D. Use of Special Equipment (specify)**

_____

**Remarks:**

OK For 1st seat

_____

_____

General Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____

Qualified for:Truck __X__ Tractor-Semi trailer _X_ X _____ Other _____

Signature of Examiner: _Wallace L. Beard_ _____

G.F. Kelley v. U.S. Xpress
D 001893
Defendant's Doc. Production

# Certificate of Compliance
## Verification of Single License/Traffic Violation Reporting

## I. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

## Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Charles Robinson_     SS# █████████

Address _1748 Youngs Rd Petersburg, VA 23803_

License: State _VA_   Class _A_   License # ███████████

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _Charles Robinson_

G.F. Kelley v. U.S. Xpress
D 001884
Defendant's Doc. Production

☑ **U.S. XPRESS, INC.**   ☐ **XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _Charles Robinson_

Social Security No. ███████

Commercial Driver's License No. _T62-53-4744_

State _A.L._  Location of Test _Wadley_

Type of Power Unit: _Volvo_  Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision
on ___Aug 24___ 20 _05_
consisting of approximately ___20___ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to
operate safely the type of commercial motor vehicle listed above.

_Wallace L. Beard_   SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are
relieved from any and all duty when making meal or routine stops while en route to
a destination. The duration of your relief shall not be less than 30 minutes or more
than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title
49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8/24/05_  Driver's Signature _Charles Rol_

SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001885
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): *CHARLES EDWARD ROBINSON*

Social Security Number: ▆▆▆▆▆▆▆▆

Motor Vehicle Operators License Number: ▆▆▆▆▆▆▆▆

Type of License:    A    Issuing State: *VA*    Exp. Date: *7-5-2010*

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | ▆▆▆ |
| Hours Worked | 0 | 0 | 0 | 0 | 7.50 | 13.25 | 11.75 | 32.00 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from *12* am/pm *8/17/05* through *12* am/pm *8/20/05*.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

*10:30 pm*    *23*    .    *8*    .    *05*    .
Time           Day          Month         Year

*Charl Robertson*                         *8/24/05*
Driver's Signature                         Date