# EXHIBIT 92

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   ██████████Name:Louie Saito
      Specimen ID #: ██████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000522
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. 106553031

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

130608

US Xpress, General
P.O. BOX 425
Lowell   AR 72745
PH: 423-510-3960  FX: 423-510-3192

B. MRO Name, Address, Phone and Fax No.

Profile # 623022
DRMI-Robert Peirp, MD
9150 Hwy. 33, Ste. A
Brule Chasse, LA  70037

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X  *Louie Saito*   (Signature of Donor)

Louie Saito   (PRINT) Donor's Name (First, MI, Last)

8/23/05   Date (Mo./Day/Yr.)

Daytime Phone No. ▮▮▮▮▮   Evening Phone No. ( ) same   Date of Birth ▮▮▮▮▮

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). —DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                   ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____   _____   / /
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____   _____   / /
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000523
Defendant's Doc. Production

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
    ☐ DILUTE                                          ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
**D 000656**
Defendant's Doc. Production

REMARKS _____

X _____
    Signature of Medical Review Officer                     (PRINT) Medical Review Officer's Name (First, MI, Last)            Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

    ☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

X _____
    Signature of Medical Review Officer                     (PRINT) Medical Review Officer's Name (First, MI, Last)            Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME _Louie Saito_

ADDRESS _2379 Lightwood Bridge Rd_ CITY _Wallace_ STATE _NC_ ZIP _28466_

SOCIAL SECURITY NO. ███████

DATE OF EMPLOYMENT _8-23-05_



G.F. Kelley v. U.S. Xpress
**D 001887**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001888
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | 5/23/05 | |

| Name    (last    First    Middle) | Employer |
|---|---|
| Louis Saito | USXpress Enterprises |
| Social Security # | Address |
| ▮▮▮▮▮▮▮▮ | 4080 Jenkins Road |
| Job title | City               State               Zip |
| OTR Driver | Chattanooga    TN        37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years. In accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section.

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                        Current Training    Kelly Trucking

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 4/23/05 | Haz-mat 126/181 | USXpress Enterprises | | 4/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                        Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001889
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001890
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME *Saito Louis*
LAST    FIRST    MIDDLE

SOCIAL SECURITY # ███████

OTHER NAMES USED *None*

DATE OF BIRTH ███████ EMAIL ADDRESS *None*

ADDRESS *2379 Lightwood Bridge Rd Wallace* PHONE # ___
STREET    CITY

*NC*
STATE    *28466* CELL PHONE # ___
ZIP

NOTIFY IN CASE OF EMERGENCY *Carole Saito* PHONE # ___

ADDRESS *2379 Lightwood Bridge Rd Wallace NC*
STREET    CITY    STATE    ZIP

REFERRED TO USX BY WHOM? *Kelly Trucking*

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM *8-00* TO *8-05* *2379 Lightwood Bridge Rd Wallace NC 28466*
STREET    CITY    STATE    ZIP

(2) FROM ___ TO ___
STREET    CITY    STATE    ZIP

(3) FROM ___ TO ___
STREET    CITY    STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☑ NO    GRADUATION DATE *GED 'S*

NAME ___    LOCATION: ___

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH *Army*    DATES: FROM *7-11-69* TO *7-14-71*

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED ___

G.F. Kelley v. U.S. Xpress
D 001891

City _____ State _____ Zip _____

Accidents   **YES   OR   NO**   HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Equipment Driven   ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other_____   Miles Per Wk. _____

Reason for Leaving _____

G.F. Kelley v. U.S. Xpress
D 001892
Defendant's Doc. Production

Name: _____    Phone #: _____

( )
Area Code — Phone #

Classification _____

for Leaving _____

/ MORE

Miles Per Week

Name: _____    Phone #: _____

From: _____    To: _____

( )
Area Code — Phone #

Name of Company _____    Your Job Classification _____

Address of Company _____    Reason for Leaving _____

City _____    State _____    Zip _____

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Equipment Driven:  ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____    Miles Per Week _____

Unemployed  From: _____    To: _____    To verify call: Name: _____    Phone #: _____

From: _____    To: _____

( )
Area Code — Phone #

Name of Company _____    Your Job Classification _____

Address of Company _____    Reason for Leaving _____

City _____    State _____    Zip _____

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Equipment Driven:  ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____    Miles Per Week _____

IN THE PAST.

| PCV | CMV |
| PCV | CMV |

G.F. Kelley v. U.S. Xpress
D 001893
...ant's Doc. Production

ACCIDENTS

AG

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was compiled by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

G.F. Kelley v. U.S. Xpress
D 001894

8 - 23 - 05

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Louis Smith_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from these companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking   800-821-0144 | 2-05 / 8-05 |
| Ezzell Trucking   800-841-7110 | 3-04 / 2-05 |
| Stanley James Trucking   910-865-5589 | 5-03 / 3-04 |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

| _Louis Smith_ | ███████ | 8-23-05 |
|---|---|---|
| Signature of applicant | SSN | DATE |

G.F. Kelley v. U.S. Xpress
D 001895
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.

Name: *Louie Sato*  Address: *2379 Lightwood Bridge Rd   Wallace   NC   28466*

License Nr *353264*   State: ___   Equipment Driven: Tractor, Fl CONV VOLVO, Trailer *53'*

Checked From: *Whitley* To *Whitley*   Date *Aug 23 05*

## Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit   _____
Looks for leakage of coolants, fuel and lubricants   _____
Looks under the hood - oil, water, general condition   _____
Checks engine compartment and steering   _____
Checks around the unit - tires, lights, trailer hookup   _____
Brake and light lines, body, doors, horn, windshield   _____
Wipers, rear end protection (bumper)   _____
Air brake action, tractor protection valve, and
parking (hand) brake   _____
Knows use of jacks, tools, emergency warning devices,
tire chains, fire extinguisher, spare fuses, and
four way flashers   _____
Checks Instruments   _____
Cleans windshield, windows, mirrors, lights, and
reflectors   _____

## Part 2 - Placing vehicle in motion and use of controls

### Engine

Starts engine without difficulty   _____
Allows proper warm-up   _____
Understands gauges on instrument panel   _____
Maintains proper engine speed while driving   _____
Basic Knowledge of motors - gas, diesel   _____
Use of motor   _____

### Clutch and Transmission

Starts loaded unit smoothly   _____
Uses clutch properly   _____
Times gearshifts properly   _____
Shifts gears smoothly   _____
Uses proper gear sequence   _____

### Brakes

Understands operating principles of air brakes   _____
Knows proper use of tractor protection valve   _____
Understands low air warning   _____
Test brakes before starting trip   _____

Fails to check traffic conditions & signal
when pulling out from parked position   _____
Parks in illegal or unsafe location   _____

### Parking (road)

Parks off pavement   _____
Avoids parking on soft shoulder   _____
Uses emergency warning signals when
required   _____
Secured unit properly   _____

## D. Steering

Fights steering wheel   _____
Allows truck to wander   _____

## E. Lights

Knows lighting regulations   _____
Uses proper headlight beam   _____
Dim lights when meeting or following other vehicles   _____
Adjust speed to range of headlights   _____
Proper use of auxiliary lights   _____

## Part 3 - Coupling and Uncoupling

Lines up units   _____
Hooks brake and light lines properly   _____
Secures trailer against movement   _____
Backs under slowly   _____
Tests hookup with power   _____
Checks hookups visually   _____
Handles landing gear properly   _____
Proper hook-up of full trailer   _____
Secures power unit against movement   _____

## Part 4 - Backing and Parking

### A. Backing

Gets out and checks before backing   _____
Looks back as well as uses mirror   _____
Gets out and rechecks conditions on
long back   _____
Avoids backing from blind spot   _____
Signals when backing   _____
Controls speed and direction properly
while backing   _____

### B. Parking (city)

Takes too many pull ups   _____
Hits nearby vehicles or stationary objects   _____
Hits curb   _____
Parks too far from curb   _____

### D. Grade Crossings

Adjust speed to conditions   _____
Makes safe stop, if required   _____
Selects proper gear   _____

### F. Speed

Speed consistent with basic ability   _____
Adjusts speed properly to road, weather,
traffic conditions, legal limits   _____
Slows down for rough roads   _____
Slows down in advance of curves.   _____

G.F. Kelley v. U.S. Xpress
D 001896
Defendant's Doc. Production

rt 5 - Slowing and Stopping

| | |
|---|---|
| es gears properly ascending | _____ |
| ars down properly | _____ |
| ops and restarts without rolling back | _____ |
| ts brakes at top of hills | _____ |
| es brakes properly on grades | _____ |
| es mirrors to check traffic to rear | _____ |
| nals following traffic | _____ |
| oids sudden stops | _____ |
| ops smoothly without excessive | _____ |
| ooning | _____ |
| ops before crossing sidewalk when | _____ |
| oming out of driveway or alley | _____ |
| ops clear of pedestrian crosswalk | _____ |

rt 6 - Operating in traffic Passing and Turning

Turning

| | |
|---|---|
| ts in proper lane well in advance | _____ |
| nals well in advance | _____ |
| ecks traffic conditions and turns only when | |
| way is clear | _____ |
| oes not swing wide or cut short while turning | _____ |

Traffic Signs and Signals

| | |
|---|---|
| oes not approach signal prepared to stop if | |
| ecessary | _____ |
| olates traffic signal | _____ |
| ns yellow light | _____ |
| ns up too fast or too slow on green | _____ |
| ils to notice or heed traffic signs | _____ |
| ns "stop" signs | _____ |

Intersections

| | |
|---|---|
| justs speed to permit stopping if necessary | _____ |
| ecks for cross traffic regardless of traffic controls | _____ |
| elds right-of-way for safety | _____ |

Passing

| | |
|---|---|
| sses with insufficient clear space | |
| ahead | _____ |
| sses in unsafe location;hill, curve. | |
| ntersection | _____ |
| ils to signal change of lanes | _____ |
| lls out and back - uncertain | _____ |
| ilgates waiting chance to pass | _____ |
| ocks traffic with slow pass | _____ |
| ils in too short returning to right lane | _____ |

neral Performance: Satisfactory _____ X _____ Needs Training _____ Unsatisfactory _____

alified for:Truck _X_ Tractor-Semi trailer _X_ X _____ Other _____

gnature of Examiner: _Cuthbert X Benji_ _____

---

Maintains consistent speed     _____

G. Courtesy and Safety

| | |
|---|---|
| Depends on others for safety | _____ |
| Yields right-of-way for safety | _____ |
| Fails to go ahead when given right-of- | |
| way by others | _____ |
| Tends to crowd other drivers or force | |
| way through traffic | _____ |
| Fails to allow faster traffic to pass | _____ |
| Fails to keep right and in own lane | _____ |
| Unnecessary use of horn | _____ |
| Other discourtesy or improper conduct | _____ |

Part 7- Miscellaneous

A. General Driving Ability and Habits

| | |
|---|---|
| Consistently alert and attentive | |
| Consistently aware of changing traffic | |
| conditions | _____ |
| Adjusts driving to meet changing | |
| conditions | _____ |
| Performs routine functions without taking | |
| eyes from road | _____ |
| Checks instruments regularly | _____ |
| Willing to take instructions & suggestions | _____ |
| Adequate self-confidence in driving | _____ |
| Nervous, apprehensive | _____ |
| Easily angered | _____ |
| Complains too much | _____ |
| Personal appearance, manner,cleanliness | _____ |
| Physical Stamina | _____ |

B. Handling of Freight

| | |
|---|---|
| Checks freight properly | |
| Handles and loads freight properly | _____ |
| Handles bills properly | _____ |
| Breaks down load as required | _____ |

C. Rules and Regulations

| | |
|---|---|
| Knowledge of company rules | |
| Knowledge of regulations, federal, state | |
| local | _____ |
| Knowledge of special truck routes | _____ |

D. Use of Special Equipment (specify)

_____

Remarks:

OK For 1st seat

_____

_____

G.F. Kelley v. U.S. Xpress
D 001897
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Louie    Saita_    SS# ████████████

Address _2329 Lightwood Bridge Rd   Wallace NC 28466_

License: State _NC_    Class _A_    License # _353201 6 Y_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated:

State _NC_    Class _A F X_    License # ████████████

State _NY_    Class _A_    License # _____

Driver's Signature: _Louie Saita_

G.F. Kelley v. U.S. Xpress
D 001898
Defendant's Doc. Production

☰ U.S. XPRESS, INC.  ☰XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Louis Saito_

Social Security No. ▓▓▓▓▓▓▓▓▓

Commercial Driver's License No. _3532064 NC T-X_

State _NC_  Location of Test _Lindley_

Type of Power Unit _Volvo_  Type of Trailer(s) _753_

This is to certify that the above driver was given a road test under my supervision

on _Aug 23_ 20 _05_

consisting of approximately _80_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Lindley A Borri_ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-23-05_ Driver's Signature _Louis Saito_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001899
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Louie Scott_

Social Security Number: ███████████

Motor Vehicle Operators License Number: ███████████

Type of License: __A__    Issuing State: __NC__    Exp. Date: __4-28-10__

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | / /05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | ████ |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 11 | 8 | 61 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _12_ am/pm _8/20/05_ through _13_ am/pm _8/21/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_(noon)_ _22_ _8_ _05_
Time    Day    Month    Year

_Louie Scott_
Driver's Signature

_8-23-05_
Date

G.F. Kelley v. U.S. Xpress
D 001900
Defendant's Doc. Production