# EXHIBIT 93

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:   DER

Re:   ▉▉▉▉▉▉Name:Jimmy Screwz
      Specimen ID #: ▉▉▉▉▉

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/24/2005.



G.F. Kelley v. U.S. Xpress
D 000540
Defendant's Doc. Production

SPECIMEN ID NO. 106553028

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

130806

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 553028
GFMR-Robert Pflug, MD
8500 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4161 FX: 214-387-9000

C.
D.
E.
F.

**STEP**

**STEP**

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X *Jimmy Screen*    *JIMMY SCREEN*    8/24/05
Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST. BECAUSE:
☐ DILUTE  ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000657
Defendant's Doc. Production

REMARKS

X _____    _____    / /
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON

X _____    _____    / /
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000541
Defendant's Doc. Production

O/O

# DRIVER CERTIFICATION FILE

DRIVER NAME _Jimmy Brown_

ADDRESS _301 Co Rd 49_     CITY _Wadley_     STATE _AL_  ZIP _36276_

SOCIAL SECURITY NO. ███████████

DATE OF EMPLOYMENT _8/24/05_

G.F. Kelley v. U.S. Xpress
D 001901
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001902**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001903
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | |
|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING |
| FUNCTION SPECIFIC | | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | 8-24-08 |

*Scruggs Jimmy R* (handwritten)

| Name      (last          First          Middle) | Employer |
|---|---|
| Scruggs  Jimmy    R | USXpress  Enterprises |
| Social Security # ▮▮▮▮▮▮ | Address |
| | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR  Driver | Chattanooga    TN        37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The  hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials. and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (aX3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                                 Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8-24-05 | Haz-mat 126/181 | USXpress Enterprises | | 8-24-05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                                 Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form.
Do not use white out. All information must be complete. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Scroggin_ _Jimmy_ _R_
LAST    FIRST    MIDDLE

SOCIAL SECURITY # ███████

OTHER NAMES USED _NONE_    D.O.B. ████    EMAIL ADDRESS ███████

ADDRESS _Scl Co Rd. 49_ _Wadley_ _AL._ _36276_    PHONE # ███████
STREET    CITY    STATE    ZIP

NOTIFY IN CASE OF EMERGENCY _Faye Scroggin_    PHONE # ███████

ADDRESS _Scl. Co. Rd. 49_ _Wadley_ _AL_ _36276_
STREET    CITY    STATE    ZIP

ARE YOU CURRENTLY EMPLOYED? ☒ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☒ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☒ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☒ NO    IF YES, ANSWER A) AND B)

A) DATES:  FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☒ YES ☐ NO    BY WHOM? _Kelly Trucking_

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _6/43_ TO PRESENT _8/05_ _Scl CoRd 49_ _Wadley_ _AL._ _36276_
STREET    CITY    STATE    ZIP

(2) FROM _____ TO _____
STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____
STREET    CITY    STATE    ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☒ NO    GRADUATION DATE _____

NAME _____    LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S ARMED FORCES? ☐ YES ☒ NO

BRANCH _____    DATES:  FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

G.F. Kelley v. U.S. Xpress
D 001905
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001906
Defendant's Doc. Production

Name

Unemployed From: To: To verify calls: Name: Phone #

From: To: ( )
Area Code — Phone #

Name of Company    City    State    Zip

Address of Company    Reason for Leaving

Your Job Classification    Name of Supervisor

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven:  ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

Unemployed From: To: To verify calls: Name: Phone #

From: To: ( )
Area Code — Phone #

Name of Company    City    State    Zip

Address of Company    Reason for Leaving

Your Job Classification    Name of Supervisor

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven:  ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

Unemployed From: To: To verify calls: Name: Phone #

From: To: ( )
Area Code — Phone #

Name of Company    City    State    Zip

Address of Company    Reason for Leaving

Your Job Classification    Name of Supervisor

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven:  ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

Unemployed From: To: To verify calls: Name: Phone #

From: To: ( )
Area Code — Phone #

Name of Company    City    State    Zip

Address of Company    Reason for Leaving

Your Job Classification    Name of Supervisor

Accidents   YES   OR   NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE
Equipment Driven:  ☐ Tractor Trailer   ☐ Straight Truck   ☐ Other _____ Miles Per Week _____

Unemployed From: To: To verify calls: Name: Phone #

From: To: ( )
Area Code — Phone #

Name of Company    City    State    Zip

Address of Company    Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001907

PG 3

Unemployed  From:  To:  To verify call:  Name:  Phone #:

From:  To:  (    )
Area Code — Phone #

Name of Company

Your Job Classification

Address of Company

City  State  Zip

Reason for Leaving

Accidents  YES OR NO  HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE

Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other

Miles Per Week

Unemployed  From:  To:  To verify call:  Name:  Phone #:

From:  To:  (    )
Area Code — Phone #

Name of Company

Your Job Classification

Address of Company

City  State  Zip

Reason for Leaving

Accidents  YES OR NO  HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE

Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other

Miles Per Week

Unemployed  From:  To:  To verify call:  Name:  Phone #:

From:  To:  (    )
Area Code — Phone #

Name of Company

Your Job Classification

Address of Company

City  State  Zip

Reason for Leaving

Accidents  YES OR NO  HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE

Equipment Driven  ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other

G.F. Kelley v. U.S. Xpress
D 001908
Defendant's Doc. Production

LIST ALL DRIVERS LICENSES THAT YOU
PRESENTLY HOLD OR HAVE HELD



( PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you, if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualification, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries in it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Section __ 382 and 49 __ part 40 of the Federal Motor Carrier Safety ___ drugs and/or substances resembling __ authorize said information.

G.F. Kelley v. U.S. Xpress
D 001909

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Jimmy Screws_ understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| _Kelly Trucking_ | _9. 1. 04    8-05_ |
| _Avondale w Co. 256 247 9241_ | _3. 7. 02    8.25.07_ |
| _Medway Trans_ | _1. 1. 00    2.3.02_ |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Jimmy Screws_
Signature of applicant

████████████
SSN

_8.24.05_
DATE

G.F. Kelley v. U.S. Xpress
D 001910
Defendant's Doc. Production

# RECORD OF ROAD TEST

*Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks.*

Name _____ Kelley _____ Address: __Selma Rd. 49 C Udl, Al. 36276__

cense No: _3761876_    State _AL_ Equipment Driven: Tractor _FLCOXY VOLVO_ Trailer_53'_

cked From: __Wadley__ To: __Wadley__ . Date __Aug 24 05__

## Part 1 - Pre-Trip Inspection and Emergency Equipment

ecks general condition approaching unit _____

oks for leakage of coolants, fuel and lubricants _____

ecks under the hood - oil, water, general condition of engine compartment and steering _____

ecks around the unit - tires, lights, trailer hookup _____

rake and light lines, body, doors, horn, windshield _____

ipers, rear end protection (bumper) _____

st brake action, tractor protection valve, and arking (hand) brake _____

ows use of jacks, tools, emergency warning devices, ire chains, fire extinguisher, spare fuses, and our way flashers _____

ecks Instruments _____

ans windshield, windows, mirrors, lights, and eflectors _____

## Part 2 - Placing vehicle in motion and use of controls

### Engine

arts engine without difficulty _____

lows proper warm-up _____

derstands gauges on instrument panel _____

aintains proper engine speed while driving _____

sic Knowledge of motors - gas, diesel _____

use of motor _____

### Clutch and Transmission

arts loaded unit smoothly _____

es clutch properly _____

nes gearshifts properly _____

ifts gears smoothly _____

es proper gear sequence _____

### Brakes

derstands operating principles of air brakes _____

ows proper use of tractor protection valve _____

derstands low air warning _____

st brakes before starting trip _____

ils to check traffic conditions & signal when pulling out from parked position _____

ks in illegal or unsafe location _____

### Parking (road)

ks off pavement _____

oids parking on soft shoulder _____

es emergency warning signals when equired _____

cured unit properly _____

## D. Steering

Fights steering wheel _____

Allows truck to wander _____

## E. Lights

Knows lighting regulations _____

Uses proper headlight beam _____

Dim lights when meeting or following other vehicles _____

Adjust speed to range of headlights _____

Proper use of auxiliary lights _____

## Part 3 - Coupling and Uncoupling

Lines up units _____

Hooks brake and light lines properly _____

Secures trailer against movement _____

Backs under slowly _____

Tests hookup with power _____

Checks hookups visually _____

Handles landing gear properly _____

Proper hook-up of full trailer _____

Secures power unit against movement _____

## Part 4 - Backing and Parking

### A. Backing

Gets out and checks before backing _____

Looks back as well as uses mirror _____

Gets out and rechecks conditions on long back _____

Avoids backing from blind spot _____

Signals when backing _____

Controls speed and direction properly while backing _____

### B. Parking (city)

Takes too many pull ups _____

Hits nearby vehicles or stationary objects _____

Hits curb _____

Parks too far from curb _____

### D. Grade Crossings

Adjusts speed to conditions _____

Makes safe stop, if required _____

Selects proper gear _____

### F. Speed

Speed consistent with basic ability _____

Adjusts speed properly to road, weather, traffic conditions, legal limits

Slows down for rough roads

Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 001911
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly, ascending _____
Gears down properly _____
Stops and remains without rolling back, _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
  fanning _____
Stops before crossing sidewalk when
  coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in traffic Passing and Turning
. Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
  way is clear _____
Does not swing wide or cut short while turning _____

. Traffic Signs and Signals
Does not approach signal prepared to stop if
  necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

. Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

. Passing
Passes with insufficient clear space
  ahead _____
Passes in unsafe location;hill, curve,
  intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Pulls in too short returning to right lane _____

Intersections, etc.
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
  way by others _____
Tends to crowd other drivers or force
  way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic
  conditions _____
Adjusts driving to meet changing
  conditions _____
Performs routine functions without taking
  eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
  local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)
_____

Remarks:
OK For 1st seat
_____
_____

General Performance: Satisfactory ___X___ Needs Training _____ Unsatisfactory _____
Qualified for:Truck __X__  Tractor-Semi trailer __X__ N_____ Other _____

Signature of Examiner: *Wallace L. Beard*

G.F. Kelley v. U.S. Xpress
D 001912
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

I. **Notice to Drivers**

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

**Certification by Driver**

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Jimmy Stewart_    SS# ███████

Address _556 Co Rd 49 Woodley, AL 36276_

License: State _A_   Class _N_   License # ███████

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: _Jimmy Stewart_

G.F. Kelley v. U.S. Xpress
D 001913
Defendant's Doc. Production

≡ U.S. XPRESS. INC. ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Jimmy Kelley_

Social Security No. █████████

Commercial Driver's License No. _34518736_ _AL_

State _AL_  Location of Test _Shelby_

Type of Power Unit _KW_ (T)  Type of Trailer(s) _53'_

This is to certify that the above driver was given a road test under my supervision

on _Aug 24_ , 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Wallace L Beard_ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8.24.05_  Driver's Signature _Jimmy Kelley_

SAFETY DEPT
Instructor's Signature

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Jimmy Screwt_

Social Security Number: ███████

Motor Vehicle Operators License Number: ███████

Type of License: A    Issuing State: AL    Exp. Date: 8-11-2006

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | 8/23/05 | ████ |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 7 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _6:00_ am/pm _8/20/05_ through _8:00_ am/pm _8/22/05_.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_3pm_ . _23_ . _8_ . _05_ .
Time        Day        Month        Year

_Jimmy Screwt_                          _8.24.05_
Driver's Signature                          Date

G.F. Kelley v. U.S. Xpress
D 001915
Defendant's Doc. Production