# EXHIBIT 94

# Result Report

### *Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    ▉▉▉▉▉/Name: Curtis Smith
       Specimen ID. #:1▉▉▉▉▉

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000577
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/esp/der/printMROLetters.jsp          8/23/2005

SPECIMEN ID NO. **106552990**

**ATN**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130806 | Profile # 553033 |
| US Xpress/General | DRUG-Robert Pelug, MD |
| P.O. Box 625 | 8558 Hwy. 23, Ste. 4 |
| Lowell, AR 72745 | Belle Chasse, LA 70037 |
| PH: 423-510-3582 FX: 423-510-3752 | PH: 504-394-9157  FX: 504-394-7084 |

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X _Curtis L. Smith_                    _Curtis L. Smith_                    8 / 22 / 05

Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)          Date (Mo./Day/Yr.)

Daytime Phone No. _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. **THIS LIST IS NOT NECESSARY.** If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
   ☐ DILUTE                                   ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____          _____          / /

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____          / /

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000592
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _Curtis L. Smith_

ADDRESS _337 Lincoln St_   CITY _Danville_   STATE _VA_   ZIP _24541_

SOCIAL SECURITY NO. ███████████

DATE OF EMPLOYMENT _7-28-03_

G.F. Kelley v. U.S. Xpress
D 001916
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001917
Defendant's Doc. Production



MEDICAL EXAMINER'S CERTIFICATE

G.F. Kelley v. U.S. Xpress
D 001918
Defendant's Doc. Production

ISSTYP: ORIGINAL

G.F. Kelley v. U.S. Xpress
D 001919
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001920
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001921
Defendant's Doc. Production

OMB No. 0930-0158

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _(Curtis L. Smith)_          _Curtis L. Smith_          _8/22/05_
Signature of Donor          (PRINT) Donor's Name (First, MI, Last)          Date (Mo./Day/Yr.)

Daytime Phone No. (

Mo.     Day     Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**EP 5: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE     ☐ POSITIVE     ☐ TEST CANCELLED     ☐ REFUSAL TO TEST BECAUSE:
     ☐ DILUTE                              ☐ ADULTERATED     ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 001922
Defendant's Doc. Production

REMARKS _____

( _____          _____          ___/___/___
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

**EP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED          ☐ FAILED TO RECONFIRM - REASON _____

( _____          _____          ___/___/___
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)



G.P. Kelley v. U.S. Xpress
**D 001923**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001924
Defendant's Doc. Production



Li

G.F. Kelley v. U.S. Xpress
D 001925
Defendant's Doc. Production

PREVLIC: ISS:05/08/2001 EXP:05/08/2002 LICTYP: CDL LEARNER'S PERMIT
ISSTYP: ORIGINAL

...ley v. U.S. Xpress
D 001926
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001927**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001928
Defendant's Doc. Production

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _Smith_ (LAST) _Curtis_ (FIRST) _Lamar_ (MIDDLE)   SOCIAL SECURITY # ▓▓▓▓▓▓

OTHER NAMES USED _NONE_

DATE OF BIRTH ▓▓▓▓ (MONTH/DAY/YEAR)   EMAIL ADDRESS _None_

ADDRESS _337 Lincoln St_ (STREET) _Danville_ (CITY)   PHONE # ▓▓▓▓▓▓

_VA_ (STATE) _24541_ (ZIP)   CELL PHONE # ▓▓▓▓▓▓

NOTIFY IN CASE OF EMERGENCY _Stanley Smith_   PHONE # ▓▓▓▓▓▓

ADDRESS _305 County Rd 148_ (STREET) _Centre_ (CITY) _AL_ (STATE) _35160_ (ZIP)

REFERRED TO USX BY WHOM? _None_

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _10-04_ TO _Now_ _337 Lincoln St_ (STREET) _Danville_ (CITY) _VA_ (STATE) _24541_ (ZIP)

(2) FROM _5-00_ TO _10-04_ _893 Grant St_ (STREET) _Danville_ (CITY) _VA_ (STATE) _24541_ (ZIP)

(3) FROM ____ TO ____ (STREET) (CITY) (STATE) (ZIP)

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO   GRADUATION DATE _May 1999_

NAME _South Side Comm Truck Drive_ LOCATION _South Boston, VA_

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH _NONE_   DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001929
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001930
Defendant's Doc. Production

*Michelle Ray 3782*   *fax 423510-6138*

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|
| From: | | To: | | | ( )  Area Code — Phone # | |

Name of Company _____   Your Job Classification _____

Address of Company _____   Reason for Leaving _____

City _____  State ____  Zip ____
Accidents   YES  OR  NO   HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE
Equipment Driven   ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other _____   Miles Per Week _____

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|
| From: | | To: | | | ( )  Area Code — Phone # | |

Name of Company _____   Your Job Classification _____

Address of Company _____   Reason for Leaving _____

City _____  State ____  Zip ____
Accidents   YES  OR  NO   HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE
Equipment Driven   ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other _____   Miles Per Week _____

| Unemployed | From: | To: | To verify call: | Name: | | Phone #: |
|---|---|---|---|---|---|---|
| From: | | To: | | | ( )  Area Code — Phone # | |

Name of Company _____   Your Job Classification _____

Address of Company _____   Reason for Leaving _____

City _____  State ____  Zip ____
Accidents   YES  OR  NO   HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE
Equipment Driven   ☐ Tractor Trailer  ☐ Straight Truck  ☐ Other _____   Miles Per Week _____

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 001931
Defendant's Doc. Pro...

USX-DA-Rev 1-06

**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic charges and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of the investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

_____                    8 - 15 - 05
Signature                                                      Date

USX is an Equal Opportunity Employer



NOTE:
the r
abo

G.F. Kelley v. U.S. Xpress
D 001933
Defendant's Doc. Production



Licer
Co

G.F. Kelley v. U.S. Xpress
D 001934
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Curtis L. Smith_, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly       800 821-0144 | 7-28-03    8-05 |
| Taff + Fayne | 6-20-01    6/02 |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Curtis d. Smith_                                          8-22-05
Signature of applicant                                                         DATE

G.F. Kelley v. U.S. Xpress
D 001935
Defendant's Doc. Production

RECORD OF ROAD TEST
(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

Name **Curtis L. Smith**  Address **337 Lincoln St Danville, VA**

License No. **424825642** State: **VA** Equipment Driven: Tractor _FLCONV VOLVO_ Trailer _53'_

Worked From **Troley, AL** To **LENica, AL** Date **8-22-05**

**Part 1 - Pre-Trip Inspection and Emergency Equipment**

- Checks general condition approaching unit _____
- Looks for leakage of coolants, fuel and lubricants _____
- Checks under the hood - oil, water, general condition of engine compartment and steering _____
- Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) _____
- Test brake action, tractor protection valve, and parking (hand) brake _____
- Knows use of jacks, tools, emergency warning devices, tire chains, fire extinguisher, spare fuses, and four way flashers _____
- Checks Instruments _____
- Cleans windshield, windows, mirrors, lights, and reflectors _____

**Part 2 - Placing vehicle in motion and use of controls**

**Engine**
- Turns engine without difficulty _____
- Allows proper warm-up _____
- Understands gauges on instrument panel _____
- Maintains proper engine speed while driving _____
- Basic Knowledge of motors - gas, diesel _____
- Use of motor _____

**Clutch and Transmission**
- Starts loaded unit smoothly _____
- Uses clutch properly _____
- Uses gearshifts properly _____
- Shifts gears smoothly _____
- Uses proper gear sequence _____

**Brakes**
- Understands operating principles of air brakes _____
- Knows proper use of tractor protection valve _____
- Understands low air warning _____
- Test brakes before starting trip _____

- Fails to check traffic conditions & signal when pulling out from parked position _____
- Parks in illegal or unsafe location _____

**Parking (road)**
- Parks off pavement _____
- Avoids parking on soft shoulder _____
- Uses emergency warning signals when required _____
- Secured unit properly _____

**D. Steering**
- Fights steering wheel _____
- Allows truck to wander _____

**E. Lights**
- Knows lighting regulations _____
- Uses proper headlight beam _____
- Dim lights when meeting or following other vehicles _____
- Adjust speed to range of headlights _____
- Proper use of auxiliary lights _____

**Part 3 - Coupling and Uncoupling**
- Lines up units _____
- Hooks brake and light lines properly _____
- Secures trailer against movement _____
- Backs under slowly _____
- Tests hookup with power _____
- Checks hookups visually _____
- Handles landing gear properly _____
- Proper hook-up of full trailer _____
- Secures power unit against movement _____

**Part 4 - Backing and Parking**

**A. Backing**
- Gets out and checks before backing _____
- Looks back as well as uses mirror _____
- Gets out and rechecks conditions on long back _____
- Avoids backing from blind spot _____
- Signals when backing _____
- Controls speed and direction properly while backing _____

**B. Parking (city)**
- Takes too many pull ups _____
- Hits nearby vehicles or stationary objects _____
- Hits curb _____
- Parks too far from curb _____

**D. Grade Crossings**
- Adjusts speed to conditions _____
- Makes safe stop, if required _____
- Selects proper gear _____

**F. Speed**
- Speed consistent with basic ability _____
- Adjusts speed properly to road, weather, traffic conditions, legal limits _____
- Slows down for rough roads _____
- Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 001936
Defendant's Doc. Production

art 5 - Slowing and Stopping

| | |
|---|---|
| sets gears properly ascending | _____ |
| ears down properly | _____ |
| ops and restarts without rolling back | _____ |
| est brakes at top of hills | _____ |
| ses brakes properly on grades | _____ |
| ses mirrors to check traffic to rear | _____ |
| gnals following traffic | _____ |
| voids sudden stops | _____ |
| ops smoothly without excessive | |
| fanning | _____ |
| ops before crossing sidewalk when | |
| coming out of driveway or alley | _____ |
| ops clear of pedestrian crosswalk | _____ |

art 6 - Operating in traffic Passing and Turning

. Turning

| | |
|---|---|
| ns in proper lane well in advance | _____ |
| gnals well in advance | _____ |
| hecks traffic conditions and turns only when | |
| way is clear | _____ |
| oes not swing wide or cut short while turning | _____ |

Traffic Signs and Signals

| | |
|---|---|
| oes an approach signal prepared to stop if | |
| necessary | _____ |
| iolates traffic signal | _____ |
| ans yellow light | _____ |
| arts up too fast or too slow on green | _____ |
| ails to notice or heed traffic signs | _____ |
| ans "stop" signs | _____ |

Intersections

| | |
|---|---|
| djusts speed to permit stopping if necessary | _____ |
| necks for cross traffic regardless of traffic controls | _____ |
| elds right-of-way for safety | _____ |

Passing

| | |
|---|---|
| asses with insufficient clear space | |
| ahead | _____ |
| asses in unsafe location;hill, curve, | |
| intersection | _____ |
| ails to signal change of lanes | _____ |
| ulls out and back - uncertain | _____ |
| ailgates waiting chance to pass | _____ |
| ocks traffic with slow pass | _____ |
| ulls in too short returning to right lane | _____ |

Maintains consistent speed

G. Courtesy and Safety

| | |
|---|---|
| Depends on others for safety | |
| Yields right-of-way for safety | _____ |
| Fails to go ahead when given right-of- | |
| way by others | _____ |
| Tends to crowd other drivers or force | |
| way through traffic | _____ |
| Fails to allow faster traffic to pass | _____ |
| Fails to keep right and in own lane | _____ |
| Unnecessary use of horn | _____ |
| Other discourtesy or improper conduct | _____ |

Part 7- Miscellaneous

A. General Driving Ability and Habits

| | |
|---|---|
| Consistently alert and attentive | |
| Consistently aware of changing traffic | |
| conditions | _____ |
| Adjusts driving to meet changing | |
| conditions | _____ |
| Performs routine functions without taking | |
| eyes from road | _____ |
| Checks instruments regularly | _____ |
| Willing to take instructions & suggestions | _____ |
| Adequate self-confidence in driving | _____ |
| Nervous, apprehensive | _____ |
| Easily angered | _____ |
| Complains too much | _____ |
| Personal appearance, manner,cleanliness | _____ |
| Physical Stamina | _____ |

B. Handling of Freight

| | |
|---|---|
| Checks freight properly | |
| Handles and loads freight properly | _____ |
| Handles bills properly | _____ |
| Breaks down load as required | _____ |

C. Rules and Regulations

| | |
|---|---|
| Knowledge of company rules | |
| Knowledge of regulations, federal, state | |
| local | _____ |
| Knowledge of special truck routes | _____ |

D. Use of Special Equipment (specify)

_____

Remarks:

OK For 1st seal

_____

neral Performance: Satisfactory ____X____ Needs Training _____ Unsatisfactory _____

alified for:Truck __X__ Tractor-Semi trailer _A_ X__ Other _____

gnature of Examiner: _Wallace E Bird_

G.F. Kelley v. U.S. Xpress
D 001937
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

#### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Curtis L. Smith_ SS# █████████████

Address _337 Lincoln St Danville, VA 24541_

License: State _VA_ Class _A_ License # ██████████

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _VA_ Class _A_ License # ████████████

State _____ Class _____ License # _____

Driver's Signature: _Curtis L. Smith_

G.F. Kelley v. U.S. Xpress
D 001938
Defendant's Doc. Production

☐ U.S. XPRESS, INC. ☐ XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Curtis L. Smith_

Social Security No. ████████

Commercial Driver's License No. _924825692_

State _AZ_    Location of Test _Willday, AZ_

Type of Power Unit _Utln_    Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision
on _Aug 22_, 20 _05_
consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to
operate safely the type of commercial motor vehicle listed above.

_William P Beard_ _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are
relieved from any and all duty when making meal or routine stops while en route to
a destination. The duration of your relief shall not be less than 30 minutes or more
than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title
49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-0_ Driver's Signature _Curtis L. Smith_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001939
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): **Curtis L. Smith**

Social Security Number: _____

Motor Vehicle Operators License Number: _____

Type of License: **(A)**   Issuing State: **VA**   Exp. Date: **6-30-07**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | |
| Hours worked | 11 | 11 | 11 | 10.5 | 5 | 0 | 0 | 48.5 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from **3** am/**pm** **8** / **19** / **05** through **8** **am**/pm **8** / **22** / **05**.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

**12:0?** : **22** **8** **05**
Time     Day     Month     Year

Driver's Signature **Curtis L. Smith**

Date **8-22-05**

G.F. Kelley v. U.S. Xpress
D 001940
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001941
Defendant's Doc. Production

SPECIMEN ID NO. **106552990**

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____          _____          _____
Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)          Date (Mo./Day/Yr.)

Daytime Phone No. _____          Date of Birth ____/____/____
                                                              Mo.   Day   Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).--DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

□ NEGATIVE   □ POSITIVE   □ TEST CANCELLED   □ REFUSAL TO TEST BECAUSE:
   □ DILUTE                                    □ ADULTERATED   □ SUBSTITUTED

G.F. Kelley v. U.S. Xpress

D 000489

Defendant's Doc. Production

REMARKS _____

X _____          _____          ____/____/____
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

□ RECONFIRMED   □ FAILED TO RECONFIRM - REASON _____

X _____          _____          ____/____/____
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)