# EXHIBIT 96

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:        ▮▮▮▮▮▮/Name:Joel Stewart
       Specimen ID #:▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 000589**
Defendant's Doc. Production

ATN

SPECIMEN ID NO. **106552989**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

A. Employer Name, Address, I.D. No.
130806

US Xpress/General
P.O. Box 425
Lowell, AR 72746
PH: 423-510-0561 FX: 423-110-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 553025
Dr. Robert Osing, MD
9560 Hwy. 23, Ste. 6
Belle Chasse  LA  70037

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____     JOEL M. STEWART        8/22/05
   Signature of Donor            (PRINT) Donor's Name (First, MI, Last)      Mo. Day Yr

Daytime Phone No. _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5) --DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
   ☐ DILUTE                                    ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____              _____         ___/___/___
   Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED         ☐ FAILED TO RECONFIRM - REASON _____

X _____              _____         ___/___/___
   Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000613
Defendant's Doc. Production

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
     ☐ DILUTE                              ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000486
Defendant's Doc. Production

REMARKS _____

X _____
     Signature of Medical Review Officer              (PRINT) Medical Review Officer's Name (First, MI, Last)         Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____
     Signature of Medical Review Officer              (PRINT) Medical Review Officer's Name (First, MI, Last)         Date (Mo./Day/Yr.)

**REMARKS**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                              ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
**D 000485**
Defendant's Doc. Production

REMARKS

**X**

_____        _____        ___/___/___
Signature of Medical Review Officer                    (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

**TEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED        ☐ FAILED TO RECONFIRM - REASON _____

**X**

_____        _____        ___/___/___
Signature of Medical Review Officer                    (PRINT) Medical Review Officer's Name (First, MI, Last)        Date (Mo./Day/Yr.)

# DRIVER CERTIFICATION FILE

DRIVER NAME _JOEL MACK STEWART_

ADDRESS _132 RIVERVIEW LANE_ CITY _OHATCHEE_ STATE _AL_ ZIP _36271_

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮▮▮

DATE OF EMPLOYMENT _____



G.F. Kelley v. U.S. Xpress
D 001942
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001943
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001944
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001945
Defendant's Doc. Production

SPECIMEN ID NO. **106552989**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

OMB No. 0930-0158

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X _____     JOEL M. STEWART     8/22/05
Signature of Donor     (PRINT) Donor's Name (First, MI, Last)     Date (Mo./Day/Yr.)

Mo.     Day .     Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE     ☐ POSITIVE     ☐ TEST CANCELLED     ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE     ☐ ADULTERATED     ☐ SUBSTITUTED

REMARKS _____

X _____     _____     ___/___/___
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)

G.F. Kelley v. U.S. Xpress
D 001946
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 001947**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001948
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road · Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _STEWART   JOEL   MACK_    SOCIAL SECURITY # ▓▓▓▓▓
       LAST        FIRST      MIDDLE

OTHER NAMES USED    _NONE   MACK_

DATE OF BIRTH ▓▓▓▓▓▓  EMAIL ADDRESS
              MONTH / DAY / YEAR

ADDRESS _132 RIVERVIEW LANE CHATCHEE_    PHONE # ▓▓▓▓▓▓▓
        STREET              CITY

_AL_              _36271_    CELL PHONE # ▓▓▓▓▓▓▓
STATE              ZIP

NOTIFY IN CASE OF EMERGENCY _JIMMY STEWART_    PHONE # ▓▓▓▓▓
_1005 BOSWELL DR.   OXFORD_
ADDRESS _132 RIVERVIEWLANE  CHATCHEE   AL, 36203_
        STREET            CITY        STATE   ZIP

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1)FROM _1991_ TO _PRES_  _132 RIVERVIEW LANE  CHATCHEE AL._  _36271_
                          STREET          CITY        STATE      ZIP

(2)FROM _____ TO _____  _____
                          STREET          CITY        STATE      ZIP

(3)FROM _____ TO _____  _____
                          STREET          CITY        STATE      ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL
HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☐ YES  ☑ NO    GRADUATION DATE _____

NAME _____    LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☑ YES  ☐ NO

BRANCH _NAVY_           DATES:  FROM _1980_    TO _1984_

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 001949
Defendant's Doc. Production

TRAC

STRA

OTHE

IN WH

SHOWI
PRESE

Unempl

From:
Name of
Address o
City
Accidents
Equipment

Unemploy

From:
KE
Name of C
HOI
Address of
City
Accidents
Equipment

Unemploy

From:
5/
Name of C
137
Address of
CHA
City
Accidents
Equipment

Unemploy

From: /
C. C
Name of Co
CHA
Address of Company

City          State          Zip
Accidents    YES   OR  NO    HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001950
Defendant's Doc. Production

Unemployed  From:                    To:                    To verify call:  Name:                    Phone #:

From:                    To:                                        (        )
                                                                Area Code — Phone #

Name of Company                                        Your Job Classification

Address of Company                                    Reason for Leaving

City                    State            Zip
Accidents   YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1   2   3   4  / MORE
Equipment Driven        ☐ Tractor Trailer    ☐ Straight Truck  ☐ Other                    Miles Per Week

Unemployed  From:                    To:                    To verify call:  Name:                    Phone #:

From:                    To:                                        (        )
                                                                Area Code — Phone #

Name of Company                                        Your Job Classification

Address of Company                                    Reason for Leaving

City                    State            Zip
Accidents   YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1   2   3   4  / MORE
Equipment Driven        ☐ Tractor Trailer    ☐ Straight Truck  ☐ Other                    Miles Per Week

Unemployed  From:                    To:                    To verify call:  Name:                    Phone #:

From:                    To:                                        (        )
                                                                Area Code — Phone #

Name of Company                                        Your Job Classification

Address of Company                                    Reason for Leaving

City                    State            Zip
Accidents   YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1   2   3   4  / MORE
Equipment Driven        ☐ Tractor Trailer    ☐ Straight Truck  ☐ Other                    Miles Per Week

IN THE PAST.                    PCV    CMV

                                PCV    CMV

G.F. Kelley v. U.S. Xpress
D 001951
Defendant's Doc. Production

# ACCIDENTS

List and explain in detail giving dates and location of all accidents that you have been involved in during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. **FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DIS-QUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS, WRITE "NONE."**

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage | | Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|------|------|------|------|------|------|---|------|------|------|------|------|------|
| | | | | | | | | | | | | |

Describe Accident  *NONE*

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage | | Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|------|------|------|------|------|------|---|------|------|------|------|------|------|
| | | | | | | | | | | | | |

Describe Accident

Describe Accident

# AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of this orientation

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substance testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

GIF: Kelley v. U.S. Xpress
D 001952



NOTE: If a [...] [fi]eld was blank in
the rep[...] [...] assumptions
about [...] [in]dicates a "no



G.F. Kelley v. U.S. Xpress
D 001954
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _Paul Mark Stewart_ , understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| KELLY | 6/23/03 ~ 5/05 |
| KELLY EXCAVATING | 6/100 - 6/03 |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_Paul Mark Stewart_                          ████████████         8/22/05
Signature of applicant                              SSN                      DATE

G.F. Kelley v. U.S. Xpress
D 001955
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _JOEL MACK STEWART_   SS# ▮▮▮▮▮▮▮▮

Address _132 RIVERVIEW LANE CHATCHEE AL 36271_

License: State _AL_   Class _A_   License # ▮▮▮▮▮▮▮▮

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____   License # _____

State _____ Class _____   License # _____

Driver's Signature: _Joel Mack Stewart_

G.F. Kelley v. U.S. Xpress
D 001956
Defendant's Doc. Production

**U.S. XPRESS, INC.   XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _John Hiber Stewart_

Social Security No. ▆▆▆▆▆▆

Commercial Driver's License No. ▆▆▆▆▆▆

State _TN_  Location of Test _Gadsden_

Type of Power Unit _Semi T_  Type of Trailer(s) _52 Tandem_

This is to certify that the above driver was given a road test under my supervision

on _5-22_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle noted above.

_____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _5/22/05_  Driver's Signature _John Hiber Stewart_

_____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001957
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): **JOEL MACK STEWART**

Social Security Number: ▬▬▬▬▬▬

Motor Vehicle Operators License Number: ▬▬▬▬▬▬

Type of License: **A**    Issuing State: **AL**    Exp. Date: **1-8-08**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | ▬▬ |
| Hours Worked | 10:00 | 9:50 | 13:25 | 0 | 0 | 0 | 0 | 0 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am pm _____ through _____ am pm

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

**3:45 PM**    **27**    **8**    **2005**
Time          Day    Month    Year

*Joel Mack Stewart*
Driver's Signature

**8-22-05**
Date

G.F. Kelley v. U.S. Xpress
D 001958
Defendant's Doc. Production