# EXHIBIT 97

# Result Report

***Confidential***

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: /Name:Wade Keith Taft
Specimen ID #:

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.

ds.

G.F. Kelley v. U.S. Xpress
D 000451
Defendant's Doc. Production

SIGNATURE:____________________ DATE:________

G.F. Kelley v. U.S. Xpress
D 000850
Defendant's Doc. Production

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE:____________________ DATE__________

SAFETY MANAGER SIGNATURE:____________________ DATE__________

07463
6274

nviction(s)

e attach

ove

SIGNATURE:______________________________ DATE:__________

CONDITIONAL OFFER TO BE MADE: YES OR NO
DISQUALIFIED FROM ORIENTATION: YES OR NO

RECRUITING MANAGER SIGNATURE:______________________________ DATE__________

SAFETY MANAGER SIGNATURE:______________________________ DATE__________

G.F. Kelley v. U.S. Xpress
D 000804
Defendant's Doc. Production

SPECIMEN ID NO. 106553020

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

130808

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 653020
DRUI-Robert Wing, MD
6158 Hwy. 93, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4151 FX: 214-387-5200

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X [signature] — Signature of Donor

Wade Keith Taft — (PRINT) Donor's Name (First, MI, Last)

8/25/05 — Date (Mo./Day/Yr.)

Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000632
Defendant's Doc. Production

REMARKS ______

X ______ Signature of Medical Review Officer

______ (PRINT) Medical Review Officer's Name (First, MI, Last)

/ / Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON ______

X ______ Signature of Medical Review Officer

______ (PRINT) Medical Review Officer's Name (First, MI, Last)

/ / Date (Mo./Day/Yr.)

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:

☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000452
Defendant's Doc. Production

REMARKS ______

X ______ Signature of Medical Review Officer ______ (PRINT) Medical Review Officer's Name (First, MI, Last) __/__/__ Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON ______

X ______ Signature of Medical Review Officer ______ (PRINT) Medical Review Officer's Name (First, MI, Last) __/__/__ Date (Mo./Day/Yr.)

Michelle ext. 3282
fax 423 510-6138

**U. S. XPRESS, INC.**
4080 Jenkins Road - Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Taft (LAST) Wade (FIRST) "Keith" (MIDDLE) SOCIAL SECURITY # [redacted]

OTHER NAMES USED N/A

DATE OF BIRTH [redacted] (MONTH / DAY / YEAR) EMAIL ADDRESS N/A

ADDRESS 1420 Laf. " " Roanoke (STREET) PHONE # [redacted]

AL (STATE) 274 (ZIP) CELL PHONE # [redacted]

Change D.O.B.

NOTIFY IN CASE OF EMERGENCY PHONE # [redacted]

ADDRESS 1420 Lafe (STREET) AL (STATE) 36274 (ZIP)

REFERRED TO USX BY WHOM? Kelley

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

| | FROM | TO | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| (1) | Dec 04 | | 1420 Lafayette Hwy | Roanoke | AL | 36274 |
| (2) | | Dec 04 | 4039 Co Rd 17 | Roanoke | AL | 36274 |
| (3) | | | | | | |

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☐ YES ☒ NO GRADUATION DATE ______

NAME ______ LOCATION: ______

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH ______ DATES: FROM ______ TO ______

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED ______

G.F. Kelley v. U.S. Xpress
D 000772
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000773
Defendant's Doc. Production

Unemployed From: To: To verify call: Name: Phone #:

From: To: ( ) Area Code — Phone #

Name of Company

Your Job Classification

Address of Company

Reason for Leaving

City State Zip

Accidents YES OR NO HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE

Equipment Driven ☐ Tractor Trailer ☐ Straight Truck ☐ Other ____ Miles Per Week ____

1.
2.
3.
4.

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 000774
Defendant's Doc. Production

Michelle 0173782 fax 423 510-6138

# ACCIDENTS

List and explain in detail giving dates and location of all accidents that you have been involved in during the past five years, in any type of vehicle, and regardless of whether you feel they were chargeable or nonchargeable. FAILURE TO LIST ALL ACCIDENTS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO ACCIDENTS IN THE PAST 5 YEARS, WRITE "NONE."

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident: NONE

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

| Date | Type Vehicle | Whose Fault | Fatalities? Yes or No | Injuries? Yes or No | $ Amount of All Damage |
|---|---|---|---|---|---|
| | | | | | |

Describe Accident

# TRAFFIC VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 5 years. FAILURE TO LIST ALL TRAFFIC VIOLATIONS MAY RESULT IN YOUR DISQUALIFICATION. IF YOU HAVE HAD NO TRAFFIC VIOLATIONS IN THE PAST 5 YEARS, WRITE "NONE."

| Traffic Conviction(s): Describe | Date | City & State | Penalty | Circle One | |
|---|---|---|---|---|---|
| NONE | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |
| | | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature: [signature] Date: 8-12-05

USX is an Equal Opportunity Employer

USX-DA-Rev. 2-05

G.F. Kelley v. U.S. Xpress
D 000775
Defendant's Doc. Production



# Report Results

Search

The se
TAFT,

The se
1420 1

EUEPU

*FOR* ME*
(I) E 26CT

*SUBJ
TAFT, NE*

*CURR TD*
773 F
*FORM
4039
-----------------------------------------------------------------

213

G.F. Kelley v. U.S. Xpress
D 000851
Defendant's Doc. Production

of 3

G.F. Kelley v. U.S. Xpress
D 000852
Defendant's Doc. Production