# EXHIBIT 98

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    ████████/Name:Jesse Taylor
       Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 000573**
Defendant's Doc. Production

184

n(s)

cb

Requires two signatures to be completed: YES  OR  NO
SIGNATURE:_____ DATE:_____

CONDITIONAL OFFER TO BE MADE:  YES OR NO
DISQUALIFIED FROM ORIENTATION:  YES OR  NO

RECRUITING MANAGER SIGNATURE:_____ DATE_____

SAFETY MANAGER SIGNATURE:_____ DATE_____

G.F. Kelley v. U.S. Xpress
D 000805
Defendant's Doc. Production

SPECIMEN ID NO. **106417724**

**ATN**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.        133606

JB Xpress/Hadley
P.O. Box 465
Lowell, AR 72745
PH: 407-510-5540  FX: 405-510-5792

B. MRO Name, Address, Phone and Fax No.

Profile # 680436
SHMI-Robert Pflug, MD
8659 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-1-8-9151  FX: 214-587-5200

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Jesse Taylor_          JESSE TAYLOR          Date (Mo./Day/Yr.) 8/22/0

(PRINT) Donor's Name (First, MI, Last)

Daytime Phone No. _____   Evening Phone No. _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).-DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
              ☐ DILUTE                          ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____     _____     ___/___/___
  Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     ___/___/___
  Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000602
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 000498
Defendant's Doc. Production

# DRIVER CERTIFICATION FILE

DRIVER NAME _JESSE    TAYLOR_

ADDRESS _1265 Co. Rd 26_          CITY _OPELIKA_          STATE _AL_  ZIP _36801_

SOCIAL SECURITY NO. ▓▓▓▓▓▓▓▓

DATE OF EMPLOYMENT _8-22-05_

G.F. Kelley v. U.S. Xpress
D 001959
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001960
Defendant's Doc. Production





G.F. Kelley v. U.S. Xpress
D 001961
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001962
Defendant's Doc. Production

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:         ▮▮▮▮▮▮▮/Name: Jesse Taylor
        Specimen ID #: ▮▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 001963
Defendant's Doc. Production

OMB No. 0930-0158

☐ RECONFIRMED          ☐ FAILED TO RECONFIRM - REASON _____

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)

G.P. Kelley v. U.S. Xpress
D 001964
Defendant's Doc. Production

AUG 16 2005 7:43AM    ISERJET 3200    49697    P.1
AUG-10-2001 WED 09:53 AM KEL TRUCKING    7063953777    P. 001/004

*Doc Order*
*mves AL*

*Michelle ext. 3782*
*fax 423 510-6138*

## U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

# DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed. If a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

# PERSONAL

NAME _TAYLOR JI_ _JESSE_ _____
LAST    FIRST    MIDDLE    SOCIAL SECURITY # ████████

OTHER NAMES USED _TAYLOR_

DATE OF BIRTH ████ EMAIL ADDRESS _____
MONTH DAY YEAR

ADDRESS _1265 Co. Rd 26_ _OPELIKA_ PHONE # ████████
STREET    CITY    AREA CODE

_AL_ _36801_ CELL PHONE # ████████
STATE    ZIP    AREA CODE

NOTIFY IN CASE OF EMERGENCY _JESSE TAYLOR SR_ PHONE # ████████
AREA CODE

ADDRESS _Gun Park_ _Atlanta_ _GA_ _30328_
STREET    CITY    STATE    ZIP

REFERRED TO USX BY WHOM? _KELLY Trucking_

# RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM _5-39_ TO _2001_ _4417 OakBowery Rd_ _OPELIKA_ _AL_ _36801_
STREET    CITY    STATE    ZIP

(2) FROM _8-14-2001_ TO _8-21_ _1265 Co Rd 26_ _OPELIKA_ _AL_ _36801_
STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____ _____
STREET    CITY    STATE    ZIP

# EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO GRADUATION DATE _1986 and 2001_

NAME _East. AL and Central, AL, Truck School_ LOCATION _Lafayette, Al Opelika - AL_

# MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☑ NO

BRANCH _____ DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _Tractor Trailer_

G.F. Kelley v. U.S. Xpress
D 001965
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001966

8

City _____ State _____ Zip _____
Accident: **YES OR NO** HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven ☐ Tractor Trailer ☐ Straight Truck ☐ Other_____ Miles Per Week _____

Unemployed From: _____ To: _____ To Verify with: Name: _____ Phone #: _____
From: _____ To: _____ ( )
Area Code — PRINT #

Name of Company _____ Your Job Classification _____
Address of Company _____ Reason for Leaving _____
City _____ State _____ Zip _____
Accident: **YES OR NO** HOW MANY (PLEASE CIRCLE) 1 2 3 4 / MORE
Equipment Driven ☐ Tractor Trailer ☐ Straight Truck ☐ Other_____ Miles Per Week _____

## Alcohol & Controlled Substance Testing

LIS

| | | POV | CHV | | |
|---|---|---|---|---|---|

* Disclosure of this information does not necessarily disqualify you from consideration.

G.F. Kelley v. U.S. Xpress
D 001967
Defendant's Doc. Production



**AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)**

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other testing, as a terms and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reason for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies and public records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above described information and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies to which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as a handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

| | | |
|---|---|---|
| Signature | Date 8-16-05 | G.F. Kelley V. U.S. Xpress |

D 001968
Defendant's Doc. Production

## PREVIOUS EMPLOYMENT VERIFICATION



$East$

VERIFIED BY: _Eddis Adams_  POSITION _Recruity_  DATE _8/24/05_
Print Name

Please complete as much information as possible so that we can assure that are roads are safe
for your family and ours.

BI's signature _____ Sara Romero_____ Date ___8/19/05___

US XPRESS | Sara Romero | 800.251.6291 x3350 | 423-510-6082 Fax | sromero@usxpress.com

# U.S. XPRESS ENTERPRISES, INC.

## UMEMPLOYMENT/SELF EMPLOYMENT VERIFICATION



# U.S. XPRESS ENTERPRISES, INC.

## PREVIOUS EMPLOYMENT VERIFICATION

Personal Information          Company Information

Jesse Taylor                 ESTES EXPRESS

Dates of Employment

ICC

WH
N/A

G.F. Kelley v. U.S. Xpress
D 001971
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001972**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001973**
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 001974**
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
**D 001974**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 001976**
Defendant's Doc. Production

# U.S. XPRESS ENTERPRISES, INC.

## PREVIOUS EMPLOYMENT VERIFICATION

| Personal Information | Company Information | |
|---|---|---|
| Jesse Taylor | J B HUNT TRANSPORTATION DBA : | Dates of Employment |

G.F. Kelley v. U.S. Xpress
D 001977
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001978
Defendant's Doc. Production

# D.A.C. Services Employment History Report



NOTE: If
the rep
about

r the field was blank in
t make assumptions
ank indicates a "no

P

L                                                          2004

rep

rep

LO
W

G.F. Kelley v. U.S. Xpress
D 001979
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001980
Defendant's Doc. Production

# D.A.C. Services CDLIS+ Report
### Date Received: 8/19/2005 14:33
Driver: TAYLOR JESSE JR



G.F. Kelley v. U.S. Xpress
**D 001981**
Defendant's Doc. Production

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, JESSE TAYLOR _, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
| --- | --- |
| KELLY Trucking | 1-26-04 |
| Joel Black Trucking | 1-20-02 |
| J.B Hunt | 7-10-004 |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

Jesse Taylor
_____
Signature of applicant

[SSN redacted]
_____
SSN

8-22-05
_____
DATE

G.F. Kelley v. U.S. Xpress
D 001982
Defendant's Doc. Production

Name JESSE/TAYLOR   Address 1265 Co Rd 26. OPelika. AL 36801

License No. 4480790   State AL   Equipment Driven Tractor FLTDNY VOLVO /Trailer Art

Proceed From Opelika AL To Opelika/AL   Date 8-27-05

## Part 1 - Pre-Trip Inspection and Emergency
### Equipment

Checks general condition approaching unit   _____

Looks for leakage of coolants, fuel, and lubricants   _____

Checks under the hood - oil, water, general condition
of engine compartment and steering   _____

Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumpers)   _____

Test brake action, tractor protection valve, and
parking (hand) brake   _____

Knows use of racks, tools, emergency warning devices,
fire chains, fire extinguisher, spare fuses, and
four way flashers   _____

Checks instruments   _____

Cleans windshield, windows, mirrors, lights, and
reflectors   _____

## Part 2 - Placing vehicle in motion and use of controls

### A. Engine

Starts engine without difficulty   _____

Allows proper warm-up   _____

Understands gauges on instrument panel   _____

Maintains proper engine speed while driving   _____

Basic knowledge of motors - gas, diesel   _____

Abuse of motor   _____

### B. Clutch and Transmission

Starts loaded unit smoothly   _____

Uses clutch properly   _____

Times gearshifts properly   _____

Shifts gears smoothly   _____

Uses proper gear sequence   _____

### C. Brakes

Understands operating principles of air brakes   _____

Knows proper use of tractor protection valve   _____

Understands low air warning   _____

Test brakes before starting trip   _____

Fails to check traffic conditions & signal
when pulling out from parked position   _____

Parks in illegal or unsafe location   _____

### Parking (road)

Parks off pavement   _____

Avoids parking on soft shoulder   _____

Uses emergency warning signals when
required   _____

Parked unit properly   _____

### D. Steering

Fights steering wheel   _____

Allows truck to wander   _____

### E. Lights

Knows lighting regulations   _____

Uses proper headlight beam   _____

Dim lights when meeting or following other vehicles   _____

Adjust speed to range of headlights   _____

Proper use of auxiliary lights   _____

## Part 3 - Coupling and Uncoupling

Lines up units   _____

Hooks brake and light lines properly   _____

Secures trailer against movement   _____

Backs under slowly   _____

Tests hookup with power   _____

Checks hookups visually   _____

Handles landing gear properly   _____

Proper hook-up of full trailer   _____

Secures power unit against movement   _____

## Part 4 - Backing and Parking

### A. Backing

Gets out and checks before backing   _____

Looks back as well as uses mirror   _____

Gets out and rechecks conditions on
long back   _____

Avoids backing from blind spot   _____

Signals when backing   _____

Controls speed and direction properly
while backing   _____

### B. Parking (city)

Takes too many pull ups   _____

Hits nearby vehicles or stationary objects   _____

Hits curb   _____

Parks too far from curb   _____

### D. Grade Crossings

Adjusts speed to conditions   _____

Makes safe stop, if required   _____

Selects proper gear   _____

### F. Speed

Speed consistent with basic ability   _____

Adjusts speed properly to road, weather,
traffic conditions, legal limits   _____

Slows down for rough roads

Slows down in advance of curves

G.F. Kelley v. U.S. Xpress
D 001983
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Maintains constant speed

| | |
|---|---|
| Uses roads properly as needed | — — |
| Slows down properly | |
| Slows and starts smoothly falling back | — — |
| Test brakes at top of hills | — — |
| Uses brake properly on grades | — — — |
| Uses caution in dense traffic, in rain | — — |
| Signals following traffic | — — — — |
| Avoids sudden stops | |
| Stops smoothly without excessive | — — |
| jamming | |
| Stops before crossing sidewalk when | |
| coming out of driveway or alley | |
| Stops clear of pedestrian crosswalk | — — — — |

Part 6 - Operating in traffic Passing and Turning

A. Turning

| | |
|---|---|
| Gets in proper lane well in advance | — — — — |
| Signals well in advance | — — — — |
| Checks traffic conditions and turns only when | |
| way is clear | — — — |
| Does not swing wide or cut short while turning | — — — — |

B. Traffic Signs and Signals

| | |
|---|---|
| Does not approach signal prepared to stop if | |
| necessary | |
| Obeys traffic signal | — — — — |
| Runs yellow light | — — — — |
| Starts up too fast or too slow on green | — — — — |
| Fails to notice or heed traffic signs | — — — — |
| Runs "stop" signs | — — — — |

C. Intersections

| | |
|---|---|
| Adjusts speed to permit stopping if necessary | — — — — |
| Checks for cross traffic regardless of traffic controls | — — — |
| Yields right-of-way for safety | — — — — |

D. Passing

| | |
|---|---|
| Passes with insufficient clear space | |
| ahead | — — — |
| Passes in unsafe location:hill, curve, | |
| intersection | — — — |
| Fails to signal change of lanes | — — — — |
| Pulls out and back - uncertain | — — — — |
| Mitigates waiting chance to pass | — — — — |
| Blocks traffic with slow pass | — — — |
| Pulls in too short returning to right lane | — — — — |

| | |
|---|---|
| General Performance: Satisfactory _____ N _____ Needs Training | Unsatisfactory _____ |
| Qualified for:Truck _ X __ Tractor-Semi trailer _4_ N _____ Other: _____ |

Signature of Examiner _Catedra Beard_

G. Courtesy and Safety

| | |
|---|---|
| Demands or others for safety | |
| Yields right-of-way for safety | |
| Fails to go ahead when given right-of- | |
| way by others | — — — |
| Tends to crowd other drivers or force | |
| way through traffic | — — — |
| Fails to allow faster traffic to pass | — — — |
| Fails to keep right and in own lane | — — |
| Unnecessary use of horn | |
| Other discourtesy or improper conduct | |

Part 7 - Miscellaneous

A. General Driving Ability and Habits

| | |
|---|---|
| Consistently alert and attentive | |
| Consistently aware of changing traffic | |
| conditions | |
| Adjusts driving to meet changing | |
| conditions | |
| Performs routine functions without taking | |
| eyes from road | |
| Checks instruments regularly | |
| Willing to take instructions & suggestions | |
| Adequate self-confidence in driving | |
| Nervous, apprehensive | |
| Easily angered | |
| Complains too much | |
| Personal appearance, manner,cleanliness | |
| Physical Stamina | |

B. Handling of Freight

| | |
|---|---|
| Checks freight properly | |
| Handles and loads freight properly | — — — |
| Handles bills properly | |
| Breaks down load as required | |

C. Rules and Regulations

| | |
|---|---|
| Knowledge of company rules | |
| Knowledge of regulations, federal, state | |
| local | — — — |
| Knowledge of special truck routes | — — — |
| D. Use of Special Equipment (specify) | |

Remarks:

OK For 1st seat

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

1. Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name  JESSE   TAYLoR   SS# ▓▓▓▓▓

Address  1265 Co. Rd 26   OPELIKA   AL  36801

License: State  AL   Class  7X   License # ▓▓▓▓▓▓▓

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State  _ _ _ _  Class _____   License # _____

State  _ _ _ _  Class _____   License # _____

Driver's Signature:  Jesse Taylor

G.F. Kelley v. U.S. Xpress
D 001985
Defendant's Doc. Production

U.S. XPRESS, INC.   XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name  JESSE  Taylor

Social Security No. ▓▓▓▓▓▓

Commercial Driver's License No. ▓▓▓▓▓▓

State  FL   Location of Test  Guntersville

Type of Power Unit  Volvo  Type of Transfer  53'

This is to certify that the above driver was given a road test under my supervision

on  July 22  20 05

consisting of approximately  20  miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above

Jesse Taylor _____ SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book

Date  8-27-05  Driver's Signature  Jesse Taylor

_____    _____ SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001986
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): JESSE TAYLOR

Social Security Number: ███████████

Motor Vehicle Operators ███████████

Type of License: A   Issuing State: AL   Exp. Date: 4-1-2008

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | Total |
|-----|---|---|---|---|---|---|---|---|-------|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | | ███ |
| Hours Worked | 0 | 11 | 10 | 10.25 | 11.25 | 11 | 4 | | 57 / 50 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm _____ through _____ am/pm.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

| Time | Day | Month | Year |
|------|-----|-------|------|
| _____ | _____ | _____ | 8-22-05 |

Driver's Signature: _Jesse Tay_   Date

G.F. Kelley v. U.S. Xpress
D 001987
Defendant's Doc. Production



# Report Results

Query ID 329090

Search
Identifier    Jesse Taylor



G.F. Kelley v. U.S. Xpress
D 001988
Defendant's Doc. Production

ID REPORT SERVICED BY:
TRANS UNION
2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA. 19022          800-888-4213

G.F. Kelley v. U.S. Xpress
D 001989
Defendant's Doc. Production

D

A
#
A
do

Do
ev
acc
rev

Req
SIG

ONDITIONAL OFFER TO BE MADE:  YES OR NO
SQUALIFIED FROM ORIENTATION:  YES OR  NO

ECRUITING MANAGER SIGNATURE:

DATE

FETY MANAGER SIGNATURE:

DATE

G.F. Kelley v. U.S. Xpress
D 001990
Defendant's Doc. Production

Record Clear: Y



G.F. Kelley v. U.S. Xpress
**D 001991**
Defendant's Doc. Production