# EXHIBIT 102

# Result Report

### *Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN: ███████ /Name: James Todd
        Specimen ID # ██████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
**D 000582**
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. 106417742

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. 133606 | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 'U Xpress, Wadley<br>P.O. Box 466<br>Lowell, AR 72745<br>PH: 423-510-3700 FX: 423-510-3790 | Profile # E8743E<br>DFWI-Robert Pflug, MD<br>8536 Hwy. 23, Ste. 4<br>Belle Chasse, LA 70037<br>PH: 504-394-4150   FX: 214-367-5200 |

*evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

x _James W. Todd_    (PRINT) Donor's Name (First, MI, Last) _James W. Todd_    Date (Mo./Day/Yr.) _8/22/05_
   Signature of Donor

Daytime Phone No. (_334_) _644-3558_   Evening Phone No. (____) _Same_   Date of Birth ▮▮▮▮▮▮

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                          ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS _____

X _____    _____    ___/___/___
   Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
   Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000593
Defendant's Doc. Production

SPECIMEN ID NO  105417742

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)

A. Employer Name, Address, I.D. No.    132606

B. MRO Name, Address, Phone and Fax No.

evidence seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _JAMES W. Todd_      James W. Todd      8/22/0
　　　Signature of Donor      (PRINT) Donor's Name (First, MI, Last)      Date (Mo./Day/Yr)

Daytime Phone No. _334)644-3558_    Evening Phone No. ( ) _Same_    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask
about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own re
THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NC
PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
　　☐ DILUTE　　　　　　　　　　　　　　　☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____
　Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____
　Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day)

G.F. Kelley v. U.S. Xpress
D 000499
Defendant's Doc. Production

O/D

# DRIVER CERTIFICATION FILE

DRIVER NAME  James W. Todd

ADDRESS 907 S, 7th Ave,    CITY Lanett    STATE AL.    ZIP 36863

SOCIAL SECURITY NO.  ▮▮▮▮▮

DATE OF EMPLOYMENT  8-22-05

no hazmat

neg D/S
Test @ Nist X

physical -
Pg 1 - Name as on SS
    other names used
    DOB
Residence - dale
Military - y-N
pg 2 - driv exp # Mi
MVR - AL - DE
Kelly - PE
Tim Grant
Monroe

Pg 2 - reason for leave
all jobs
part social none if true
SOC DETAILS
past D/A add Kelly,
7 day BkLog - complete
Road Test Cert Card



G.F. Kelley v. U.S. Xpress
D 001751
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001752
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001753
Defendant's Doc. Production



Employee Screening                                                    Page 4 of 4

# Result Report

## *Confidential*

08/23/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:  DER

Re:    SSN            /Name:James Todd
       Specimen ID

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 001754
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001755
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001756
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001757
Defendant's Doc. Production

SPECIMEN ID NO. 106417742

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.                   B. MRO Name, Address, Phone and Fax No.

132606

X *James W. Todd*                 *James W. Todd*            8/22/05

Signature of Donor              (PRINT) Donor's Name (First, MI, Last)        Mo.  Day  Yr.

Daytime Phone No. (334) 644-3558    Evening Phone No. (    ) *same*     Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
        ☐ DILUTE                              ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

_____

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)

G.F. Kelley v. U.S. Xpress
D 001758
Defendant's Doc. Production

Page 1

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed, if a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME  Todd  James  Winford    SOCIAL SECURITY # ▓▓▓▓▓
LAST    FIRST    MIDDLE

OTHER NAMES USED  None    D.O.B. ▓▓▓  EMAIL ADDRESS
MONTH/DAY/YEAR

ADDRESS  907 S, 7th Ave  Lanett  AL,  36863  PHONE # ▓▓▓
STREET    CITY    STATE    ZIP

NOTIFY IN CASE OF EMERGENCY  Geraldine Williams    PHONE # ▓▓▓

ADDRESS  Same as above
STREET    CITY    STATE    ZIP

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☑ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☑ NO  DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☑ NO    IF YES, ANSWER A) AND B)

A) DATES:  FROM _____  TO _____  POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☐ NO    BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 7-00 TO PRESENT 8-05  907 S, 7th Ave  Lanett  AL,  36863
STREET    CITY    STATE    ZIP

(2) FROM _____ TO _____
STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____
STREET    CITY    STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☑ YES ☐ NO    GRADUATION DATE Sept 1987

NAME  United Truck Master    LOCATION: Tampa FL.

## MILITARY STATUS

G.F. Kelley v. U.S. Xpress
D 001759
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☑ YES ☐ NO

BRANCH  Army    DATES:  FROM 8-71  TO 8-74

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☑ NO

G.F. Kelley v. U.S. Xpress
D 001760
Defendant's Doc. Production

Name of Company

Address of Company

City

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001761
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001762
Defendant's Doc. Production



I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification, as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Section(s) 382,405, 382,413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol, and controlled substances testing/training. C.F. Kelley V. U.S. Xpress utilization and I agree to release them from any and all liability for supplying said information.

D 001763

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, __James W. Todd__, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| F.m Brant   205-301-3317 | 1-04 to 3-05 |
| monroe Trucking  678-618-2532 | 1-97 to 12-03 |
| Kelly Trucking Inc. | 4-2005 - 8-2005 |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_James W. Todd_
Signature of applicant

SSN

_8-22-05_
DATE

G.F. Kelley v. U.S. Xpress
D 001764
Defendant's Doc. Production

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks)

Name: _James W. Todd_ Address: _907 S. 7th Ave, Lanett Al._

License No: _3180097_ State: _AL_ Equipment Driven: Tractor _FLCONV/VOLVO_ Trailer_53'_

Checked From: _Wadley_ To: _Wadley, AL_ Date: _8-22-05_

## Part 1 - Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| Checks general condition approaching unit | _____ |
| Looks for leakage of coolants, fuel and lubricants | _____ |
| Checks under the hood - oil, water, general condition | |
| of engine compartment and steering | _____ |
| Checks around the unit - tires, lights, trailer hookup | |
| brake and light lines, body, doors, horn, windshield | |
| wipers, rear end protection (bumper) | _____ |
| Test brake action, tractor protection valve, and | |
| parking (hand) brake | _____ |
| Knows use of jacks, tools, emergency warning devices, | |
| fire chains, fire extinguisher, spare fuses, and | |
| four way flashers | _____ |
| Checks Instruments | _____ |
| Cleans windshield, windows, mirrors, lights, and | |
| reflectors | _____ |

## Part 2 - Placing vehicle in motion and use of controls

### A. Engine

| | |
|---|---|
| Starts engine without difficulty | _____ |
| Allows proper warm-up | _____ |
| Understands gauges on instrument panel | _____ |
| Maintains proper engine speed while driving | _____ |
| Basic Knowledge of motors - gas, diesel | _____ |
| Abuse of motor | _____ |

### B. Clutch and Transmission

| | |
|---|---|
| Starts loaded unit smoothly | _____ |
| Uses clutch properly | _____ |
| Times gearshifts properly | _____ |
| Shifts gears smoothly | _____ |
| Uses proper gear sequence | _____ |

### C. Brakes

| | |
|---|---|
| Understands operating principles of air brakes | _____ |
| Knows proper use of tractor protection valve | _____ |
| Understands low air warning | _____ |
| Test brakes before starting trip | _____ |
| Fails to check traffic conditions & signal | |
| when pulling out from parked position | _____ |
| Parks in illegal or unsafe location | _____ |

### D. Parking (road)

| | |
|---|---|
| Parks off pavement | _____ |
| Avoids parking on soft shoulder | _____ |
| Uses emergency warning signals when | |
| required | _____ |
| Secured unit properly | _____ |

### D. Steering

| | |
|---|---|
| Fights steering wheel | _____ |
| Allows truck to wander | _____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | _____ |
| Uses proper headlight beam | _____ |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed to range of headlights | _____ |
| Proper use of auxiliary lights | _____ |

## Part 3 - Coupling and Uncoupling

| | |
|---|---|
| Lines up units | _____ |
| Hooks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

## Part 4 - Backing and Parking

### A. Backing

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | _____ |
| Gets out and rechecks conditions on | |
| long back | _____ |
| Avoids backing from blind spot | _____ |
| Signals when backing | _____ |
| Controls speed and direction properly | |
| while backing | _____ |

### B. Parking (city)

| | |
|---|---|
| Takes too many pull ups | _____ |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

### D. Grade Crossings

| | |
|---|---|
| Adjusts speed to conditions | _____ |
| Makes safe stop, if required | _____ |
| Selects proper gear | _____ |

### F. Speed

| | |
|---|---|
| Speed consistent with basic ability | |
| Adjusts speed properly to road, weather, | |
| traffic conditions, legal limits | _____ |
| Slows down for rough roads | |
| Slows down in advance of curves, | |

G.F. Kelley v. U.S. Xpress
D 001765
Defendant's Doc. Production

**Part 5 - Slowing and Stopping**

Uses gears properly ascending _____
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive
  fanning _____
Stops before crossing sidewalk when
  coming out of driveway or alley _____
Stops clear of pedestrian crosswalk _____

**Part 6 - Operating in traffic Passing and Turning**
**A. Turning**
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when
  way is clear _____
Does not swing wide or cut short while turning _____

**B. Traffic Signs and Signals**
Does not approach signal prepared to stop if
  necessary _____
Violates traffic signal _____
Runs yellow light _____
Starts up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____

**C. Intersections**
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____

**E. Passing**
Passes with insufficient clear space
  ahead _____
Passes in unsafe location;hill, curve,
  intersection _____
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Tailgates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

intersections, etc.
Maintains consistent speed _____

**G. Courtesy and Safety**
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
  way by others _____
Tends to crowd other drivers or force
  way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

**Part 7- Miscellaneous**
**A. General Driving Ability and Habits**
Consistently alert and attentive _____
Consistently aware of changing traffic
  conditions _____
Adjusts driving to meet changing
  conditions _____
Performs routine functions without taking
  eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

**B. Handling of Freight**
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

**C. Rules and Regulations**
Knowledge of company rules _____
Knowledge of regulations, federal, state
  local _____
Knowledge of special truck routes _____
**D. Use of Special Equipment (specify)**

Remarks: _____
OK For 1st seat _____
_____
_____

General Performance: Satisfactory____X____ Needs Training _____ Unsatisfactory _____
Qualified for:Truck _____ Tractor-Semi trailer ___X_____ Other _____

Signature of Examiner: _____

G.F. Kelley v. U.S. Xpress
D 001766
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License/Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _James W. Todd_    SS# ▮▮▮▮▮▮▮▮

Address _907 S. 7th Ave Lanett Al. 36863_

License: State _AL_    Class _CdL_    License # _3180087_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _James W. Todd_

G.F. Kelley v. U.S. Xpress
D 001767
Defendant's Doc. Production

☐ **U.S. XPRESS, INC.**  ☐ **XPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _James W. Todd_

Social Security No. ▓▓▓▓▓▓▓▓

Commercial Driver's License No. _11 4087_

State _AL_   Location of Test _Wedley, AL_

Type of Power Unit _Conv_   Type of Trailer(s) _52 va_

This is to certify that the above driver was given a road test under my supervision

on _8-22_ , 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_(signature)_
**SAFETY DEPT**
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-22-05_   Driver's Signature _James W. Todd_

_(signature)_
**SAFETY DEPT**
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 001768
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _James W. Todd_

Social Security Number: █████████

Motor Vehicle Operators License Number: _3180087_

Type of License: (A)_dl_ Issuing State: _AL._  Exp. Date: _3-19-2008_

| )ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | / /05 | ███ |
| Hours Worked | 0 | 0 | 5.50 | 10.25 | 7.75 | 9.50 | 10.75 | 43.75 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _/_ am/pm _8/19/05_ through _7.00_ am/pm _8/22/05._

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_1:00 Pm,  8-19-05 19_ , _8_ , _2005._
Time           Day         Month         Year

_James W. Todd_ _____          _8-22-05_
Driver's Signature                   Date

G.F. Kelley v. U.S. Xpress
D 001769
Defendant's Doc. Production