# EXHIBIT 105

# Result Report

*Confidential*

08/30/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN  37421
Location: USXpress

Attn:    DER

Re:    SSN[redacted]    Name: Walter Voorhees
       Specimen ID #[redacted]

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000403
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME  VOORHEES  WALTER  AIFRO   SOCIAL SECURITY # [redacted]
      LAST     FIRST

OTHER NAMES USED  W

DATE OF BIRTH  [redacted]

ADDRESS  205 MT. Zio
         STREET

         South Carolin
         STATE

NOTIFY IN CASE OF EMERGENCY  De

ADDRESS  205 Mount Zi
         STREET

REFERRED TO USX BY WHOM? _____

(1) FROM 4-4-98 TO ____ 2       29829 ZIP
(2) FROM ____ TO ____            ____ ZIP
(3) FROM ____ TO ____            ____ ZIP

HAVE YOU ATTENDED TRUCK DRIVING S

NAME _____

G.F. Kelley v. U.S. Xpress
D 000726
Defendant's Doc. Production

HAVE YOU SERVED IN THE U.S. ARMED FORCES?   ☐ YES   ☒ NO

BRANCH _____   DATES. FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?   ☐ YES   ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 57421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application. All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

### PERSONAL

NAME: Voorhees (LAST) Waiter (FIRST) Alfred (MIDDLE)   SOCIAL SECURITY #: ▮▮▮

OTHER NAMES USED: _____

DATE OF BIRTH: ▮▮▮   EMAIL ADDRESS: _____

ADDRESS: 205 Mt. Zion Rd (STREET) Graniteville (CITY)   PHONE #: ▮

South Carolina (STATE)   29829 (ZIP)   CELL PHONE #: ▮

NOTIFY IN CASE OF EMERGENCY: Denise Voorhees   PHONE #: ▮

ADDRESS: 205 Mount Zion Rd (STREET) Graniteville (CITY) SC (STATE) 298_ (ZIP)

REFERRED TO USX BY WHOM? _____

### RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 4-4-88 TO ___   205 Mt Zion Rd (STREET) Graniteville (CITY) SC (STATE) 29829 (ZIP)

(2) FROM ___ TO ___   (STREET) (CITY) (STATE) (ZIP)

(3) FROM ___ TO ___   (STREET) (CITY) (STATE) (ZIP)

### EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?   ☐ YES   ☒ NO   GRADUATION DATE: _____

NAME: _____   LOCATION: _____

### MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?   ☐ YES   ☒ NO

BRANCH: _____   DATES FROM: _____ TO: _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?   ☐ YES   ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED: _____

G.F. Kelley v. U.S. Xpress
D 000727
Defendant's Doc. Production

G.P. Kelley v. U.S. Xpress
D 000728
Defendant's Doc. Production

Name of Company _____    Your Job Classification _____

Address of Company _____    Reason for Leaving _____

City _____  State _____  Zip _____

Accident:  YES  OR  NO    HOW MANY (PLEASE CIRCLE)  1  2  3  4  / MORE

G.F. Kelley v. U.S. Xpress
D 000729
Defendant's Doc. Production



I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 392.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

02-22-05