# EXHIBIT 107



# DRIVER CERTIFICATION FILE

DRIVER NAME *Robert Weaver*

ADDRESS *Coolidge  991*          CITY *Wadley*          STATE *Al*    ZIP *36276*

SOCIAL SECURITY N█████████████████████

DATE OF EMPLOYMENT_____

G.F. Kelley v. U.S. Xpress
D 002001
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002002
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
**D 002003**
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002004
Defendant's Doc. Production

Aug. 24. 2005 10:27AM

## Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN:▮▮▮▮/Name:Robert Weaver
       Specimen ID #▮

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 002005
Defendant's Doc. Production

SPECIMEN ID NO. **106417730**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No. .123606

~S Xpress/Radley
A.O. Box 480
Lowell, AR 72748
PH: 423-510-3500 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 560438
DPMI-Robert Oflug, MD
8850 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-8751  FX: 218-387-5000

OMB No. 0930-0158

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X  Robert Weaver     Robert Weaver     8 / 21 / 05
Signature of Donor          [PRINT] Donor's Name (First, MI, Last)          Date (Mo./Day/Yr.)

Daytime Phone No. ( 800 ) 921-0144   Evening Phone No. ( ) Same   Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
      ☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS

G.F. Kelley v. U.S. Xpress
D 002006
Defendant's Doc. Production

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          /      /
                                                                                                         Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON

Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          /      /
                                                                                                         Date (Mo./Day/Yr.)

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME/ *Weaver*  *Robert*  *V*
LAST    FIRST    MIDDLE    SOCIAL SECURITY # █████

OTHER NAMES USED  ███ *None*

DATE OF BIRTH █████  E-MAIL ADDRESS  *None*

ADDRESS *P.O. Box 284*
STREET    *Wadley*
CITY    PHONE

*AL*
STATE    *36276*
ZIP    CELL PHONE

NOTIFY IN CASE OF EMERGENCY *Treasa Weaver*    PHONE

ADDRESS *991 Cooldget*    *Wadley*    *AL*    *36276*
STREET    CITY    STATE    ZIP

REFERRED TO USX BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM *4-5-10* TO *8-05*  *991 Cooldget*    *Wadley*    *AL*    *36276*
STREET    CITY    STATE    ZIP

(2) FROM _____ TO _____  _____    _____    _____    _____
STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____  _____    _____    _____    _____
STREET    CITY    STATE    ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL?  ☑ YES  ☐ NO    GRADUATION DATE *3-Sep-01*

NAME _____    LOCATION: _____

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES?  ☑ YES  ☐ NO

BRANCH *of U.S. Army Guard*    DATES: FROM *1929*    TO *2005*

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD?  ☐ YES  ☑ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002007
Defendant's Doc. Production

Name of Company

Address of Company

City                                    State            Zip

Accidents    YES   OR   NO    HOW MANY (PLEASE CIRCLE)  1   2   3   4   / MORE

Your Job Classification

Reason for Leaving

Miles Per Week

G.F. Kelley V. U.S. Xpress
D 002008
Defendant's Doc. Production

| | | | | | |
|---|---|---|---|---|---|
| IN THE PAST. | POV | CMV | | | |
| | PCV | CMV | | | |

G.F. Kelley v. U.S. Xpress
D 002009
Defendant's Doc. Production



I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification; and I agree to release them from any and all liability for supplying said information.

8-21-05    G.F. Kelley v. U.S. Xpress D 002010

G.F. Kelley v. U.S. Xpress
D 002011
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002012
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002013
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002014
Defendant's Doc. Production

## APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

1. *Robert Weaver* , understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver. or for which I took a pre-employment drug and/or alcohol test. during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver. or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver. or for which I attended orientation as a driver. during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking  1-800-821-0144 | 10-01 / 8-05 |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below. I certify that all of the information. which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked. or applied for work. as a driver during the past two years.

| *Robert Weaver* | ▮▮▮▮▮▮▮▮ | 8-22-05 |
|---|---|---|
| Signature of applicant | SSN | DATE |

G.F. Kelley v. U.S. Xpress
D 002015
Defendant's Doc. Production

RECORD OF ROAD TEST

*Check only those items on which the driver's performance is
=2 unsatisfactory. Explain unsatisfactory items under remarks:

e. _Robert Webb_ Address: _PC Box 284_

nse No._538 74/6_   State _AL_  Equipment Driven: Tractor _FLCONV VOLVO_Trailer_53'_

ched From: _Whatley, AL_ To _Wadley, AL_  Date: _8-22-03_

## 1 1 - Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| cks general condition approaching unit | |
| ks for leakage of coolants, fuel and lubricants | _____ |
| cks under the hood - oil, water, general condition | |
| f engine compartment and steering | _____ |
| cks around the unit - tires, lights, trailer hookup | |
| rake and light lines, body, doors, horn, windshield | |
| ipers, rear end protection (bumper) | |
| a brake action, tractor protection valve, and | |
| arking (hand) brake | |
| ows use of jacks, tools, emergency warning devices, | |
| re chains, fire extinguisher, spare fuses, and | |
| our way flashers | _____ |
| ecks Instruments | |
| ans windshield, windows, mirrors, lights, and | |
| eflectors | |

## rt 2 - Placing vehicle in motion and use of controls

### Engine

| | |
|---|---|
| arts engine without difficulty | _____ |
| lows proper warm-up | |
| ndersiands gauges on instrument panel | _____ |
| aintains proper engine speed while driving | |
| sic Knowledge of motors - gas, diesel | |
| buse of motor | _____ |

### . Clutch and Transmission

| | |
|---|---|
| arts loaded unit smoothly | _____ |
| ses clutch properly | |
| imes gearshifts properly | |
| hifts gears smoothly | |
| ses proper gear sequence | _____ |

### . Brakes

| | |
|---|---|
| Understands operating principles of air brakes | |
| Knows proper use of tracor protection valve | _____ |
| Understands low air warning | |
| Test brakes before starting trip | |

| | |
|---|---|
| Fails to check traffic conditions & signal when pulling out from parked position | |
| Parks in illegal or unsafe location | _____ |

### C. Parking (road)

| | |
|---|---|
| Parks off pavement | |
| Avoids parking on soft shoulder | |
| Uses emergency warning signals when required | _____ |
| Secured unit properly | |

### D. Steering

| | |
|---|---|
| Fights steering wheel | |
| Allows truck to wander | _____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | |
| Uses proper headlight beam | _____ |
| Dim lights when meeting or following other vehicles | _____ |
| Adjust speed in range of headlights | _____ |
| Proper use of auxiliary lights | _____ |

## Part 3 - Coupling and Uncoupling

| | |
|---|---|
| Lines up units | _____ |
| Honks brake and light lines properly | _____ |
| Secures trailer against movement | _____ |
| Backs under slowly | _____ |
| Tests hookup with power | _____ |
| Checks hookups visually | _____ |
| Handles landing gear properly | _____ |
| Proper hook-up of full trailer | _____ |
| Secures power unit against movement | _____ |

## Part 4 - Backing and Parking

### A. Backing

| | |
|---|---|
| Gets out and checks before backing | _____ |
| Looks back as well as uses mirror | _____ |
| Gets out and rechecks conditions on long back | _____ |
| Avoids backing from blind spot | _____ |
| Signals when backing | _____ |
| Controls speed and direction properly while backing | _____ |

### B. Parking (city)

| | |
|---|---|
| Takes too many pull ups | |
| Hits nearby vehicles or stationary objects | _____ |
| Hits curb | _____ |
| Parks too far from curb | _____ |

### D. Grade Crossings

| | |
|---|---|
| Adjusts speed to conditions | _____ |
| Makes safe stop, if required | _____ |
| Selects proper gear | _____ |

### F. Speed

| | |
|---|---|
| Speed consistent with basic ability | _____ |
| Adjusts speed properly to road, weather, traffic conditions, legal limits | _____ |
| Slows down for rough roads | |
| Slows down in advance of curves. | |

G.F. Kelley v. U.S. Xpress
D 002016
Defendant's Doc. Production

5 - Slowing and Stopping

gears properly ascending _____
s down properly _____
g and restarts without rolling back _____
brakes at top of hills _____
s brakes properly on grades _____
s mirrors to check traffic to rear _____
als following traffic _____
ids sudden stops _____
s smoothly without excessive _____
nning _____
gs before crossing sidewalk when _____
ming out of driveway or alley _____
ps clear of pedestrian crosswalk _____

6 - Operating in traffic Passing and Turning

Turning

s in proper lane well in advance _____
nals well in advance _____
ecks traffic conditions and turns only when _____
way is clear _____
es not swing wide or cut short while turning _____

Traffic Signs and Signals

es not approach signal prepared to stop if _____
necessary
olates traffic signal _____
ins yellow light _____
ants up too fast or too slow on green _____
ils to notice or heed traffic signs _____
ans "stop" signs _____

. Intersections

djusts speed to permit stopping if necessary _____
hecks for cross traffic, regardless of traffic controls _____
ields right-of-way for safety _____

. Passing

asses with insufficient clear space _____
ahead
asses in unsafe location; hill, curve. _____
intersection
ails to signal change of lanes _____
ulls out and back - uncertain _____
ailgates waiting chance to pass _____
3locks traffic with slow pass _____
Cuts in too short returning to right lane _____

intersections. etc. _____
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of- _____
way by others
Tends to crowd other drivers or force _____
way through traffic
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7 - Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic _____
conditions
Adjusts driving to meet changing _____
conditions
Performs routine functions without taking _____
eyes from road
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance. manner.cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state _____
local
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

_____

Remarks:
OK For 1st seat

_____

_____

General Performance: Satisfactory_____X_____ Needs Training _____ Unsatisfactory _____

Qualified for:Truck _____ Tractor-Semi trailer _____X_____ Other _____

Signature of Examiner: _____

G.F. Kelley v. U.S. Xpress
D 002017
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _Robert Weaver_     SS# ████████████

Address _P Box 284 Wadley 36276_

License: State _AL_     Class _AM_     License # _5 389616_

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____     License # _____

State _____ Class _____     License # _____

Driver's Signature: _Robert Weaver_

G.F. Kelley v. U.S. Xpress
D 002018
Defendant's Doc. Production

☰ U.S. XPRESS, INC. ☰XPRESS GLOBAL SYSTEMS

## CERTIFICATION OF ROAD TEST

Driver's Name _Robert Weaver_

Social Security No. ▮▮▮▮▮▮▮▮

Commercial Driver's License No. _538561L_

State _AL_   Location of Test _Gladiey_

Type of Power Unit _Cond_   Type of Trailer(s) _53' van_

This is to certify that the above driver was given a road test under my supervision

on _4-22_ 20 _05_

consisting of approximately _20_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_signature_   SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 387, 100-177 and the use of Emergency Response Guide Book.

Date _6-22-05_ Driver's Signature _Robert Weaver_

_signature_   SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002019
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): _Robert    Weaver_

Social Security Number: ███████████

Motor Vehicle Operators License Number: _____

Type of License: ___A___  Issuing State: _Al_  Exp. Date: _09-11-05_

| ay | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | █████ |
| Hours Worked | 7.75 | 10.50 | 10.50 | 9.25 | 8.50 | 8.75 | 2.50 | 57.75 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from ~~_____~~ (am) pm ~~_____~~ through ~~_____~~ (am) pm ~~_____~~

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_10:00_ . _20_ _August_ _2005_ .
Time        Day        Month        Year

_Robert Weaver_                                              _8-23-05_
Driver's Signature                                          Date

G.F. Kelley v. U.S. Xpress
D 002020
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002021
Defendant's Doc. Production

SPECIMEN ID NO. **106417730**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|

X *Robert Weaver*     Robert Weaver     8/21/05
Signature of Donor       (PRINT) Donor's Name (First, MI, Last)     Date of Birth

Daytime Phone No. (800) 921 0144    Evening Phone No. ( ) Same    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
     ☐ DILUTE                               ☐ ADULTERATED    ☐ SUBSTITUTED

REMARKS

X _____    _____    __/__/__
Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    __/__/__
Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000618
Defendant's Doc. Production

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re: ----SSN          /Name:Robert Weaver-----------------------------------------
         Specimen ID #

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/22/2005.



G.F. Kelley v. U.S. Xpress
D 000565
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL

**ATN**

SPECIMEN ID NO. 106417730

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.    133606

'S Xpress/Wesley
P.O. Box 187
Tuskegee, AK 72145
Ph: 123-510-3793  FX: 123-510-3792

B. MRO Name, Address, Phone and Fax No.
Profile # 660476
DTMF-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-354-4151   FX: 214-387-5200

OMB No. 0930-0158

X _Robert Weaver_    Robert Weaver    8/21/05
Signature of Donor    [PRINT] Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. ( 800) 921 0144    Evening Phone No. ( ) Same    Date of Birth /   /

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

G.F. Kelley v. U.S. Xpress
D 000442
Defendant's Doc. Production

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                          ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS

X _____    _____    /   /
Signature of Medical Review Officer    [PRINT] Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON

X _____    _____    /   /
Signature of Medical Review Officer    [PRINT] Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)