# EXHIBIT 108

# Result Report

### *Confidential*

08/25/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   SSN: ███████/Name:Michael Welles Sr.
      Specimen ID #███████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000528
Defendant's Doc. Production

SPECIMEN ID NO. **106553024**



ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

US Xpress/General
P.O. Box 125
Tunnell, TX 72795
PH: 423-510-3540 FX: 423-510-3782

B. MRO Name, Address, Phone and Fax No.

Profile # 553023
DMGI-Robert Delay, MD
8558 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

X ~Michael R. Welles Sr~    MICHAEL R. WELLES Sr    8/23/05

Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. (478) 714 6081    Evening Phone No. (478) 953-1935    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                                ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000662
Defendant's Doc. Production

REMARKS

X _____

Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON

X _____

Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

SPECIMEN ID NO. **106553024**

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X ~~Michael Welles Sr~~   MICUFEL F. WELLES SR   8/23/05

Signature of Donor   (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. (478 714 6081   Evening Phone No. (478) 953-1935   Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE   ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000529
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO. **106553024**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118   (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.          130808

US Xpress/General
P.O. Box 428
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 653023
DFWI-Robert Pflug, MD
9558 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

OMB No. 0930-0158

---

I hereby certify I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Michael R. Welles Sr_     MICHAEL R. WELLES SR          8/23/05
Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)          Mo. Day Yr.

Daytime Phone No. (478) 714 6081      Evening Phone No. (478) 958-1935     Date of Birth [REDACTED]
                                                                                    Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).--DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
      ☐ DILUTE                                          ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000436
Defendant's Doc. Production

REMARKS _____

X _____          _____     __ / __ / __
     Signature of Medical Review Officer              (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____     __ / __ / __
     Signature of Medical Review Officer              (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)



# DRIVER CERTIFICATION FILE

DRIVER NAME  MICHAEL R. WELLES SR

ADDRESS 1200 ALDERLY LN   CITY WARNER ROBINS   STATE GA   ZIP 31088

SOCIAL SECURITY NO. ████████

DATE OF EMPLOYMENT   MAR 03

G.F. Kelley v. U.S. Xpress
D 002022
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002023
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002024
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002025
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002026
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002027
Defendant's Doc. Producic

# RECORD OF ROAD TEST

(Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.)

Name: _MICHAEL R WELLES SR_   Address: _1200 ALDERLY LN WARNER PERKINS GA 31088_

License No. _04436576_ State _GA_ Equipment Driven Tractor _FLCONV/VOLVO_ Trailer ____

Checked From: _WARBYA WARLEY_ To ____   Date _23 AUG 53_

## Part 1 - Pre-Trip Inspection and Emergency Equipment

| | |
|---|---|
| Checks general condition approaching unit | ____ |
| Looks for leakage of coolants, fuel and lubricants | ____ |
| Checks under the hood - oil, water, general condition of engine compartment and steering | ____ |
| Checks around the unit - tires, lights, trailer hookup brake and light lines, body, doors, horn, windshield wipers, rear end protection (bumper) | ____ |
| Test brake action, tractor protection valve, and parking (hand) brake | ____ |
| Knows use of jacks, tools, emergency warning devices, fire chains, fire extinguisher, spare fuses, and four way flashers | ____ |
| Checks instruments | ____ |
| Cleans windshield, windows, mirrors, lights, and reflectors | ____ |

## Part 2 - Placing vehicle in motion and use of controls

### Engine

| | |
|---|---|
| Starts engine without difficulty | ____ |
| Allows proper warm-up | ____ |
| Understands gauges on instrument panel | ____ |
| Maintains proper engine speed while driving | ____ |
| Basic Knowledge of motors - gas, diesel | ____ |
| Use of motor | ____ |

### Clutch and Transmission

| | |
|---|---|
| Starts loaded unit smoothly | ____ |
| Uses clutch properly | ____ |
| Does gearshifts properly | ____ |
| Shifts gears smoothly | ____ |
| Uses proper gear sequence | ____ |

### Brakes

| | |
|---|---|
| Understands operating principles of air brakes | ____ |
| Knows proper use of tractor protection valve | ____ |
| Understands low air warning | ____ |
| Tests brakes before starting trip | ____ |
| Learns to check traffic conditions & signal when pulling out from parked position | ____ |
| Parks in illegal or unsafe location | ____ |

### Parking (road)

| | |
|---|---|
| Gets off pavement | ____ |
| Avoids parking on soft shoulder | ____ |
| Use emergency warning signals when required | ____ |
| Secured unit properly | ____ |

### D. Steering

| | |
|---|---|
| Fights steering wheel | ____ |
| Allows truck to wander | ____ |

### E. Lights

| | |
|---|---|
| Knows lighting regulations | ____ |
| Uses proper headlight beam | ____ |
| Dim lights when meeting or following other vehicles | ____ |
| Adjust speed to range of headlights | ____ |
| Proper use of auxiliary lights | ____ |

## Part 3 - Coupling and Uncoupling

| | |
|---|---|
| Lines up units | ____ |
| Hooks brake and light lines properly | ____ |
| Secures trailer against movement | ____ |
| Backs under slowly | ____ |
| Tests hookup with power | ____ |
| Checks hookups visually | ____ |
| Handles landing gear properly | ____ |
| Proper hook-up of full trailer | ____ |
| Secures power unit against movement | ____ |

## Part 4 - Backing and Parking

### A. Backing

| | |
|---|---|
| Gets out and checks before backing | ____ |
| Looks back as well as uses mirror | ____ |
| Gets out and rechecks conditions on long back | ____ |
| Avoids backing from blind spot | ____ |
| Signals when backing | ____ |
| Controls speed and direction properly while backing | ____ |

### B. Parking (city)

| | |
|---|---|
| Takes too many pull ups | ____ |
| Hits nearby vehicles or stationary objects | ____ |
| Hits curb | ____ |
| Parks too far from curb | ____ |

### D. Grade Crossings

| | |
|---|---|
| Adjusts speed to conditions | ____ |
| Makes safe stop, if required | ____ |
| Selects proper gear | ____ |

### F. Speed

| | |
|---|---|
| Speed consistent with basic ability | ____ |
| Adjusts speed properly to road, weather, traffic conditions, legal limits | ____ |
| Slows down for rough roads | ____ |
| Slows down in advance of curves. | ____ |

G.F. Kelley v. U.S. Xpress
D 002028
Defendant's Doc. Production

Part 5 - Slowing and Stopping

Uses gears properly ascending
Gears down properly _____
Stops and restarts without rolling back _____
Test brakes at top of hills _____
Uses brakes properly on grades _____
Uses mirrors to check traffic to rear _____
Signals following traffic _____
Avoids sudden stops _____
Stops smoothly without excessive _____
  fanning
Stops before crossing sidewalk when _____
  coming out of driveway or alley
Stops clear of pedestrian crosswalk _____

Part 6 - Operating in Traffic Passing and Turning
A. Turning
Gets in proper lane well in advance _____
Signals well in advance _____
Checks traffic conditions and turns only when _____
  way is clear
Does not swing wide or cut short while turning _____

B. Traffic Signs and Signals
Does not approach signal prepared to stop if
  necessary _____
Violates traffic signal _____
Runs yellow light _____
Runs up too fast or too slow on green _____
Fails to notice or heed traffic signs _____
Runs "stop" signs _____
  _____

C. Intersections
Adjusts speed to permit stopping if necessary _____
Checks for cross traffic regardless of traffic controls _____
Yields right-of-way for safety _____
  _____

D. Passing
Passes with insufficient clear space
  ahead
Passes in unsafe location:hill, curve, _____
  intersection
Fails to signal change of lanes _____
Pulls out and back - uncertain _____
Mitigates waiting chance to pass _____
Blocks traffic with slow pass _____
Cuts in too short returning to right lane _____

General Performance: Satisfactory ____ X ____ Needs Training _____ Unsatisfactory _____
Qualified for:Truck __X__ Tractor-Semi trailer _2_ X ____ Other _____

Signature of Examiner _Wallace R Bird_

intersections, etc.
Maintains consistent speed _____

G. Courtesy and Safety
Depends on others for safety
Yields right-of-way for safety _____
Fails to go ahead when given right-of- _____
  way by others
Tends to crowd other drivers or force _____
  way through traffic
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____
  _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive
Consistently aware of changing traffic _____
  conditions
Adjusts driving to meet changing _____
  conditions
Performs routine functions without taking _____
  eyes from road
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight
Checks freight properly
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations
Knowledge of company rules
Knowledge of regulations, federal, state _____
  local
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

G.F. Kelley v. U.S. Xpress
D 002029
Defendant's Doc. Production

⊏ U.S. XPRESS. INC. ⊏ XPRESS GLOBAL SYSTEMS

### CERTIFICATION OF ROAD TEST

Driver's Name  MICHAEL R. WELLES SR

Social Security No ▮▮▮▮▮▮▮▮▮

Commercial Driver's License No.  049367576

State  AL  Location of Test:  Hadley

Type of Power Unit:  Volvo  Type of Trailer(s)  53

This is to certify that the above driver was given a road test under my supervision

on  Aug 23  20 05

consisting of approximately  20  miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

Wallace R Beard  SAFETY DEPT
Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

### CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 387, 100-177 and the use of Emergency Response Guide Book.

Date 23 AUG 05  Driver's Signature  Michael R Welles Sr

_____  SAFETY DEPT
Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002030
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | |
|---|---|---|
| GENERAL AWARENESS | SAFETY TRAINING | |
| FUNCTION SPECIFIC | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | 6-23-08 | |

| Name    (last    First    Middle) | Employer |
|---|---|
| WELLES SR MICHAEL R | USXpress Enterprises |
| Social Security # | **Address** 4080 Jenkins Road |
| ███████████ | |
| **Job Position** OTR Driver | City    State    Zip Chattanooga    TN    37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1          Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 6-23 | Haz-mat 126/181 | USXpress Enterprises | | 8-3-05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2          Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002031
Defendant's Doc. Production

PRESENTLY HOLD OR HAVE HELD

G.F. Kelley v. U.S. Xpress
D 002032

G.F. Kelley v. U.S. Xpress
D 002033
Defendant's Doc. Production

| Name of Company | | City | State | Zip |
|---|---|---|---|---|
| Address of Company | | Reason for Leaving | | |
| Dates of Employment | | Name of Supervisor | | |

G.F. Kelley v. U.S. Xpress
D 002034
Defendant's Doc. Production

Name of Company                                          City                          State

Address of Company                                       Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 002035
Defendant's Doc. Production



## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which includes the imaging and storing of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to negotiate to process any claims relating to the qualification process or any dispute arising out of my status as a contractor or driver and/or the agreements related thereto.

In accordance with Section's 380.405, 380.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my employment and controlled substances testing history to U.S. Xpress application and I agree to release them from any and all liability for providing said information.

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, MICHAEL R. WELLS, SR. understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| KELLY TRUCKING | MAR 03 - 8-05 |
|  |  |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_M. (Cu. Ruiellas Sr._ ▮▮▮▮▮▮  23 AUG 05
. Signature of applicant        SSN   DATE

G.F. Kelley v. U.S. Xpress
D 002037
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

### Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

### Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name  MICHAEL R. WELLES Sr. ▮▮▮▮▮▮▮▮▮

Address  1200 ALDERLY LN   WARNER ROBINS

License: State  GA   Class  AM   License #  044367576

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature:  Michael R Welles Sr

G.F. Kelley v. U.S. Xpress
D 002038
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): **MICHAEL R. WELLES SR**

Social Security Number: ███████

Motor Vehicle Operators License Number: **044567576  GA**

Type of License: **A**    Issuing State: **GA**  Exp. Date: **8-9-07**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|-----|---|---|---|---|---|---|---|-------|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ███ |
| Hours Worked | 8 | 0 | 8 | 10 | 0 | 0 | 8.5 | 34.5 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from **4:30** am/**pm** **8/19/05** through **7:30** **am**/pm **8/22/05**.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

**4 PM.**    **22**    **AUG**    **05**
Time        Day        Month      Year

Driver's Signature: *M.R. Welles*

Date: **23 Aug 05**

G.F. Kelley v. U.S. Xpress
D 002039
Defendant's Doc. Production