# EXHIBIT 109

Case 3:06-cv-00351-MEF-WC   Document 36-50   Filed 03/21/2007   Page 1 of 4

# Result Report

*Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:      SSN: ███████ /Name: Roderick Williams
         Specimen ID # ███████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000453
Defendant's Doc. Production

https://safetysystems.transplace.com/drugAlcoholTesting/esp/der/printMROLetters.jsp     8/26/2005

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**SPECIMEN ID NO. 106553002**

**ATN** — ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.
130908
US Xpress-General
P.O. Box 425
Lowell, AR 72745
Ph: 423-513-3560  FX: 423-910-2732

B. MRO Name, Address, Phone and Fax No.
Profile # 653025
DFWI-Robert Pflug, MD
8556 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

X _Roderick Williams_ (Signature of Donor)
Roderick Williams (PRINT Donor's Name)
8/25/2005

Daytime Phone No. (334) 874-6563
Evening Phone No. ( ) same
Date of Birth ▇▇▇

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last)
Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last)
Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000454
Defendant's Doc. Production

SPECIMEN ID NO. **106553002**

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

A. Employer Name, Address, I.D. No.

130808

US Xpress/General
P.O. Box 225
Lowell, AR 72145

B. MRO Name, Address, Phone and Fax No.

Profile # 653023
DFMI-Robert Pding, MD
8599 Hwy. 23, Ste. 4
Belle Chasse, LA 70037

X _Roderick Williams_ (Signature of Donor)    Roderick Williams (PRINT) Donor's Name (First, MI, Last)    8/25/2005

Daytime Phone No. (334) 504-6563    Evening Phone No. ( ) same    Date of Birth ___

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000631
Defendant's Doc. Production

REMARKS ___

X ___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON ___

X ___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)