# EXHIBIT 111

# Result Report

***Confidential***

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn: DER

Re: SSN: [redacted] Name: William Woods jr.
Specimen ID #: [redacted]

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
D 000483
Defendant's Doc. Production

ATN

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

SPECIMEN ID NO. 106553037

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No. 130808

US Xpress/General
P.O. Box 425
Lowell, AR 72745
PH: 423-510-3550 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile #: 003020
DFMI-Robert Pflug, MD
8550 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-8151 FX: 504-392-2020

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X [signature] Signature of Donor

William Woods II (PRINT) Donor's Name (First, MI, Last)

8/25/05 Date (Mo./Day/Yr.)

Daytime Phone No. (800) 52[illegible] Evening Phone No. (360) 52[illegible] Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000624
Defendant's Doc. Production

REMARKS

X ______ Signature of Medical Review Officer

______ (PRINT) Medical Review Officer's Name (First, MI, Last)

__/__/__ Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON

X ______ Signature of Medical Review Officer

______ (PRINT) Medical Review Officer's Name (First, MI, Last)

__/__/__ Date (Mo./Day/Yr.)

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. 106553037

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No. [illegible]

[illegible]
P.O. Box 425
[illegible]
[illegible]

B. MRO Name, Address, Phone and Fax No. [illegible]

[illegible]-Robert [illegible], MD
[illegible]
[illegible]
[illegible]

[illegible] evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X William J Ward — Signature of Donor
William Wood Jr — (PRINT) Donor's Name (First, MI, Last)
8/25/05 — Date (Mo/Day/Yr)

Daytime Phone No. (800) 821-0144 Evening Phone No. (800) 821-0144 Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000484
Defendant's Doc. Production

REMARKS ______

X ______ Signature of Medical Review Officer ______ (PRINT) Medical Review Officer's Name (First, MI, Last) ___/___/___ Date (Mo/Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON ______

X ______ Signature of Medical Review Officer ______ (PRINT) Medical Review Officer's Name (First, MI, Last) ___/___/___ Date (Mo/Day/Yr.)