# EXHIBIT 112

## Result Report

### *Confidential*

08/26/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:     SSN: ████████ /Name: Anthony Wright
        Specimen ID #: ████████

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/25/2005.



G.F. Kelley v. U.S. Xpress
**D 000471**
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO. **106553035**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| US Xpress/General<br>P.O. Box 185<br>Lowell, AR 72745<br>PH: 423-510-5560  FX: 423-510-3792 | Profile # 63023<br>SPMI-Robert Pflug, MD<br>8618 Hwy. 23, Ste. 9<br>Belle Chasse, LA 70037 |



X  *Anthony W Wright*  ——  *Anthony C. Wright*  ——  8/25/05
  Signature of Donor                    (PRINT) Donor Name (First, MI, Last)         Date (Mo./Day/Yr.)

Daytime Phone No. ( 706 ) 682 4810        Evening Phone No. ( 706 ) 570-4580        Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                           ☐ ADULTERATED   ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
**D 000472**
Defendant's Doc. Production

REMARKS _____

X _____          _____          __/__/__
  Signature of Medical Review Officer       (PRINT) Medical Review Officer's Name (First, MI, Last)       Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____          __/__/__
  Signature of Medical Review Officer       (PRINT) Medical Review Officer's Name (First, MI, Last)       Date (Mo./Day/Yr.)

SPECIMEN ID NO. **106553035**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130803 | Profile # 663023 |
| US Xpress/General | CPMI-Robert Pflug, MD |
| P.O. Box 426 | 3506 Hwy. 20, Ste. 4 |
| Ozell, AR 72740 | Belle Chasse, LA 70037 |

X _Anthony W Wright_          _Anthony C. Wright_          _8/25/05_
  Signature of Donor           (PRINT) Donors Name (First, MI, Last)        Date (Mo./Day/Yr.)

Daytime Phone No. (706) 6824310     Evening Phone No. (706) 570-4580     Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE     ☐ POSITIVE     ☐ TEST CANCELLED     ☐ REFUSAL TO TEST BECAUSE:
      ☐ DILUTE                                    ☐ ADULTERATED     ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000621
Defendant's Doc. Production

REMARKS _____

X _____     _____     ___/___/___
      Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     ___/___/___
      Signature of Medical Review Officer        (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)