# EXHIBIT 113

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN: ▮▮▮▮    Name: George Wright
       Specimen ID #: ▮▮▮▮

The above referenced employee submitted a Drug Screen specimen for DOT, Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000550
Defendant's Doc. Production

SPECIMEN ID NO. **106553025**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

US Xpress/General
P.O. Box 485
Lowell, AR 72745
PH: 423-510-3560 FX: 423-510-3792

B. MRO Name, Address, Phone and Fax No.

Profile # 663023
CPMI-Robert Peltry, MD
8456 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-4150 FX: 314-997-5200

evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _George Wright_    (GEORGE WRIGHT)    _8/23/05_
Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. (_503_) _328-8605_    Evening Phone No. (_903_) _328-8605_    Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                            ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000663
Defendant's Doc. Production

REMARKS

X _____    _____    _/_/_
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    _/_/_
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

SPECIMEN ID NO. **106553025**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|

...amount sealh in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Leonard White_     (PRINT) Donor's Name (First, MI, Last) _George Wright_     Date (Mo./Day/Yr.) _8/23/05_

Daytime Phone No. (_803_) _727-8604_     Evening Phone No. (_803_) _324-8604_     Date of Birth _____

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                   ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____     _____     ___/___/___
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     ___/___/___
Signature of Medical Review Officer     (PRINT) Medical Review Officer's Name (First, MI, Last)     Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000551
Defendant's Doc. Production

# Result Report

### *Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:    SSN: [redacted]         Name:George Wright
       Specimen ID #: [redacted]

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.

G.F. Kelley v. U.S. Xpress
D 000419
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

**ATN**

SPECIMEN ID NO. **106553025**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4694

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 130808 | Profile # 653023 |
| US Xpress/General | DFMI-Robert Pfing, MD |
| P.O. Box 425 | 9596 Hwy. 23, Ste. A |
| Lowell, AR 72745 | Belle Chasse, LA 70037 |
| PH: 423-516-3560 FX: 423-810-3792 | PH: 504-394-4455  FX: 314-567-0104 |

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _Serju Wght_   GEORGE WRIGHT   8/23/05

Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. (_803_) _328-8608_   Evening Phone No. (_803_) _328-8608_   Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:

☐ DILUTE   ☐ ADULTERATED  ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000439
Defendant's Doc. Production

REMARKS _____

X _____   _____   __/__/__

Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____   _____   __/__/__

Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)



0/0

# DRIVER CERTIFICATION FILE

DRIVER NAME _George L Wright_

ADDRESS _44 75 Saluda Rd_ CITY _Rock Hill_ STATE _SC_ ZIP _29730_

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮▮▮

DATE OF EMPLOYMENT

G.F. Kelley v. U.S. Xpress
D 001830
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 001831
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | |
|---|---|
| GENERAL AWARENESS | SAFETY TRAINING |
| FUNCTION SPECIFIC | DRIVER TRAINING |
| RECURRENT TRAINING DATE (Three years from most recent Training) | |

| Name      [last          First          Middle) | Employer |
|---|---|
| WRIGHT    George    L | USXpress Enterprises |
| Social Security ▓▓▓▓▓▓▓ | Address |
| | 4080 Jenkins Road |
| Job Position | City          State          Zip |
| OTR Driver | Chattanooga    TN    37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years, in accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(a) Limitation. A hazmat employee who repairs, modifies, reconditions, or tests packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                          Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| | Haz-mat 126/181 | USXpress Enterprises | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                          Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 001832
Defendant's Doc. Production

# U. S. XPRESS, INC.

4080 Jenkins Road • Chattanooga, TN 37421

## INDEPENDENT CONTRACTOR DRIVER QUALIFICATION FORM

This qualification form is current for thirty (30) days only. Thereafter, if you wish to be considered for qualification you must fill out a new qualification form. Do not use white out. All information must be completed. If a question does not apply, write NONE or N/A. PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME _____ SOCIAL SECURITY # ████████
LAST     FIRST     MIDDLE

OTHER NAMES USED NONE _____ D.O.B. ██████ MAIL ADDRESS NONE

ADDRESS _____ PHONE # ████████
STREET     CITY     STATE     ZIP

NOTIFY IN CASE OF EMERGENCY _____ PHONE # ████████

ADDRESS _____
STREET     CITY     STATE     ZIP

ARE YOU CURRENTLY EMPLOYED? ☒ YES ☐ NO

ARE YOU CURRENTLY AN INDEPENDENT CONTRACTOR? ☒ YES ☐ NO

HAVE YOU EVER APPLIED HERE BEFORE? ☐ YES ☒ NO   DATE _____

HAVE YOU HAD ANY PREVIOUS ASSOCIATION WITH THIS COMPANY? ☐ YES ☒ NO   IF YES, ANSWER A) AND B)

A) DATES:   FROM _____ TO _____ POSITION _____

B) REASON FOR LEAVING _____

WERE YOU REFERRED TO OUR COMPANY? ☐ YES ☐ NO   BY WHOM? _____

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM ___ TO PRESENT _____
STREET     CITY     STATE     ZIP

(2) FROM ___ TO ___ _____
STREET     CITY     STATE     ZIP

(3) FROM ___ TO ___ _____
STREET     CITY     STATE     ZIP

## EDUCATION

### TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO   GRADUATION DATE _____

NAME _____ LOCATION: _____

G.F. Kelley v. U.S. Xpress
D 001833
Defendant's Doc. Production

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☒ YES ☐ NO

BRANCH _____ DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☐ NO

Address of Company

Reason for Leaving

G.F. Kelley v. U.S. Xpress
D 001834
Defendant's Doc. Production

Name of Supervisor

Name of Company

Nature of Company

Day

Reason of Leaving

G.F. Kelley v. U.S. Xpress
D 001835
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001836
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001837
Defendant's Doc. Production

| | | | POV | CMV |
|---|---|---|---|---|
| | | | POV | CMV |
| | | | POV | CMV |

## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress, Inc. follows the practice of requiring contract drivers to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. Therefore, I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests or other tests from time to time when so requested. I understand that my qualification is contingent upon obtaining DOT certification as well as successful completion of the Contractor Information Session.

In connection with my qualification with you, I understand that an investigative consumer report is being requested that will include information as to my character, credit history, work habits, performance, experience, drug and alcohol test results, including results from any pre-qualification drug and/or alcohol test during the past two (2) years, along with reasons for termination of past employment, and/or contracts, obtained from previous employers or lessees. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies which maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress, Inc. to obtain the above-described information, and agree that such information, and my employment or contract history with you if I am qualified, will be supplied to other companies which subscribe to consumer reporting services.

I further consent to your furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualification, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am subsequently seeking employment or contract.

This certifies that this qualification form was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress, Inc. may use an electronic filing system which induces the imaging and scaling of my qualification forms. Therefore, my original paper forms may not be retained.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In addition, in consideration of any offer of contract, I agree to mediation to address any claims relating to the qualification process or any dispute arising out of my status as a contractor or other and/or the agreements related thereto.

In accordance with Section's 382.405, 390.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances record showing that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, _c̲ _s̲ _z̲ _6̲ _ _/̲:̲ _k̲ _(̲9̲4̲ _ understand that as a condition of hire with U. S. Xpress. I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (3) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking  800-721-0144 | 12.23.03 - 2/05 |
|  |  |
|  |  |
|  |  |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

_____        ████████        5 23 05
Signature of applicant                    SSN                         DATE

G.F. Kelley v. U.S. Xpress
D 001838
Defendant's Doc. Production

i

# RECORD OF ROAD TEST

Check only those items on which the driver's performance is unsatisfactory. Explain unsatisfactory items under remarks.

Name _____ Address _____
Driver No. _____ State _____ Equipment Driven: Tractor _____ FLCONV VOLVO Trailer _____
Checked From _____ To _____ Date _____

## Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit
Checks for leakage of coolants, fuel and lubricants
Checks under the hood - oil, water, general condition
of engine compartment and steering
Checks around the unit - tires, lights, trailer hookup
brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper)
Test brake action, tractor protection valve, and
parking (hand) brake
Knows use of jacks, tools, emergency warning devices,
tire chains, fire extinguisher, spare fuses, and
four way flashers
Checks instruments
Cleans windshield, windows, mirrors, lights, and
reflectors

## Part 2 - Placing vehicle in motion and use of controls

### A. Engine
Starts engine without difficulty
Allows proper warm-up
Understands gauges on instrument panel
Maintains proper engine speed while driving
Basic Knowledge of motors - gas, diesel
Abuse of motor

### B. Clutch and Transmission
Starts loaded unit smoothly
Uses clutch properly
Times gearshifts properly
Shifts gears smoothly
Uses proper gear sequence

### C. Brakes
Understands operating principles of air brakes
Knows proper use of tractor protection valve
Understands low air warning
Test brakes before starting trip

Fails to check traffic conditions & signal
when pulling out from parked position
Parks in illegal or unsafe location

### C. Parking (road)
Parks off pavement
Avoids parking on soft shoulder
Uses emergency warning signals when
required
Secured unit properly

### D. Steering
Fights steering wheel
Allows truck to wander

### E. Lights
Knows lighting regulations
Uses proper headlight beam
Dim lights when meeting or following other vehicles
Adjust speed to range of headlights
Proper use of auxiliary lights

## Part 3 - Coupling and Uncoupling
Lines up units
Hooks brake and light lines properly
Secures trailer against movement
Backs under slowly
Tests hookup with power
Checks hookups visually
Handles landing gear properly
Proper hook-up of full trailer
Secures power unit against movement

## Part 4 - Backing and Parking

### A. Backing
Gets out and checks before backing
Looks back as well as uses mirror
Gets out and rechecks conditions on
long back
Avoids backing from blind spot
Signals when backing
Controls speed and direction properly
while backing

### B. Parking (city)
Takes too many pull ups
Hits nearby vehicles or stationary objects
Hits curb
Parks too far from curb

### D. Grade Crossings
Adjusts speed to conditions
Makes safe stop, if required
Selects proper gear

### F. Speed
Speed consistent with basic ability
Adjusts speed properly to road, weather,
traffic conditions, legal limits
Slows down for rough roads
Slows down in advance of curves.

G.F. Kelley v. U.S. Xpress
D 001839
Defendant's Doc. Production

Intersections, etc. _____
Maintains consistent speed _____

. 5 - Slowing and Stopping

s gears properly accending _____
rs down properly _____
es and restarts without rolling back. _____
t brakes at top of hills _____
s brakes properly on grades _____
s mirrors to check traffic to rear _____
nals following traffic _____
iids sudden stops _____
ps smoothly without excessive _____
nning
ps before crossing sidewalk when _____
oming out of driveway or alley
ps clear of pedestrian crosswalk _____

rt 6 - Operating in traffic Passing and Turning

Turning _____
ls in proper lane well in advance _____
nals well in advance _____
ecks traffic conditions and turns only when _____
way is clear
es not swing wide or cut short while turning _____

Traffic Signs and Signals

nes not approach signal prepared to stop if _____
necessary
olates traffic signal _____
ms yellow light _____
arts up too fast or too slow on green _____
ils to notice or heed traffic signs _____
ms "stop" signs _____

. Intersections

djusts speed to permit stopping if necessary _____
hecks for cross traffic regardless of traffic controls _____
ields right-of-way for safety _____

. Passing

asses with insufficient clear space _____
ahead
asses in unsafe location:hill, curve, _____
intersection
ails to signal change of lanes _____
ulls out and back - uncertain _____
ailgates waiting chance to pass _____
locks traffic with slow pass _____
uts in too short returning to right lane _____

G. Courtesy and Safety

Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of- _____
way by others
Tends to crowd other drivers or force _____
way through traffic
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous

A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic _____
conditions
Adjusts driving to meet changing _____
conditions
Performs routine functions without taking _____
eyes from road
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner,cleanliness _____
Physical Stamina _____

B. Handling of Freight

Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

C. Rules and Regulations

Knowledge of company rules _____
Knowledge of regulations, federal, state _____
local
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

Remarks:
OK For 1st seat

eneral Performance: Satisfactory___X___ Needs Training _____ Unsatisfacion _____
ualified for:Truck  X   Tractor-Semi trailer X _X_ Other _____

ignature of Examiner: _Walter R. Berndt_

G.F. Kelley v. U.S. Xpress
D 001840
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

---

## To Be Retained By Motor Carrier

## Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name _____ SS# ████████████

Address _____

License: State _____ Class _____ License # _____

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____ License # _____

State _____ Class _____ License # _____

Driver's Signature: _____

G.F. Kelley v. U.S. Xpress
D 001841
Defendant's Doc. Production

## NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving. you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

### 7-Day Backlog

Full Name of Driver (Print): _GEORGE    CRIGHT_

Social Security Number: ███████████████

Motor Vehicle Operators License Number: _C 4426333_

Type of License: _A_    Issuing State: _____    Exp. Date: _C6-06-07_

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/2/05 | 8/1/05 | 8/1/05 | 8/1/05 | 8/1/05 | 8/1/05 | 8/1/05 | |
| Hours Worked | 11¾ | 4¾ | 11¾ | 7½ | C | C | 6¼ | |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/___ through _____ am/pm ___/___/___

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

_17 __    _22_    _8_    _2005_
Time    Day    Month    Year    _8-23-05_

_George Crighton_                                    Date
Driver's Signature

G.F. Kelley v. U.S. Xpress
D 001842
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 001843
Defendant's Doc. Production