# EXHIBIT 114

# Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:    DER

Re:    SSN:          /Name:Yamashito Yowe
       Specimen ID #:

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment substance abuse testing in accordance with applicable federal regulations, including 49 CFR part 40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 000559
Defendant's Doc. Production

SPECIMEN ID NO. **106565444**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

...evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____      Yamashito V. Yowe       8 / 23 05
Signature of Donor                    (PRINT) Donor's Name (First, MI, Last)           Date

Daytime Phone No. ( 256 ) 378-7707    Evening Phone No. ( ) Same    Date of Birth ___

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                  ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____          _____          / /
Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED      ☐ FAILED TO RECONFIRM - REASON _____

X _____          _____          / /
Signature of Medical Review Officer      (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

G.F. Kelley v. U.S. Xpress
D 000558
Defendant's Doc. Production

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN ID NO. **106565444**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 115030 | Profile # 465337 |
| US Xpress/Laredo | DFWT-Robert Pflug, MC |
| P.O. Box 425 | 9558 Hwy. 23, Ste. 4 |
| Lowell, AR 72745 | Belle Chasse, LA 70031 |
| PH: 423-510-3865 FX: 423-510-3792 | | |

X ~Signature~     Yamachito V. Yowe     8 / 23 / 05
   Signature of Donor          (PRINT) Donor's Name (First, MI, Last)          Date (Mo./Day/Yr.)

Daytime Phone No. (956) 378-7707     Evening Phone No. (____) Same     Date of Birth ▓▓▓▓

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

G.F. Kelley v. U.S. Xpress
D 000438
Defendant's Doc. Production

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE     ☐ POSITIVE     ☐ TEST CANCELLED     ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE     ☐ ADULTERATED     ☐ SUBSTITUTED

REMARKS _____

X _____     _____     ___/___/___
   Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED     ☐ FAILED TO RECONFIRM - REASON _____

X _____     _____     ___/___/___
   Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)          Date (Mo./Day/Yr.)

SPECIMEN ID NO. **106565444**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

loyer Name, Address, I.D. No.

～～～15030

B. MRO Name, Address, Phone and Fax No.

Profile # 405333

DrWN-Robert Pling, MD
9555 Hwy, 23, Ste, 4
Belle Chasse, LA 70037

seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

Signature of Donor
(PRINT) Donor's Name (First, MI, Last)  *Yamaghito V, Yowe*

Date (Mo./Day/Yr.)  8 / 23 05

e Phone No. ( 956 ) 378-7107    Evening Phone No. (    )  Same    Date of Birth

the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask rescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. ST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT DE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

APLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

ince with applicable Federal requirements, my determination/verification is:

TIVE    ☐ POSITIVE    ☐ TEST CANCELLED    ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                   ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley V. U.S. Xpress
D 000664
Defendant's Doc. Production

Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    /    /    Date (Mo./Day/Yr.)

IPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

nce with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

CONFIRMED    ☐ FAILED TO RECONFIRM - REASON

Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    /    /    Date (Mo./Day/Yr.)



# DRIVER CERTIFICATION FILE

DRIVER NAME _Yamashito Yeomon Yowe_

ADDRESS _P.O. Box 2H 1626th Ave_ CITY _Childersburg_ , STATE _AL_ ZIP _____

SOCIAL SECURITY NO. ███████████████

DATE OF EMPLOYMENT _____

███████████████████████████████

G.F. Kelley v. U.S. Xpress
D 002040
Defendant's Doc. Production



G.F. Kelley v. U.S. Xpress
D 002041
Defendant's Doc. Production

G.F. Kelley v. U.S. Xpress
D 002042
Defendant's Doc. Production





G.F. Kelley v. U.S. Xpress
D 002043
Defendant's Doc. Production

| HAZ-MAT EMPLOYEE TRAINING REQUIRED | | | |
|---|---|---|---|
| GENERAL AWARENESS | | SAFETY TRAINING | |
| FUNCTION SPECIFIC | | DRIVER TRAINING | |
| RECURRENT TRAINING DATE (Three years from most recent Training) | | | |

| Name    (last         First         Middle) | Employer |
|---|---|
| Yowc, Yanatshito | USXpress Enterprises |
| **Social Security #** | **Address** |
| | 4080 Jenkins Road |
| **Job Position** | City              State              Zip |
| OTR Driver | Chattanooga     TN              37421 |

## REGULATIONS

172.704(d) Recordkeeping. A record of current training, inclusive of the preceding two years. In accordance with this subpart shall be created and retained by each hazmat employer for each hazmat employee for as long as that employee is employed by that employer as a hazmat employee and for 90 days thereafter. The record shall include (1) The hazmat employee's name; (2) The most recent training completion date of the hazmat employee's training; (3) A description copy, or the location of the training materials to be used to meet the requirements in paragraph (a) of this section; (4) The name and address of the person providing the training; and (5) Certification that the hazmat employee has been trained and tested as required by this subpart.

172.704(e) Limitation. A hazmat employee who repairs, modifies, reconditions, or test's packagings as qualified for use in the transportation of hazardous materials, and who does not perform any other function subject to the requirements of this subchapter, is not subject to the safety training requirements of paragraph (a)(3) of this section

## INSTRUCTIONS

The training requirements in 172.704 and 177.816 cover four areas of training for hazmat employees. Based on the training required for the above named hazmat employee, provide the training and testing for compliance. Satisfy the recordkeeping requirements in 172.704 (d) by completing the information on this form.

## Section 1                                Current Training

| Completion date | Description of training, copy or location of training material used | Trainer/ Address | Training and testing certified by | Date |
|---|---|---|---|---|
| 8/3/06 | Haz-mat 126/181 | USXpress Enterprises | | 8/3/06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section 2                                Relevant Training

Provide information from previous Hazmat employment training. Attach appropriate current records from the previous employer

G.F. Kelley v. U.S. Xpress
D 002044
...lle Doc Production

# Result Report

*Confidential*

08/24/2005

U.S. Xpress
4080 Jenkins Road
CHATTANOOGA, TN 37421
Location: USXpress

Attn:   DER

Re:   SSN: ████████/Name:Yamashito Yowe
      Specimen ID # ████████

The above referenced employee submitted a Drug Screen specimen for DOT,Pre-employment
substance abuse testing in accordance with applicable federal regulations, including 49 CFR part
40 and 382, on 08/23/2005.



G.F. Kelley v. U.S. Xpress
D 002045
Defendant's Doc. Production

# U. S. XPRESS, INC.
4080 Jenkins Road • Chattanooga, TN 37421

## DRIVER APPLICATION

This application is current for thirty (30) days only. Thereafter, if you wish to be considered for employment, you must fill out a new application.
All information must be completed, if a question does not apply, write NONE or "0". PLEASE PRINT.

APPLICANTS, DO NOT WRITE ABOVE THIS LINE.

## PERSONAL

NAME Vowel Yorushite Kerman
LAST    FIRST    MIDDLE    SOCIAL SECURITY # ▓▓▓▓▓

OTHER NAMES USED None

DATE OF BIRTH ▓▓▓▓▓  EMAIL ADDRESS None

ADDRESS 1626 16th Ave.    CITY Childersburg    PHONE ▓▓▓▓▓
STREET

AL    35044
STATE    ZIP    CELL PHONE ▓▓▓▓▓

NOTIFY IN CASE OF EMERGENCY James Vowe    PHONE

ADDRESS 1626 16th Ave Childersburg AL 35044
STREET    CITY    STATE    ZIP

REFERRED TO USX BY WHOM?

## RESIDENCE ADDRESS

LIST RESIDENCE ADDRESSES FOR THE PAST 3 YEARS.

(1) FROM 9/74 TO Current    1626 16th Ave Childersburg AL 35044
STREET    CITY    STATE    ZIP

(2) FROM _____ TO _____    STREET    CITY    STATE    ZIP

(3) FROM _____ TO _____    STREET    CITY    STATE    ZIP

## EDUCATION

TRUCK DRIVING SCHOOL

HAVE YOU ATTENDED TRUCK DRIVING SCHOOL? ☒ YES ☐ NO    GRADUATION DATE 1/98

NAME CDI    LOCATION: Oxford, AL

## MILITARY STATUS

HAVE YOU SERVED IN THE U.S. ARMED FORCES? ☐ YES ☒ NO

BRANCH _____    DATES: FROM _____ TO _____

ARE YOU CURRENTLY A MEMBER OF THE ACTIVE RESERVES OR NATIONAL GUARD? ☐ YES ☒ NO

LIST ANY SPECIAL SKILLS OR TRAINING THAT YOU RECEIVED _____

G.F. Kelley v. U.S. Xpress
D 002046
Defendant's Doc. Production

| Name of Company | | Your Job Classification | |
| --- | --- | --- | --- |
| Address of Company | | Reason for Leaving | |
| City | State          Zip | | |

Accidents   YES   OR   NO     HOW MANY (PLEASE CIRCLE)   1   2   3   4   / MORE

G.F. Kelley v. U.S. Xpress
D 002047
Defendant's Doc. Production

| PRESENTLY HELD OR HAVE HELD | FOV | CMV | | |
| IN THE PAST. | | | | |
| . | POV | CMV | | |

G.F. Kelley V. U.S. Xpress
D 002048
Defendant's Doc. Production



## AGREEMENT (PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY)

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug test, alcohol test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation.

In connection with my application for qualification with you, I understand that an investigative consumer report(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies.

I further consent to you furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment.

This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten.

I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.

In accordance with Section(s) 382.405, 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification, and I release them from any and all liability for supplying said information.

G.F. Kelley v. U.S. Xpress

D 002049

Defendant's Doc. Production

8-23-05

# APPLICANTS AUTHORIZATION
## TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS

I, __Yarashita Yike__, understand that as a condition of hire with U. S. Xpress, I must give U. S. Xpress written authorization to obtain the results of all D.O.T. required drug and/or alcohol tests (including any refusals to be tested) from all of the companies for which I worked as a driver, or for which I took a pre-employment drug and/or alcohol test, during the past (5) years. I have also been advised and understand that my signing of this authorization does not guarantee me a job or guarantee that I will be offered a position with U. S. Xpress.

Below I have listed all of the companies for which I have worked for as a driver, or to which I applied as a driver during the last (3) years. I hereby authorize U. S. Xpress to obtain from those companies, and I hereby authorize those companies to furnish to U. S. Xpress the following information concerning my drug and alcohol tests: (i) all positive drug tests results during the past three (3) years; (ii) all alcohol test results of 0.04 or greater during the past three (3) years; (iii) all alcohol tests results of 0.02 or greater but less than 0.04 during the past three (3) years; (iv) all instances in which I refused to submit to a D.O.T. required drug and/or alcohol test during the past three (3) years.

The following is a list of all the companies for which I worked as a driver, or for which I attended orientation as a driver, during the past three (3) years:

| Company name and phone number | Dates worked for/applied: |
|---|---|
| Kelly Trucking 1-800-821-0144 | 2/03 - ~~Preent~~ 8/05 |
| USA/Driver Systems (205)445-0712 | 8/02 - 2/03 |
| | |
| | |
| | |

## APPLICANTS CERTIFICATION:

I have carefully read and fully understand this authorization to release my past drug and alcohol test results. In signing below, I certify that all of the information, which I have furnished, on this form is true and complete, and that I have identified all of the companies for which I have either worked, or applied for work, as a driver during the past two years.

| ___Yarshita Y___ | ████████ | __8-23-05__ |
|---|---|---|
| Signature of applicant | SSN | DATE |

G.F. Kelley v. U.S. Xpress
D 002050
Defendant's Doc. Production

RECORD OF ROAD TEST

Check only those items on which the driver's performance is
unsatisfactory. Explain unsatisfactory items under remarks.

Name Yougshta Yave  Address: 16 26 14th Ave Childersbury, AL 35644

License No 5427502  State: AL  Equipment: Driver: Tractor FLCONV VOLVO Trailer 53

Checked From: Childburg To: Childburg  Date: Aug 23

### Part 1 - Pre-Trip Inspection and Emergency Equipment

Checks general condition approaching unit _____
Looks for leakage of coolants, fuel and lubricants _____
Checks under the hood - oil, water, general condition
of engine compartment and steering _____
Checks around the unit - tires, lights, trailer hookup _____
Brake and light lines, body, doors, horn, windshield
wipers, rear end protection (bumper) _____
Test brake action, tractor protection valve, and
parking (hand) brake _____
Knows use of jacks, tools, emergency warning devices,
tire chains, fire extinguisher, spare fuses, and
four way flashers _____
Checks instruments _____
Cleans windshield, windows, mirrors, lights, and
reflectors _____

### Part 2 - Placing vehicle in motion and use of controls

#### Engine

Starts engine without difficulty _____
Allows proper warm-up _____
Understands gauges on instrument panel _____
Maintains proper engine speed while driving _____
Basic Knowledge of motors - gas, diesel _____
Use of motor _____

#### Clutch and Transmission

Starts loaded unit smoothly _____
Uses clutch properly _____
Times gearshifts properly _____
Shifts gears smoothly _____
Uses proper gear sequence _____

#### Brakes

Understands operating principles of air brakes _____
Knows proper use of tractor protection valve _____
Understands low air warning _____
Test brakes before starting trip _____

Fails to check traffic conditions & signal
when pulling out from parked position _____
Parks in illegal or unsafe location _____

#### Parking (road)

Parks off pavement _____
Avoids parking on soft shoulder _____
Uses emergency warning signals when
required _____
Secured unit properly _____

### D. Steering

Fights steering wheel _____
Allows truck to wander _____

### E. Lights

Knows lighting regulations _____
Uses proper headlight beam _____
Dim lights when meeting or following other vehicles _____
Adjust speed to range of headlights _____
Proper use of auxiliary lights _____

### Part 3 - Coupling and Uncoupling

Lines up units _____
Hooks brake and light lines properly _____
Secures trailer against movement _____
Backs under slowly _____
Tests hookup with power _____
Checks hookups visually _____
Handles landing gear properly _____
Proper hook-up of full trailer _____
Secures power unit against movement _____

### Part 4 - Backing and Parking

#### A. Backing

Gets out and checks before backing _____
Looks back as well as uses mirror _____
Gets out and rechecks conditions on
long back _____
Avoids backing from blind spot _____
Signals when backing _____
Controls speed and direction properly
while backing _____

#### B. Parking (city)

Takes too many pull ups _____
Hits nearby vehicles or stationary objects _____
Hits curb _____
Parks too far from curb _____

#### D. Grade Crossings

Adjusts speed to conditions _____
Makes safe stop, if required _____
Selects proper gear _____

#### F. Speed

Speed consistent with basic ability _____
Adjusts speed properly to road, weather,
traffic conditions, legal limits _____
Slows down for rough roads _____
Slows down in advance of curves. _____

G.F. Kelley v. U.S. Xpress
D 002051
Defendant's Doc. Production

rt 5 - Slowing and Stopping

intersections etc
Maintains consistent speed _____

_____

G. Courtesy and Safety

of gears properly ascending _____
ars down properly
ps and restores without rolling back _____
d brakes at top of hills
es brakes properly on grades _____
es mirror to check traffic to rear _____
nals following traffic
nds sudden stops _____
ps smoothly without excessive
nning _____
ps before crossing sidewalk when
oming out of driveway or alley
ps clear of pedestrian crosswalk _____

Depends on others for safety _____
Yields right-of-way for safety _____
Fails to go ahead when given right-of-
way by others
Tends to crowd other drivers or force
way through traffic _____
Fails to allow faster traffic to pass _____
Fails to keep right and in own lane _____
Unnecessary use of horn _____
Other discourtesy or improper conduct _____

Part 7- Miscellaneous
A. General Driving Ability and Habits
Consistently alert and attentive _____
Consistently aware of changing traffic

rt 6 - Operating in traffic Passing and Turning

Turning
is in proper lane well in advance _____
gnals well in advance
ecks traffic conditions and turns only when
way is clear _____
es not swing wide or cut short while turning _____

conditions _____
Adjusts driving to meet changing
conditions _____
Performs routine functions without taking
eyes from road _____
Checks instruments regularly _____
Willing to take instructions & suggestions _____
Adequate self-confidence in driving _____
Nervous, apprehensive _____
Easily angered _____
Complains too much _____
Personal appearance, manner, cleanliness _____
Physical Stamina _____

Traffic Signs and Signals
es not approach signal prepared to stop if
ecessary _____
olates traffic signal _____
ns yellow light _____
rts up too fast or too slow on green _____
ils to notice or heed traffic signs _____
ns "stop" signs _____

B. Handling of Freight
Checks freight properly _____
Handles and loads freight properly _____
Handles bills properly _____
Breaks down load as required _____

Intersections
justs speed to permit stopping if necessary _____
ecks for cross traffic regardless of traffic controls _____
elds right-of-way for safety

C. Rules and Regulations
Knowledge of company rules _____
Knowledge of regulations, federal, state
local _____
Knowledge of special truck routes _____
D. Use of Special Equipment (specify)

Passing
asses with insufficient clear space
ahead _____
asses in unsafe location; hill, curve,
intersection _____
ils to signal change of lanes _____
ills out and back - uncertain _____
ilgates waiting chance to pass _____
locks traffic with slow pass _____
uts in too short returning to right lane

_____

Remarks:
OK For 1st seat
_____
_____
_____

eneral Performance: Satisfactory ___X___ Needs Training _____ Unsatisfactory _____
ualified for:Truck _X___ Tractor-Semi trailer _A_X_____ Other _____

ignature of Examiner: _Witelbee L Beard_____

G.F. Kelley v. U.S. Xpress
D 002052
Defendant's Doc. Production

**U.S. XPRESS. INC. EXPRESS GLOBAL SYSTEMS**

## CERTIFICATION OF ROAD TEST

Driver's Name _Yamashita_ _ve_

Social Security No. ▮▮▮▮▮▮▮▮▮

Commercial Driver's License No. _5927562_

State _AL_ Location of Test _Cityoftay_

Type of Power Unit _7th 14_ Type of Trailer(s) _53_

This is to certify that the above driver was given a road test under my supervision

on _Aug 23_ 20 _05_

consisting of approximately _30_ miles of driving.

It is my considered opinion that this driver possesses sufficient driving skills to operate safely the type of commercial motor vehicle listed above.

_Williee Bend_ _____ SAFETY DEPT
          Signature of Examiner

In compliance with D.O.T. regulation 395.2, you are hereby notified that you are relieved from any and all duty when making meal or routine stops while en route to a destination. The duration of your relief shall not be less than 30 minutes or more than 1 hour 30 minutes. The meal or routine stop may be logged as "off duty" time.

## CERTIFICATION OF

Instruction in the transportation of Hazardous Materials in accordance with use title 49, parts 397, 100-177 and the use of Emergency Response Guide Book.

Date _8-23-05_ Driver's Signature _____

_____ SAFETY DEPT
   Instructor's Signature

G.F. Kelley v. U.S. Xpress
D 002053
Defendant's Doc. Production

## Certificate of Compliance
### Verification of Single License Traffic Violation Reporting

## Notice to Drivers

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight rating over 26,000 pounds and to any vehicle regardless of weight transporting hazardous materials.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license and no motor carrier may use a driver having more than one license. A limited exception is made for drivers who are subject to non-resident licensing requirements of any state. This exception does not apply after December 31, 1989.
2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.
3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.
4. Any violation is punishable by a fine not to exceed $2500. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

## To Be Retained By Motor Carrier

## Certification by Driver

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986, which became effective on July 1, 1987.

Driver's Name ___Yamashita Yuwe___    SS# █████████

Address ___P. O. Box 244  1626 16th Ave  Childersburg, AL 35044___

License: State ___AL___  Class ___A___  License # ___5427502___

I further certify that the above commercial vehicle license is the only one held or that I have surrendered the following licenses to the states indicated.

State _____ Class _____    License # _____

State _____ Class _____    License # _____

Driver's Signature: ___Yamashita Yuwe___

G.F. Kelley v. U.S. Xpress
D 002054
Defendant's Doc. Production

# NOTICE TO ALL DRIVERS

The cornerstone of any motor carrier safety program is driver compliance with logging regulations. These regulations assure a rested driver who is less likely to have an accident. As most of you are aware, the United States Department of Transportation and the various state enforcement agencies have an intensified enforcement program in regards to log compliance among drivers of tractor-trailer equipment.

One of the recurring problems is the falsification of daily logs by the drivers. Not only is this illegal, but it places the Carrier, and you, the Driver in a position to be fined for each violation by the U.S. DOT. We need your help in controlling these log violations.

Do not exceed your hours of service. Remember you must have a 10 hour break after 11 hours of driving, you cannot drive after having worked more than 14 consecutive hours and you cannot exceed 70 hours in 8 days. If you are having problems completing your logs as required by the DOT and the Company, contact the Safety Department. We appreciate and thank you for your continued cooperation.

Safety Department

## 7-Day Backlog

Full Name of Driver (Print): Yumushite Yeoman Towe

Social Security Number: ███████████

Motor Vehicle Operators License Number: 5927502

Type of License: A    Issuing State: AL    Exp. Date: 1-16-06

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Date | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 | 8/21/05 | 8/22/05 | ████ |
| Hours Worked | 9.5 | 11.5 | 11 | 10 | 2.75 | | 4.5 | 50.25 |

I qualify for the 34-hour restart exception during this period, as I was off duty for over 34 consecutive hours from _____ am/pm ___/___/ ___ through _____ am/pm
___/___/___.

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:

17:15    22    8    05
Time    Day    Month    Year

8-23-05
Date

_____
Driver's Signature

G.F. Kelley v. U.S. Xpress
D 002055
Defendant's Doc. Production