# EXHIBIT 115

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

SPECIMEN ID NO. 105947509

**ATN**
ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  888)222-4[...]

A. Employer Name, Address, I.D. No.   127234
US Xpress/Riverside
5800 Granite Parkway, Ste. 1000
Plano, TX 75024
PH: 423-510-3560  FX: 214-387-5200

B. MRO Name, Address, Phone and Fax No.
Profile # 601196
DFWI-Robert Pflug, M.D.
8550 Hwy. 23, Ste. 24
Belle Chasse, LA 70037
PH: 504-394-4151  FX: 214-387-[...]

[large redacted/black area]

X _[signature]_
Signature of Donor

(PRINT) Donor's Name (First, MI, Last)
Bernard K. Smith JR

Daytime Phone No. (310) 480-0640
Evening Phone No. (310) 567-2644

Date of Birth 03/19/25 [redacted]

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                              ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last) _____

Date (Mo./Day/Yr.) __/__/__

G.F. Kelley v. U.S. Xpress
D 000445
Defendant's Doc. Production

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer

(PRINT) Medical Review Officer's Name (First, MI, Last) _____

Date (Mo./Day/Yr.) __/__/__