# EXHIBIT 116

SPECIMEN ID NO. 105947508

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118 (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

| A. Employer Name, Address, I.D. No. | B. MRO Name, Address, Phone and Fax No. |
|---|---|
| 127234 | Profile # 601195 |
| US Xpress/Riverside | DFWI-Robert Pflug, M.D. |
| 5800 Granite Parkway, Ste. 1000 | 8558 Hwy. 23, Ste. 24 |
| Plano, TX 75024 | Belle Chasse, LA 70037 |
| PH: 423-510-3560 FX: 214-387-5200 | PH: 504-396-4153 |

...evident seal in my presence, and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____    Brandon L Salisbury    8/24/5
Signature of Donor           (PRINT) Donor's Name (First, MI, Last)    Date (Mo/Day/Yr)

Daytime Phone No. (703) 212-9703    Evening Phone No. (   )    Date of Birth ___

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                    ☐ ADULTERATED    ☐ SUBSTITUTED

G.F. Kelley v. U.S. Xpress
D 000446
Defendant's Doc. Production

REMARKS _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED    ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)