# EXHIBIT 117

FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM



SPECIMEN I.D. NO. **106 238 24**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 98116  (888)222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

128004

US Xpress/North Little Rock, AR
509 Enterprise/P.O. Box 425
Lowell, TN 72745
PH: 423-510-3560  FX: 214-387-5200

B. MRO Name, Address, Phone and Fax No.

Profile # 617702
DFWI-Robert Sflup, M.D.
8556 Hwy. 23, Ste. 4
Belle Chasse, LA 70037
PH: 504-394-0152  FX: 214-387-5200

_(black redaction area)_

...provided on this form and on the label affixed to each specimen bottle is correct.

X ___Van A. Mitchell___        ___Van A. Mitchell___        ___8/22/05___
   Signature of Donor                (PRINT) Donor's Name (First, MI, Last)         Mo.  Day  Yr.

Daytime Phone No. (703) 451-4251    Evening Phone No. ( )        Date of Birth

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).—DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

G.F. Kelley v. U.S. Xpress
D 000428
Defendant's Doc. Production

In accordance with applicable Federal requirements, my determination/verification is:

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
             ☐ DILUTE                          ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

_____      _____      ___/___/___
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

_____      _____      ___/___/___
Signature of Medical Review Officer          (PRINT) Medical Review Officer's Name (First, MI, Last)      Date (Mo./Day/Yr.)