IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| G. F. KELLY TRUCKING, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:06-cv-351-MEF |
| | ) | |
| U. S. XPRESS ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Strike (Doc. #37) filed on March 28, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before April 9, 2007 as to why the motion should not be granted.

DONE this the 30th day of March, 2007.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE