IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G. F. KELLY TRUCKING, INC., *et al.*, )<br>)<br>    Plaintiffs, )<br>v. )<br>)<br>U. S. XPRESS ENTERPRISES, INC., )<br>)<br>    Defendant. ) | CASE NO. 3:06-cv-351-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Limit Expert Testimony (Doc. #31) filed on March 22, 2007, it is hereby ORDERED:

1. The plaintiffs file a response which shall include a brief and any evidentiary materials on or before April 9, 2007.

2. The defendant may file a reply brief on or before April 16, 2007.

DONE this the 30th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE