IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

G.F. KELLY TRUCKING, INC. and    *
GUY KELLY, individually,    *
    *
     Plaintiffs,    *
    *
vs.    *    **Civil Action No. 3:06cv00351-MEF**
    *
U.S. XPRESS ENTERPRISES, INC.,    *
et al.,    *
    *
Defendants.    *

## EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO LIMIT EXPERT TESTIMONY

Comes now Plaintiffs, G.F. Kelly Trucking, Inc. and Guy Kelly and submit the following evidence of its Response in Opposition to Defendant's Motion to Limit Expert Testimony being filed contemporaneously herewith:

1   Expert Disclosure of Plaintiffs G.F. Kelly and Guy Kelly, Submitted February 23, 2007.

2   Addendum to Expert Disclosure of Plaintiffs G.F. Kelly and Guy Kelly, Submitted March 22, 2007.

Respectfully submitted this 9th day of April, 2007.

/s/ John E. Tomlinson_____
JOHN E. TOMLINSON (TOM014)
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that the following persons will be served with this notice on this 9th day of April, 2007.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

/s/ John E. Tomlinson
Of Counsel