# EXHIBIT 1

Case 3:06-cv-00351-MEF-WC    Document 41-3    Filed 04/09/2007    Page 1 of 14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually, | * * * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No. 3:06cv00351-MEF * |
| U.S. XPRESS ENTERPRISES, INC., et al., | * * * |
| Defendants. | * |

## EXPERT DISCLOSURE OF PLAINTIFFS G.F. KELLY TRUCKING, INC. AND GUY KELLY

Plaintiffs, G.F. Kelly Trucking, Inc. and Guy Kelly, by counsel, submit the following designation of experts in accordance with the Rule 26(a)(2) Scheduling Order entered in this cause:

Mr. Edward W. Sauls
CPA/ABV, CVA, CFFA
Jackson Thornton & Company, P.C.
Post Office Box 96
Montgomery, Alabama 36101-0096

Mr. Sauls is expected to testify and give expert testimony at the trial of this matter regarding the opinions set forth in his attached report. A copy of Mr. Sauls' opinion report, curriculum vitae, testimony list, and fee information are attached hereto as Exhibit "A".

Plaintiffs reserve the right to amend and supplement these opinions and/or this list as further information becomes available through discovery.

/s/ John E. Tomlinson
JOHN E. TOMLINSON (TOM014)
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 Telephone
(334) 954-7555 Fax
John.Tomlinson@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that the following persons will be served with this notice on this 23rd day of FEBRUARY, 2007.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

Of Counsel


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and<br>GUY KELLY, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC.,<br>et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 3:06cv00351-MEF<br>*<br>*<br>*<br>*<br>* |

### REPORT OF EDWARD W. SAULS, CPA/ABV, CVA, CFFA

My name is Edward W. Sauls. I am a Certified Public Accountant. I have been in public accounting for 35 years. I am a Principal in the public accounting and consulting firm of Jackson Thornton. Jackson Thornton has offices in Montgomery, Dothan, Prattville and Wetumpka, Alabama. My public accounting experience has been in serving the business community in the areas of tax, accounting and consulting services including business valuation. I am a member of the AICPA (American Institute of Certified Public Accountants) and hold an ABV (Accredited in Business Valuation) certification. I am a member of NACVA (National Association of Certified Valuation Analysts), and hold a CVA (Certified Valuation Analyst), which is a certification for CPA's specializing in the field of business valuation. In addition, I hold a CFFA (Certified Forensic Financial Analyst), which is a certification for those specializing in litigation consulting. I hold Certified Public Accountant certificates in the states of Alabama, Texas and Mississippi.

I have been asked to give my opinion of the financial impact to plaintiffs, G.F. Kelly Trucking, Inc. and Mr. Guy Kelly because of the action of the defendant U.S. Xpress Enterprises, Inc. as discussed in the complaint to this matter.

G.F. Kelly Trucking, Inc. was to sell substantially all of its assets to the defendant with the anticipated date of the transaction to be July or August of 2005. The plaintiff complains that because of the actions of the Defendant (1) the Plaintiff, Kelly, did not receive the purchase price due under the contract, (2) the Plaintiff lost clients as a result of the breach, (3) the Plaintiff's business decreased in value as a result of the breach, (4) the Plaintiff lost interest on monies owed under the contract and (5) the Plaintiff incurred substantial time and expense in negotiation of the Agreement.

G.F. Kelly Trucking, Inc., prior to this matter, operated over 200 tractors and about 500 trailers.

The company experienced revenues in the years preceding 2005 as follows:

| 2002 | 2003 | 2004 |
|---|---|---|
| $ 22,465,132 | $ 23,190,210 | $ 23,667,317 |

*G.F. Kelly vs. U.S. Xpress*

Net income (loss) for the same years was:

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| $ | (29,604) | $ (10,589) | $ 300,462 |

For 2005, the year in which the closing was to occur, the company's revenues fell to $19,970,437. The company experienced a loss of $544,512.

In summary:

### Revenues



### Net Income



Clearly the results of operations for 2005 were diminished from earlier periods.

The company maintains reports of revenues by customer. Analyzing revenues for the first six months of 2005, the period ended just prior to the anticipated closing, shows revenues for the year up to this point were $10,963,465. This indicates that the company was experiencing revenues substantially in line with prior periods.

*Report of Edward W. Sauls, CPA/ABV, CVA, CFFA*                    2

*G.F. Kelly vs. U.S. Xpress*

In the last two quarters of 2005, the company experienced revenues of $4,390,283 and $2,009,904 respectively.

In summary:



Substantial decline in revenues did not begin until after the anticipated purchase date.

The purchase agreement provides for the sale of substantially all of the assets of G.F. Kelly Trucking, Inc. to the defendant except for real estate, cash and investments. The purchase price to be paid for transportation equipment would be based upon a third party appraisal. The defendant was to assume or pay off debt associated with each piece of equipment. The document with Bates number D000209 to this matter is a compilation of the values and debt associated with each piece of equipment.

| Liquidation Value | Payoff |
|---|---|
| $ 7,550,050 | $ 7,664,677 |

The document with Bates number 000074 is a summary of some of the terms and amounts to be realized by G.F. Kelly Trucking, Inc. It is my understanding that it was prepared by a representative of the defendant. It describes the potential amounts Mr. Guy Kelly could receive from the driver sign-up and driver retention provisions of the agreement.

| Driver Sign-Up | $ | 255,000 | At Closing |
| Driver Sign-Up * | | 85,000 | Over 6 Months |
| Driver Retention Pool * | | 400,000 | Over 24 Months |
| | $ | 740,000 | |

*Discounting these amounts at 5% to the then present value shows the value at closing date of these items as follows:

*G.F. Kelly vs. U.S. Xpress*

|  |  |  |  |
|---|---|---|---|
| Driver Sign Up | $ | 255,000 | At Closing |
| Driver Sign Up * |  | 83,000 | Over 6 Months |
| Driver Retention Pool* |  | 380,000 | Over 24 Months |
|  | $ | 718,000 |  |

The document reveals potential payment from the sale and purchase of accounts receivable, after the payoff of related factoring debt to be:

$ 780,000

Payment for plates and permits indicated on this document is $161,912. The purchase agreement, (Bates number Kelly-000045) established the payment at:

$ 215,000

In summary:

| | |
|---|---|
| Equipment | $ 7,550,050 |
| Debt on Equipment | (7,664,677) |
| Driver Sign Up and Retention | 718,000 |
| Receivable (net of factoring debt) | 780,000 |
| Plates and Permits | 215,000 |
| Total | $ 1,598,373 |

G.F. Kelly Trucking, Inc. and Guy Kelly would have received, at closing, assets of approximately $1,600,000.

The plaintiff complains that customers and drivers were lost because the defendant did not complete the transaction. Revenues declined significantly following the anticipated sale and purchase date and repossessions of equipment began. G.F. Kelly Trucking, Inc. ceased operations during 2005.

Damages to G.F. Kelly Trucking, Inc. and Guy Kelly are best determined by quantifying the diminution in the value of his business from the point in time of the anticipated closing date to its value today. The parties agreed that the value of the relevant assets, net of relevant liabilities, including the value of monies to be received under the driver sign-up and retention provisions to be $1,600,000. This is an asset based approach to valuation.

This number is compared to the current value of the company. The company ceased operations in 2005. Today there are unpaid liabilities (deficiencies) to parties that financed equipment at August 2005. These deficiencies were to: Volvo, Daimler/Chrysler, Navistar International, Omni National Bank and Wells Fargo.

There likely are more and there likely are liabilities from August 2005 to others related to other operating activities. Additional documents could lead to quantifying these amounts.

*G.F. Kelly vs. U.S. Xpress*

It is our understanding that some of the customers previously serviced by G.F. Kelly Trucking are now being serviced by K-Diesel, Inc., a company in which Guy Kelly has a financial interest. This is being done with 20 trucks with a net equity of approximately $265,000.

As of the writing of this report, financial information on the results of operations related to the remaining G.F. Kelly Trucking, Inc. customers is not available. To the extent the results of operations produce a benefit stream, there is value. This value, if any, is determined by capitalizing the benefit stream at a rate that reflects the risk in achieving the benefit stream. The value, if any, of the benefit stream combined with the debts (deficiencies) will be the indication of value of the business today. This can be a positive or negative number. This number, combined with the indicated value at August 2005, will result in damages to the plaintiffs. Interest to trial date is properly added.

The documents reviewed in preparation of this report are listed in Exhibit A.

The hourly rate in determining my compensation is $250 for non-deposition and non-trial testimony and $275 for deposition and trial testimony. Other professional staff members have assisted me with hourly rates of $125 to $160.

Discovery is ongoing. Additional information subsequently received will be considered. My opinion and my report will be amended accordingly.

Edward W. Sauls, CPA/ABV, CVA, CFFA
February 23, 2007

**Exhibit A**

Accounts Payable Check Register (Bates stamped Kelly-000641 through Kelly-000645)
Asset Purchase Agreement (Bates stamped Kelly-000043 through Kelly-000070)
Complaint
Deposition Testimony of Dennis Hamlet, January 22, 2007
Deposition Testimony of Guy F. Kelly, January 15, 2007
Deposition Testimony of Randall Fant, January 16, 2007
Email dated August 23, 2005 (Bates stamped Kelly-000080)
Email dated July 27, 2005 (Bates stamped Kelly-000071)
Email dated July 29, 2005 (Bates stamped Kelly-000072 through Kelly-000073)
Equipment Appraisal dated October 5, 2006
Equipment Appraisal dated October 6, 2006
Exhibits to Deposition of Randall Fant (marked Defendant's Exhibits 68-87)
G.F. Kelly, Inc. 2002 Financial Statements (Bates stamped Kelly-000299 through Kelly-000302)
G.F. Kelly, Inc. 2003 Financial Statements (Bates stamped Kelly-000295 through Kelly-000298)
G.F. Kelly, Inc. 2004 Financial Statements (Bates stamped Kelly-000291 through Kelly-000294)
G.F. Kelly, Inc. 2004 Tax Returns (Bates stamped Kelly-000319 through Kelly-000355)
G.F. Kelly, Inc. 2005 Accounts Payable General Ledger (CD)
G.F. Kelly, Inc. 2005 Financial Statements (Bates stamped Kelly-000286 through Kelly-000290)
G.F. Kelly, Inc. 2005 Tax Returns (Bates stamped Kelly-000303 through Kelly-000318)
GL Revenue by Customer, 01/01/04-12/31/04 (Bates stamped Kelly-000261 through Kelly-000266)
GL Revenue by Customer, 01/01/05-06/30/05 (Bates stamped Kelly-000273 through Kelly-000276)
GL Revenue by Customer, 01/01/05-12/31/05 (Bates stamped Kelly-000267 through Kelly-000272)
GL Revenue by Customer, 07/01/05-09/30/05 (Bates stamped Kelly-000281 through Kelly-000283)
GL Revenue by Customer, 07/01/05-12/31/05 (Bates stamped Kelly-000277 through Kelly-000280)
GL Revenue by Customer, 10/01/05-12/31/05 (Bates stamped Kelly-000284 through Kelly-000285)
Guy Kelly 2003 Tax Returns (Bates stamped Kelly-000362 through Kelly-000384)
Guy Kelly 2004 Tax Returns (Bates stamped Kelly-000385 through Kelly-000408)
Guy Kelly 2005 Tax Returns (Bates stamped Kelly-000409 through Kelly-000460)
Guy Kelly Personal Financial Statement (Bates stamped Kelly-000356 through Kelly-000357)
K-Diesel, Inc. 2004 Cumulative General Ledger
K-Diesel, Inc. 2004 Financial Statements
K-Diesel, Inc. 2005 Cumulative General Ledger
K-Diesel, Inc. 2005 Financial Statements
K-Diesel, Inc. 2006 Cumulative General Ledger
K-Diesel, Inc. 2006 Financial Statements
K-Diesel, Inc. Bank Statements (Bates stamped Kelly-000358 through Kelly-000361)
K-Diesel, Inc. Equipment Listing
Letter dated August 25, 2005 (Bates stamped Kelly-000086)
Letter dated August 30, 2005 (Bates stamped Kelly-000088)

Letter dated June 29, 2005 (Bates stamped Kelly-000009 through Kelly-000014)
Out of Pocket Expenses (Bates stamped Kelly-000087 and Kelly-000089)
Road Fleet (Bates stamped Kelly-000249 through Kelly-000260)
Road Fleet (Defendant's Documents D000209-D000221)
Summary of Agreement changes (Bates stamped Kelly-000074)
Taylor & Martin Appraisal (Defendant's Documents D000222-D000274)

Edward W. Sauls CPA/ABV,CVA, CFFA
Testimony For The Last Four Years (2003 – 2006)

| Name of Case | | Jurisdiction | Matter | Year |
|---|---|---|---|---|
| William Brown v. C & S Manufacturing, Inc. | Defendant | U.S. Bankruptcy Court | Commercial Damages | Jan-03 |
| Wells, Hunt and Hall v. Beneficial | Plaintiff | Noxubee County, MS | Personal Damages | Mar-03 |
| Willie Cotton v. Beneficial | Plaintiff | Choctaw Tribal Court | Personal Damages | Dec-03 |
| Bobby Chesser and Clegg's Discount Fireworks, Inc. v. Phenix City, AL, et al | Plaintiff | Russell County | Commercial Damages | 22-Jan-04 |
| Dolphin Square v. Donna Bloomer | Plaintiff | Escambia County, FL | Commercial Damages | 30-Jan-04 |
| Waylon & Jennifer Mollett v. Kentucky Finance et al. | Plaintiff | American Arbitration Assoc. | Personal Damages | 26-Apr-04 |
| Ella Brown and Ethel Johnson v. Centex Home Equity Company, LLC | Plaintiff | District of MS – Jackson Division Eastern Division | Personal Damages | 11-May-04 |
| Action Marine, Inc, et al v. Continental Carbon Incorporated, et al. | Plaintiff | | Commercial Damages | 20-May-04 |
| Ella Brown and Ethel Johnson v. Centex Home Equity Company, LLC | Plaintiff | District of MS – Jackson Division | Personal Damages | 25-May-04 |
| Various Plaintiffs v. Citigroup, Inc.; et al. | Plaintiff | In The American Arbitration Assoc. | Personal Damages | 15-Jul-04 |
| Action Marine, Inc. et al v. Continental Carbon Incorporated, et al. | Plaintiff | Eastern Division | Commercial Damages | 17-Aug-04 |
| Various Plaintiffs v. Household Finance Corp; Beneficial Mortage Co. of SC | Plaintiff | In The Jams Arbitration Forum | Personal Damages | 25-Aug-04 |
| Ichthus Consulting, Inc. and Larry Hughes V. Joe Sweeney, Canon, USA, et al. | Defendant | Montgomery Cty, AL | Commercial Damages | 15-Sep-04 |
| Fonzie Gandy et al v. Beneficial MS, Inc. et al. | Plaintiff | Wayne County, MS | Personal Damages | 28-Sep-04 |
| Richard Davis; et al., v. State Department of Revenue; et al. | Defendant | Montgomery County, Alabama | Compliance Issues | 22-Feb-05 |
| Gary Willis and Gina Willis v. Freedom Mortgage Corporation, et al., | Plaintiff | Barbour County, AL, Clayton Division | Personal Damages | 26-Apr-05 |
| Jason Byrd v. Howse Implement Company, Inc. | Defendant | U.S. District Court - Southern Division | Personal Damages | 18-Jul-05 |
| Eufaula Pulpwood, Inc. v. Lexington Insurance Co; Young Johnston & Assoc, et al | Plaintiff | Barbour County, AL, Eufaula Division | Commercial Damages | 25-Aug-05 |
| Marguerite Decl v. Bell Sports Corporation, et al. | Plaintiff | Tuscaloosa County, AL | Personal Damages | 8-Dec-05 |
| Dolphin Square v. Donna Bloomer | Plaintiff | Escambia County, FL | Commercial Damages | 1-Feb-06 |
| Betty Jean Grayson, et al v. New Century Financial Corp. et al | Plaintiff | Humphreys County, MS | Personal Damages | 22-Feb-06 |
| Capital U-Drive-It, Inc. v. The Estate of George B. Beaver, Jr., et al. | Plaintiff | Lexington County, SC | Commercial Damages | 30-May-06 |
| Barbara Ducoffe v. Protective Life Ins Co.; Unumprovident Corporation | Plaintiff | Jefferson County, AL | Personal Damages | 6-Sep-06 |
| Carolyne Thorne v. Ford Motor Company; Moody Tire Service, Inc., et al. | Plaintiff | Montgomery County, Alabama | Personal Damages | 25-Jan-07 |
| Ralph Brown v. Champion Enterprises, Inc., et al. | Plaintiff | U.S. District Court - Northern Division | Personal Damages | 8-Feb-07 |
| Nicholas Strickland, et al. v. Champion Enterprises, Inc., et al. | Plaintiff | U.S. District Court - Southern Division | Personal Damages | 8-Feb-07 |
| Jerry Allen v. Champion Enterprises, Inc., et al. | Plaintiff | U.S. District Court - Southern Division | Personal Damages | 8-Feb-07 |

Edward W. Sauls, CPA/ ABV, CVA, CFFA  
Certified Public Accountant  
Accredited in Business Valuation  
Certified Valuation Analyst  
Certified Forensic Financial Analyst

| | |
|---|---|
| Education: | B.S. in Accounting<br>University of Alabama 1971<br><br>Completed requirements of the American Institute of Certified Public Accountants Certificate of Education Achievement in Business Valuations<br><br>Completed requirements of the National Association of Certified Valuation Analysts for designation of Certified Valuation Analyst (CVA)<br><br>Completed requirements of the American Institute of Certified Public Accountants designation Accredited in Business Valuation (ABV)<br><br>Completed requirements of the National Association of Certified Valuation Analysts Forensic Institute for designation of Certified Forensic Financial Analyst (CFFA) |
| Work Experience: | Entered public accounting in 1971 upon graduation from The University of Alabama as a staff accountant with Jackson Thornton in Montgomery, Alabama and became a principal with the firm in 1978.<br><br>Received Alabama CPA certificate in 1974<br><br>Jackson Thornton has its home office in Montgomery, Alabama with other Alabama offices in Dothan, Prattville and Wetumpka. The firm currently has 29 principals with over 175 employees. |
| Presentations: | Alabama Bar Institute for Continuing Legal Education<br>The Role of the CPA as an Expert Witness<br>Montgomery, Alabama<br><br>Auburn University at Montgomery<br>Division of Continuing Education<br>Small Business Tax Workshop<br>Montgomery, Alabama<br><br>Alabama Society of Certified Public Accountants<br>Business Valuation<br>Montgomery, Alabama |

Page 1 of 2

Edward W. Sauls, CPA/ ABV, CVA, CFFA
Certified Public Accountant
Accredited in Business Valuation
Certified Valuation Analyst
Certified Forensic Financial Analyst

Alabama State Bar Association
Law Practice Valuation Considerations
Dothan, Alabama

Alabama State Bar Association Annual Meeting-July 2001
Valuing a Law Firm
Destin, Florida

Alabama State Bar Association Annual Meeting-July 2003
Considerations in Measuring Commercial & Personal Damages
Mobile, Alabama

AU CLE – February 2005
Considerations in Measuring Commercial & Personal Damages
Opelika, Alabama

| | |
|---|---|
| Certifications | State of Alabama, Certified Public Accountant, Number 1293 |
| | State of Texas, Certified Public Accountant, Number 56569 |
| | State of Mississippi, Certified Public Accountant, Number R2772 |
| | Certified Valuation Analyst, December 1995 |
| | Accredited in Business Valuation, Certificate Number 0419 |
| | Certified Forensic Financial Analyst, Certificate Number 20 |
| Affiliations: | American Institute of Certified Public Accountants |
| | National Association of Certified Valuation Analysts |
| | Alabama Society of Certified Public Accountants |
| | Texas Society of Certified Public Accountants |
| | American Society of Appraisers |
| | Montgomery Estate Planning Council |