# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

G.F. KELLY TRUCKING, INC. and   *
GUY KELLY, individually,   *
  *
   Plaintiffs,   *
  *
vs.   *   Civil Action No. 3:06cv00351-MEF
  *
U.S. XPRESS ENTERPRISES, INC.,   *
et al.,   *
  *
Defendants.   *

## ADDENDUM TO EXPERT DISCLOSURE OF PLAINTIFFS
## G.F. KELLY TRUCKING, INC. AND GUY KELLY

Pursuant to Rule 26(e)(1) of F.R.C.P., Plaintiffs G.F. Kelly Trucking, Inc. and Guy Kelly, by counsel, submit this addendum in supplement to Plaintiffs' Expert Report of February 23, 2007. A copy of Mr. Sauls' addendum is attached hereto as Exhibit "A".

           JOHN E. TOMLINSON (TOM014)
           Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that the following persons will be served with this notice on this ___22___ day of ___MARCH___, 2007.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION



G.F. KELLY TRUCKING, INC. and          *
GUY KELLY, individually,               *
                                       *
        Plaintiffs,                    *
                                       *
vs.                                    *    Civil Action No. 3:06cv00351-MEF
                                       *
U.S. XPRESS ENTERPRISES, INC.,         *
et al.,                                *
                                       *
Defendants.                            *


## ADDENDUM TO REPORT OF EDWARD W. SAULS, CPA/ABV, CVA, CFFA

This addendum supplements my report in this matter that was dated February 23, 2007. The content of my earlier report is unchanged by this addendum.

My report of February 23, 2007 contained:

*"Damages to G.F. Kelly Trucking, Inc. and Guy Kelly are best determined by quantifying the diminution in the value of his business from the point in time of the anticipated closing date to its value today. The parties agreed that the value of the relevant assets, net of relevant liabilities, including the value of monies to be received under the driver sign-up and retention provisions to be $1,600,000. This is an asset-based approach to valuation.*

*This number is compared to the current value of the company. The company ceased operations in 2005. Today there are unpaid liabilities (deficiencies) to parties that financed equipment at August 2005. These deficiencies were to: Volvo, Daimler/Chrysler, Navistar International, Omni National Bank and Wells Fargo.*

*There likely are more and there likely are liabilities from August 2005 to others related to other operating activities. Additional documents could lead to quantifying these amounts."*

I am now able to quantify some of the previously unknown deficiencies referred to above. Known deficiencies are:

| | |
|---|---|
| Omni National Bank | $151,748 |
| Daimler/Chrysler | 35,944 |
| VFS Leasing Company | 398,946 |
| Navistar Financial Corporation | 177,241 |
| Total of above | $763,879 |

_Addendum to Report of Edward W. Sauls, CPA/ABV, CVA, CFFA_

As stated in the report of February 23, 2007:

*"It is our understanding that some of the customers previously serviced by G.F. Kelly Trucking are now being serviced by K-Diesel, Inc., a company in which Guy Kelly has a financial interest. This is being done with 20 trucks with a net equity of approximately $265,000.*

*As of the writing of this report, financial information on the results of operations related to the remaining G.F. Kelly Trucking, Inc. customers is not available. To the extent the results of operations produce a benefit stream, there is value. This value, if any, is determined by capitalizing the benefit stream at a rate that reflects the risk in achieving the benefit stream. The value, if any, of the benefit stream combined with the debts (deficiencies) will be the indication of value of the business today. This can be a positive or negative number. This number, combined with the indicated value at August 2005, will result in damages to the plaintiffs. Interest to trial date is properly added."*

It is my opinion that the future benefit stream from the operation of 20 trucks will not result in value exceeding the value of the trucks and trailers now owned that were previously a part of G F . Kelly Trucking, Inc. There is value in these assets, detailed below::

| | |
|---|---|
| Equity in 20 trucks | $264,805 |
| Equity in trailers | 521,708 |
| Total equity | $786,513 |

Damages to G.F. Kelly Trucking, Inc. and Guy Kelly are best determined by quantifying the diminution in the value of his business from the point in time of the anticipated closing date to its value today. The parties agreed that the value of the relevant assets, net of relevant liabilities, including the value of monies to be received under the driver sign-up and retention provisions to be $1,598,373 (see February 23, 2007 report).

Value of assets in 2005                                    $1,598,373

Value of assets today based upon known deficiencies and
   equity of assets:

| | |
|---|---|
| Known deficiencies | ($763,879) |
| Known equity in assets | 786,513 |
| Net | $  22,634 |

Combining the value at the anticipated closing date with the value today indicates the financial impact to the plaintiffs to be $1,575,739.

The documents reviewed in preparation of this addendum are listed in Exhibit A.

Edward W. Sauls, CPA/ABV, CVA, CFFA
March 22, 2007

*Addendum to Report of Edward W. Sauls, CPA/ABV, CVA, CFFA*

Exhibit A to Addendum

March 22, 2007 letter of deficiency – Daimler Chrysler – account 100-0090633-000

March 22, 2007 letter of deficiency – Daimler Chrysler – account 100-0082080-000

March 9th 2007 Order – Navistar Financial Corporation v. GF Kelly, Inc. and Guy Kelly – Circuit Court of Tallapoosa County, Alabama.

Complaint – VFS Leasing v. GF Kelly, Inc. and Guy Kelly – United States District Court for the Middle District of Alabama, Eastern Division.

Complaint Omni National Bank v. GF Kelly, Inc. and Guy Kelly – Circuit Court Randolph County, Alabama.

Schedule of Kelly Owned Tractors.

October 6, 2006 letter from Lufkin Trailers of Alabama from Jerry Keith with attachments  (5 pages in total).

# DAIMLERCHRYSLER

DaimlerChrysler
Truck Financial

March 22, 2007

G F Kelly Inc
Po Box 29
Wadley, AL 36276

Account no. 100-0090633-000

Re:   Deficiency Balance of $29,545.92

Dear G F Kelly Inc:

The DaimlerChrysler Truck Financial business unit of DaimlerChrysler Financial Services Americas LLC ("DCFSA") has previously advised you of the deficiency balance that exists on your account following the sale of the above referenced vehicle(s). DCFSA's records indicate you are paying $300.00 per month towards this balance. Thank you for your cooperation.

Sincerely,

Kristin Buckwheat
Loss Recovery Specialist

A business unit of DaimlerChrysler Financial Services Americas LLC

DaimlerChrysler
Truck Financial
CIMS 716-06-00
1601 Wesmodale Road, Suite 100
Lisle, IL 60532-4953
Phone (800) 659-4144
Fax (800) 535-2398

Kelly-13515

# DAIMLERCHRYSLER

DaimlerChrysler
Truck Financial

March 22, 2007

G F Kelly Inc
Po Box 29
Wedley, AL 36276

Account no. 100-0082000-000

Re:   Deficiency Balance of $6,397.89

Dear G F Kelly Inc:

The DaimlerChrysler Truck Financial business unit of DaimlerChrysler Financial Services
Americas LLC ("DCFSA") has previously advised you of the deficiency balance that exists on
your account following the sale of the above referenced vehicle(s). DCFSA's records indicate
you are making payments of $500.00 per month towards this balance. Thank you for your
cooperation.

Sincerely,

Kristin Buckwheat
Loss Recovery Specialist

DaimlerChrysler
Truck Financial
CMS 715-05-00
701 I Warrenville Road, Suite 100
Lisle, IL 60557-0041
Phone (800) 459-4142
Fax (800) 233-1978

A business unit of DaimlerChrysler Financial Services Americas LLC

Kelly-13516

MAR-22-2007-THU 09:31 AM   EAGLE LOGIS, SAFETY      FAX No. 2563954895               P. 002

MAR-19-2007 12:04 PM  G. SANFORD HOLLIDAY      554 865 8265              P.02

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

NAVISTAR FINANCIAL CORPORATION,    )
                                   )
            Plaintiff,             )
                                   )
    v.                             )    CIVIL ACTION NO. _CV-07-44_
                                   )
G F KELLY, INC., an Alabama corporation, and )
GUY F. KELLY,                      )
                                   )
            Defendants,            )

ORDER

This matter came before the Court on the Acceptance of Service and Consent to Entry of Judgment in the above styled matter heretofore filed by G F Kelly, Inc., an Alabama corporation, and Guy F. Kelly, individually, and the Court having reviewed the same and finding it just, proper, and appropriate, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against G F Kelly, Inc., an Alabama corporation, and Guy F. Kelly, individually, jointly and severally, in the amount of $177,240.98 by consent.

WHEREFORE, this is a final Order of judgment for which execution may issue.

IT IS FINALLY ORDERED, ADJUDGED, AND DECREED that Court costs of this proceeding are taxed to the defendants.

DONE AND ORDERED this _9th_ day of _March_, 2007.

3-9-07
Attorney of Record

_____
Circuit Judge
Tallapoosa County, Alabama
Alexander City Division

DOC6BHM0471783\1

MAR-19-2007 13:02  From:334 853 8263        ID:EAGLE LOGISTICS        Page:003  R=91%
Kelly-13517

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO. | 2006 JUL 19   A 9: 24 |
| Plaintiff, | ) |
| | ) DEBRA P. HACKETT, CLK |
| | U.S. DISTRICT COURT |
| vs. | ) MIDDLE DIST. ALA |
| | ) CIVIL ACTION NO. |
| G.F. KELLY, INC. d/b/a KELLY | ) |
| TRUCKING; and GUY KELLY, | ) 3:06cv038-SRW |
| | ) |
| Defendants | ) |

COPY

## COMPLAINT

COMES NOW the Plaintiff, VFS Leasing Co. ("VFS"), and respectfully avers as
follows:

### Parties and Jurisdiction

1.     VFS is a Delaware business trust.

2.     Upon information and belief, Defendant G.F. Kelly, Inc. ("GFK") d/b/a Kelly
Trucking, is a corporation organized and existing under the laws of the State of Alabama with its
principal place of business in Randolph County, Alabama.

3.     Upon information and belief, Defendant Guy Kelly ("Kelly") is a resident of the
State of Alabama.

4.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because
complete diversity exists between the Plaintiff and the Defendants and the amount in controversy
exceeds $75,000 exclusive of interest and costs.

### Factual Allegations

5.     VFS is the successor in interest to Volvo Commercial Finance LLC The
Americas. Volvo Commercial Finance LLC The Americas is the successor in interest to Volvo

1

B MJA 714460 v1
1039265-000044 07/13/2006

Kelly-012402

Commercial Finance Inc. The Americas, formerly known as Volvo Truck Finance North America Inc. Volvo Truck Finance North America Inc. is the named lessor on the master lease agreements that form the basis of this Complaint. VFS will refer to the lessor throughout this Complaint.

6.    On or about February 6, 2001, Defendant Kelly executed a Continuing Personal Guaranty (the "Guaranty") whereby Kelly guaranteed all liabilities or obligations that GFK had incurred or may incur that shall be due and payable to VFS. *See Guaranty*, attached hereto as Exhibit A.

7.    On or about February 11, 1997, VFS entered into its first Master Lease Agreement ("Master Lease 1") with GFK. *See Master Lease 1*, attached hereto as Exhibit B.

8.    On or about February 27, 2001, GFK executed Schedule No. 411 of Master Lease 1, thereby leasing from VFS three 2001 Volvo VNL64T610 Tractors, vehicle identification numbers:

    a)    4V4NC9RHX1N325015;
    b)    4V4NC9RH81N325014; and
    c)    4V4NC9RH61N325013

(hereafter collectively referred to as the "Schedule 411 Tractors."). *See* Exhibit B at Schedule No. 411.

9.    On or about March 11, 2001, GFK executed Schedule No. 412 to Master Lease 1, thereby leasing from VFS two 2001 Volvo VNL64T610 Tractors, vehicle identification numbers:

    a)    4V4NC9RH11N325016; and
    b)    4V4NC9RH31N325017

(hereafter collectively referred to as the "Schedule 412 Tractors"). *See* Exhibit B at Schedule No.

2

Kelly-012403

412.

10.    On or about April 10, 2001, GFK executed Schedule No. 413 to Master Lease 1, thereby leasing from VFS two 2001 Volvo VNL64T660 Tractors, vehicle identification numbers:

a)    4V4NC9TH61N325019; and

b)    4V4NC9TH41N325018

(hereafter collectively referred to as the "Schedule 413 Tractors"). *See* Exhibit B at Schedule No. 413.

11.    Finally, on or about September 11, 2001, GFK executed Schedule No. 415 to Master Lease 1, leasing from VFS one 2002 Volvo VNL64T610 Tractor, vehicle identification number 4V4NC9TH22N325021 (hereafter referred to as the "Schedule 415 Tractor"). *See* Exhibit B at Schedule No. 415.

12.    On or about December 10, 1997, VFS entered into its second Master Lease Agreement ("Master Lease 2") with GFK. *See Master Lease 2*, attached hereto as Exhibit C.

13.    On or about July 25, 2001, GFK executed Schedule No. 414 to Master Lease 2, thereby leasing from VFS one 2002 Volvo VNL64T660 Tractor, vehicle identification number 4V4NC9TH02N325020 (hereafter referred to as the "Schedule 414 Tractor."). *See* Exhibit C at Schedule No. 414.

14.    On or about March 13, 2002, GFK executed Schedule No. 416 to Master Lease 2, thereby leasing from VFS two 2000 Volvo VNL64T660 Tractors, vehicle identification numbers:

a)    4V4ND4RJ0YN246739; and

b)    4V4ND4RJ9Y246738

(hereafter collectively referred to as the "Schedule 416 Tractors"). *See* Exhibit C at Schedule No.

3

B MJA 714460 v1
1030265-000044 07/13/2005

Kelly-012404

416.

15.    On or about March 20, 2002, GFK executed Schedule No. 417 to Master Lease 2, thereby leasing from VFS three 2001 Volvo VNL64T Tractors, vehicle identification numbers:

a)    4V4NC9JH71N314761;

b)    4V4NC9JH01N314763; and

c)    4V4NC9JH21N314764

(hereafter collectively referred to as the "Schedule 417 Tractors"). *See* Exhibit C at Schedule No. 417.

16.    On or about April 10, 2002, GFK executed Schedule No. 418 to Master Lease 2, leasing from VFS one 2001 Volvo VNL64T660 Tractor, vehicle identification number 4V4NC9JH91N314762 (hereafter referred to as the "Schedule 418 Tractor"). *See* Exhibit C at Schedule No. 418.

17.    On or about April 19, 2002, GFK executed Schedule No. 419 to Master Lease 2, leasing from VFS one 2000 Volvo VNL64T660 Tractor, vehicle identification number 4V4NDJ4H2YN793584 (hereafter referred to as the "Schedule 419 Tractor"). *See* Exhibit C at Schedule No. 419.

18.    On or about May 14, 2002, GFK executed Schedule No. 420 to Master Lease 2, leasing from VFS one 2000 Volvo VNL64T660 Tractor, vehicle identification number 4V4ND4RJ0YN796989 (hereafter referred to as the "Schedule 420 Tractor"). *See* Exhibit C at Schedule No. 420.

19.    Finally, on or about October 1, 2002, GFK executed Schedule No. 421 to Master Lease 2, thereby leasing from VFS five 2003 Volvo VNL64T Tractors, vehicle identification numbers:

a)    4V4NC9TJ23N341952;

4

Kelly-012405

b)    4V4NC9TJ43N341953;

c)    4V4NC9TJ43N341954;

d)    4V4NC9TJ43N341958;

e)    4V4NC9TJ43N341959

(hereafter collectively referred to as the "Schedule 421 Tractors"). *See* Exhibit C at Schedule No. 421. The Tractors listed in all of the above schedules will be collectively referred to as the "VF Tractors".

20.    Master Lease 1 and Master Lease 2 required GFK to provide insurance information to VFS. *See* Master Leases 1 and 2, § 11. Failure to provide such information is an event of default of Master Leases 1 and 2. *See* Master Leases 1 and 2, § 15. GFK failed to provide the required insurance information. *See Notice of Lease Cancellation*, attached hereto as Exhibit D.

21.    GFK failed to make the necessary payments to VFS as required by Master Leases 1 and 2. Said failures constituted an event of default. *See* Master Leases 1 and 2, § 15; Exhibit D.

22.    VFS exercised its right under Master Leases 1 and 2 to terminate the lease and declare the full unpaid amount immediately due and payable.

23.    Thereafter, VFS, pursuant to the terms of Master Leases 1 and 2, repossessed the VF Tractors.

24.    The VF Tractors were thereafter sold in a commercially reasonable manner.

25.    Deficiencies remained, however, of $80,104.33 on Master Lease 1 and $318,841.57 on Master Lease 2, exclusive of interest, cost, and attorneys' fees. *See Deficiency Balance Calculation for Schedules 411-421*, attached hereto collectively as Exhibit E.

B MJA 714460 v1
1039265-000044 07/13/2006

Kelly-012406

26.    GFK has failed and/or refused to pay its obligations due under Master Leases 1 and 2.

27.    Master Leases 1 and 2 provide that GFK shall be liable for all costs and expenses, together with attorneys' fees, incurred by VFS to enforce the terms of Master Leases 1 and 2.

28.    VFS notified Kelly of GFK's outstanding amounts due and requested payment under the Guaranty. *See Kelly Letters,* collectively attached hereto as Exhibit F. Kelly has failed to pay the liabilities and obligations of GFK.

29.    Master Leases 1 and 2 and the Guaranty state that they are governed by the substantive laws of the State of North Carolina.

## COUNT ONE

### GFK: Breach of Contract

30.    VFS re-alleges paragraphs 1 through 28 above as if set forth fully herein.

31.    GFK breached Master Lease 1 by:

- failing to make all necessary lease payments; and/or

- failing to provide adequate insurance for the Schedule 411-413 and 415 Tractors and/or provide insurance information regarding these Tractors.

32.    As a result of said breach(es), VFS has suffered damages in the amount of $80,104.33, exclusive of interest, cost and attorneys' fees.

WHEREFORE, premises considered, VFS demands judgment against GFK for compensatory damages in the amount of $80,104.33, plus interest, attorneys' fees and costs.

## COUNT TWO

### GFK: Breach of Contract

33.    VFS re-alleges paragraphs 1 through 31 above as if set forth fully herein.

6

Kelly-012407

34.    GFK breached Master Lease 2 by:

- failing to make all necessary lease payments; and/or

- failing to provide adequate insurance for the Schedule 414 and 416-421 Tractors and/or provide insurance information regarding these Tractors.

35.    As a result of said breach(es), VFS has suffered damages in the amount of $318,841.57, exclusive of interest, cost and attorneys' fees.

WHEREFORE, premises considered, VFS demands judgment against GFK for compensatory damages in the amount of $318,841.57, plus interest, attorneys' fees and costs.

## COUNT THREE

### Kelly: Breach of Contract

36.    VFS re-alleges paragraphs 1 through 34 above as if set forth fully herein.

37.    Kelly breached the Guaranty by failing to make payments as required by the Guaranty.

38.    As a result of said breach, VFS has suffered damages in the amount of $80,104.33 from Master Lease 1 and $318,841.57 from Master Lease 2, for a total of $398,945.90, exclusive of interest, cost and attorneys' fees.

WHEREFORE, premises considered, VFS demands judgment against Kelly for compensatory damages in the amount of $398,945.90, plus interest, attorneys' fees and costs.

Respectfully submitted this _8th_ day of ___July___, 2006.

_____
DAVID B. HALL
JASON ASBELL

Attorneys for Plaintiff VFS Leasing Co.

7

Kelly-012408

OF COUNSEL:

BAKER DONELSON, BEARMAN
   CALDWELL & BERKOWITZ
A Professional Corporation
420 North 20th Street
Suite 1600 Wachovia Tower
Birmingham, Alabama 35203-5202
(205) 328-0480


<u>PLEASE SERVE DEFENDANTS BY</u>
<u>CERTIFIED MAIL AS FOLLOWS:</u>

G.F. Kelly d/b/a Kelly Trucking
c/o Guy Kelly as Registered Agent
1 Main Street
P.O. Box 29
Wadley, AL 36276

Guy Kelly
Main Street
P.O. Box 29
Wadley, AL 36276

8

Kelly-012409

IN THE CIRCUIT COURT FOR RANDOLPH COUNTY, ALABAMA

Omni National Bank,                          )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )        Civil Action No. CV05-180
                                             )
G.F. Kelly, Inc.,                            )        Filed in Office
and Guy F. Kelly,                            )
                                             )        NOV 0 4 2005
        Defendants.                          )
                                                      KIM S. BENEFIELD
                        **COMPLAINT**                  Clerk of Circuit Court

    Comes now Omni National Bank ("Omni"), a banking corporation, with its principal place

of business in Fayetteville, North Carolina, and for its complaint against G.F. Kelly, Inc. ("GFK"),

and Guy F. Kelly ("Kelly") says:

                                    **Facts**

    1. Omni entered into a Master Equipment Lease (the "Lease") with GFK, an Alabama

corporation with its principal place of business in Wadley, Alabama, on or about April 2, 2003.

    2. Pursuant to the Lease, Kelly took possession of ten (10) Freightliner Tractors and agreed

to pay for the tractors in accordance with the terms of the Lease.

    3. Kelly personally guaranteed GFK's performance under the Lease.

    4. GFK failed to make payments and/or otherwise to comply with the terms of the Lease .

    5. Although GFK has returned the ten (10) Tractors to Omni, GFK remains indebted to

Omni in the amount of $151,747.99 plus collection costs and other debts accruing under the Lease.

    6. Kelly and GFK have failed and refused to pay the amounts owed to Omni after express

demand for payment although no demand is required under the Lease or Kelly's guaranty.

                                **Count One**

    7. GFK has defaulted under the Lease, thereby breaching its terms, and becoming liable

for all amounts due thereunder or which may become due are now due and payable.

    8. GFK has failed to pay amounts due and has breached its agreement with Omni to pay

Kelly-012434

the indebtedness.

WHEREFORE, Omni demands judgment against GFK for the amounts due under the Lease as determined by the trier of fact.

<u>Count Two</u>

9. Kelly is liable for the debt of GFK as a consequence of having guaranteed GFK's obligations under the Lease with Omni.

10. Payment is due under the guaranty but Kelly has failed to pay the amounts due and, consequently has breached his agreement with Omni.

WHEREFORE, Omni demands judgment against Guy F. Kelly for the amounts due under his guaranty as determined by the trier of fact.

_____
Romaine S. Scott, III
Attorney for Omni National Bank, Plaintiff

OF COUNSEL:

Garrison Scott, P.C.
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
Fax: (205) 326-3332

SERVE DEFENDANTS BY PERSONAL SERVICE AS FOLLOWS:

G.F. Kelly, Inc.
C/o Officer
242 Main Street
Wadley, Alabama 36276

Guy F. Kelly
380 County Road 24
Wadley, Alabama 36276

PLAINTIFF'S ADDRESS:

Omni National Bank
1100 Abernathy Road
Building 500 — Suite 1100
Atlanta, Georgia 30328

Kelly-012435

#21

**Kelly Owned tractors**

| unit# | year | make | serial | payoff | worth | payment |
|-------|------|------|--------|--------|-------|---------|
| 183 | 1999 | PETE | D497532 | $ - | $28,000.00 | $ - |
| 135 | 1995 | VOLVO | N728316 | $ - | $ 7,500.00 | $ - |
| 154 | 1996 | INTL | C052358 | $ - | $12,500.00 | $ - |
| 101 | 1996 | PETE | N370711 | $ - | $20,000.00 | $ - |
| 177 | 1999 | PETE | N483221 | $ - | $28,000.00 | $ - |
| 245 | 2002 | PETE | D528976 | $ 23,458.00 | $48,000.00 | $1,395.55 |
| 118 | 2001 | VOLVO | N259535 | 20,442.00 | $25,200.00 | $ 681.40 |
| 119 | 2001 | VOLVO | N259539 | 20,442.00 | $25,200.00 | $ 681.40 |
| 120 | 2001 | VOLVO | N259536 | 20,442.00 | $25,200.00 | $ 681.40 |
| 122 | 2001 | VOLVO | N259538 | 20,442.00 | $25,200.00 | $ 681.40 |
| 121 | 2001 | VOLVO | N259537 | 20,442.00 | $25,200.00 | $ 681.40 |
| 223 | 2003 | MACK | W152516 | 50,751.00 | $54,000.00 | $1,326.00 |
| 224 | 2003 | MACK | W152517 | 50,751.00 | $54,000.00 | $1,326.00 |
| 252 | 2005 | MACK | N021553 | 50,751.00 | $73,000.00 | $1,326.00 |
| 116 | 2001 | MACK | W138954 | 14,971.00 | $27,000.00 | $1,167.17 |
| 155 | 2003 | MACK | W152521 | 39,760.00 | $54,000.00 | $1,219.89 |
| 203 | 2003 | MACK | W152514 | 34,225.00 | $54,000.00 | $1,205.66 |
| 152 | 2003 | MACK | W152508 | 33,613.00 | $54,000.00 | $1,195.00 |
| 146 | 2001 | MACK | W137885 | 22,101.00 | $37,000.00 | $1,174.48 |
| 251 | 2004 | MACK | N001465 | 48,204.00 | $58,600.00 | $1,339.19 |

6F Kelly still legal owner
K-diesel makes payment

Kelly-12455

LUFKIN TRAILERS    12057639454    10/06/05  04:17pm  P. 001



# Lufkin Trailers of Alabama

28 St. Mary Rd.
Lincoln, AL 35096
(Office) 205-763-8474
(Fax) 205-763-8494

TO: Mr. Guy E. Kelly                                10-06-2005

FROM: Jerry M. Keith
      Lufkin Trailers of Alabama, Inc.

SUBJECT: Appraisal of Van Trailer Values Per The Attached Lists

Mr. Kelly:

The appraised market value of the two hundred thirteen (213) van trailers listed is as
follows:

TWENTY-THREE (23) 1994 MISC. 48' X 102" SPRING SLIDE VANS = $ 4250 EACH X 23 = $ 97,750.00

FIFTEEN ( 15) 1995 DORSEY 48' X 102" SPRING SLIDE VANS = $ 4500 EACH X 15 =    67,500.00

ONE ( 1) 1992 GREAT DANE 53' X 102" SPRING SLIDE = $ 5000 EACH X 1 =    5,000.00

ONE ( 1) 1990 FRUEHAUF 53' X 102" SPRING SLIDE VAN = $ 7750 EACH X 1 =    7,750.00

TWENTY ( 20) 1998 WABASH 53' X 102" SPRING SLIDE VANS = $ 8000 EACH X 20 =    160,000.00

TWENTY-TWO ( 22) 1999 WABASH 53' X 102" AIR-SLIDE VANS = $ 11,000 EACH X 22 =    242,000.00    *55,000*

FIFTY-NINE ( 59) 2001 LUFKIN 53' X 102" SPRING SLIDE VANS = $ 10500 EACH X 59 =    619,500.00    *623,500*

FIVE ( 5) 2002 LUFKIN 53' X 102" SPRING SLIDE VANS = $ 10750 EACH X 5 =    53,750.00

TWENTY-SEVEN ( 27) 2003 LUFKIN 53' X 102" SPRING SLIDE VANS = $ 11000 EACH X 27 =    297,000.00    *77,000*

TWENTY-FIVE ( 25) MISCELLANEOUS 48' STORAGE VANS = $ 2000 EACH X 25 =    50,000.00

NINETEEN ( 19) MISCELLANEOUS 53' STORAGE VANS = $ 3250 EACH X 19 =    61,750.00

TOTAL APPRAISED VALUE— 217 UNITS = $ 1,662,000.00

*1,259,000*
*567,962*

THESE FIGURES ARE BASED ON TRAILERS BEING IN AVERAGE CONDITION
FOR THE AGE GROUP.

PLEASE CALL WITH ANY QUESTIONS.

*payoffs $ 1,689,038*

SINCERELY,
LUFKIN TRAILERS OF ALABAMA, INC

JERRY M. KEITH
GENERAL MANAGER

Kelly        Road Trailers

| | Unit # | Year Make | Serial # Description | amount | |
|---|---|---|---|---|---|
| | | | | | PAGE 1 |
| 1 | 1860 | 1995 DORSEY | 230679 48 ft x 102 | | |
| 2 | 1861 | 1995 DORSEY | 230678 paper spec | | |
| 3 | 1862 | 1995 DORSEY | 230675 | | |
| 4 | 1864 | 1995 DORSEY | 230676 | | |
| 5 | 1865 | 1995 DORSEY | 230677 | | |
| 6 | 1880 | 1994 DORSEY | 221872 | | |
| 7 | 1881 | 1994 DORSEY | 221873 | | |
| 8 | 1882 | 1994 DORSEY | 221874 | | |
| 9 | 1883 | 1994 DORSEY | 221877 | | |
| 10 | 1884 | 1994 DORSEY | 221878 | | |
| 11 | 1885 | 1994 DORSEY | 222973 | | |
| 12 | 1887 | 1994 DORSEY | 222974 | | |
| 13 | 1888 | 1994 DORSEY | 222975 | | |
| 14 | 1889 | 1994 DORSEY | 222976 | | |
| 15 | 1890 | 1994 DORSEY | 222977 | | |
| 16 | 1891 | 1994 DORSEY | 222978 | | |
| 17 | 1893 | 1994 STOUGH | 888909 | | |
| 18 | 1895 | 1994 STOUGH | 888905 | | |
| 19 | 1896 | 1994 STOUGH | 888906 | | |
| 20 | 1897 | 1994 STOUGH | 888908 | | |
| 21 | 1898 | 1994 STOUGH | 888907 | | |
| | | | | | |
| 22 | 3356 | 1992 G-DANE | S013139 Plate Trailers | | |
| 23 | 3357 | 1994 STRICK | 367560 wood floor, | | |
| 24 | 3358 | 1994 STRICK | 367535 53 x 102 | | |
| 25 | 3359 | 1994 STRICK | 367495 spring ride | | |
| 26 | 3360 | 1994 STRICK | 367540 | | |
| 27 | 3361 | 1994 STRICK | 367562 x | | |
| 28 | 53210 | 1998 FRUH | 481060 | | |
| | | | | | |
| 29 | 5301 | 1994 DORSEY | 216834 53 x 102 | | |
| 30 | 5302 | 1994 DORSEY | 216835 wood floor | | |
| 31 | 5303 | 1995 DORSEY | 234149 spring ride | | |
| 32 | 5304 | 1995 DORSEY | 234140 | 12 | |
| 33 | 5305 | 1995 DORSEY | 234151 | | |
| 34 | 5306 | 1995 DORSEY | 234142 | | |
| 35 | 5307 | 1995 DORSEY | 234154 | | |
| 36 | 5308 | 1995 DORSEY | 234148 | | |
| 37 | 5309 | 1995 DORSEY | 234147 | | |
| 38 | 5310 | 1995 DORSEY | 234153 | | |
| 39 | 5311 | 1995 DORSEY | 234152 | | |
| 40 | 5312 | 1995 DORSEY | 234150 | | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | 5313 | 1998 wabash | 466268 53 X 102 | | PAGE 2 |
| 42 | 5314 | | 466255 wood floor | | |
| 43 | 5315 | | 481010 spring ride | | |
| 44 | 5316 | | 481011 paper spec | | |
| 45 | 5317 | | 481012 | | |
| 46 | 5318 | | 481013 | 20 trailers owned by K-Diesel | |
| 47 | 5319 | | 481009 | | |
| 48 | 5320 | | 466270 | | |
| 49 | 5321 | | 466269 | | |
| 50 | 5322 | | 466262 | | |
| 51 | 53166 | | 466264 | | |
| 52 | 53167 | | 466267 | | |
| 53 | 53168 | | 466266 | | |
| 54 | 53169 | | 466265 | | |
| 55 | 53175 | | 466263 | | |
| 56 | 53176 | | 466261 | | |
| 57 | 53177 | | 466258 | | |
| 58 | 53178 | | 466260 | | |
| 59 | 53179 | | 466259 | | |
| 60 | 53180 | | 466257 | | |
| 61 | 53416 | 2001 LUFKIN | 147917 53 x 102 | 8 | |
| 62 | 53417 | | 147925 logistics post | | |
| 63 | 43418 | | 147923 spring | | |
| 64 | 53419 | | 147927 paper spec | | |
| 65 | 53420 | | 147916 | | |
| 66 | 53421 | | 147928 | | |
| 67 | 53422 | | 147259 | | |
| 68 | 53423 | | 147924 | | |
| 69 | 53427 | 2003 Lufkin | - 47921 53 x 102 , spring ride | | |
| 70 | 53430 | | 50014 paper spec, vented | | |
| 71 | 53443 | | 50019 composite lined | | |
| 72 | 53445 | | 50021 wood floor | | |
| 73 | 53450 | | 50026 | | |
| 74 | 53453 | | 50029 | | |
| 75 | 53476 | | 151594 | 13 | |
| 76 | 53473 | | 151591 | | |
| 77 | 53475 | | 151593 | | |
| 78 | 53483 | | 151601 | | |
| 79 | 53488 | | 151607 | | |
| 80 | 53496 | | 151614 | | |
| 81 | 53498 | | 151616 | | |
| 82 | 53334 | 1999 wabash | 676229 Compass bank | | |
| 83 | 53344 | | 676239 53 X 102 paper spec | | |
| 84 | 53345 | | 676240 logistics post | | |
| 85 | 53337 | | 676233 air ride | 6 payoff $35071 | |
| 86 | 53326 | | 676222 | | |

Kelly-12467

| | | | | |
|---|---|---|---|---|
| 87 | 53376 | 2001 Lufkin | -147246 Auburn Bank | PAGE 3 |
| 88 | 53377 | Lufkin | 147274 plate tris | |
| 89 | 53378 | Lufkin | 147273 53 x102 plate, spring | |
| 90 | 53379 | Lufkin | 147265 logistics post | |
| 91 | 53380 | Lufkin | 147278 | |
| 92 | 53381 | Lufkin | 147256 | 40 payoff $308868 |
| 93 | 53382 | Lufkin | 147257 | |
| 94 | 53383 | Lufkin | 147269 | |
| 95 | 53384 | Lufkin | 147253 | |
| 96 | 53385 · | Lufkin | 147266 | |
| 97 | 53386 | Lufkin | 147275 | |
| 98 | 53387 | Lufkin | 147270 | |
| 99 | 53388 | Lufkin | 147271 | |
| 100 | 53389 | Lufkin | 147255 | |
| 101 | 53390 | Lufkin | 147251 | |
| 102 | 53391 | Lufkin | 147261 | |
| 103 | 53392 | Lufkin | 147248 | |
| 104 | 53393 | Lufkin | 147258 | |
| 105 | 53394 | Lufkin | 147280 | |
| 106 | 53395 | Lufkin | 147247 | |
| 107 | 53396 | Lufkin | 147252 | |
| 108 | 53397 | Lufkin | 147240 | |
| 109 | 53398 | Lufkin | 147245 | |
| 110 | 53399 | Lufkin | 147276 | |
| 112 | 53400 | Lufkin | 147250 | |
| 113 | 53401 | Lufkin | 147277 | |
| 114 | 53402 | Lufkin | 147267 | |
| 115 | 53403 | Lufkin | 147242 | |
| 116 | 53404 | Lufkin | 147244 | |
| 117 | 53405 | Lufkin | 147241 | |
| 118 | .53406 | Lufkin | 147282 | |
| 119 | 53407 | Lufkin | 147263 | |
| 120 | 53408 | ˙ Lufkin | 147243 | |
| 121 | 53409 | Lufkin | 147264 | |
| 122 | 53410 | Lufkin | 147279 | |
| 123 | 53411 | Lufkin | 147254 | |
| 124 | 53412 | Lufkin | 147272 | |
| 125 | 53413 | Lufkin | 147268 | |
| 126 | 53414 | Lufkin | 147259 | |
| 127 | 53415 | Lufkin | 147249 | |
| | | | | |
| 128 | 53366 | 2001 lufkin | 149318 COLONIAL | |
| 129 | 53367 | | 149309 53 X 102 | |
| 130 | 53368 | | 149310 plate tris spring ride | |
| 131 | 53369 | | 149317 paper spec | |
| 132 | 53370 | | 149315 | 10 payoff $107403 |
| 133 | 53371 | | 149316 | |
| 134 | 53372 | | 149312 | |
| 135 | 53373 | | 149311 | |
| 136 | 53374 | | 149313 | |
| 137 | 53375 | | 149314 | |

Kelly-12468

**K-Diesel** Storage Trailers Rental Business
**48 X 102**

|   | UNIT | YEAR | MAKE | SERIAL |
|---|------|------|------|--------|
| 1 | 3448 | 1985 | DORSEY | A167913 |
| 2 | 3452 | 1985 | DORSEY | A167817 |
| 3 | 3607 | 1987 | DORSEY | A178133 |
| 4 | 1859 | 1986 | DORSEY | W024191 |
| 5 | 814 | 1986 | THEURER | 404396 |
| 6 | 1838 | 1987 | THEURER | 209797 |
| 7 | 223913 | 1984 | TRL MOBI | 9004724 |
| 8 | 6432 | 1985 | FRUH | A014233 |
| 9 | 6434 | 1985 | FRUH | A014235 |
| 10 | 6412 | 1985 | FRUH | A014220 |
| 11 | 6419 | 1985 | FRUH | A014213 |
| 12 | 1892 | 1989 | FRUH | B018913 |
| 13 | 112 | 1983 | FRUH | 37072 |
| 14 | 185 | 1985 | FRUH | 30806 |
| 15 | 6888 | 1985 | FRUH | 15022 |
| 16 | 381459 | 1984 | FRUH | 14259 |
| 17 | 3417 | 1988 | STOUGH | 549125 |
| 18 | 3474 | 1987 | STOUGH | 549174 |
| 19 | 4838 | 1991 | LUFKIN | 1094118 |

**53 X 102 Trailers**

| 20 | 181 | 1990 | DORSEY | 192784 |
|----|-----|------|--------|--------|
| 21 | 183 | 1990 | DORSEY | 192785 |
| 22 | 184 | 1990 | DORSEY | 192794 |
| 23 | 186 | 1990 | DORSEY | 192793 |
| 24 | 188 | 1990 | DORSEY | 192792 |
| 25 | 818 | 1990 | DORSEY | 192786 |
| 26 | 5300 | 1988 | GDANE | 46307 |
| 27 | 53204 | 1991 | FRUH | E021604 |
| 28 | 53272 | 1991 | FRUH | E021672 |
| 29 | 53212 | 1991 | FRUH | E021612 |
| 30 | 53273 | 1991 | FRUH | E021673 |
| 31 | 53221 | 1991 | FRUH | E021621 |
| 32 | 53276 | 1991 | FRUH | E021676 |
| 33 | 53228 | 1991 | FRUH | E021628 |
| 34 | 53230 | 1991 | FRUH | E021630 |
| 35 | 53201 | 1992 | FRUH | E021601 |
| 36 | 53225 | 1992 | FRUH | E021625 |
| 37 | 53264 | 1992 | FRUH | E021664 |
| 38 | 53222 | 1992 | FRUH | E021622 |
| 39 | 53210 | 1992 | FRUH | E021610 |
| 40 | 53253 | 1992 | FRUH | E021653 |
| 41 | 53281 | 1992 | FRUH | E021681 |
| 42 | 53287 | 1992 | FRUH | B008902 |
| 43 | 53236 | 1992 | FRUH | E021636 |
| 44 | 53262 | 1992 | FRUH | E021662 |