IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G.F. KELLY TRUCKING, INC. and GUY KELLY, individually, | * * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No. 3:06cv00351-MEF * |
| U.S. XPRESS ENTERPRISES, INC., et al., | * * * |
| Defendants. | * |

### PLAINTIFFS' OBJECTION TO NON-PARTY SUBPOENAS

Plaintiffs hereby object to Defendant's Non-Party Subpoenas on **KeyCorp Leasing, Ltd** of Brooklyn, Ohio (Exhibit A) and **First Continental Leasing Corporation** of Hattiesburg, Mississippi (Exhibit B). Defendant is seeking the production of records pertaining to Plaintiffs Guy Kelly and/or Kelly, Inc. and/or Kelly Trucking, Inc.

Defendant's Non-Party Subpoenas were issued after the court ordered discovery deadline of February 9, 2007 contained in the Court's Uniform Scheduling Order (Exhibit C). Defendant did not seek leave of court as required under the Uniform Scheduling Order to change any of the deadlines contained therein. Therefore, the Defendant's Non-Party Subpoenas are in violation of the Court's Uniform Scheduling Order and should not be allowed.

WHEREFORE, Plaintiffs urge the Court to sustain their objection to Defendant's Non-Party Subpoenas.

*s/John E. Tomlinson*
**JOHN E. TOMLINSON (TOM014)**
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street (36104)
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone:   (334) 269-2343
Facsimile:   (334) 954-7555

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served on all parties and counsel of record by placing a copy of same in the United States mail, first class, postage prepaid on this the **19th** day of **September**, 2007.

*s/John E. Tomlinson*
**OF COUNSEL**

**ATTORNEYS FOR DEFENDANT**
Lawrence B. Clark
David B. Hall
Elizabeth R. Floyd
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
Telephone:   205-328-0480