IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| G. F. KELLY TRUCKING, INC., *et al.*, )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>U.S. XPRESS ENTERPRISES, INC., )<br>)<br>   Defendant. ) | CASE NO. 3:06-cv-351-MEF |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Defendant U.S. XPress Enterprises, Inc. and against Plaintiffs G.F. Kelly Trucking, Inc., *et al.*, with Plaintiff taking nothing by their claims.

(2) Costs are TAXED as paid.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 30th day of October, 2007.

                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE