IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **G.F. KELLY TRUCKING, INC.** | * | |
| **and GUY KELLY, individually,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| vs. | * | **Civil Action No.** |
| | * | **3:06cv00351-MEF** |
| **U.S. XPRESS ENTERPRISES,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEAL

Plaintiffs hereby notify the Court that they are appealing, to the Eleventh Circuit Court of Appeals, the Court's Order of October 31, 2007, whereby the Court granted summary judgment as to all of Plaintiffs' claims brought in this cause of action. Upon confirmation of this filing with the Clerk of the Middle District of Alabama, Plaintiffs will forward the confirmation with the appropriate filing fee.

                                        */s/ John E. Tomlinson*
                                        JOHN E. TOMLINSON (TOM014)
                                        Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

  I hereby certify that the following persons will be served with this notice on this 20th day of November, 2007.

**ATTORNEYS FOR DEFENDANT**
Mr. David B. Hall
Elizabeth R. Floyd
Lawrence B. Clark
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203

            /s/ John E. Tomlinson_____
            Of Counsel