**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 20, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: G.F. Kelly Trucking, Inc., et al. vs. U.S. Xpress Enterprises, Inc., et al.**

**Case Number: 3;06CV351-MEF**
             **DOCUMENT #51**

**This Notice of Correction was  filed in the referenced case this date to correct the pdf document to the NOTICE OF APPEAL filed on 11/20/07.**

**The correct pdf document is attached  to this notice for your review.    Reference is made to document #51.**