```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001301
Cashier ID: cstrecke
Transaction Date: 11/28/2007
Payer Name: BEASLEY ALLEN CROW METHVIN
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BEASLEY ALLEN CROW METHVIN
 Case/Party: D-ALM-3-06-CV-000351-001
 Amount:         $455.00
-----------------------------------
CHECK
 Remitter: BEASLEY ALLEN
 Check/Money Order Num: 183354
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```